FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 23 2003

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | MDL DOCKET NO. 4:03CV1507 WRW |
| PREMPRO PRODUCTS LIABILITY | ) | |
| | ) | JUDGE WILLIAM R. WILSON, JR. |

## SUPPLEMENTAL RESPONSE TO INITIAL COURT ORDER OF APRIL 8, 2003

Jan P. Helder, Jr. of Stueve Helder Siegel LLP, Kenneth Moll of Kenneth B. Moll & Associates Ltd., Michel Mills of Perona, Langer, Beck & Lallande and Russell Marlin of Gary Eubanks & Associates, for their joint supplemental response to the Initial Court Order of April 8, 2003, state as follows:

Plaintiffs counsel have reviewed the Court's disclosures and state that they are aware of no conflicts of interest by the Court.

Respectfully submitted:

**STUEVE HELDER SIEGEL LLP**
Jan P. Helder
Brian J. Madden
330 W. 47th Street, Suite 250
Kansas City MO 64112
(816) 714-7100
Fax: (816) 714-7101

**KENNETH B. MOLL & ASSOCIATES, LTD.**
Kenneth B. Moll
Michael O'Meara
Three First National Plaza
Fifty Fourth Floor
Chicago IL 60602


**PERONA LAGER BECK & LALLANDE**
Michel Mills
300 East San Antonio Drive
P.O. Box 7948
Long Beach CA 90807-0948
(562) 426-6155
Fax: (562) 490-9823


**GARY EUBANKS & ASSOCIATES**

_____
Russell Marlin
708 West Second
P.O. Box 3887
Little Rock AR 72203-3887
(501) 372-0266
Fax: (501) 688-7441

2

## SERVICE LIST

**PLAINTIFFS' ATTORNEYS:**

Kevin Frank Calcagnie, Esq.
Mark Robinson, Jr., Esq.
ROBINSON CALCAGNIE & ROBINSON
620 Newport Center Drive
7th Floor
Newport Beach, California 92660
ATTORNEYS FOR FAVELA

William Gary Holt, Esq.
Russell Marlin, Esq.
GARY EUBANKS & ASSOCIATES, LTD.
Post Office BOX 3887
Little Rock, Arkansas 72203-3887
ATTORNEYS FOR COOK AND BOLANDER

C. Keith Greer, Esq.
GREER & ASSOCIATES
16787 Bernardo Center Drive
Suite 14
San Diego, California 94212
ATTORNEYS FOR KRZNARIC

Timothy Earle Pujol, Esq.
PERCY, PUJOL & WALL
712 North Burnside Avenue
Post Office Box 1096
Gonzalez, Louisiana 70707
ATTORNEY FOR ATTUSO

**ATTORNEYS FOR DEFENDANTS:**

Dan Webb, Esq.
Bruce Braun, Esq.
Alexis MacDowell, Esq.
WINSTON & STRAWN
35 West Wacker Drive
Chicago, Illinois 60601

Lyn Peeples Pruitt
MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD, P.L.L.C.
425 West Capital Avenue
Suite 1800
Little Rock, Arkansas 72201-3525

Michelle Fujimoto, Esq.
Frank Rothrock, Esq.
Paul La Scala, Esq.
PALMIERI TYLER WIENER
   WILHELM & WALDRON
2603 Main Street
Suite 1300, East tower
Irvine, California 92614-6228

F. Lane Heard, Esq.
WILLIAMS & CONNOLLY
Edward Bennet Williams Building
725 12th Street NW
Washington, D.C. 20005

Henri Wolbrette, III, Esq.
McGLINCHEY STAFFORD, PLLC
643 Magazine Street
New Orleans, Louisiana 22071