A CERTIFIED TRUE COPY

APR 25 2003

ATTEST
FOR THE JUDICIAL PANEL OF
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR - 9 2003

FILED
CLERK'S OFFICE

*DOCKET NO. 1507*

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE PREMPRO PRODUCTS LIABILITY LITIGATION*

*(SEE ATTACHED SCHEDULE)*

*CONDITIONAL TRANSFER ORDER (CTO-1)*

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 29 2003

JAMES W McCORMACK, CLERK
By: _____
DEP. CLERK

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, __F.Supp.2d__ (J.P.M.L. 2003), and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

APR 25 2003

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

8

# SCHEDULE CTO-1 - TAG ALONG CASES
# DOCKET NO. 1507
# IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

DISTRICT  DIV. CIVIL ACTION#

**CALIFORNIA CENTRAL**
CAC    2    02-9018         Cathy Yoshida v. Wyeth, Inc., et al.

**FLORIDA MIDDLE**
FLM    2    03-81           Betty S. Bohannon v. Wyeth, Inc., et al.

**FLORIDA SOUTHERN**
FLS    1    02-22692        Jane Kaufman v. Wyeth Co.

**ILLINOIS NORTHERN**
ILN    1    02-6080         Linda Gill, et al. v. Wyeth, Inc., et al.

**ILLINOIS SOUTHERN**
~~ILS    3    03-37~~        ~~Beverly Elliot v. Wyeth, Inc., et al.~~   Vacated 04/24/03

**LOUISIANA EASTERN**
LAE    2    03-82           Patricia S. Fichter v. Wyeth Pharmaceuticals

**MISSISSIPPI SOUTHERN**
~~MSS    1    03-151~~       ~~Tracey Alfonso, etc. v. Wyeth, Inc., et al.~~   Vacated 04/24/03

**NEW YORK EASTERN**
NYE    2    02-5606         Angelina Johnson, et al. v. Wyeth, Inc., et al.

**PUERTO RICO**
PR     3    02-2844         Teresa Rivera-Franceschi, et al. v. Wyeth Ayerst Labs, Inc.

**WEST VIRGINIA NORTHERN**
WVN    5    03-3            Carol Sue Kuhn v. Wyeth

bm

UNITED STATES DISTRICT COURT
Eastern District of Arkansas
U.S. Court House
600 West Capitol, Suite 402
Little Rock, Arkansas 72201-3325

April 30, 2003

* * MAILING CERTIFICATE OF CLERK * *

Re:  4:03-cv-01507.

True and correct copies of the attached were mailed by the clerk to the following:

    William Gary Holt, Esq.
    Gary Eubanks & Associates
    Post Office Box 3887
    Little Rock, AR   72203-3887

    Russell D. Marlin, Esq.
    Gary Eubanks & Associates
    Post Office Box 3887
    Little Rock, AR   72203-3887

    Michael S. O'Meara, Esq.
    Kenneth B. Moll & Associates, LTD.
    Three First National Plaza
    Suite 5400
    Chicago, IL   60602

    Sonia S. Kinra, Esq.
    Kenneth B. Moll & Associates, LTD.
    Three First National Plaza
    Suite 5400
    Chicago, IL   60602

    Hal J. Kleinman, Esq.
    Kenneth B. Moll & Associates, LTD.
    Three First National Plaza
    Suite 5400
    Chicago, IL   60602

    Kenneth B. Moll, Esq.
    Kenneth B. Moll & Associates, LTD.
    Three First National Plaza
    Suite 5400
    Chicago, IL   60602

    R. Ryland Percy, Esq.

Percy, Pujol & Wall
712 North Burnside Avenue
Post Office Box 1096
Gonzales, LA   70707

Carla S. Courtney, Esq.
Percy, Pujol & Wall
712 North Burnside Avenue
Post Office Box 1096
Gonzales, LA   70707

Timothy Earl Pujol, Esq.
Percy, Pujol & Wall
712 North Burnside Avenue
Post Office Box 1096
Gonzales, LA   70707

Michel F. Mills, Esq.
Perona, Langer, Beck, Lallande & Serbin
300 East San Antonio Drive
Long Beach, CA   90807-0948

Major A. Langer, Esq.
Perona, Langer, Beck, Lallande & Serbin
300 East San Antonio Drive
Long Beach, CA   90807-0948

Mark P. Robinson Jr., Esq.
Robinson, Calcagnie & Robinson
620 Newport Center Drive
Suite 700
Newport Beach, CA   92660

Kevin Calcagnie, Esq.
Robinson, Calcagnie & Robinson
620 Newport Center Drive
Suite 700
Newport Beach, CA   92660

C. Keith Greer, Esq.
Greer & Associates
16787 Bernardo Center Drive
Suite 14
San Diego, CA   92128

Eric H. Gibbs, Esq.
Girard, Gibbs & DeBartolomeo LLP
601 California Street
Suite 1400
San Francisco, CA   94108

A. J. DeBartolomeo, Esq.
Girard, Gibbs & DeBartolomeo LLP
601 California Street
Suite 1400
San Francisco, CA   94108

Gordon M. Fauth Jr., Esq.
Girard, Gibbs & DeBartolomeo
160 Sansome Street

Suite 300
San Francisco, CA  94104

Rosemary M. Rivas, Esq.
Girard, Gibbs & DeBartolomeo
160 Sansome Street
Suite 300
San Francisco, CA  94104

Brian Madden, Esq.
Stueve Helder Siegel, LLP
330 West 47th Street
Suite 250
Kansas City, MO  64112

William W. Sellers, Esq.
Stueve Helder Siegel, LLP
330 West 47th Street
Suite 250
Kansas City, MO  64112

Jan P. Helder Jr., Esq.
Stueve Helder Siegel, LLP
330 West 47th Street
Suite 250
Kansas City, MO  64112

Stephen L. Urbanczyk, Esq.
Williams & Connolly
725 Twelfth Street, N.W.
Washington, DC  20005-5901

John W. Vardaman Jr., Esq.
Williams & Connolly
725 Twelfth Street, N.W.
Washington, DC  20005-5901

F. Lane Heard III, Esq.
Williams & Connolly
725 Twelfth Street, N.W.
Washington, DC  20005-5901

Lyn Peeples Pruitt, Esq.
Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C.
425 West Capitol Avenue
Suite 1800
Little Rock, AR  72201-3525

Paul B. La Scala, Esq.
Palmieri, Tyler, Wiener, Wilhelm & Waldron LLP
East Tower
2603 Main Street
Suite 1300
Irvine, CA  92614-6228

Frank C. Rothrock, Esq.
Palmieri, Tyler, Wiener, Wilhelm & Waldron LLP
East Tower
2603 Main Street
Suite 1300

Irvine, CA  92614-6228

Michelle M. Fujimoto, Esq.
Palmieri, Tyler, Wiener, Wilhelm & Waldron LLP
East Tower
2603 Main Street
Suite 1300
Irvine, CA  92614-6228

Dan K. Webb, Esq.
Winston & Strawn
35 West Wacker Drive
Chicago, IL  60601-9703

Bruce R. Braun, Esq.
Winston & Strawn
35 West Wacker Drive
Chicago, IL  60601-9703

Alexis MacDowall, Esq.
Winston & Strawn
35 West Wacker Drive
Chicago, IL  60601-9703

Derek J. Sarafa, Esq.
Winston & Strawn
35 West Wacker Drive
Chicago, IL  60601-9703

Anne D. Cartwright, Esq.
Winston & Strawn
35 West Wacker Drive
Chicago, IL  60601-9703

Henri Wolbrette III, Esq.
McGlinchey Stafford
643 Magazine Street
Post Office Box 60643
New Orleans, LA  70160-0643

Kathleen A. Manning, Esq.
McGlinchey Stafford
643 Magazine Street
Post Office Box 60643
New Orleans, LA  70160-0643

press
MDL

James W. McCormack, Clerk

Date: 5/1/03

BY: