Case 4:03-cv-01507-BRW   Document 12   Filed 05/29/03   Page 1 of 8

FILED
EASTERN DISTRICT COURT
DISTRICT ARKANSAS

MAY 29 2003

JAMES W. McCORMACK, CLERK
BY:_____
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| IN RE: ) | MDL DOCKET NO. 4:03CV1507 WRW |
| PREMPRO PRODUCTS LIABILITY) | |
| ) | JUDGE WILLIAM R. WILSON, JR. |

## NOTICE OF PROPOSED PLAINTIFFS' STEERING COMMITTEE

Plaintiffs, by and through proposed lead and liason counsel, submit to the Court for approval and inclusion in the Court's Proposed Pretrial Order Number 1 the following proposed list of counsel for membership in the Plaintiff's Steering Committee:

CLARK & ODENWALD
Paul Odenwald
3929 Tulane Avenue
New Orleans, LA 70119
Tel: 504-488-4486
Fax: 504-488-4485
E-Mail: Odenwald@Bellsouth.net

LAW OFFICES OF GARY GREEN, P.A.
Gary Green and Melissa Yopp
1001 LaHarpe
Little Rock, AR 72201
Tel: 501-224-7400
Fax: 501-224-2294
E-Mail: ggreen@ggreen.com

KRISLOV & ASSOCIATES, LTD.
Clint Krislov and Jason Stiehl
Civic Opera Building
20 North Wacker Drive, Suite 1350
Chicago, Illinois 60606
Tel: 312-606-0500
Fax: 312-606-0207
E-Mail: clint@Krislovlaw.com

PEIRCE, RAIMOND & COULTER
Marc Coulter and Aaron Rihn
2500 Gulf Tower, 707 Grant St.
Pittsburgh, PA 15219
Tel: 412-281-7229
Fax: 412-281-4229
E-Mail: Arihn@Peircelaw.com

WALLACE, CHAPUS & ASSOCIATES
Hank Wallace
2220 Grant Building
Pittsburgh, PA 15219
Tel: 412-391-6666
E-Mail: Hwallace@Wallacechapus.com

SCHIFFRIN & BARROWAY, LLP
Tobias Millrood
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA 19004
Tel: 610-822-2230
Fax: 610-667-7056
E-Mail: tmillrood@sbclasslaw.com

SINGLETON LAW FIRM
Willie Singleton and Yvonne Johnson
4050 Linwood Avenue
Shreveport, LA 71108
Tel: 612-730-8986
E-Mail: inezjohn@justice.com

...

clear

Respectfully submitted:

**GARY EUBANKS & ASSOCIATES, LTD.**

*[signature]*

Russell D. Marlin, Esq.
708 West Second Street
Post Office Box 3887
Little Rock, AR 72203-3887
PH:   501-372-0266
FAX:  501-688-7741
Email: MarlinR@GaryEubanks.com
**PROPOSED LIAISON COUNSEL FOR PLAINTIFFS**

**STUEVE HELDER SIEGEL LLP**

Jan P. Helder, Jr.
Brian J. Madden
330 W. 47th Street, Suite 250
Kansas City MO 64112
Tel:   816-714-7100
Fax:   816-714-7101
E-Mail: helder@shslitigation.com
**PROPOSED LEAD COUNSEL FOR PLAINTIFFS**

**PERONA LANGER BECK LALLANDE & SERBIN**
Michel Mills, Esq.
300 East San Antonio Drive
P.O. Box 7948
Long Beach, CA 90807-0948
Tel    562-426-6155
Fax:   562-490-9823
Email: mike@plblaw.com
**PROPOSED LEAD COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of May, 2003, a true and correct copy of the foregoing was forwarded by first-class mail, postage prepaid, to the parties listed on the attached Service List.

                                                 Russell D. Marlin, Esq.

# SERVICE LIST

| Law Firm | Attorney Name | Address/Ph/Fax | Party(ies) Represented |
|---|---|---|---|
| Stueve Helder Siegel LLP | Jan P. Helder, Jr., Esq.<br>Brian J. Madden, Esq. | 330 West 47th Street, Suite 250<br>Kansas City, MO 64112<br>PH: 816-714-7100<br>FAX: 816-714-7101<br>email: helder@shslitigation.com | Kay Floyd<br>Janice Szabo |
| Perona, Langer, Beck, Lallande & Serbin | Michel Mills, Esq. | 300 East San Antonio Drive<br>P.O. Box 7948<br>Long Beach CA 90807-0948<br>PH: 562-426-6155<br>FAX: 562-490-9823<br>email: mike@plblaw.com | Manuela Favela |
| Clark & Odenwald | Paul Odenwald, Esq. | 3929 Tulane Avenue<br>New Orleans, LA 70119<br>PH: 504-488-4486<br>FAX: 504-488-4485<br>email: Odenwald@bellsouth.net | |
| Law Offices of Gary Green, P.A. | Gary Green, Esq.<br>Melissa Yopp, Esq. | 1001 LaHarpe<br>Little Rock, AR 72201<br>PH: 501-224-7400<br>FAX: 501224-2294<br>email: ggreen@ggreen.com | |
| Krislov & Associates, Ltd. | Clint Krislov, Esq.<br>Jason Stiehl | Civic Opera Building<br>20 North Wacker Drive<br>Suite 1350<br>Chicago, IL 60606<br>PH: 312-606-0500<br>FAX: 312-606-0207<br>email: clint@Krislovlaw.com | |
| Peirce, Raimond & Coulter | Marc Coulter, Esq.<br>Aaron Rihn, Esq. | 2500 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219<br>PH: 412-281-7229<br>FAX: 412-281-4229<br>email: Arihn@Peircelaw.com | |
| Wallace, Chapus & Associates | Hank Wallace, Esq. | 2220 Grant Building<br>Pittsburgh, PA 15219<br>PH: 412-391-6666<br>FAX:<br>email: hwallace@wallacechapus.com | |
| Schiffrin & Barroway, LLP | Tobias Millrood, Esq. | Three Bala Plaza East, Suite 400<br>Bala Cynwyd, PA 19004<br>PH: 610-822-2230<br>FAX: 610-667-7056<br>email: tmillrood@sbclasslaw.com | |
| Singleton Law Firm | Willie Singleton, Esq.<br>Yvonne Johnson, Esq. | 4050 Linwood Avenue<br>Shreveport, LA 71108 | |

SHS-0193-16827

4

| Law Firm | Attorney Name | Address/Ph/Fax | Party(ies) Represented |
|---|---|---|---|
| | | PH: 612-730-8986<br>email: inezjohn@justice.com | |
| Gary Eubanks & Associates, Ltd. | William Gary Holt, Esq.<br>Russell Marlin, Esq. | 708 West Second Street<br>Post Office Box 3887<br>Little Rock, AR 72203-3887<br>PH: 501-372-0266<br>FAX: 501-688-7741<br>Email: MarlinR@GaryEubanks.com | Sharon Cook<br>Gale Bolander |
| Greer & Associates | C. Keith Greer, Esq. | 16787 Bernardo Center Drive<br>Suite 14<br>San Diego, CA 94212<br>PH: 858-613-6677<br>FAX: 858-613-6680<br>Email: | Jan Zrznaric |
| Kenneth B. Moll & Assoc., Ltd. | Kenneth B. Moll, Esq.<br>Michael O'Meara, Esq. | Three First Naional Plaza<br>Thirty Seventh Floor<br>Chicago IL 60602<br>PH: 312-558-6444<br>FAX: 312-558-1112<br>Email: | Elizabeth Katz<br>Gayle Lewers<br>Edith Livingston<br>Walter Livingston |
| Percy, Pujol & Wall | Timothy Earle Pujol, Esq. | 712 North Burnside Avenue<br>Post Office Box 1096<br>Gonzalez, Louisiana 70707<br>PH:<br>FAX:<br>Email: | Trudie Attuso<br>Wayne Attuso |
| Robinson Calcagnie & Robinson | Kevin Frank Calcagnie, Esq.<br>Mark Robinson, Jr., Esq. | 620 Newport Center Drive,<br>7th Floor<br>Newport Beach, California 92660<br>PH:<br>FAX:<br>Email: | Manuela Favela |
| | Fredye Long Alford, Esq. | 3512 Texas Boulevard<br>Texarkana, TX 75503<br>PH:<br>FAX:<br>Email: | |
| Cooney, Mattson, Lance, et. al. | Ace J. Blackburn, Jr., Esq. | 2312 Wilton Drive<br>P.O. Box 14546<br>Fort Lauderdale, FL 33302<br>PH:<br>FAX:<br>Email: | |
| Frasier & Davidson, P.A. | Felix Lee Bowie, III, Esq. | 500 East Capitol Street<br>Jackson, MS 39201<br>PH:<br>FAX:<br>Email: | |

SHS-0193-16827

| Law Firm | Attorney Name | Address/Ph/Fax | Party(ies) Represented |
|---|---|---|---|
| | Michael Braden, M.D. | P.O. Box 112<br>Depot Street<br>Durant, MS 39063-0112<br>PH:<br>FAX:<br>Email: | |
| Law Offices of Scott A. Bursor | Scott A. Bursor, Esq. | 500 Seventh Avenue<br>10th Floor<br>New York, NY 10018-4213<br>PH:<br>FAX:<br>Email: | |
| Copeland, Franco, Screws & Gill, P.A. | Lee H. Copeland, Esq. | P.O. Box 347<br>Montgomery, AL 36101-0347<br>PH:<br>FAX:<br>Email: | |
| Patton, Haltom, Roberts, McWilliams & Greer, LLP | Jennifer H. Doan, Esq. | 2900 St. Michael Drive<br>Centruy Plaza, Suite 400<br>P.O. Box 6128<br>Texarkana, TX 75505-6128<br>PH:<br>FAX:<br>Email: | |
| | Michael R. Duckworth, M.D. | 2225 5th Street<br>Columbus, MS 39703<br>PH:<br>FAX:<br>Email: | |
| | Angela Furr, M.D. | 106 Walker Street<br>Houlka, MS 38850<br>PH:<br>FAX:<br>Email: | |
| Carlton Fields, P.A. | Edward W. Gerecke, Esq. | One Harbour Place<br>777 S. Harbor Island Drive<br>P.O. Box 3239<br>Tampa, FL 33601-5730<br>PH:<br>FAX:<br>Email: | |
| Wise, Carter, Child & Caraway | Dudley C. Graham, Jr., Esq. | P.O. Box 651<br>Jackson, MS 39205-0651<br>PH:<br>FAX:<br>Email: | Charles Borum, M.D.<br>Virginia Anne Jones, M.D.<br>Thomas Purvis, M.D.<br>Bensanford, M.D.<br>Fletcher Schrock, M.D. |
| Haas, Dutton, Capito, Blackburn, Lewis & Longley | Raymond A. Haas, Esq. | 1901 N. 13th Street, Suite 300<br>P.O. Box 1700 | |

| Law Firm | Attorney Name | Address/Ph/Fax | Party(ies) Represented |
|---|---|---|---|
| | David Hall, M.D. | 150 Jefferson Davis Boulevard<br>Natchez, MS 39120-5107<br>PH:<br>FAX:<br>Email: | |
| | | Tampa, FL 33601<br>PH:<br>FAX:<br>Email: | |
| | Chad Jarjoura, M.D. | 608 2nd Avenue<br>Laurel, MS 39440-3563<br>PH:<br>FAX:<br>Email: | |
| | Charlotte Magnussen, M.D. | 747 Medical Center Drive<br>West Point, MS 39773<br>PH:<br>FAX:<br>Email: | |
| Shook, Hardy & Bacon | Deborah A. Moeller, Esq. | One Kansas City Place<br>1200 Main Street, 26th Floor<br>Kansas City, MO 64105-2118<br>PH:<br>FAX:<br>Email: | |
| Ryan & Dawson | Troy M. Moore, Esq. | 770 S. Post Oak Lane<br>Suite 525<br>Houston, TX 77056<br>PH:<br>FAX:<br>Email: | |
| | Alphonse Reed, M.D. | 55 Sgt. Prentis Drive<br>Natchez, MS 39120-4740<br>PH:<br>FAX:<br>Email: | |
| | Jonathan R. Rosenn | Concorde Building<br>66 W. Flagler Street<br>Miami, FL 33130-1803<br>PH:<br>FAX:<br>Email: | |
| Vinson & Elkins | Robert M. Schick, Esq. | 2300 First City Tower<br>1001 Fannin<br>Houston, TX 77022-6760<br>PH:<br>FAX:<br>Email: | |

| Law Firm | Attorney Name | Address/Ph/Fax | Party(ies) Represented |
|---|---|---|---|
| | Bernadete Sherman, M.D. | P.O. Box 98<br>Fayette, MS 39069-0098<br>PH:<br>FAX:<br>Email: | |
| | Jaimie R. Ungo, M.D. | 106 Walker Street<br>Houlka, MS 38850<br>PH:<br>FAX:<br>Email: | |
| | Bobbie White<br>Sarah Lannette White | 236 Jennings Way<br>Eufaula, AL 36027<br>PH:<br>FAX:<br>Email: | |
| McGlinchey Stafford | Henri Wolbrette, III, Esq. | 643 Magazine Street<br>P.O. Box 60643<br>New Orleans, LA 70130-3477<br>PH:<br>FAX:<br>Email: | |
| **ATTORNEYS FOR DEFENDANT** | | | |
| Williams & Connolly, LLP | John W. Vardaman, Jr., Esq.<br>Stephen L. Urbanczyk, Esq.<br>F. Lane Heard III, Esq. | 725 12th Street, N.W.<br>Washington, DC 20005-5901<br>PH:   202-434-5000<br>FAX:  202- | Wyeth, f/k/a American Home Products Corp., Wyeth Pharmaceuticals, f/k/a Wyeth-Ayerst Pharmaceuticals, Inc. |
| Mitchell, Williams, Selig, Gates & Woodyard, P. | Lyn P. Pruitt, Esq. | 425 West Capitol Avenue,<br>Suite 1800<br>Little Rock, AR 72201-3525<br>PH:   501-434-5000<br>FAX: | Wyeth, Inc.<br>Wyeth Pharmaceuticals |
| Butler, Snow, O'Mara, Stevens, & Cannada | Heather M. Aby, Esq.<br>Christy D. Jones | P.O. Box 22567<br>Jackson, MS 39225-2567<br>PH:<br>FAX: | |