**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
600 W. CAPITOL, ROOM 423
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 2 8 2003

JAMES W. McCORMACK, CLERK
By: _____
DEP. CLERK

BILL WILSON
JUDGE

July 28, 2003

Ms. Jan P. Helder, Jr.
Mr. Brian J. Madden
STEUVE HELDER SIEFEL, LLP
330 West 47th Street, Suite 250
Kansas City, Missouri 64112

Mr. Michel Mills, Esquire
PERONO, LANDER, BECK,
   LALLANDE & SERBIN
300 East San Antonio Drive
Post Office Box 7948
Long Beach, California 90807-0948

Mr. Russell D. Marlin
GARY EUBANKS & ASSOCIATES, LTD.
708 West Second Street
Post Office Box 3887
Little Rock, Arkansas 72203-3887

Mr. Paul Odenwald
CLARK & ODENWALD
3929 Tulane Avenue
New Orleans, Louisiana 70119

Mr. Marc Coulter
Mr. Aaron Rijn
PEIRCE, RAIMOND & COULTER
2500 Gulf Tower, 606 Grant Street
Pittsburgh, Pennsylvania 15219

Mr. Gary Green
Ms. Melissa Opp
LAW OFFICE OF GARY GREEN
1001 LaHarpe
Little Rock, Arkansas 72201

Mr. Hank Wallace
WALLACE, CHAPUS & ASSOCIATES
2220 Grant Building
Pittsburgh, Pennsylvania 15219

Mr. Clint Krislov
Mr. Jason Stiehl
KRISLOV & ASSOCIATES, LTD.
Civic Opera Building
20 North Wacker Drive, Suite 1350
Chicago, Illinois 60606

Mr. Tobias Millrood
SCHIFFRIN & BARROWAY, LLP
Three Bala Plaza East, Suite 400
Bala Cynwyd, Pennsylvania 19004

Mr. Willie Singleton
SINGLETON LAW FIRM
4050 Linwood Avenue
Shreveport, Louisiana 71108

Mr. John W. Vardaman, Jr.
Mr. Stephen L. Urbanczyk
Mr. F. Lane Heart, III
WILLIAMS & CONNOLLY, LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005

Ms. Lyn P. Pruitt
MITCHELL, WILLIAMS, SELIG,
   GATES & WOODYARD
425 West Capitol, Suite 1800
Little Rock, Arkansas 72201

22

RE:   In Re: Prempro Products Liability
      MDL Docket No. 1507

Dear Counsel:

As you know, the selection of the Steering Committee members is one of the first steps I must take. My wife, Ms. Compton, is a lawyer, whose office is here in Little Rock. She has a case pending against Mr. Green's law firm. Mr. Green has been proposed as one of the nominees for the Steering Committee.

I have decided that I should recuse from this selection. Currently, it is my intention to remain on this case, and decide all other discovery issues.

In due course, I will enter an order of recusal with respect to the selection of the Steering Committee.

Meanwhile, I invite a motion and brief from any party that believes I should recuse across the board. Please file any such motion and support within 21 days from the date of this letter (by 5:00 p.m.).

Thank you for your consideration.

Cordially,

Wm. R. Wilson, Jr.

Original:   Mr. James W. McCormack, Clerk