FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 2 3 2003

JAMES W. McCORMACK, CLERK
By:_____
                        DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: | : | MDL Docket No. 4:03CV1507-WRW |
| | : | |
| PREMPRO PRODUCTS LIABILITY LITIGATION | : | ALL CASES |
| | : | |

## ORDER

After reviewing the resumes submitted by the proposed steering committee members, and conducting individual interviews, I find that each of the proposed members is qualified and, therefore, the following persons are named to the original Steering Committee:

Mr. Marc Coulter
Mr. Aaron Rihn
PEIRCE, RAIMOND & COULTER
2500 Gulf Tower, 606 Grant Street
Pittsburgh, Pennsylvania 15219
Phone: (412) 281-7229
Fax:     (412) 281-4229
email:  mcoulter@peircelaw.com
           arihn@peircelaw.com

Mr. Tobias Millrood
SCHIFFRIN & BARROWAY, LLP
Three Bala Plaza East, Suite 400
Bala Cynwyd, Pennsylvania 19004
Phone: (601) 667-7706
Fax:     (610) 667-7056
email:  tmillrood@sbclasslaw.com

Mr. Clint Krislov
Mr. Jason Stiehl
KRISLOV & ASSOCIATES, LTD.
Civic Opera Building
20 North Wacker Drive, Suite 1350
Chicago, Illinois 60606
Phone: (312) 606-0500
Fax:     (312) 606-0207
email:  clint@krislovlaw.com
           stiehl@krislovlaw.com

Mr. Paul Odenwald
CLARK & ODENWALD
3929 Tulane Avenue
New Orleans, Louisiana 70119
Phone: (504) 488-4486
Fax:     (504) 488-4485
email:  odenwald@bellsouth.net

Mr. Willie Singleton
SINGLETON LAW FIRM
4050 Linwood Avenue
Shreveport, Louisiana 71108
Phone:  (318) 631-5200
Fax:     (318) 636-7759
email:  singlaw@shreve.net

Mr. Hank Wallace
WALLACE, CHAPUS & ASSOCIATES
2220 Grant Building
Pittsburgh, Pennsylvania 15219
Phone:  (412) 391-6666
Fax:     (412) 391-6673
email:   hwallace@wallacechapus.com

IT IS SO ORDERED this 22nd day of October, 2003.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE
WM. R. WILSON, JR.

loj

UNITED STATES DISTRICT COURT
Eastern District of Arkansas
U.S. Court House
600 West Capitol, Suite 402
Little Rock, Arkansas 72201-3325

October 24, 2003

* * MAILING CERTIFICATE OF CLERK * *

Re:   4:03-cv-01507.

True and correct copies of the attached were mailed by the clerk to the following:      press, file

    William Gary Holt, Esq.
    Gary Eubanks & Associates
    Post Office Box 3887
    Little Rock, AR   72203-3887

    Russell D. Marlin, Esq.
    Gary Eubanks & Associates
    Post Office Box 3887
    Little Rock, AR   72203-3887

    Lyn Peeples Pruitt, Esq.
    Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C.
    425 West Capitol Avenue
    Suite 1800
    Little Rock, AR   72201-3525

James W. McCormack, Clerk

Date: 10/24/03   BY: L Jones