# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### 600 W. CAPITOL, ROOM 423
### LITTLE ROCK, ARKANSAS 72201-3325
### (501) 604-5140
### Facsimile (501) 604-5149

BILL WILSON
JUDGE

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 2 8 2003

JAMES W McCORMACK, CLERK
By: _____
DEP. CLERK

**October 28, 2003**

**Via Facsimile**

Steering Committee Members

Mr. Marc Coulter
Mr. Aaron Rihn
PEIRCE, RAIMOND & COULTER
2500 Gulf Tower, 606 Grant Street
Pittsburgh, Pennsylvania 15219

Mr. Clint Krislov
Mr. Jason Stiehl
KRISLOV & ASSOCIATES, LTD.
Civic Opera Building
20 North Wacker Drive, Suite 1350
Chicago, Illinois 60606

Mr. Tobias Millrood
SCHIFFRIN & BARROWAY, LLP
Three Bala Plaza East, Suite 400
Bala Cynwyd, Pennsylvania 19004

Mr. Paul Odenwald
CLARK & ODENWALD
3929 Tulane Avenue
New Orleans, Louisiana 70119

Mr. Willie Singleton
SINGLETON LAW FIRM
4050 Linwood Avenue
Shreveport, Louisiana 71108

Mr. Hank Wallace
WALLACE, CHAPUS & ASSOCIATES
2220 Grant Building
Pittsburgh, Pennsylvania 15219

Lead and Liaison Counsel

Mr. Jan P. Helder, Jr.
Mr. Brian J. Madden
STEVE HELDER SIEFEL, LLP
330 West 47th Street, Suite 250
Kansas City, Missouri 64112

Mr. Russell D. Marlin
Mr. Gary Holt
GARY EUBANKS & ASSOCIATES, LTD.
708 West Second Street
Post Office Box 3887
Little Rock, Arkansas 72203-3887

Mr. Michel Mills
PERONO, LANDER, BECK,
  LALLANDE & SERBIN
300 East San Antonio Drive
Post Office Box 7948
Long Beach, California 90807-0948

Ms. Lyn P. Pruitt
MITCHELL, WILLIAMS, SELIG,
  GATES & WOODYARD
425 West Capitol, Suite 1800
Little Rock, Arkansas 72201

Mr. John W. Vardaman, Jr.
Mr. Stephen L. Urbanczyk
Mr. F. Lane Heard, III
WILLIAMS & CONNOLLY, LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005

**4**

RE:   Wyeth's Motion for Leave to Conduct Limited Discovery
      In Re: Prempro Products Liability
      MDL Docket No. 1507

Dear Counsel:

Currently pending before me is Defendant Wyeth's Motion for Leave to Conduct Limited Discovery. In its motion, Wyeth has proposed that it be allowed to subpoena the National Institute of Health to obtain the data underlying the Women's Health Initiative study of Prempro, and that it be allowed to collect medical records from named plaintiffs in the case.

It appears to me that this request is reasonable and has been agreed upon by the parties. If there are any objections to granting this motion, please file the objection and specific reasons for the objection, within five days.

Cordially,

WM. R. WILSON, JR.

P.S. Dictated over the phone out of state by Judge Wilson.

Original:    Mr. James W. McCormack, Clerk