**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
600 W. CAPITOL, ROOM 423
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 1 2 2003

JAMES W McCORMACK, CLERK
By: ~~_____~~
DEP. CLERK

BILL WILSON
JUDGE

November 12, 2003

Steering Committee Members

Mr. Marc Coulter
Mr. Aaron Rihn
PEIRCE, RAIMOND & COULTER
2500 Gulf Tower, 606 Grant Street
Pittsburgh, Pennsylvania 15219

Mr. Clint Krislov
Mr. Jason Stiehl
KRISLOV & ASSOCIATES, LTD.
Civic Opera Building
20 North Wacker Drive, Suite 1350
Chicago, Illinois 60606

Ms. Eileen L. McGeever
RUSHALL & McGEEVER
1903 Wright Place, Suite 250
Carlsbad, California 92008

Mr. Tobias Millrood
SCHIFFRIN & BARROWAY, LLP
Three Bala Plaza East, Suite 400
Bala Cynwyd, Pennsylvania 19004

Mr. Paul Odenwald
CLARK & ODENWALD
3929 Tulane Avenue
New Orleans, Louisiana 70119

Mr. Willie Singleton
SINGLETON LAW FIRM
4050 Linwood Avenue
Shreveport, Louisiana 71108

Mr. Hank Wallace
WALLACE, CHAPUS & ASSOCIATES
2220 Grant Building
Pittsburgh, Pennsylvania 15219

Lead and Liaison Counsel

Mr. Jan P. Helder, Jr.
Mr. Brian J. Madden
STEUVE HELDER SIEFEL, LLP
330 West 47th Street, Suite 250
Kansas City, Missouri 64112

Mr. Russell D. Marlin
Mr. Gary Holt
GARY EUBANKS & ASSOCIATES, LTD.
708 West Second Street
Post Office Box 3887
Little Rock, Arkansas 72203-3887

Mr. Michel Mills
PERONO, LANDER, BECK,
  LALLANDE & SERBIN
300 East San Antonio Drive
Post Office Box 7948
Long Beach, California 90807-0948

Ms. Lyn P. Pruitt
MITCHELL, WILLIAMS, SELIG,
  GATES & WOODYARD
425 West Capitol, Suite 1800
Little Rock, Arkansas 72201

Mr. John W. Vardaman, Jr.
Mr. Stephen L. Urbanczyk
Mr. F. Lane Heard, III
WILLIAMS & CONNOLLY, LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005

4 1

RE:     Proposed Steering Committee Member
        In Re: Prempro Products Liability
        MDL Docket No. 1507

Dear Counsel

Enclosed is a copy Mr. Shawn Korrami's letter requesting consideration to be on the Steering Committee in this case and resume, which I received on November 1, 2003.

Please let me have your comments, pro or con, by 5 p.m., day after tomorrow (Friday, November 14, 2003).

                                        Cordially,

                                        WM. R. WILSON, JR.


Original:     Mr. James W. McCormack, Clerk
CC:           Lead and Liaison Counsel for both parties.

Page 2 of 2

Tel: 818.947.5111
Fax: 818.947.5121
14550 Haynes Street
Third Floor
Van Nuys, Ca 91411



**The Law Offices of Shawn Khorrami**
www.khorrami.com

Tel: 415.956.0266
Fax: 415.956.0121
1450 Sutter Street
Suite 404
San Francisco, Ca 94105

October 31, 2003

458 ½ S. Roxbury Drive
Beverly Hills, Ca 90212

Overnight Delivery

Honorable Wm. R. Wilson
Judge of the United States District Court for the
Eastern District of Arkansas
600 West Capitol, Suite 423
Little Rock, AR 72201-3325

**Attorneys at Law**

Shawn Khorrami

Dylan Pollard

Stephanie Casale

Patricia Mitchell

Matt C. Bailey

Adriana Brava-Partain

**Of Counsel**

David Berke

Charles G. Brown

James S. Turner

**In re:  Prempro Products Liability - MDL Docket No. 4:03CV01507-WRW**

Dear Judge Wilson:

Please accept the following resumes for Law Offices of Shawn Khorrami and Shawn Khorrami and Patricia Mitchell for your consideration. The firm resume includes the information about my firm's and my qualifications to serve on the Prempro MDL PSC.  I will be happy to provide any additional information or references the Court may find helpful.

Respectfully Submitted,

Shawn Khorrami
Counsel for Plaintiff Fabiana Moradkhani



The Law Offices of Shawn Khorrami was organized in 1996. It has since represented plaintiffs in many forms of complex litigation including consumer fraud and product liability class actions and a variety of pharmaceutical mass torts. In July, 2003, the California Superior Court approved the firm as class counsel in a consumer fraud class action in Dennis v. Travelocity. Before that, in January, 2003, the firm was approved by the California Superior Court as liaison counsel in the mass tort individual and class actions in the coordinated Vaccine Cases JCCP No. 4246. The case involves nearly a thousand individual cases and a putative class of several million individuals. The firm is also lead class counsel in a number of class actions pending around the country involving dental amalgam, among them, Tibau v. American Dental Association San Francisco Superior Court Case No. 322110, a portion of which is currently pending before the California Supreme Court. Again, the case involves a putative class numbering in the tens of millions.

The firm is a member of the national Plaintiffs' Steering Committee in cases involving thimerosal. The Khorrami Firm is lead counsel in Grair v. GlaxoSmithKline L.A. Superior Court Case No. BC288536, a pharmaceutical case involving the anti-depressant Paxil. The Khorrami Firm is lead class counsel in Becker v. Bailey Total Fitness L.A. Superior Court Case No. BC277804; Clausen v. Motorola L.A. Superior Court Case No. BC290380; Pollard v. Ericsson L.A. Superior Court Case No. BC288072, all involving consumer fraud.

The Law Offices of Shawn Khorrami is actively involved in complex and class litigation around the country involving pharmaceuticals. As demonstrated above, the Firm has considerable experience both in class and mass tort actions and is well-versed in handling multi-plaintiff actions. The Firm was founded based on the principle of representing individuals who lack representation or access to the courts.

## SHAWN KHORRAMI

Shawn Khorrami graduated with honors from Pepperdine University School of Law in 1995, after earning his undergraduate degrees in mathematics, economics and computer programming at UCLA. Mr. Khorrami is admitted to practice in California. He has been admitted pro hac vice before courts in several states, including, but not limited to, Texas, Maryland, and Georgia as co or lead counsel in mass tort litigation involving vaccines and amalgams.

Mr. Khorrami leads the Firm's Complex Litigation department. For almost seven years, Mr. Khorrami has devoted his practice to plaintiffs' class action and complex litigation cases, with particular emphasis in toxic substances and pharmaceuticals. Mr. Khorrami founded the firm based on representation of people who typically lack representation or court access. To this day, the firm only represents individuals and nonprofits.

Aside from pharmaceuticals and toxic torts, Mr. Khorrami's class action experience includes consumer fraud, false advertisement, civil rights, and employment wage and hour classes. Mr. Khorrami has never been subject to any form of disciplinary proceeding.

Most recently, Mr. Khorrami received court approval as class counsel of a certified litigation class (Dennis v. Travelocity). He has represented plaintiffs in the

Lead Counsel, Co-Counsel and Steering and Executive Committee positions.  Mr. Khorrami has provided leadership in these roles through virtually every phase of complex and class litigation in courts around the country.  The following synopsis illustrates Mr. Khorrami's proven commitment to representing class members' serious needs vigorously and fairly.  Respectfully, this track record qualifies Mr. Khorrami for this Court's appointment as Plaintiffs' Steering Committee member.

- The Vaccine Cases, California Superior Court, JCCP No. 4246 2001-present. Hon. Victoria Chaney, Dept. 324.

In The Vaccine Cases, the Court approved Mr. Khorrami and the Khorrami Firm as co-liaison and lead in this pharmaceutical mass tort and class action.  The plaintiffs are comprised of mainly children and their parents, and some adults who have alleged injuries in connection with exposure to mercury from thimerosal containing vaccines. The alleged injuries include autism and various other neurological disorders.  Also, included are plaintiffs seeking class certification for medical monitoring.  The case involves several hundred parties and is expected to reach several thousand within the upcoming year.

Mr. Khorrami has led the vaccine litigation from its inception including coordination of hundreds of individual and class cases filed across the state. Individual and class actions were pending in dozens of California's counties.  Mr. Khorrami arranged for the coordination of all of the cases in the appropriate forum for imposition of complex litigation procedures.  Mr. Khorrami worked closely with hundreds of defense and plaintiffs' counsel in order to put in place case management orders that would allow the Court to efficiently manage the litigation.  These included arrangements for electronic service of documents and procedures for keeping all counsel informed and all parties capable of efficiently respond to matters.

Due to the breadth of the allegations and plaintiffs, the Court ordered multiple master complaints to be filed with each proceeding on separate tracks both in terms of time and in terms of substantive legal issues.  Mr. Khorrami negotiated procedures that would allow each plaintiff to submit claims allowing the parties to categorize and with minimal briefings and court intervention to address each individual plaintiff.

Mr. Khorrami and the Khorrami Firm have been primarily responsible for all of the procedural issues and substantive briefings in the coordinated actions which have not only included the typical issues of preemption and causation, but also the unique issues raised by the National Vaccine Injury Compensation Program ("NVICP"), an Act which was put in place in order to address vaccine injuries.  The NVICP has introduced unprecedented procedural and substantive issues.

Mr. Khorrami is also lead counsel in vaccine cases in Ohio and has litigated as co-lead counsel substantially similar cases involving both vaccines and amalgam dental fillings in Georgia and Texas.

- Vaccine Omnibus Proceedings, Court of Federal Claims, Washington D.C.

Mr. Khorrami is a member of the Plaintiffs' Steering Committee on vaccine cases pending in the Court of Federal Claims in Washington D.C.  These cases present unique procedural and discovery issues.  The Court of Federal Claims was formed under the NVICP.  It has specific procedures, discovery and proof



requirements for handling vaccine claims. The cases involve discovery from various federal agencies, in particular the FDA and the World Health Organization.

So sensitive are the matters raised in these cases that they have been the direct target of legislation virtually the entire time that they have been pending.

- **Kids Against Pollution v. American Dental Association** *et al.* California Superior Court, County of San Francisco Case Nos. 322109 and 322110. 2001-present. Hon. James Robertson III

This is a consolidated action involving mercury exposure from amalgam dental fillings. These are two of many similar lawsuits filed around the country. Mr. Khorrami and the Khorrami Firm are lead counsel in the <u>Kids Against Pollution</u> case (as well as virtually every case which has been filed around the country).

The cases have gone through extensive and thorough procedural issues resulting in interlocutory appeals. Aside from procedural issues, the cases have gone through significant and detailed scientific discovery involving emerging science on mercury, particularly low level, chronic exposures. There have been multiple expert depositions requiring several rounds of briefings in relation to California's Kelly/Frye standard for scientific evidence and multiple extended hearings.

The cases have also gone through multiple rounds of appeals regarding procedural and substantive issues. Most significantly, the case against one of the defendants has received a grant of review by the California Supreme Court. The matters raised with the California Supreme Court are so significant that the Court has received amicus letters from organizations from the NAACP to environmental nonprofits to the California Consumer Attorneys Association, and even two members of the U.S. Congress. The opening briefs are due on November 17, 2003.

The cases have been the subject of such public attention that currently, there is related legislation pending in a number of states and even in Washington D.C. where Congressman Burton and Congresswoman Watson are sponsoring a bill directly addressing the issues raised.

- **McDonald's** <u>Promotional Game Cases I and II</u>, J.C.C.P. Nos. 4218 and 4219, Orange County Superior Court Case No. 01 CC 00361. 2001-present. Hon. Ronald Bauer, Judge, O.C.S.C., Dept. C.X. 103.

On December 21, 2001, the Hon. Stewart Waldrip appointed Mr. Khorrami onto the Executive Committee in <u>McDonald's</u> <u>Promotional Game Cases I and II</u>, J.C.C.P. Nos. 4218 and 4219 a coordinated class action in the California Superior Court, Orange County. The case litigates McDonald's alleged fraud and false advertisements that illegally induced California consumers to purchase its food and beverages through its fraudulent MONOPOLY and "Who Wants to be a Millionaire?" promotional games.

Mr. Khorrami has been intimately involved in all aspects of the case, including the drafting and filing of most of the briefings. Mr. Khorrami has worked closely with lead and liaison counsel in order to develop the strategic objectives and tactical strategies to provide the best recovery for California consumers. Included in the issues that arose in the matter, were a suspicious nationwide settlement developing in Chicago without litigation or discovery, an issue which required extensive briefings in extremely short time. The case is currently on appeal.



- <u>Grair v. GlaxoSmithKline</u> California Superior Court, County of Los Angeles Case No. BC288536.  2002-present.  Hon. Peter D. Litchman, Judge, Central Civil West, Dept. 322.

<u>Grair</u> involves the antidepressant Paxil.  Plaintiffs allege that Paxil, although marketed as a non-addictive drug, was, in fact, more addicting than its competitors. Mr. Khorrami and the Khorrami Firm, as lead counsel, have sought to certify a statewide class in California.  This case involves difficult issues of law relating to preemption, and the FDA's guidelines on advertising.  The case revolves around GlaxoSmithKline's advertising and promotions, with particular emphasis on the marketing of the product to individuals who were not suffering from depression or anxiety.

Mr. Khorrami has been involved in the investigation and the litigation of this matter for nearly two years, including the gathering of hundreds of plaintiffs.  Mr. Khorrami is primarily responsible for all of the briefings and discovery.  Most current is defendant's motion to dismiss.

- <u>Dennis v. Travelocity</u> California Superior Court, County of Los Angeles Case No. BC273172.  2002-2003.  Hon. Victoria Chaney, Judge, Central Civil West, Dept. 324.

On May 12, 2003, the Hon. Victoria Chaney approved Mr. Khorrami and the Khorrami Firm as class counsel in this consumer class action.  The case class action alleging false advertising and unfair and illegal business practices in the failure of the defendant to make good on its promotion.  Mr. Khorrami was primarily responsible for all aspects of the litigation.  Among other things, the case involved legal obstacles such as a contractual arbitration and forum selection clause.

Mr. Khorrami's responsibilities as Lead Counsel included every responsibility from strategic planning to case funding. Mr. Khorrami developed the strategic objectives and tactical strategies to provide the best recovery for U.S. consumers.  Mr. Khorrami provided extensive briefings on the viability of a nationwide class and the propriety of enforcement of defendant's arbitration and forum selection clause.

The Hon. Victoria Chaney ordered this case certified as a nationwide class action.  Mr. Khorrami obtained a resolution which provided U.S. consumers with a rare <u>*100%*</u> recovery of their losses.  Moreover, this 100% recovery was in cash with notice being provided through three separate mediums – two of them by individual contact – and procedures which assured that each class member obtained his or her recovery with minimal effort.

F I L E   C O P Y

bm

UNITED STATES DISTRICT COURT
Eastern District of Arkansas
U.S. Court House
600 West Capitol, Suite 402
Little Rock, Arkansas 72201-3325


November 13, 2003


* * MAILING CERTIFICATE OF CLERK * *

Re:  4:03-cv-01507.


True and correct copies of the attached were mailed by the clerk to the
following:

        William Gary Holt, Esq.
        Gary Eubanks & Associates
        Post Office Box 3887
        Little Rock, AR  72203-3887

        Russell D. Marlin, Esq.
        Gary Eubanks & Associates
        Post Office Box 3887
        Little Rock, AR  72203-3887

        Lyn Peeples Pruitt, Esq.
        Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C.
        425 West Capitol Avenue
        Suite 1800
        Little Rock, AR  72201-3525

        press


                                    James W. McCormack, Clerk

Date:  _11-13-03_            BY: _____