```
FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 1 2 2003

JAMES W McCORMACK, CLERK
By: _____
                    DEP. CLERK
```

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

In re:                                    :    MDL Docket No. 4:03CV1507-WRW
                                          :
PREMPRO PRODUCTS LIABILITY                :    ALL CASES
LITIGATION                                :
                                          :
                                          :

## ORDER

After reviewing the resume submitted by the proposed steering committee member, Ms. Eileen L. McGeever, and conducting an individual interview, I find that she is qualified, and she is named to the Steering Committee. Ms. McGeever's contact information is listed below:

Ms. Eileen L. McGeever
RUSHALL & McGEEVER
1903 Wright Place, Suite 250
Carlsbad, California 92008
Phone: (760) 438-6855
Fax:   (760) 438-3026
email: RUSHALL@cts.com

IT IS SO ORDERED this 12th day of November, 2003.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE
WM. R. WILSON, JR.

```
THIS DOCUMENT ENTERED ON
DOCKET SHEET IN COMPLIANCE
WITH RULE 58 AND/OR 79(a) FRCP
ON 11-13-03 BY _____
```

42

bm

UNITED STATES DISTRICT COURT
Eastern District of Arkansas
U.S. Court House
600 West Capitol, Suite 402
Little Rock, Arkansas 72201-3325

November 13, 2003

\* \* MAILING CERTIFICATE OF CLERK \* \*

Re:   4:03-cv-01507.

True and correct copies of the attached were mailed by the clerk to the following:

> William Gary Holt, Esq.
> Gary Eubanks & Associates
> Post Office Box 3887
> Little Rock, AR   72203-3887
>
> Russell D. Marlin, Esq.
> Gary Eubanks & Associates
> Post Office Box 3887
> Little Rock, AR   72203-3887
>
> Lyn Peeples Pruitt, Esq.
> Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C.
> 425 West Capitol Avenue
> Suite 1800
> Little Rock, AR   72201-3525
>
> press

James W. McCormack, Clerk

Date: _11-13-03_      BY: _____