IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: | : | MDL Docket No. 4:03CV1507-WRW |
| | : | |
| PREMPRO PRODUCTS LIABILITY LITIGATION | : | ALL CASES |
| | : | |
| | : | |

## ORDER

After reviewing the resume submitted by the proposed steering committee members, Mr. Shawn Khorrami and Ms. Patricia Mitchell, and conducting individual interviews, I find that they are qualified, and are named to the Steering Committee. Their contact information is listed below:

Mr. Shawn Khorrami
Ms. Patricia Mitchell
LAW OFFICES OF SHAWN KHORRAMI
14550 Haynes Street, Third Floor
Van Nuys, CA 91411
Phone: (818) 947-5111
Fax:   (818) 947-5121
email: skhorrami@khorrami.com
       pmitchell@khorrami.com

IT IS SO ORDERED this 14th day of November, 2003.

_____
UNITED STATES DISTRICT JUDGE
WM. R. WILSON, JR.

THIS DOCUMENT ENTERED ON
DOCKET SHEET IN COMPLIANCE
WITH RULE 58 AND/OR 79(a) FRCP
ON 11-17-03 BY _____

45

```
                        F I L E   C O P Y
                                                                  bm
               UNITED STATES DISTRICT COURT
                 Eastern District of Arkansas
                      U.S. Court House
                600 West Capitol, Suite 402
               Little Rock, Arkansas 72201-3325


                        November 17, 2003



              * * MAILING CERTIFICATE OF CLERK * *


Re:  4:03-cv-01507.



True and correct copies of the attached were mailed by the clerk to the
following:

     William Gary Holt, Esq.
     Gary Eubanks & Associates
     Post Office Box 3887
     Little Rock, AR   72203-3887

     Russell D. Marlin, Esq.
     Gary Eubanks & Associates
     Post Office Box 3887
     Little Rock, AR   72203-3887

     Lyn Peeples Pruitt, Esq.
     Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C.
     425 West Capitol Avenue
     Suite 1800
     Little Rock, AR   72201-3525

     press


                                        James W. McCormack, Clerk

Date:   11-17-03                   BY: _____
```