**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
600 W. CAPITOL, ROOM 423
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

BILL WILSON
JUDGE

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 1 9 2003

JAMES W. McCORMACK, CLERK
By: _____
DEP. CLERK

**November 19, 2003**

Steering Committee Members

Mr. Marc Coulter
Mr. Aaron Rihn
PEIRCE, RAIMOND & COULTER
2500 Gulf Tower, 606 Grant Street
Pittsburgh, Pennsylvania 15219

Mr. Shawn Khorrami
Ms. Patricia Mitchell
LAW OFFICES OF SHAWN KHORRAMI
14550 Haynes Street, Third Floor
Van Nuys, CA 91411

Mr. Clint Krislov
Mr. Jason Stiehl
KRISLOV & ASSOCIATES, LTD.
Civic Opera Building
20 North Wacker Drive, Suite 1350
Chicago, Illinois 60606

Ms. Eileen L. McGeever
RUSHALL & McGEEVER
1903 Wright Place, Suite 250
Carlsbad, California 92008

Mr. Tobias Millrood
SCHIFFRIN & BARROWAY, LLP
Three Bala Plaza East, Suite 400
Bala Cynwyd, Pennsylvania 19004

Mr. Paul Odenwald
CLARK & ODENWALD
3929 Tulane Avenue
New Orleans, Louisiana 70119

Mr. Willie Singleton
SINGLETON LAW FIRM
4050 Linwood Avenue
Shreveport, Louisiana 71108

Mr. Hank Wallace
WALLACE, CHAPUS & ASSOCIATES
2220 Grant Building
Pittsburgh, Pennsylvania 15219

Lead and Liaison Counsel

Mr. Jan P. Helder, Jr.
Mr. Brian J. Madden
STEUVE HELDER SIEFEL, LLP
330 West 47th Street, Suite 250
Kansas City, Missouri 64112

Mr. Russell D. Marlin
Mr. Gary Holt
GARY EUBANKS & ASSOCIATES, LTD.
708 West Second Street
Post Office Box 3887
Little Rock, Arkansas 72203-3887

Mr. Michel Mills
PERONO, LANDER, BECK,
   LALLANDE & SERBIN
300 East San Antonio Drive
Post Office Box 7948
Long Beach, California 90807-0948

Ms. Lyn P. Pruitt
MITCHELL, WILLIAMS, SELIG,
   GATES & WOODYARD
425 West Capitol, Suite 1800
Little Rock, Arkansas 72201

Mr. John W. Vardaman, Jr.
Mr. Stephen L. Urbanczyk
Mr. F. Lane Heard, III
WILLIAMS & CONNOLLY, LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005

RE:     Defendant's Letter dated November 18, 2003
        In Re: Prempro Products Liability
        MDL Docket No. 1507

Dear Ms. Pruitt and Mr. F. Wayne Heard:

I have your November 18, 2003 letter regarding the addition of Ms. McGeever, Mr. Khorrami, and Ms. Mitchell to Plaintiffs' Steering Committee.

First, I remind you that neither of you nor anyone connected with Defendant expressed any interest in the Steering Committee appointment process—in fact, an invitation was extended for defense counsel to sit in on the Steering Committee interviews, but the invitation was declined.

I am not sure whether your letter indicates an objection to the appointment of committee members who do not represent a specific plaintiff. If so, please forthwith file an appropriate pleading with an appropriate degree of specificity.

The last sentence in your letter states:

> The addition to the Committee of these lawyers who lack any clients in MDL-1507 (or any clients at all), however, appears to explain the Committee's request – made in Mr. Marlin's letter to the Court yesterday – to revisit all the agreement made with Wyeth.

This statement indicates an explanation to you that is not apparent to me. If you think I need to be more fully advised in the premises, please give me some more specifics on this particular point.

If Plaintiffs' counsel have any comment regarding your letter, they should respond by 5 p.m. Monday, November 24, 2003.

Cordially,

WM. R. WILSON, JR.

P.S.    With respect to the first paragraph of your letter, we faxed each order and the letter to your office on the date they were signed and entered (November 12th and 14th), and received an "ok" from your fax on the dates sent. Nonetheless, as noted above, you still may object, if you will do so forthwith.

Original:   Mr. James W. McCormack, Clerk
CC:         Lead and Liaison Counsel and Steering Committee Members

bm

UNITED STATES DISTRICT COURT
Eastern District of Arkansas
U.S. Court House
600 West Capitol, Suite 402
Little Rock, Arkansas 72201-3325

November 19, 2003

* * MAILING CERTIFICATE OF CLERK * *

Re:   4:03-cv-01507.

True and correct copies of the attached were mailed by the clerk to the following:

    William Gary Holt, Esq.
    Gary Eubanks & Associates
    Post Office Box 3887
    Little Rock, AR   72203-3887

    Russell D. Marlin, Esq.
    Gary Eubanks & Associates
    Post Office Box 3887
    Little Rock, AR   72203-3887

    Lyn Peeples Pruitt, Esq.
    Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C.
    425 West Capitol Avenue
    Suite 1800
    Little Rock, AR   72201-3525

    press

James W. McCormack, Clerk

Date: _11-19-03_     BY: _____