

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 2 2003

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLK

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

In re:                                :       MDL Docket No. 4:03CV1507 WRW
                                      :
PREMPRO PRODUCTS LIABILITY            :
LITIGATION                            :       ALL CASES
                                      :

### MOTION FOR RECONSIDERATION OF
### PLAINTIFFS' STEERING COMMITTEE APPOINTMENTS

With reference to the Court's letter of November 19, 2003, and for the reasons set forth in the accompanying memorandum, Wyeth moves for reconsideration of Orders dated October 22, 2003, November 12, 2003, and November 14, 2003, insofar as they appoint Tobias Millrood, Eileen McGeever, Shawn Khorammi and Patricia Mitchell to the Plaintiffs' Steering Committee.

Respectfully submitted,

_____
Lyn P. Pruitt

MITCHELL, WILLIAMS, SELIG, GATES &
WOODYARD, P.L.L.C.
425 West Capitol Avenue, Suite 1800
Little Rock, AR 72201-3525
(501) 688-8800

John W. Vardaman, Jr.
Stephen L. Urbanczyk, Esq.
F. Lane Heard III, Esq.

WILLIAMS & CONNOLLY LLP
725 12th Street, N.W.
Washington, D.C. 20005-5901
(202) 434-5000

DATED: November 20, 2003          *Attorneys for Wyeth*

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of November 2003 a true and correct copy of the foregoing Motion for Reconsideration of Plaintiffs' Steering Committee Appointments, was forwarded by first-class mail, postage prepaid, to the parties listed on the attached Service List.

_____
Lyn P. Pruitt

## SERVICE LIST

### PROPOSED STEERING COMMITTEE MEMBERS

Mr. Marc Coulter
Mr. Aaron Rihn
PEIRCE, RAIMOND & COULTER
2500 Gulf Tower
606 Grant Street
Pittsburgh, Pennsylvania 15219

Mr. Clint Krislov
Mr. Jason Stiehl
KRISLOV & ASSOCIATES, LTD.
Civic Opera Building
20 North Wacker Drive
Suite 1350
Chicago, Illinois 60606

Mr. Shawn Khorrami
Ms. Patricia Mitchell
LAW OFFICES OF SHAWN KHORRAMI
14550 Haynes Street, Third Floor
Van Nuys, CA 91411

Ms. Eileen L. McGeever
RUSHALL & McGEEVER
1903 Wright Place
Suite 250
Carlsbad, California 92008

Mr. Tobias Millrood
SCHIFFRIN & BARROWAY, LLP
Three Bala Plaza East
Suite 400
Bala Cynwyd, Pennsylvania 19004

Mr. Paul Odenwald
CLARK & ODENWALD
3929 Tulane Avenue
New Orleans, Louisiana 70119

Mr. Willie Singleton
SINGLETON LAW FIRM
4050 Linwood Avenue
Shreveport, Louisiana 71108

Mr. Hank Wallace
WALLACE, CHAPUS & ASSOCIATES
2220 Grant Building
Pittsburgh, Pennsylvania 15219

### LEAD AND LIAISON COUNSEL

Mr. Jan P. Helder, Jr.
Mr. Brian J. Madden
STEUVE HELDER SIEFEL, LLP
330 West 47th Street
Suite 250
Kansas City, Missouri 64112

Mr. Michel Mills
PERONO, LANDER, BECK, LALLANDE & SERBIN
300 East San Antonio Drive
P.O. Box 7948
Long Beach, California 90807-0948

Mr. Russell D. Marlin
Mr. Gary Holt
GARY EUBANKS & ASSOCIATES, LTD
708 West Second Street
P.O. Box 3887
Little Rock, Arkansas 72203-3887