FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 17 2003

JAMES W. McCORMACK, CLERK
By: _____ DEP. CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

In re:                                :       MDL Docket No. 4:03CV1507-WRW
                                      :
PREMPRO PRODUCTS LIABILITY            :       ALL CASES
LITIGATION                            :
                                      :

## ORDER

After reviewing the resumes submitted by the proposed Steering Committee members, Ms. Kathleen Dailey, Mr. Mike Williams, Mr. James Morris, Mr. Richard Lewis, Mr. Robert K. Jenner, and Mr. Ken Suggs -- and after interviewing each of them, I find that they are qualified; ergo they are added to the Steering Committee. Their contact information is listed below:

Ms. Kathleen Dailey
Mr. Mike Williams
WILLIAMS DAILEY O'LEARY CRAINE AND LOVE, P.C.
101 SW 5th Avenue, Ste., 1900
Portland, OR 97204-1135
Phone: (503) 295-2924
Fax:   (503) 295-3720
email: kdailey@wdolaw.com
       Mwilliams@wdolaw.com

Mr. James Morris
PROVOST & UMPHREY LAW FIRM L.L.P.
490 Park St.
P.O. Box 4905
Beaumont, TX 77704
Phone: (409) 835-6000
Fax:   (409) 838-8888
email: jmorris@provostumphrey.com

Mr. Richard Lewis
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
1100 New York Avenue, N.W., Ste 500 West Tower
Washington, D.C. 20005
Phone: (202) 408-4600
Fax:   (202) 408-4699
email: rlewis@cmht.com

Mr. Robert K. Jenner
Janet, Willoughby, Gershon, Getz & Jenner, L.L.C.
1829 Reisterstown Road, Suite 320
Baltimore, Maryland 21208
Phone: (410) 653-3200
Fax:   (410) 653-6903
email: RJenner@medlawlegalteam.com

Mr. Ken Suggs
Suggs & Kelly, P.A.
500 Taylor St.
Columbia, SC 29201
Phone: (803) 256-7550
Fax:   (803) 252-7145
email: ksuggs@suggskelly.com

69

I find that Ms. Zoe Littlepage is qualified, and she is named as Plaintiffs third Lead Counsel. Her contact information is listed below:

Ms. Zoe Littlepage
Littlepage Booth
408 Westheimer Street
Houston, Texas 77006
Phone: (713) 529-8000
Fax:   (713) 529-8044
email: zoe@littlepagebooth.com

Objections to the above appointments, if any there be, are overruled and all exceptions are saved.

IT IS SO ORDERED this 17th day of December, 2003.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE
WM. R. WILSON, JR.

THIS DOCUMENT ENTERED ON
DOCKET SHEET IN COMPLIANCE
WITH RULE 58 AND/OR 79(a) FRCP
ON 12/18/03 BY _____

bm

UNITED STATES DISTRICT COURT
Eastern District of Arkansas
U.S. Court House
600 West Capitol, Suite 402
Little Rock, Arkansas 72201-3325

December 18, 2003

* * MAILING CERTIFICATE OF CLERK * *

Re:   4:03-cv-01507.

True and correct copies of the attached were mailed by the clerk to the following:

William Gary Holt, Esq.
Gary Eubanks & Associates
Post Office Box 3887
Little Rock, AR   72203-3887

Russell D. Marlin, Esq.
Gary Eubanks & Associates
Post Office Box 3887
Little Rock, AR   72203-3887

Lyn Peeples Pruitt, Esq.
Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C.
425 West Capitol Avenue
Suite 1800
Little Rock, AR   72201-3525

press
MDL

Date: 12/18/03

James W. McCormack, Clerk

BY: _____