FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 3 0 2003

JAMES W. McCORMACK, CLERK
By: _____ DEP. CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

In re: : MDL Docket No. 4:03CV1507-WRW
:
PREMPRO PRODUCTS LIABILITY : ALL CASES
LITIGATION :
:

## ORDER

The following are orders are necessitated by pending motions and the hearing held December 16-17, 2003.

### I. PROPOSED PRACTICE AND PROCEDURE ORDER 4

Pending is Plaintiffs' motion for the adoption of Proposed Practice and Procedure Order No. 4.[1] Based on review of previous orders, the Memorandum of Agreement of counsel (Doc. No. 73), and clarifications made during the hearing on December 16-17, 2003, Plaintiffs' motion regarding Practice and Procedure Order No. 4 is DENIED.

### II. RECONSIDERATION OF STEERING COMMITTEE

Also pending is Defendant's Motion to Reconsider Plaintiffs' Steering Committee Appointments (Doc. No. 50). Defendant argued that members of Plaintiffs' Steering Committee do not have clients in the current litigation. However, at the hearing on December 16-17, 2003,

---

[1] Proposed Practice and Procedure Order No. 4 (PPO4) was never officially filed, but was received in a fax dated December 8, 2003 -- I reviewed the proposed order and treated it as a motion. Defendants addressed PPO4 in Wyeth's Response to Proposed Changes to the Confidentiality Order and Proposed Practice and Procedure Order No. 4 and Plaintiffs' Motion to Review and Reconsider Proposed Practice and Procedure Order No. 3 (Doc. No. 64), and PPO4 was discussed extensively at the December 16-17 hearing.

all members of the steering committee confirmed that they have a client in the MDL or that they have filed state court cases, which they expect to be transferred. Therefore, Defendant's Motion to Reconsider Plaintiffs' Steering Committee Appointments is DENIED.

### III.   SEARCH TERMS

Plaintiffs' oral motion to extend search terms beyond the expansion agreed to by Defendant is DENIED.

### IV.   COSTS

Resolution of the costs allocation will be determined upon receipt of information which Defendants will provide no later than 5:00 p.m. January 6, 2004.

### V.   SCHEDULING ISSUES

The parties will receive a revised scheduling order from the Courtroom Deputy, Ms. Mary Johnson.

IT IS SO ORDERED this 29th day of December, 2003.

_____
UNITED STATES DISTRICT JUDGE
WM. R. WILSON, JR.

**THIS DOCUMENT ENTERED ON
DOCKET SHEET IN COMPLIANCE
WITH RULE 58 AND/OR 79(a) FRCP
ON 12/30/03 BY _____**

bm

UNITED STATES DISTRICT COURT
Eastern District of Arkansas
U.S. Court House
600 West Capitol, Suite 402
Little Rock, Arkansas 72201-3325

December 30, 2003

* * MAILING CERTIFICATE OF CLERK * *

Re:   4:03-cv-01507.

True and correct copies of the attached were mailed by the clerk to the following:

    William Gary Holt, Esq.
    Gary Eubanks & Associates
    Post Office Box 3887
    Little Rock, AR   72203-3887

    Russell D. Marlin, Esq.
    Gary Eubanks & Associates
    Post Office Box 3887
    Little Rock, AR   72203-3887

    Lyn Peeples Pruitt, Esq.
    Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C.
    425 West Capitol Avenue
    Suite 1800
    Little Rock, AR   72201-3525

    press

James W. McCormack, Clerk

Date: 12/30/03

BY: