A CERTIFIED TRUE COPY

SEP 1 2 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 25 2005

FILED
CLERK'S OFFICE

**DOCKET NO. 1507**

**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**IN RE PREMPRO PRODUCTS LIABILITY LITIGATION**

**(SEE ATTACHED SCHEDULE)**

**CONDITIONAL TRANSFER ORDER (CTO-52)**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 21 2005

JAMES W. McCORMACK, CLERK
By: _____
                           DEP CLERK

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 2,122 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, 254 F.Supp.2d 1366 (J.P.M.L. 2003), and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

SEP 1 2 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## SCHEDULE CTO-52 - TAG-ALONG ACTIONS
## DOCKET NO. 1507
## IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

DIST. DIV. C.A. #           CASE CAPTION

ARKANSAS WESTERN
ARW  3  05-3041            Judith Ann Riggs, et al. v. Wyeth, et al.
ARW  6  05-6050            Joan Rankin v. Wyeth, et al.

CALIFORNIA CENTRAL
CAC  2  05-2300            Marsha Henry v. Wyeth Pharmaceuticals, Inc., et al.
CAC  2  05-2302            Maureen Finnegan, et al. v. Wyeth Pharmaceuticals, Inc., et al.
CAC  2  05-2304            Dolores Arko, et al. v. Wyeth Pharmaceuticals, Inc., et al.
CAC  2  05-2306            Laura Byrd, et al. v. Wyeth Pharmaceuticals, Inc., et al.
CAC  2  05-4298            Peggy Pogue v. Wyeth Pharmaceuticals, Inc., et al.
CAC  2  05-4299            Rose Moisi v. Wyeth Pharmaceuticals, Inc., et al.
CAC  2  05-4300            Ida Lick, et al. v. Wyeth Pharmaceuticals, Inc., et al.
CAC  2  05-4301            Dorothy Rymer v. Wyeth Pharmaceuticals, Inc., et al.
CAC  2  05-4842            Sandra Kirkland v. Wyeth, et al.
CAC  2  05-4849            Lois Carter, et al. v. Wyeth, et al.
CAC  2  05-4853            Frances Farr v. Wyeth, et al.
CAC  2  05-4857            Linda Eells v. Wyeth, et al.
CAC  2  05-4865            Janet Arbogast v. Wyeth, et al.
CAC  2  05-4965            Lois Duffy v. Wyeth
CAC  2  05-5000            Eleanor Zexter, et al. v. Wyeth Pharmaceuticals, Inc., et al.

CALIFORNIA NORTHERN
CAN  5  05-2463            Lender Wilkerson, et al. v. Wyeth Pharmaceuticals, Inc., et al.
CAN  5  05-2464            Elizabeth Holden, et al. v. Pfizer, Inc., et al.
CAN  5  05-2465            Roberta Alkire, et al. v. Wyeth Pharmaceuticals, Inc., et al.
CAN  5  05-2466            Gloria Shreve v. Wyeth Pharmaceuticals, Inc., et al.
CAN  5  05-2467            Suzanne Franklin v. Wyeth Pharmaceuticals, Inc., et al.

MASSACHUSETTS
MA   1  05-11382           Hanna Hohenberg, et al. v. Wyeth, Inc., et al.

MARYLAND
MD   1  05-1780            Helen Cain v. Pharmacia & Upjohn Co., LLC, et al.
MD   1  05-1805            Linda L. Hickman, et al. v. Wyeth, Inc., et al.
MD   1  05-1854            Anita B. Weintraub v. Wyeth, Inc., et al.

MINNESOTA
MN   0  05-1323            Marion Gardner, et al. v. Wyeth, et al.
MN   0  05-1324            Carol Braun v. Wyeth, et al.
MN   0  05-1400            Marian Jane Miller v. Wyeth, et al.
MN   0  05-1415            Debra Cullum v. Wyeth, et al.
MN   0  05-1425            Deborrah Sanders v. Wyeth, et al.
MN   0  05-1426            Barbara Spiering v. Wyeth, et al.
MN   0  05-1432            Patricia P. Demetriou v. Wyeth, et al.
MN   0  05-1445            Genevieve L. Anderson v. Wyeth, et al.
MN   0  05-1457            Ruth Lamb v. Wyeth, Inc., et al.
MN   0  05-1460            Ruth Ann Lake v. Wyeth, Inc., et al.
MN   0  05-1461            Carol Veal, et al. v. Wyeth, et al.
MN   0  05-1462            Bess Steele, et al. v. Wyeth, et al.
MN   0  05-1465            Laura Roth v. Wyeth, et al.
MN   0  05-1469            Kitty Blower v. Wyeth, Inc., et al.

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| MN 0 05-1470 | Margaret Hoskins v. Wyeth, Inc., et al. |
| MN 0 05-1471 | Lottie Cain v. Wyeth, Inc., et al. |
| MN 0 05-1472 | Mary Butler v. Wyeth, Inc., et al. |
| MN 0 05-1473 | Sandra Androvandi v. Wyeth, Inc., et al. |
| MN 0 05-1480 | Ruth Lemon v. Wyeth, Inc., et al. |
| MN 0 05-1483 | Lois Von Nostitz v. Wyeth, Inc., et al. |
| MN 0 05-1487 | Sylvia Stewart v. Wyeth, Inc., et al. |
| MN 0 05-1488 | Claretta Terry v. Wyeth, Inc., et al. |
| MN 0 05-1489 | Margaret Stone v. Wyeth, Inc., et al. |
| MN 0 05-1490 | Sylvia Sullivan v. Wyeth, Inc., et al. |
| MN 0 05-1492 | Linda Walz v. Wyeth, Inc., et al. |
| MN 0 05-1494 | Vondell Abrams v. Wyeth, Inc., et al. |
| MN 0 05-1497 | Ida Wotring v. Wyeth, Inc., et al. |
| MN 0 05-1498 | Imogene Steinbuch, et al. v. Wyeth, Inc., et al. |
| MN 0 05-1499 | Linda Murphy, et al. v. Wyeth, Inc., et al. |
| MN 0 05-1500 | Inez Wolfe, et al. v. Wyeth, Inc., et al. |
| MN 0 05-1509 | Doris Huff, et al. v. Wyeth, Inc., et al. |
| MN 0 05-1510 | Marie Mays, et al. v. Wyeth, Inc., et al. |
| MN 0 05-1511 | Wilma Bonar, et al. v. Wyeth, Inc., et al. |
| MN 0 05-1512 | Lois Blankenship, et al. v. Wyeth, Inc., et al. |
| MN 0 05-1514 | Ruth Ann Himes, et al. v. Wyeth, Inc., et al. |
| MN 0 05-1515 | Teresa Boots, et al. v. Wyeth, Inc., et al. |
| MN 0 05-1522 | Shirley Huff, et al. v. Wyeth, Inc., et al. |
| MN 0 05-1523 | Joyce Hamlin, et al. v. Wyeth, Inc., et al. |
| MN 0 05-1524 | Carol Calvert Hines, et al. v. Wyeth, Inc., et al. |
| MN 0 05-1525 | Cheryl Dudgeon, et al. v. Wyeth, Inc., et al. |
| MN 0 05-1526 | Becky Sue Monk, et al. v. Wyeth, Inc., et al. |
| MN 0 05-1527 | Ty Hart, et al. v. Wyeth, Inc., et al. |
| MN 0 05-1569 | Fred Hamilton, etc. v. Wyeth, et al. |
| MN 0 05-1577 | Patricia A. Muller v. Wyeth, Inc., et al. |
| MN 0 05-1582 | Terry Burchynsky v. Wyeth, et al. |
| MN 0 05-1583 | Laurie Erickson, et al. v. Wyeth, et al. |

MISSISSIPPI NORTHERN
| MSN 3 05-84 | Bettye Rogers Coward, et al. v. Wyeth, et al. |
| MSN 4 05-158 | Jo Ann Smith v. Wyeth Pharmaceuticals, Inc., et al. |

MONTANA
| MT 1 05-88 | Olivia R. Sheckleton, et al. v. Wyeth, Inc., et al. |

NORTH CAROLINA EASTERN
| NCE 4 05-83 | Sue R. Joyner v. Wyeth, Inc., et al. |
| NCE 4 05-84 | Ramona R. Ensley, et al. v. Wyeth, Inc., et al. |

NORTH CAROLINA MIDDLE
| NCM 1 05-608 | Tyra Dalton Hinton v. Wyeth, Inc., et al. |

NEBRASKA
| NE 4 05-3174 | Betty J. Draper v. Wyeth, et al. |

PENNSYLVANIA EASTERN
| PAE 2 05-3527 | Theresse Parolini, et al. v. Wyeth Pharmaceuticals, Inc., et al. |

SCHEDULE CTO-52 - TAG ALONG ACTIONS (MDL 1507)                               PAGE 3 OF 3

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **SOUTH CAROLINA** | |
| SC  6  05-1927 | Elizabeth Carper, et al. v. Wyeth, Inc., et al. |
| SC  6  05-1945 | Lyda Jones v. Wyeth, Inc., et al. |
| SC  8  05-1943 | Juanita Zachow, et al. v. Wyeth, Inc., et al. |
| **TEXAS SOUTHERN** | |
| TXS  4  05-2319 | Cheryl Le Compte v. Wyeth, et al. |
| **WASHINGTON WESTERN** | |
| WAW  2  05-1164 | Sharon Root v. Wyeth, et al. |