**A CERTIFIED TRUE COPY**

SEP 27 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP - 9 2005

FILED
CLERK'S OFFICE

DOCKET NO. 1507

**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

*IN RE PREMPRO PRODUCTS LIABILITY LITIGATION*

*(SEE ATTACHED SCHEDULE)*

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 0 4 2005

JAMES W. McCORMACK, CLERK
By: _____
         DEP CLERK

**CONDITIONAL TRANSFER ORDER (CTO-53)**

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 2,128 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, 254 F.Supp.2d 1366 (J.P.M.L. 2003), and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

SEP 27 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# SCHEDULE CTO-53 - TAG-ALONG ACTIONS
## DOCKET NO. 1507
## IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ALABAMA NORTHERN** | |
| ALN 2 04-2515 | Annie Pearl Bailey, et al. v. Wyeth, Inc., et al. |
| ALN 2 04-2540 | Nellie Mae Vaughn v. Wyeth, Inc., et al. |
| ALN 2 04-2609 | Nancy C. Davis v. Wyeth, Inc., et al. |
| ALN 2 04-2610 | Kathleen A. Snopel, et al. v. Wyeth, Inc., et al. |
| ALN 2 04-3202 | Carolyn L. Perkins Woodson, et al. v. Wyeth, Inc., et al. |
| ALN 2 05-854 | Clara J. Elgin v. Wyeth, Inc., et al. |
| ALN 2 05-887 | Keither Zeimet, et al. v. Wyeth, Inc., et al. |
| ALN 2 05-908 | Janet R. Allen, et al. v. Wyeth, Inc., et al. |
| | |
| **CALIFORNIA CENTRAL** | |
| CAC 2 05-2383 | Regina Parker v. Wyeth |
| CAC 2 05-2385 | Betty Bethea v. Wyeth, et al. |
| CAC 2 05-2387 | Sally Collins v. Wyeth, et al. |
| CAC 2 05-2389 | Diana Walters v. Wyeth, et al. |
| CAC 2 05-2391 | Rita Hren v. Wyeth, et al. |
| CAC 2 05-4839 | Patricia Lenart v. Wyeth |
| CAC 2 05-4840 | Joyce Yonushewski v. Wyeth, et al. |
| CAC 2 05-4841 | Ruth Sitzmann v. Wyeth, et al. |
| CAC 2 05-4843 | Joanne Peterson v. Wyeth, et al. |
| CAC 2 05-4845 | Charlene Weinmann v. Wyeth, et al. |
| CAC 2 05-4851 | Donna Peters v. Wyeth, et al. |
| | |
| **CALIFORNIA NORTHERN** | |
| CAN 3 05-1642 | Marie Shiohira, et al. v. Wyeth Pharmaceuticals, Inc., et al. |
| CAN 3 05-1941 | Mary Cologgi, et al. v. Wyeth Pharmaceuticals, Inc., et al. |
| CAN 5 05-1942 | Jane Bacha v. Wyeth Pharmaceuticals, Inc., et al. |
| | |
| **FLORIDA MIDDLE** | |
| FLM 2 05-144 | Janet Hinson, et al. v. Wyeth, et al. |
| FLM 5 05-197 | Margery Lewis v. Wyeth, Inc., et al. |
| FLM 8 05-381 | Marsha Rafferty v. Wyeth, et al. |
| FLM 8 05-730 | Darlene Bliven v. Wyeth, Inc., et al. |
| FLM 8 05-749 | Rexanne Boese v. Wyeth, Inc., et al. |
| FLM 8 05-1187 | Mercedes G. Blanco, et al.v. Wyeth, et al. |
| FLM 8 05-1396 | Lucia Schober v. Wyeth, Inc., et al. |
| | |
| **GEORGIA NORTHERN** | |
| GAN 1 05-1101 | Geraldine Hughes v. Wyeth, et al. |
| | |
| **MARYLAND** | |
| MD 1 05-1852 | Doris Hampton v. Wyeth |

SCHEDULE CTO-53 - TAG-ALONG ACTIONS    MDL-1507                                              PAGE 2 OF 4

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **MINNESOTA** | |
| MN 0 05-943 | Nancy K. Macht v. Wyeth, et al. |
| MN 0 05-1306 | Eula M. Beaver v. Wyeth, et al. |
| MN 0 05-1307 | Sybil K. Gruetzmacher v. Wyeth, et al. |
| MN 0 05-1308 | Linda Faye Wiederkehr v. Wyeth, et al. |
| MN 0 05-1309 | Dorothy L. Schulter v. Wyeth, et al. |
| MN 0 05-1373 | Antoinette Edwards, et al. v. Wyeth, et al. |
| MN 0 05-1374 | Glenda Beebe, et al. v. Wyeth, et al. |
| MN 0 05-1375 | Cyril Adler, et al. v. Wyeth, et al. |
| MN 0 05-1404 | Linda P. Raynor-Horton v. Wyeth, et al. |
| MN 0 05-1414 | Doris Miller v. Wyeth, et al. |
| MN 0 05-1477 | Patricia Abbott v. Wyeth, Inc., et al. |
| MN 0 05-1478 | Ruth Reece v. Wyeth, Inc., et al. |
| MN 0 05-1479 | Barbara Morgan v. Wyeth, Inc., et al. |
| MN 0 05-1482 | Georgia Smith, et al. v. Wyeth, Inc., et al. |
| MN 0 05-1484 | Patsy Penrod v. Wyeth, Inc., et al. |
| MN 0 05-1485 | Sharon Thompson, et al. v. Wyeth, Inc., et al. |
| MN 0 05-1486 | Carolyn Spielman, et al. v. Wyeth, Inc., et al. |
| MN 0 05-1493 | Juanita Whitley v. Wyeth, Inc., et al. |
| MN 0 05-1495 | Joyce Shinton, et al. v. Wyeth, Inc., et al. |
| MN 0 05-1496 | Claire Jones, et al. v. Wyeth, Inc., et al. |
| MN 0 05-1501 | Patricia Thompson, et al. v. Wyeth, et al. |
| MN 0 05-1513 | Joan Littrell, et al.v. Wyeth, Inc., et al. |
| MN 0 05-1576 | Mary Alexis Elliot v. Wyeth, et al. |
| MN 0 05-1579 | Carlene Cunningham v. Wyeth, et al. |
| MN 0 05-1580 | Margarita Jimenez v. Wyeth, et al. |
| MN 0 05-1581 | Portia Robeson v. Wyeth, et al. |
| MN 0 05-1654 | Linda Combs, et al. v. Wyeth, Inc., et al. |
| MN 0 05-1661 | Sharie Schouweiler v. Pharmacia & Upjohn Co., LLC, et al. |
| **MISSOURI EASTERN** | |
| ~~MOE 4 05-1101~~ | ~~Antonia Fenner, et al. v. Wyeth, et al.~~ **OPPOSED 9/27/05** |
| **MISSOURI WESTERN** | |
| MOW 2 05-4225 | Mary Elizabeth Bledsoe, et al. v. Wyeth, et al. |
| MOW 3 05-5094 | Iva Lucille Franks, et al. v. Wyeth |
| MOW 4 05-656 | Jennie M. Campbell, et al. v. Wyeth, et al. |
| MOW 5 05-6074 | Emma M. Wood v. Wyeth, et al. |
| MOW 6 05-3328 | Linda Kay Easterday, et al. v. Wyeth |
| MOW 6 05-3330 | Nancy Lee Bowen, et al. v. Wyeth |
| **NEW YORK EASTERN** | |
| NYE 1 05-2482 | Connie Jonckers v. Wyeth, et al. |
| NYE 1 05-3342 | Nearis Nereida Marcucci, et al. v. Wyeth, et al. |
| **NEW YORK SOUTHERN** | |
| NYS 1 05-4420 | Rose Arello, et al. v. Wyeth, et al. |
| NYS 1 05-5574 | Janice L. Coltello, et al. v. Wyeth, et al. |

SCHEDULE CTO-53 - TAG-ALONG ACTIONS    MDL-1507                      PAGE 3 OF 4

**DIST. DIV. C.A. #**              **CASE CAPTION**

OHIO NORTHERN
   OHN 1  05-1831          Bettie Jean Akers, et al. v. Wyeth, Inc., et al.

OHIO SOUTHERN
   OHS 2  05-678           Grace Bailey v. Wyeth, Inc., et al.

PENNSYLVANIA EASTERN
   PAE 2  05-3608          Marilyn F. Kapsos, et al. v. Wyeth, et al.
   PAE 2  05-3610          Lynn M. Johnson, et al. v. Wyeth, et al.
   PAE 2  05-3611          Doris Harrison, et al. v. Wyeth, et al.
   PAE 2  05-3612          Diane B. Harrison, et al. v. Wyeth, et al.
   PAE 2  05-3614          Lenna O. Yow, et al. v. Weyth, et al.
   PAE 2  05-3615          Catherine A. Bartleson, et al. v. Wyeth, et al.
   PAE 2  05-3616          Edith Becker v. Wyeth, et al.
   PAE 2  05-3617          Cynthia S. Bokish, et al. v. Wyeth, et al.
   PAE 2  05-3619          Shirley A. Cook, et al. v. Wyeth, et al.
   PAE 2  05-3620          Diane J. Crawford, et al. v. Wyeth, et al.
   PAE 2  05-3621          Wilhelmina B. Crenshaw, et al. v. Wyeth, et al.
   PAE 2  05-3622          Margie H. Crowe v. Wyeth, et al.
   PAE 2  05-3623          Thelma J. Day, et al. v. Wyeth, et al.
   PAE 2  05-3625          Ann V. Aderholdt, et al. v. Wyeth, et al.
   PAE 2  05-3626          Cynthia A. Ahlgren, et al. v. Wyeth, et al.
   PAE 2  05-3627          Emma Andrews v. Wyeth, et al.
   PAE 2  05-3628          Merilee Jean Ruge v. Wyeth, et al.
   PAE 2  05-3629          Lorraine K. Sacco v. Wyeth, et al.
   PAE 2  05-3630          Fern Wittenberg, et al. v. Wyeth, et al.
   PAE 2  05-3631          Rose E. Durband, et al. v. Wyeth, et al.
   PAE 2  05-3632          Marilyn Baatz, et al. v. Wyeth, et al.
   PAE 2  05-3633          Jill A. Fletcher v. Wyeth, et al.
   PAE 2  05-3634          Sandra J. Gilliam, et al. v. Wyeth, et al.
   PAE 2  05-3635          Peggy R. Grove, et al. v. Wyeth, et al.
   PAE 2  05-3636          Charlotte R. Sentell, et al. v. Wyeth, et al.
   PAE 2  05-3637          June B. Settles v. Wyeth, et al.
   PAE 2  05-3639          Bernetta Miller-Shaw, et al. v. Wyeth, et al.
   PAE 2  05-3640          Jo Marie Simmons, et al. v. Wyeth, et al.
   PAE 2  05-3641          Sharon D. Skroch, et al. v. Wyeth, et al.
   PAE 2  05-3642          Carolyn A. Smith, et al. v. Wyeth, et al.
   PAE 2  05-3643          Sharon K. Steele v. Wyeth, et al.
   PAE 2  05-3644          Shirley J. Strickland v. Wyeth, et al.
   PAE 2  05-3645          Janet Ann Thomas, et al. v. Wyeth, et al.
   PAE 2  05-3647          Edith Levine v. Wyeth, et al.
   PAE 2  05-3648          Kathleen B. Tonkovich, et al. v. Wyeth, et al.
   PAE 2  05-3649          Sonia Traeger, et al. v. Wyeth, et al.
   PAE 2  05-3650          Kathleen S. Wallace, et al. v. Wyeth, et al.
   PAE 2  05-3651          Charlene M. Wertz, et al. v. Wyeth, et al.
   PAE 2  05-3652          Dorothy C. Riser v. Wyeth, et al.
   PAE 2  05-3653          Joann M. Nettro-Morris, et al. v. Wyeth, et al.
   PAE 2  05-3654          Patricia D. Munz v. Wyeth, et al.
   PAE 2  05-3655          Helen Nappi, et al. v. Wyeth, et al.
   PAE 2  05-3656          Linda S. Meiller, et al. v. Pfizer Inc., et al.
   PAE 2  05-3657          Linda L. Norton, et al. v. Wyeth, et al.
   PAE 2  05-3658          Betty J. Nicholson, et al. v. Wyeth, et al.
   PAE 2  05-3659          Marion M. Mitchell, et al. v. Wyeth, et al.

SCHEDULE CTO-53 - TAG-ALONG ACTIONS    MDL-1507                    PAGE 4 OF 4

| **DIST. DIV. C.A. #** | **CASE CAPTION** |
|---|---|
| SOUTH CAROLINA | |
| SC   0   05-1708 | Grace Pruette, et al. v. Wyeth, Inc., et al. |
| SC   3   05-1707 | Nancey Land v. Wyeth, Inc., et al. |
| SOUTH DAKOTA | |
| SD   4   05-4098 | Judy Sabers, et al. v. Wyeth, Inc., et al. |
| TEXAS EASTERN | |
| TXE   1   05-232 | Juanita Saldana, et al. v. Wyeth, Inc., et al. |
| TEXAS NORTHERN | |
| TXN   3   05-972 | Maria Barrera, et al. v. Wyeth |
| TEXAS WESTERN | |
| TXW   7   05-116 | Brenda Clunn v. Pharmacia & Upjohn, Inc., et al. |
| WASHINGTON WESTERN | |
| WAW   2   05-1200 | Jacqueline Swyer, et al. v. Wyeth, et al. |
| WAW   2   05-1201 | Minnie Steinert, et al. v. Wyeth, et al. |
| WISCONSIN EASTERN | |
| WIE   2   05-725 | Mary M. Fellenz, et al. v. Wyeth, et al. |
| WIE   2   05-726 | Barbara Leeb v. Wyeth, Inc., et al. |
| WIE   2   05-727 | Theodora J. Zawadzki, et al. v. Wyeth, Inc., et al. |
| WIE   2   05-728 | Mahin Witkowski, et al. v. Wyeth, Inc., et al. |
| WIE   2   05-729 | Judith Ann Slavik v. Wyeth, Inc., et al. |
| WISCONSIN WESTERN | |
| WIW   3   05-395 | Lorraine Erdman, et al. v. Wyeth, Inc., et al. |
| WIW   3   05-396 | Marilyn J. Rasmussen, et al. v. Wyeth, Inc., et al. |