A CERTIFIED TRUE COPY

OCT 1 1 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 22 2005

FILED
CLERK'S OFFICE

DOCKET NO. 1507

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-54)

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 1 8 2005

JAMES W. McCORMACK, CLERK
By: _____
                        DEP CLER

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 2,165 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, 254 F.Supp.2d 1366 (J.P.M.L. 2003), and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

OCT 1 1 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## SCHEDULE CTO-54 - TAG-ALONG ACTIONS
## DOCKET NO. 1507
## IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

**DIST. DIV. C.A. #**      **CASE CAPTION**

CALIFORNIA CENTRAL
CAC 2 05-3943      Jeanne Hughes Bartlett v. Wyeth, et al.

CALIFORNIA SOUTHERN
CAS 3 05-1423      Barbara Ostrom v. Wyeth, et al.
CAS 3 05-1514      Geraldline Fiore v. Wyeth, et al.

FLORIDA MIDDLE
FLM 5 05-366      Frances M. Quillen v. Wyeth, Inc., et al.
FLM 8 05-1541      Betty H. Murphy v. Wyeth, Inc., et al.
FLM 8 05-1550      Harleen Epstein v. Wyeth, Inc., et al.
FLM 8 05-1551      Carmela Florio v. Wyeth, Inc., et al.
~~FLM 8 05-1577~~      ~~Carole J. Andrade v. Wyeth, Inc., et al.~~ **OPPOSED 10/4/05**

INDIANA NORTHERN
INN 3 05-428      Martha Williams v. Wyeth, et al.

MINNESOTA
MN 0 05-675      Norma Kenner v. Pfizer Inc., et al.
MN 0 05-1243      Marginia Starr v. Wyeth, et al.
MN 0 05-1362      Nancy Dewall, et al. v. Wyeth, et al.
MN 0 05-1653      Troyce Smith, et al. v. Wyeth, Inc., et al.
MN 0 05-1664      Betty Lawson v. Wyeth, et al.
MN 0 05-1735      Marilyn Weston, et al. v. Wyeth, et al.
MN 0 05-1911      Nancy Beardsley, et al. v. Wyeth, et al.
MN 0 05-1912      Patricia Graf v. Wyeth, et al.
MN 0 05-1913      Elyze F. McDina, et al. v. Wyeth, et al.
MN 0 05-1931      Shirley J. Smith, et al. v. Wyeth, et al.
MN 0 05-1946      Lurline Woods v. Wyeth, et al.
MN 0 05-1947      Suzanne Wyner v. Wyeth, et al.
MN 0 05-1948      Shirley Stockwell v. Wyeth, et al.
MN 0 05-1950      Marie Medlin, et al. v. Wyeth, et al.
MN 0 05-1951      James Eugene Starr, etc. v. Wyeth, et al.

MISSOURI WESTERN
MOW 2 05-4266      Linda West, et al. v. Wyeth
MOW 2 05-4267      Reita F. Johnson, et al. v. Wyeth
MOW 4 05-748      Sue Ann Carnesecca, et al. v Wyeth, Inc., et al.
MOW 4 05-749      Mary South, et al. v. Wyeth, Inc., et al.
MOW 4 05-750      Barbara Faris v, Wyeth, Inc., et al.
MOW 4 05-756      Sharon Elaine Everett, et al. v. Wyeth, et al.
MOW 4 05-757      Shirley J. Harris, et al. v. Wyeth, Inc., et al.
MOW 4 05-761      Shirley J. Camp, et al. v. Wyeth, Inc., et al.
MOW 6 05-3390      Evelyn Sue Vandergrift, et al. v Wyeth, et al.
MOW 6 05-3392      Dulcie Bea Hutchinson, et al. v. Wyeth, et al.
MOW 6 05-3393      Alice Marie Cummins, et al. v. Wyeth, et al.

SCHEDULE CTO-54 - TAG-ALONG ACTIONS    MDL-1507                              PAGE 2 OF 2

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| MISSISSIPPI NORTHERN | |
| MSN 4 05-189 | Josephine Gross, et al. v. Wyeth, Inc., et al. |
| MONTANA | |
| MT 9 05-134 | Shirley Howke v. Wyeth, Inc., et al. |
| NORTH CAROLINA MIDDLE | |
| NCM 1 04-1091 | Sharon E. Travis, et al. v. Wyeth, Inc., et al. |
| NORTH CAROLINA WESTERN | |
| NCW 1 05-246 | Melanie F. Sprinkle, et al. v. Wyeth, Inc., et al. |
| NEW MEXICO | |
| NM 2 05-624 | Margaret Geddes v. Wyeth, et al. |
| NEW YORK EASTERN | |
| NYE 1 05-2838 | Mary Scher v. Wyeth, et al. |
| OKLAHOMA EASTERN | |
| OKE 6 05-192 | Florann McKoy, et al. v. Wyeth, Inc., et al. |
| OKLAHOMA NORTHERN | |
| OKN 4 04-958 | Beverly Joe Lawson, et al. v. Wyeth |
| TEXAS EASTERN | |
| TXE 6 05-250 | Patricia Snell v. Pharmacia & Upjohn Co., LLC, et al. |
| TEXAS SOUTHERN | |
| TXS 4 05-2689 | Nancy Elzey v. Wyeth, Inc. |
| VIRGINIA EASTERN | |
| VAE 1 04-1469 | Violet Deel v. Wyeth, Inc. |
| WASHINGTON WESTERN | |
| WAW 2 05-1077 | Christy Ball v. Wyeth, et al. |
| WAW 2 05-1135 | Cathy Peirolo v. Wyeth, et al. |
| WAW 2 05-1186 | Marjorie Graeber, et al. v. Wyeth, et al. |
| WAW 2 05-1331 | Ji Pei v. Wyeth, et al. |
| WISCONSIN EASTERN | |
| WIE 1 05-863 | Barbara Mayville, et al. v. Wyeth, Inc., et al. |
| WEST VIRGINIA NORTHERN | |
| WVN 5 05-44 | Patricia Jordan v. Wyeth Holding Corp., et al. |
| WEST VIRGINIA SOUTHERN | |
| WVS 2 04-888 | Wilma Shockley v. Wyeth, Inc., et al. |