```
                                              JUDICIAL PANEL ON
                                            MULTIDISTRICT LITIGATION

A CERTIFIED TRUE COPY                             OCT - 6 2005

    OCT 24 2005                                       FILED
                                                  CLERK'S OFFICE
    ATTEST
    BY THE JUDICIAL PANEL ON
    MULTIDISTRICT LITIGATION
```

DOCKET NO. 1507

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 28 2005

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

*IN RE PREMPRO PRODUCTS LIABILITY LITIGATION*

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-55)**

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 2,382 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, 254 F.Supp.2d 1366 (J.P.M.L. 2003), and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

```
Inasmuch as no objection is
pending at this time, the
stay is lifted.

    OCT 24 2005

    CLERK'S OFFICE
   JUDICIAL PANEL ON
 MULTIDISTRICT LITIGATION
```

# SCHEDULE CTO-55 - TAG-ALONG ACTIONS
# DOCKET NO. 1507
# IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

**DIST. DIV. C.A. #**             **CASE CAPTION**

ARKANSAS WESTERN
  ARW 3   05-3055            Frances Britt v. Wyeth, et al.

CALIFORNIA CENTRAL
  CAC 2   05-4732            Janet Edwards v. Wyeth, et al.
  CAC 2   05-4755            Louise Kuscevic v. Wyeth, et al.
  CAC 2   05-4756            Wilma Faulkner v. Wyeth, et al.
  CAC 2   05-4757            Nelleen Mims v. Wyeth, et al.
  CAC 2   05-4759            Nancy Katte v. Wyeth, et al.
  CAC 2   05-4760            Mary Ann Schubert v Wyeth, et al.
  CAC 2   05-4763            Marie Weaver v. Wyeth, et al.
  CAC 2   05-4764            Mary Ann Rochelle v. Wyeth, et al.
  CAC 2   05-4765            Janet Turner v. Wyeth, et al.
  CAC 2   05-4767            Diane Newcomb v. Wyeth, et al.
  CAC 2   05-4846            Charlotte Pratt v. Wyeth, et al.
  CAC 2   05-4847            Judith Peterson v. Wyeth, et al.
  CAC 2   05-4848            Judy Davis v. Wyeth, et al.
  CAC 2   05-4850            Marcia Gail Allen v. Wyeth, et al.
  CAC 2   05-4852            Sally Laufketter v. Wyeth, et al.
  CAC 2   05-4854            Jackie Saeland v. Wyeth, et al.
  CAC 2   05-4859            Juanita Brouwer v. Wyeth, et al.
  CAC 2   05-4860            Patricia Freeman v. Wyeth, et al.
  CAC 2   05-4861            Patricia Fernau v. Wyeth, et al.
  CAC 2   05-4862            Joan Casto v. Wyeth, et al.
  CAC 2   05-4864            Lorraine Mendow v. Wyeth, et al.
  CAC 2   05-4869            Nancy Jo Carter v. Wyeth, et al.
  CAC 2   05-4870            Phyllis Goode v. Wyeth, et al.
  CAC 2   05-4871            Donna Wheeler v. Wyeth, et al.
  CAC 2   05-4872            Donna Lehnhardt v. Wyeth, et al.
  CAC 2   05-4873            Alba Cordon v. Wyeth, et al.
  CAC 2   05-4874            Jan Costa Rydjeske v. Wyeth, et al.
  CAC 2   05-4875            Betty Lou Brady v. Wyeth, et al.
  CAC 2   05-4876            Esther Miller v. Wyeth, et al.
  CAC 2   05-4878            Evelyn Borak v. Wyeth, et al.
  CAC 2   05-4880            Nancy Hughes v. Wyeth, et al.
  CAC 2   05-4881            Doris Gist v. Wyeth, et al.
  CAC 2   05-4882            Susan Norton v. Wyeth, et al.
  CAC 2   05-4883            Patricia Kruse v. Wyeth, et al.
  CAC 2   05-4887            Patsy Anderson v. Wyeth, et al.
  CAC 2   05-4889            Wilma Cowart v. Wyeth, et al.
  CAC 2   05-4904            Bonnie Vogel v. Wyeth, et al.
  CAC 2   05-4905            Doris Willner v. Wyeth, et al.
  CAC 2   05-4906            Roseanna Lee v. Wyeth, et al.
  CAC 2   05-4908            Donna Taube v. Wyeth, et al.
  CAC 2   05-4909            Patricia Pease v. Wyeth, et al.
  CAC 2   05-4910            Sally Barailloux v. Wyeth, et al.
  CAC 2   05-4911            Lois Erickson v. Wyeth, et al.
  CAC 2   05-4913            Ruby Robbins v. Wyeth, et al.
  CAC 2   05-4914            Marian Conner v. Wyeth, et al.
  CAC 2   05-4915            Shirley Kurban v. Wyeth, et al.
  CAC 2   05-4925            Cheryl Carruth v. Wyeth, et al.
  CAC 2   05-4935            Muriel Pitsinger v. Wyeth, et al.
  CAC 2   05-4936            Gayla Farinash v. Wyeth, et al.

| **DIST. DIV. C.A. #** | **CASE CAPTION** |
|---|---|
| CAC 2 05-4937 | Mary Steele v. Wyeth, et al. |
| CAC 2 05-4938 | Joyce Waugh v. Wyeth, et al. |
| CAC 2 05-4966 | Carol Haney v. Wyeth |
| CAC 2 05-4974 | Isabel Fragoso v. Wyeth |
| CAC 2 05-4976 | Ann Moran v. Wyeth |
| CAC 2 05-4977 | Lillian Pesek v. Wyeth, et al. |
| CAC 2 05-4980 | Carol T. Kelly v. Wyeth |
| CAC 2 05-4985 | Marvin Porter v. Wyeth, et al. |
| CAC 2 05-4988 | Nan Maury v. Wyeth, et al. |
| CAC 2 05-4989 | Lois Coy v. Wyeth, et al. |
| CAC 2 05-4991 | Teresa Staniszewski, etc. v. Wyeth, et al. |
| CAC 2 05-4994 | Beverly Brink v. Wyeth, et al. |
| CAC 2 05-4995 | Nancy Johnson, v. Wyeth, et al. |
| CAC 2 05-4999 | James Silas, etc. v. Wyeth, et al. |
| CAC 2 05-5011 | Nata Cargan v. Wyeth |
| CAC 2 05-6440 | Judith R. Fallick, et al. v. Wyeth Pharmaceuticals, Inc., et al. |
| CAC 5 05-595 | Charlene McComas v. Wyeth, et al. |
| CAC 8 05-644 | Jewell Tolkin v. Wyeth, et al. |
| CAC 8 05-645 | Helen Penny Aros v. Wyeth, et al. |

**FLORIDA MIDDLE**
| | |
|---|---|
| FLM 5 05-402 | Louise Clemens v. Wyeth, Inc., et al. |
| ~~FLM 5 05-407~~ | ~~Barbara J. Moore v. Wyeth, Inc., et al.~~ OPPOSED 10/21/05 |
| FLM 8 05-1678 | Karen Morin v. Wyeth, Inc., et al. |
| ~~FLM 8 05-1766~~ | ~~Loretta Esposito v. Wyeth, Inc., et al.~~ OPPOSED 10/21/05 |
| ~~FLM 8 05-1771~~ | ~~Elaine Feegel Horgan v. Wyeth, Inc., et al.~~ OPPOSED 10/21/05 |

**MASSACHUSETTS**
| | |
|---|---|
| MA 1 05-11722 | Rene Cormier, etc., v. Wyeth, et al. |

**MARYLAND**
| | |
|---|---|
| MD 1 05-2429 | Carole J. Kamsch, et al. v. Wyeth, Inc., et al. |

**MINNESOTA**
| | |
|---|---|
| MN 0 05-1622 | Gladys Smith v. Wyeth, et al. |
| MN 0 05-1902 | Margaret Cox, et al. v. Wyeth, et al. |
| MN 0 05-1949 | Lorraine Freesmeier v. Bristol-Myers Squibb Co., et al. |
| MN 0 05-1972 | Catherine P. Gatson v. Wyeth, et al. |
| MN 0 05-1973 | Joy M. Coldiron v. Wyeth, et al. |
| MN 0 05-1974 | Mary Ellen Lowe v. Wyeth, et al. |
| MN 0 05-1975 | Faye Lankford v. Wyeth, et al. |
| MN 0 05-1986 | Wanda A. Bailey v. Wyeth, et al. |
| MN 0 05-2039 | Barbara Fraley v. Wyeth, et al. |
| MN 0 05-2041 | Elleen Jakubowski, et al. v. Wyeth, et al. |
| MN 0 05-2077 | Carole J. Lachowiez v. Wyeth, et al. |
| MN 0 05-2101 | Hannah Tanner v. Wyeth |
| MN 0 05-2105 | Virginia Donahue v. Wyeth, et al. |
| MN 0 05-2106 | Imogene Thompson v. Wyeth, et al. |
| MN 0 05-2107 | Jeanne Streible, et al. v. Wyeth, et al. |
| MN 0 05-2110 | Ivette Ferrer v. Wyeth |

**MISSOURI EASTERN**
| | |
|---|---|
| MOE 4 05-1036 | Carol Jean Seamster v. Wyeth |

**DIST. DIV. C.A. #**          **CASE CAPTION**

MISSOURI WESTERN
   MOW 5  05-6088          Wanda R. Hernandez, et al. v. Wyeth
   MOW 6  05-3403          Donald Weaver, et al. v. Wyeth

MISSISSIPPI SOUTHERN
   MSS 1  05-420           Sylvia E. Clark v. Wyeth Pharmaceuticals, Inc., et al.

NORTH CAROLINA MIDDLE
   NCM 1  05-751           Shirley Louise Gonzales Huffman v. Wyeth, Inc., et al.

NORTH DAKOTA
   ND 4  05-93             Sharon Hesch, et al. v. Wyeth, Inc, et al.

NEW HAMPSHIRE
   NH 1  05-298            Arlene Durgin v. Wyeth, et al.

PENNSYLVANIA EASTERN
   PAE 2  05-3609          Patricia L. Johnson v. Wyeth, et al.
   PAE 2  05-3618          Irene B. Bracken v. Wyeth, et al.
   PAE 2  05-3646          Diane M. King, et al. v. Wyeth, et al.

TEXAS EASTERN
   TXE 1  05-583           Lottie Faye Bernard v. Wyeth, et al.

VIRGINIA WESTERN
   VAW 7  04-631           Dorothy Catron v. Wyeth, Inc., et al.