JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV - 3 2005

FILED
CLERK'S OFFICE

A CERTIFIED TRUE COPY

NOV 2 1 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

*DOCKET NO. 1507*

4:03cv1507

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

*IN RE PREMPRO PRODUCTS LIABILITY LITIGATION*

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

*(SEE ATTACHED SCHEDULE)*

NOV 28 2005

JAMES W. McCORMACK, CLERK

*CONDITIONAL TRANSFER ORDER (CTO-58)* _____
DEP CLERK

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 2,434 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, 254 F.Supp.2d 1366 (J.P.M.L. 2003), and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Inasmuch as no objection is pending at this time, the stay is lifted.

NOV 2 1 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Michael J. Beck
Clerk of the Panel

# SCHEDULE CTO-56 - TAG-ALONG ACTIONS
## DOCKET NO. 1507
## IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ARKANSAS WESTERN** | |
| ARW 1 05-1094 | Beverly Vernon v. Wyeth, Inc., et al. |
| ARW 2 05-2142 | Bobby Davis v. Wyeth, et al. |
| **CALIFORNIA CENTRAL** | |
| CAC 2 05-4762 | Patricia Brunner v. Wyeth, et al. |
| ~~CAC 2 05-6963~~ | ~~Ginger Uyechi, et al. v. Novo Nordisk Delivery Technologies, Inc., et al.~~ **Opposed 11/15/05** |
| **CALIFORNIA NORTHERN** | |
| CAN 4 05-1214 | Annette Langer v. Wyeth, Inc., et al. |
| **FLORIDA SOUTHERN** | |
| FLS 1 05-22466 | Carole Repensek v. Wyeth, et al. |
| FLS 9 05-80841 | Concetta Olin v. Wyeth, et al. |
| **ILLINOIS SOUTHERN** | |
| ILS 4 05-4135 | Darla Jean Dotson, et al. v. Wyeth, et al. |
| **KANSAS** | |
| KS 2 05-2308 | Martha J. Peyton, et al. v. Wyeth |
| **MINNESOTA** | |
| MN 0 05-2061 | Joan Litteer, et al. v. Wyeth, et al. |
| MN 0 05-2104 | Nellie Cork v. Wyeth, et al. |
| MN 0 05-2129 | Helga K. Smith v. Wyeth, et al. |
| MN 0 05-2209 | Lillian Ciccarelli, et al. v. Wyeth, et al. |
| MN 0 05-2226 | Patricia Price v. Wyeth, et al. |
| MN 0 05-2227 | Rita Feinstein, et al. v. Wyeth, et al. |
| MN 0 05-2228 | LaVerne Shanahan v. Wyeth, et al. |
| MN 0 05-2233 | Ardella Pecha v. Wyeth Pharmaceuticals, Inc., et al. |
| MN 0 05-2234 | Bonnie Bugh v. Wyeth Pharmaceuticals, Inc., et al. |
| MN 0 05-2235 | Mary L. Norman v. Wyeth Pharmaceuticals, Inc., et al. |
| MN 0 05-2239 | Edith Hoen v. Wyeth, et al. |
| MN 0 05-2240 | Marie Francis v. Wyeth, et al. |
| MN 0 05-2282 | Deborah Johnson v. Wyeth, et al. |
| MN 0 05-2312 | Mary Ann Rearden v. Wyeth, et al. |
| MN 0 05-2313 | Becky J. Carter v. Wyeth, et al. |
| MN 0 05-2314 | Dimple Hisaw v. Wyeth, et al. |
| MN 0 05-2330 | Thelma Wells v. Wyeth, et al. |
| MN 0 05-2345 | Phyllis Nowak, et al. v. Wyeth, et al. |
| MN 0 05-2346 | Mary Young v. Wyeth, et al. |
| **MISSOURI EASTERN** | |
| MOE 4 05-1135 | Mary C. Crider, et al. v. Wyeth |
| MOE 4 05-1136 | Joyce E. Albin, et al. v. Wyeth, et al. |
| MOE 4 05-1271 | Jayne Elizabeth Walters, et al. v. Wyeth, et al. |

SCHEDULE CTO-56 - TAG-ALONG ACTIONS     MDL-1507                    PAGE 2 OF 2

**DIST. DIV. C.A. #**          **CASE CAPTION**

NORTH CAROLINA WESTERN
   NCW  1  05-254              Betty A. Moore v. Wyeth, Inc., et al.

NEBRASKA
   NE   8  05-465              Sharon Virka, et al. v. Wyeth, et al.

OHIO NORTHERN
   OHN  1  05-2118             Lana Ann Nolen, et al. v. Wyeth, Inc., et al.
   OHN  5  05-2116             Jennifer Brubaker v. Wyeth, Inc., et al.
   OHN  5  05-2117             Rose Ann Mastroine v. Wyeth, Inc., et al.
   OHN  5  05-2190             Patricia Weigand v. Wyeth, Inc., et al.

OHIO SOUTHERN
   OHS  2  05-872              Joyce A. West, et al. v. Wyeth, Inc., et al.

PENNSYLVANIA EASTERN
   PAE  2  05-4064             Barbara Strey, et al. v. Wyeth, et al.
   PAE  2  05-4831             Patricia K. Shumpert, et al. v. Wyeth, et al.
   PAE  2  05-4832             Dorothy P. Hooks, et al. v. Wyeth, et al.

TEXAS EASTERN
   TXE  1  05-601              Judy Davis, et al. v. Wyeth, et al.

TEXAS NORTHERN
   TXN  5  05-191              Jackie Gillen v. Wyeth, et al.

TEXAS WESTERN
   TXW  7  05-136              Mildred Lucille Shields v. Wyeth, Inc.

WYOMING
   WY   2  05-250              Colleen Langston, et al. v. Wyeth, Inc., et al.

# INVOLVED COUNSEL LIST (CTO-56)
# DOCKET NO. 1507
# IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

Fletcher C. Alford
Gordon & Rees
Embarcadero Center West, 20th Floor
275 Battery Street
San Francisco, CA 94111

Cooper S. Ashley
Maslon Edelman Borman & Brand
3300 Wells Fargo Center
90 South 7th Street
Mpls, MN 55402-4140

Jennifer L. Bartlett
Waters & Kraus, LLP
Continental Grand Plaza 1
300 North Continental Boulevard,
Suite 500
El Segundo, CA 90245

Garrett D. Blanchfield, Jr.
Richard, Wendorf & Blanchfield
E-1250 First National Bank Building
332 Minnesota Street
St. Paul, MN 55101

Brian S. Campf
Williams, Love, O'Leary, Craine &
Powers
9755 S.W. Barnes Road
Suite 450
Portland, OR 97225-6681

Craig D. Cannon
Womble Carlyle Sandridge & Rice
One West Fourth Street
Winton-Salem, NC 27101

Andrew S. Chamberlin
Ellis & Winters, LLP
100 N. Greene St., Suite 102
Greensboro, NC 27401

Barry S. Cobb
Yates, McLamb & Weyher
P.O. Box 2889
Raleigh, NC 27602-2889

Joseph S. Cohen
Beirne, Maynard & Parsons
1300 Post Oak Blvd.
Suite 2500
Houston, TX 77056-3000

Stephen A. Corr
Mellon, Webster & Shelly
87 N. Broad Street
Doylestown, PA 18901

Martin D. Crump
Davis & Feder
P.O. Box 6829
Gulfport, MS 39506-7018

William B. Curtis
Law Offices of Miller & Curtis
10000 North Central Expressway
Suite 1450
Dallas, TX 75231

Gail Dalrymple
Clark, Thomas & Winters
P.O. Box 1148
Austin, TX 78767

Mark W. Davis
Davis & Feder
P.O. Drawer 6829
Gulfport, MS 39506-7018

Jennifer H. Doan
Haltom & Doan, LLP
6500 North Summerhill Road
Crown Executive Center, Suite 1A
P.O. Box 6227
Texarkana, TX 75505

Stacey L. Drentlaw
Oppenheimer Wolff & Donnelly
45 S. 7th Street
Suite 3300
Minneapolis, MN 55402

Patton Dycus
McKenna, Long & Aldridge, LLP
303 Peachtree Street, N.E.
Suite 5300
Atlanta, GA 30308-3201

R. Deryl Edwards, Jr.
Law Offices of R. Deryl Edwards, Jr.
606 South Pearl Avenue
Joplin, MO 64801

Michael J. Fay
McSweeney & Fay, PLLP
2116 2nd Avenue, South
Minneapolis, MN 55404

Edward F. Fox
Bassford Remele, PA
33 South 6th Street
Suite 3800
Minneapolis, MN 55402-3701

Amy R. Freestone
Faegre & Benson, LLP
2200 Wells Fargo Center
90 S. Seventh St.
Minneapolis, MN 55402-3901

Thomas V. Girardi
Girardi & Keese
1126 Wilshire Boulevard
Los Angeles, CA 90017-1904

Ronald S. Goldser
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, MN 55402-4123

Daniel S. Gruber
Gruber & Gruber
15165 Ventura Blvd.
Suite 400
Sherman Oaks, CA 91403

Marcus E. Hayes, Jr.
Crumley & Associates
1810 Westchester Drive
High Point, NC 27262

F. Lane Heard, III
Williams & Connolly, LLP
Edward Bennett Williams Building
725 12th Street, N.W.
Washington, DC 20005-5901

Carrie L. Hund
Bassford Remele, PA
33 South 6th Street
Suite 3800
Minneapolis, MN 55402-3701

Robert K. Jenner
Janet, Jenner & Suggs, LLC
1829 Reistertown Road
Suite 320
Baltimore, MD 21208

Karen F. Stallings
Locke Liddell & Sapp, LLP
600 Travis Street
3400 JP Morgan Chase Tower
Houston, TX 77002

Ralph Streza
Porter, Wright, Morris & Arthur
925 Euclid Avenue
Suite 1700
Cleveland, OH 44115-1483

Kenneth M. Suggs
Janet, Jenner & Suggs, LLC
500 Taylor Street
Suite 301
Columbia, SC 29201

James F. Szaller
Brown & Szaller
14222 Madison Avenue
Cleveland, OH 44107-4510

Mark Taylor
Cash, Klemchuk, Powers, & Taylor
Campbell Centre II, Suite 1575
8150 North Central Expressway
Dallas, TX 75206

Andrew J. Trevelise
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Brian D. Turner, Jr.
Cory, Watson, Crowder & DeGaris
2131 Magnolia Avenue, Suite 200
P.O. Box 55927
Birmingham, AL 35205-5972

Robert W. Vaccaro
Flynn, Gaskins & Bennett, L.L.P.
333 South Seventh Street
29th Floor
Minneapolis, MN 55402

Eva M. Weiler
Shook, Hardy & Bacon
5 Park Plaza
Suite 1600
Irvine, CA 92614-2546

Michael L. Williams
Williams, Love, O'Leary, Craine & Powers
9755 S.W. Barnes Road
Suite 450
Portland, OR 97225-6681

Tricia N. Wisenbaker
Fulbright & Jaworski, L.L.P.
2200 Rose Avenue
Suite 2800
Dallas, TX 75201-2784

Elizabeth S. Wright
Dorsey & Whitney LLP
50 S. 6th Street
Suite 1500
Minneapolis, MN 55402-1498

John Anthony Zaloom
Moore & Van Allen, PLLC
430 Davis Drive, Suite 500
P.O. Box 13706
Research Triangle Park, NC 27705-4658

Charles S. Zimmerman
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, MN 55402-4123

# INVOLVED JUDGES LIST (CTO-56)
## DOCKET NO. 1507
## IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

Hon. John R. Adams
U.S. District Judge
570 U.S. Courthouse
 & Federal Building
Two South Main Street
Akron, OH 44308

Hon. Cecilia M. Altonaga
U.S. District Judge
Federal Courthouse Square
301 North Miami Avenue, 4th Floor
Miami, FL 33128-7788

Hon. Percy Anderson
U.S. District Judge
163 United States Courthouse
312 North Spring Street
Los Angeles, CA 90012

Hon. Saundra Brown Armstrong
U.S. District Judge
400-S Ronald V. Dellums
 Federal Building
1301 Clay Street
Oakland, CA 94612-5212

Hon. Harry F. Barnes
U.S. District Judge
P.O. Box 1735
El Dorado, AR 71731

Hon. Ron Clark
U.S. District Judge
221 Jack Brooks Federal Building
 & U.S. Courthouse
300 Willow Street
Tyler, TX 77701

Hon. Samuel R. Cummings
U.S. District Judge
C-210 George H. Mahon Federal Bldg.
 & U.S. Courthouse
1205 Texas Avenue
Lubbock, TX 79401

Hon. Michael J. Davis
U.S. District Judge
14E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Robert T. Dawson
U.S. District Judge
U.S. District Court
P.O. Box 1624
Fort Smith, AR 72902-1624

Hon. Paul S. Diamond
U.S. District Judge
United States District Court
17613 James A. Byrne
 U. S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

Hon. David S. Doty
Senior U.S. District Judge
14W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. David D. Dowd, Jr.
Senior U.S. District Judge
402 U.S. Courthouse &
 Federal Building
Two South Main Street
Akron, OH 44308

Hon. William F. Downes
Chief Judge, U.S. District Court
210 Ewing T. Kerr Federal Building
 & U.S. Courthouse
111 South Wolcott Street
Casper, WY 82601

Hon. Joan N. Ericksen
U.S. District Judge
Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Hon. Audrey G. Fleissig
U.S Magistrate Judge
Thomas F. Eagleton U.S. Courthouse
Suite 3300
111 South 10th Street
St. Louis, MO 63102-9958

Hon. James L. Foreman
Senior U.S. District Judge
740 U.S. Courthouse
301 West Main Street
Benton, IL 62812

Hon. Donovan W. Frank
U.S. District Judge
738 Warren E. Burger Federal Bldg.
316 North Robert Street
St. Paul, MN 55101

Hon. John P. Fullam
Senior U.S. District Judge
15614 James A. Byrne
 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1780

Hon. Jean C. Hamilton
U.S. District Judge
16N Thomas F. Eagleton
 U.S. Courthouse
111 South Tenth St., 16th Floor
St. Louis, MO 63102-1116

Hon. John D. Holschuh
Senior U.S. District Judge
109 Joseph P. Kinneary
 U.S. Courthouse
85 Marconi Boulevard
Columbus, OH 43215

Hon. Dennis L. Howell
U.S Magistrate Judge
United States District Court
302 U.S. Courthouse
100 Otis Street
Asheville, NC 28801-2611

Hon. Harry Lee Hudspeth
Senior U.S. District Judge
350 H. Thornberry Judicial Building
903 San Jacinto Blvd.
Austino, TX 78701

Hon. Herbert J. Hutton
Senior U.S. District Judge
9614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1764

Hon. Richard G. Kopf
U.S. District Judge
586 Robert V. Denney
 U.S. Courthouse
100 Centennial Mall North
Lincoln, NE 68508

Hon. Richard H. Kyle
Senior U.S. District Judge
760 Warren E. Burger Federal Bldg.
316 N. Robert Street
St. Paul, MN 55101

Hon. Paul A. Magnuson
Senior U.S. District Judge
730 Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Hon. Donald M. Middlebrooks
U.S. District Judge
Federal Building, 2nd Floor
701 Clematis Street
West Palm Beach, FL 33401

Hon. Ann D. Montgomery
U.S. District Judge
13W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Thomas C. Mummert, III
U.S. Magistrate Judge
United States District Court
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102-9958

Hon. Donald C. Nugent
U.S. District Judge
15A Carl B. Stokes U.S. Courthouse
801 West Superior Avenue
Cleveland, OH 44114-1842

Hon. Dean D. Pregerson
U.S. District Judge
244-J U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012-4701

Hon. James M. Rosenbaum
Chief Judge, U.S. District Court
15E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. John R. Tunheim
U.S. District Judge
13E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Kathryn H. Vratil
U.S. District Judge
511 Robert J. Dole U.S. Courthouse
500 State Avenue
Kansas City, KS 66101

## INVOLVED CLERKS LIST (CTO-56)
## DOCKET NO. 1507
## IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

Betty A. Griess, Clerk
2141 Joseph C. O'Mahoney Federal Building
2120 Capitol Avenue
Cheyenne, WY 82001-3658

Christopher R. Johnson, Clerk
U.S. District Court
P.O. Box 1566
El Dorado, AR 71731-1566

Christopher R. Johnson, Clerk
U.S. District Court
P.O. Box 1547
Fort Smith, AR 72902-1547

Clarence Maddox, Clerk
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128-7788

David J. Maland, Clerk
Jack Brooks Federal Bldg. & U.S. Courthouse
300 Willow Street, Suite 104
Beaumont, TX 77701

Denise Lucks, Clerk
1152 Roman L. Hruska U.S. Courthouse
111 South 18th Plaza
Omaha, NE 68102-1322

Frank G. Johns, Clerk
309 U.S. Courthouse
Veach-Baley Federal Complex
100 Otis Street
Asheville, NC 28801

Geri M. Smith, Clerk
568 U.S. Courthouse & Federal Building
Two South Main Street
Akron, OH 44308-1876

Geri M. Smith, Clerk
United States District Court
2-161 Carl B. Stokes U.S. Courthouse
801 West Superior Avenue
Cleveland, OH 44113

James Bonini, Clerk
260 Joseph P. Kinneary U.S. Courthouse
85 Marconi Boulevard
Columbus, OH 43215

James Woodward, Clerk
3300 Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102

Karen S. Mitchell, Clerk
C-221 Geroge H. Mahn Federal Building & U.S. Courthouse
1205 Texas Avenue
Lubbock, TX 79401-4002

Michael E. Kunz, Clerk
2609 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1796

Norbert G. Jaworski, Clerk
U.S. Courthouse
301 West Main Street
Benton, IL 62812-1362

Ralph L. DeLoach, Clerk
259 Robert J. Dole U.S. Courthouse
500 State Avenue
Kansas City, KS 66101-2430

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Richard W. Wieking, Clerk
400-S Ronald V. Dellums Federal Building
1301 Clay Street
Oakland, CA 94612-5212

Sherri R. Carter, Clerk
G-8 U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012

William G. Putnicki, Clerk
316 U.S. Courthouse
200 E. Wall Street
Midland, TX 79701