A CERTIFIED TRUE COPY

DEC 2 8 2005

ATTEST [signature]
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 0 4 2006

JAMES W. McCORMACK, CLERK
By: [signature]
       DEP CLERK

FILED
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 1 2 2005

FILED
CLERK'S OFFICE

DOCKET NO. 1507

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-58)

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 2,568 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, 254 F.Supp.2d 1366 (J.P.M.L. 2003), and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

[signature]
Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

DEC 2 8 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# SCHEDULE CTO-58 - TAG-ALONG ACTIONS
## DOCKET NO. 1507
## IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **FLORIDA MIDDLE** | |
| FLM 6 05-1592 | Joy Hinkle v. Wyeth, et al. |
| FLM 8 05-1961 | Virginia Gorski v. Wyeth, Inc., et al. |
| FLM 8 05-2018 | Judy Seay v. Wyeth, Inc., et al. |
| FLM 8 05-2036 | Karen McMichael v. Wyeth Inc., et al. |
| FLM 8 05-2043 | Marguerite Gibson v. Wyeth, Inc., et al. |
| **FLORIDA NORTHERN** | |
| FLN 3 05-394 | Anne Roffman, et al. v. Wyeth, et al. |
| **FLORIDA SOUTHERN** | |
| FLS 2 05-14296 | Rose DeTorre, et al. v. Wyeth, et al. |
| FLS 9 05-80903 | Marlene Magness, et al. v. Wyeth, et al. |
| **LOUISIANA WESTERN** | |
| LAW 5 05-1347 | Hilda Ruth Beahm v. Wyeth, et al. |
| LAW 6 05-1857 | Margarite Hebert v. Wyeth Laboratories, Inc., et al. |
| **MASSACHUSETTS** | |
| MA 1 05-11377 | Barbara Galante, et al. v. Wyeth, Inc., et al. |
| MA 1 05-11436 | Mary Lee, et al. v. Wyeth, Inc., et al. |
| MA 1 05-11437 | Eleanor T. Guarino, et al. v. Wyeth, Inc., et al. |
| MA 1 05-11438 | Elizabeth Walsh v. Wyeth, Inc., et al. |
| MA 1 05-11439 | Rochelle A. Bennett v. Wyeth, Inc., et al. |
| MA 1 05-11441 | Estelle Hayman v. Wyeth, Inc., et al. |
| MA 1 05-11447 | Sophia Higginbottom v. Wyeth, Inc., et al. |
| **MARYLAND** | |
| MD 1 05-1851 | Carole Mall, et al. v. Wyeth, et al. |
| MD 8 05-2938 | Mary E. Waddell, et al. v. Wyeth, Inc., et al. |
| **MAINE** | |
| ME 2 05-164 | Beth Cassel-Tableman v. Wyeth, et al. |
| ME 2 05-165 | Toni Rees v. Wyeth, et al. |
| **MINNESOTA** | |
| MN 0 05-2430 | Marta Maria Parkes v. Wyeth, et al. |
| MN 0 05-2480 | Barbara Thornell v. Pharmacia & Upjohn Co., LLC, et al. |
| MN 0 05-2521 | Nicole J. Barnett v. Wyeth, et al. |
| MN 0 05-2529 | Patti H. Giambrone v. Wyeth, et al. |
| **MISSOURI EASTERN** | |
| MOE 4 05-1371 | Cecilia P. Conza v. Wyeth, Inc., et al. |
| MOE 4 05-2018 | Mary Schroeder, et al. v. Wyeth, et al. |
| MOE 4 05-2019 | Jonette Smith, et al. v. Wyeth, et al. |

SCHEDULE CTO-58 - TAG-ALONG ACTIONS     MDL-1507                              PAGE 2 OF 2

**DIST. DIV. C.A. #**              **CASE CAPTION**

MISSISSIPPI NORTHERN
  MSN  1  05-72              Delores Arnold, et al. v. Wyeth, et al.
  MSN  1  05-76              Martha Heleniak, et al. v. Wyeth, et al.
  MSN  4  05-67              Barbara Watson, et al. v. Wyeth, et al.
  MSN  4  05-159             Ethel Lee Murphy, et al. v. Wyeth, et al.
  MSN  4  05-160             Willie Olive, et al. v. Abbott Laboratories, et al.
  MSN  4  05-248             Claudia Stewart v. Wyeth, et al.

NEVADA
  ~~NV  3  05-585~~            ~~Lorraine Van Brocklin, et al. v. Wyeth, et al.~~ Vacated 12/27/05

PENNSYLVANIA EASTERN
  PAE  2  05-5525            Laura L. Jackson v. Wyeth, et al.
  PAE  2  05-5527            Betty Harrison v. Wyeth, et al.
  PAE  2  05-5528            Phyllis L. Morris, et al. v. Wyeth, et al.
  PAE  2  05-5529            Annie Sawyer v. Wyeth, et al.
  PAE  2  05-5532            Margaret A. Gray v. Wyeth, et al.
  PAE  2  05-5533            Teresa R. Cassady, et al. v. Wyeth, et al.
  PAE  2  05-5536            Mildred Key, et al. v. Wyeth, et al.
  PAE  2  05-5537            Mariel J. Evans, et al. v. Wyeth, et al.
  PAE  2  05-5540            Charlotte Lewis, et al. v. Wyeth, et al.

PUERTO RICO
  PR   3  05-1822            Emma Serpa-Torres, et al. v. Wyeth

SOUTH DAKOTA
  SD   4  05-4103            Martha Flamming Grimme, et al. v. Wyeth, Inc., et al.

TEXAS EASTERN
  TXE  1  05-727             Kathleen Yauch v. Wyeth, et al.

TEXAS NORTHERN
  TXN  7  05-148             Patty Tannahill v. Wyeth, Inc., et al.

VERMONT
  VT   2  05-234             Carolyn Volpini v. Wyeth, et al.
  VT   2  05-235             Ellen H. Sussman v. Wyeth, et al.
  VT   2  05-236             Ruthanne Eldred v. Wyeth, et al.

WISCONSIN WESTERN
  WIW  3  05-614             Lynn J. Cantwell v. Wyeth, Inc., et al.