

A CERTIFIED TRUE COPY

JAN - 9 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 2 2 2005

FILED
CLERK'S OFFICE

DOCKET NO. 1507

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JAN 18 2003

## IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-59)

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 2,602 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, 254 F.Supp.2d 1366 (J.P.M.L. 2003), and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JAN - 9 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## SCHEDULE CTO-59 - TAG-ALONG ACTIONS
## DOCKET NO. 1507
## IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ALABAMA NORTHERN** | |
| ALN 2 05-2308 | Douglas J. Johns, etc. v. Wyeth Pharmaceuticals, Inc., et al. |
| **CALIFORNIA NORTHERN** | |
| CAN 3 05-4317 | Harold Horner, etc. v. Wyeth, et al. |
| **CALIFORNIA SOUTHERN** | |
| CAS 3 05-2011 | Kathleen Sutton v. Wyeth, et al. |
| **FLORIDA MIDDLE** | |
| FLM 2 05-519 | Joan Tremblay, et al. v. Wyeth, et al. |
| FLM 2 05-545 | Roberta Kay Lamar v. Wyeth, et al. |
| FLM 6 05-1718 | Helen Jean George, et al. v. Wyeth, et al. |
| FLM 8 05-1914 | Patricia J. Green v. Wyeth, et al. |
| **INDIANA SOUTHERN** | |
| INS 1 05-1662 | Susan Fivecoat, et al. v. Novo Nordisk, et al. |
| **MAINE** | |
| ME 2 05-194 | Susan Bauer v. Wyeth, et al. |
| **MICHIGAN EASTERN** | |
| MIE 2 05-72728 | Christine Voss, et al. v. Wyeth, Inc., et al. |
| **MINNESOTA** | |
| MN 0 05-2605 | Lucille Lynn v. Wyeth, Inc., et al. |
| MN 0 05-2606 | Sharon Guyett v. Wyeth, Inc., et al. |
| MN 0 05-2607 | Myrtle Spivey, et al. v. Wyeth, Inc., et al. |
| MN 0 05-2608 | Sharon Sears v. Wyeth, Inc., et al. |
| MN 0 05-2609 | Mary Watson, et al. v. Wyeth, Inc., et al. |
| MN 0 05-2610 | Marceline Vossler, et al. v. Wyeth, Inc., et al. |
| MN 0 05-2618 | Helen Harper, et al. v. Wyeth, et al. |
| MN 0 05-2657 | Margery Sochan, et al. v. Wyeth, et al. |
| MN 0 05-2659 | Francene Minschew v. Wyeth, et al. |
| MN 0 05-2670 | Annie Billingsley v. Wyeth, et al. |
| MN 0 05-2678 | Margaret Powers v. Wyeth, et al. |
| MN 0 05-2692 | Carolyn Hargrove v. Wyeth, et al. |
| MN 0 05-2695 | Melody L. Ingle, et al. v. Wyeth, et al. |
| MN 0 05-2696 | Wanda Dee Ehe Raya, et al. v. Wyeth, et al. |
| MN 0 05-2715 | Marlys Johnson v. Wyeth, et al. |
| MN 0 05-2771 | Carolyn Matthews v. Wyeth, et al. |
| **NEBRASKA** | |
| NE 4 05-3292 | Nancy Louise Fruchtl, et al v. Wyeth, et al. |
| NE 8 05-522 | Janet S. Truelsen v. Wyeth, et al. |

SCHEDULE CTO-59 - TAG-ALONG ACTIONS     MDL-1507                    PAGE 2 OF 2

**DIST. DIV. C.A. #**            **CASE CAPTION**

OHIO SOUTHERN
  OHS  2  05-1052            Linda Ford v. Wyeth, Inc., et al.

OKLAHOMA NORTHERN
  OKN  4  05-582             Sherri Ann Pittser v. Wyeth, et al.

PENNSYLVANIA EASTERN
  PAE  2  05-5858            Linda Tedesco, et al. v. Wyeth
  PAE  2  05-5859            Mary Foss v. Wyeth, et al.
  PAE  2  05-5860            Jean T. Austin, et al.v . Wyeth, et al.
  PAE  2  05-5861            Geraldine Turner, et al. v. Wyeth, et al.
  PAE  2  05-5863            Danita Cannizzaro, et al. v. Wyeth, et al.
  PAE  2  05-5864            Terry Beckwith Peterson, et al. v. Wyeth, et al.
  PAE  2  05-5865            Gloria Bulloch v. Wyeth, et al.

TEXAS SOUTHERN
  TXS  3  05-592             Georgia Jones v. Wyeth, et al.