A CERTIFIED TRUE COPY

JAN 2 5 2006

ATTEST

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN - 9 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1507

FILED
JAN 31 2006
JAMES ~~~~~~~~, CLERK
By: ~~~~~~~~
DEP CLERK

IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-60)

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 2,653 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, 254 F.Supp.2d 1366 (J.P.M.L. 2003), and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

JAN 2 5 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

# SCHEDULE CTO-60 - TAG-ALONG ACTIONS
## DOCKET NO. 1507
### IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ALABAMA NORTHERN** | |
| ALN 2 05-1059 | Susan K. Kobel, et al. v. Wyeth Pharmaceuticals, Inc. |
| **ARKANSAS WESTERN** | |
| ARW 2 05-2172 | Donna G. Woffard v. Wyeth, et al. |
| **CALIFORNIA CENTRAL** | |
| CAC 2 05-8463 | Gail Geach, et al. v. Wyeth, et al. |
| CAC 5 05-1063 | Frances Flores v. Wyeth, et al. |
| **CONNECTICUT** | |
| CT 3 05-1836 | Laura J. Lawrence v. Wyeth, Inc., et al. |
| **FLORIDA MIDDLE** | |
| FLM 3 05-1177 | Kathryn L. Calhoun v. Wyeth, Inc. |
| FLM 3 05-1265 | Sharon WIlson v. Wyeth, Inc., et al. |
| FLM 8 05-2215 | Connie Engle v. Wyeth, Inc., et al. |
| FLM 8 05-2299 | Violet Norris v. Wyeth, Inc., et al. |
| FLM 8 05-2312 | Betty Chomar v. Wyeth, Inc., et al. |
| FLM 8 05-2335 | Jerilyn Santiago v. Wyeth, Inc., et al. |
| FLM 8 05-2342 | Marie M. Barrett v. Wyeth, Inc., et al. |
| FLM 8 05-2343 | Lillian P. Merricks v. Wyeth, Inc., et al. |
| **MARYLAND** | |
| MD 1 05-3143 | Ann Ridgeway, et al. v. Wyeth, et al. |
| **MINNESOTA** | |
| MN 0 05-2620 | Lillie Joyce Ybarra v. Wyeth, et al. |
| MN 0 05-2621 | Ada Harris v. Wyeth, et al. |
| MN 0 05-2693 | Louise Befumo v. Wyeth, et al. |
| MN 0 05-2694 | Cathy Marie Anderson, et al. v. Wyeth, et al. |
| MN 0 05-2697 | Shirley Blue v. Wyeth, et al. |
| MN 0 05-2698 | Betty Pow, et al. v. Wyeth, et al. |
| MN 0 05-2726 | Donna Wolfe, et al. v. Wyeth, Inc., et al. |
| MN 0 05-2759 | Betty Whitley v. Wyeth, et al. |
| MN 0 05-2760 | Debra Anderson Picard v. Wyeth, et al. |
| MN 0 05-2799 | Virginia H. Berglove v. Wyeth, et al. |
| MN 0 05-2804 | Rose M. Taylor, et al. v. Wyeth, et al. |
| MN 0 05-2834 | Theresse M. Parolini, et al. v. Wyeth, Inc., et al. |
| MN 0 05-2877 | Myrna Griffin v. Wyeth, et al. |
| MN 0 05-2911 | Tessie Miller v. Wyeth, et al. |
| MN 0 05-2913 | Nancy J. Black, et al. v. Wyeth, et al. |
| MN 0 05-2948 | Marilyn M. Thoren v. Wyeth, et al. |
| **NORTH CAROLINA EASTERN** | |
| NCE 5 05-785 | Margaret H. White v. Wyeth, et al. |

SCHEDULE CTO-60 - TAG-ALONG ACTIONS      MDL-1507                          PAGE 2 OF 2

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **NEBRASKA** | |
| NE 8 05-559 | Donna Ficken, et al. v. Wyeth, et al. |
| **NEW YORK SOUTHERN** | |
| NYS 7 05-9457 | Carmen Montalvo, et al. v. Wyeth, et al. |
| **OHIO SOUTHERN** | |
| OHS 1 05-760 | Evelyn Dyer v. Wyeth, Inc., et al. |
| **TEXAS EASTERN** | |
| TXE 4 05-454 | Karen Norris v. Wyeth, et al. |
| **TEXAS NORTHERN** | |
| TXN 3 05-2357 | Joan K. Macaulay, et al v. Wyeth, et al. |
| TXN 3 05-2381 | Berthene E. Robinson, et al. v. Wyeth, et al. |
| TXN 3 05-2399 | Alma Robinson, et al. v. Wyeth, et al. |
| **VIRGINIA EASTERN** | |
| VAE 1 05-1331 | Mabel H. Fields v. Wyeth, et al. |