A CERTIFIED TRUE COPY

FEB 2 4 2006

ATTEST [signature]
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB - 8 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1507

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-62)

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 0 1 2006

JAMES W. McCORMACK, CLERK
By: [signature]
      DEP CLERK

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 2,731 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, 254 F.Supp.2d 1366 (J.P.M.L. 2003), and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

FEB 2 4 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

## SCHEDULE CTO-62 - TAG-ALONG ACTIONS
## DOCKET NO. 1507
## IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ALABAMA NORTHERN** | |
| ALN  2  05-2538 | Elizabeth G. Pekrul v. Wyeth Pharmaceuticals, Inc., et al. |
| ALN  2  05-2539 | Claudia J. Antonio v. Wyeth Pharmaceuticals, Inc., et al. |
| **ALABAMA SOUTHERN** | |
| ALS  1  05-722 | Zelda L. Calloway v. Wyeth Pharmaceuticals, Inc., et al. |
| ALS  1  05-726 | Patricia P. Evans v. Wyeth Pharmaceuticals, Inc., et al. |
| **FLORIDA MIDDLE** | |
| FLM  3  06-25 | Carol Reed v. Wyeth, Inc., et al. |
| FLM  8  05-2373 | Linda Anderson v. Wyeth, Inc., et al. |
| FLM  8  06-62 | Martha Carnuccio v. Wyeth, Inc., et al. |
| **FLORIDA SOUTHERN** | |
| FLS  9  05-81118 | Ada Eisenberg, et al. v. Wyeth, et al. |
| **MARYLAND** | |
| MD  1  05-3447 | Curtis L. Myles, et al. v. Wyeth, Inc., et al. |
| **MINNESOTA** | |
| MN  0  05-2912 | Barbara Bowman v. Wyeth, et al. |
| MN  0  05-2989 | Linda Marie Hood v. Wyeth, Inc., et al. |
| MN  0  06-126 | Alba Cordon, et al. v. Wyeth, et al. |
| MN  0  06-136 | Donna Lehnhardt v. Wyeth |
| MN  0  06-146 | Marie Weaver v. Wyeth, et al. |
| MN  0  06-191 | Belinda Stafford v. Wyeth, et al. |
| MN  0  06-220 | Edith Peterson v. Wyeth, et al. |
| MN  0  06-221 | Shirley Mae Bell, et al. v. Wyeth, et al. |
| MN  0  06-222 | Betty White v. Wyeth, et al. |
| MN  0  06-224 | Kaarin C. Brown, et al. v. Wyeth, et al. |
| MN  0  06-234 | Louise Coppock v. Wyeth, et al. |
| MN  0  06-235 | Janice Fallman v. Wyeth, et al. |
| MN  0  06-256 | Theresa Campbell, et al. Wyeth, Inc., et al. |
| MN  0  06-261 | Linda K. Clark v. Wyeth, et al. |
| MN  0  06-262 | Julie M. Byrne v. Wyeth, et al. |
| MN  0  06-276 | Anna Crow-David v. Wyeth, Inc., et al. |
| MN  0  06-291 | Janet Baldwin v. Wyeth, et al. |
| **MISSOURI EASTERN** | |
| MOE  4  05-835 | Mary Didier, et al. v. Wyeth, Inc., et al. |
| MOE  4  06-25 | Johanna Walker v. Wyeth, Inc., et al. |
| **TEXAS EASTERN** | |
| TXE  1  05-822 | Glyna Durio, et al. v. Pharmacia & Upjohn Co., LLC, et al. |
| TXE  1  05-826 | Malcolm S. Smith, et al. v. Wyeth, et al. |
| TXE  1  06-9 | Judy Keck Womack, et al. v. Wyeth, et al. |
| **TEXAS WESTERN** | |
| TXW  1  05-41 | Ruth Ann Cansler, et al. v. Wyeth, et al. |
| **WASHINGTON WESTERN** | |
| WAW  2  05-1976 | Elva L. Pope v. Wyeth, et al. |


## SCHEDULE CTO-62 - TAG-ALONG ACTIONS
## DOCKET NO. 1507
## IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ALABAMA NORTHERN** | |
| ALN  2  05-2538 | Elizabeth G. Pekrul v. Wyeth Pharmaceuticals, Inc., et al. |
| ALN  2  05-2539 | Claudia J. Antonio v. Wyeth Pharmaceuticals, Inc., et al. |
| **ALABAMA SOUTHERN** | |
| ALS  1  05-722 | Zelda L. Calloway v. Wyeth Pharmaceuticals, Inc., et al. |
| ALS  1  05-726 | Patricia P. Evans v. Wyeth Pharmaceuticals, Inc., et al. |
| **FLORIDA MIDDLE** | |
| FLM  3  06-25 | Carol Reed v. Wyeth, Inc., et al. |
| FLM  8  05-2373 | Linda Anderson v. Wyeth, Inc., et al. |
| FLM  8  06-62 | Martha Carnuccio v. Wyeth, Inc., et al. |
| **FLORIDA SOUTHERN** | |
| FLS  9  05-81118 | Ada Eisenberg, et al. v. Wyeth, et al. |
| **MARYLAND** | |
| MD  1  05-3447 | Curtis L. Myles, et al. v. Wyeth, Inc., et al. |
| **MINNESOTA** | |
| MN  0  05-2912 | Barbara Bowman v. Wyeth, et al. |
| MN  0  05-2989 | Linda Marie Hood v. Wyeth, Inc., et al. |
| MN  0  06-126 | Alba Cordon, et al. v. Wyeth, et al. |
| MN  0  06-136 | Donna Lehnhardt v. Wyeth |
| MN  0  06-146 | Marie Weaver v. Wyeth, et al. |
| MN  0  06-191 | Belinda Stafford v. Wyeth, et al. |
| MN  0  06-220 | Edith Peterson v. Wyeth, et al. |
| MN  0  06-221 | Shirley Mae Bell, et al. v. Wyeth, et al. |
| MN  0  06-222 | Betty White v. Wyeth, et al. |
| MN  0  06-224 | Kaarin C. Brown, et al. v. Wyeth, et al. |
| MN  0  06-234 | Louise Coppock v. Wyeth, et al. |
| MN  0  06-235 | Janice Fallman v. Wyeth, et al. |
| MN  0  06-256 | Theresa Campbell, et al. Wyeth, Inc., et al. |
| MN  0  06-261 | Linda K. Clark v. Wyeth, et al. |
| MN  0  06-262 | Julie M. Byrne v. Wyeth, et al. |
| MN  0  06-276 | Anna Crow-David v. Wyeth, Inc., et al. |
| MN  0  06-291 | Janet Baldwin v. Wyeth, et al. |
| **MISSOURI EASTERN** | |
| MOE  4  05-835 | Mary Didier, et al. v. Wyeth, Inc., et al. |
| MOE  4  06-25 | Johanna Walker v. Wyeth, Inc., et al. |
| **TEXAS EASTERN** | |
| TXE  1  05-822 | Glyna Durio, et al. v. Pharmacia & Upjohn Co., LLC, et al. |
| TXE  1  05-826 | Malcolm S. Smith, et al. v. Wyeth, et al. |
| TXE  1  06-9 | Judy Keck Womack, et al. v. Wyeth, et al. |
| **TEXAS WESTERN** | |
| TXW  1  05-41 | Ruth Ann Cansler, et al. v. Wyeth, et al. |
| **WASHINGTON WESTERN** | |
| WAW  2  05-1976 | Elva L. Pope v. Wyeth, et al. |