A CERTIFIED TRUE COPY

MAR 17 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR -1 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1507

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

*IN RE PREMPRO PRODUCTS LIABILITY LITIGATION*

(SEE ATTACHED SCHEDULE)

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 22 2006

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

**CONDITIONAL TRANSFER ORDER (CTO-63)**

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 2,740 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, 254 F.Supp.2d 1366 (J.P.M.L. 2003), and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAR 17 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## SCHEDULE CTO-63 - TAG-ALONG ACTIONS
## DOCKET NO. 1507
## IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **FLORIDA SOUTHERN** | |
| FLS 0 06-60089 | Myrtle Latchman v. Wyeth, Inc., et al. |
| FLS 9 05-81129 | Barbara Bolton, et al. v. Wyeth, et al. |
| **MASSACHUSETTS** | |
| MA 1 05-12549 | Cecile Campos v. Wyeth, et al. |
| **MARYLAND** | |
| MD 1 06-215 | Paul Plowman, et al. v. Wyeth, et al. |
| **MINNESOTA** | |
| MN 0 06-119 | Patsy Anderson, et al. v. Wyeth, et al. |
| MN 0 06-120 | Juanita Brouwer v. Wyeth, et al. |
| MN 0 06-121 | Patricia Brunner v. Wyeth, et al. |
| MN 0 06-122 | Nata Cargan, et al. v. Wyeth, et al. |
| MN 0 06-124 | Nancy Jo Carter v. Wyeth, et al. |
| MN 0 06-125 | Marian Connor v. Wyeth, et al. |
| MN 0 06-127 | Wilma Cowart v. Wyeth, et al. |
| MN 0 06-128 | Janet Edwards, et al. v. Wyeth, et al. |
| MN 0 06-129 | Gayla Farinash v. Wyeth, et al. |
| MN 0 06-130 | Wilma Faulkner, et al.v . Wyeth, et al. |
| MN 0 06-131 | Patricia Fernau v. Wyeth, et al. |
| MN 0 06-132 | Patricia Freeman v. Wyeth |
| MN 0 06-133 | Phyllis Goode, et al. v. Wyeth, et al. |
| MN 0 06-134 | Nancy Johnson, et al. v. Wyeth, et al. |
| MN 0 06-135 | Sally Laufketter, et al. v. Wyeth, et al. |
| MN 0 06-137 | Esther Miller, et al. v. Wyeth, et al. |
| MN 0 06-138 | Anna Moran v. Wyeth, et al. |
| MN 0 06-140 | Patricia Pease v. Wyeth, et al. |
| MN 0 06-141 | Patricia Rogers v. Wyeth, et al. |
| MN 0 06-143 | Teresa Staniszewski, etc. v. Wyeth, et al. |
| MN 0 06-144 | Mary Steele v. Wyeth, et al. |
| MN 0 06-145 | Joyce Waugh v. Wyeth, et al. |
| MN 0 06-147 | Donna Wheeler v. Wyeth, et al. |
| MN 0 06-150 | Eleanor Doering v. Wyeth |
| MN 0 06-163 | Brenda C. Lewin v. Wyeth, Inc., et al. |
| MN 0 06-185 | Janis Darlene Fox v. Wyeth, et al. |
| MN 0 06-187 | Marilyn R. Brooks v. Wyeth, et al. |
| MN 0 06-188 | Dana Lafferty v. Wyeth, et al. |
| MN 0 06-197 | Tenee Telsey, et al. v. Wyeth, et al. |
| MN 0 06-289 | Janet Trautman v. Wyeth, et al. |
| MN 0 06-322 | Jaqueline Baker v. Wyeth, et al. |
| MN 0 06-353 | Shirley Valyou v. Bristol-Myers Squibb Co., et al. |
| MN 0 06-355 | Marion Steiger v. Wyeth, et al. |
| MN 0 06-373 | Audrey A. Stark v. Wyeth, et al. |
| MN 0 06-431 | Ann Dudley v. Wyeth, et al. |
| MN 0 06-476 | Evelyn J. Carter, et al. v. Wyeth, et al. |
| MN 0 06-477 | Judith Rojas, et al. v. Wyeth, et al. |
| MN 0 06-478 | Rose Mathis v. Wyeth, et al. |
| MN 0 06-479 | Carol Sullivan v. Wyeth, et al. |
| MN 0 06-480 | Sandra Hogan v. Wyeth, et al. |
| MN 0 06-481 | Diane Morrell v. Wyeth, et al. |
| MN 0 06-510 | Martha Gatz, et al. v. Wyeth, et al. |
| MN 0 06-564 | Amelia Tejkl, et al. v. Wyeth, et al. |

SCHEDULE CTO-63 - TAG-ALONG ACTIONS    MDL-1507    PAGE 2 OF 2

**DIST. DIV. C.A. #**                **CASE CAPTION**

MISSOURI EASTERN
  MOE 4 05-1561        Iris Hensley, et al. v. Wyeth, et al.
  MOE 4 06-26          Catherine Williams v. Wyeth, Inc., et al.

NEW YORK SOUTHERN
  NYS 1 05-9169        Saundra S. Carlo, et al. v. Wyeth, et al.

WEST VIRGINIA SOUTHERN
  WVS 2 06-80          Teresa White, et al. v. Wyeth, Inc., et al.