# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**
Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002
Telephone: [202] 502-2800
Fax: [202] 502-2888
http://www.jpml.uscourts.gov

RECEIVED MAIL ROOM APR 24 2006

FILED APR 24 2006 JAMES W. McCORMACK, CLERK By: /s/ KPark DEP CLERK U.S. DISTRICT COURT EASTERN DISTRICT ARKANSAS

April 11, 2006

James W. McCormack, Clerk
402 U.S. Post Office & Courthouse
600 West Capitol Avenue
Little Rock, AR 72201-3325

Re: MDL-1507 -- In re Prempro Products Liability Litigation

(See Attached Schedule CTO-65)

Dear Mr. McCormack:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on March 24, 2006. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

**The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By: /s/
Deputy Clerk

Attachments

cc: Transferee Judge:   Judge William R. Wilson, Jr.
    Transferor Judges:  (See Attached List of Judges)
    Transferor Clerks:  (See Attached List of Clerks)

JPML Form 36A



JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 24 2006

FILED
CLERK'S OFFICE

**DOCKET NO. 1507**

**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

## IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-65)

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 2,773 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, 254 F.Supp.2d 1366 (J.P.M.L. 2003), and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

APR 1 1 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel



# SCHEDULE CTO-65 - TAG-ALONG ACTIONS
## DOCKET NO. 1507
## IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **CALIFORNIA CENTRAL** | |
| CAC 2 05-4856 | Marion Walters v. Wyeth, et al. |
| CAC 2 05-4916 | Patricia Rogers v. Wyeth, et al. |
| **FLORIDA MIDDLE** | |
| FLM 3 06-178 | Lucile B. Mercer v. Wyeth, Inc., etc. |
| FLM 3 06-179 | Janet I. Lewis v. Wyeth, Inc., et al. |
| FLM 5 06-64 | Joan Reinhart v. Wyeth, Inc., et al. |
| FLM 6 06-228 | Donna Churchward v. Wyeth, Inc., et al. |
| FLM 8 06-253 | Beverly Salkin v. Wyeth, Inc., et al. |
| **FLORIDA SOUTHERN** | |
| FLS 0 06-60181 | Marlene Goldberg v. Wyeth, et al. |
| **LOUISIANA WESTERN** | |
| LAW 2 05-2230 | Ella Jones v. Wyeth, et al. |
| **MINNESOTA** | |
| MN 0 06-236 | Raylene Hedges v. Wyeth, et al. |
| MN 0 06-323 | Carolyn Graves v. Wyeth, et al. |
| MN 0 06-354 | Valda Tattersall v. Wyeth Pharmaceuticals, Inc., et al. |
| MN 0 06-418 | Francine Abbey v. Wyeth, et al. |
| MN 0 06-420 | Nancy Gunter, et al. v. Wyeth, et al. |
| MN 0 06-421 | Brenda D. Ashton, et al. v. Wyeth, et al. |
| MN 0 06-586 | Mary Flores v. Wyeth, et al. |
| MN 0 06-587 | Rachel Dial v. Wyeth, et al. |
| MN 0 06-588 | Mozell C. Pendley v. Wyeth, et al. |
| MN 0 06-688 | Eugina Milson, et al. v. Wyeth, Inc., et al. |
| MN 0 06-689 | Phyllis Vess, et al. v. Wyeth, Inc., et al. |
| MN 0 06-838 | Jane Thurman, et al. v. Wyeth, et al. |
| MN 0 06-878 | Debra J. Allen, et al. v. Wyeth, et al. |
| **MISSOURI EASTERN** | |
| ~~MOE 4 06-280~~ | ~~Linda Stroh v. Wyeth, et al.~~ OPPOSED 3/29/06 |
| ~~MOE 4 06-281~~ | ~~Lori Riley, et al. v. Wyeth, et al.~~ OPPOSED 4/10/06 |
| ~~MOE 4 06-282~~ | ~~Lucille Richardson, et al. v. Wyeth, et al.~~ OPPOSED 4/11/06 |
| ~~MOE 4 06-283~~ | ~~Harolene Pridy, et al. v. Wyeth, et al.~~ OPPOSED 4/10/06 |
| ~~MOE 4 06-284~~ | ~~Susan Trader, et al. v. Wyeth, et al.~~ OPPOSED 4/10/06 |
| ~~MOE 4 06-285~~ | ~~Anthony Sbrocchi, etc. v. Wyeth, et al.~~ OPPOSED 4/10/06 |
| ~~MOE 4 06-286~~ | ~~Dorothy Johnson, et al. v. Wyeth, et al.~~ OPPOSED 4/10/06 |
| ~~MOE 4 06-290~~ | ~~Gayle Ulmer v. Wyeth, et al.~~ OPPOSED 4/10/06 |
| ~~MOE 4 06-291~~ | ~~Darylle D. Willenbrock, et al. v. Wyeth, et al.~~ OPPOSED 4/10/06 |
| ~~MOE 4 06-292~~ | ~~Lorraine Wejrowski, et al. v. Wyeth, et al.~~ OPPOSED 4/11/06 |
| ~~MOE 4 06-295~~ | ~~Rayjeana Kell v. Wyeth, et al.~~ OPPOSED 3/29/06 |
| ~~MOE 4 06-296~~ | ~~Nancy Sullivan v. Wyeth, et al.~~ OPPOSED 4/10/06 |
| ~~MOE 4 06-297~~ | ~~Tonya Warner v. Wyeth, et al.~~ OPPOSED 4/10/06 |
| ~~MOE 4 06-298~~ | ~~Beverly Hellman, et al. v. Wyeth, et al.~~ OPPOSED 4/10/06 |
| ~~MOE 4 06-299~~ | ~~Ae Cha Wilson v. Wyeth, et al.~~ OPPOSED 4/10/06 |


Case 4:03-cv-01507-BRW   Document 1121   Filed 04/24/06   Page 4 of 4

SCHEDULE CTO-65 - TAG-ALONG ACTIONS    (MDL-1507)                    PAGE 2 OF 2

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| ~~MOE 4 06-303~~ | ~~June Seaton, et al. v. Wyeth, et al.~~ OPPOSED 4/11/06 |
| ~~MOE 4 06-304~~ | ~~Barbara Liberman v. Wyeth, et al.~~ OPPOSED 4/11/06 |
| ~~MOE 4 06-305~~ | ~~Sandra L. Mower, et al. v. Wyeth, et al.~~ OPPOSED 4/10/06 |
| ~~MOE 4 06-306~~ | ~~Bonnie Johnson v. Wyeth, et al.~~ OPPOSED 4/10/06 |
| ~~MOE 4 06-307~~ | ~~Dorothy Hull v. Wyeth, et al.~~ OPPOSED 4/10/06 |
| ~~MOE 4 06-308~~ | ~~Catherine Kennon v. Wyeth, et al.~~ OPPOSED 4/11/06 |
| ~~MOE 4 06-309~~ | ~~Patricia Johnston, et al. v. Wyeth, et al.~~ OPPOSED 4/10/06 |
| ~~MOE 4 06-310~~ | ~~Susan Kay Grosor, et al. v. Wyeth, et al.~~ OPPOSED 3/29/06 |
| ~~MOE 4 06-331~~ | ~~Linda Suter v. Wyeth, et al.~~ OPPOSED 4/10/06 |
| ~~MOE 4 06-332~~ | ~~Arlene Weston, et al. v. Wyeth, et al.~~ OPPOSED 4/10/06 |
| ~~MOE 4 06-333~~ | ~~Janice Walrod v. Wyeth, et al.~~ OPPOSED 4/10/06 |
| ~~MOE 4 06-334~~ | ~~Connie Sides, et al. v. Wyeth, et al.~~ OPPOSED 4/11/06 |
| ~~MOE 4 06-335~~ | ~~Jane F. Sellepack v. Wyeth, et al.~~ OPPOSED 4/10/06 |
| ~~MOE 4 06-337~~ | ~~Leonie Schindler, et al. v. Wyeth, et al.~~ OPPOSED 4/10/06 |
| ~~MOE 4 06-338~~ | ~~Janis Roe v. Wyeth, et al.~~ OPPOSED 4/11/06 |
| ~~MOE 4 06-339~~ | ~~Molena Roberts v. Wyeth, et al.~~ OPPOSED 4/10/06 |
| ~~MOE 4 06-340~~ | ~~Loretta Patten v. Wyeth, et al.~~ OPPOSED 4/11/06 |
| ~~MOE 4 06-341~~ | ~~Ann Mullins, et al. v. Wyeth, et al.~~ OPPOSED 4/10/06 |
| ~~MOE 4 06-342~~ | ~~Michael Mounts, etc. v. Wyeth, et al.~~ OPPOSED 4/10/06 |
| ~~MOE 4 06-343~~ | ~~Judy Melendez v. Wyeth, et al.~~ OPPOSED 4/10/06 |
| ~~MOE 4 06-344~~ | ~~Ruth Ellen Morgan, et al. v. Wyeth, et al.~~ OPPOSED 4/10/06 |
| ~~MOE 4 06-345~~ | ~~Deanna Louderback v. Wyeth, et al.~~ OPPOSED 4/10/06 |
| ~~MOE 4 06-346~~ | ~~Mary Ann Long, et al. v. Wyeth, et al.~~ OPPOSED 4/10/06 |
| ~~MOE 4 06-360~~ | ~~Donna Merwin, et al. v. Wyeth, et al.~~ OPPOSED 4/10/06 |
| ~~MOE 4 06-362~~ | ~~Marie Morris, et al. v. Wyeth, et al.~~ OPPOSED 4/10/06 |
| ~~MOE 4 06-363~~ | ~~Karen K. O'Neil v. Wyeth, et al.~~ OPPOSED 4/10/06 |
| ~~MOE 4 06-364~~ | ~~Rochelle Scott, etc. v. Wyeth, et al.~~ OPPOSED 4/10/06 |
| ~~MOE 4 06-365~~ | ~~Patricia Morton, et al. v. Wyeth, et al.~~ OPPOSED 4/10/06 |
| ~~MOE 4 06-366~~ | ~~Carolyn Scott v. Wyeth, et al.~~ OPPOSED 3/29/06 |
| ~~MOE 4 06-370~~ | ~~Janet S. Roth, et al. v. Wyeth, et al.~~ OPPOSED 3/29/06 |
| ~~MOE 4 06-371~~ | ~~Jean Paradis v. Wyeth, et al.~~ OPPOSED 4/10/06 |
| ~~MOE 4 06-372~~ | ~~Judy Shephard v. Wyeth, et al.~~ OPPOSED 4/10/06 |
| ~~MOE 4 06-373~~ | ~~Walter Mae Shurn v. Wyeth, et al.~~ OPPOSED 4/10/06 |
| ~~MOE 4 06-377~~ | ~~Patricia Wesley, et al. v. Wyeth, et al.~~ OPPOSED 4/10/06 |

PENNSYLVANIA WESTERN
PAW  2  04-1386         Ronald Fyala, etc. v. Wyeth, Inc.

TEXAS EASTERN
TXE  1  06-83           Deborah Ferguson v. Wyeth, et al.

TEXAS NORTHERN
TXN  2  06-36           Shirley Stevens v. Pharmacia & Upjohn Co., LLC