**A CERTIFIED TRUE COPY**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR - 6 2006

APR 2 4 2006

FILED
CLERK'S OFFICE

*DOCKET NO. 1507*

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

*JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

*IN RE PREMPRO PRODUCTS LIABILITY LITIGATION*

MAY 03 2006

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

*(SEE ATTACHED SCHEDULE)*
4: 03cv01507 WRW
*CONDITIONAL TRANSFER ORDER (CTO-66)*

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 2,843 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, 254 F.Supp.2d 1366 (J.P.M.L. 2003), and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

APR 2 4 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# SCHEDULE CTO-66 - TAG-ALONG ACTIONS
## DOCKET NO. 1507
## IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

**DIST. DIV. C.A. #**　　　**CASE CAPTION**

FLORIDA MIDDLE
| | | |
|---|---|---|
| FLM 5 | 06-94 | Patricia Childress v. Wyeth, Inc., et al. |
| FLM 5 | 06-95 | Janice Stone v. Wyeth, Inc., et al. |
| FLM 8 | 06-349 | Carol Cotton v. Wyeth, Inc., et al. |
| FLM 8 | 06-412 | Carolyn Brink v. Wyeth, Inc., et al. |

FLORIDA SOUTHERN
| | | |
|---|---|---|
| FLS 0 | 06-60202 | Barbara Bianchini, et al. v. Wyeth, et al. |
| FLS 0 | 06-60209 | Billie Kaserman v. Wyeth, et al. |
| FLS 9 | 06-80204 | Roslyn Pick v. Wyeth, Inc., et al. |

MAINE
| | | |
|---|---|---|
| ME 2 | 05-195 | Wanda Gage, et al. v. Wyeth, et al. |

MINNESOTA
| | | |
|---|---|---|
| MN 0 | 06-419 | Rebecca Barr v. Pharmacia & Upjohn Co., LLC, et al. |
| MN 0 | 06-839 | Geraldine Gillette, et al. v. Wyeth, et al. |
| MN 0 | 06-840 | Nellie Weiss v. Wyeth, et al. |
| MN 0 | 06-938 | Nellie Harvey v. Wyeth, et al. |
| MN 0 | 06-939 | Cheryl A. Neal v. Wyeth, et al. |
| MN 0 | 06-940 | Patricia K. Morgan v. Wyeth, et al. |
| MN 0 | 06-941 | Beatrice Hayman v. Wyeth, et al. |
| MN 0 | 06-948 | Jane Larrick, et al. v. Wyeth, et al. |
| MN 0 | 06-949 | Katherine Gray, et al. v. Wyeth, et al. |
| MN 0 | 06-950 | Virginia Dunn, et al. v. Wyeth, et al. |
| MN 0 | 06-960 | Josephine M. Elich v. Wyeth, et al. |
| MN 0 | 06-961 | Shirley A. King v. Wyeth, et al. |
| MN 0 | 06-983 | Alice F. Linville v. Wyeth, et al. |
| MN 0 | 06-984 | Gwendolyn Sue Mercer v. Wyeth, et al. |
| MN 0 | 06-985 | Joy B. Sons v. Wyeth, et al. |
| MN 0 | 06-993 | Bryn Brown v. Wyeth, et al. |
| MN 0 | 06-1003 | Carole Gobel v. Wyeth, et al. |
| MN 0 | 06-1004 | Lucy Chakerian v. Wyeth, et al. |
| MN 0 | 06-1007 | Gertrude Miles, et al. v. Wyeth, et al. |
| MN 0 | 06-1015 | Gunilla Gillespie, et al. v. Wyeth, et al. |
| MN 0 | 06-1026 | Antonia L. Lopez v. Wyeth, et al. |
| MN 0 | 06-1028 | Marianne Casteel v. Wyeth, et al. |
| MN 0 | 06-1088 | Linda Salnave v. Wyeth, et al. |

MISSOURI EASTERN
| | | |
|---|---|---|
| ~~MOE 4~~ | ~~06-267~~ | ~~Marilyn Billeau, et al. v. Wyeth, et al.~~  **OPPOSED 4/18/06** |
| ~~MOE 4~~ | ~~06-268~~ | ~~Betty Beck, et al. v. Wyeth, et al.~~  **OPPOSED 4/24/06** |
| ~~MOE 4~~ | ~~06-269~~ | ~~Linda Bocik, et al. v. Wyeth, et al.~~  **OPPOSED 4/24/06** |
| ~~MOE 4~~ | ~~06-270~~ | ~~Catherine Flores, et al. v. Wyeth, et al.~~  **OPPOSED 4/24/06** |
| ~~MOE 4~~ | ~~06-271~~ | ~~Brenda Ferguson, et al. v. Wyeth, et al.~~  **OPPOSED 4/24/06** |
| ~~MOE 4~~ | ~~06-272~~ | ~~Robert Henry Devalk, etc. v. Wyeth, et al.~~  **OPPOSED 4/24/06** |
| ~~MOE 4~~ | ~~06-273~~ | ~~Patricia Cushman, et al. v. Wyeth, et al.~~  **OPPOSED 4/24/06** |
| ~~MOE 4~~ | ~~06-274~~ | ~~Mary Lou Burton v. Wyeth, et al.~~  **OPPOSED 4/21/06** |
| ~~MOE 4~~ | ~~06-275~~ | ~~Donna M. Clark, et al. v. Wyeth, et al.~~  **OPPOSED 4/24/06** |

**DIST. DIV. C.A. #**          **CASE CAPTION**

| | |
|---|---|
| MOE 4 06-276 | Betsy Calma, et al. v. Wyeth, et al.  **OPPOSED 4/24/06** |
| MOE 4 06-277 | Linda Burchfield, et al. v. Wyeth, et al.  **OPPOSED 4/24/06** |
| MOE 4 06-278 | Benjamin R. Wright, Jr., et al. v. Wyeth, et al.  **OPPOSED 4/24/06** |
| MOE 4 06-279 | Jeanne Bross v. Wyeth, et al.  **OPPOSED 4/24/06** |
| MOE 4 06-288 | Carol S. Buchanan, et al. v. Wyeth, et al.  **OPPOSED 4/24/06** |
| MOE 4 06-289 | Doris Ganzy, et al. v. Wyeth, et al.  **OPPOSED 4/21/06** |
| MOE 4 06-293 | Lois Barg v. Wyeth, et al.  **OPPOSED 4/18/06** |
| MOE 4 06-294 | Gayle Ballew, et al. v. Wyeth, et al.  **OPPOSED 4/21/06** |
| MOE 4 06-300 | Florence Jean Pritchett, et al. v. Wyeth, et al.  **OPPOSED 4/21/06** |
| MOE 4 06-301 | Carolyn George, et al. v. Wyeth, et al.  **OPPOSED 4/18/06** |
| MOE 4 06-302 | Betty Synegal v. Wyeth, et al.  **OPPOSED 4/21/06** |
| MOE 4 06-311 | Margaret J. Grindle, et al. v. Wyeth, et al.  **OPPOSED 4/24/06** |
| MOE 4 06-312 | Maureen Everett v. Wyeth, et al.  **OPPOSED 4/21/06** |
| MOE 4 06-313 | Lucy Garcia, et al. v. Wyeth, et al.  **OPPOSED 4/21/06** |
| MOE 4 06-314 | Sylvia Campbell, et al. v. Wyeth, et al.  **OPPOSED 4/24/06** |
| MOE 4 06-315 | Theda Cagle, et al. v. Wyeth, et al.  **OPPOSED 4/24/06** |
| MOE 4 06-316 | Judith Brege v. Wyeth, et al.  **OPPOSED 4/18/06** |
| MOE 4 06-317 | Bonnie Campbell v. Wyeth, et al.  **OPPOSED 4/24/06** |
| MOE 4 06-326 | Norma Dell Brown, et al. v. Wyeth, et al.  **OPPOSED 4/21/06** |
| MOE 4 06-327 | Mary Bradley v. Wyeth, et al.  **OPPOSED 4/21/06** |
| MOE 4 06-328 | Linda Bolton, et al. v. Wyeth, et al.  **OPPOSED 4/24/06** |
| MOE 4 06-329 | Sharon L. Baena, et al. v. Wyeth, et al.  **OPPOSED 4/21/06** |
| MOE 4 06-330 | Carol Anderson v. Wyeth, et al.  **OPPOSED 4/21/06** |
| MOE 4 06-347 | Roma Killian, et al. v. Wyeth, et al.  **OPPOSED 4/24/06** |
| MOE 4 06-348 | Marilyn Carll v. Wyeth, et al.  **OPPOSED 4/21/06** |
| MOE 4 06-349 | Anna Mae Ayers v. Wyeth, et al.  **OPPOSED 4/21/06** |
| MOE 4 06-350 | Ruth Mancini v. Wyeth, et al.  **OPPOSED 4/24/06** |
| MOE 4 06-351 | Marilyn Ferguson, et al. v. Wyeth, et al.  **OPPOSED 4/21/06** |
| MOE 4 06-352 | Martha Kennedy, et al. v. Wyeth, et al.  **OPPOSED 4/18/06** |
| MOE 4 06-353 | Leona Hamm v. Wyeth, et al.  **OPPOSED 4/24/06** |
| MOE 4 06-354 | Faye Johnson, et al. v. Wyeth, et al.  **OPPOSED 4/24/06** |
| MOE 4 06-355 | Joyce Deloach, et al. v. Wyeth, et al.  **OPPOSED 4/24/06** |
| MOE 4 06-356 | Gail McClellan v. Wyeth, et al.  **OPPOSED 4/24/06** |
| MOE 4 06-357 | Donna Decker v. Wyeth, et al.  **OPPOSED 4/18/06** |
| MOE 4 06-358 | Nancy Andrews v. Wyeth, et al.  **OPPOSED 4/21/06** |
| MOE 4 06-359 | Margaret Bickel, et al. v. Wyeth, et al.  **OPPOSED 4/18/06** |
| MOE 4 06-361 | Doris Fortner, et al. v. Wyeth, et al.  **OPPOSED 4/21/06** |
| MOE 4 06-374 | Connie Webb v. Wyeth, et al.  **OPPOSED 4/24/06** |
| MOE 4 06-375 | Jeanette Westenhoefer, etc. v. Wyeth, et al. |
| MOE 4 06-376 | Barbara Jones, et al. v. Wyeth, et al.  **OPPOSED 4/21/06** |
| MOE 4 06-378 | Audrey Fenton v. Wyeth, et al.  **OPPOSED 4/24/06** |
| MOE 4 06-379 | Margaret Rubin-Finn v. Wyeth, et al.  **OPPOSED 4/24/06** |
| MOE 4 06-380 | Maxine Howard v. Wyeth, et al.  **OPPOSED 4/21/06** |
| MOE 4 06-411 | Pamela S. Derefield, et al. v. Wyeth, et al.  **OPPOSED 4/24/06** |

**MISSOURI WESTERN**
MOW 4 06-211          Raymond Murray, et al. v. Wyeth

**NORTH CAROLINA WESTERN**
NCW 1 06-72           Wanda Graves, etc. v. Wyeth, Inc., et al.

**NEBRASKA**
NE 8 06-244           Ikie E. Bohlen v. Wyeth, et al.

**SOUTH CAROLINA**
SC 4 06-895           Janette Hyman, et al. v. Wyeth, Inc., et al.

**TEXAS EASTERN**
TXE 1 06-110          Myrna F. Morgan, et al. v. Wyeth, et al.