A CERTIFIED TRUE COPY

JUN 1 5 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 3 0 2006

FILED
CLERK'S OFFICE

*DOCKET NO. 1507*

*JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

**IN RE PREMPRO PRODUCTS LIABILITY LITIGATION**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 22 2006

JAMES W. McCORMACK CLERK
By:_____
DEP CLERK

*(SEE ATTACHED SCHEDULE)*
*4:03CV01507 WRW*

*CONDITIONAL TRANSFER ORDER (CTO-69)*

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 2,888 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, 254 F.Supp.2d 1366 (J.P.M.L. 2003), and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUN 1 5 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

*Michael J. Beck*

Michael J. Beck
Clerk of the Panel

# SCHEDULE CTO-69 - TAG-ALONG ACTIONS
# DOCKET NO. 1507
# IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

**DIST. DIV. C.A. #**                **CASE CAPTION**

ALABAMA NORTHERN
  ALN 2  06-51                       Debbie Jones, et al. v. Wyeth, Inc., et al.

ARKANSAS WESTERN
  ARW 5  06-5071                     Betty Kibat v. Wyeth

FLORIDA MIDDLE
  FLM 8  05-2334                     Nancy Peterson, et al. v. Wyeth, et al.
  FLM 8  06-672                      Mary L. Raterman v. Wyeth, Inc., et al.

FLORIDA SOUTHERN
  FLS 9  06-80295                    Eileen Reingold v. Wyeth, et al.

MINNESOTA
  MN  0  06-1333                     Patricia Socha v. Wyeth, et al.
  MN  0  06-1360                     Helen Laines v. Wyeth, et al.
  MN  0  06-1421                     Mary L. Coburn, et al. v. Wyeth, et al.
  MN  0  06-1452                     Janice I. Peoples v. Wyeth, et al.
  MN  0  06-1461                     Lorna Taylor v. Wyeth, et al.
  MN  0  06-1462                     Rose Marie Whitman v. Wyeth
  MN  0  06-1463                     Dianne Farist, et al. v. Wyeth, et al.
  MN  0  06-1464                     Nancy Freeman, et al. v. Wyeth, et al.
  MN  0  06-1465                     Sandra Siahmakoun v. Wyeth, et al.
  MN  0  06-1466                     Mary Jo Flint, et al. v. Wyeth, et al.
  MN  0  06-1467                     Anita W. Smith, et al. v. Wyeth, et al.
  MN  0  06-1469                     Sharon M. Hughes, et al. v. Wyeth, et al.
  MN  0  06-1470                     Mary I. Torres v. Solvay Pharmaceuticals, Inc., et al.
  MN  0  06-1471                     Susan Chappell, et al. v. Wyeth, et al.
  MN  0  06-1513                     Kathryn Mungle v. Wyeth, et al.
  MN  0  06-1542                     Maj-Siri Ulmen v. Wyeth, et al.
  MN  0  06-1593                     Dorothy M. Patterson v. Wyeth, et al.
  MN  0  06-1594                     Jo Anne Thomas v. Wyeth, et al.
  MN  0  06-1595                     Ann Easley v. Wyeth, et al.
  MN  0  06-1603                     Jeanette Grizzle, et al. v. Wyeth, et al.
  MN  0  06-1604                     Nancy C. Massey, et al. v. Wyeth, et al.
  MN  0  06-1613                     Darlene Hodge, etc. v. Wyeth
  MN  0  06-1635                     Mary J. Hart, et al. v. Wyeth, Inc., et al.
  MN  0  06-1645                     Alleene Pedicone v. Wyeth, et al.
  MN  0  06-1646                     Linda Batey v. Wyeth, et al.
  MN  0  06-1663                     Patricia Aspromonti v. Wyeth, et al.
  MN  0  06-1672                     Mary Klauck v. Wyeth, et al.
  MN  0  06-1673                     Sandra Newland v. Wyeth, et al.
  MN  0  06-1710                     Carol Naquin, et al. v. Wyeth, et al.

NEBRASKA
  NE  8  06-325                      Cora Lee Behnke, et al. v. Wyeth, et al.

OKLAHOMA NORTHERN
  OKN 4  05-581                      Patricia Calhoun v. Wyeth, Inc., et al.
  OKN 4  05-624                      Erma J. Smith v. Wyeth, Inc., et al.

## SCHEDULE CTO-69 - TAG-ALONG ACTIONS
## DOCKET NO. 1507
## IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

**DIST. DIV. C.A. #**          **CASE CAPTION**

ALABAMA NORTHERN
  ALN 2  06-51              Debbie Jones, et al. v. Wyeth, Inc., et al.

ARKANSAS WESTERN
  ARW 5  06-5071            Betty Kibat v. Wyeth

FLORIDA MIDDLE
  FLM 8  05-2334            Nancy Peterson, et al. v. Wyeth, et al.
  FLM 8  06-672             Mary L. Raterman v. Wyeth, Inc., et al.

FLORIDA SOUTHERN
  FLS 9  06-80295           Eileen Reingold v. Wyeth, et al.

MINNESOTA
  MN 0  06-1333             Patricia Socha v. Wyeth, et al.
  MN 0  06-1360             Helen Laines v. Wyeth, et al.
  MN 0  06-1421             Mary L. Coburn, et al. v. Wyeth, et al.
  MN 0  06-1452             Janice I. Peoples v. Wyeth, et al.
  MN 0  06-1461             Lorna Taylor v. Wyeth, et al.
  MN 0  06-1462             Rose Marie Whitman v. Wyeth
  MN 0  06-1463             Dianne Farist, et al. v. Wyeth, et al.
  MN 0  06-1464             Nancy Freeman, et al. v. Wyeth, et al.
  MN 0  06-1465             Sandra Siahmakoun v. Wyeth, et al.
  MN 0  06-1466             Mary Jo Flint, et al. v. Wyeth, et al.
  MN 0  06-1467             Anita W. Smith, et al. v. Wyeth, et al.
  MN 0  06-1469             Sharon M. Hughes, et al. v. Wyeth, et al.
  MN 0  06-1470             Mary I. Torres v. Solvay Pharmaceuticals, Ine., et al.
  MN 0  06-1471             Susan Chappell, et al. v. Wyeth, et al.
  MN 0  06-1513             Kathryn Mungle v. Wyeth, et al.
  MN 0  06-1542             Maj-Siri Ulinen v. Wyeth, et al.
  MN 0  06-1593             Dorothy M. Patterson v. Wyeth, et al.
  MN 0  06-1594             Jo Anne Thomas v. Wyeth, et al.
  MN 0  06-1595             Ann Easley v. Wyeth, et al.
  MN 0  06-1603             Jeanette Grizzle, et al. v. Wyeth, et al.
  MN 0  06-1604             Nancy C. Massey, et al. v. Wyeth, et al.
  MN 0  06-1613             Darlene Hodge, etc. v. Wyeth
  MN 0  06-1635             Mary J. Hart, et al. v. Wyeth, Inc., et al.
  MN 0  06-1645             Alleene Pedicone v. Wyeth, et al.
  MN 0  06-1646             Linda Batey v. Wyeth, et al.
  MN 0  06-1663             Patricia Aspromonti v. Wyeth, et al.
  MN 0  06-1672             Mary Klauck v. Wyeth, et al.
  MN 0  06-1673             Sandra Newland v. Wyeth, et al.
  MN 0  06-1710             Carol Naquin, et al. v. Wyeth, et al.

NEBRASKA
  NE 8  06-325              Cora Lee Behnke, et al. v. Wyeth, et al.

OKLAHOMA NORTHERN
  OKN 4  05-581             Patricia Calhoun v. Wyeth, Inc., et al.
  OKN 4  05-624             Erma J. Smith v. Wyeth, Inc., et al.

# INVOLVED COUNSEL LIST (CTO-69)
## DOCKET NO. 1507
## IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

David C. Banker
Bush Ross, P.A.
220 S. Franklin Street
P.O. Box 3913
Tampa, FL 33602-3913

James C. Barton, Jr.
Johnston, Barton, Proctor & Powell
2900 AmSouth Harbert Plaza
1901 6th Avenue North
Suite 2900
Birmingham, AL 35203

Jan R. McLean Bernier
Halleland, Lewis, Nilan & Johnson
220 South 6th Street
Suite 600
Minneapolis, MN 55402

Garrett D. Blanchfield, Jr.
Reinhardt, Wendorf & Blanchfield
E-1250 First National Bank Building
332 Minnesota Street
St. Paul, MN 55101

Lewis F. Collins, Jr.
Butler, Pappas, Weihmuller, Katz &
Craig, LLP
One Harbour Place, Suite 500
777 South Harbour Island Boulevard
Tampa, FL 33602

William B. Curtis
Law Offices of Miller & Curtis
5489 Blair Road
5th Floor
Dallas, TX 75231

Stacey L. Drentlaw
Oppenheimer Wolff & Donnelly
45 S. 7th Street, Suite 3300
Minneapolis, MN 55402

Brenda S. Fulmer
Alley, Clark, Greiwe & Fulmer
701 East Washington Street
P.O. Box 3127
Tampa, FL 33601-3127

Edward W. Gerecke
Carlton Fields, P.A.
P.O. Box 3239
4221 West Boy Scout Boulevard
Suite 1000
Tampa, FL 33601-3239

F. Lane Heard, III
Williams & Connolly, LLP
Edward Bennett Williams Building
725 12th Street, N.W.
Washington, DC 20005-5901

Carrie L. Hund
Bassford Remele, PA
33 South 6th Street, Suite 3800
Minneapolis, MN 55402-3701

Robert Timothy Joyce
Joyce & Reyes Law Firm, PA
307 S. Hyde Park Avenue
Tampa, FL 33606-2233

Nikki M. Kavouklis
Law Office of Nikki Kavouklis
114 South Pinellas Avenue
Tarpon Springs, FL 34689

Hal J. Kleinman
Schiffrin & Barroway, LLP
280 King of Prussia Road
Radnor, PA 19087

Erin C. Koerselman
Leonard, Street & Deinard
150 South 5th Street, Suite 2300
Minneapolis, MN 55402

A. Laurie Koller
Carr & Carr
P.O. Box 35647
Tulsa, OK 74153-0647

Jeannine L. Lee
Flynn, Gaskins & Bennett, L.L.P.
333 South Seventh Street
29th Floor
Minneapolis, MN 55402

Eric L. Lundt
Gordon, Hargrove & James
2400 E. Commercial Blvd.
Suite 1100
Fort Lauderdale, FL 33308

Patrick Lysaught
Baker, Sterchi, Cowden & Rice, LLC
2400 Pershing Road
Suite 500
Kansas City, MO 64108-2504

Russell Marlin
Gary Eubanks & Associates
P.O. Box 3887
Little Rock, AR 72203-3887

Rhett A. McSweeney
McSweeney & Fay, PLLP
2116 Second Avenue, South
Minneapolis, MN 55404

Ted G. Meadows
Beasley, Allen, Crow, Methvin,
Portis & Miles, PC
P.O. Box 4160
Montgomery, AL 36103-4160

William K. Murray
Burr & Forman L.L.P.
Suite 3100
South Trust Tower
420 North 20th Street
Birmingham, AL 35203

Maibeth J. Porter
Maynard Cooper & Gale PC
1901 Sixth Avenue, North
2400 AmSouth/Harbert Plaza
Birmingham, AL 35203-2618

Lyn Peeples Pruitt
Mitchell, Williams, Selig, Gates &
Woodyard, PLLC
425 West Capitol Avenue
Suite 1800
Little Rock, AR 72201

Alan E. Rothman
Kaye Scholer, LLP
425 Park Avenue
New York, NY 10022-3598

Gina M. Saelinger
Ulmer & Berne, LLP
600 Vine Street
Suite 2800
Cincinnati, OH 45202

Roman A. Shaul
Beasley, Allen, Crow, Methvin,
Portis & Miles, PC
P.O. Box 4160
Montgomery, AL 36103-4160

# INVOLVED JUDGES LIST (CTO-69)
## DOCKET NO. 1507
## IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

Hon. Susan C. Bucklew
U.S. District Judge
1430 Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602

Hon. U. W. Clemon
Chief Judge, U.S. District Court
882 Hugo L. Black U.S. Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203-2000

Hon. Michael J. Davis
U.S. District Judge
14E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. David S. Doty
Senior U.S. District Judge
14W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Claire V. Eagan
Chief Judge, U.S. District Court
411 Page Belcher Federal Bldg.
& U.S. Courthouse
333 West Fourth Street
Tulsa, OK 74103

Hon. Joan N. Ericksen
U.S. District Judge
12W U.S. Courthouse
300 South 4th Street
Minneapolis, MN 55415

Hon. Donovan W. Frank
U.S. District Judge
738 Warren E. Burger Federal Bldg.
316 North Robert Street
St. Paul, MN 55101

Hon. Jimm Larry Hendren
Chief Judge, U.S. District Court
United States District Court
559 John Paul Hammerschmidt Fed. Bldg.
35 East Mountain Street
Fayetteville, AR 72701

Hon. Daniel T.K. Hurley
U.S. District Judge
352 Paul G. Rogers Federal Building
& U.S Courthouse
701 Clematis Street
W. Palm Beach, FL 33401

Hon. Paul A. Magnuson
Senior U.S. District Judge
730 Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Hon. Ann D. Montgomery
U.S. District Judge
13W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. James M. Rosenbaum
Chief Judge, U.S. District Court
15E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Patrick J. Schiltz
U.S. District Judge
U.S. District Court
Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Hon. Lyle E. Strom
Senior U.S. District Judge
3190 Roman L. Hruska
U.S. Courthouse
111 South 18th Plaza
Omaha, NE 68102

Hon. John R. Tunheim
U.S. District Judge
13E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

## INVOLVED CLERKS LIST (CTO-69)
## DOCKET NO. 1507
## IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

Christopher R. Johnson, Clerk
523 John Paul Hammerschmidt Federal Building
35 East Mountain Street
Fayetteville, AR 72701-6420

Clarence Maddox, Clerk
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128-7788

Denise Lucks, Clerk
1152 Roman L. Hruska U.S. Courthouse
111 South 18th Plaza
Omaha, NE 68102-1322

Perry D. Mathis, Clerk
140 Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Philip B. Lombardi, Clerk
411 Page Belcher Federal Building & U.S. Courthouse
333 W. 4th Street
Tulsa, OK 74103-3819

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Sheryl L. Loesch, Clerk
218 Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602-3800