A CERTIFIED TRUE COPY

JUN 28 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN - 8 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1507

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-70)

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 05 2006

JAMES W. McCORMACK, CLERK
By: _____
                                DEP CLERK

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 2,972 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. §.1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, 254 F.Supp.2d 1366 (J.P.M.L. 2003), and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Catherine D. Maida
Acting Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUN 2 6 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## SCHEDULE CTO-70 - TAG-ALONG ACTIONS
## DOCKET NO. 1507
## IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

**DIST. DIV. C.A. #**  **CASE CAPTION**

CALIFORNIA CENTRAL
CAC 2  06-2240          Sylvia Kernell v. Wyeth, et al.

FLORIDA MIDDLE
FLM 3  06-394           Kathy J. Adams v. Wyeth, Inc.
FLM 8  06-426           Nancy A. Alley, et al. v. Wyeth Pharmaceuticals, Inc., et al.
FLM 8  06-427           Linda L. Berginc, et al. v. Wyeth Pharmaceuticals, Inc., et al.
FLM 8  06-428           Nancy Jo Chouinard, et al. v. Wyeth Pharmaceuticals, Inc., et al.
FLM 8  06-430           Rose DeVarti, et al. v. Wyeth Pharmaceuticals, Inc., et al.
FLM 8  06-433           Pauline Fini v. Wyeth Pharmaceuticals, Inc., et al.
FLM 8  06-434           Karen Fischer, et al v. Wyeth Pharmaceuticals, Inc., et al.
FLM 8  06-436           Francine V. Knocke v. Wyeth Pharmaceuticals, Inc., et al.
FLM 8  06-444           Roseann L. Yousko, et al. v. Wyeth Pharmaceuticals, Inc., et al.
FLM 8  06-861           Bonnie Garofalo v. Wyeth

NEW YORK SOUTHERN
NYS 7  06-2756          Hannah P. Schnitzler, et al. v. Wyeth Inc., et al.

## INVOLVED COUNSEL LIST (CTO-70)
## DOCKET NO. 1507
## IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

David C. Banker
Bush Ross, P.A.
220 S. Franklin Street
P.O. Box 3913
Tampa, FL 33601-3913

Ronald R. Benjamin
Law Offices of Ronald R. Benjamin
126 Riverside Drive
P.O. Box 607
Binghamton, NY 13902-0607

Bill B. Berke
Berke, Lubell & Brunner, P.A.
1003 Del Prado Blvd.
Suite 300
Cape Coral, FL 33990

Brian S. Campf
Williams, Love, O'Leary, Craine &
Powers, PC
9755 S.W. Barnes Road
Suite 450
Portland, OR 97225-6681

Paul R. Cavonis
Deloach & Hofstra, P.A.
8640 Seminole Boulevard
P.O. Box 3390
Seminole, FL 33772

William M. Corley
Marks Gray, P.A.
1200 Riverplace Blvd.
Suite 800
P.O. Box 447
Jacksonville, FL 32201-0447

David J. Cutshaw
Cohen & Malad, LLP
One Indiana Square
Suite 1400
Indianapolis, IN 46204

Penelope A. Dixon
Carlton Fields, P.A.
P.O. Box 3239
4221 West Boy Scout Boulevard
Suite 1000
Tampa, FL 33601-3239

Edward W. Gerecke
Carlton Fields, P.A.
P.O. Box 3239
4221 West Boy Scout Boulevard
Suite 1000
Tampa, FL 33601-3239

F. Lane Heard III
Williams & Connolly, LLP
Edward Bennett Williams Building
725 12th Street, N.W.
Washington, DC 20005-5901

Michele G. Johnson
Fowler White Boggs & Banker, PA
501 East Kennedy Blvd.
Suite 1700
P.O. Box 1438
Tampa, FL 33602-1438

Nikki M. Kavouklis
Law Office of Nikki Kavouklis
114 South Pinellas Avenue
Tarpon Springs, FL 34689

Heidi Lynn Levine
DLA Piper Rudnick Gray Cary US LLP
1251 Avenues of the Americas
New York, NY 10020-1104

Eric L. Lundt
Gordon, Hargrove & James, P.A.
2400 East Commercial Boulevard
Suite 1100
Ft. Lauderdale, FL 33308

Patrick Lysaught
Baker, Sterchi, Cowden & Rice, LLC
2400 Pershing Road, Suite 500
Kansas City, MO 64108-2504

Russell Marlin
Gary Eubanks & Associates
P.O. Box 3887
Little Rock, AR 72203-3887

James A. Morris Jr.
Provost & Umphrey Law Firm, LLP
P.O. Box 4905
490 Park Street
Beaumont, TX 77704-4905

Amy D. Prevatt
Alley, Clark, Greiwe & Fulmer
701 East Washington Street
P.O. Box 3127
Tampa, FL 33601-3127

Lyn Peeples Pruitt
Mitchell, Williams, Selig, Gates &
Woodyard, PLLC
425 West Capitol Avenue
Suite 1800
Little Rock, AR 72201

Alan E. Rothman
Kaye Scholer, LLP
425 Park Avenue
New York, NY 10022-3598

Gina M. Saelinger
Ulmer & Berne, LLP
600 Vine Street
Suite 2800
Cincinnati, OH 45202

Kathryn A. Stebner
Stebner & Associates
870 Market Street
Suite 1212
San Francisco, CA 94102

Dayle Marie Van Hoose
Bush Ross, P.A.
220 S. Franklin Street
P.O. Box 3913
Tampa, FL 33601-3913

Eva M. Weiler
Shook, Hardy & Bacon
5 Park Plaza
Suite 1600
Irvine, CA 92614-2546

## INVOLVED JUDGES LIST (CTO-70)
## DOCKET NO. 1507
## IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

Hon. Susan C. Bucklew
U.S. District Judge
1430 Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602

Hon. Timothy J. Corrigan
U.S. District Judge
United States Courthouse
300 N. Hogan Street
Suite 11-350
Jacksonville, FL 32202

Hon. Elizabeth A. Kovachevich
U.S. District Judge
Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
17th Floor
Tampa, FL 33602

Hon. Colleen McMahon
U.S. District Judge
U.S. Courthouse, 5th Floor
300 Quarropas Street
White Plains, NY 10601

Hon. Steven D. Merryday
U.S. District Judge
15A Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602

Hon. Manuel L. Real
U.S. District Judge
312 North Spring Street
Los Angeles, CA 90012

Hon. James D. Whittemore
U.S. District Judge
223 Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602