A CERTIFIED TRUE COPY

JUL 13 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 27 2006

FILED
CLERK'S OFFICE

*DOCKET NO. 1507*

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE PREMPRO PRODUCTS LIABILITY LITIGATION*

*(SEE ATTACHED SCHEDULE)*

*CONDITIONAL TRANSFER ORDER (CTO-71)*

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 13 2006

JAMES W. McCORMACK, CLERK

By: _____ DEP CLERK

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 3,029 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, 254 F.Supp.2d 1366 (J.P.M.L. 2003), and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUL 13 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# SCHEDULE CTO-71 - TAG-ALONG ACTIONS
## DOCKET NO. 1507
## IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

**DIST. DIV. C.A. #**      **CASE CAPTION**

ALABAMA SOUTHERN
ALS 1 05-725    Lillie J. Stallworth v. Wyeth Pharmaceuticals, Inc., et al.
ALS 1 06-311    Sarah A. Hinton v. Wyeth, et al.

FLORIDA MIDDLE
FLM 6 06-680    Sally J. Beisler v. Wyeth, et al.
FLM 8 06-429    Lynne Cross, et al. v. Wyeth Pharmaceuticals, Inc., et al.
FLM 8 06-432    Shirley M. Fanning v. Wyeth Pharmaceuticals, Inc., et al.
FLM 8 06-438    Jane A. Lee v. Wyeth Pharmaceuticals, Inc., et al.
FLM 8 06-440    Carolene S. Phillips, et al. v. Wyeth Pharmaceuticals, Inc., et al.
FLM 8 06-441    Maryanne Stein v. Wyeth Pharmaceuticals, Inc., et al.
FLM 8 06-442    Lynn J. Wallace, et al. v. Wyeth Pharmaceuticals, Inc., et al.
FLM 8 06-443    Sarah Weiner, et al. v. Wyeth Pharmaceuticals, Inc., et al.
FLM 8 06-445    Sharon Ann Zielesch, et al. v. Wyeth Pharmaceuticals, Inc., et al.
FLM 8 06-726    Louise Schmitt v. Wyeth, et al.
FLM 8 06-899    Elaine Zaleski v. Wyeth, Inc., et al.

FLORIDA NORTHERN
FLN 1 06-104    Elaine S. Robbins v. Wyeth, Inc., et al.

MINNESOTA
MN 0 05-1887    Barbara Russell, et al. v. Vivelle Ventures LLC, et al.
MN 0 06-1332    Stephanie Stevens, et al. v. Wyeth, et al.
MN 0 06-1336    Sandra Singer, et al. v. Wyeth, et al.
MN 0 06-1468    Theresa Stracener v. Wyeth
MN 0 06-1671    Mary Lyons v. Wyeth, et al.
MN 0 06-1711    Tessa Leseberg, et al. v. Wyeth, et al.
MN 0 06-1729    Donna K. Clark v. Wyeth, et al.
MN 0 06-1730    Sharon E. Lynch v. Wyeth, et al.
MN 0 06-1739    Sharon Calhoun, et al. v. Wyeth, et al.
MN 0 06-1740    Jacqueline Dold, et al. v. Wyeth, et al.
MN 0 06-1741    Desda Chriss, et al. v. Wyeth, et al.
MN 0 06-1742    Betty Sue Mueller v. Wyeth, et al.
MN 0 06-1743    Patsy Gustin v. Wyeth, et al.
MN 0 06-1744    Robyn Carlson v. Wyeth, et al.
MN 0 06-1746    Isaac R. Rogers, etc. v. Wyeth, et al.
MN 0 06-1765    Diane R. Frazier v. Wyeth, et al.
MN 0 06-1766    Karen K. Black v. Wyeth, et al.
MN 0 06-1767    Janet L. Malmstrom v. Wyeth, et al.
MN 0 06-1768    Bertha L. Pinkerton v. Wyeth, et al.
MN 0 06-2078    Jamie Basham, etc. v. Wyeth, et al.
MN 0 06-2079    Barbara Long v. Wyeth, et al.
MN 0 06-2081    Kathryn Pritchett, et al. v. Wyeth, et al.
MN 0 06-2082    Stanley Payton, Sr., etc. v. Wyeth, et al.

MISSOURI EASTERN
MOE 4 06-668    Judith Ann Jaggie v. Wyeth, et al.

SCHEDULE CTO-71 - TAG-ALONG ACTIONS   MDL-1507            PAGE 2 OF 2

**DIST. DIV. C.A. #**        **CASE CAPTION**

MISSISSIPPI NORTHERN
  MSN 1 06-139        Cheryl Stegall v. Wyeth
  MSN 1 06-143        Doris M. Gist v. Wyeth, et al.
  MSN 1 06-144        Trudy L. Jamison v. Wyeth, et al.
  MSN 1 06-145        Josie G. Elliott v. Wyeth, et al.
  MSN 1 06-146        Brenda J. Hare v. Wyeth, et al.
  MSN 1 06-147        Willie Jean Olive v. Wyeth, et al.
  MSN 1 06-148        Geraldine D. Hayes v. Wyeth, et al.
  MSN 1 06-149        Martha P. Layton v. Wyeth, et al.
  MSN 1 06-153        Phyllis A. Williams v. Wyeth, et al.
  MSN 1 06-154        Peggy J. Wadkins v. Wyeth, et al.
  MSN 2 06-87         Patricia Ann Daniel v. Wyeth, et al.
  MSN 3 06-66         Onie Lorene Stepp v. Wyeth, et al.
  MSN 3 06-68         Barbara L. Thompson v. Wyeth, et al.
  MSN 3 06-69         Clarice T. Turner v. Wyeth, et al.

MISSISSIPPI SOUTHERN
  MSS 1 06-482        Eve O. Branton v. Wyeth, et al.
  MSS 1 06-484        Annabelle R. Portrey v. Wyeth, et al.
  MSS 1 06-485        Emma Lou Hare v. Wyeth, et al.
  MSS 2 06-126        Pearl E. Morgan v. Wyeth, et al.
  MSS 2 06-127        Lyndel H. McKay v. Wyeth, et al.
  MSS 2 06-130        Sandra Allen v. Wyeth, et al.
  MSS 3 06-261        Frances W. Blackwell v. Wyeth, et al.
  MSS 3 06-270        Emma Jean Harris v. Solvay Pharmaceuticals, Inc.
  MSS 4 06-68         Elouise Shanks v. Wyeth, et al.
  MSS 5 06-74         Brenda Townsend v. Wyeth, et al.
  MSS 5 06-75         Rosetta G. Watts v. Wyeth, et al.

TEXAS SOUTHERN
  TXS 4 06-1131       Jacqueline S. Autrey, et al. v. Wyeth, et al.
  TXS 4 06-1324       Toby Ackerman, et al. v. Wyeth, Inc.

WASHINGTON WESTERN
  WAW 3 05-5712      Nellie Bjornson, et al. v. Pharmacia & Upjohn Co., LLC, et al.

# INVOLVED COUNSEL LIST (CTO-71)
## DOCKET NO. 1507
## IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

Daniel C. Adams
Larson King, LLP
30 East 7th Street
Suite 2800
St Paul, MN 55101-4922

David C. Banker
Bush Ross, P.A.
220 S. Franklin Street
P.O. Box 3913
Tampa, FL 33602-3913

Bill B. Berke
Berke, Lubell & Brunner, P.A.
1003 Del Prado Blvd.
Suite 300
Cape Coral, FL 33990

Jan R. McLean Bernier
Halleland, Lewis, Nilan & Johnson
220 South 6th Street
Suite 600
Minneapolis, MN 55402

Garrett D. Blanchfield, Jr.
Reinhardt, Wendorf & Blanchfield
E-1250 First National Bank Building
332 Minnesota Street
St. Paul, MN 55101

John Armando Boudet
Greenberg Traurig, P.A.
450 South Orange Avenue
Suite 650
P.O. Box 4923
Orlando, FL 32802-4923

Paul R. Cavonis
Deloach & Hofstra, P.A.
8640 Seminole Boulevard
P.O. Box 3390
Seminole, FL 33772

William M. Corley
Marks Gray, P.A.
1200 Riverplace Blvd.
Suite 800
P.O. Box 447
Jacksonville, FL 32201-0447

Mary E. Crego
Hillis, Clark, Martin & Peterson
500 Galland Building
1221 Second Avenue
Seattle, WA 98101-2925

Martin D. Crump
Davis & Feder
1712 15th Street
Suite 300
P.O. Box 6829
Gulfport, MS 39506-7018

William B. Curtis
Law Offices of Miller & Curtis
5489 Blair Road
5th Floor
Dallas, TX 75231

David J. Cutshaw
Cohen & Malad, LLP
One Indiana Square
Suite 1400
Indianapolis, IN 46204

Paul R. Dieseth
Dorsey & Whitney LLP
50 South 6th Street
Suite 1500
Minneapolis, MN 55402-1498

Penelope A. Dixon
Carlton Fields, P.A.
P.O. Box 3239
4221 West Boy Scout Boulevard
Suite 1000
Tampa, FL 33601-3239

Stacey L. Drentlaw
Oppenheimer Wolff & Donnelly
45 S. 7th Street
Suite 3300
Minneapolis, MN 55402

Edward F. Fox
Bassford Remele, PA
33 South 6th Street
Suite 3800
Minneapolis, MN 55402-3701

Amy R. Freestone
Faegre & Benson, LLP
2200 Wells Fargo Center
90 S. Seventh St.
Minneapolis, MN 55402-3901

Frank H. Gassler
Fowler White Boggs & Banker, PA
501 East Kennedy, Suite 1700
P.O. Box 1438
Tampa, FL 33601-1438

Edward W. Gerecke
Carlton Fields, P.A.
P.O. Box 3239
4221 West Boy Scout Boulevard
Suite 1000
Tampa, FL 33601-3239

F. Lane Heard, III
Williams & Connolly, LLP
Edward Bennett Williams Building
725 12th Street, N.W.
Washington, DC 20005-5901

Frederick G. Helmsing
McDowell Knight Roedder & Sledge
63 South Royal Street
Suite 900
P.O. Box 350
Mobile, AL 36602

Carrie L. Hund
Bassford Remele, PA
33 South 6th Street
Suite 3800
Minneapolis, MN 55402-3701

Andrew B. Johnson
Bradley, Arant, Rose & White
P.O. Box 830709
Birmingham, AL 35283-0709

Michele G. Johnson
Fowler White Boggs & Banker, PA
501 East Kennedy Blvd.
Suite 1700
P.O. Box 1438
Tampa, FL 33602-1438

Nikki M. Kavouklis
Law Office of Nikki Kavouklis
114 South Pinellas Avenue
Tarpon Springs, FL 34689

Erin C. Koerselman
Leonard, Street & Deinard
150 South 5th Street
Suite 2300
Minneapolis, MN 55402

Cleveland B. Langston
Wm. Roberts Wilson, Jr., P.A.
P.O. Drawer 321444
Flowood, MS 39232

William E. Lawton
Dean, Ringers, Morgan & Lawton
201 East Pine Street
1200 Capital Plaza
P.O. Box 2928
Orlando, FL 32802-2928

Jeannine L. Lee
Flynn, Gaskins & Bennett, L.L.P.
333 South Seventh Street
29th Floor
Minneapolis, MN 55402

Eric L. Lundt
Gordon, Hargrove & James
2400 E. Commercial Blvd.
Suite 1100
Fort Lauderdale, FL 33308

Patrick Lysaught
Baker, Sterchi, Cowden & Rice, LLC
2400 Pershing Road
Suite 500
Kansas City, MO 64108-2504

Russell Marlin
Gary Eubanks & Associates
P.O. Box 3887
Little Rock, AR 72203-3887

Kimberly Bessie Martin
Bradley, Arant, Rose & White
200 Clinton Ave. W, Ste.900
Huntsville, AL 35801

Rhett A. McSweeney
McSweeney & Fay, PLLP
2116 Second Avenue, South
Minneapolis, MN 55404

Ted G. Meadows
Beasley, Allen, Crow, Methvin, Portis
& Miles, PC
20 Coosa Street
P.O. Box 4160
Montgomery, AL 36103-4160

James A. Morris, Jr.
Provost & Umphrey Law Firm, LLP
P.O. Box 4905
490 Park Street
Beaumont, TX 77704-4905

Guy E. Motzer
Squire, Sanders & Dempsey, L.L.P.
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401-6198

Lance Eugene Palmer
Kraft Palmer Davies, PLLC
720 Third Avenue
Suite 1510
Seattle, WA 98104-1825

Gale Diane Pearson
Pearson, Randall & Schumacher, PA
400 South 4th Street
Suite 1012
Minneapolis, MN 55415

Amy D. Prevatt
Alley, Clark, Greiwe & Fulmer
701 East Washington Street
P.O. Box 3127
Tampa, FL 33601-3127

Melissa A. Prickett
Beasley, Allen, Crow, Methvin, Portis
& Miles, PC
P.O. Box 4160
Montgomery, AL 36103-4160

Lyn Peeples Pruitt
Mitchell, Williams, Selig, Gates &
Woodyard, PLLC
425 West Capitol Avenue
Suite 1800
Little Rock, AR 72201

Stephanie M. Rippee
Butler, Snow, O'Mara, Stevens &
Cannada , PLLC
P.O. Box 22567
Jackson, MS 39225-2567

Michelle L. Rognlien
Bowman & Brooke
150 South Fifth Street
Suite 2600
Minneapolis, MN 55402-4244

Alan E. Rothman
Kaye Scholer, LLP
425 Park Avenue
New York, NY 10022-3598

Gina M. Saelinger
Ulmer & Berne, LLP
600 Vine Street
Suite 2800
Cincinnati, OH 45202

Robert M. Schick
Vinson & Elkins
2300 First City Tower
1001 Fannin
Houston, TX 77002-6760

Robert A. Schwartz
Bailey, Galyen & Gold
18333 Egret Bay Blvd.
Suite 120
Houston, TX 77058

Lillie J. Stallworth
P.O. Box 1077
Evergreen, AL 36401

Gerald B. Taylor, Jr.
Beasley, Allen, Crow, Methvin, Portis
& Miles, PC
P.O. Box 4160
Montgomery, AL 36103-4160

Mark L. Taylor
Cash, Klemchuk, Powers, Taylor, LLP
Campbell Centre II, Suite 1575
8150 North Central Expressway
Dallas, TX 75206

Christopher W. Tompkins
Betts, Patterson & Mines
One Convention Place
701 Pike Street
Suite 1400
Seattle, WA 98101-3927

Gina Bardwell Tompkins
Page, Mannino, Peresich &
McDermott, PLLC
759 Vieux Marche' Mall
P.O. Box 289
Biloxi, MS 39533-0289

Jack E. Urquhart
Urquhart & DeSantos, LLP
300 West 6th Street
14th Floor
Austin, TX 78701

Timothy W. Waldeck
Waldeck & Lind
121 South 8th Street
Suite 1400
Minneapolis, MN 55402

Seth Sharrock Webb
Brown & Crouppen, PC
720 Olive Street
Suite 1800
St. Louis, MO 63101

Les Weisbrod
Morgan & Weisbrod, LLP
P.O. Box 821329
Dallas, TX 75382-3761

Melissa M. Weldon
Malson, Edelman, Borman & Brand
3300 Wells Fargo Center
90 South 7th Street
Minneapolis, MN 55402

William Roberts Wilson, Jr.
Wm. Roberts Wilson, Jr., P.A.
213 Katherine
P.O. Box 321444
Flowood, MS 39232

D.K. Yoshida
Thorsrud, Cane & Paulich
1325 Fourth Avenue
Suite 1300
Seattle, WA 98101

Charles S. Zimmerman
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, MN 55402-4123

# INVOLVED JUDGES LIST (CTO-71)
## DOCKET NO. 1507
## IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

Hon. John Antoon, II
U.S. District Judge
George C. Young U.S. Courthouse
6th Floor
80 North Hughey Avenue
Orlando, FL 32801

Hon. Neal B. Biggers, Jr.
Senior U.S. District Judge
388 Federal Building & U.S.
Courthouse
911 Jackson Avenue East
Oxford, MS 38655-3622

Hon. David C. Bramlette
Senior U.S. District Judge
P.O. Drawer 928
Natchez, MS 39121

Hon. Susan C. Bucklew
U.S. District Judge
1430 Sam M. Gibbons U.S.
Courthouse
801 North Florida Avenue
Tampa, FL 33602

Hon. Franklin D. Burgess
Senior U.S. District Judge
3124 United States Courthouse
1717 Pacific Avenue
Tacoma, WA 98402

Hon. Glen H. Davidson
Chief Judge, U.S. District Court
P.O. Box 767
Aberdeen, MS 39730-0767

Hon. Michael J. Davis
U.S. District Judge
14E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. David S. Doty
Senior U.S. District Judge
14W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Joan N. Ericksen
U.S. District Judge
12W U.S. Courthouse
300 South 4th Street
Minneapolis, MN 55415

Hon. Audrey G. Fleissig
U.S Magistrate Judge
Thomas F. Eagleton U.S. Courthouse
Suite 3300
111 South 10th Street
St. Louis, MO 63102-9958

Hon. Donovan W. Frank
U.S. District Judge
738 Warren E. Burger Federal Bldg.
316 North Robert Street
St. Paul, MN 55101

Hon. Vanessa D. Gilmore
U.S. District Judge
9513 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Callie V.S. Granade
Chief Judge, U.S. District Court
123 John A. Campbell U.S. Crthse.
113 St. Joseph Street
Mobile, AL 36602-3621

Hon. Louis Guirola, Jr.
U.S. District Judge
United States District Court
814 Dan M. Russell, Jr. U.S.
Courthouse
2012 15th Street
Gulfport, MS 39501

Hon. Lynn N. Hughes
U.S. District Judge
11122 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Elizabeth A. Kovachevich
U.S. District Judge
Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
17th Floor
Tampa, FL 33602

Hon. Richard H. Kyle
Senior U.S. District Judge
760 Warren E. Burger Federal Bldg.
316 N. Robert Street
St. Paul, MN 55101

Hon. Richard A. Lazzara
U.S. District Judge
Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602-3800

Hon. Tom S. Lee
Senior U.S. District Judge
110 James O. Eastland U.S.
Courthouse
245 East Capitol Street
Jackson, MS 39201

Hon. Paul A. Magnuson
Senior U.S. District Judge
730 Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Hon. Steven D. Merryday
U.S. District Judge
15A Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602

Hon. Stephan P. Mickle
U.S. District Judge
367 Federal Building
401 Southeast First Avenue
Gainesville, FL 32601

Hon. Michael P. Mills
U.S. District Judge
335 Federal Bldg. & U.S. Courthouse
911 Jackson Avenue, West
Oxford, MS 38655

Hon. Ann D. Montgomery
U.S. District Judge
13W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. James S. Moody, Jr
U.S. District Judge
13A Sam M. Gibbons U.S.
Courthouse
801 North Florida Avenue
Tampa, FL 33602

Hon. W. Allen Pepper, Jr.
U.S. District Judge
329 Federal Building
305 Main Street
Greenville, MS 38701

Hon. James M. Rosenbaum
Chief Judge, U.S. District Court
15E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Dan M. Russell, Jr.
Senior U.S. District Judge
U.S. District Court
614 Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street
Gulfport, MS 39501

Hon. Patrick J. Schiltz
U.S. District Judge
U.S. District Court
Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Hon. Keith Starrett
U.S. District Judge
U.S. District Court
228 U..S. Courthouse Federal Bldg.
701 N. Main Street
Hattiesburg, MS 39401

Hon. William H. Steele
U.S. District Judge
U.S. Courthouse
113 St. Joseph Street
Mobile, AL 36602

Hon. John R. Tunheim
U.S. District Judge
13E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. James D. Whittemore
U.S. District Judge
223 Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602

Hon. Henry T. Wingate
Chief Judge, U.S. District Court
109 James O. Eastland U.S. Courthouse
245 East Capitol Street
Jackson, MS 39201

# INVOLVED COUNSEL LIST (CTO-71)
## DOCKET NO. 1507
## IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

Arlen B. Coyle, Clerk
U.S. District Court
P.O. Box 704
Aberdeen, MS 39730-0704

Arlen B. Coyle, Clerk
369 Federal Building & U.S. Courthouse
911 Jackson Avenue East
Oxford, MS 38655-3622

Bruce Rifkin, Clerk
3100 U.S. Courthouse
1717 Pacific Avenue
Tacoma, WA 98402

Charles R. Diard, Jr., Clerk
123 John A. Campbell U.S. Courthouse
113 St. Joseph Street
Mobile, AL 36602-3621

J.T. Noblin, Clerk
U.S. District Court
672 Judge Dan M. Russell, Jr. U.S. Courthouse
2010 15th Street, Suite 403
Gulfport, MS 39501

J.T. Noblin, Clerk
200 U.S. Courthouse & Federal Building
701 North Main Street
Hattiesburg, MS 39401

J.T. Noblin, Clerk
316 James O. Eastland U.S. Courthouse
245 East Capitol Street
Jackson, MS 39201

J.T. Noblin, Clerk
P.O. Box 23552
Jackson, MS 39225-3552

James G. Woodward, Clerk
3.300 Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102-1116

Michael N. Milby, Clerk
United States District Court
P.O. Box 61010
Houston, TX 77208-1010

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Sheryl L. Loesch, Clerk
300 George C. Young U.S. Courthouse
80 North Hughey Avenue
Orlando, FL 32801

Sheryl L. Loesch, Clerk
218 Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602-3800

William M. McCool, Clerk
243 Federal Building
401 Southeast First Avenue
Gainesville, FL 32601-6805