A CERTIFIED TRUE COPY

JUL 28 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 12 2006

FILED
CLERK'S OFFICE

***DOCKET NO. 1507***

***BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION***

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 03 2006

JAMES W. McCORMACK, CLERK
By: DEP CLERK

***IN RE PREMPRO PRODUCTS LIABILITY LITIGATION***

***(SEE ATTACHED SCHEDULE)***

***CONDITIONAL TRANSFER ORDER (CTO-73)***

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 254 F.Supp.2d 1366 (J.P.M.L. 2003). Since that time, 3,014 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

JUL 28 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# SCHEDULE CTO-73 - TAG-ALONG ACTIONS
# DOCKET NO. 1507
# IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| FLORIDA SOUTHERN | |
| FLS 0 06-60679 | Nancy Shay v. Wyeth, et al. |
| FLS 9 06-80531 | Barbara Levinson v. Wyeth, et al. |
| KANSAS | |
| KS 2 06-2231 | Ronda Hill v. Wyeth-Ayerst Co. |
| MASSACHUSETTS | |
| MA 1 06-10871 | Elizabeth Hayes Locke, et al. v. Wyeth |
| MARYLAND | |
| MD 1 06-1511 | Mary Verna Rosenberry v. Wyeth, et al. |
| MINNESOTA | |
| MN 0 06-1745 | Gail Hughes, etc. v. Wyeth, et al. |
| MN 0 06-1773 | Suzanne Downs-Breo, et al. v. Wyeth, et al. |
| MN 0 06-2227 | Elaine Howard v. Wyeth, et al. |
| MN 0 06-2248 | Connie Jean Armstrong v. Wyeth, et al. |
| MN 0 06-2258 | Carole Cantwell v. Wyeth, et al. |
| MN 0 06-2269 | Nancy A. Frandsen v. Wyeth, et al. |
| MN 0 06-2270 | Linda J. Pyle v. Wyeth, et al. |
| MN 0 06-2275 | Betty M. Gordon v. Wyeth, et al. |
| MN 0 06-2326 | Caroline Joyce Suggs v. Wyeth, et al. |
| MN 0 06-2396 | Jo Ann Tracy v. Wyeth, et al. |
| MN 0 06-2397 | Barbara Roberts v. Wyeth, et al. |
| MN 0 06-2398 | Ron Perry, et al. v. Wyeth, et al. |
| MN 0 06-2401 | Joanne R. Walters v. Wyeth, et al. |
| MN 0 06-2402 | Carolyn Pollard v. Wyeth, et al. |
| MN 0 06-2428 | Janet Chapman, et al. v. Wyeth, et al. |
| MN 0 06-2429 | Betty Doxey v. Wyeth, et al. |
| MN 0 06-2430 | Shirley Gass, et al. v. Wyeth, et al. |
| MN 0 06-2431 | Bethann Graham, et al. v. Wyeth, et al. |
| MN 0 06-2433 | Julia A. Kissel, et al. v. Wyeth, et al. |
| MN 0 06-2434 | Doris Negron, et al. v. Wyeth, et al. |
| MN 0 06-2435 | Caroline Vanderbilt v. Wyeth, et al. |
| MN 0 06-2437 | Leona Zahalka v. Wyeth, et al. |
| MN 0 06-2448 | Diane Allen, et al. v. Wyeth, et al. |
| MN 0 06-2473 | Mary O'Kelley v. Wyeth, et al. |
| MN 0 06-2478 | Susan T. Booth v. Wyeth, et al. |
| MN 0 06-2479 | Christine Mann v. Wyeth, et al. |
| MN 0 06-2482 | Kay Dobbs v. Wyeth, et al. |
| MN 0 06-2483 | Mary Ann Himelwright v. Wyeth, et al. |
| MN 0 06-2484 | Suzanne M. Fowkes v. Wyeth, et al. |
| MN 0 06-2485 | Barbara J. Wright v. Wyeth, et al. |
| MN 0 06-2487 | Mary E. Cook v. Wyeth, et al. |
| MN 0 06-2488 | Kay Irwin v. Wyeth, et al. |
| MN 0 06-2489 | Mary Sharon Ennis v. Wyeth, et al. |

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| MN 0 06-2491 | Rose Thomas v. Wyeth, et al. |
| MN 0 06-2492 | Mildred Wright v. Wyeth, et al. |
| MN 0 06-2495 | Judy Christopherson v. Wyeth, et al. |
| MN 0 06-2548 | Sallie Thornton v. Wyeth, et al. |
| MN 0 06-2553 | Yvonne Storch v. Wyeth, et al. |
| MN 0 06-2555 | Marjorie Ritchie v. Wyeth, et al. |
| MN 0 06-2566 | Carolyn Applin v. Wyeth, et al. |
| MN 0 06-2575 | Marilyn Labelle v. Wyeth, et al. |
| MISSISSIPPI SOUTHERN | |
| MSS 3 06-335 | Rosemary Ray v. Wyeth, et al. |
| MSS 3 06-336 | Elmer Jean Myers v. Wyeth, et al. |
| NORTH DAKOTA | |
| ND 1 06-50 | Wanda Durain v. Wyeth Pharmaceuticals, Inc., et al. |
| NEBRASKA | |
| NE 8 06-427 | Ruth Crosby, et al. v. Wyeth, Inc., et al. |
| NE 8 06-428 | Karen Griffin v. Wyeth, Inc., et al. |
| NE 8 06-429 | Deetta Dunkhas, et al. v. Wyeth, Inc., et al. |
| NE 8 06-430 | Laraine St. John, et al. v. Wyeth, Inc., et al. |
| OKLAHOMA EASTERN | |
| OKE 6 06-219 | Verlita Meade v. Wyeth |
| OREGON | |
| OR 6 06-6101 | Aileen P. Kaye v. Wyeth, et al. |
| SOUTH CAROLINA | |
| SC 8 06-1717 | Ollie B. Lyles v. Wyeth, et al. |

**INVOLVED COUNSEL LIST (CTO-73)**

**DOCKET NO. 1507**

**IN RE PREMPRO PRODUCTS LIABILITY LITIGATION**

Jan R. McLean Bernier
Halleland, Lewis, Nilan & Johnson
220 South 6th Street
Suite 600
Minneapolis, MN 55402-4501

Ace J. Blackburn, Jr.
Cooney, Mattson, Lance, et al.
1600 W. Commercial Boulevard
Suite 200
Fort Lauderdale, FL 33309

Garrett D. Blanchfield, Jr.
Reinhardt, Wendorf & Blanchfield
E-1250 First National Bank Building
332 Minnesota Street
St. Paul, MN 55101

Bryan O. Blevins, Jr.
Provost & Umphrey Law Firm, LLP
490 Park Street
P.O. Box 4905
Beaumont, TX 77704

John E. Booth
Michles & Booth
240 E. Intendencia Street
P.O. Box 13367
Pensacola, FL 32591-3367

Brian S. Campf
Williams, Love, O'Leary, Craine & Powers, PC
9755 S.W. Barnes Road
Suite 450
Portland, OR 97225-6681

William M. Covington, III
Perry & Covington
2110 20th Street
Gulfport, MS 39501

Martin D. Crump
Davis & Feder
1712 15th Street
Suite 300
P.O. Box 6829
Gulfport, MS 39506-7018

William B. Curtis
Law Offices of Miller & Curtis
5489 Blair Road
5th Floor
Dallas, TX 75231

Stacey L. Drentlaw
Oppenheimer Wolff & Donnelly
45 S. 7th Street, Suite 3300
Minneapolis, MN 55402

David E. Dukes
Nelson Mullins Riley & Searborough
1320 Main Street
17th Floor
Columbia, SC 29201

Fredric Eisenberg
Eisenberg, Rothweiler, Winkler, et al.
1634 Spruce Street
Philadelphia, PA 19103

F. Lane Heard, III
Williams & Connolly, LLP
Edward Bennett Williams Building
725 12th Street, N.W.
Washington, DC 20005-5901

Carrie L. Hund
Bassford Remele, PA
33 South 6th Street
Suite 3800
Minneapolis, MN 55402-3701

Gerald D. Jowers
Janet, Jenner & Suggs, LLC
500 Taylor Street
Suite 301
Columbia, SC 29201

Hal J. Kleinman
Schiffrin & Barroway, LLP
280 King of Prussia Road
Radnor, PA 19087

Erin C. Koerselman
Leonard, Street & Deinard
150 South 5th Street
Suite 2300
Minneapolis, MN 55402

Theodore J. Leopold
Rieei Leopold
2925 PGA Boulevard
Suite 200
Palm Beach Gardens, FL 33410

Patrick Lysaught
Baker, Sterchi, Cowden & Rice, LLC
2400 Pershing Road
Suite 500
Kansas City, MO 64108-2504

Russell Marlin
Gary Eubanks & Associates
P.O. Box 3887
Little Rock, AR 72203-3887

Rhett A. McSweeney
McSweeney & Fay, PLLP
2116 Second Avenue, South
Minneapolis, MN 55404

Ted G. Meadows
Beasley, Allen, Crow, Methvin, Portis & Miles, PC
218 Commerce Street
P.O. Box 4160
Montgomery, AL 36103-4160

Mike J. Miller
Solberg, Stewart, Miller & Tjon, Ltd.
1129 5th Avenue South
P.O. Box 1897
Fargo, ND 58107-1897

Deborah A. Moeller
Shook, Hardy & Bacon, LLP
2555 Grand Boulevard
Kansas City, MO 64108-2613

D. Michael Noonan
Shaheen & Gordon, P.A.
140 Washington Street
2nd Floor
P.O. Box 977
Dover, NH 03821-0977

Victoria S. Nugent
Cohen, Milstein, Hausfeld & Toll
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC 20005-3934

James C. Parham, Jr.
Wyche, Burgess, Freeman & Parham
44 East Camperdown Way
P.O. Box 728
Greenville, SC 29602-0728

Lyn Peeples Pruitt
Mitchell, Williams, Selig, Gates & Woodyard, PLLC
425 West Capitol Avenue
Suite 1800
Little Rock, AR 72201

Stephanie M. Rippee
Butler, Snow, O'Mara, Stevens & Cannada , PLLC
P.O. Box 22567
Jackson, MS 39225-2567

Alan E. Rothman
Kaye Scholer, LLP
425 Park Avenue
New York, NY 10022-3598

Gina M. Saelinger
Ulmer & Berne, LLP
600 Vine Street
Suite 2800
Cincinnati, OH 45202

Carmelo B. Sammataro
Turner, Padget, Graham & Laney, PA
P.O. Box 1473
Columbia, SC 29202

Joseph J. Stroble
Watkins & Eager
The Emporium Building, Suite 300
400 East Capitol Street
P.O. Box 650
Jackson, MS 39205-0650

Les Weisbrod
Morgan & Weisbrod, LLP
P.O. Box 821329
Dallas, TX 75382-3761

Stanley L. Wiles
106 W. 11th Street
Suite 1200
Kansas City, MO 64105

Charles S. Zimmerman
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, MN 55402-4123

**INVOLVED JUDGES LIST (CTO-73)**
**DOCKET NO. 1507**
**IN RE PREMPRO PRODUCTS LIABILITY LITIGATION**

Hon. Joseph F. Anderson, Jr.
Chief Judge, U.S. District Court
Matthew J Perry, Jr. U.S. Courthouse
3rd Floor
901 Richland Street
Columbia, SC 29201

Hon. Joseph F. Bataillon
Chief Judge, U.S. District Court
3259 Roman L. Hruska
U.S. Courthouse
111 South 18th Plaza
Omaha, NE 68102

Hon. James I. Cohn
U.S. District Judge
203F U.S. Courthouse
299 East Broward Blvd.
Fort Lauderdale, FL 33332

Hon. Andre M. Davis
U.S. District Judge
5B Edward A. Garmatz Federal
Building & U.S. Courthouse
101 West Lombard Street
Baltimore, MD 21201-2615

Hon. Michael J. Davis
U.S. District Judge
14E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. David S. Doty
Senior U.S. District Judge
14W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Joan N. Ericksen
U.S. District Judge
12W U.S. Courthouse
300 South 4th Street
Minneapolis, MN 55415

Hon. Donovan W. Frank
U.S. District Judge
738 Warren E. Burger Federal Bldg.
316 North Robert Street
St. Paul, MN 55101

Hon. Michael R. Hogan
U.S. District Judge
260 U.S. Courthouse
211 East 7th Street
Eugene, OR 97401

Hon. Daniel L. Hovland
Chief Judge, U.S. District Court
United States District Court
P.O. Box 670
Bismarck, ND 58502-0670

Hon. Tom S. Lee
Senior U.S. District Judge
110 James O. Eastland
U.S. Courthouse
245 East Capitol Street
Jackson, MS 39201

Hon. Paul A. Magnuson
Senior U.S. District Judge
730 Warren E. Burger
Federal Building
316 North Robert Street
St. Paul, MN 55101

Hon. Donald M. Middlebrooks
U.S. District Judge
Federal Building, 2nd Floor
701 Clematis Street
West Palm Beach, FL 33401

Hon. Ann D. Montgomery
U.S. District Judge
13W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Carlos Murguia
U.S. District Judge
537 Robert J. Dole U.S. Courthouse
500 State Avenue
Kansas City, KS 66101

Hon. James H. Payne
Chief Judge, U.S. District Court
U.S. District Court
P.O. Box 2459
Muskogee, OK 74402

Hon. James M. Rosenbaum
Chief Judge, U.S. District Court
15E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Patrick J. Schiltz
U.S. District Judge
U.S. District Court
Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Hon. Richard G. Stearns
U.S. District Judge
7130 John Joseph Moakley
U.S. Courthouse
One Courthouse Way
Boston, MA 02210-3002

Hon. Lyle E. Strom
Senior U.S. District Judge
3190 Roman L. Hruska
U.S. Courthouse
111 South 18th Plaza
Omaha, NE 68102

Hon. John R. Tunheim
U.S. Distriet Judge
13E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Henry T. Wingate
Chief Judge, U.S. District Court
109 James O. Eastland
U.S. Courthouse
245 East Capitol Street
Jaekson, MS 39201

**INVOLVED CLERKS LIST (CTO-73)**
**DOCKET NO. 1507**
**IN RE PREMPRO PRODUCTS LIABILITY LITIGATION**

Clarence Maddox, Clerk
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128-7788

Denise Lucks, Clerk
1152 Roman L. Hruska
U.S. Courthouse
111 South 18th Plaza
Omaha, NE 68102-1322

Donald M. Cinnamond, Clerk
100 Federal Building & U.S. Courthouse
211 East 7th Avenue
Eugene, OR 97401

Edward J. Klecker, Clerk
P.O. Box 1193
Bismarck, ND 58502-1193

Felicia C. Cannon, Clerk
Edward A. Garmatz Federal Building & U.S. Courthouse
101 W. Lombard Street
Baltimore, MD 21201-2690

J.T. Noblin, Clerk
P.O. Box 23552
Jackson, MS 39225-3552

Larry W. Propes, Clerk
P.O. Box 10768
Greenville, SC 29603-0768

Ralph L. DeLoach, Clerk
259 Robert J. Dole U.S. Courthouse
500 State Avenue
Kansas City, KS 66101-2430

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Sarah Thornton, Clerk
Clerk's Office - Attn: Sherry Jones
U.S. Courthouse
595 Main Street
Worcester, MA 01608

William B. Guthrie, Clerk
P.O. Box 607
Muskogee, OK 74402-0607