


*DOCKET NO. 1507*

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
AUG 09 2006
JAMES W. McCORMACK, CLERK
By: DEP CLERK

*IN RE PREMPRO PRODUCTS LIABILITY LITIGATION*

*(SEE ATTACHED SCHEDULE)*

*CONDITIONAL TRANSFER ORDER (CTO-74)*

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 254 F.Supp.2d 1366 (J.P.M.L. 2003). Since that time, 3,026 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

AUG - 4 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# SCHEDULE CTO-74 - TAG-ALONG ACTIONS
# DOCKET NO. 1507
# IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| FLORIDA MIDDLE | |
| FLM 2 06-314 | Harold Smith, et al. v. Wyeth, Inc., et al. |
| MINNESOTA | |
| MN 0 06-2496 | Dorothy Brownewell v. Wyeth, et al. |
| MN 0 06-2571 | Margaret Clements v. Wyeth, et al. |
| MN 0 06-2582 | Joan Ayers, et al. v. Wyeth, et al. |
| MN 0 06-2583 | Connie Ballew, et al. v. Wyeth, et al. |
| MN 0 06-2584 | Ruthann Bodganski, et al. v. Wyeth, et al. |
| MN 0 06-2589 | Madeline Mae Dorsett v. Wyeth, et al. |
| MN 0 06-2591 | Patricia Thebeau v. Wyeth |
| MN 0 06-2596 | Charlotte P. Campbelll v. Wyeth, et al. |
| MN 0 06-2597 | Barbara Bloodgood v. Wyeth, et al. |
| MN 0 06-2599 | Marie Schmick v. Wyeth, et al. |
| MN 0 06-2600 | Shirley J. Baker v. Wyeth, et al. |
| MN 0 06-2602 | Margaret Newhouse v. Wyeth, et al. |
| MN 0 06-2614 | Kathleen Merkel v. Wyeth, et al. |
| MN 0 06-2622 | Shirley Klocek v. Wyeth, et al. |
| MN 0 06-2625 | Myrna Westphal v. Wyeth, et al. |
| MN 0 06-2626 | Charlene Cordo, et al. v. Wyeth, et al. |
| MN 0 06-2627 | Donna K. Goodman v. Wyeth, et al. |
| MN 0 06-2628 | Sharon Erickson, et al. v. Wyeth, et al. |
| MN 0 06-2629 | Roberta Bell, et al. v. Wyeth, et al. |
| MN 0 06-2630 | Sherry Ann Samples v. Wyeth, et al. |
| MN 0 06-2631 | Anna Marie Watson v. Wyeth, et al. |
| MN 0 06-2632 | Vera Gant v. Wyeth, et al. |
| MN 0 06-2633 | Judith Johnson-Bishop, et al. v. Wyeth, et al. |
| MN 0 06-2635 | Twyla Robinson v. Wyeth, et al. |
| MN 0 06-2639 | Darlene Spillman v. Wyeth, et al. |
| MN 0 06-2640 | Erma Slavens v. Wyeth, et al. |
| MN 0 06-2641 | Anna Jean Brown, et al. v. Wyeth, et al. |
| MN 0 06-2642 | Joann Hankins v. Wyeth, et al. |
| MN 0 06-2643 | Marilyn Nelson, et al. v. Wyeth, et al. |
| MN 0 06-2644 | Sandra May, et al. v. Wyeth, et al. |
| MN 0 06-2648 | Roberta Anderson v. Pfizer Inc., et al. |
| MN 0 06-2651 | Sandra Fields v. Wyeth, et al. |
| MN 0 06-2652 | Vera Modene Ledford Worley v. Wyeth, et al. |
| MN 0 06-2653 | Joyce Adkisson v. Wyeth, et al. |
| MN 0 06-2654 | Saundra Hill v. Wyeth, et al. |
| MN 0 06-2664 | Sandra E. Williams v. Wyeth, et al. |
| MN 0 06-2665 | Maxine Pepperdine v. Wyeth, et al. |
| MN 0 06-2666 | Rosalyn Alley McNeel v. Wyeth, et al. |
| MN 0 06-2667 | Janet Gray v. Wyeth, et al. |
| MN 0 06-2671 | Glenda Baker v. Wyeth, et al. |
| MN 0 06-2673 | Judy E. Barbee v. Wyeth, et al. |
| MN 0 06-2674 | Barbara A. Roach v. Wyeth, et al. |
| MN 0 06-2675 | Ocie Faye Ghorley v. Wyeth, et al. |
| MN 0 06-2676 | Betsy Hatcher v. Wyeth, et al. |

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| MN | 0 | 06-2679 | Caridad S. Gavino v. Wyeth, et al. |
| MN | 0 | 06-2680 | Bruni LoPonte v. Wyeth, et al. |
| MN | 0 | 06-2684 | Jean Hawemann v. Wyeth, et al. |
| MN | 0 | 06-2685 | Raynita Linders v. Wyeth, et al. |
| MN | 0 | 06-2686 | Mary A. Rapp v. Wyeth, et al. |
| MN | 0 | 06-2688 | Carol M. Smith v. Wyeth, et al. |
| MN | 0 | 06-2690 | Gloria Rudetsky v. Wyeth, et al. |
| MN | 0 | 06-2691 | Florence Peterson, et al. v. Wyeth, et al. |
| MN | 0 | 06-2718 | Elizabeth Roach, et al. v. Wyeth, et al. |
| MN | 0 | 06-2743 | Paula Caudill, et al. v. Wyeth, et al. |
| MN | 0 | 06-2746 | Jaclynn Conner, et al. v. Wyeth, et al. |
| MN | 0 | 06-2774 | Teresa A. Adkins v. Wyeth, et al. |
| MN | 0 | 06-2803 | Emma Jean Adkins v. Wyeth, et al. |
| MN | 0 | 06-2809 | Susan E. Allen v. Wyeth, et al. |
| MN | 0 | 06-2813 | Marlene Altschuler, et al. v. Wyeth, et al. |
| MN | 0 | 06-2814 | Joan Barth, et al. v. Wyeth, et al. |
| MN | 0 | 06-2817 | Dorothy Clevenger, et al. v. Wyeth, et al. |
| MN | 0 | 06-2822 | Betty Lawrence, et al. v. Wyeth, et al. |
| MN | 0 | 06-2847 | Dorothy J. Smith v. Wyeth |
| MN | 0 | 06-2851 | Ruby Lee v. Pfizer Inc., et al. |
| MN | 0 | 06-2917 | Susan Larsen, et al. v. Wyeth, et al. |

# INVOLVED COUNSEL LIST (CTO-74)
# DOCKET NO. 1507
# IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

Thomas F. Basile
Guy R. Bucci, L.C.
P.O. Box 3712
Charleston, WV 25337

Garrett D. Blanchfield, Jr.
Reinhardt, Wendorf & Blanchfield
E-1250 First National Bank Building
332 Minnesota Street
St. Paul, MN 55101

Todd A. Coker
Campbell, Cherry, Harrison, Davis, Dove, PC
P.O. Box 5229
Jackson, MS 39296-5229

William B. Curtis
Law Offices of Miller & Curtis
5489 Blair Road
5th Floor
Dallas, TX 75231

Fredric Eisenberg
Eisenberg, Rothweiler, Winkler, et al.
1634 Spruce Street
Philadelphia, PA 19103

Edward W. Gerecke
Carlton Fields, P.A.
P.O. Box 3239
4221 West Boy Scout Boulevard
Suite 1000
Tampa, FL 33601-3239

F. Lane Heard, III
Williams & Connolly, LLP
Edward Bennett Williams Building
725 12th Street, N.W.
Washington, DC 20005-5901

Eric L. Lundt
Gordon, Hargrove & James
2400 E. Commercial Blvd.
Suite 1100
Fort Lauderdale, FL 33308

Patrick Lysaught
Baker, Sterchi, Cowden & Rice, LLC
2400 Pershing Road
Suite 500
Kansas City, MO 64108-2504

Russell Marlin
Gary Eubanks & Associates
P.O. Box 3887
Little Rock, AR 72203-3887

Alex McLaughlin
Calwell Practice
500 Randolph Street
Charleston, WV 25302

Rhett A. McSweeney
McSweeney & Fay, PLLP
2116 Second Avenue, South
Minneapolis, MN 55404

Ted G. Meadows
Beasley, Allen, Crow, Methvin, Portis & Miles, PC
218 Commerce Street
P.O. Box 4160
Montgomery, AL 36103-4160

Guy E. Motzer
Squire, Sanders & Dempsey, L.L.P.
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401-6198

Gale Diane Pearson
Pearson, Randall & Schumacher, PA
400 South 4th Street
Suite 1012
Minneapolis, MN 55415

James J. Pizzirusso
Cohen, Milstein, Hausfeld & Toll
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC 20005-3964

Amy D. Prevatt
Alley, Clark, Greiwe & Fulmer
701 East Washington Street
P.O. Box 3127
Tampa, FL 33601-3127

Lyn Peeples Pruitt
Mitchell, Williams, Selig, Gates & Woodyard, PLLC
425 West Capitol Avenue
Suite 1800
Little Rock, AR 72201

Alan E. Rothman
Kaye Scholer, LLP
425 Park Avenue
New York, NY 10022-3598

Gina M. Saelinger
Ulmer & Berne, LLP
600 Vine Street
Suite 2800
Cincinnati, OH 45202

Erik B. Walker
Hissey, Kientz & Herron, PLLC
16800 Imperial Valley Drive
Suite 130
Houston, TX 77060

Edward A. Williamson
Williamson Law Firm
509 A. Church Avenue
P.O. Box 588
Philadelphia, MS 39350

Charles S. Zimmerman
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, MN 55402-4123

**INVOLVED JUDGES LIST (CTO-74)**
**DOCKET NO. 1507**
**IN RE PREMPRO PRODUCTS LIABILITY LITIGATION**

Hon. Michael J. Davis
U.S. District Judge
14E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. David S. Doty
Senior U.S. District Judge
14W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Joan N. Ericksen
U.S. District Judge
12W U.S. Courthouse
300 South 4th Street
Minneapolis, MN 55415

Hon. Patricia C. Fawsett
Chief Judge, U.S. District Court
611 George C. Young United States Courthouse
80 North Hughey Avenue
Orlando, FL 32801

Hon. Donovan W. Frank
U.S. District Judge
738 Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Hon. Richard H. Kyle
Senior U.S. District Judge
760 Warren E. Burger Federal Building
316 N. Robert Street
St. Paul, MN 55101

Hon. Paul A. Magnuson
Senior U.S. District Judge
730 Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Hon. Ann D. Montgomery
U.S. District Judge
13W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. James M. Rosenbaum
Chief Judge, U.S. District Court
15E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Patrick J. Schiltz
U.S. District Judge
U.S. District Court
Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Hon. John R. Tunheim
U.S. District Judge
13E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415