A CERTIFIED TRUE COPY

AUG 2 1 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG -3 2006

FILED
CLERK'S OFFICE

*DOCKET NO. 1507*

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 28 2006

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

## *IN RE PREMPRO PRODUCTS LIABILITY LITIGATION*

## *(SEE ATTACHED SCHEDULE)*

## *CONDITIONAL TRANSFER ORDER (CTO-75)*

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 254 F.Supp.2d 1366 (J.P.M.L. 2003). Since that time, 3,092 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr..

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr..

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

AUG 2 1 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## SCHEDULE CTO-75 - TAG-ALONG ACTIONS
## DOCKET NO. 1507
## IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

**DIST. DIV. C.A. #**       **CASE CAPTION**

FLORIDA MIDDLE

| | | |
|---|---|---|
| FLM 3 | 06-586 | Gwen L. Jenkins, et al. v. Wyeth, Inc., et al. |
| FLM 5 | 06-225 | Delora Thrift v. Wyeth, et al. |
| FLM 5 | 06-227 | Loretta Mitchell v. Wyeth, et al. |
| FLM 5 | 06-232 | Patricia K. Purvis v. Wyeth Pharmaceuticals, Inc., et al. |
| FLM 8 | 06-1038 | Geraldine Cavaliere v. Wyeth, et al. |
| FLM 8 | 06-1059 | Nanette C. Burgett v. Wyeth, et al. |
| FLM 8 | 06-1184 | Noreen M. Rodriguez v. Wyeth, Inc., et al. |

FLORIDA NORTHERN

| | | |
|---|---|---|
| FLN 3 | 06-287 | Susan Taylor, etc. v. Wyeth, et al. |

MINNESOTA

| | | |
|---|---|---|
| MN 0 | 06-2080 | Hilda Frank v. Wyeth, et al. |
| MN 0 | 06-2226 | Ilse Corry Keuning v. Wyeth, et al. |
| MN 0 | 06-2253 | Genevieve M. Jansky v. Wyeth, et al. |
| MN 0 | 06-2480 | Beverly Marino v. Wyeth, et al. |
| MN 0 | 06-2481 | Joyce Whitlow v. Wyeth, et al. |
| MN 0 | 06-2486 | Phyllis J. Frazier v. Wyeth, et al. |
| MN 0 | 06-2490 | Lia Agnes Dewey v. Wyeth, et al. |
| MN 0 | 06-2493 | Marilyn Cameron v. Wyeth, et al. |
| MN 0 | 06-2494 | Karen Cervantes v. Wyeth, et al. |
| MN 0 | 06-2586 | Susan Herbert, et al. v. Wyeth, et al. |
| MN 0 | 06-2634 | Sandra R. Kaplan, et al. v. Wyeth, et al. |
| MN 0 | 06-2636 | Donna Lantz v. Wyeth, et al. |
| MN 0 | 06-2637 | Sheila Polansky, et al. v. Wyeth, et al. |
| MN 0 | 06-2638 | Betty Lee Smith, et al. v. Wyeth, et al. |
| MN 0 | 06-2647 | Beatrice Maynard, et al. v. Wyeth, et al. |
| MN 0 | 06-2713 | Beverly Walker, et al. v. Wyeth, et al. |
| MN 0 | 06-2714 | Janet Walk v. Wyeth, et al. |
| MN 0 | 06-2715 | Deanna S. Unroe, et al. v. Wyeth, et al. |
| MN 0 | 06-2716 | Suella F. Slibeck, et al. v. Wyeth, et al. |
| MN 0 | 06-2717 | Carol Jean Rogers, et al. v. Wyeth, et al. |
| MN 0 | 06-2719 | Rachel Harbour v. Wyeth, et al. |
| MN 0 | 06-2733 | Carol Anne Woody, et al. v. Wyeth, et al. |
| MN 0 | 06-2734 | Marilyn Crank, et al. v. Wyeth, et al. |
| MN 0 | 06-2737 | Sharon Jordan, et al. v. Wyeth, et al. |
| MN 0 | 06-2738 | Clara Massie v. Wyeth, et al. |
| MN 0 | 06-2742 | Judy Potter v. Wyeth, et al. |
| MN 0 | 06-2752 | C. Lucille Yahn, et al. v. Wyeth, et al. |
| MN 0 | 06-2762 | Harriet M. Taylor, et al. v. Wyeth, et al. |
| MN 0 | 06-2763 | Georganne Thomas, et al. v. Wyeth, et al. |
| MN 0 | 06-2764 | Mary E. Fitch v. Wyeth, et al. |
| MN 0 | 06-2765 | Deborah Lewis Burchett, et al. v. Wyeth, et al. |
| MN 0 | 06-2767 | Emma Coburn, et al. v. Wyeth, et al. |
| MN 0 | 06-2770 | Linda Ann Prior, et al. v. Wyeth, et al. |
| MN 0 | 06-2771 | Kelley Neal, et al. v. Wyeth, et al. |

SCHEDULE CTO-75 - TAG-ALONG ACTIONS    MDL-1507                    PAGE 2 OF 2

**DIST. DIV. C.A. #**                      **CASE CAPTION**

MN  0  06-2772     Shirley Ann Securro v. Wyeth, et al.
MN  0  06-2773     Beverly Lelli, et al. v. Wyeth, et al.
MN  0  06-2775     Gloria Tripodi, et al. v. Wyeth, et al.
MN  0  06-2776     Diana Galliamore, et al. v. Wyeth, et al.
MN  0  06-2780     Lula Green v. Wyeth, et al.
MN  0  06-2782     Sharon Meade v. Wyeth, et al.
MN  0  06-2792     Rose Foster v. Wyeth, et al.
MN  0  06-2795     Charlotte Roseman v. Wyeth, et al.
MN  0  06-2798     Mary Kitchen v. Wyeth, et al.
MN  0  06-2800     Debra Webb v. Wyeth, et al.
MN  0  06-2811     Sonja Sue Renfrow v. Wyeth, et al.
MN  0  06-2850     Essie Mae Coleman v. Bristol-Myers Squibb Co., et al.
MN  0  06-2901     Mary Ellen Silcott, et al. v. Wyeth, et al.
MN  0  06-2902     Debra Hiller, et al. v. Wyeth, et al.
MN  0  06-2903     Rosalie Tonagel, et al. v. Wyeth, et al.
MN  0  06-2904     Shirley West v. Wyeth, et al.
MN  0  06-2905     Shirley Elkins v. Wyeth, et al.
MN  0  06-2906     Lita Marie Tzannes, et al. v. Wyeth, et al.
MN  0  06-2907     Beatrice Gary, et al. v. Wyeth, et al.
MN  0  06-2908     Joan Van Blarcom v. Wyeth, et al.
MN  0  06-2910     Alice Whitt, et al. v. Wyeth, et al.
MN  0  06-2911     Diane Jones, et al. v. Wyeth, et al.
MN  0  06-2912     Betty Johnston, et al. v. Wyeth, et al.
MN  0  06-2913     Alice Dorb, et al. v. Wyeth, et al.
MN  0  06-2916     Paulette Campion v. Wyeth, et al.
MN  0  06-2918     Adrienne Golday-Goldfarb, et al. v. Wyeth, et al.
MN  0  06-2919     Helen Kulp, et al. v. Wyeth, et al.
MN  0  06-2942     Sarah J. Cooley, et al. v. Wyeth Pharmaceutieals, Inc., et al.

MISSOURI WESTERN
MOW  5  06-6069     Kathleen Lykins, et al. v. Wyeth, Inc., et al.

NORTH CAROLINA EASTERN
NCE  5  06-250      Beverly Hughes v. Wyeth, et al.

TEXAS SOUTHERN
TXS  4  06-1407     Rella Adler, et al. v. Wyeth, Inc., et al.
TXS  4  06-1455     Dianne LaCroix, et al. v. Wyeth, Inc., et al.

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida





**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax: [202] 502-2888

http://www.jpml.uscourts.gov

August 21, 2006

James W. McCormack, Clerk
402 U.S. Post Office & Courthouse
600 West Capitol Avenue
Little Rock, AR 72201-3325

Re: MDL-1507 -- In re Prempro Products Liability Litigation

(See Attached CTO-75)

Dear Mr. McCormack:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on August 3, 2006. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

**The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By
Docket Specialist

Attachments

cc:     Transferee Judge:     Judge William R. Wilson, Jr.
        Transferor Judges:    (See Attached List of Judges)
        Transferor Clerks:    (See Attached List of Clerks)

JPML Form 36A