A CERTIFIED TRUE COPY

AUG 30 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 14 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1507

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

FILED
EASTERN DISTRICT COURT
DISTRICT ARKANSAS

SEP 07 2006

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

(SEE ATTACHED SCHEDULE)
4:03CV01507 WRW

## CONDITIONAL TRANSFER ORDER (CTO-76)

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 254 F.Supp.2d 1366 (J.P.M.L. 2003). Since that time, 3,165 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

AUG 30 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# SCHEDULE CTO-76 - TAG-ALONG ACTIONS
## DOCKET NO. 1507
## IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

**DIST. DIV. C.A. #**         **CASE CAPTION**

**FLORIDA MIDDLE**
| | |
|---|---|
| FLM 2 06-343 | Merritta Dane v. Wyeth, Inc., et al. |

**MINNESOTA**
| | |
|---|---|
| MN 0 06-1162 | Frankie Still, et al. v. Wyeth, et al. |
| MN 0 06-2544 | Leontine Stark v. Wyeth |
| MN 0 06-2569 | Mary Gaynell Downes v. Wyeth, et al. |
| MN 0 06-2573 | Margaret Ann Durham v. Wyeth, et al. |
| MN 0 06-2590 | Janice Girsch v. Wyeth |
| MN 0 06-2645 | Dorothy Troescher v. Wyeth, et al. |
| MN 0 06-2663 | Clarice Williams v. Wyeth, et al. |
| MN 0 06-2668 | Jacqueline Jarvis v. Wyeth, et al. |
| MN 0 06-2672 | Aldena Tolleson v. Wyeth, et al. |
| MN 0 06-2677 | Paulette Parker v. Wyeth, et al. |
| MN 0 06-2681 | Betty Lou Wicht v. Wyeth, et al. |
| MN 0 06-2683 | Rosemary A. Klein v. Wyeth, et al. |
| MN 0 06-2722 | Frances Kinser v. Wyeth, et al. |
| MN 0 06-2735 | Carolyn Barker, et al. v. Wyeth, et al. |
| MN 0 06-2739 | Sheila Woolum, et al. v. Wyeth, et al. |
| MN 0 06-2740 | Judy Adams, et al. v. Wyeth, et al. |
| MN 0 06-2741 | Monnie Barnett, et al. v. Wyeth, et al. |
| MN 0 06-2744 | Shirley Arlene Corbett, et al. v. Wyeth, et al. |
| MN 0 06-2745 | Ruth Wells-Perry v. Wyeth, et al. |
| MN 0 06-2747 | Garnet Casto, et al. v. Wyeth, et al. |
| MN 0 06-2748 | Betty Stumbo v. Wyeth, et al. |
| MN 0 06-2750 | Wanda Bryant v. Wyeth, et al. |
| MN 0 06-2756 | Patsy Pauline Lopez v. Wyeth, et al. |
| MN 0 06-2759 | Phyllis Stevenson, et al. v. Wyeth, et al. |
| MN 0 06-2761 | Carolyn Elveston, et al. v. Wyeth, et al. |
| MN 0 06-2766 | Carol Ramsey v. Wyeth, et al. |
| MN 0 06-2768 | Doloris Litton, et al. v. Wyeth, et al. |
| MN 0 06-2769 | Linda Shelton, et al. v. Wyeth, et al. |
| MN 0 06-2788 | Betty J. Stepp v. Wyeth, et al. |
| MN 0 06-2793 | Karen S. Ruth, et al. v. Wyeth, et al. |
| MN 0 06-2794 | Eleanor L. Kitchen v. Wyeth, et al. |
| MN 0 06-2796 | Linda Sue Kees v. Wyeth, et al. |
| MN 0 06-2805 | Mary Meyer v. Wyeth, et al. |
| MN 0 06-2815 | Barbara Blevins v. Wyeth, et al. |
| MN 0 06-2818 | Marilyn Darby, et al. v. Wyeth, et al. |
| MN 0 06-2819 | Joyce Clement, et al. v. Wyeth, et al. |
| MN 0 06-2820 | Theresa Mitchell, et al. v. Wyeth, et al. |
| MN 0 06-2833 | Judith L. Beane v. Wyeth, et al. |
| MN 0 06-2846 | Barbara Connolly v. Wyeth, et al. |
| MN 0 06-2849 | Martha Heleniak, et al. v. Pfizer Inc., et al. |
| MN 0 06-2870 | Felecie P. Lester v. Wyeth, et al. |
| MN 0 06-2871 | Roberta Williams v. Wyeth, et al. |
| MN 0 06-2900 | Delores Payne, et al. v. Wyeth, et al. |
| MN 0 06-2909 | Regina Duane, et al. v. Wyeth, et al. |
| MN 0 06-2914 | Nancy Carson, et al. v. Wyeth, et al. |
| MN 0 06-2915 | Natalie Casci, et al. v. Wyeth, et al. |
| MN 0 06-2946 | Idaleen P. Allen-Honeycutt, et al. v. Wyeth, et al. |
| MN 0 06-2947 | Gary Branham, et al. v. Wyeth, et al. |
| MN 0 06-2948 | Jeanne Cook v. Wyeth, et al. |
| MN 0 06-2949 | Susan Donelan, et al. v. Wyeth, et al. |
| MN 0 06-2950 | Janice Ramsay v. Wyeth, et al. |