

A CERTIFIED TRUE COPY

SEP - 8 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 23 2006

FILED
CLERK'S OFFICE

*DOCKET NO. 1507*

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 15 2006

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

*IN RE PREMPRO PRODUCTS LIABILITY LITIGATION*

*(SEE ATTACHED SCHEDULE)*
4:03CV01507 WRW

*CONDITIONAL TRANSFER ORDER (CTO-77)*

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 254 F.Supp.2d 1366 (J.P.M.L. 2003). Since that time, 3,328 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation,</u> 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

SEP - 8 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## SCHEDULE CTO-77 - TAG-ALONG ACTIONS
## DOCKET NO. 1507
## IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

**DIST. DIV. C.A. #**          **CASE CAPTION**

ALABAMA MIDDLE
ALM 1  06-671          Emma Donaldson v. Wyeth, et al.

FLORIDA MIDDLE
FLM 5  06-207          Bernice Acard v. Wyeth, et al.
FLM 8  06-1150          Ruth H. Eadie v. Wyeth, et al.
FLM 8  06-1151          Patricia M. Colbert v. Wyeth, et al.
FLM 8  06-1230          Marie Woody v. Wyeth, et al.
FLM 8  06-1232          Elizabeth Keener v. Wyeth, et al.
FLM 8  06-1233          Sandra Sgroe v. Wyeth, et al.
FLM 8  06-1310          Elizabeth A. Martin v. Wyeth, et al.
FLM 8  06-1373          Ruth Fish v. Wyeth, Inc., et al.
FLM 8  06-1389          Charlene Schilk v. Wyeth, Inc., et al.
FLM 8  06-1390          Bonnie Bikos v. Wyeth, Inc., et al.

FLORIDA NORTHERN
FLN 4  06-331          Sharon Lonkani v. Wyeth

FLORIDA SOUTHERN
FLS 2  06-14175          Alice Morgan v. Wyeth, et al.
FLS 2  06-14187          Sylvia C. Wilson v. Wyeth, et al.
FLS 9  06-80620          Barbara Winters, et al. v. Wyeth, et al.
FLS 9  06-80650          Kathleen Dougherty v. Wyeth, et al.
FLS 9  06-80670          June Coenen v. Wyeth, Inc., et al.
FLS 9  06-80708          Linda Schaet v. Wyeth, et al.
FLS 9  06-80709          Lila Baurmash v. Wyeth, Inc., et al.

MINNESOTA
MN 0  06-2088          Marlys K. Kaiser, et al. v. Wyeth, Inc., et al.
MN 0  06-2399          Ellen Grosser v. Wyeth, et al.
MN 0  06-2400          Eleanor Cristall v. Wyeth, et al.
MN 0  06-2474          Mary Margaret Mitchell, et al. v. Wyeth, et al.
MN 0  06-2513          Bessie Mae Steele v. Wyeth, et al.
MN 0  06-2549          Mary Stewart v. Wyeth, et al.
MN 0  06-2550          Christine Straessle v. Wyeth, et al.
MN 0  06-2551          Eleanor Knight v. Wyeth, et al.
MN 0  06-2552          Molly Ann Morris v. Wyeth, et al.
MN 0  06-2554          Ernestine Kirkland v. Wyeth, et al.
MN 0  06-2556          Shirley A. Hunter, et al. v. Wyeth, et al.
MN 0  06-2565          Barbara Compton v. Wyeth, et al.
MN 0  06-2567          Betty A. Green v. Wyeth, et al.
MN 0  06-2568          Mary Edith Vanatta v. Wyeth, et al.
MN 0  06-2570          Elaine D'Agostino v. Wyeth, et al.
MN 0  06-2572          Shirley M. Gass v. Wyeth, et al.
MN 0  06-2574          Margaret Puzzuole v. Wyeth, et al.
MN 0  06-2598          Marie Neubarth v. Wyeth, et al.
MN 0  06-2603          Beverly C. Huff v. Wyeth, et al.
MN 0  06-2604          Sandra Bond v. Wyeth, et al.

**DIST. DIV. C.A. #**                    **CASE CAPTION**

| | | | |
|---|---|---|---|
| MN | 0 | 06-2615 | Kathleen Wilson v. Wyeth, et al. |
| MN | 0 | 06-2616 | Mary Lou Pacheco v. Wyeth, et al. |
| MN | 0 | 06-2617 | Areti M. Karell v. Wyeth, et al. |
| MN | 0 | 06-2618 | Joyce Zimmerman v. Wyeth, et al. |
| MN | 0 | 06-2621 | Jeannie L. Growden v. Wyeth, et al. |
| MN | 0 | 06-2623 | Phillis Staton v. Wyeth, et al. |
| MN | 0 | 06-2624 | Freda Campbell v. Wyeth, et al. |
| MN | 0 | 06-2649 | Yvonne Totaro v. Wyeth, et al. |
| MN | 0 | 06-2650 | Sherry Johnson v. Wyeth, et al. |
| MN | 0 | 06-2669 | Marcha S. Johnson v. Wyeth, et al. |
| MN | 0 | 06-2670 | Christine Middleton v. Wyeth, et al. |
| MN | 0 | 06-2678 | Joyce Anderson v. Wyeth, et al. |
| MN | 0 | 06-2682 | Lois M. Ross v. Wyeth, et al. |
| MN | 0 | 06-2749 | Judith Hayes v. Wyeth, et al. |
| MN | 0 | 06-2751 | Harriet Beavers, et al. v. Wyeth, et al. |
| MN | 0 | 06-2802 | Claudia B. Kinder v. Wyeth, et al. |
| MN | 0 | 06-2807 | Janet G. Bright v. Wyeth, et al. |
| MN | 0 | 06-2812 | Lois Baker, et al. v. Wyeth, et al. |
| MN | 0 | 06-2816 | Nancy A. Balis, et al. v. Wyeth, et al. |
| MN | 0 | 06-2821 | Marcella Newman, et al. v. Wyeth, et al. |
| MN | 0 | 06-2823 | Linda Armato, et al. v. Wyeth, et al. |
| MN | 0 | 06-2852 | Sandra Anthony v. Barr Laboratories, Inc., et al. |
| MN | 0 | 06-2930 | Linda Thrasher v. Wyeth, et al. |
| MN | 0 | 06-2937 | Lois W. Brown, et al. v. Wyeth, et al. |
| MN | 0 | 06-3010 | Edith Roberts v. Wyeth, et al. |
| MN | 0 | 06-3044 | Arnold Klein, et al. v. Wyeth, et al. |
| MN | 0 | 06-3060 | Jane Scherer, et al. v. Wyeth, et al. |
| MN | 0 | 06-3061 | Joyce Kagay, et al. v. Wyeth, et al. |
| MN | 0 | 06-3066 | Anita Keith v. Wyeth, et al. |
| MN | 0 | 06-3092 | Regina Sponza v. Wyeth, et al. |
| MN | 0 | 06-3094 | Carolyn McNeill v. Wyeth, et al. |
| MN | 0 | 06-3121 | Patricia Brickley Sparks, et al. v. Wyeth, et al. |
| MN | 0 | 06-3136 | Elizabeth Luebberke v. Wyeth, et al. |
| MN | 0 | 06-3190 | Herlinda Murguia v. Wyeth, et al. |

NEBRASKA

| | | | |
|---|---|---|---|
| NE | 8 | 06-287 | Ruth Kruse, et al. v. Wyeth, Inc., et al. |