# UNITED STATES OF AMERICA
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | | | |
|---|---|---|---|
| **CHAIRMAN:**<br>Judge Wm. Terrell Hodges<br>United States District Court<br>Middle District of Florida | **MEMBERS:**<br>Judge D. Lowell Jensen<br>United States District Court<br>Northern District of California<br><br>Judge J. Frederick Motz<br>United States District Court<br>District of Maryland<br><br>Judge Robert L. Miller, Jr.<br>United States District Court<br>Northern District of Indiana | Judge Kathryn H. Vratil<br>United States District Court<br>District of Kansas<br><br>Judge David R. Hansen<br>United States Court of Appeals<br>Eighth Circuit<br><br>Judge Anthony J. Scirica<br>United States Court of Appeals<br>Third Circuit | **DIRECT REPLY TO:**<br>Jeffery N. Lüthi<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal<br>Judiciary Building<br>Room G-255, North Lobby<br>Washington, D.C. 20002<br><br>Telephone: [202] 502-2800<br>Fax:       [202] 502-2888<br><br>http://www.jpml.uscourts.gov |

September 22, 2006

James W. McCormack, Clerk
402 U.S. Post Office & Courthouse
600 West Capitol Avenue
Little Rock, AR 72201-3325

Re: MDL-1507 -- In re Prempro Products Liability Litigation

(See Attached CTO-78)

Dear Mr. McCormack:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on September 6, 2006. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

**The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _____
      Docket Specialist

Attachments

cc:   Transferee Judge:    Judge William R. Wilson, Jr.
      Transferor Judges:   (See Attached List of Judges)
      Transferor Clerks:   Richard Sletten; Robert H. Shemwell; Sheryl L. Loesch

JPML Form 36A



**A CERTIFIED TRUE COPY**

SEP 2 2 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP -6 2006

FILED
CLERK'S OFFICE

**DOCKET NO. 1507**

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-78)

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 28 2006

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 254 F.Supp.2d 1366 (J.P.M.L. 2003). Since that time, 3,402 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

SEP 2 2 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# SCHEDULE CTO-78 - TAG-ALONG ACTIONS
## DOCKET NO. 1507
## IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **FLORIDA MIDDLE** | |
| FLM 8 06-439 | Jacqueline C. Mason, et al. v. Wyeth Pharmaceuticals, Inc., et al. |
| FLM 8 06-1444 | Marlene Merkle v. Wyeth |
| | |
| **LOUISIANA WESTERN** | |
| LAW 2 06-1259 | Angelina Bourgeois v. Wyeth Pharmaceuticals, Inc., et al. |
| | |
| **MINNESOTA** | |
| MN 0 06-2646 | Judith Henry v. Pfizer Inc., et al. |
| MN 0 06-3062 | Joan White, et al. v. Wyeth, et al. |
| MN 0 06-3063 | Elizabeth Nevel v. Wyeth, et al. |
| MN 0 06-3064 | Mary Romel v. Wyeth, et al. |
| MN 0 06-3065 | Herlinda Aguayo, et al. v. Wyeth, et al. |
| ~~MN 0 06-3120~~ | ~~Jeanne Yobs, et al. v. Wyeth, et al.~~  **VACATED 9/21/06** |
| MN 0 06-3135 | Denise Sue Rogers v. Wyeth |
| MN 0 06-3137 | Linda Budzilek v. Wyeth |
| MN 0 06-3218 | Concetta Burgamy v. Wyeth |
| MN 0 06-3219 | Diana M. Aaronson v. Wyeth |
| MN 0 06-3220 | Blanca R. Stelly v. Wyeth |
| MN 0 06-3221 | Martha B. Howard v. Wyeth |
| MN 0 06-3259 | Betty Cook v. Wyeth, et al. |
| MN 0 06-3295 | Joan Bliss v. Wyeth, et al. |
| MN 0 06-3317 | DeeAnn Chiodo v. Wyeth |
| MN 0 06-3318 | Freddie M. Shivers v. Wyeth |
| MN 0 06-3360 | Nancy Weaver v. Wyeth, et al. |

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP - 6 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1507

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-78)

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 254 F.Supp.2d 1366 (J.P.M.L. 2003). Since that time, 3,402 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

SEP 2 2 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# SCHEDULE CTO-78 - TAG-ALONG ACTIONS
## DOCKET NO. 1507
## IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **FLORIDA MIDDLE** | |
| FLM 8 06-439 | Jacqueline C. Mason, et al. v. Wyeth Pharmaceuticals, Inc., et al. |
| FLM 8 06-1444 | Marlene Merkle v. Wyeth |
| | |
| **LOUISIANA WESTERN** | |
| LAW 2 06-1259 | Angelina Bourgeois v. Wyeth Pharmaceuticals, Inc., et al. |
| | |
| **MINNESOTA** | |
| MN 0 06-2646 | Judith Henry v. Pfizer Inc., et al. |
| MN 0 06-3062 | Joan White, et al. v. Wyeth, et al. |
| MN 0 06-3063 | Elizabeth Nevel v. Wyeth, et al. |
| MN 0 06-3064 | Mary Romel v. Wyeth, et al. |
| MN 0 06-3065 | Herlinda Aguayo, et al. v. Wyeth, et al. |
| ~~MN 0 06-3120~~ | ~~Jeanne Yobs, et al. v. Wyeth, et al.~~  **VACATED 9/21/06** |
| MN 0 06-3135 | Denise Sue Rogers v. Wyeth |
| MN 0 06-3137 | Linda Budzilek v. Wyeth |
| MN 0 06-3218 | Concetta Burgamy v. Wyeth |
| MN 0 06-3219 | Diana M. Aaronson v. Wyeth |
| MN 0 06-3220 | Blanca R. Stelly v. Wyeth |
| MN 0 06-3221 | Martha B. Howard v. Wyeth |
| MN 0 06-3259 | Betty Cook v. Wyeth, et al. |
| MN 0 06-3295 | Joan Bliss v. Wyeth, et al. |
| MN 0 06-3317 | DeeAnn Chiodo v. Wyeth |
| MN 0 06-3318 | Freddie M. Shivers v. Wyeth |
| MN 0 06-3360 | Nancy Weaver v. Wyeth, et al. |

**INVOLVED COUNSEL LIST (CTO-78)**
**DOCKET NO. 1507**
**IN RE PREMPRO PRODUCTS LIABILITY LITIGATION**

Daniel C. Adams
Larson King, LLP
30 East 7th Street, Suite 2800
St Paul, MN 55101-4922

Thomas F. Basile
Guy R. Bucci, L.C.
P.O. Box 3712
Charleston, WV 25337

Jan R. McLean Bernier
Halleland, Lewis, Nilan & Johnson
220 South 6th Street, Suite 600
Minneapolis, MN 55402-4501

Garrett D. Blanchfield, Jr.
Reinhardt, Wendorf & Blanchfield
E-1250 First National Bank Building
332 Minnesota Street
St. Paul, MN 55101

Mark R. Bradford
Rider Bennett, LLP
33 South 6th Street, Suite 4900
Minneapolis, MN 55402

Paul R. Cavonis
Deloach & Hofstra, P.A.
8640 Seminole Boulevard
P.O. Box 3390
Seminole, FL 33772

Lewis F. Collins, Jr.
Butler, Pappas, Weihmuller, et al.
One Harbour Place, Suite 500
777 South Harbour Island Boulevard
Tampa, FL 33602

Martin D. Crump
Davis & Feder
1712 15th Street, Suite 300
P.O. Box 6829
Gulfport, MS 39506-7018

William B. Curtis
Law Offices of Miller & Curtis
5489 Blair Road, 5th Floor
Dallas, TX 75231

Paul R. Dieseth
Dorsey & Whitney LLP
50 South 6th Street, Suite 1500
Minneapolis, MN 55402-1498

Penelope A. Dixon
Carlton Fields, P.A.
P.O. Box 3239
4221 West Boy Scout Boulevard
Suite 1000
Tampa, FL 33601-3239

Stacey L. Drentlaw
Oppenheimer Wolff & Donnelly
45 S. 7th Street, Suite 3300
Minneapolis, MN 55402

Edward F. Fox
Bassford Remele, PA
33 South 6th Street, Suite 3800
Minneapolis, MN 55402-3701

Amy R. Freestone
Faegre & Benson, LLP
2200 Wells Fargo Center
90 S. Seventh St.
Minneapolis, MN 55402-3901

Brenda S. Fulmer
Alley, Clark, Greiwe & Fulmer
701 East Washington Street
P.O. Box 3127
Tampa, FL 33601-3127

Jeffrey Thomas Gaughan
Baggett, McCall, Burgess & Watson
P.O. Drawer 7820
3006 Country Club Road
Lake Charles, LA 70606-7820

Edward W. Gerecke
Carlton Fields, P.A.
P.O. Box 3239
4221 West Boy Scout Boulevard
Suite 100
Tampa, FL 33607

David P. Graham
Oppenheimer, Wolff & Donnelly
45 South Seventh Street
Suite 3300 Plaza VII Building
Minneapolis, MN 55402

F. Lane Heard, III
Williams & Connolly, LLP
Edward Bennett Williams Building
725 12th Street, N.W.
Washington, DC 20005-5901

Carrie L. Hund
Bassford Remele, PA
33 South 6th Street, Suite 3800
Minneapolis, MN 55402-3701

Erin C. Koerselman
Leonard, Street & Deinard
150 South 5th Street, Suite 2300
Minneapolis, MN 55402

David M. Langevin
McSweeney & Fay, PLLP
2116 2nd Avenue, South
Minneapolis, MN 55404

Jeannine L. Lee
Flynn, Gaskins & Bennett, L.L.P.
333 South Seventh Street
29th Floor
Minneapolis, MN 55402

Eric L. Lundt
Gordon, Hargrove & James
2400 E. Commercial Blvd., Suite 1100
Fort Lauderdale, FL 33308

Patrick Lysaught
Baker, Sterchi, Cowden & Rice, LLC
2400 Pershing Road, Suite 500
Kansas City, MO 64108-2504

Russell Marlin
Gary Eubanks & Associates
P.O. Box 3887
Little Rock, AR 72203-3887

Alex McLaughlin
Calwell Practice
500 Randolph Street
Charleston, WV 25302

Rhett A. McSweeney
McSweeney & Fay, PLLP
2116 Second Avenue, South
Minneapolis, MN 55404

Ted G. Meadows
Beasley, Allen, Crow, Methvin, Portis
& Miles, PC
P.O. Box 4160
Montgomery, AL 36103-4160

Frederick W. Morris
Leonard, Street & Deinard
150 South 5th Street
Suite 2300
Minneapolis, MN 55402

**DOCKET NO. 1507**
**IN RE PREMPRO PRODUCTS LIABILITY LITIGATION**

Hon. Susan C. Bucklew
U.S. District Judge
1430 Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602

Hon. Michael J. Davis
U.S. District Judge
14E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. David S. Doty
Senior U.S. District Judge
14W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Donovan W. Frank
U.S. District Judge
738 Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Hon. Paul A. Magnuson
Senior U.S. District Judge
730 Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Hon. Patricia H. Minaldi
U.S. District Judge
328 Edwin F. Hunter, Jr. U.S. Courthouse & Federal Building
611 Broad Street
Lake Charles, LA 70601

Hon. Ann D. Montgomery
U.S. District Judge
13W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. James S. Moody, Jr.
U.S. District Judge
13A Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602

Hon. Patrick J. Schiltz
U.S. District Judge
U.S. District Court
Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Hon. John R. Tunheim
U.S. District Judge
13E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415