JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 26 2006

FILED
CLERK'S OFFICE

**A CERTIFIED TRUE COPY**

OCT 12 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

*DOCKET NO. 1507*

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 18 2006

JAMES W. McCORMACK CLERK
By: Martha Sugatt
          DEP CLERK

*IN RE PREMPRO PRODUCTS LIABILITY LITIGATION*

*(SEE ATTACHED SCHEDULE)*
4:03CV01507 WRW

*CONDITIONAL TRANSFER ORDER (CTO-80)*

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 254 F.Supp.2d 1366 (J.P.M.L. 2003). Since that time, 3,528 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

OCT 12 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## SCHEDULE CTO-80 - TAG-ALONG ACTIONS
## DOCKET NO. 1507
## IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

**DIST. DIV. C.A. #**                **CASE CAPTION**

FLORIDA SOUTHERN
FLS 9  06-80769                      Carole Beer, et al. v. Wyeth, et al.

MINNESOTA
MN 0  06-2083                        John Keith Roulstone, etc. v. Wyeth, et al.
MN 0  06-2084                        Gerri Easley, etc. v. Wyeth, et al.
MN 0  06-2324                        Donna J. Anderson, et al. v. Wyeth, et al.
MN 0  06-2325                        Sharon M. Valechko v. Wyeth, et al.
MN 0  06-3210                        Barbara J. Bechtel v. Wyeth, et al.
MN 0  06-3282                        Shirley Henderson v. Wyeth, et al.
MN 0  06-3361                        Julia Welborn v. Wyeth, et al.
MN 0  06-3362                        Doris Paradise v. Wyeth, et al.
MN 0  06-3363                        Joan E. Person v. Wyeth, et al.
MN 0  06-3608                        Theresa Edge v. Wyeth, et al.
MN 0  06-3609                        Marjorie Sayers v. Wyeth, et al.
MN 0  06-3610                        Bette M. Ward v. Wyeth, et al.
MN 0  06-3645                        Margo Boiser v. Wyeth, et al.
MN 0  06-3646                        Linda Elbert v. Wyeth, et al.
MN 0  06-3647                        Bertha Terpstra v. Wyeth