JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT - 3 2006

FILED
CLERK'S OFFICE

**A CERTIFIED TRUE COPY**

OCT 19 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**DOCKET NO. 1507**

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 25 2006

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

*IN RE PREMPRO PRODUCTS LIABILITY LITIGATION*

(SEE ATTACHED SCHEDULE)
4:03 CV 01507 WRW

**CONDITIONAL TRANSFER ORDER (CTO-81)**

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 254 F.Supp.2d 1366 (J.P.M.L. 2003). Since that time, 3,547 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**Inasmuch as no objection is pending at this time, the stay is lifted.**

OCT 19 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## SCHEDULE CTO-81 - TAG-ALONG ACTIONS
## DOCKET NO. 1507
## IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

**DIST. DIV. C.A. #**             **CASE CAPTION**

FLORIDA MIDDLE
  FLM 5  06-306            Sharon Rister v. Wyeth, Inc., et al.

FLORIDA SOUTHERN
  FLS 2  06-14137          Maria Ippolito v. Wyeth, Inc., et al.
  FLS 2  06-14157          Janet V. Haberkorn v. Wyeth Pharmaceuticals, Inc., et al.
  FLS 9  06-80499          Marilyn Watts Miller v. Wyeth, Inc., et al.
  FLS 9  06-80789          Doris Jane Williams v. Wyeth, Inc., et al.

MINNESOTA
  MN 0  06-3644            Shirley Bullard v. Wyeth, et al.
  MN 0  06-3678            Sandra A. Cole, et al. v. Wyeth, Inc., et al.
  MN 0  06-3680            Jacqueline M. Dunn v. Wyeth, et al.