**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

|  |  |  |
|---|---|---|
|  | **:** | **MDL DOCKET NO. 4:03-CV-1507-WRW** |
| **IN RE:** | **:** |  |
| **PREMPRO PRODUCTS LIABILITY** | **:** |  |
| **LITIGATION** | **:** |  |

### ORDER

Pending is Wyeth's Renewed Motion to Compel NIH and Dr. Jacques E. Roussow to Produce Data Safety Monitoring Board Minutes (Doc. No. 1254). NIH has responded (Doc. No. 1268) and oral argument was heard on August 18, 2006. Both parties have submitted follow-up briefs (Doc. Nos. 1329, 1342).

For good cause show, Wyeth's Renewed Motion to Compel NIH and Dr. Jacques E. Roussow to Produce Data Safety Monitoring Board Minutes (Doc. No. 1254) is GRANTED. Accordingly, NIH is directed to submit to Wyeth by 5 p.m.(cst), Monday, December 4, 2006, the following DSMB minutes, without redacting the names of DSMB members who spoke:

> December 9, 1993
> October 31, 1993
> June 2, 1995
> June 12, 1996
> December 18, 1996
> May 12, 1998
> December 4, 1999
> January 8, 2000
> May 9, 2000
> November 2, 2000
> May 8, 2001

IT IS SO ORDERED this 20th day of November, 2006.

/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT COURT