

*DOCKET NO. 1507*

## *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*
4:03CV01507 WRW

## *IN RE PREMPRO PRODUCTS LIABILITY LITIGATION*

*Myrna Westphal v. Wyeth, et al.*, D. Minnesota, C.A. No. 0:06-2625

### *ORDER VACATING CONDITIONAL TRANSFER ORDER*

A conditional transfer order was filed in this action (*Westphal*) on July 19, 2006. In the absence of any opposition, the conditional transfer order was finalized with respect to *Westphal* on August 4, 2006. Transfer under 28 U.S.C. §1407 becomes effective with the filing of the Panel's order in the transferee district. In this instance, the Panel's order was filed in the Eastern District of Arkansas on August 9, 2006, and entered on August 10, 2006. The Panel has now been advised, however, that *Westphal* was dismissed in the District of Minnesota on August 9, 2006, pursuant to a notice of voluntary dismissal filed by plaintiff in *Westpahl*.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-74" filed on July 19, 2006, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel