**A CERTIFIED TRUE COPY**

NOV 2 8 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV - 8 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1507

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE PREMPRO PRODUCTS LIABILITY LITIGATION*
4:03 CV 1507 WRW
*(SEE ATTACHED SCHEDULE)*

FILED
EASTERN U.S. DISTRICT COURT
DISTRICT ARKANSAS

DEC 05 2006

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

### CONDITIONAL TRANSFER ORDER (CTO-84)

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 254 F.Supp.2d 1366 (J.P.M.L. 2003). Since that time, 3,584 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

NOV 2 8 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

## SCHEDULE CTO-84 - TAG-ALONG ACTIONS
## DOCKET NO. 1507
## IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **FLORIDA NORTHERN** | |
| FLN 4 06-485 | Michele M. Keating v. Wyeth, et al. |
| **MINNESOTA** | |
| MN 0 05-2567 | Juliane Burbach, et al. v. Wyeth, Inc., et al. |
| MN 0 06-4161 | Linda Horton v. Pfizer Inc., et al. |
| MN 0 06-4255 | Barbara Slocum v. Wyeth, et al. |
| **MISSOURI EASTERN** | |
| MOE 4 06-1395 | Janice Tipton, et al. v. Wyeth, et al. |
| **NEW JERSEY** | |
| NJ 2 05-3365 | Janet L. Hagstrand, et al. v. Barr Pharmaceuticals, Inc., et al. |
| **OHIO NORTHERN** | |
| OHN 1 06-2331 | Rosemarie Barbara Bokshon, et al. v. Wyeth, et al. |