A CERTIFIED TRUE COPY

FEB - 2 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 17 2007

FILED
CLERK'S OFFICE

DOCKET NO. 1507

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

*IN RE PREMPRO PRODUCTS LIABILITY LITIGATION*

*(SEE ATTACHED SCHEDULE)*

FILED
EASTERN DISTRICT COURT
DISTRICT ARKANSAS

FEB 08 2007

JAMES W. McCORMACK
By: _____ CLERK
                          DEP CLERK

**CONDITIONAL TRANSFER ORDER (CTO-88)**

4:03CV01507 WRW

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 254 F.Supp.2d 1366 (J.P.M.L. 2003). Since that time, 3,628 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

FEB - 2 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

## SCHEDULE CTO-88 - TAG-ALONG ACTIONS
## DOCKET NO. 1507
## IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

DIST. DIV. C.A. #              CASE CAPTION

**FLORIDA SOUTHERN**
| | | | |
|---|---|---|---|
| FLS | 9 | 06-81150 | Shirley Ringer v. Wyeth, et al. |
| FLS | 9 | 06-81151 | Susan Pyner v. Wyeth, et al. |
| FLS | 9 | 06-81152 | Nancy Panetta v. Wyeth, et al. |
| FLS | 9 | 06-81153 | Gayle Pugh v. Wyeth, et al. |
| FLS | 9 | 06-81154 | Susan Ryan v. Wyeth, et al. |
| FLS | 9 | 06-81156 | Linda Moore v. Wyeth, et al. |
| FLS | 9 | 06-81157 | Rose Silvers v. Wyeth, et al. |
| FLS | 9 | 06-81158 | Sally Spencer v. Wyeth, et al. |
| FLS | 9 | 06-81159 | Kathleen Sanford v. Wyeth, et al. |
| FLS | 9 | 06-81160 | Rosalie Shelton v. Wyeth, et al. |
| FLS | 9 | 06-81161 | Carole Sadler v. Wyeth, et al. |
| FLS | 9 | 06-81162 | Myrna Silvas v. Wyeth, et al. |
| FLS | 9 | 06-81163 | Minna Simon v. Wyeth, et al. |
| FLS | 9 | 06-81164 | Veronica Rellford v. Wyeth, et al. |
| FLS | 9 | 06-81165 | Doris Sheehan v. Wyeth, et al. |
| FLS | 9 | 06-81166 | Christine Nevins v. Wyeth, et al. |
| FLS | 9 | 06-81167 | Evelyn Pollack v. v. Wyeth, et al. |
| FLS | 9 | 06-81168 | Susan Sebok v. Wyeth, et al. |
| FLS | 9 | 06-81169 | Rosemarie Robitaille v. Wyeth, et al. |
| FLS | 9 | 06-81170 | Nancy Smith v. Wyeth, et al. |
| FLS | 9 | 06-81189 | Janet Springer v. Wyeth, et al. |
| FLS | 9 | 06-81193 | Artie Stone v. Wyeth, et al. |

**MINNESOTA**
| | | | |
|---|---|---|---|
| MN | 0 | 06-3385 | Linda Rock v. Wyeth, et al. |
| MN | 0 | 06-4692 | Margaret Collins v. Wyeth, et al. |
| MN | 0 | 06-4774 | Shizu Martinez v. Wyeth, et al. |
| MN | 0 | 06-4779 | Sandra Price v. Wyeth, et al. |
| MN | 0 | 06-4815 | Deborah Simmons v. Wyeth, et al. |
| MN | 0 | 06-4816 | Anne J. Strickland v. Wyeth, et al. |
| MN | 0 | 06-4895 | Donna Raifaisen v. Wyeth |
| MN | 0 | 06-4904 | Barbara Arnold v. Wyeth, et al. |
| MN | 0 | 06-4906 | Barbara Cox v. Wyeth, et al. |
| MN | 0 | 06-4908 | Irma Gabriel v. Wyeth, et al. |
| MN | 0 | 06-4909 | Consuelo Llana v. Wyeth, et al. |
| MN | 0 | 06-4910 | Annette Miller v. Wyeth |
| MN | 0 | 06-4914 | Max T. Wells, etc. v. Wyeth, et al. |
| MN | 0 | 06-4933 | Judith Kidd v. Wyeth, et al. |
| MN | 0 | 06-5022 | Eula Arthur, et al. v. Wyeth, Inc., et al. |

**WISCONSIN WESTERN**
| | | | |
|---|---|---|---|
| WIW | 3 | 06-637 | Evelyn Nickence v. Wyeth, Inc., et al. |

# INVOLVED COUNSEL LIST (CTO-88)
# DOCKET NO. 1507
# IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

Garrett D. Blanchfield, Jr.
Reinhardt, Wendorf & Blanchfield
E-1250 First National Bank Building
332 Minnesota Street
St. Paul, MN 55101

William B. Curtis
Miller, Curtis & Weisbrod, LLP
5489 Blair Road, 5th Floor
Dallas, TX 75231

Adam Stephen Doner
Gordon & Doner, P.A.
4114 Northlake Blvd., 2nd Floor
Palm Beach Gardens, FL 33410-3197

Stacey L. Drentlaw
Oppenheimer, Wolff & Donnelly, LLP
3300 Plaza VII Building
45 South Seventh Street
Minneapolis, MN 55402

Edward F. Fox
Bassford Remele, PA
33 South 6th Street, Suite 3800
Minneapolis, MN 55402-3701

Edward W. Gerecke
Carlton Fields, P.A.
4221 West Boy Scout Boulevard, Suite 1000
P.O. Box 3239
Tampa, FL 33601-3239

David P. Graham
Oppenheimer, Wolff & Donnelly, L.L.P.
45 South Seventh Street
Suite 3300 Plaza VII Building
Minneapolis, MN 55402

F. Lane Heard, III
Williams & Connolly, LLP
Edward Bennett Williams Building
725 12th Street, N.W.
Washington, DC 20005-5901

Carrie L. Hund
Bassford Remele, PA
33 South 6th Street, Suite 3800
Minneapolis, MN 55402-3701

David M. Langevin
McSweeney & Fay, PLLP
2116 2nd Avenue, South
Minneapolis, MN 55404

Lynn R. Laufenberg
Laufenberg & Hoefle
115 South 84th Street, Suite 330
Milwaukee, WI 53214

Eric L. Lundt
Gordon, Hargrove & James
2400 E. Commercial Blvd., Suite 1100
Fort Lauderdale, FL 33308

Patrick Lysaught
Baker, Sterchi, Cowden & Rice, LLC
2400 Pershing Road, Suite 500
Kansas City, MO 64108-254

Russell Marlin
Gary Eubanks & Associates
P.O. Box 3887
Little Rock, AR 72203-3887

Ted G. Meadows
Beasley, Allen, Crow, Methvin, Portis & Miles, PC
P.O. Box 4160
Montgomery, AL 36103-4160

Tobias L. Millrood
Schiffrin & Barroway, LLP
280 King of Prussia Road
Radnor, PA 19087

Karen D. Olson
Maslon, Edelman, Borman & Brand, LLP
Wells Fargo Center
90 South 7th Street, Suite 3300
Minneapolis, MN 55402

Lyn Peeples Pruitt
Mitchell, Williams, Selig, Gates & Woodyard, PLLC
425 West Capitol Avenue, Suite 1800
Little Rock, AR 72201

Alan E. Rothman
Kaye Scholer, LLP
425 Park Avenue
New York, NY 10022-3598

Gina M. Saelinger
Ulmer & Berne, LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202

Charles S. Zimmerman
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, MN 55402-4123

## INVOLVED JUDGES LIST (CTO-88)
## DOCKET NO. 1507
## IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

Hon. James I. Cohn
U.S. District Judge
203F U.S. Courthouse
299 East Broward Blvd.
Fort Lauderdale, FL 33332

Hon. Barbara B. Crabb
Chief Judge, U.S. District Court
P.O. Box 591
Madison, WI 53701-0591

Hon. William P. Dimitrouleas
U.S. District Judge
205F U.S. Courthouse
299 East Broward Boulevard
Ft. Lauderdale, FL 33332

Hon. David S. Doty
Senior U.S. District Judge
14W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Joan N. Ericksen
U.S. District Judge
12W U.S. Courthouse
300 South 4th Street
Minneapolis, MN 55415

Hon. Daniel T.K. Hurley
U.S. District Judge
352 Paul G. Rogers Federal Bldg. & U.S Courthouse
701 Clematis Street
W. Palm Beach, FL 33401

Hon. Paul A. Magnuson
Senior U.S. District Judge
730 Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Hon. Kenneth A. Marra
U.S. District Judge
207B United States Courthouse
299 East Broward Boulevard
Fort Lauderdale, FL 33332

Hon. Donald M. Middlebrooks
U.S. District Judge
Federal Building, 2nd Floor
701 Clematis Street
West Palm Beach, FL 33401

Hon. James M. Rosenbaum
Chief Judge, U.S. District Court
15E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Kenneth L. Ryskamp
Senior U.S. District Judge
416 Federal Building & U.S. Courthouse
701 Clematis Street
West Palm Beach, FL 33401

Hon. Patrick J. Schiltz
U.S. District Judge
U.S. District Court
Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Hon. John R. Tunheim
U.S. District Judge
13E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. William J. Zloch
Chief Judge, U.S. District Court
202B United States Courthouse
299 East Broward Boulevard
Fort Lauderdale, FL 33332

**INVOLVED CLERKS LIST (CTO-88)**
**DOCKET NO. 1507**
**IN RE PREMPRO PRODUCTS LIABILITY LITIGATION**

Clarence Maddox, Clerk
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128-7788

Joseph W. Skupniewitz, Clerk
U.S. District Court
P.O. Box 432
Madison, WI 53701-0432

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415