

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 18 2007

FILED
CLERK'S OFFICE

DOCKET NO. 1507

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-89)

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 16 2007

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 254 F.Supp.2d 1366 (J.P.M.L. 2003). Since that time, 3,628 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

FEB - 5 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

## SCHEDULE CTO-89 - TAG-ALONG ACTIONS
## DOCKET NO. 1507
## IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

**DIST. DIV. C.A. #**          **CASE CAPTION**

ARKANSAS WESTERN
ARW  2   07-2001           Anne Fisher v. Wyeth, et al.
ARW  2   07-2002           Delores Gant v. Wyeth, et al.

FLORIDA MIDDLE
FLM  3   06-336            Linda K. Philemon v. Wyeth, Inc.

FLORIDA SOUTHERN
FLS  9   06-81171          Pricilla Rogerson v. Wyeth, et al.
FLS  9   06-81172          Corinne Schrier v. Wyeth, et al.
FLS  9   06-81173          Kay Purin v. Wyeth, et al.
FLS  9   06-81174          Eunice Puterbaugh v. Wyeth, et al.
FLS  9   06-81175          Ann Scurry v. Wyeth, et al.
FLS  9   06-81176          Jettie Piccolo v. Wyeth, et al.
FLS  9   06-81177          Alice Nicholas v. Wyeth, et al.
FLS  9   06-81178          Anne Place v. Wyeth, et al.
FLS  9   06-81179          Lillian Silber v. Wyeth, et al.
FLS  9   06-81180          Joan Redondo v. Wyeth, et al.
FLS  9   06-81181          Ester Quesada v. Wyeth, et al.
FLS  9   06-81183          Linda Phillips v. Wyeth, et al.
FLS  9   06-81184          Joan Smith v. Wyeth, et al.
FLS  9   06-81185          Mary Patrick v. Wyeth, et al.
FLS  9   06-81186          Daisy Schmidt v. Wyeth, et al.
FLS  9   06-81187          Geraldine O'Neal v. Wyeth, et al.
FLS  9   06-81190          Michelle Phillips v. Wyeth, et al.
FLS  9   06-81191          Elena Rodriguez v. Wyeth, et al.
FLS  9   06-81192          Anna-May Mueller v. Wyeth, et al.
FLS  9   06-81200          Christine Arriola v. Wyeth, et al.
FLS  9   06-81201          Helen Berget v. Wyeth, et al.
FLS  9   06-81202          Debbie Darbois v. Wyeth, et al.
FLS  9   06-81203          Jane Craddock v. Wyeth, et al.
FLS  9   06-81204          Susanne Bentz v. Wyeth, et al.
FLS  9   06-81205          Bonnie Boggess v. Wyeth, et al.
FLS  9   06-81206          Sandy Bernstein v. Wyeth, et al.
FLS  9   06-81207          Elzelina Gamble v. Wyeth, et al.
FLS  9   06-81208          Jayne Druker v. Wyeth, et al.
FLS  9   06-81209          Kathleen Colombo v. Wyeth, et al.
FLS  9   06-81210          Ezzat Fairplay v. Wyeth, et al.
FLS  9   06-81211          Lucia Geletka v. Wyeth, et al.
FLS  9   06-81212          Vivian Garland v. Wyeth, et al.
FLS  9   06-81213          Barbara Bosem v. Wyeth, et al.
FLS  9   06-81214          Maxine Fagelbaum v. Wyeth, et al.
FLS  9   06-81215          Kathleen Eisenberg v. Wyeth, et al.
FLS  9   06-81218          Nicolina Hyatt v. Wyeth, et al.
FLS  9   06-81219          Dolores Ludwig v. Wyeth, et al.
FLS  9   06-81220          Christine Hall v. Wyeth, et al.
FLS  9   06-81221          Ethyle Ludwig v. Wyeth, et al.
FLS  9   06-81224          Antoinette Getz v. Wyeth, et al.
FLS  9   06-81225          Rochelle Schnipper v. Wyeth, et al.
FLS  9   06-81226          Irene Mandel v. Wyeth, et al.
FLS  9   06-81227          Julia Sellers v. Wyeth, et al.
FLS  9   06-81228          Shirley Holman v. Wyeth, et al.

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| FLS 9 06-81229 | Reine Kaplan v. Wyeth, et al. |
| FLS 9 06-81230 | Frances Levinson v. Wyeth, et al. |
| FLS 9 06-81231 | Rita Matheny v. Wyeth, et al. |
| FLS 9 06-81232 | Carole Kotkin v. Wyeth, et al. |
| FLS 9 06-81233 | Anne Matozzo v. Wyeth, et al. |
| FLS 9 06-81234 | Judy Langstein v. Wyeth, et al. |
| FLS 9 06-81235 | Winifred Horne v. Wyeth, et al. |
| FLS 9 06-81236 | Frances Kelley v. Wyeth, et al. |
| FLS 9 06-81237 | Pamela Kohl v. Wyeth, et al. |
| FLS 9 06-81238 | Christine Pollock v. Wyeth, et al. |
| FLS 9 06-81239 | Lucy Diehl v. Wyeth, et al. |
| FLS 9 06-81240 | Margaret Phillips v. Wyeth, et al. |
| FLS 9 06-81241 | Jeanine Belanger v. Wyeth, et al. |
| FLS 9 06-81242 | Lenora Lichtenstul v. Wyeth, et al. |
| FLS 9 06-81243 | Helen Laird v. Wyeth, et al. |
| FLS 9 06-81244 | Harriet Belson v. Wyeth, et al. |
| FLS 9 06-81245 | Margery Hertlein v. Wyeth, et al. |
| FLS 9 06-81246 | Lucille Kimbler v. Wyeth, et al. |
| FLS 9 06-81247 | Francine Gruder v. Wyeth, et al. |
| FLS 9 06-81256 | Mary Weiss v. Wyeth, et al. |
| FLS 9 06-81257 | Joan Vader v. Wyeth, et al. |
| FLS 9 06-81258 | Man-Jen Ward v. Wyeth, et al. |
| FLS 9 06-81259 | Susan Watson v. Wyeth, et al. |
| FLS 9 06-81260 | Natalie Webber v. Wyeth, et al. |
| FLS 9 06-81261 | Virginia Swisher v. Wyeth, et al. |
| FLS 9 06-81262 | Frances Zuckerman v. Wyeth, et al. |
| FLS 9 06-81263 | Judy McComas v. Wyeth, et al. |
| FLS 9 06-81264 | Sharon Weber v. Wyeth, et al. |
| FLS 9 06-81265 | Adrienne Mazor v. Wyeth, et al. |
| FLS 9 06-81266 | Shelia Sugam v. Wyeth, et al. |
| FLS 9 06-81267 | Pamela Miller v. Wyeth, et al. |
| FLS 9 06-81268 | Louise Mobley v. Wyeth, et al. |
| FLS 9 06-81269 | Anita Timmel v. Wyeth, et al. |
| FLS 9 06-81270 | Cecilia Wise v. Wyeth, et al. |
| FLS 9 06-81271 | Polly Wasserman v. Wyeth, et al. |
| FLS 9 06-81272 | Martha Walsh v. Wyeth, et al. |
| FLS 9 06-81273 | Hildegard Weger v. Wyeth, et al. |
| FLS 9 06-81274 | Audrey Weiss v. Wyeth, et al. |
| FLS 9 06-81275 | Maria Zaza v. Wyeth, et al. |
| FLS 9 06-81276 | Grayce Yarema v. Wyeth, et al. |
| FLS 9 06-81277 | Sandra Wald v. Wyeth, et al. |
| FLS 9 06-81278 | Estelle Mayer v. Wyeth, et al. |
| FLS 9 06-81279 | June Watts v. Wyeth, et al. |
| FLS 9 06-81280 | Betty Trader v. Wyeth, et al. |
| FLS 9 06-81281 | Annie Washington v. Wyeth, et al. |
| FLS 9 06-81282 | Linda Zelenko v. Wyeth, et al. |
| FLS 9 06-81283 | Evelyn Warshaw v. Wyeth, et al. |
| FLS 9 06-81284 | Florence Whalen v. Wyeth, et al. |
| FLS 9 06-81285 | Valerie Woliver v. Wyeth, et al. |
| FLS 9 06-81286 | Renee Vogelstein v. Wyeth, et al. |
| FLS 9 06-81287 | Adele Weinstein v. Wyeth, et al. |
| FLS 9 06-81288 | Marian Stoner v. Wyeth, et al. |
| FLS 9 06-81289 | Roslin Zuccone v. Wyeth, et al. |
| MINNESOTA | |
| MN 0 06-4570 | Esperanza G. Read v. Wyeth, et al. |
| MN 0 06-4896 | Sherry Haley v. Wyeth |

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| MN 0 06-4905 | Rhoda Becker v. Wyeth, et al. |
| MN 0 06-4907 | Rachael Doctors v. Wyeth, et al. |
| MN 0 06-4934 | Janice Johnson v. Wyeth, et al. |
| MN 0 06-4935 | Pat Landry v. Wyeth, et al. |
| MN 0 06-4958 | Cheryl D. Moses v. Wyeth, et al. |
| MN 0 06-5031 | Rebecca Kennedy v. Wyeth, Inc., et al. |
| MN 0 06-5040 | Lois Stambaugh, et al. v. Wyeth, Inc., et al. |
| MN 0 06-5044 | Emma Lou Ward, et al. v. Wyeth, Inc., et al. |
| MN 0 06-5045 | Barbara Price, et al. v. Wyeth, Inc., et al. |
| MN 0 06-5089 | Brenda Baker v. Wyeth, et al. |
| MN 0 06-5090 | Wilma Smith Bergan v. Wyeth, et al. |
| MN 0 06-5091 | Betty Louise Dubose v. Wyeth, et al. |
| MN 0 06-5092 | Sherry Dudley v. Wyeth, et al. |
| MN 0 06-5093 | Cynthia Guigneaux v. Wyeth, et al. |
| MN 0 06-5094 | Diep Thi Ha v. Wyeth, et al. |
| MN 0 06-5095 | Cora Lee Jefferson v. Wyeth, et al. |
| MN 0 06-5097 | Patricia Lee v. Wyeth, et al. |
| MN 0 06-5098 | Jessie Moore v. Wyeth, et al. |
| MN 0 06-5099 | Cynthia Ann Spell v. Wyeth, et al. |
| MN 0 06-5101 | Helen Reed v. Wyeth, et al. |
| MN 0 06-5102 | Arleane Simpson v. Wyeth, et al. |
| MN 0 07-47 | Brenda Parks v. Wyeth, et al. |

PENNSYLVANIA EASTERN
PAE 2 06-4723    Barbara Preston v. Wyeth, et al.

TEXAS SOUTHERN

| | |
|---|---|
| TXS 4 06-3880 | Marilyn McKnight v. Wyeth, et al. |
| TXS 4 06-4066 | Marilyn Levy v. Wyeth, Inc., et al. |
| TXS 4 06-4067 | Patricia Tucker v. Wyeth, Inc., et al. |
| TXS 4 06-4068 | Elaine Katz .v Wyeth, Inc., et al. |
| TXS 4 06-4069 | Patricia Doherty v. Wyeth, Inc., et al. |
| TXS 4 06-4070 | Elaine Tobin v. Wyeth, Inc., et al. |
| TXS 4 06-4071 | Rosemary Kelly v. Wyeth, Inc., et al. |
| TXS 4 06-4072 | Loretta Anderson v. Wyeth, Inc., et al. |
| TXS 4 06-4073 | Ann Kaminski v. Wyeth, Inc., et al. |
| TXS 4 06-4074 | Linda Yalmokas v. Wyeth, Inc., et al. |
| TXS 4 06-4075 | Beatrice Swart v. Wyeth, Inc., et al. |
| TXS 4 06-4076 | Rhoda Swartz v. Wyeth, Inc., et al. |
| TXS 4 06-4077 | Carol Yurman v. Wyeth, Inc., et al. |