A CERTIFIED TRUE COPY
FEB 2 2 2007
ATTEST
FOR THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB - 6 2007

FILED
CLERK'S OFFICE

## DOCKET NO. 1507

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

### (SEE ATTACHED SCHEDULE)

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 27 2007

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

### CONDITIONAL TRANSFER ORDER (CTO-91)
4:03CV01507 WRW

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 254 F.Supp.2d 1366 (J.P.M.L. 2003). Since that time, 3,630 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

FEB 2 2 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

## SCHEDULE CTO-91 - TAG-ALONG ACTIONS
## DOCKET NO. 1507
## IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

DIST. DIV. C.A. #              CASE CAPTION

FLORIDA MIDDLE
FLM  6   07-26                 Olga Godwin v. Wyeth, et al.
FLM  8   06-2333               Lillie M. Sams v. Wyeth, et al.

MINNESOTA
MN  0  06-3831                 Kathleen Lonsiak v. Wyeth, et al.
MN  0  06-3954                 Thelma Battiste v. Wyeth, et al.
MN  0  06-4324                 Ruby Evans v. Wyeth, et al.
MN  0  06-4543                 Thelma Goodwin v. Wyeth, et al.
MN  0  06-4911                 Jerry Podesta, etc. v. Wyeth, et al.
MN  0  06-4912                 Jeanne Santoorgian v. Wyeth, et al.
MN  0  06-4913                 Mary Lou Walters v. Wyeth, et al.
MN  0  06-4915                 Doris Williams v. Wyeth, et al.
MN  0  06-5018                 Donna Adkins v. Wyeth, Inc., et al.
MN  0  06-5021                 Gathel Aaron v. Wyeth, Inc., et al.
MN  0  06-5023                 Lorriene Brown, et al. v. Wyeth, Inc., et al.
MN  0  06-5032                 Elizabeth Henegar v. Wyeth, Inc., et al.
MN  0  06-5033                 Karen Davis, et al. v. Wyeth, Inc., et al.
MN  0  06-5034                 Betty Lowe, et al. v. Wyeth, Inc., et al.
MN  0  06-5041                 Wilma Robinson, et al. v. Wyeth, Inc., et al.
MN  0  06-5043                 Jo Anne Aleshire v. Wyeth, Inc., et al.
MN  0  06-5048                 Velma Blackburn, et al. v. Wyeth, Inc., et al.
MN  0  06-5049                 Clara Fields v. Wyeth, Inc., et al.
MN  0  06-5052                 Henrietta Menhouse v. Wyeth, Inc., et al.
MN  0  06-5053                 Virginia Belcher, et al. v. Wyeth, Inc., et al.
MN  0  06-5115                 Connie Maynard v. Wyeth, Inc., et al.
MN  0  07-45                   Doris Dronet v. Parke Davis
MN  0  07-86                   Theresa Clough v. Wyeth, et al.
MN  0  07-87                   Sally Lewis v. Wyeth, et al.
MN  0  07-134                  Kathryn Ann Keel v. Wyeth
MN  0  07-148                  Christine B. Sasser v. Wyeth, et al.
MN  0  07-149                  Deborah Johnson v. Wyeth, et al.
MN  0  07-189                  Marlene Ballee v. Wyeth
MN  0  07-190                  Margaret Chavez v. Wyeth, et al.
MN  0  07-252                  Neline Vara, et al. v. Wyeth, et al.

MISSISSIPPI SOUTHERN
MSS  2   07-11                 Peggy Regan v. Wyeth, et al.
MSS  4   07-11                 Donna Howard v. Wyeth

SOUTH CAROLINA
SC  2   07-138                 Jon Martin, et al. v. Wyeth, Inc., et al.