# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

|  |  |  |
|---|---|---|
|  | : | MDL DOCKET NO. 4:03-CV-1507-WRW |
| IN RE: | : |  |
| PREMPRO PRODUCTS LIABILITY | : |  |
| LITIGATION | : | ALL CASES |

### Order Re: Plaintiff's Motion for Clarification of Bifurcation Order

I will continue to consider bifurcation/punitive damages on a case-by-case basis. Absent some unusual developments in a case, general and punitive damage issues will be bifurcated.

Accordingly, Plaintiffs' Motion for Clarification of Bifurcation Order (Doc. No. 1470) is DENIED.

IT IS SO ORDERED this 20th day of March, 2007.

/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT COURT