IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

|                              |   |                                  |
|------------------------------|---|----------------------------------|
|                              | : | MDL DOCKET NO. 4:03-CV-1507-WRW |
| IN RE:                       | : |                                  |
| PREMPRO PRODUCTS LIABILITY   | : |                                  |
| LITIGATION                   | : | ALL CASES                        |

## ORDER Re: Rulings from March 23, 2007 Hearing

Based on the findings of fact and conclusions of law made in the March 23, 2007 status conference, the following is ordered:

1. **Proposed PPO 9**

Wyeth is directed to file a motion regarding its Proposed PPO 9 by 5 p.m., Monday, April 2, 2007. Plaintiffs' response must be filed by 5 p.m., Thursday, April 12, 2007. A telephone conference will be held at 8:30 a.m. on Friday, April 20, 2007.

2. **Next Bellwether Trials in the Eastern District of Arkansas**

The next two bellwether cases in the Eastern District of Arkansas will commence on Tuesday, December 4, 2007 and Monday, February 4, 2008. I plan on selecting the two cases and entering scheduling orders within the next week or two.

3. **Wyeth's Motion to Quash 30(b)(6) Notice re Sales Data (Doc. No. 1417)**

Wyeth's Motion is DENIED. Plaintiffs may depose one person on this topic.

4. **Wyeth's Motion to Quash 30(b)(6) Notice re Aprella (Doc. No. 1415)**

The parties are directed to file follow-up briefs on this issue. Defendant's brief must be filed by 5 p.m., Monday, April 2, 2007 and Plaintiffs' response must be filed by Thursday, April 12, 2007.

IT IS SO ORDERED this 23rd day of March, 2007.

/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE