A CERTIFIED TRUE COPY

MAR 2 1 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR -5 2007

FILED
CLERK'S OFFICE

## DOCKET NO. 1507

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 27 2007

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

### IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

*(SEE ATTACHED SCHEDULE)*

### CONDITIONAL TRANSFER ORDER (CTO-95)
4:03CV01507 WRW

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 254 F.Supp.2d 1366 (J.P.M.L. 2003). Since that time, 3,852 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

MAR 2 1 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

## SCHEDULE CTO-95 - TAG-ALONG ACTIONS
## DOCKET NO. 1507
## IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

DIST. DIV. C.A. #      CASE CAPTION

CALIFORNIA CENTRAL
CAC   2   06-6857      Marlene Berns v. Wyeth, Inc., et al.

FLORIDA SOUTHERN
FLS   2   07-14032      Lucille Hayes, et al. v. Wyeth, Inc., et al.

MINNESOTA
MN   0   07-649      Melissa Lopez v. Wyeth, et al.
MN   0   07-944      Brenda Mullins, et al. v. Wyeth, et al.
MN   0   07-949      Brunetta Taylor v. Wyeth
MN   0   07-1133      Princess Ethel Fox v. Wyeth, et al.
MN   0   07-1140      Patricia Ann Payne v. Wyeth, et al.

## INVOLVED COUNSEL LIST (CTO-95)
## DOCKET NO. 1507
## IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

Marlene Berns
243 Lasky Drive
Beverly Hills, CA 90212

Martin D. Crump
Davis & Feder, P.A.
1712 15th Street, Suite 300
P.O. Box 6829
Gulfport, MS 39506-7018

Penelope A. Dixon
Carlton Fields, P.A.
P.O. Box 3239
4221 West Boy Scout Boulevard, Suite 1000
Tampa, FL 33601-3239

David P. Graham
Oppenheimer, Wolff & Donnelly, L.L.P.
45 South Seventh Street
Suite 3300 Plaza VII Building
Minneapolis, MN 55402

F. Lane Heard, III
Williams & Connolly, LLP
Edward Bennett Williams Building
725 12th Street, N.W.
Washington, DC 20005-5901

Carrie L. Hund
Bassford Remele, PA
33 South 6th Street, Suite 3800
Minneapolis, MN 55402-3701

David M. Langevin
McSweeney & Fay, PLLP
2116 2nd Avenue, South
Minneapolis, MN 55404

Theodore J. Leopold
Ricci Leopold
2925 PGA Boulevard, Suite 200
Palm Beach Gardens, FL 33410

Eric L. Lundt
Gordon, Hargrove & James
2400 E. Commercial Blvd., Suite 1100
Fort Lauderdale, FL 33308

Patrick Lysaught
Baker, Sterchi, Cowden & Rice, LLC
2400 Pershing Road, Suite 500
Kansas City, MO 64108-2504

Russell Marlin
Gary Eubanks & Associates
P.O. Box 3887
Little Rock, AR 72203-3887

Rhett A. McSweeney
McSweeney & Fay, PLLP
2116 Second Avenue, South
Minneapolis, MN 55401

Guy E. Motzer
Squire, Sanders & Dempsey, L.L.P.
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401-6198

Gale Diane Pearson
Pearson, Randall & Schumacher, PA
100 South Fifth Street
Fifth Street Towers, Suite 1025
Minneapolis, MN 55402

Lyn Peeples Pruitt
Mitchell, Williams, Selig, Gates & Woodyard, PLLC
425 West Capitol Avenue, Suite 1800
Little Rock, AR 72201

Alan E. Rothman
Kaye Scholer, LLP
425 Park Avenue
New York, NY 10022-3598

Gina M. Saelinger
Ulmer & Berne, LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202