**A CERTIFIED TRUE COPY**

MAR 2 2 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**MAR - 6 2007**

FILED
CLERK'S OFFICE

## DOCKET NO. 1507

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

### (SEE ATTACHED SCHEDULE)

**FILED**
EASTERN DISTRICT COURT
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 27 2007

JAMES W. McCORMACK CLERK
By:_____
DEP CLERK

### CONDITIONAL TRANSFER ORDER (CTO-96)
4:03 cv 01507 WRW

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 254 F.Supp.2d 1366 (J.P.M.L. 2003). Since that time, 3,852 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

**Inasmuch as no objection is pending at this time, the stay is lifted.**

MAR 2 2 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

## SCHEDULE CTO-96 - TAG-ALONG ACTIONS
## DOCKET NO. 1507
## IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

DIST. DIV. C.A. #              CASE CAPTION

MAINE
ME   2   07-26              Jeraldine S. Keane, et al. v. Pfizer Inc., et al.

MINNESOTA
MN   0   07-1202            Joan M. Latour v. Wyeth, et al.
MN   0   07-1215            Carol Scelza v. Wyeth, et al.
MN   0   07-1287            Karen E. Moe v. Wyeth, et al.
MN   0   07-1304            Jacqueline Swanson v. Wyeth, et al.

MISSISSIPPI SOUTHERN
MSS 5   07-8               Glenda Faye Traxler v. Wyeth

## INVOLVED COUNSEL LIST (CTO-96)
## DOCKET NO. 1507
## IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

Martin D. Crump
Davis & Feder, P.A.
1712 15th Street, Suite 300
P.O. Box 6829
Gulfport, MS 39506-7018

F. Lane Heard, III
Williams & Connolly, LLP
Edward Bennett Williams Building
725 12th Street, NW
Washington, DC 20005-5901

Patrick Lysaught
Baker, Sterchi, Cowden & Rice, LLC
2400 Pershing Road, Suite 500
Kansas City, MO 64108-2504

Russell Marlin
Gary Eubanks & Associates
P.O. Box 3887
Little Rock, AR 72203-3887

Ted G. Meadows
Beasley, Allen, Crow, Methvin, Portis & Miles, PC
P.O. Box 4160
Montgomery, AL 36103-4160

D. Michael Noonan
Shaheen & Gordon, P.A.
140 Washington Street, 2nd Floor
P.O. Box 977
Dover, NH 03821-0977

Lyn Peeples Pruitt
Mitchell, Williams, Selig, Gates & Woodyard, PLLC
425 West Capitol Avenue, Suite 1800
Little Rock, AR 72201

Alan E. Rothman
Kaye Scholer, LLP
425 Park Avenue
New York, NY 10022-3598

Gina M. Saelinger
Ulmer & Berne, LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202

Erik B. Walker
Hissey Kientz, LLP
9442 Capital of Texas Highway North
Suite 400
Austin, TX 78759