

A CERTIFIED TRUE COPY

APR 27 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Case 4:03-cv-01507-BRW    Document 1522    Filed 05/03/07    Page 1 of 2

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY -3 2007

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 11 2007

FILED
CLERK'S OFFICE

DOCKET NO. 1507

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

~~Pamela Dawn Thorne, et al. v. Wyeth, et al., D. Minnesota, C.A. No. 0:06-3123~~ Opposed 4/27/07.
*Phyllis Martin, et al. v. Wyeth, et al.*, D. Minnesota, C.A. No. 0:07-1475
*JoAnn D. Harding v. Wyeth, et al.*, D. Minnesota, C.A. No. 0:07-1549

### CONDITIONAL TRANSFER ORDER (CTO-99)
4:03CV01507 WRW

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 254 F.Supp.2d 1366 (J.P.M.L. 2003). Since that time, 3,892 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

APR 27 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**INVOLVED COUNSEL LIST (CTO-99)**
**DOCKET NO. 1507**
**IN RE PREMPRO PRODUCTS LIABILITY LITIGATION**

Daniel C. Adams
Larson King, LLP
30 East 7th Street, Suite 2800
St Paul, MN 55101-4922

Jan R. McLean Bernier
Halleland, Lewis, Nilan & Johnson, P.A.
220 South 6th Street, Suite 600
Minneapolis, MN 55402-4501

Brian S. Campf
Williams, Love, O'Leary, Craine &
Powers, PC
9755 S.W. Barnes Road, Suite 450
Portland, OR 97225-6681

Paul R. Dieseth
Dorsey & Whitney LLP
50 South 6th Street, Suite 1500
Minneapolis, MN 55402-1498

Joshua H. Epstein
Drier LLP
499 Park Ave
New York, NY 10022

David P. Graham
Oppenheimer, Wolff & Donnelly, L.L.P.
45 South Seventh Street
Suite 3300, Plaza VII Building
Minneapolis, MN 55402

F. Lane Heard, III
Williams & Connolly, LLP
Edward Bennett Williams Building
725 12th Street, N.W.
Washington, DC 20005-5901

Carrie L. Hund
Bassford Remele, PA
33 South 6th Street, Suite 3800
Minneapolis, MN 55402-3701

David C. Jacobson
Sonnenschein, Nath & Rosenthal, LLP
7800 Sears Tower
233 South Wacker Drive
Chicago, IL 60606

Jennifer A. Kitchak
Fredrikson & Byron
200 South 6th Street, Suite 4000
Minneapolis, MN 55402-1425

Theodore Jon Leopold
Ricci Leopold
2925 PGA Boulevard, Suite 200
Palm Beach Gardens, FL 33410

Patrick Lysaught
Baker, Sterchi, Cowden & Rice, LLC
2400 Pershing Road, Suite 500
Kansas City, MO 64108-2504

Russell Marlin
Gary Eubanks & Associates
P.O. Box 3887
Little Rock, AR 72203-3887

Alex McLaughlin
Calwell Practice
500 Randolph Street
Charleston, WV 25302

Ted G. Meadows
Beasley, Allen, Crow, Methvin, Portis &
Miles, PC
P.O. Box 4160
Montgomery, AL 36103-4160

Frederick W. Morris
Leonard, Street & Deinard
150 South 5th Street, Suite 2300
Minneapolis, MN 55402

Joseph H. Nanney, Jr.
Wyrick, Robbins, Yates & Ponton
4101 Lake Boone Trail, Suite 300
Raleigh, NC 27607

Karen D. Olson
Maslon, Edelman, Borman & Brand, LLP
Wells Fargo Center
90 South 7th Street, Suite 3300
Minneapolis, MN 55402

Lyn Peeples Pruitt
Mitchell, Williams, Selig, Gates &
Woodyard, PLLC
425 West Capitol Avenue, Suite 1800
Little Rock, AR 72201

Michelle L. Rognlien
Bowman & Brooke
150 South Fifth Street, Suite 2600
Minneapolis, MN 55402-4244

Alan E. Rothman
Kaye Scholer, LLP
425 Park Avenue
New York, NY 10022-3598

Gina M. Saelinger
Ulmer & Berne, LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202

Alan R. Vickery
Sedgwick, Detert, Moran & Arnold,
LLP
1717 Main Street, Suite 5400
Dallas, TX 75201-7367

John P. Wagner
SimmonsCooper LLC
PO Box 521
East Alton, IL 62024

William D. Wilmoth
Steptoe & Johnson
P.O. Box 751
Wheeling, WV 26003

John D. Winter
Patterson, Belknap, Webb & Tyler
1133 Avenue of the Americas
New York, NY 10036

Elizabeth S. Wright
Dorsey & Whitney LLP
50 S. 6th Street, Suite 1500
Minneapolis, MN 55402-1498

Charles S. Zimmerman
Zimmerman Reed, PLLP
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402-4123