**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

|  |  |  |
|---|---|---|
|  | : | MDL DOCKET NO. 4:03-CV-1507-WRW |
| IN RE: | : |  |
| PREMPRO PRODUCTS LIABILITY | : |  |
| LITIGATION | : | ALL CASES |

**PRACTICE AND PROCEDURE ORDER 9**
**Additional Case Specific Discovery in Select Cases**

Based on the discussions at status conferences and after reviewing the numerous submissions by the parties, I believe the commencement of some case-specific discovery is warranted.

Accordingly, I have randomly[1] picked forty Arkansas cases and seventy non-Arkansas cases to proceed with case-specific discovery depositions. The parties may take the depositions of the plaintiff(s), spouse(s), treating physician(s), and sales representative(s).

When scheduling the depositions, the parties should be careful not to load one firm's wagon with more poles than a mule can pull, i.e., I expect all parties to be reasonable in this regard.

Below are the Arkansas cases and non-Arkansas cases for which case-specific discovery depositions may commence:

**ARKANSAS CASES**

| 3:05-cv-00074-WRW | Curtis, et al v. Wyeth, et al (E/D AR) |
| 3:05-cv-00078-WRW | Wilson, et al v. Wyeth, et al (E/D AR) |
| 3:05-cv-00225-WRW | Ward v. Wyeth et al (E/D AR) |
| 4:02-cv-00529-WRW | Cook, et al v. Wyeth, et al (E/D AR) |
| 4:03-cv-00437-WRW | Powell v. Wyeth (W/D AR) |

---

[1] Although I say "randomly," I did consider the age of the cases when they were selected -- the older cases were given slightly more weight.

| | |
|---|---|
| 4:03-cv-00980-WRW | Wilkes, et al v. Wyeth, et al (E/D AR) |
| 4:04-cv-00357-WRW | Graves v. Wyeth Inc, et al (E/D AR) |
| 4:04-cv-00358-WRW | Parsons v. Wyeth Inc, et al (E/D AR) |
| 4:04-cv-00520-WRW | Freeman, et al v. Wyeth Inc, et al (E/D AR) |
| 4:04-cv-00554-WRW | Goodwin, et al v. Wyeth Inc, et al (W/D AR) |
| 4:04-cv-00555-WRW | Kuhn v. Wyeth Inc, et al (W/D AR) |
| 4:04-cv-01180-WRW | Haskins v. Wyeth, et al (E/D AR) |
| 4:04-cv-02271-WRW | Laferrara, et al v. Wyeth Inc(E/D AR) |
| 4:05-cv-00095-WRW | Collins v. Wyeth (W/D AR) |
| 4:05-cv-00165-WRW | Sinclair v. Wyeth, et al (W/D AR) |
| 4:05-cv-00444-WRW | Harris v. Wyeth, et al (W/D AR) |
| 4:05-cv-00493-WRW | Lawrence v. Wyeth, et al (E/D AR) |
| 4:05-cv-00499-WRW | Curton v. Pharmacia & Upjohn, et al (E/D AR) |
| 4:05-cv-00500-WRW | Gilmore v. Wyeth, et al (E/D AR) |
| 4:05-cv-00539-WRW | Dodson v. Wyeth (E/D AR) |
| 4:05-cv-00540-WRW | Dickinson v. Wyeth, et al (E/D AR) |
| 4:05-cv-00545-WRW | Richarme v. Wyeth, et al (E/D AR) |
| 4:05-cv-00709-WRW | Starr, et al v. Wyeth, et al (E/D AR) |
| 4:05-cv-00710-WRW | Wiscaver, et al v. Wyeth, et al (E/D AR) |
| 4:05-cv-00711-WRW | Defreece, et al v. Wyeth, et al (E/D AR) |
| 4:05-cv-00712-WRW | Dunn, et al v. Wyeth, et al (E/D AR) |
| 4:05-cv-00716-WRW | Coleman, et al v. Wyeth Inc, et al (E/D AR) |
| 4:05-cv-00785-WRW | Hughes v. Wyeth, et al (E/D AR) |
| 4:05-cv-00799-WRW | Boon v. Wyeth, et al (W/D AR) |
| 4:05-cv-00802-WRW | Knollenberg v. Wyeth, et al (W/D AR) |
| 4:05-cv-00959-WRW | Coleman v. Wyeth et al (E/D AR) |
| 4:05-cv-00960-WRW | Trenthem v. Wyeth et al (E/D AR) |
| 4:05-cv-01026-WRW | Baltus-Sih et al v. Wyeth et al (E/D AR) |
| 4:05-cv-01027-WRW | Bules v. Wyeth et al (E/D AR) |
| 4:05-cv-01029-WRW | Champ v. Wyeth et al (E/D AR) |
| 4:05-cv-01030-WRW | Dupas et al v. Wyeth et al (E/D AR) |
| 4:05-cv-01035-WRW | Austin et al v. Wyeth et al (E/D AR) |
| 4:05-cv-01067-WRW | Wilkerson v. Wyeth et al (E/D AR) |
| 4:05-cv-01941-WRW | Davidson v. Wyeth et al (W/D AR) |
| 5:05-cv-00128-WRW | Bledsoe v. Wyeth, et al  (E/D AR) |

**NON-ARKANSAS CASES**

| | |
|---|---|
| 4:03-cv-00195-WRW | Attuso, et al v. Wyeth Inc, et al |
| 4:03-cv-00206-WRW | Favela v. Wyeth Inc, et al |
| 4:03-cv-00222-WRW | Krznaric v. Wyeth Inc, et al |
| 4:03-cv-00223-WRW | Szabo, et al v. Wyeth Inc, et al |
| 4:03-cv-00308-WRW | Kaufman v. Wyeth Company |
| 4:03-cv-00330-WRW | Fichter v. Wyeth Pharmaceutical |
| 4:03-cv-00335-WRW | Franceschi, et al v. Wyeth, et al |
| 4:03-cv-00346-WRW | Yoshida v. Wyeth Inc, et al |
| 4:03-cv-00351-WRW | Gill, et al v. Wyeth Inc, et al |
| 4:03-cv-00359-WRW | Bohannon v. Wyeth Inc, et al |
| 4:03-cv-00421-WRW | Ragusa v. Wyeth Pharmaceutical |
| 4:03-cv-00431-WRW | White, et al v. Wyeth Inc, et al |
| 4:03-cv-00445-WRW | Reyes, et al v. Wyeth Inc, et al |
| 4:03-cv-00455-WRW | Sherman, et al v. Wyeth, et al |
| 4:03-cv-00470-WRW | Rizzo v. Wyeth Inc |
| 4:03-cv-00472-WRW | Johnson, et al v. Wyeth Inc, et al |
| 4:03-cv-00551-WRW | Massimino v. Wyeth Company |
| 4:03-cv-00561-WRW | Doolittle v. Wyeth Inc, et al |
| 4:03-cv-00568-WRW | Wallace, et al v. Wyeth Inc, et al |
| 4:03-cv-00569-WRW | Wheeler, et al v. Wyeth Inc, et al |
| 4:03-cv-00573-WRW | Brown, et al v. Wyeth Inc, et al |
| 4:03-cv-00618-WRW | Berger, et al v. Wyeth Inc, et al |
| 4:03-cv-00619-WRW | Paul, et al v. English, et al |
| 4:03-cv-00620-WRW | Jan, et al v. Wyeth-Ayerst Intl, et al |
| 4:03-cv-00710-WRW | Barnes, et al v. Wyeth Inc, et al |
| 4:03-cv-00711-WRW | Connor, et al v. Wyeth Inc, et al |
| 4:03-cv-00741-WRW | Bland, et al v. Wyeth Inc, et al |
| 4:03-cv-00744-WRW | Womack v. Wyeth, et al |
| 4:03-cv-00755-WRW | Enberg, et al v. Wyeth Inc, et al |
| 4:03-cv-00763-WRW | Alexander v. Wyeth |
| 4:03-cv-00818-WRW | Hood, et al v. Wyeth, et al |
| 4:03-cv-00830-WRW | Hicks, et al v. Wyeth, et al |
| 4:03-cv-00832-WRW | Watkins v. Wyeth Inc, et al |
| 4:03-cv-00867-WRW | Harry v. Wyeth Inc, et al |
| 4:03-cv-00892-WRW | Loewen, et al v. Wyeth Inc, et al |

| | |
|---|---|
| 4:03-cv-00908-WRW | Amador, et al v. Wyeth, et al |
| 4:03-cv-00917-WRW | Dunn, et al v. Wyeth Inc, et al |
| 4:03-cv-00924-WRW | Payne v. Wyeth, et al |
| 4:03-cv-00925-WRW | Beritech v. Wyeth Inc, et al |
| 4:03-cv-00950-WRW | Merta, et al v. Ayerst Labs Inc, et al |
| 4:03-cv-00951-WRW | Pincus v. Wyeth Inc, et al |
| 4:03-cv-00952-WRW | Wilson, et al v. Wyeth Inc, et al |
| 4:03-cv-00973-WRW | Bleiberg, et al v. Wyeth Pharmaceutical |
| 4:03-cv-00989-WRW | Pickett, et al v. Wyeth Pharmaceutical, et al |
| 4:03-cv-01000-WRW | Plummer v. Wyeth Ayerst |
| 4:03-cv-01022-WRW | Rebetti, et al v. Wyeth Inc, et al |
| 4:04-cv-00017-WRW | Kent, et al v. Wyeth Inc, et al |
| 4:04-cv-00018-WRW | Templeton, et al v. Wyeth Inc, et al |
| 4:04-cv-00019-WRW | Wolf, et al v. Wyeth Inc, et al |
| 4:04-cv-00025-WRW | Sheppard, et al v. Wyeth Pharmaceutical, et |
| 4:04-cv-00053-WRW | Young, et al v. Wyeth Inc, et al |
| 4:04-cv-00056-WRW | Brown v. Wyeth, et al |
| 4:04-cv-00057-WRW | Hewitt v. Wyeth Inc, et al |
| 4:04-cv-00070-WRW | Edwards, et al v. Wyeth Inc, et al |
| 4:04-cv-00074-WRW | Whitus v. Wyeth Inc, et al |
| 4:04-cv-00092-WRW | Handy, et al v. Wyeth, et al |
| 4:04-cv-00156-WRW | Adams, et al v. Wyeth |
| 4:04-cv-00208-WRW | Hooker v. Wyeth Inc, et al |
| 4:04-cv-00283-WRW | Fitzpatrick v. Wyeth Pharmaceutical, et al |
| 4:04-cv-00291-WRW | Wright v. Wyeth Inc, et al |
| 4:04-cv-00298-WRW | Ault, et al v. Wyeth Inc, et al |
| 4:04-cv-00464-WRW | Monty v. Wyeth Inc, et al |
| 4:04-cv-00501-WRW | Ness, et al v. Wyeth, et al |
| 4:04-cv-00503-WRW | Erdman v. Wyeth, et al |
| 4:04-cv-00530-WRW | Pasqualle, et al v. Wyeth Inc, et al |
| 4:04-cv-00544-WRW | Waltrup, et al v. Wyeth Inc, et al |
| 4:04-cv-00545-WRW | Weber v. Wyeth Inc, et al |
| 4:04-cv-00572-WRW | Fish v. Wyeth, et al |
| 4:04-cv-00613-WRW | Goeb, et al v. Wyeth Inc, et al |
| 4:04-cv-00718-WRW | Hart v. Wyeth, et al |

IT IS SO ORDERED this 8th day of May, 2007.

                                                /s/ Wm. R.Wilson,Jr.
                                            UNITED STATE DISTRICT COURT