IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| In re: | MDL Docket No. 4:03CV1507 WRW |
| PREMPRO PRODUCTS LIABILITY LITIGATION | ALL CASES |

MOTION TO COMPEL
DOCUMENTS SUBPOENAED FROM
<u>UNIVERSITY OF WISCONSIN</u>

Pursuant to Rule 45 of the Federal Rules of Civil Procedure, and for the reasons set forth in the accompanying memorandum, Wyeth moves to compel production of documents obtained by plaintiffs from the University of Wisconsin pursuant to subpoena. Plaintiffs have refused to provide copies of the documents despite repeated requests for more than six months.

Respectfully submitted,

/s/     F. Lane Heard III
John W. Vardaman, Jr.
Stephen L. Urbanczyk
F. Lane Heard III

  WILLIAMS & CONNOLLY LLP
  725 12th Street, NW
  Washington, DC 20005-5901
  (202) 434-5000

Lyn P. Pruitt, Bar No. 84121

  MITCHELL, WILLIAMS, SELIG, GATES &
    WOODYARD, PLLC
  425 West Capitol Avenue, Suite 1800
  Little Rock, AR 72201-3525
    (501) 688-8800
  *lpruitt@mwsgw.com*

*Attorneys for Wyeth*

DATED: May 9, 2007

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of May 2007 a true and correct copy of the foregoing Motion to Compel Documents Subpoenaed From University of Wisconsin was electronically filed with the Clerk of Court using the CM/ECF system, and a true and correct copy was forwarded by first-class mail, postage prepaid, to the parties listed on the attached Service List.

/s/   F. Lane Heard III
F. Lane Heard III

WILLIAMS & CONNOLLY LLP
725 12th Street, NW
Washington, DC 20005-5901
(202) 434-5000
*lheard@wc.com*

**SERVICE LIST**

**STEERING COMMITTEE MEMBERS**

Mr. Richard Lewis
COHEN, MILSTEIN, HAUSFELD &
TOLL, P.L.L.C.
1100 New York Avenue, N.W.
Suite 500 West Tower
Washington, D.C. 20005

Mr. Shawn Khorrami
Ms. Patricia Mitchell
LAW OFFICES OF SHAWN
KHORRAMI
14550 Haynes Street, Third Floor
Van Nuys, CA  91411

Mr. Tobias L. Millrood
SCHIFFRIN & BARROWAY, LLP
280 King of Prussia Road
Radnor, PA  19087

Mr. Hank Wallace
WALLACE, CHAPUS & ASSOCIATES
2220 Grant Building
Pittsburgh, Pennsylvania  15219

James A. Morris, Jr.
  BRENT COON & ASSOCIATES
  11614 Bee Caves Road, Suite 220
  Austin, Texas 78738
  e-mail:    jim.morris@bcoonlaw.com

Mr. Patrick Stueve
Mr. Todd E. Hilton
STUEVE SIEGEL HANSON WOODY,
LLP
330 West 47th Street
Suite 250
Kansas City, Missouri  64112

Mr. Clint Krislov
W. Joel Vander Vliet
KRISLOV & ASSOCIATES, LTD.
Civic Opera Building
20 North Wacker Drive, Suite 1350
Chicago, Illinois  60606

Ms. Eileen L. McGeever
RUSHALL & McGEEVER
1903 Wright Place
Suite 250
Carlsbad, California  92008

Mr. Robert K. Jenner
JANET, JENNER & SUGGS
1829 Reisterstown Road, Suite 320
Baltimore, MD  21208

Mr. Ken Suggs
JANET, JENNER & SUGGS
500 Taylor Street
Columbia, SC  29201

Mr. Mike Williams
WILLIAMS DAILEY O'LEARY
CRAINE AND LOVE, P.C.
9755 SW Barnes Road, Suite 450
Portland, OR  97225-6681

Mr. Marc Coulter
Mr. Aaron Rihn
PEIRCE, RAIMOND & COULTER
2500 Gulf Tower
606 Grant Street
Pittsburgh, Pennsylvania  15219

Christopher T. Kirchmer
PROVOST UMPHREY
490 Park Street
P.O. Box 4905
Beaumont, Texas  77704

Mr. Ralph M. Cloar Jr.
Suite 640
1501 N. University Avenue
Little Rock, AR  72201

## LEAD AND LIAISON COUNSEL

Mr. Russell D. Marlin
Mr. Gary Holt
GARY EUBANKS & ASSOCIATES, LTD
708 West Second Street
P.O. Box 3887
Little Rock, Arkansas  72203-3887

Mr. Michel Mills
Of Counsel GARY EUBANKS & ASSOCIATES, LTD
708 West Second Street
P.O. Box 3887
Little Rock, Arkansas  72203-3887

Ms. Zoe Littlepage
LITTLEPAGE BOOTH
1012 W. Alabama
Houston, TX  77006