**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | : | **MDL Docket No. 4:03CV1507 WRW** |
| | : | |
| **PREMPRO PRODUCTS LIABILITY** | : | |
| **LITIGATION** | : | **ALL CASES** |
| | : | |

**MEMORANDUM IN SUPPORT OF
MOTION TO COMPEL DOCUMENTS SUBPOENAED
FROM UNIVERSITY OF WISCONSIN**

Plaintiffs issued a subpoena to the University of Wisconsin in March 2006.[1]  The

University responded, and plaintiffs have had the responsive documents in their possession for

more than 7 months.  Wyeth has advised plaintiffs in the past that it has a standing request for

copies of all documents that plaintiffs obtains pursuant to subpoena.  Here, in addition, counsel

for Wyeth has specifically and repeatedly requested copies of these documents, beginning in

August of 2006.  Copies of the letters and emails are attached.[2]

---

[1]   Attached as Ex. 1.

[2]   On August 7, 2006, counsel for Wyeth first contacted plaintiffs' counsel Jeff Gibson
requesting the University of Wisconsin documents (Ex. 2).

On March 22, 2007, counsel for Wyeth reminded Mr. Gibson of Wyeth's earlier request for
the University of Wisconsin documents and asked again for copies of the documents (Ex. 3).

On April 9, 2007, having heard nothing from Mr. Gibson, counsel for Wyeth once more
emailed Mr. Gibson reminding him of Wyeth's requests and asking if he would please
respond.  Mr. Gibson did respond that day, informing Wyeth that he was traveling but would
try to get into his office on the coming weekend and provide the documents (Ex. 4).

On April 20, 2007, having received no documents from Mr. Gibson, counsel for Wyeth once
more contacted Mr. Gibson and again reminded him of its desire to get the documents and
suggested that if Mr. Gibson was still traveling perhaps a secretary or paralegal at his office
might provide the documents.

Plaintiffs have ignored our requests and failed to produce the documents.  Their delay appears to be calculated, for plaintiffs are now seeking to depose a third-party witness whom they will cross-examine with the University of Wisconsin documents.

It is regrettable, but necessary, for Wyeth to move to compel copies of the documents that plaintiffs obtained by subpoena.

Respectfully submitted,

/s/     F. Lane Heard III
John W. Vardaman, Jr.
Stephen L. Urbanczyk
F. Lane Heard III

WILLIAMS & CONNOLLY LLP
725 12th Street, NW
Washington, DC 20005-5901
(202) 434-5000

---

Mr. Gibson responded to Wyeth on April 20th, that he was back in the office and would "take care of it."

On April 30, 2007, Wyeth's counsel once more reminded Mr. Gibson that it had not received the University of Wisconsin documents and asked if he would please send them or notify Wyeth if there was some problem preventing plaintiffs from turning over the documents.

On April 30, Mr. Gibson responded that they had ran into some "technical glitches" with the disc containing the documents and would have to contact the vendor to deal with it.

On May 7, having heard nothing back from Mr. Gibson concerning the status of the documents, counsel for Wyeth wrote Mr. Gibson a letter noting that plaintiffs had noticed a deposition of a third-party witness – Bernadette Janas – who had involvement with the University of Wisconsin that was relevant to the subpoenaed documents, and that Wyeth, reluctantly, would have to move to compel production of the documents in order to be able to prepare for the deposition (Ex. 5).  To date, Wyeth has received neither a response from the plaintiffs to its May 7 letter or the University of Wisconsin documents.

Lyn P. Pruitt, Bar No. 84121

MITCHELL, WILLIAMS, SELIG, GATES &
   WOODYARD, PLLC
425 West Capitol Avenue, Suite 1800
Little Rock, AR 72201-3525
   (501) 688-8800
   *lpruitt@mwsgw.com*

*Attorneys for Wyeth*

DATED:  May 9, 2007

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 9th day of May 2007 a true and correct copy of the foregoing Memorandum in Support of Motion to Compel Documents Subpoenaed From University of Wisconsin was electronically filed with the Clerk of Court using the CM/ECF system, and a true and correct copy was forwarded by electronic mail to the parties listed on the attached Service List.

/s/      F. Lane Heard III
F. Lane Heard III

WILLIAMS & CONNOLLY LLP
725 12th Street, NW
Washington, DC 20005-5901
(202) 434-5000
*lheard@wc.com*

# SERVICE LIST

## STEERING COMMITTEE MEMBERS

Mr. Richard Lewis
COHEN, MILSTEIN, HAUSFELD &
TOLL, P.L.L.C.
1100 New York Avenue, N.W.
Suite 500 West Tower
Washington, D.C. 20005

Mr. Shawn Khorrami
Ms. Patricia Mitchell
LAW OFFICES OF SHAWN
KHORRAMI
14550 Haynes Street, Third Floor
Van Nuys, CA 91411

Mr. Tobias L. Millrood
SCHIFFRIN & BARROWAY, LLP
280 King of Prussia Road
Radnor, PA 19087

Mr. Hank Wallace
WALLACE, CHAPUS & ASSOCIATES
2220 Grant Building
Pittsburgh, Pennsylvania 15219

James A. Morris, Jr.
BRENT COON & ASSOCIATES
11614 Bee Caves Road, Suite 220
Austin, Texas 78738
e-mail:      jim.morris@bcoonlaw.com

Mr. Patrick Stueve
Mr. Todd E. Hilton
STUEVE SIEGEL HANSON WOODY,
LLP
330 West 47th Street
Suite 250
Kansas City, Missouri 64112

Mr. Clint Krislov
W. Joel Vander Vliet
KRISLOV & ASSOCIATES, LTD.
Civic Opera Building
20 North Wacker Drive, Suite 1350
Chicago, Illinois 60606

Ms. Eileen L. McGeever
RUSHALL & McGEEVER
1903 Wright Place
Suite 250
Carlsbad, California 92008

Mr. Robert K. Jenner
JANET, JENNER & SUGGS
1829 Reisterstown Road, Suite 320
Baltimore, MD 21208

Mr. Ken Suggs
JANET, JENNER & SUGGS
500 Taylor Street
Columbia, SC 29201

Mr. Mike Williams
WILLIAMS DAILEY O'LEARY
CRAINE AND LOVE, P.C.
9755 SW Barnes Road, Suite 450
Portland, OR 97225-6681

Mr. Marc Coulter
Mr. Aaron Rihn
PEIRCE, RAIMOND & COULTER
2500 Gulf Tower
606 Grant Street
Pittsburgh, Pennsylvania 15219

Christopher T. Kirchmer
PROVOST UMPHREY
490 Park Street
P.O. Box 4905
Beaumont, Texas  77704

Mr. Ralph M. Cloar Jr.
Suite 640
1501 N. University Avenue
Little Rock, AR  72201

## LEAD AND LIAISON COUNSEL

Mr. Russell D. Marlin
Mr. Gary Holt
GARY EUBANKS & ASSOCIATES,
LTD
708 West Second Street
P.O. Box 3887
Little Rock, Arkansas  72203-3887

Mr. Michel Mills
Of Counsel GARY EUBANKS &
ASSOCIATES, LTD
708 West Second Street
P.O. Box 3887
Little Rock, Arkansas  72203-3887

Ms. Zoe Littlepage
LITTLEPAGE BOOTH
1012 W. Alabama
Houston, TX  77006