IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

|  |  |
|---|---|
| IN RE: | : MDL DOCKET NO. 4:03-CV-1507-WRW |
| PREMPRO PRODUCTS LIABILITY | : |
| LITIGATION | : ALL CASES |

**ORDER Re: Replacement PPO9 Cases**

Practice and Procedure Order 9 designated 110 individual cases[1] for some case-specific discovery.[2] The parties contend that cases involving allegations of injuries other than breast cancer should not be subject to PPO 9 discovery. While I generally agree with this position, I believe that case-specific discovery should still go forward for individual plaintiffs, alleging only breast cancer injury, in the multi-plaintiff cases.

Below I have listed the cases that were originally subject to PPO 9, but are no longer eligible, as well as, replacement cases, which are now subject to PPO 9. As to the new PPO 9 cases listed in this Order, Plaintiffs' counsel must confer with each of their clients and inform Defendants, by 5 p.m., Tuesday, July 17, 2007, whether each Plaintiff intends to proceed with her case. Additionally, each Plaintiff must supply Defendants with an updated medical authorization by 5 p.m., Tuesday, July, 31, 2007.

**ARKANSAS CASES**

    No longer subject to PPO 9:

    4:03-cv-00437-WRW    Powell v. Wyeth (W/D AR)
    4:05-cv-00444-WRW    Harris v. Wyeth, et al (W/D AR)
    4:03-cv-00980-WRW    Wilkes, et al v. Wyeth, et al (E/D AR)
    4:04-cv-01180-WRW    Haskins v. Wyeth, et al (E/D AR)
    4:05-cv-01030-WRW    Dupas et al v. Wyeth et al (E/D AR)

---

[1] I have intentionally used the word "cases" rather than "plaintiffs."

[2] Doc. No. 1530.

1

| | |
|---|---|
| 4:05-cv-00095-WRW | Collins v. Wyeth (W/D AR) |
| 4:05-cv-00711-WRW | Defreece v. Wyeth (E/D AR) |
| 4:05-cv-00710-WRW | Wiscaver v. Wyeth (E/D AR) |
| 4:05-cv-00716-WRW | Coleman v. Wyeth (E/D AR) |

Replacement case subject to PPO 9:[3]

| | |
|---|---|
| 4:04-cv-00372-WRW | Demoville, et al v. Wyeth Inc, et al (E/D AR) |
| 4:04-cv-00584-WRW | McCarthy, et al v. Wyeth, et al (E/D AR) |
| 4:05-cv-00715-WRW | Daniell, et al v. Wyeth Inc, et al (E/D AR) |
| 4:04-cv-00795-WRW | Martin, et al v. Wyeth, et al (E/D AR) |
| 4:04-cv-01164-WRW | Hasley, et al v. Wyeth Inc, et al (E/D AR) |
| 4:04-cv-01165-WRW | Van Houten, et al v. Wyeth Inc, et al (E/D AR) |
| 4:05-cv-00545-WRW | Richarme v. Wyeth, et al (E/D AR) |
| 4:05-cv-00718-WRW | Ingram, et al v. Wyeth Inc, et al (E/D AR) |
| 4:05-cv-00720-WRW | Brooks, et al v. Wyeth Inc, et al (E/D AR) |
| 4:05-cv-00730-WRW | Crook v. Wyeth Inc, et al (E/D AR) |
| 4:05-cv-00785-WRW | Hughes v. Wyeth, et al (E/D AR) |
| 4:05-cv-01034-WRW | Jeras v. Wyeth et al (E/D AR) |

**NON-ARKANSAS CASES**

No longer subject to PPO 9:

| | |
|---|---|
| 4:03-cv-00195-WRW | Attuso, et al v. Wyeth, Inc, et al |
| 4:03-cv-00330-WRW | Fichter v. Wyeth Pharmaceutical |
| 4:03-cv-00346-WRW | Yoshida v. Wyeth Inc, et al |
| 4:03-cv-00351-WRW | Gill, et al v. Wyeth Inc, et al |
| 4:03-cv-00359-WRW | Bohannon v. Wyeth Inc, et al |
| 4:03-cv-00455-WRW | Sherman, et al v. Wyeth, et al |
| 4:03-cv-00551-WRW | Massimino v. Wyeth Company |
| 4:03-cv-00568-WRW | Wallace, et al v. Wyeth Inc, et al |
| 4:03-cv-00573-WRW | Brown, et al v. Wyeth Inc, et al |
| 4:03-cv-00755-WRW | Enberg, et al v. Wyeth Inc, et al |
| 4:03-cv-00763-WRW | Alexander v. Wyeth |
| 4:03-cv-00917-WRW | Dunn, et al v. Wyeth Inc, et al |
| 4:03-cv-00924-WRW | Payne v. Wyeth, et al |
| 4:04-cv-00018-WRW | Templeton, et al v. Wyeth Inc, et al |

---

[3] For both the Arkansas and non-Arkansas listings, there may be more "replacement cases" than original cases, since PPO 9 cases that were voluntarily dismissed are not listed in this Order.

| | |
|---|---|
| 4:04-cv-00025-WRW | Sheppard, et al v. Wyeth Pharmaceutical, et |
| 4:04-cv-00074-WRW | Whitus v. Wyeth Inc, et al |
| 4:04-cv-00092-WRW | Handy, et al v. Wyeth, et al |
| 4:04-cv-00298-WRW | Ault, et al v. Wyeth Inc, et al |
| 4:04-cv-00501-WRW | Ness, et al v. Wyeth, et al |
| 4:04-cv-00545-WRW | Weber v. Wyeth Inc, et al |
| 4:04-cv-00572-WRW | Fish v. Wyeth, et al |
| 4:04-cv-00613-WRW | Goeb, et al v. Wyeth Inc, et al |

Replacement case subject to PPO 9

| | |
|---|---|
| 4:03-cv-00713-WRW | Day, et al v. Wyeth Inc, et al |
| 4:03-cv-00714-WRW | Bryant, et al v. Wyeth Inc, et al |
| 4:04-cv-00129-WRW | Kelley v. Wyeth Inc, et al |
| 4:04-cv-00198-WRW | Meek, et al v. Wyeth Inc, et al |
| 4:04-cv-00731-WRW | Andrus, et al v. Wyeth Inc, et al |
| 4:04-cv-00743-WRW | Pfeifer, et al v. Wyeth Inc, et al |
| 4:04-cv-00744-WRW | Love v. Wyeth Inc, et al |
| 4:04-cv-00745-WRW | Penfield, et al v. Wyeth Inc, et al |
| 4:04-cv-00748-WRW | Castro, et al v. Wyeth Inc, et al |
| 4:04-cv-00749-WRW | Okuda, et al v. Wyeth, et al |
| 4:04-cv-00758-WRW | Thompson v. Wyeth, et al |
| 4:04-cv-00760-WRW | Anderson v. Wyeth Pharm, et al |
| 4:04-cv-00761-WRW | Michael, et v. Wyeth Pharm, et al |
| 4:04-cv-00764-WRW | Warner v. Wyeth Inc, et al |
| 4:04-cv-00766-WRW | Downing, et al v. Wyeth Inc, et al |
| 4:04-cv-00767-WRW | Weidner v. Wyeth Inc, et al |
| 4:04-cv-00802-WRW | Wells, et al v. Wyeth, et al |
| 4:04-cv-00811-WRW | Cocuzza, et al v. Wyeth Inc, et al |
| 4:04-cv-00817-WRW | Marks, et al v. Wyeth Inc, et al |
| 4:04-cv-00818-WRW | Marsho, et al v. Wyeth Inc, et al |
| 4:04-cv-00819-WRW | Meadows v. Wyeth Inc, et al |
| 4:04-cv-00822-WRW | Campbell, et al v. Wyeth Inc, et al |
| 4:04-cv-00823-WRW | Lee, et al v. Wyeth Inc, et al |
| 4:04-cv-01124-WRW | Aitchison, et al v. Wyeth Inc, et al |

IT IS SO ORDERED this 3rd day of July, 2007.

/s/ Wm. R. Wilson, Jr._____
UNITED STATE DISTRICT JUDGE