A CERTIFIED TRUE COPY

JUL - 9 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 16 2007

JAMES W. McCORMACK, CLERK
By: _____
                    DEP CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 21 2007

FILED
CLERK'S OFFICE

DOCKET NO. 1507

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

*Janet Kirschstein v. Wyeth, Inc., et al.*, D. Minnesota, C.A. No. 0:07-2681
*Eleanor Grays v. Wyeth*, D. Minnesota, C.A. No. 0:07-2737
*Janice Greenberg v. Wyeth*, D. Minnesota, C.A. No. 0:07-2818

### CONDITIONAL TRANSFER ORDER (CTO-107)

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 254 F.Supp.2d 1366 (J.P.M.L. 2003). Since that time, 3,940 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUL - 9 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

## INVOLVED COUNSEL LIST (CTO-107)
## DOCKET NO. 1507
## IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

F. Lane Heard, III
Williams & Connolly, LLP
Edward Bennett Williams Building
725 12th Street, N.W.
Washington, DC 20005-5901

Patrick Lysaught
Baker, Sterchi, Cowden & Rice, LLC
2400 Pershing Road, Suite 500
Kansas City, MO 64108-2504

Russell Marlin
Gary Eubanks & Associates
P.O. Box 3887
Little Rock, AR 72203-3887

Rhett A. McSweeney
McSweeney & Fay, PLLP
2116 Second Avenue, South
Minneapolis, MN 55401

Lyn Peeples Pruitt
Mitchell, Williams, Selig, Gates & Woodyard, PLLC
425 West Capitol Avenue, Suite 1800
Little Rock, AR 72201

Alan E. Rothman
Kaye Scholer, LLP
425 Park Avenue
New York, NY 10022-3598

Gina M. Saelinger
Ulmer & Berne, LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202

Robert K. Shelquist
Lockridge Grindal Nauen PLLP
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401-2179

Erik B. Walker
Hissey, Kientz & Herron, LLP
16800 Imperial Valley Drive, Suite 130
Houston, TX 77060