
A CERTIFIED TRUE COPY
JUL 1 3 2007
ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 2 7 2007

FILED
CLERK'S OFFICE

DOCKET NO. 1507

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-108)

4:03 CV 1507 WRW

FILED
EASTERN DISTRICT COURT
DISTRICT ARKANSAS
JUL 20 2007
JAMES W. McCORMACK, CLERK
By: Martha Dugale
DEP CLERK

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 254 F.Supp.2d 1366 (J.P.M.L. 2003). Since that time, 3,940 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUL 1 3 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

## SCHEDULE CTO-108 - TAG-ALONG ACTIONS
## MDL NO. 1507
## IN RE Prempro Products Liability Litigation

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ARKANSAS WESTERN** | |
| ARW  6  07-6044 | Linda McMichael v. Wyeth, et al. |
| **MINNESOTA** | |
| MN  0  07-2915 | Vickie Roney v. Wyeth, et al. |
| MN  0  07-2916 | Geneva Scheets, et al. v. Wyeth, Inc., et al. |
| MN  0  07-2917 | Rodney Schlaffman v. Wyeth, Inc., et al. |
| MN  0  07-2936 | Judy Foote v. Wyeth, et al. |
| **SOUTH CAROLINA** | |
| SC   5   07-1680 | Jeanette P. Cooper v. Wyeth, Inc., et al. |