A CERTIFIED TRUE COPY

JUL 31 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

01507-BRW   Document 1597   Filed 08/06/07   Page 1 of 3

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 13 2007

FILED
CLERK'S OFFICE

# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## MDL NO. 1507

### IN RE Prempro Products Liability Litigation

(SEE ATTACHED SCHEDULE)

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 06 2007

JAMES W. McCORMACK, CLERK
By: _____ DEPUTY CLERK

### CONDITIONAL TRANSFER ORDER (CTO-109)

4:03CV01507 WRW

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 254 F.Supp.2d 1366 (J.P.M.L. 2003). Since that time, 3,940 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUL 31 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

## SCHEDULE CTO-109 - TAG-ALONG ACTIONS
## MDL NO. 1507
## IN RE Prempro Products Liability Litigation

DIST. DIV. C.A. #           CASE CAPTION

FLORIDA MIDDLE
FLM  6   07-1034            Karen E. Armstrong v. Wyeth, Inc., et al.

MINNESOTA
MN   0   07-2770            Diane Torgerson v. Wyeth
MN   0   07-2959            Sandra Snyder v. Wyeth
MN   0   07-3005            Diana Viner v. Wyeth

TEXAS SOUTHERN
TXS  4   06-3710            Jeraldine Orsak v. Wyeth, Inc., et al.
TXS  4   06-4057            Beatrice Valdez v. Wyeth, Inc., et al.
TXS  4   07-193             Beverly Baran v. Wyeth, Inc., et al.
TXS  4   07-194             Shirley Behrens v. Wyeth, Inc., et al.
TXS  4   07-195             Irene Belikoff v. Wyeth, Inc., et al.
TXS  4   07-196             Gail Berkowitz v. Wyeth, Inc., et al.
TXS  4   07-197             Alma Joyce Brose v. Wyeth, Inc., et al.
TXS  4   07-198             Barbara Buck v. Wyeth, Inc., et al.
TXS  4   07-203             Leonor Carmona v. Wyeth, Inc., et al.
TXS  4   07-205             Marjorie Carney v. Wyeth, Inc., et al.
TXS  4   07-206             Kathleen Castagnoli v. Wyeth, Inc., et al.
TXS  4   07-208             Barbara Cavuto v. Wyeth, Inc., et al.
TXS  4   07-209             Sylvia Centner v. Wyeth, Inc., et al.
TXS  4   07-210             Sari Cohen v. Wyeth, Inc., et al.
TXS  4   07-211             Susan Cohen v. Wyeth, Inc., et al.
TXS  4   07-212             Mary Ann Connelly v. Wyeth, Inc., et al.
TXS  4   07-214             Patricia Cooke v. Wyeth, Inc., et al.
TXS  4   07-215             Carol Cox v. Wyeth, Inc., et al.
TXS  4   07-218             Clara Bush v. Wyeth, Inc., et al.
TXS  4   07-220             Laura Davenport v. Wyeth, Inc., et al.
TXS  4   07-221             Brenda S. Liberti v. Wyeth, Inc., et al.
TXS  4   07-222             Diane Davis v. Wyeth, Inc., et al.
TXS  4   07-223             Mary Ethna Dias v. Wyeth, Inc., et al.
TXS  4   07-224             Margie Dodge v. Wyeth, Inc., et al.
TXS  4   07-226             Jocelyne Dorrie v. Wyeth, Inc., et al.
TXS  4   07-227             Juliana Dundore v. Wyeth, Inc., et al.
TXS  4   07-228             Patricia Eising v. Wyeth, Inc., et al.
TXS  4   07-229             Elinor Epstein v. Wyeth, Inc., et al.
TXS  4   07-230             Judie Faitell v. Wyeth, Inc., et al.
TXS  4   07-231             Ofelia Feldman v. Wyeth, Inc., et al.
TXS  4   07-232             Mary Finizio v. Wyeth, Inc., et al.
TXS  4   07-235             Florine Freedman v. Wyeth, Inc., et al.
TXS  4   07-236             Lynne Freedman v. Wyeth, Inc., et al.
TXS  4   07-237             Muriel Friedman v. Wyeth, Inc., et al.
TXS  4   07-238             Ruth Glaser v. Wyeth, Inc., et al.
TXS  4   07-240             Audrey Goldmann v. Wyeth, Inc., et al.
TXS  4   07-241             Ingrid Goldshmid v. Wyeth, Inc., et al.
TXS  4   07-242             Carole Goldstein v. Wyeth, Inc., et al.
TXS  4   07-243             Rosalinda Gonzalez v. Wyeth, Inc., et al.
TXS  4   07-244             Lucille Goodman v. Wyeth, Inc., et al.

## SCHEDULE CTO-109 - TAG-ALONG ACTIONS (MDL-1507)                                Page 2 of 2

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| TXS 4 07-245 | Marie Grabell v. Wyeth, Inc., et al. |
| TXS 4 07-246 | Mildred Gregory v. Wyeth, Inc., et al. |
| TXS 4 07-247 | Marta Guerra v. Wyeth, Inc., et al. |
| TXS 4 07-248 | Olga Hamblet v. Wyeth, Inc., et al. |
| TXS 4 07-250 | Gail Hilling v. Wyeth, Inc., et al. |
| TXS 4 07-251 | Catherine Hoffman v. Wyeth, Inc., et al. |
| TXS 4 07-253 | Elizabeth Hoppes v. Wyeth, Inc., et al. |
| TXS 4 07-254 | Barbara Howe v. Wyeth, Inc., et al. |
| TXS 4 07-255 | Elaine Hudgeons v. Wyeth, Inc., et al. |
| TXS 4 07-257 | Johanna C. Hunt v. Wyeth, Inc., et al. |
| TXS 4 07-258 | Gloria Irish v. Wyeth, Inc., et al. |
| TXS 4 07-259 | Rochelle Isaacs v. Wyeth, Inc., et al. |
| TXS 4 07-260 | Nancy Johnson-Sloan v. Wyeth, Inc., et al. |
| TXS 4 07-261 | Patricia Jones v. Wyeth, Inc., et al. |
| TXS 4 07-262 | Barbara Kamins v. Wyeth, Inc., et al. |
| TXS 4 07-263 | Bertha Kanofsky v. Wyeth, Inc., et al. |
| TXS 4 07-266 | Shelia Langan v. Wyeth, Inc., et al. |
| TXS 4 07-267 | Patricia Langella v. Wyeth, Inc., et al. |
| TXS 4 07-270 | Zeta Levine v. Wyeth, Inc., et al. |
| TXS 4 07-271 | Dianne Lewis v. Wyeth, Inc., et al. |