**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
600 W. CAPITOL, ROOM 423
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**August 13, 2007**

**Steering Committee Members**

Mr. Ralph M. Cloar, Jr.
CLOAR LAW FIRM
1501 N. University Ave.
Little Rock, AR 72201

Mr. Marc Coulter
Mr. Aaron Rihn
PEIRCE, RAIMOND & COULTER
2500 Gulf Tower, 606 Grant Street
Pittsburgh, Pennsylvania 15219

Mr. Mike Williams
WILLIAMS DAILEY O'LEARY CRAINE AND LOVE, P.C.
101 SW 5th Avenue, Ste., 1900
Portland, OR 97204-1135

Mr. Robert K. Jenner
JANET, JENNER & SUGGS L.L.C.
1829 Reisterstown Road, Suite 320
Baltimore, Maryland 21208

Mr. Shawn Khorrami
LAW OFFICES OF SHAWN KHORRAMI
14550 Haynes Street, Third Floor
Van Nuys, CA 91411

Mr. Clint Krislov
KRISLOV & ASSOCIATES, LTD.
Civic Opera Building
20 North Wacker Drive, Suite 1350
Chicago, Illinois  60606

Mr. Richard Lewis
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
1100 New York Avenue, N.W., Ste 500 West Tower
Washington, D.C. 20005

Ms. Eileen L. McGeever
RUSHALL & MCGEEVER
1903 Wright Place, Suite 250
Carlsbad, California 92008

Mr. Tobias Millrood
SCHIFFRIN & BARROWAY, LLP
Three Bala Plaza East, Suite 400
Bala Cynwyd, Pennsylvania 19004

Mr. James Morris
Ms. D'Juana Parks
PROVOST & UMPHREY LAW FIRM L.L.P.
490 Park St.
P.O. Box 4905
Beaumont, TX 77704

Mr. Patrick J. Stueve
Mr. Todd E. Hilton
STUEVE SIEGEL HANSON WOODY LLP
330 W. 47th Street, Suite 250
Kansas City, MO 64112

Mr. Ken Suggs
JANET, JENNER & SUGGS L.L.C.
500 Taylor St.
Columbia, SC 29201

Mr. Hank Wallace
WALLACE, CHAPUS & ASSOCIATES
2220 Grant Building
Pittsburgh, Pennsylvania 15219

## Defendants' Steering Committee Members

Mr. Steven Glickstein
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022

Mr. Joseph P. Thomas
ULMER BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202-2409

Mr. Alan R. Vickery
SEDGWICK, DETERT, MORAN & ARNOLD, LLP
1717 Main Street, Suite 5400
Dallas, TX 75201-7367

Ms. Mary Hunnell Smith
SMITH & SMITH
5120 Woodway, Suite 7036
Houston, TX 77056

Mr. T. Scott Allen
CRUSE, SCOTT, HENDERSON & ALLEN, LLP
2777 Allen Parkway, 7th Floor
Houston, TX 77019

Mr. Russell G. Thornton
STINNETT THIEBAUD & REMINGTON, LLP
Fountain Place
1445 Ross Avenue, Suite 4800
Dallas, TX 75202-2701

Mr. Brian A. Troyer
3900 Key Center
127 Public Square
Cleveland, Ohio 44114

## Lead and Liaison Counsel

Ms. Zoe Littlepage
LITTLEPAGE BOOTH
1012 West Alabama Street
Houston, Texas 77006

Mr. Michel Mills
Mr. Russell D. Marlin
Mr. Gary Holt
GARY EUBANKS & ASSOCIATES, LTD
708 West Second Street
Post Office Box 3887
Little Rock, Arkansas 72203-3887

Ms. Lyn P. Pruitt
MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD
425 West Capitol, Suite 1800
Little Rock, Arkansas 72201

Mr. John W. Vardaman, Jr.
Mr. Stephen L. Urbanczyk
Mr. F. Lane Heard, III
WILLIAMS & CONNOLY, LLP
725 Twelfth Street, N.W.
Washington, D.C.  20005

Re:   August 24, 2007 Hearing
      *In Re: Prempro Products Liability*, 4:03-CV-001507

To All Counsel:

Please submit a list of topics you wish to be on the agenda for the August 24, 2007 hearing by 5 p.m. Monday, August 20, 2007. Email a copy of this list to my law clerk, Matt Morgan, as well -- matt_morgan@ared.uscourts.gov.

If a topic on your list involves a lawyer who does not regularly attend the status conference, the burden is on you to inform that lawyer that she or he is expected to be at the status conference.

Our Dutch treat reception will be at The Legacy Hotel, at 5:00 p.m. on Thursday, August 23, 2007.

Cordially,

/s/ Wm. R. Wilson, Jr.

Original to the Clerk of the Court