A CERTIFIED TRUE COPY

SEP 1 4 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 2 9 2007

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

FILED
EASTERN U.S. DISTRICT COURT
DISTRICT ARKANSAS

SEP 2 0 2007

JAMES W. McCORMACK, CLERK
DEP CLERK

## MDL NO. 1507

## IN RE Prempro Products Liability Litigation

## (SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-112)
4:03 CV1507 WRW

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 254 F.Supp.2d 1366 (J.P.M.L. 2003). Since that time, 4,034 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

SEP 1 4 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

# SCHEDULE CTO-112 - TAG-ALONG ACTIONS
## MDL NO. 1507
## IN RE Prempro Products Liability Litigation

DIST. DIV. C.A. #                       CASE CAPTION

FLORIDA SOUTHERN
FLS  9   07-80685       Sylvia Kogan v. Wyeth, et al.
FLS  9   07-80686       Nancy Grant v. Wyeth, et al.

GEORGIA SOUTHERN
GAS  4   07-98          Leonard John Eaton, etc. v. Wyeth, Inc., et al.

MINNESOTA
MN   0   07-3293        Marie Baltus-Sih, et al. v. Wyeth, et al.
MN   0   07-3365        Sherry L. Bonnett, et al. v. Wyeth, et al.
MN   0   07-3549        Betty Winegar v. Wyeth
MN   0   07-3550        Barbara A. Jones v. Wyeth
MN   0   07-3552        Carol Jean Leske v. Wyeth
MN   0   07-3553        Margo A. Sharp v. Wyeth, et al.
MN   0   07-3554        Lucy J. Connell v. Wyeth
MN   0   07-3585        Stanley Mills, etc. v. Wyeth Pharmaceuticals, Inc., et al.
MN   0   07-3602        Erika P. Fiedel v. Wyeth
MN   0   07-3603        Patricia A. Larrabee v. Wyeth
MN   0   07-3604        Elsie Meyer v. Wyeth
MN   0   07-3605        Donna Barrus v. Wyeth
MN   0   07-3606        Shirleen G. Beutler v. Wyeth
MN   0   07-3607        Connie N. Brown v. Wyeth
MN   0   07-3608        Doris R. Smith v. Wyeth
MN   0   07-3609        Lawanna Chant v. Wyeth
MN   0   07-3677        Joanne Perez v. Wyeth, et al.
MN   0   07-3678        Marlene Miller v. Wyeth
MN   0   07-3705        Audrey H. Mettler, et al. v. Wyeth, et al.

OHIO NORTHERN
OHN  5   07-2183        Harriet L. Gannon, et al. v. Wyeth, Inc., et al.

PENNSYLVANIA EASTERN
PAE  2   07-2516        Anita Albert v. Wyeth Pharmaceuticals, Inc.
PAE  2   07-2517        Marcia Arsenault v. Wyeth Pharmaceuticals, Inc.
PAE  2   07-2518        Dawn Artioli v. Wyeth Pharmaceuticals, Inc.
PAE  2   07-2519        Jean Baker v. Wyeth Pharmaceuticals, Inc.
PAE  2   07-2520        Nancy Barnes v. Wyeth Pharmaceuticals, Inc.
PAE  2   07-2521        Rhoda Baron v. Wyeth Pharmaceuticals, Inc.
PAE  2   07-2522        Ruth Bell v. Wyeth Pharmaceuticals, Inc.
PAE  2   07-2523        Lillian Berkowitz v. Wyeth Pharmaceuticals, Inc.
PAE  2   07-2524        Bobbi Bernstein v. Wyeth Pharmaceuticals, Inc.
PAE  2   07-2525        Sandra Brenner v. Wyeth Pharmaceuticals, Inc.
PAE  2   07-2526        Alma Brown v. Wyeth Pharmaceuticals, Inc.
PAE  2   07-2527        Judy Chesney v. Wyeth Pharmaceuticals, Inc.
PAE  2   07-2528        Joy Conboy v. Wyeth Pharmaceuticals, Inc.
PAE  2   07-2530        Carol Cote v. Wyeth Pharmaceuticals, Inc.
PAE  2   07-2531        Mary Culhane v. Wyeth Pharmaceuticals, Inc.
PAE  2   07-2532        Geraldine Davis v. Wyeth Pharmaceuticals, Inc.
PAE  2   07-2533        Juanita Dicks v. Wyeth Pharmaceuticals, Inc.
PAE  2   07-2534        Lauralee Dwortzan v. Wyeth Pharmaceuticals, Inc.
PAE  2   07-2535        Sylvia Fitzgerald v. Wyeth Pharmaceuticals, Inc.
PAE  2   07-2536        Lillian Fox v. Wyeth Pharmaceuticals, Inc.
PAE  2   07-2537        Adele Friedensohn v. Wyeth Pharmaceuticals, Inc.

| | | | |
|---|---|---|---|
| PAE | 2 | 07-2538 | Patricia Fuller v. Wyeth Pharmaceuticals, Inc. |
| PAE | 2 | 07-2539 | Elizabeth Gallagher v. Wyeth Pharmaceuticals, Inc. |
| PAE | 2 | 07-2540 | Marlene Gart v. Wyeth Pharmaceuticals, Inc. |
| PAE | 2 | 07-2541 | Diane Gehrisch v. Wyeth Pharmaceuticals, Inc. |
| PAE | 2 | 07-2542 | Paula Goldstein v. Wyeth Pharmaceuticals, Inc. |
| PAE | 2 | 07-2543 | Marjorie Good-Helmling v. Wyeth Pharmaceuticals, Inc. |
| PAE | 2 | 07-2544 | Catherine Gould v. Wyeth Pharmaceuticals, Inc. |
| PAE | 2 | 07-2545 | Rita Haase v. Wyeth Pharmaceuticals, Inc. |
| PAE | 2 | 07-2546 | Mary Hargrove v. Wyeth Pharmaceuticals, Inc. |
| PAE | 2 | 07-2547 | Florence Hashem v. Wyeth Pharmaceuticals, Inc. |
| PAE | 2 | 07-2548 | Helen Henderson, etc. v. Wyeth Pharmaceuticals, Inc. |
| PAE | 2 | 07-2549 | Sue Herman v. Wyeth Pharmaceuticals, Inc. |
| PAE | 2 | 07-2550 | Jane Himebaugh v. Wyeth Pharmaceuticals, Inc. |
| PAE | 2 | 07-2551 | Anita Hoffer v. Wyeth Pharmaceuticals, Inc. |
| PAE | 2 | 07-2552 | Jee Youn Horowitz v. Wyeth Pharmaceuticals, Inc. |
| PAE | 2 | 07-2553 | Carol Howe v. Wyeth Pharmaceuticals, Inc. |
| PAE | 2 | 07-2554 | Lois Kaplowitz v. Wyeth Pharmaceuticals, Inc. |
| PAE | 2 | 07-2555 | Mary Jane Kauffman v. Wyeth Pharmaceuticals, Inc. |
| PAE | 2 | 07-2556 | Suzanne Kelly, etc. v. Wyeth Pharmaceuticals, Inc. |
| PAE | 2 | 07-2557 | Elaine Kladky v. Wyeth Pharmaceuticals, Inc. |
| PAE | 2 | 07-2558 | Eileen Lester v. Wyeth Pharmaceuticals, Inc. |
| PAE | 2 | 07-2559 | Sheila Lutin v. Wyeth Pharmaceuticals, Inc. |
| PAE | 2 | 07-2560 | Florence Maddox v. Wyeth Pharmaceuticals, Inc. |
| PAE | 2 | 07-2561 | Doris Malenke v. Wyeth Pharmaceuticals, Inc. |
| PAE | 2 | 07-2562 | Anita Manley v. Wyeth Pharmaceuticals, Inc. |
| PAE | 2 | 07-2563 | Sandra Marks v. Wyeth Pharmaceuticals, Inc. |
| PAE | 2 | 07-2564 | Susan Marshall v. Wyeth Pharmaceuticals, Inc. |
| PAE | 2 | 07-2565 | Janette Martino v. Wyeth Pharmaceuticals, Inc. |
| PAE | 2 | 07-2566 | Marlene Massa v. Wyeth Pharmaceuticals, Inc. |
| PAE | 2 | 07-2568 | Deborah Metrick v. Wyeth Pharmaceuitcals, Inc. |
| PAE | 2 | 07-2569 | Jeanette Monarchino v. Wyeth Pharmaceuticals, Inc. |
| PAE | 2 | 07-2570 | Coralie Oliveira v. Wyeth Pharmaceuticals, Inc. |
| PAE | 2 | 07-2571 | Eleanor Petto v. Wyeth Pharmaceuticals, Inc. |
| PAE | 2 | 07-2572 | Arlene Protus v. Wyeth Pharmaceuticals, Inc. |
| PAE | 2 | 07-2573 | Lois Radley v. Wyeth Pharmaceuticals, Inc. |
| PAE | 2 | 07-2574 | Dorothy Rafaniello v. Wyeth Pharmaceuticals, Inc. |
| PAE | 2 | 07-2575 | Marie Rende v. Wyeth Pharmaceuticals, Inc. |
| PAE | 2 | 07-2576 | Sharon Riekki v. Wyeth Pharmaceuticals, Inc. |
| PAE | 2 | 07-2577 | Marion Robbins v. Wyeth Pharmaceuticals, Inc. |
| PAE | 2 | 07-2578 | Marilyn Rockman v. Wyeth Pharmaceuticals, Inc. |
| PAE | 2 | 07-2579 | Roberta Ross v. Wyeth Pharmaceuticals, Inc. |
| PAE | 2 | 07-2580 | Janet Ruhl v. Wyeth Pharmaceuticals, Inc. |
| PAE | 2 | 07-2581 | Ellen Ryan v. Wyeth Pharmaceuticals, Inc. |
| PAE | 2 | 07-2582 | Elaine Sabesan v. Wyeth Pharmaceuticals, Inc. |
| PAE | 2 | 07-2583 | Beverly Seifert v. Wyeth Pharmaceuticals, Inc. |
| PAE | 2 | 07-2584 | Marcia Sherman v. Wyeth Pharmaceuticals, Inc. |
| PAE | 2 | 07-2585 | Marilyn Silverstein v. Wyeth Pharmaceuticals, Inc. |
| PAE | 2 | 07-2586 | Carol Spiegel v. Wyeth Pharmaceuticals, Inc. |
| PAE | 2 | 07-2587 | Norma Stowe v. Wyeth Pharmaceuticals, Inc. |
| PAE | 2 | 07-2588 | Mary Tarver v. Wyeth Pharmaceuticals, Inc. |
| PAE | 2 | 07-2589 | Beverly Thomas v. Wyeth Pharmaceuticals, Inc. |
| PAE | 2 | 07-2590 | Sandra Wernick v. Wyeth Pharmaceuticals, Inc. |
| PAE | 2 | 07-2591 | Maria Whittaker v. Wyeth Pharmaceuticals, Inc. |
| PAE | 2 | 07-2592 | Marilyn Williams v. Wyeth Pharmaceuticals, Inc. |
| PAE | 2 | 07-2593 | Virginia Wissinger v. Wyeth Pharmaceuticals, Inc. |
| PAE | 2 | 07-2594 | Lois Yates v. Wyeth Pharmaceuticals, Inc. |
| PAE | 2 | 07-2595 | Shelia Zwirn v. Wyeth Pharmaceuticals, Inc. |