A CERTIFIED TRUE COPY

SEP 17 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 17 2007

FILED
CLERK'S OFFICE

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 24 2007

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

Rita Valdez v. Wyeth, et al., D. Utah,            )
C.A. No. 2:07-484                                  )            MDL No. 1507

### ORDER VACATING CONDITIONAL TRANSFER ORDER
4:03 CV01507 WRW

A conditional transfer order was filed in this action (*Valdez*) on August 8, 2007. In the absence of any opposition, the conditional transfer order was finalized with respect to *Valdez* on August 24, 2007. The Panel has now been advised that *Valdez* was dismissed in the District of Utah by the Honorable Paul G. Cassell pursuant to an order filed on August 2, 2007.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-111" filed on August 8, 2007, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel