**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

|  |  |  |
|---|---|---|
|  | **:** | **MDL DOCKET NO. 4:03-CV-1507-WRW** |
| **IN RE:** | **:** |  |
| **PREMPRO PRODUCTS LIABILITY** | **:** |  |
| **LITIGATION** | **:** | **ALL CASES** |

## ORDER

Because I am in the middle of the capital murder trial, which will continue through the end of the month, the October 26, 2007 Status Conference is cancelled.

IT IS SO ORDERED this 15th day of October, 2007.

                                                       /s/ Wm. R. Wilson, Jr.
                                            UNITED STATES DISTRICT COURT