

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: PREMPRO PRODUCTS LIABILITY
LITIGATION

MDL No. 1507

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-118)**

*4:03 CV 01507 WRW*

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 254 F.Supp.2d 1366 (J.P.M.L. 2003). Since that time, 4,215 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

NOV - 6 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: PREMPRO PRODUCTS LIABILITY LITIGATION

MDL No. 1507

## SCHEDULE CTO-118 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**   **CASE CAPTION**

MINNESOTA
- MN  0  07-4135   Valda Patricia Singer v. Wyeth, et al.
- MN  0  07-4139   Mickey M. Johnston v. Wyeth
- MN  0  07-4141   Mary E. Toebbe v. Wyeth
- MN  0  07-4142   Mickey Cranford v. Wyeth
- MN  0  07-4143   Darlene Neilson v. Wyeth
- MN  0  07-4144   Ora E. Poto v. Wyeth
- MN  0  07-4146   Adrian Lynette C. Kendall v. Pharmacia & Upjohn Co., et al.

MISSOURI EASTERN
- MOE  4  07-1599   Irene Acevedo, et al. v. Wyeth, et al.
- MOE  4  07-1662   Stephanie Harsin-Pilus, et al. v. Wyeth, et al.

OHIO SOUTHERN
- OHS  2  07-952   Yonder Gordon v. Wyeth, et al.

UTAH
- UT  1  07-126   Carrie A. Ward v. Wyeth, et al.
- UT  2  07-754   Marguerite Sadler v. Wyeth, et al.
- UT  2  07-755   Karen Kartchner v. Wyeth, et al.
- UT  2  07-756   Kae Winn v. Wyeth, et al.
- UT  2  07-757   Janet Thompson v. Wyeth, et al.
- UT  2  07-758   Elaine Nelson v. Wyeth, et al.
- UT  2  07-759   Rita Valdez v. Wyeth, et al.
- UT  2  07-760   Nora Bills v. Wyeth, et al.
- UT  2  07-761   Cathy Nelson v. Wyeth, et al.
- UT  2  07-762   Gayle Everill v. Wyeth, et al.