

A CERTIFIED TRUE COPY

DEC - 4 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 16 2007

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 10 2007

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

IN RE: PREMPRO PRODUCTS LIABILITY
LITIGATION

MDL No. 1507

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-121)

4:03 CV 01507 WRW

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 254 F.Supp.2d 1366 (J.P.M.L. 2003). Since that time, 4,249 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

DEC - 4 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## IN RE: PREMPRO PRODUCTS LIABILITY LITIGATION

MDL No. 1507

### SCHEDULE CTO-121 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**           **CASE CAPTION**

ARKANSAS WESTERN
  ARW 4 07-4102           Betty Wynn, et al. v. Pfizer Inc., et al.

MINNESOTA
  MN 0 07-4355            Patricia Ann Lodholz v. Wyeth, et al.
  MN 0 07-4363            Ethel Gostonczik, et al. v. Wyeth, Inc., et al.
  MN 0 07-4364            Judith Harding, et al. v. Wyeth, Inc., et al.
  MN 0 07-4365            Barbara Runck, et al. v. Wyeth, Inc., et al.
  MN 0 07-4408            Carol E. Bailey v. Wyeth, et al.
  MN 0 07-4409            Ann Carruth v. Wyeth, et al.
  MN 0 07-4411            Jackie D. Crook, et al. v. Wyeth
  MN 0 07-4467            Barbara Schmidt v. Wyeth, et al.

TEXAS SOUTHERN
  TXS 4 06-4058           Mary Williams v. Wyeth, Inc., et al.