# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: | : | MDL Docket No. 4:03CV1507-WRW |
| | : | |
| PREMPRO PRODUCTS LIABILITY LITIGATION | : | ALL CASES |
| | : | |
| | : | |

### ORDER Re: 2008 Status Conference Schedule

The following are dates for MDL status conferences in 2008:

-- No January Conference --

-- No February Conference --

Friday, March 21, 2008

Friday, April 18, 2008

Friday, May 9, 2008

Friday, June 20, 2008

Friday, July 18, 2008

Friday, August 22, 2008

-- No September Conference --

Friday, October 3, 2008

Friday, November 21, 2008

Friday, December 12, 2008

A semi-mandatory dutch treat reception, starting at 5 p.m. on the evening before each status conference, will be held at the Legacy Hotel. The status conferences will start at 9:00 a.m.

IT IS SO ORDERED this 12th day of December, 2007.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE