Case 4:03-cv-01507-BRW   Document 1706   Filed 01/08/08   Page 1 of 3



A CERTIFIED TRUE COPY

DEC 2 7 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC -7 2007

FILED
CLERK'S OFFICE

**IN RE: PREMPRO PRODUCTS LIABILITY LITIGATION**

MDL No. 1507

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 08 2008

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-123)**

4:03CV01507 WRW

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 254 F.Supp.2d 1366 (J.P.M.L. 2003). Since that time, 4,272 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

DEC 2 7 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**IN RE: PREMPRO PRODUCTS LIABILITY**
**LITIGATION**                                                           MDL No. 1507

### SCHEDULE CTO-123 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**           **CASE CAPTION**

ARIZONA
   AZ  3  07-8111         Chad Coreschi, et al. v. Wyeth

FLORIDA MIDDLE
   FLM  8  07-2064       Joan P. Miller v. Wyeth, Inc., et al.

ILLINOIS SOUTHERN
   ~~ILS  3  07-799~~        ~~Minnie Louise Gray, et al. v. Wyeth, et al.~~   Opposed 12/17/2007

LOUISIANA MIDDLE
   LAM  3  07-862        Rebecca McCall v. Wyeth, Inc., et al.

MINNESOTA
   MN  0  07-4290         Dianne Clydesdale v. Wyeth, et al.
   MN  0  07-4354         Joanne Parnell Mongeon v. Wyeth, et al.
   MN  0  07-4410         Betty L. Asbury v. Wyeth, et al.
   MN  0  07-4468         Florine E. D'Andrea v. Wyeth, et al.
   MN  0  07-4533         Mary O. Byas v. Wyeth, et al.
   MN  0  07-4536         Linda Lewis v. Wyeth
   MN  0  07-4559         Margaret M. Rousseau, et al. v. Wyeth, Inc., et al.
   ~~MN  0  07-4567~~         ~~Carol J. Hess v. Wyeth, Inc.~~   Opposed 12/26/2007
   MN  0  07-4603         Sylvia Huckey v. Wyeth
   MN  0  07-4608         Betty Merck v. Wyeth
   MN  0  07-4615         Lorraine N. Ranallo v. Wyeth, et al.
   MN  0  07-4641         Amelia C. Reese v. Wyeth, Inc., et al.

MISSOURI EASTERN
   MOE  4  07-1650       Mildred Turner v. Wyeth, et al.

NORTH DAKOTA
   ND  4  07-71           Sharon Hesch, et al. v. Wyeth, Inc., et al.

NEW YORK SOUTHERN
   NYS  1  07-10542      Susan Marsa v. Wyeth, et al.

OREGON
   OR  3  07-1672         Ena Bezley v. Wyeth, Inc., et al.

## MDL No. 1507 - Schedule CTO-123 - Tag-Along Actions (Continued)

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|

**TEXAS EASTERN**
| | |
|---|---|
| TXE 1 07-793 | Theresa Simien, et al. v. Pfizer Inc., et al. |
| TXE 1 07-794 | Doris Barrett v. Pfizer Inc., et al. |
| TXE 1 07-795 | Peggy Berry v. Pfizer Inc., et al. |
| TXE 1 07-796 | Janell Duchamp, et al. v. Berlex, Inc., et al. |
| TXE 1 07-797 | Dorothy Gordon, et al. v. Pfizer Inc., et al. |
| TXE 1 07-808 | Carol Perry, et al. v. Pfizer Inc., et al. |
| TXE 1 07-832 | Scharlette Fitzgerald, et al. v. Pfizer Inc., et al. |
| TXE 6 07-507 | Sharon Graham, et al. v. Wyeth, et al. |

**TEXAS SOUTHERN**
| | |
|---|---|
| TXS 4 07-216 | Anne D'Antonio-Wagner v. Wyeth, Inc., et al. |
| TXS 4 07-3566 | Margaret Galles v. Pfizer Inc., et al. |
| TXS 4 07-3692 | Marlene Kawalec, et al. v. Pfizer Inc., et al. |
| TXS 4 07-3710 | Anna Franks, et al. v. Arqule, Inc., et al. |
| TXS 4 07-3713 | Nghi Mai, et al. v. Arqule, Inc., et al. |
| TXS 4 07-3714 | Glenda Wiederhold, et al. v. Arqule, Inc., et al. |
| TXS 4 07-3716 | Frank Cruz, et al. v. Arqule, Inc., et al. |
| TXS 4 07-3717 | Carolyn Irwin, et al. v. Arqule, Inc., et al. |
| TXS 4 07-3723 | Mary Hall v. Wyeth, et al. |