

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: PREMPRO PRODUCTS LIABILITY LITIGATION

MDL No. 1507

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-125)

4:03CV01507 WRW

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 254 F.Supp.2d 1366 (J.P.M.L. 2003). Since that time, 4,312 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

JAN 2 4 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**IN RE: PREMPRO PRODUCTS LIABILITY**
**LITIGATION**                                    MDL No. 1507

## SCHEDULE CTO-125 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #    CASE CAPTION**

CALIFORNIA CENTRAL
  CAC  2  07-7817    Theresa Archer, et al. v. Wyeth, Inc., et al.

LOUISIANA EASTERN
  LAE  2  07-6450    Teresa Shows v. Wyeth Pharmaceuticals, Inc.

MINNESOTA
| | | | |
|---|---|---|---|
| MN | 0 | 07-4785 | Dorothy F. Waldo v. Wyeth, et al. |
| MN | 0 | 07-4786 | Lacreta Rutledge v. Wyeth, et al. |
| MN | 0 | 07-4797 | Jerry E. Fowles, et al. v. Wyeth, et al. |
| MN | 0 | 07-4809 | Linda K. Gaw v. Wyeth, et al. |
| MN | 0 | 07-4810 | Joan M. Beier v. Wyeth, et al. |
| MN | 0 | 07-4811 | Berneda Hiatt v. Wyeth, et al. |
| MN | 0 | 07-4825 | Therese Boomershine, et al. v. Wyeth Pharmaceuticals, Inc., et al. |
| MN | 0 | 07-4826 | Norma Borders, et al. v. Wyeth Pharmaceuticals, Inc., et al. |
| MN | 0 | 07-4827 | Charlene Carter v. Wyeth Pharmaceuticals, Inc., et al. |
| MN | 0 | 07-4828 | Molly Cooper, et al. v. Wyeth Pharmaceuticals, Inc., et al. |
| MN | 0 | 07-4829 | Gloria Eichler, et al. v. Wyeth Pharmaceuticals, Inc., et al. |
| MN | 0 | 07-4830 | Mary Francis, et al. v. Wyeth Pharmaceuticals, Inc., et al. |
| MN | 0 | 07-4831 | Carolyn Gardner, et al. v. Wyeth Pharmaceuticals, Inc., et al. |
| MN | 0 | 07-4832 | Phyllis Goode, et al. v. Wyeth Pharmaceuticals, Inc., et al. |
| MN | 0 | 07-4833 | Mary Belle Harding, et al. v. Wyeth Pharmaceuticals, Inc., et al. |
| MN | 0 | 07-4834 | Linda Holdread, et al. v. Wyeth Pharmaceuticals, Inc., et al. |
| MN | 0 | 07-4835 | Elsa Iverson v. Wyeth Pharmaceuticals, Inc., et al. |
| MN | 0 | 07-4836 | Dorothy Kozak v. Wyeth Pharmaceuticals, Inc., et al. |
| MN | 0 | 07-4837 | James Mahaney, etc. v. Wyeth Pharmaceuticals, Inc., et al. |
| MN | 0 | 07-4838 | Suzanne Mueller, et al. v. Wyeth Pharmaceuticals, Inc., et al. |
| MN | 0 | 07-4839 | Peggy Palmer v. Wyeth Pharmaceuticals, Inc., et al. |
| MN | 0 | 07-4840 | Kristin R. Pancner, et al. v. Wyeth Pharmaceuticals, Inc., et al. |
| MN | 0 | 07-4841 | Virginia Preston, et al. v. Wyeth Pharmaceuticals, Inc., et al. |
| MN | 0 | 07-4842 | Kaye Ready, et al. v. Wyeth Pharmaceuticals, Inc., et al. |
| MN | 0 | 07-4843 | Dorene Roberts, et al. v. Wyeth Pharmaceuticals, Inc., et al. |
| MN | 0 | 07-4844 | Carol Tetrick, et al. v. Wyeth, et al. |
| MN | 0 | 07-4845 | Marcie Ann Young, et al. v. Wyeth Pharmaceuticals, Inc., et al. |
| MN | 0 | 07-4846 | Patricia Zych, et al. v. Wyeth Pharmaceuticals, Inc., et al. |

**MDL No. 1507 - Schedule CTO-125 Tag-Along Actions (Continued)**

### DIST. DIV. C.A. #    CASE CAPTION

MISSOURI WESTERN
  MOW  2  07-4241   Peggy L. Johnson v. Wyeth, et al.
  MOW  5  07-6123   Aloha Humbard v. Wyeth, et al.

NORTH DAKOTA
  ND   3  07-110    Judith Graves, et al. v. Wyeth, Inc., et al.