A CERTIFIED TRUE COPY

MAR - 4 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 15 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: PREMPRO PRODUCTS LIABILITY
LITIGATION

MDL No. 1507

(SEE ATTACHED SCHEDULE)

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 07 2008

JAMES W. McCORMACK, CLERK
By: Martha Sugate
DEP CLERK

CONDITIONAL TRANSFER ORDER (CTO-130)

4:03 CV 01507 WRW

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 254 F.Supp.2d 1366 (J.P.M.L. 2003). Since that time, 4,364 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAR - 4 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: PREMPRO PRODUCTS LIABILITY
LITIGATION

MDL No. 1507

### SCHEDULE CTO-130 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**      **CASE CAPTION**

MINNESOTA
- MN 0 08-211    Roberta Van Lant v. Wyeth
- MN 0 08-213    Alela Worthey v. Wyeth
- MN 0 08-254    Rosie Hudson, etc. v. Wyeth, Inc., et al.
- MN 0 08-258    Joyce Buck v. Wyeth, Inc., et al.
- MN 0 08-259    Barbara Ladner v. Wyeth, Inc., et al.
- MN 0 08-260    Carolyn McDonald v. Wyeth, Inc., et al.
- MN 0 08-261    Alice Maalouf v. Wyeth, Inc., et al.
- MN 0 08-297    Mary Anne McCormick, etc. v. Wyeth Pharmaceuticals, Inc., et al.
- MN 0 08-301    Roxana Cottrell v. Wyeth, et al.
- MN 0 08-302    Shirley Shuman, et al. v. Wyeth, Inc., et al.
- MN 0 08-308    Irene Garfinkle v. Wyeth, et al.

NORTH DAKOTA
- ND 3 08-13    Darlene Johnson, et al. v. Wyeth, Inc.
- ND 3 08-14    Sandra Sather, et al. v. Wyeth, Inc., et al.
- ND 3 08-17    Corinne Rieder, et al. v. Wyeth, Inc., et al.

TEXAS SOUTHERN
- TXS 4 07-3712    Lucy Lapaglia, et al. v. Arqule, Inc., et al.