# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

|  |  |  |
|---|---|---|
|  | : | MDL DOCKET NO. 4:03-CV-1507-WRW |
| IN RE: | : |  |
| PREMPRO PRODUCTS LIABILITY | : |  |
| LITIGATION | : | ALL CASES |

## ORDER

**Plaintiffs' Motion to Compel Wyeth to Produce Internal Documents Regarding Label Change to Premarin and Prempro (Doc. No. 1651)**[1] is DENIED without prejudice. Plaintiffs' asserted purpose for the motion to compel could be accomplished with a much more narrowly tailored request. Plaintiffs should narrow their request and attempt to "meet and confer" with opposing counsel regarding this issue. It seems to me that Wyeth's position on post-2007 documents is a little too hidebound and should be attenuated.

**Plaintiffs' Motion to Compel Pfizer Defendants to Respond Fully to Request Nos. 5 and 6 of Plaintiffs' Interrogatories Re Upjohn's Efforts to Gain Approval of Depo-Provera** (Doc. No. 1681) is DENIED for the time being, although I might reconsider if Plaintiff can explain to me more plainly the relevance and need for this information.

**Plaintiffs' Motion to Compel Pfizer Defendants to Respond Fully to Interrogatories and Requests for Production of Documents and Things Relating to Micronized Progesterone (Doc. No. 1682)** is DENIED without prejudice. It seems to me that Plaintiff's request could be more narrowly tailored. Even then, Plaintiff still would need to explain to me more plainly the relevance and need for this information.

IT IS SO ORDERED this 28th day of March, 2008.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT COURT

---

[1] Plaintiff submitted a Supplemental Memorandum on March 7, 2008 (Doc. No. 1727).