UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**April 3, 2008**

**Steering Committee Members**

Mr. Ralph M. Cloar, Jr.
CLOAR LAW FIRM
1501 N. University Ave.
Little Rock, AR 72201

Mr. Marc Coulter
Mr. Aaron Rihn
PEIRCE, RAIMOND & COULTER
2500 Gulf Tower, 606 Grant Street
Pittsburgh, PA 15219

Mr. Mike Williams
WILLIAMS DAILEY O'LEARY CRAINE AND LOVE, P.C.
101 SW 5th Avenue, Ste., 1900
Portland, OR 97204-1135

Mr. Robert K. Jenner
JANET, JENNER & SUGGS L.L.C.
1829 Reisterstown Road, Suite 320
Baltimore, MD 21208

Mr. Shawn Khorrami
LAW OFFICES OF SHAWN KHORRAMI
14550 Haynes Street, Third Floor
Van Nuys, CA 91411

Mr. Clint Krislov
KRISLOV & ASSOCIATES, LTD.
Civic Opera Building
20 North Wacker Drive, Suite 1350
Chicago, IL  60606

Mr. Richard Lewis
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
1100 New York Avenue, N.W., Ste 500 West Tower
Washington, D.C. 20005

Ms. Eileen L. McGeever
RUSHALL & MCGEEVER
1903 Wright Place, Suite 250
Carlsbad, CA 92008

Mr. Tobias Millrood
POGUST, BRASLOW & MILLROOD, LLC
8 Tower Bridge
161 Washington Street, Suite 1520
Conshohocken, PA 19428

Mr. James Morris
Brent Coon & Associates, P.C. - Austin
11614 Bee Caves Road
Suite 220
Austin, TX 78738

Mr. Patrick J. Stueve
Mr. Todd E. Hilton
STUEVE SIEGEL HANSON WOODY LLP
330 W. 47th Street, Suite 250
Kansas City, MO 64112

Mr. Ken Suggs
JANET, JENNER & SUGGS L.L.C.
500 Taylor St.
Columbia, SC 29201

Mr. Hank Wallace
WALLACE, CHAPUS & ASSOCIATES
2220 Grant Building
Pittsburgh, PA 15219

**Defendants' Steering Committee Members**

Mr. Steven Glickstein
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022

Mr. Joseph P. Thomas
ULMER BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202-2409

Mr. Alan R. Vickery
SEDGWICK, DETERT, MORAN & ARNOLD, LLP
1717 Main Street, Suite 5400
Dallas, TX 75201-7367

Ms. Mary Hunnell Smith
SMITH & SMITH
5120 Woodway, Suite 7036
Houston, TX 77056

Mr. T. Scott Allen
CRUSE, SCOTT, HENDERSON & ALLEN, LLP
2777 Allen Parkway, 7th Floor
Houston, TX 77019

Mr. Russell G. Thornton
STINNETT THIEBAUD & REMINGTON, LLP
Fountain Place
1445 Ross Avenue, Suite 4800
Dallas, TX 75202-2701

Mr. Brian A. Troyer
3900 Key Center
127 Public Square
Cleveland, OH 44114

**Lead and Liaison Counsel**

Ms. Zoe Littlepage
LITTLEPAGE BOOTH
1012 West Alabama Street
Houston, TX 77006

Mr. Michel Mills
Mr. Russell D. Marlin
Mr. Gary Holt
GARY EUBANKS & ASSOCIATES, LTD
708 West Second Street
Post Office Box 3887
Little Rock, AR 72203-3887

Ms. Lyn P. Pruitt
MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD
425 West Capitol, Suite 1800
Little Rock, AR 72201

Mr. John W. Vardaman, Jr.
Mr. Stephen L. Urbanczyk
Mr. F. Lane Heard, III
WILLIAMS & CONNOLY, LLP
725 Twelfth Street, N.W.
Washington, D.C.  20005

Re:   *In re Prempro*, 4:03-CV-01507 -- May 9, 2008 Status Conference

Dear Counsel:

As you know, we have a regularly set Status Conference on Friday, May 9, 2008.  I assume that the issues will be joined with respect to any post-trial pleadings in the *Scroggin* case.

What about oral arguments regarding *Scroggin* on May 9th?

Do we have any other "heavy" issues for that date?

I would appreciate it if the lawyers in *Scroggin* would respond forthwith to the first inquiry above.

I request that any other interested party (lawyer) respond to the second inquiry.

Please let me have your responses by noon on Wednesday, April 9, 2008.

As you can see, I am thinking about the possibility of only looking at the *Scroggin* issue on May 9, but if there are any other needy issues, I will make arrangements to hear them. We might have a hearing on Thursday afternoon, May 8, 2008.

I look forward to hearing from you.

                                                              Cordially,

                                                           /s/ Wm. R. Wilson, Jr.

Original to the Clerk of the Court
cc:    The Honorable Henry L. Jones, Jr.
        Other Counsel of Record