**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | | |
|---|---|---|
| | **:** | **MDL DOCKET NO. 4:03-CV-1507-WRW** |
| **IN RE:** | **:** | |
| **PREMPRO PRODUCTS LIABILITY** | **:** | |
| **LITIGATION** | **:** | **ALL CASES** |

**ORDER**

At the April 18, 2008 Status Conference, the parties presented their positions on Plaintiffs' Motion Produce Internal Documents Regarding Label Change to Premarin and Prempro (Doc. No. 1651) -- specifically, post-2003 documents relating to communications with the FDA about Premarin and Prempro labeling.

1. Plaintiffs and Wyeth have agreed as follows:

    Wyeth will search the Prempro NDA regulatory file and produce all communications with the FDA concerning Prempro labeling from the date of the last search and production (2003) until the end of 2007.

    Wyeth will not search for Wyeth-FDA communications in the 2003-2007 period other than in the Prempro NDA regulatory file. Nor will it produce related documents that pertain to internal deliberations about the labeling.

    Wyeth will make this further production in compromise of Plaintiffs' Motion to Compel and on condition that Plaintiff forego additional requests for the production of Wyeth-FDA communications after 2007.

    Plaintiffs will drop, for now and without prejudice, their demand for the deliberative documents, and will restrict their request, for now, to the Prempro file only, and not the FDA files for Premarin or other drugs for treatment of menopausal symptoms.

    Wyeth will not make a similar production for MPA, because Wyeth withdrew the Cycrin in 2003 and that regulatory file was therefore closed.

2. The Motion to Compel is otherwise denied, specifically to the extent the motion seeks to compel the production of responsive materials after 2007.

1

2

Plaintiffs may renew their motion for post-2007 materials if and when they have good and sufficient reason to do so ("good and sufficient" is used in its stoutest sense).

IT IS SO ORDERED this 22d day of April, 2008.

/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE