IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| | **:** | **MDL DOCKET NO. 4:03-CV-1507-WRW** |
| **IN RE:** | **:** | |
| **PREMPRO PRODUCTS LIABILITY** | **:** | |
| **LITIGATION** | **:** | **ALL CASES** |

## ORDER

As agreed to at the April 18, 2008 Status Conference, Plaintiffs' Steering Committee and Defendants' Steering Committee are directed to submit written proposals setting out their ideas for a process by which this litigation can be brought to resolution.

The initial proposals from both parties must be filed by 5 p.m., Monday, May 19, 2008. Responses to or comments on the proposals must be filed by 5 p.m., Friday, June 13, 2008.

I may hear argument on these proposals at the June 20, 2008 Status Conference.

IT IS SO ORDERED this 22d day of April, 2008.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE