Inasmuch as no objection is
pending at this time, the
stay is lifted.

APR 2 1 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR - 3 2008

FILED
CLERK'S OFFICE

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 24 2008

JAMES W. McCORMACK, CLERK
By: _____
              DEP CLERK

IN RE: PREMPRO PRODUCTS LIABILITY
LITIGATION                                                   MDL No. 1507

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-135)

4:03CV01507 WRW

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 254 F.Supp.2d 1366 (J.P.M.L. 2003). Since that time, 4,439 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY

APR 2 1 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: PREMPRO PRODUCTS LIABILITY
LITIGATION                                                                              MDL No. 1507

## SCHEDULE CTO-135 - TAG-ALONG ACTIONS

<u>DIST. DIV. C.A. #</u>                       <u>CASE CAPTION</u>

FLORIDA MIDDLE
  FLM  8  06-1271              Alice Zidlick v. Wyeth, et al.
  FLM  8  08-290               Susan Slezak v. Wyeth, Inc., et al.

GEORGIA NORTHERN
  GAN  1  08-247               Betty Matthews v. Wyeth, Inc., et al.

INDIANA NORTHERN
  INN  2  08-34                Catherine Mahoney v. Wyeth, et al.

MINNESOTA
  MN  0  08-660                Joan E. Butler, et al. v. Wyeth, et al.
  MN  0  08-671                Ruth Trost v. Wyeth, et al.
  MN  0  08-681                Anne Mangone v. Wyeth, et al.
  MN  0  08-683                Patricia J. Grace v. Wyeth, et al.
  MN  0  08-701                Jean Freund v. Wyeth, et al.
  MN  0  08-702                Cheryl Kielty v. Wyeth, et al.
  MN  0  08-703                Amy Desimone v. Wyeth, et al.
  MN  0  08-793                Jean E. James v. Wyeth
  MN  0  08-794                Karen Clarke v. Wyeth, Inc., et al.
  MN  0  08-796                Sheila H. Wahl v. Wyeth, Inc., et al.
  MN  0  08-797                Martha Manz v. Wyeth, Inc, et al.
  MN  0  08-798                Mary Meng v. Wyeth, Inc., et al.
  MN  0  08-801                Teresa DeGrasse v. Wyeth, Inc., et al.
  MN  0  08-802                Pemmie Alsup v. Wyeth, Inc., et al
  MN  0  08-804                Frankie Chung v. Wyeth, Inc., et al.
  MN  0  08-805                Laurene J. Weigle v. Wyeth, Inc., et al.
  MN  0  08-820                Virginia Chamberlain v. Wyeth
  MN  0  08-821                Audrey J. McPeak v. Wyeth
  MN  0  08-822                Paulette Shaw v. Wyeth
  MN  0  08-823                Joan S. Waggoner v. Wyeth
  MN  0  08-825                Pamela S. Vukovich, et al. v. Wyeth, et al.
  MN  0  08-844                Ethel L. Williams v. Wyeth, Inc., et al.
  MN  0  08-845                Janice Harris v. Wyeth, Inc., et al.
  MN  0  08-850                Joan Brown v. Wyeth, Inc., et al.
  MN  0  08-852                Constance Barfus v. Wyeth, Inc., et al.

UTAH
  ~~UT  2  08-139~~                ~~Marilyn Sharp, et al. v. Wyeth, et al.~~   Opposed 4/21/08