JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY - 6 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 13 2008

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

IN RE: PREMPRO PRODUCTS
LIABILITY LITIGATION
 Marilyn Sharp, et al. v. Wyeth, et al.,  )
  D. Utah, C.A. No. 2:08-139    )  MDL No. 1507

## ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

 A conditional transfer order was filed in this action (*Sharp*) on April 3, 2008. Prior to expiration of that order's 15-day stay of transmittal, plaintiffs in *Sharp* filed a notice of opposition to the proposed transfer. Plaintiffs in *Sharp* subsequently failed to file the required motion and brief to vacate the conditional transfer order.

 IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-135" filed on April 3, 2008, is LIFTED insofar as it relates to this action. The action is transferred to the Eastern District of Arkansas for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable William R. Wilson, Jr.

           FOR THE PANEL:

           Jeffery N. Lüthi
           Clerk of the Panel

A CERTIFIED TRUE COPY

MAY - 6 2008

ATTEST_____
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION