Inasmuch as no objection is pending at this time, the stay is lifted.

MAY 2 0 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY - 2 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 28 2008

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

IN RE: PREMPRO PRODUCTS LIABILITY
LITIGATION

MDL No. 1507

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-137)

4:03CV01507 WRW

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 254 F.Supp.2d 1366 (J.P.M.L. 2003). Since that time, 4,477 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY

MAY 2 0 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: PREMPRO PRODUCTS LIABILITY  
LITIGATION

MDL No. 1507

## SCHEDULE CTO-137 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**        **CASE CAPTION**

FLORIDA MIDDLE
  FLM  5  08-138           Charlotte A. Brooks v. Wyeth, Inc., et al.

FLORIDA SOUTHERN
  FLS  0  08-60466         Patricia O'Brien v. Wyeth, Inc., et al.

MINNESOTA
  MN  0  08-795            Connie W. Terry v. Wyeth, Inc., et al.
  MN  0  08-799            Nancy L. Yarbrough v. Wyeth, Inc., et al.
  MN  0  08-819            Deborah Kennedy-Willman v. Wyeth, Inc., et al.
  MN  0  08-991            Barbara D. Shevlin v. Wyeth, Inc., et al.
  MN  0  08-992            Sophie Tomasewski v. Wyeth, Inc., et al.
  MN  0  08-995            Mildred Miller v. Wyeth, Inc., et al.
  MN  0  08-996            Barbara J. Martin v. Wyeth, Inc., et al.
  MN  0  08-1037           Denise E. Wagner v. Wyeth, et al.
  MN  0  08-1061           Drucilla E. Waren v. Wyeth, Inc., et al.
  MN  0  08-1073           Virginia Stainbrook v. Wyeth, Inc., et al.
  MN  0  08-1118           Nancy H. Murdock v. Wyeth, Inc., et al.
  MN  0  08-1135           Lois Mathews v. Wyeth, Inc., et al.
  MN  0  08-1137           Trudy Judd v. Wyeth, Inc., et al.
  MN  0  08-1138           Theresa Mitchell v. Wyeth, Inc., et al.
  MN  0  08-1139           Catherine McDonald v. Wyeth, Inc., et al.
  MN  0  08-1141           Georgia A. Speake v. Wyeth, Inc., et al.

NORTH DAKOTA
  ND  3  08-34             Nancy Stedman, et al. v. Wyeth, et al.

TEXAS EASTERN
  TXE  2  08-126           Brenda Simmons v. Wyeth, Inc., et al.