Inasmuch as no objection is pending at this time, the stay is lifted.

JUN - 2 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 15 2008

FILED
CLERK'S OFFICE

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 09 2008

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: PREMPRO PRODUCTS LIABILITY
LITIGATION

MDL No. 1507

(SEE ATTACHED SCHEDULE)

4:03 cv 01507 WRW

### CONDITIONAL TRANSFER ORDER (CTO-138)

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 254 F.Supp.2d 1366 (J.P.M.L. 2003). Since that time, 4,495 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY

JUN - 2 2008

ATTEST _____
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: PREMPRO PRODUCTS LIABILITY
LITIGATION                                                              MDL No. 1507

## SCHEDULE CTO-138 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**            **CASE CAPTION**

FLORIDA NORTHERN
   FLN 5 08-100                Merle Bushong v. Wyeth, Inc., et al.

FLORIDA SOUTHERN
   FLS 9 08-80433              Donna Kranendonk v. Wyeth, Inc., et al.

MINNESOTA
   MN 0 08-929                 Marilyn P. Wynne v. Wyeth, Inc., et al.
   MN 0 08-993                 Delpha B. Shepherd v. Wyeth, Inc., et al.
   MN 0 08-1035                Cheryl Rae Evenstad-Roseland v. Wyeth, Inc., et al.
   MN 0 08-1136                Peggy McDaniel v. Wyeth, Inc., et al.
   MN 0 08-1140                Joann Thomas v. Wyeth, Inc., et al.
   MN 0 08-1146                Dorothy Miller v. Wyeth
   MN 0 08-1226                Henriette Habash v. Wyeth, et al.
   MN 0 08-1227                Janet K. Dunegan v. Wyeth
   MN 0 08-1228                Virginia L. Allen v. Wyeth, et al.
   MN 0 08-1230                Linda L. Van Hook v. Wyeth
   MN 0 08-1231                Lynita L. Wright v. Wyeth, et al.
   MN 0 08-1233                Eloise Ragsdale v. Wyeth
   MN 0 08-1234                Beverly C. Kelly v. Wyeth
   MN 0 08-1235                Carli C. Kaufman v. Wyeth
   MN 0 08-1237                Pamela Brimley v. Wyeth
   MN 0 08-1238                Darleen R. Dolan v. Wyeth
   MN 0 08-1239                Sherry Christner v. Wyeth
   MN 0 08-1242                LaDonna Yates v. Wyeth
   MN 0 08-1243                Alice F. Lock v. Wyeth
   MN 0 08-1244                Gerene O. Kelly v. Wyeth, et al.
   MN 0 08-1245                Jacqueline A. McGuire v. Wyeth
   MN 0 08-1246                Mary F. Mathis v. Wyeth
   MN 0 08-1247                Ella J. Richie v. Wyeth
   MN 0 08-1248                Mary Kirkpatrick v. Wyeth
   MN 0 08-1249                Patti M. Middleton v. Wyeth
   MN 0 08-1265                Linnie Pearl Lowe v. Wyeth

MISSOURI EASTERN
   MOE 4 07-2093               Connie Eileen Harrison, et al. v. Wyeth, et al.

NORTH DAKOTA
   ND 3 08-38                  Arlene Pfaff v. Wyeth, Inc., et al.

OHIO SOUTHERN
   OHS 2 08-408                Susan Domazetovski, etc. v. Wyeth, et al.