IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

|  |  |  |
|---|---|---|
|  | : | MDL DOCKET NO. 4:03-CV-1507-WRW |
| IN RE: | : |  |
| PREMPRO PRODUCTS LIABILITY | : |  |
| LITIGATION | : | ALL CASES |

**ORDER**

The Status Conference scheduled for this Friday, June 20, 2008 is CANCELLED, due to some wrinkles that have developed in the jury case I am currently trying.

In reviewing your submissions, however, I believe I can rule on most of the issues that are pending. Here goes:

**1. Defendants' Motion to Enforce Cost and Confidentiality Orders (Doc. No. 1757)** seems to be MOOT, at this time, based on the May 6-7, 2008 Telephone Conferences discussing the issues in a Florida case. If something changes, Defendants may refile the motion.

**2. West Virginia Plaintiffs' Motion and Amended Motion For Entry of Practice and Procedure Order Regarding Non-Breast Cancer Cases or, in the alternative, Remand of West Virginia Non-Breast Cancer Cases (Doc. Nos. 1760, 1797) are DENIED.** West Virginia Plaintiffs assert that their "non-breast cancer, non-manufacturing and estrogen only cancer cases are sufficiently different in theory and proof from the MDL Prempro breast cancer cases" and require their own Practice and Procedure Order or remand. I disagree. The West Virginia Plaintiffs' primary complaint is that not enough generic discovery is being done on topics that are important to them. It seems to me that the best remedy for this issue would be to approach the Plaintiff's Steering Committee or visit the document depository in Little Rock.

1

**3. Plaintiffs' Motion to Reconfigure Plaintiffs' Steering Committee (Doc. No. 1786)** --

Plaintiffs seek remove from the Plaintiffs' Steering Committee several members[1] who were focused on class action issues -- which are no longer "live" issues in this case. Plaintiffs also request that Mr. Irwin B. Levin be added to the Plaintiffs' Steering Committee. These changes seem reasonable to me. Accordingly, Plaintiffs' Steering Committee now consists of:

Ms. Zoe Littlepage, Lead Counsel
LITTLEPAGE BOOTH
1012 West Alabama Street
Houston, TX 77006

Mr. Russell D. Marlin, Liaison Counsel
Mr. Gary Holt, Liaison Counsel
GARY EUBANKS & ASSOCIATES, LTD
708 West Second Street
Post Office Box 3887
Little Rock, AR 72203-3887

Mr. Ralph M. Cloar, Jr.
CLOAR LAW FIRM
1501 N. University Ave.
Little Rock, AR 72201

Mr. Robert K. Jenner
JANET, JENNER & SUGGS L.L.C.
1829 Reisterstown Road, Suite 320
Baltimore, MD 21208

Mr. Shawn Khorrami
LAW OFFICES OF SHAWN KHORRAMI
14550 Haynes Street, Third Floor
Van Nuys, CA 91411

Mr. Chris Kirchmer
PROVOST UMPHREY LAW FIRM, LLP
P.O. Box 4905
Beaumont, TX 77704

Mr. Irwin B. Levin
COHEN & MALAD, LLP
One Indian Square, Suite 1400
Indianapolis, IN 46204

Mr. Richard Lewis
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
West Tower, Suite 500
1100 New York Avenue, N.W.
Washington, D.C. 20005

Mr. Tobias Millrood
POGUST, BRASLOW & MILLROOD, LLC
8 Tower Bridge, Suite 1520
161 Washington Street,
Conshohocken, PA 19428

Mr. James Morris
BRENT COON & ASSOCIATES, P.C.
11614 Bee Caves Rd., Suite 220
Austin, TX 78738

Mr. Mike Williams
WILLIAMS DAILEY O'LEARY CRAINE AND LOVE, P.C.
101 SW 5th Avenue, Suite. 1900
Portland, OR 97204-1135

My understanding is that Wyeth wanted resolution of this issue delayed until the July status conference; if I am missing something, Wyeth may file a Motion for Reconsideration.

---

[1] Based on their consent to removal, the following persons are no longer members of Plaintiffs' Steering Committee: Marc Coulter, Aaron Rihn, David Markham, Paul Odenwald, James Singleton, Patrick Stueve, Todd Hilton, Henry Wallace, Clint Krislov, Michael Mills, and Eileen McGeever.

**4. Plaintiffs' Motions to Disqualify Counsel because of Conflict of Interest --** With respect to the disqualification issue, I am still uncomfortable with Wyeth's counsel representing former sales representatives, but based on the submissions by the respective parties, I do not believe a disqualifying conflict has been established.  Therefore, Plaintiffs' Motions are DENIED.  Orders will be entered in the individual cases where there are pending motions.

**5. Proposals Regarding Resolution of the Litigation (Doc. Nos. 1765, 1766) --** None of the proposals are acceptable at this time.

- <u>Settlement Conference/Mediation Program</u>-- I will consider a settlement conference/mediation program when all of the involved parties agree that one might be in order.  Absent highly unusual circumstances, I do not grant a settlement conference/mediation program absent agreement of all parties.

- <u>Global Judicial Conference</u> -- I had never heard of or thought of such a proceeding.  Is there any precedent for this?  Any authority?  I think the answer to both of these questions is probably "no," but I would be happy to be disabused if I am in error.

- <u>Completing Generic Discovery</u> -- October, 2008, is too early to complete generic discovery.  However, Defendants may bring this up at the July status conference if they wish.

- <u>PPO-9 Discovery</u> -- I would like to be brought up to date on PPO-9 discovery at the July status conference.

- <u>Setting Deadlines for Amending Complaint</u> -- I would like to have Plaintiffs' response to Wyeth's suggestion that we set deadlines for amending complaints and naming additional defendants.  This will be discussed at the July status conference.

- <u>Appellate Decisions</u> -- I realize that all parties would like to have direction from the 8th Circuit. At this point, I realize I am the fly in the ointment, since I have not entered an order with respect to the punitive damages motions so that the case can be appealed to the 8th Circuit. I am working like Jacob did for Rachel -- and I hope to accomplish my mission far short of fourteen years.

**6. Plaintiffs' Motion to Compel Solvay Pharmaceuticals, Inc. Re: Safety Addendum** (Doc. No. 1779) -- I will rule on this motion after receiving Defendant's response.

IT IS SO ORDERED this 18th day of June, 2008.

/s/ Wm. R. Wilson, Jr._____
UNITED STATES DISTRICT JUDGE