**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

|  |  |  |
|---|---|---|
|  | : | MDL DOCKET NO. 4:03-CV-1507-WRW |
| IN RE: | : |  |
| PREMPRO PRODUCTS LIABILITY | : |  |
| LITIGATION | : | ALL CASES |

**AMENDED ORDER**

The Order (Doc. No. 1807) filed earlier today included incorrect contact information for Mr. Mike Williams. His correct contact information is:

    Mr. Mike Williams
    WILLIAMS LOVE O'LEARY & POWERS, P.C.
    9755 SW Barnes Road, Suite 450
    Portland, OR 97225-6681

The rest of the Order remains the same.

    IT IS SO ORDERED this 18th day of June, 2008.


                                              /s/ Wm. R. Wilson, Jr.
                                              UNITED STATES DISTRICT JUDGE