pending at this time, the stay is lifted. Case 4:03-cv-01507-BRW   Document 1815   Filed 07/03/08   Page 1 of 3

JUN 2 7 2008
CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 0 3 2008

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

JUN 1 1 2008

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: PREMPRO PRODUCTS LIABILITY
LITIGATION

MDL No. 1507

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-139)**

4:03 CV 01507 WRW

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 254 F.Supp.2d 1366 (J.P.M.L. 2003). Since that time, 4,546 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY

JUN 2 7 2008

ATTEST _____
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: PREMPRO PRODUCTS LIABILITY
LITIGATION

MDL No. 1507

## SCHEDULE CTO-139 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**          **CASE CAPTION**

MINNESOTA
MN  0  08-1289          ~~Myrna Beer, et al. v. Wyeth, Inc., et al.~~          Opposed 6/26/08
MN  0  08-1290          ~~Rose Marie O'Leary, et al. v. Wyeth, Inc., et al.~~  Opposed 6/26/08
MN  0  08-1302          ~~Elizabeth Ansley v. Wyeth, et al.~~                  Opposed 6/26/08
MN  0  08-1303          ~~Joyce Worthington v. Wyeth, et al.~~                 Opposed 6/26/08
MN  0  08-1312          Jill F. Wentzel v. Wyeth, et al.
MN  0  08-1380          Joy R. Johnson v. Wyeth
MN  0  08-1386          Shirley P. Wimmer v. Wyeth, Inc., et al.
MN  0  08-1390          Carol L. Lewis v. Wyeth, et al.
MN  0  08-1397          Janice B. McCoy v. Wyeth
MN  0  08-1400          Frances Batchelder v. Wyeth
MN  0  08-1401          Juanita Cloud v. Wyeth
MN  0  08-1403          Mary J. Danker v. Wyeth

NEW HAMPSHIRE
NH  1  08-184           Paula Jewell, et al. v. Wyeth, et al.