Inasmuch as no objection is pending at this time, the stay is lifted.

JUL -9 2008
CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 23 2008

FILED
CLERK'S OFFICE

RECEIVED
MAIL ROOM
JUL 16 2008
U.S. DISTRICT COURT
E. DIST. OF ARKANSAS

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: PREMPRO PRODUCTS LIABILITY LITIGATION

MDL No. 1507

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 16 2008
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-140)

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 254 F.Supp.2d 1366 (J.P.M.L. 2003). Since that time, 4,546 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY

JUL -9 2008

ATTEST _____
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: PREMPRO PRODUCTS LIABILITY
LITIGATION

MDL No. 1507

## SCHEDULE CTO-140 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**      **CASE CAPTION**

MINNESOTA
| | | | |
|---|---|---|---|
| MN | 0 | 08-1232 | Carol L. Wilson v. Wyeth |
| MN | 0 | 08-1241 | Lucetta J. Daniels v. Wyeth, et al. |
| MN | 0 | 08-1250 | Marlaine E. Metcalf v. Wyeth, et al. |
| MN | 0 | 08-1301 | Jan Lewis, et al. v. Wyeth, Inc., et al. |
| MN | 0 | 08-1396 | Marjorie L. Schmitt v. Wyeth, et al. |
| MN | 0 | 08-1402 | Bobbie C. Brower v. Wyeth |
| MN | 0 | 08-1404 | Carolyn H. Wooten v. Wyeth |
| MN | 0 | 08-1453 | Elinor M. Duval, et al. v. Wyeth, et al. |

MISSISSIPPI NORTHERN
| | | | |
|---|---|---|---|
| MSN | 2 | 08-79 | Katie B. Sims v. Wyeth, et al. |

NORTH DAKOTA
| | | | |
|---|---|---|---|
| ND | 1 | 08-45 | Linda Kenner v. Wyeth, Inc., et al. |
| ND | 3 | 08-48 | Phyllis Sauer, et al. v. Wyeth Pharmaceuticals, Inc., et al. |

WEST VIRGINIA SOUTHERN      **All WVS Actions Opposed 6/27/08**
| | | | |
|---|---|---|---|
| ~~WVS~~ | ~~3~~ | ~~08-346~~ | ~~Blodwyn Doerfler, et al. v. American Home Products Corp., et al.~~ |
| ~~WVS~~ | ~~3~~ | ~~08-347~~ | ~~Ruby Ables, et al. v. American Home Products Corp., et al.~~ |
| ~~WVS~~ | ~~3~~ | ~~08-348~~ | ~~Louise Adams, et al. v. American Home Products Corp., et al.~~ |
| ~~WVS~~ | ~~3~~ | ~~08-349~~ | ~~Alta Adkins v. American Home Products Corp., et al.~~ |
| ~~WVS~~ | ~~3~~ | ~~08-350~~ | ~~Carole Adkins, et al. v. American Home Products Corp., et al.~~ |
| ~~WVS~~ | ~~3~~ | ~~08-351~~ | ~~Carolyn Adkins, et al. v. American Home Products Corp., et al.~~ |
| ~~WVS~~ | ~~3~~ | ~~08-352~~ | ~~Ethel Adkins, et al. v. American Home Products Corp., et al.~~ |
| ~~WVS~~ | ~~3~~ | ~~08-353~~ | ~~Franklin Adkins, et al. v. American Home Products Corp., et al.~~ |
| ~~WVS~~ | ~~3~~ | ~~08-354~~ | ~~Mamie Adkins, et al. v. American Home Products Corp., et al.~~ |
| ~~WVS~~ | ~~3~~ | ~~08-355~~ | ~~Regina Adkins, et al. v. American Home Products Corp., et al.~~ |
| ~~WVS~~ | ~~3~~ | ~~08-356~~ | ~~Clara Allport v. American Home Products Corp., et al.~~ |
| ~~WVS~~ | ~~3~~ | ~~08-357~~ | ~~Bonnie Alvarran, et al. v. American Home Products Corp., et al.~~ |
| ~~WVS~~ | ~~3~~ | ~~08-358~~ | ~~Delores Ambro, et al. v. American Home Products Corp., et al.~~ |
| ~~WVS~~ | ~~3~~ | ~~08-359~~ | ~~Juanita Anderson, et al. v. American Home Products Corp., et al.~~ |
| ~~WVS~~ | ~~3~~ | ~~08-360~~ | ~~Canzaza Arkle, et al. v. American Home Products Corp., et al.~~ |
| ~~WVS~~ | ~~3~~ | ~~08-361~~ | ~~Cynthia Armstrong, et al. v. American Home Products Corp., et al.~~ |

## MDL No. 1507 - Schedule CTO-140 Tag-Along Actions (Continued)

| DIST. DIV. C.A. # | CASE CAPTION | All WVS Actions Opposed 6/27/08 |
|---|---|---|
| WVS 3 08-362 | Betty Arthur, et al. v. American Home Products Corp., et al. | |
| WVS 3 08-363 | Judy Asbury, et al. v. American Home Products Corp., et al. | |
| WVS 3 08-364 | Minta Ash, et al. v. American Home Products Corp., et al. | |
| WVS 3 08-365 | Thelma Atkins, et al. v. American Home Products Corp., et al. | |
| WVS 3 08-366 | Brenda Bailey, et al. v. American Home Products Corp., et al. | |
| WVS 3 08-367 | Sonja Barnett, et al. v. American Home Products Corp., et al. | |
| WVS 3 08-368 | Brenda Bates, et al. v. American Home Products Corp., et al. | |
| WVS 3 08-369 | Norma Beale v. American Home Products Corp., et al. | |
| WVS 3 08-370 | Connie Beford, et al. v. American Home Products Corp., et al. | |
| WVS 3 08-371 | Delores Belcher, et al. v. American Home Products Corp., et al. | |
| WVS 3 08-372 | Gloria Bias v. American Home Products Corp., et al. | |
| WVS 3 08-373 | Gwendolyn Bias, et al. v. American Home Products Corp., et al. | |
| WVS 3 08-374 | Barbara Black v. American Home Products Corp., et al. | |
| WVS 3 08-375 | Mary Blizzard, et al. v. American Home Products Corp., et al. | |
| WVS 3 08-376 | Frances Bolen, et al. v. American Home Products Corp., et al. | |
| WVS 3 08-377 | Betty Bonner v. American Home Products Corp., et al. | |
| WVS 3 08-378 | Dovie Bosher v. American Home Products Corp., et al. | |
| WVS 3 08-379 | Drema Bousheley, et al. v. American Home Products Corp., et al. | |
| WVS 3 08-380 | Phyllis Bowcott, et al. v. American Home Products Corp., et al. | |
| WVS 3 08-381 | Janit Bowen, et al. v. American Home Products Corp., et al. | |
| WVS 3 08-382 | Evelyn Bower v. American Home Products Corp., et al. | |
| WVS 3 08-383 | Pearl Fulkes-Bowles, et al. v. American Home Products Corp., et al. | |
| WVS 3 08-384 | Hazel Brenneman v. American Home Products Corp., et al. | |
| WVS 3 08-385 | Celesta Bridwell v. American Home Products Corp., et al. | |
| WVS 3 08-386 | Wilma Brooks, et al. v. American Home Products Corp., et al. | |
| WVS 3 08-387 | Carol Brown, et al. v. American Home Products Corp., et al. | |
| WVS 3 08-388 | Freda Brown, et al. v. American Home Products Corp., et al. | |
| WVS 3 08-389 | Tommy Brown, etc. v. American Home Products Corp., et al. | |
| WVS 3 08-390 | June Browning, et al. v. American Home Products Corp., et al. | |
| WVS 3 08-391 | Carolyn Brownlee v. American Home Products Corp., et al. | |
| WVS 3 08-392 | Laura Bryant, et al. v. American Home Products Corp., et al. | |
| WVS 3 08-393 | Laura Bunnell v. American Home Products Corp., et al. | |
| WVS 3 08-394 | Jeanette Burns, et al. v. American Home Products Corp., et al. | |
| WVS 3 08-395 | Patricia Burress v. American Home Products Corp., et al. | |
| WVS 3 08-396 | Sharon Burton, et al. v. American Home Products Corp., et al. | |
| WVS 3 08-397 | Norma Cagigas, et al. v. American Home Products Corp., et al. | |
| WVS 3 08-398 | Linda Caleffie, et al. v. American Home Products Corp., et al. | |
| WVS 3 08-399 | Colleen Campbell v. American Home Products Corp., et al. | |

## MDL No. 1507 - Schedule CTO-140 Tag-Along Actions (Continued)

**DIST. DIV. C.A. #**           **CASE CAPTION**     All WVS Actions Opposed 6/27/08

~~WVS 3 08-400~~             ~~Judith Campbell v. American Home Products Corp., et al.~~
~~WVS 3 08-401~~             ~~Viola Capito, et al. v. American Home Products Corp., et al.~~
~~WVS 3 08-402~~             ~~Janet Carder, et al. v. American Home Products Corp., et al.~~
~~WVS 3 08-403~~             ~~Dorothy Carpenter, et al. v. American Home Products Corp., et al.~~
~~WVS 3 08-404~~             ~~Eleanor Carpenter, et al. v. American Home Products Corp., et al.~~
~~WVS 3 08-405~~             ~~Carolyn Carper, et al. v. American Home Products Corp., et al.~~
~~WVS 3 08-406~~             ~~Betty Carter v. American Home Products Corp., et al.~~
~~WVS 3 08-407~~             ~~Connie Carter v. American Home Products Corp., et al.~~
~~WVS 3 08-408~~             ~~Linda Carter, et al. v. American Home Products Corp., et al.~~
~~WVS 3 08-409~~             ~~Nellie Carter v. American Home Products Corp., et al.~~
~~WVS 3 08-410~~             ~~Patty Carter v. American Home Products Corp., et al.~~
~~WVS 3 08-411~~             ~~Linda Casdorph, et al. v. American Home Products Corp., et al.~~
~~WVS 3 08-412~~             ~~Janet Ann Caudill v. American Home Products Corp., et al.~~
~~WVS 3 08-413~~             ~~Janet F. Caudill v. American Home Products Corp., et al.~~
~~WVS 3 08-414~~             ~~Dollie Cavender v. American Home Products Corp., et al.~~
~~WVS 3 08-415~~             ~~Rita Cavins, et al. v. American Home Products Corp., et al.~~
~~WVS 3 08-416~~             ~~Patricia Chandler, et al. v. American Home Products Corp., et al.~~
~~WVS 3 08-417~~             ~~Clarice Chapman v. American Home Products Corp., et al.~~
~~WVS 3 08-418~~             ~~Janet Chapman v. American Home Products Corp., et al.~~
~~WVS 3 08-419~~             ~~Betty Charles, et al. v. American Home Products Corp., et al.~~
~~WVS 3 08-420~~             ~~Geraldine Chavis v. American Home Products Corp., et al.~~
~~WVS 3 08-421~~             ~~Roberta Childress, et al. v. American Home Products Corp., et al.~~
~~WVS 3 08-422~~             ~~Wilma Church, et al. v. American Home Products Corp., et al.~~
~~WVS 3 08-423~~             ~~Tena Clay v. American Home Products Corp., et al.~~
~~WVS 3 08-424~~             ~~Joyce Clemons, et al. v. American Home Products Corp., et al.~~
~~WVS 3 08-425~~             ~~Barbara Cobb v. American Home Products Corp., et al.~~
~~WVS 3 08-426~~             ~~Norma Cole, et al. v. American Home Products Corp., et al.~~
~~WVS 3 08-427~~             ~~Wanda Colebank, et al. v. American Home Products Corp., et al.~~
~~WVS 3 08-428~~             ~~Catherine Coleman v. American Home Products Corp., et al.~~
~~WVS 3 08-429~~             ~~Gloria Collias v. American Home Products Corp., et al.~~
~~WVS 3 08-430~~             ~~Dorothy Comer v. American Home Products Corp., et al.~~
~~WVS 3 08-431~~             ~~Anna Compton v. American Home Products Corp., et al.~~
~~WVS 3 08-432~~             ~~Margaret Comstock v. American Home Products Corp., et al.~~
~~WVS 3 08-433~~             ~~Mary Conley v. American Home Products Corp., et al.~~
~~WVS 3 08-434~~             ~~Daniel Bifano, et al. v. American Home Products Corp., et al.~~
~~WVS 3 08-435~~             ~~Linda Conner, et al. v. American Home Products Corp., et al.~~
~~WVS 3 08-436~~             ~~Billy Cook, etc. v. American Home Products Corp., et al.~~
~~WVS 3 08-437~~             ~~Carolyn Cook, et al. v. American Home Products Corp., et al.~~

## MDL No. 1507 - Schedule CTO-140 Tag-Along Actions (Continued)

| DIST. | DIV. | C.A. # | CASE CAPTION | All WVS Actions Opposed 6/27/08 |
|---|---|---|---|---|
| WVS | 3 | 08-438 | Joycelyn Cook v. American Home Products Corp., et al. | |
| WVS | 3 | 08-439 | Andrea Copley, et al. v. American Home Products Corp., et al. | |
| WVS | 3 | 08-440 | Colleen Copley, et al. v. American Home Products Corp., et al. | |
| WVS | 3 | 08-441 | Nancy Cornell v. American Home Products Corp., et al. | |
| WVS | 3 | 08-442 | Julie Coulter v. American Home Products Corp., et al. | |
| WVS | 3 | 08-443 | Marilyn Counts v. American Home Products Corp., et al. | |
| WVS | 3 | 08-444 | Mary Crance, et al. v. American Home Products Corp., et al. | |
| WVS | 3 | 08-445 | Marjorie Cremeans, et al. v. American Home Products Corp., et al. | |
| WVS | 3 | 08-446 | Geneva Cumbridge v. American Home Products Corp., et al. | |
| WVS | 3 | 08-447 | Mary Curry v. American Home Products Corp., et al. | |
| WVS | 3 | 08-448 | Betty Curtis, et al. v. American Home Products Corp., et al. | |
| WVS | 3 | 08-449 | Donna Day, et al. v. American Home Products Corp., et al. | |
| WVS | 3 | 08-450 | Shirley Day v. American Home Products Corp., et al. | |
| WVS | 3 | 08-451 | Donna Dean v. American Home Products Corp., et al. | |
| WVS | 3 | 08-452 | Arizona Deknight v. American Home Products Corp., et al. | |
| WVS | 3 | 08-453 | Debra Delp, et al. v. American Home Products Corp., et al. | |
| WVS | 3 | 08-454 | Rebecca Dennison, et al. v. American Home Products Corp., et al. | |
| WVS | 3 | 08-455 | Doris Deskins, et al. v. American Home Products Corp., et al. | |
| WVS | 3 | 08-456 | Sherry Deskins, et al. v. American Home Products Corp., et al. | |
| WVS | 3 | 08-457 | Patricia Dienes, et al. v. American Home Products Corp., et al. | |
| WVS | 3 | 08-458 | Georgia Dingess, et al. v. American Home Products Corp., et al. | |
| WVS | 3 | 08-459 | Patricia Doczi, et al. v. American Home Products Corp., et al. | |
| WVS | 3 | 08-460 | Eleanor Dotson, et al. v. American Home Products Corp., et al. | |
| WVS | 3 | 08-461 | Lucinda Douglas, et al. v. American Home Products Corp., et al. | |
| WVS | 3 | 08-462 | Patsy Duffey v. American Home Products Corp., et al. | |
| WVS | 3 | 08-463 | Patty Duffield, et al. v. American Home Products Corp., et al. | |
| WVS | 3 | 08-464 | Nerva Durham, et al. v. American Home Products Corp., et al. | |
| WVS | 3 | 08-465 | Sandra Eads v. American Home Products Corp., et al. | |
| WVS | 3 | 08-466 | Norma Earl v. American Home Products Corp., et al. | |
| WVS | 3 | 08-467 | Karen Edwards v. American Home Products Corp., et al. | |
| WVS | 3 | 08-468 | Patricia Enrietti, et al. v. American Home Products Corp., et al. | |
| WVS | 3 | 08-469 | Irene Ervin v. American Home Products Corp., et al. | |
| WVS | 3 | 08-470 | Beverly Evans v. American Home Products Corp., et al. | |
| WVS | 3 | 08-471 | Inas Evans v. American Home Products Corp., et al. | |
| WVS | 3 | 08-472 | Beulah Facemire v. American Home Products Corp., et al. | |
| WVS | 3 | 08-473 | Janice Farris, et al. v. American Home Products Corp., et al. | |
| WVS | 3 | 08-474 | Nilia Fauber, et al. v. American Home Products Corp., et al. | |
| WVS | 3 | 08-475 | Rosa Finley v. American Home Products Corp., et al. | |

## MDL No. 1507 - Schedule CTO-140 Tag-Along Actions (Continued)

| DIST. DIV. C.A. # | CASE CAPTION    All WVS Actions Opposed 6/27/08 |
|---|---|
| WVS 3 08-476 | Barbara Fisher v. American Home Products Corp., et al. |
| WVS 3 08-477 | Georgia Fisher, et al. v. American Home Products Corp., et al. |
| WVS 3 08-478 | Velma Fisher v. American Home Products Corp., et al. |
| WVS 3 08-479 | Martha Fleming v. American Home Products Corp., et al. |
| WVS 3 08-480 | Hazel Forbes v. American Home Products Corp., et al. |
| WVS 3 08-481 | Alice Frady, et al. v. American Home Products Corp., et al. |
| WVS 3 08-482 | Janet Fenner Frame, et al. v. American Home Products Corp., et al. |
| WVS 3 08-483 | Ruby Frye, et al. v. American Home Products Corp., et al. |
| WVS 3 08-484 | Carolyn Furman, et al. v. American Home Products Corp., et al. |
| WVS 3 08-485 | Rae Gandee v. American Home Products Corp., et al. |
| WVS 3 08-486 | Toney Garrison v. American Home Products Corp., et al. |
| WVS 3 08-487 | Esther Gibbs, et al. v. American Home Products Corp., et al. |
| WVS 3 08-488 | Betty Gill v. American Home Products Corp., et al. |
| WVS 3 08-489 | John Ginn, et al. v. American Home Products Corp., et al. |
| WVS 3 08-490 | Karen Givens, et al. v. American Home Products Corp., et al. |
| WVS 3 08-491 | Sandra Godwin, et al. v. American Home Products Corp., et al. |
| WVS 3 08-492 | Betty Good, et al. v. American Home Products Corp., et al. |
| WVS 3 08-493 | Lorraine Goodman, et al. v. American Home Products Corp., et al. |
| WVS 3 08-494 | Kathryn Gould, et al. v. American Home Products Corp., et al. |
| WVS 3 08-495 | Anna Graham v. American Home Products Corp., et al. |
| WVS 3 08-496 | Audrey Graham v. American Home Products Corp., et al. |
| WVS 3 08-497 | Patricia Granato, et al. v. American Home Products Corp., et al. |
| WVS 3 08-498 | Mary Gray, et al. v. American Home Products Corp., et al. |
| WVS 3 08-499 | Geraldine Green, et al. v. American Home Products Corp., et al. |
| WVS 3 08-500 | Jacqueline Green, et al. v. American Home Products Corp., et al. |
| WVS 3 08-501 | Phyllis Green, et al. v. American Home Products Corp., et al. |
| WVS 3 08-502 | Rhita Grim, et al. v. American Home Products Corp., et al. |
| WVS 3 08-503 | Martha Haga, et al. v. American Home Products Corp., et al. |
| WVS 3 08-504 | Janice Hager v. American Home Products Corp., et al. |
| WVS 3 08-505 | Eileen Haislop v. American Home Products Corp., et al. |
| WVS 3 08-506 | Shirley Hale v. American Home Products Corp., et al. |
| WVS 3 08-507 | Gayle Hamon, et al. v. American Home Products Corp., et al. |
| WVS 3 08-508 | Dorothy Hardy v. American Home Products Corp., et al. |
| WVS 3 08-509 | Nancy Hardy, et al. v. American Home Products Corp., et al. |
| WVS 3 08-510 | Mary Harless, et al. v. American Home Products Corp., et al. |
| WVS 3 08-511 | Patricia Harman, et al. v. American Home Products Corp., et al. |
| WVS 3 08-512 | Karen Harper v. American Home Products Corp., et al. |
| WVS 3 08-513 | Phyllis Harris v. American Home Products Corp., et al. |

## MDL No. 1507 - Schedule CTO-140 Tag-Along Actions (Continued)

| DIST. DIV. C.A. # | CASE CAPTION | All WVS Actions Opposed 6/27/08 |
|---|---|---|
| WVS 3 08-514 | Julia Harford v. American Home Products Corp., et al. | |
| WVS 3 08-515 | Sharon Hartley, et al. v. American Home Products Corp., et al. | |
| WVS 3 08-516 | Jacqueline Hatfield, et al. v. American Home Products Corp., et al. | |
| WVS 3 08-517 | Zelda Hatten, et al. v. American Home Products Corp., et al. | |
| WVS 3 08-518 | Martha Hayden, et al. v. American Home Products Corp., et al. | |
| WVS 3 08-519 | Josephine Haynes, et al. v. American Home Products Corp., et al. | |
| WVS 3 08-520 | Drema Henrich v. American Home Products Corp., et al. | |
| WVS 3 08-521 | Frances Henson, et al. v. American Home Products Corp., et al. | |
| WVS 3 08-522 | Marilyn Settle, et al. v. American Home Products Corp., et al. | |
| WVS 3 08-523 | Dorothy Hiner v. American Home Products Corp., et al. | |
| WVS 3 08-524 | Lawrence Hinkle, et al. v. American Home Products Corp., et al. | |
| WVS 3 08-525 | Margaret Hoffman, et al. v. American Home Products Corp., et al. | |
| WVS 3 08-526 | Mary Holstein, et al. v. American Home Products Corp., et al. | |
| WVS 3 08-527 | Arita Hooser v. American Home Products Corp., et al. | |
| WVS 3 08-528 | Anna Hubbard, et al. v. American Home Products Corp., et al. | |
| WVS 3 08-529 | Barbara Hubbard, et al. v. American Home Products Corp., et al. | |
| WVS 3 08-530 | Donna Huffman, et al. v. American Home Products Corp., et al. | |
| WVS 3 08-531 | Nancy Humphreys v. American Home Products Corp., et al. | |
| WVS 3 08-532 | Josephine Hurley v. American Home Products Corp., et al. | |
| WVS 3 08-533 | Gallie Isaac, Jr., etc. v. American Home Products Corp., et al. | |
| WVS 3 08-534 | Charlene Jackson v. American Home Products Corp., et al. | |
| WVS 3 08-535 | Carolyn James, et al. v. American Home Products Corp., et al. | |
| WVS 3 08-536 | Juanita Jarrell, et al. v. American Home Products Corp., et al. | |
| WVS 3 08-537 | Macie Jarrell, et al. v. American Home Products Corp., et al. | |
| WVS 3 08-538 | Rita Javins, et al. v. American Home Products Corp., et al. | |
| WVS 3 08-539 | Norma Jeffers, et al. v. American Home Products Corp., et al. | |
| WVS 3 08-540 | Diana Johnson v. American Home Products Corp., et al. | |
| WVS 3 08-541 | Elsie Johnson v. American Home Products Corp., et al. | |
| WVS 3 08-542 | Sylvia Johnson, et al. v. American Home Products Corp., et al. | |
| WVS 3 08-543 | Twila Jordan, et al. v. American Home Products Corp., et al. | |
| WVS 3 08-544 | Jan Karnes, et al. v. American Home Products Corp., et al. | |
| WVS 3 08-545 | Joyce Kasey v. American Home Products Corp., et al. | |
| WVS 3 08-546 | Nancy Kassay, et al. v. American Home Products Corp., et al. | |
| WVS 3 08-547 | Connie Kay, et al. v. American Home Products Corp., et al. | |
| WVS 3 08-548 | Fannie Keith, et al. v. American Home Products Corp., et al. | |
| WVS 3 08-549 | Margaret Kellar v. American Home Products Corp., et al. | |
| WVS 3 08-550 | Wilma Kelly v. American Home Products Corp., et al. | |
| WVS 3 08-551 | Judy Kerns v. American Home Products Corp., et al. | |

**MDL No. 1507 - Schedule CTO-140 Tag-Along Actions (Continued)**

| DIST. | DIV. | C.A. # | CASE CAPTION All WVS Actions Opposed 6/27/08 |
|---|---|---|---|
| WVS | 3 | 08-552 | Gladys Kessinger v. American Home Products Corp., et al. |
| WVS | 3 | 08-553 | Carolyn Kimball, et al. v. American Home Products Corp., et al. |
| WVS | 3 | 08-554 | Anna King, et al. v. American Home Products Corp., et al. |
| WVS | 3 | 08-555 | Cylinda King, et al. v. American Home Products Corp., et al. |
| WVS | 3 | 08-556 | Jean King v. American Home Products Corp., et al. |
| WVS | 3 | 08-557 | Billie Kinser v. American Home Products Corp., et al. |
| WVS | 3 | 08-558 | Shirley Kittle, et al. v. American Home Products Corp., et al. |
| WVS | 3 | 08-559 | Cheryle Knight, et al. v. American Home Products Corp., et al. |
| WVS | 3 | 08-560 | Virginia Knight, et al. v. American Home Products Corp., et al. |
| WVS | 3 | 08-561 | Janet Koon v. American Home Products Corp., et al. |
| WVS | 3 | 08-562 | Susan Kozielec, et al. v. American Home Products Corp., et al. |
| WVS | 3 | 08-563 | Wanda Lamb v. American Home Products Corp., et al. |
| WVS | 3 | 08-564 | Dorothy Lambert v. American Home Products Corp., et al. |
| WVS | 3 | 08-565 | Ellen Lambert, et al. v. American Home Products Corp., et al. |
| WVS | 3 | 08-566 | Deborah Lane, et al. v. American Home Products Corp., et al. |
| WVS | 3 | 08-567 | Mary Lane, et al. v. American Home Products Corp., et al. |
| WVS | 3 | 08-568 | Helen Lanham, et al. v. American Home Products Corp., et al. |
| WVS | 3 | 08-569 | Janice Lawrence v. American Home Products Corp., et al. |
| WVS | 3 | 08-570 | Joann Layfield, et al. v. American Home Products Corp., et al. |
| WVS | 3 | 08-571 | Dorothy Layton, et al. v. American Home Products Corp., et al. |
| WVS | 3 | 08-572 | Johnnie Lee, etc. v. American Home Products Corp., et al. |
| WVS | 3 | 08-573 | Mary Lemaster v. American Home Products Corp., et al. |
| WVS | 3 | 08-574 | Betty Lemasters v. American Home Products Corp., et al. |
| WVS | 3 | 08-575 | Arlene Lester-Houston, et al. v. American Home Products Corp., et al. |
| WVS | 3 | 08-576 | Polly Lester, et al. v. American Home Products Corp., et al. |
| WVS | 3 | 08-577 | Sylvia Underwood-Lewis, et al. v. American Home Products Corp., et al. |
| WVS | 3 | 08-578 | Dorothy Lieving, et al. v. American Home Products Corp., et al. |
| WVS | 3 | 08-579 | Elizabeth Linkous v. American Home Products Corp., et al. |
| WVS | 3 | 08-580 | Joyce Lively, et al. v. American Home Products Corp., et al. |
| WVS | 3 | 08-581 | Shelva Lockhart v. American Home Products Corp., et al. |
| WVS | 3 | 08-582 | Linda Logan, et al. v. American Home Products Corp., et al. |
| WVS | 3 | 08-583 | Deloris Logue v. American Home Products Corp., et al. |
| WVS | 3 | 08-584 | Katherine Long v. American Home Products Corp., et al. |
| WVS | 3 | 08-585 | Alice Looman v. American Home Products Corp., et al. |
| WVS | 3 | 08-586 | Patricia Lovejoy v. American Home Products Corp., et al. |
| WVS | 3 | 08-587 | Nancy Lucion v. American Home Products Corp., et al. |
| WVS | 3 | 08-588 | Patricia Lyons, et al. v. American Home Products Corp., et al. |
| WVS | 3 | 08-589 | Frances MacKnight, et al. v. American Home Products Corp., et al. |

## MDL No. 1507 - Schedule CTO-140 Tag-Along Actions (Continued)

**DIST. DIV. C.A. #**          **CASE CAPTION**     All WVS Actions Opposed 6/27/08

~~WVS 3 08-590~~          ~~Nancy Marcum, et al. v. American Home Products Corp., et al.~~
~~WVS 3 08-591~~          ~~Juanita Marshall, et al. v. American Home Products Corp., et al.~~
~~WVS 3 08-592~~          ~~Imogene Mason, et al. v. American Home Products Corp., et al.~~
~~WVS 3 08-593~~          ~~Beverly Massey, et al. v. American Home Products Corp., et al.~~
~~WVS 3 08-594~~          ~~Charles Maxwell, etc. v. American Home Products Corp., et al.~~
~~WVS 3 08-595~~          ~~Juanita May v. American Home Products Corp., et al.~~
~~WVS 3 08-596~~          ~~Judy May v. American Home Products Corp., et al.~~
~~WVS 3 08-597~~          ~~Phyllis May v. American Home Products Corp., et al.~~
~~WVS 3 08-598~~          ~~Pansy Mayes, et al. v. American Home Products Corp., et al.~~
~~WVS 3 08-599~~          ~~Dolores Mayle, et al. v. American Home Products Corp., et al.~~
~~WVS 3 08-600~~          ~~Mary Maynard, et al. v. American Home Products Corp., et al.~~
~~WVS 3 08-601~~          ~~Ila Maynor, et al. v. American Home Products Corp., et al.~~
~~WVS 3 08-602~~          ~~Mary Mayo, et al. v. American Home Products Corp., et al.~~
~~WVS 3 08-603~~          ~~Helen McClure, et al. v. American Home Products Corp., et al.~~
~~WVS 3 08-604~~          ~~Donna McCormick v. American Home Products Corp., et al.~~
~~WVS 3 08-605~~          ~~Terry McElroy v. American Home Products Corp., et al.~~
~~WVS 3 08-606~~          ~~Betty McGraw, et al. v. American Home Products Corp., et al.~~
~~WVS 3 08-607~~          ~~Alice McManaman, et al. v. American Home Products Corp., et al.~~
~~WVS 3 08-608~~          ~~Arlene McMillion v. American Home Products Corp., et al.~~
~~WVS 3 08-609~~          ~~Clara Means, et al. v. American Home Products Corp., et al.~~
~~WVS 3 08-610~~          ~~Teresa White, et al. v. American Home Products Corp., et al.~~
~~WVS 3 08-611~~          ~~Linda Means, et al. v. American Home Products Corp., et al.~~
~~WVS 3 08-612~~          ~~Helen Meronuk, et al. v. American Home Products Corp., et al.~~
~~WVS 3 08-613~~          ~~Cloudia Metts v. American Home Products Corp., et al.~~
~~WVS 3 08-614~~          ~~Evelyn Metz, et al. v. American Home Products Corp., et al.~~
~~WVS 3 08-615~~          ~~Loranna Midkiff v. American Home Products Corp., et al.~~
~~WVS 3 08-616~~          ~~Jane Milam, et al. v. American Home Products Corp., et al.~~
~~WVS 3 08-617~~          ~~Matthew Alan Miles, etc. v. American Home Products Corp., et al.~~
~~WVS 3 08-618~~          ~~Anna Miller v. American Home Products Corp., et al.~~
~~WVS 3 08-619~~          ~~Mary Miller v. American Home Products Corp., et al.~~
~~WVS 3 08-620~~          ~~Sally Miller, et al. v. American Home Products Corp., et al.~~
~~WVS 3 08-621~~          ~~Violet Miller, et al. v. American Home Products Corp., et al.~~
~~WVS 3 08-622~~          ~~Iva Mitchell v. American Home Products Corp., et al.~~
~~WVS 3 08-623~~          ~~Linda Moncrief, et al. v. American Home Products Corp., et al.~~
~~WVS 3 08-624~~          ~~Margaret Monroe, et al. v. American Home Products Corp., et al.~~
~~WVS 3 08-625~~          ~~Sylvia Monty v. American Home Products Corp., et al.~~
~~WVS 3 08-626~~          ~~Wilma Morgan, et al. v. American Home Products Corp., et al.~~
~~WVS 3 08-627~~          ~~Helen Mounts v. American Home Products Corp., et al.~~

## MDL No. 1507 - Schedule CTO-140 Tag-Along Actions (Continued)

| DIST. | DIV. | C.A. # | CASE CAPTION | All WVS Actions Opposed 6/27/08 |
|---|---|---|---|---|
| WVS | 3 | 08-628 | Lois Mounts v. American Home Products Corp., et al. | |
| WVS | 3 | 08-629 | Debra Mullins, et al. v. American Home Products Corp., et al. | |
| WVS | 3 | 08-630 | Jennetie Muncy v. American Home Products Corp., et al. | |
| WVS | 3 | 08-631 | Alice Murphy, et al. v. American Home Products Corp., et al. | |
| WVS | 3 | 08-632 | Sandra Murphy v. American Home Products Corp., et al. | |
| WVS | 3 | 08-633 | Virginia Murphy v. American Home Products Corp., et al. | |
| WVS | 3 | 08-634 | Barbara Mutters, et al. v. American Home Products Corp., et al. | |
| WVS | 3 | 08-635 | Linda Napier, et al. v. American Home Products Corp., et al. | |
| WVS | 3 | 08-636 | Nancy Napier, et al. v. American Home Products Corp., et al. | |
| WVS | 3 | 08-637 | Judith Neace, et al. v. American Home Products Corp., et al. | |
| WVS | 3 | 08-638 | Betty Newman, et al. v. American Home Products Corp., et al. | |
| WVS | 3 | 08-639 | Florence Nichols, et al. v. American Home Products Corp., et al. | |
| WVS | 3 | 08-640 | Josetta Noble, et al. v. American Home Products Corp., et al. | |
| WVS | 3 | 08-641 | Teresa Noe v. American Home Products Corp., et al. | |
| WVS | 3 | 08-642 | Alice Null v. American Home Products Corp., et al. | |
| WVS | 3 | 08-643 | Betty Nutter v. American Home Products Corp., et al. | |
| WVS | 3 | 08-644 | Isabelle Nutter v. American Home Products Corp., et al. | |
| WVS | 3 | 08-645 | Peggy Nutter v. American Home Products Corp., et al. | |
| WVS | 3 | 08-646 | Margarette Offutt, et al. v. American Home Products Corp., et al. | |
| WVS | 3 | 08-647 | Josephine Ohler, et al. v. American Home Products Corp., et al. | |
| WVS | 3 | 08-648 | Carol Overbaugh, et al. v. American Home Products Corp., et al. | |
| WVS | 3 | 08-649 | Dana Pack, et al. v. American Home Products Corp., et al. | |
| WVS | 3 | 08-650 | Anita Paden v. American Home Products Corp., et al. | |
| WVS | 3 | 08-651 | Martha Painter, et al. v. American Home Products Corp., et al. | |
| WVS | 3 | 08-652 | Carolyn Pauley, et al. v. American Home Products Corp., et al. | |
| WVS | 3 | 08-653 | Lindsey Parsley v. American Home Products Corp., et al. | |
| WVS | 3 | 08-654 | Joann Paxton v. American Home Products Corp., et al. | |
| WVS | 3 | 08-655 | Linda Payne, et al. v. American Home Products Corp., et al. | |
| WVS | 3 | 08-656 | Sharon Pemberton, et al. v. American Home Products Corp., et al. | |
| WVS | 3 | 08-657 | Brenda Pennington, et al. v. American Home Products Corp., et al. | |
| WVS | 3 | 08-658 | Mary Perkins, et al. v. American Home Products Corp., et al. | |
| WVS | 3 | 08-659 | Brenda Perrine, et al. v. American Home Products Corp., et al. | |
| WVS | 3 | 08-660 | Dorothy Perry, et al. v. American Home Products Corp., et al. | |
| WVS | 3 | 08-661 | Linda Perry v. American Home Products Corp., et al. | |
| WVS | 3 | 08-662 | Louella Perry, et al. v. American Home Products Corp., et al. | |
| WVS | 3 | 08-663 | Sheila Peters v. American Home Products Corp., et al. | |
| WVS | 3 | 08-664 | Delores Phillips, et al. v. American Home Products Corp., et al. | |
| WVS | 3 | 08-665 | Elizabeth Pickrell v. American Home Products Corp., et al. | |

## MDL No. 1507 - Schedule CTO-140 Tag-Along Actions (Continued)

**DIST. DIV. C.A. #**          **CASE CAPTION**     All WVS Actions Opposed 6/27/08

~~WVS 3 08-666~~         ~~Jane Pierce, et al. v. American Home Products Corp., et al.~~
~~WVS 3 08-667~~         ~~Sharon Poe, et al. v. American Home Products Corp., et al.~~
~~WVS 3 08-668~~         ~~Connie Porter, et al. v. American Home Products Corp., et al.~~
~~WVS 3 08-669~~         ~~Marlene Price v. American Home Products Corp., et al.~~
~~WVS 3 08-670~~         ~~Rowena Pritchett v. American Home Products Corp., et al.~~
~~WVS 3 08-671~~         ~~Vivian Pursley, et al. v. American Home Products Corp., et al.~~
~~WVS 3 08-672~~         ~~Mary Ramey v. American Home Products Corp., et al.~~
~~WVS 3 08-673~~         ~~Dorothy Ray v. American Home Products Corp., et al.~~
~~WVS 3 08-674~~         ~~Brenda Raynes, et al. v. American Home Products Corp., et al.~~
~~WVS 3 08-675~~         ~~Lillian Raynes, et al. v. American Home Products Corp., et al.~~
~~WVS 3 08-676~~         ~~Christina Rice, et al. v. American Home Products Corp., et al.~~
~~WVS 3 08-677~~         ~~Clara Rigney, et al. v. American Home Products Corp., et al.~~
~~WVS 3 08-678~~         ~~Judy Roberts, et al. v. American Home Products Corp., et al.~~
~~WVS 3 08-679~~         ~~Teresa Roberts, et al. v. American Home Products Corp., et al.~~
~~WVS 3 08-680~~         ~~Caroline Robinson v. American Home Products Corp., et al.~~
~~WVS 3 08-681~~         ~~Charlotte Robinson v. American Home Products Corp., et al.~~
~~WVS 3 08-682~~         ~~Wanda Robinson v. American Home Products Corp., et al.~~
~~WVS 3 08-683~~         ~~Gladys Rogers, et al. v. American Home Products Corp., et al.~~
~~WVS 3 08-684~~         ~~Sharon Rogers, et al. v. American Home Products Corp., et al.~~
~~WVS 3 08-685~~         ~~Cheryl Rorie v. American Home Products Corp., et al.~~
~~WVS 3 08-686~~         ~~Harold Ross, etc. v. American Home Products Corp., et al.~~
~~WVS 3 08-687~~         ~~Katheryn Ross v. American Home Products Corp., et al.~~
~~WVS 3 08-688~~         ~~Thelma Roy, et al. v. American Home Products Corp., et al.~~
~~WVS 3 08-689~~         ~~Betty Runyan, et al. v. American Home Products Corp., et al.~~
~~WVS 3 08-690~~         ~~Connie Rutherford v. American Home Products Corp., et al.~~
~~WVS 3 08-691~~         ~~Phyllis Samples v. American Home Products Corp., et al.~~
~~WVS 3 08-692~~         ~~Barbara Sams v. American Home Products Corp., et al.~~
~~WVS 3 08-693~~         ~~Judith Sarrett, et al. v. American Home Products Corp., et al.~~
~~WVS 3 08-694~~         ~~Cheryl Satterfield v. American Home Products Corp., et al.~~
~~WVS 3 08-695~~         ~~Tammy Saunders, et al. v. American Home Products Corp., et al.~~
~~WVS 3 08-696~~         ~~Doris Saunders, et al. v. American Home Products Corp., et al.~~
~~WVS 3 08-697~~         ~~Lou Ann Scaggs, et al. v. American Home Products Corp., et al.~~
~~WVS 3 08-698~~         ~~Myrtle Scaggs, et al. v. American Home Products Corp., et al.~~
~~WVS 3 08-699~~         ~~Frances Scarbro, et al. v. American Home Products Corp., et al.~~
~~WVS 3 08-700~~         ~~Thomasina Schaffer, et al. v. American Home Products Corp., et al.~~
~~WVS 3 08-701~~         ~~Karen Schagat, et al. v. American Home Products Corp., et al.~~
~~WVS 3 08-702~~         ~~Jennifer Schmidt, et al. v. American Home Products Corp., et al.~~
~~WVS 3 08-703~~         ~~Judith Schultz, et al. v. American Home Products Corp., et al.~~

## MDL No. 1507 - Schedule CTO-140 Tag-Along Actions (Continued)

| DIST. | DIV. | C.A. # | CASE CAPTION | All WVS Actions Opposed 6/27/08 |
|---|---|---|---|---|
| WVS | 3 | 08-704 | Minnie Scott, et al. v. American Home Products Corp., et al. | |
| WVS | 3 | 08-705 | Mellie Seabolt, et al. v. American Home Products Corp., et al. | |
| WVS | 3 | 08-706 | Anne Sexton, et al. v. American Home Products Corp., et al. | |
| WVS | 3 | 08-707 | Barbara Shaffer, et al. v. American Home Products Corp., et al. | |
| WVS | 3 | 08-708 | Myrtle Shamblin, et al. v. American Home Products Corp., et al. | |
| WVS | 3 | 08-709 | Jackolin Shiels v. American Home Products Corp., et al. | |
| WVS | 3 | 08-710 | Philippa Shores, et al. v. American Home Products Corp., et al. | |
| WVS | 3 | 08-711 | Jeanette Shumar v. American Home Products Corp., et al. | |
| WVS | 3 | 08-712 | Bonnie Siders, et al. v. American Home Products Corp., et al. | |
| WVS | 3 | 08-713 | Sandra Simmons, et al. v. American Home Products Corp., et al. | |
| WVS | 3 | 08-714 | Gency Simpson, et al. v. American Home Products Corp., et al. | |
| WVS | 3 | 08-715 | Rhetta Skaggs v. American Home Products Corp., et al. | |
| WVS | 3 | 08-716 | Yvonna Sloan, et al. v. American Home Products Corp., et al. | |
| WVS | 3 | 08-717 | Annemarie Slone, et al. v. American Home Products Corp., et al. | |
| WVS | 3 | 08-718 | Barbara Smith, et al. v. American Home Products Corp., et al. | |
| WVS | 3 | 08-719 | Jackie Smith v. American Home Products Corp., et al. | |
| WVS | 3 | 08-720 | Josephine Smith v. American Home Products Corp., et al. | |
| WVS | 3 | 08-721 | Rhodonna Smith, et al. v. American Home Products Corp., et al. | |
| WVS | 3 | 08-722 | Alice Spainhour, et al. v. American Home Products Corp., et al. | |
| WVS | 3 | 08-723 | Regenia Stamper, et al. v. American Home Products Corp., et al. | |
| WVS | 3 | 08-724 | Carolyn Stanley v. American Home Products Corp., et al. | |
| WVS | 3 | 08-725 | Audalene Starr v. American Home Products Corp., et al. | |
| WVS | 3 | 08-726 | Doreen Steele, et al. v. American Home Products Corp., et al. | |
| WVS | 3 | 08-727 | Linda Steen, et al. v. American Home Products Corp., et al. | |
| WVS | 3 | 08-728 | Shirley Stroehman, et al. v. American Home Products Corp., et al. | |
| WVS | 3 | 08-729 | Alice Stowers, et al. v. American Home Products Corp., et al. | |
| WVS | 3 | 08-730 | Julia Sturgell, et al. v. American Home Products Corp., et al. | |
| WVS | 3 | 08-731 | Hazel Summerville v. American Home Products Corp., et al. | |
| WVS | 3 | 08-732 | Bonnie Sutphin v. American Home Products Corp., et al. | |
| WVS | 3 | 08-733 | Geraldine Sweeney, et al. v. American Home Products Corp., et al. | |
| WVS | 3 | 08-734 | Vicenta Taisacan v. American Home Products Corp., et al. | |
| WVS | 3 | 08-735 | Betty Talbert v. American Home Products Corp., et al. | |
| WVS | 3 | 08-736 | Charlotte Taylor v. American Home Products Corp., et al. | |
| WVS | 3 | 08-737 | Irene Taylor v. American Home Products Corp., et al. | |
| WVS | 3 | 08-738 | Juanita Taylor v. American Home Products Corp., et al. | |
| WVS | 3 | 08-739 | Navonda Tenney, et al. v. American Home Products Corp., et al. | |
| WVS | 3 | 08-740 | Connie Thomas, et al. v. American Home Products Corp., et al. | |
| WVS | 3 | 08-741 | Brenda Thompson v. American Home Products Corp., et al. | |

**MDL No. 1507 - Schedule CTO-140 Tag-Along Actions (Continued)**

**DIST. DIV. C.A. #**          **CASE CAPTION**     All WVS Actions Opposed 6/27/08

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| WVS 3 08-742 | Liddie Thompson, et al. v. American Home Products Corp., et al. |
| WVS 3 08-743 | Susie Thompson, et al. v. American Home Products Corp., et al. |
| WVS 3 08-744 | Juanita Tickle v. American Home Products Corp., et al. |
| WVS 3 08-745 | Debra Tilley, et al. v. American Home Products Corp., et al. |
| WVS 3 08-746 | Beverly Tilson, et al. v. American Home Products Corp., et al. |
| WVS 3 08-747 | Goldie Tomblin v. American Home Products Corp., et al. |
| WVS 3 08-748 | Nancy Toncray v. American Home Products Corp., et al. |
| WVS 3 08-749 | Antha Tolley, et al. v. American Home Products Corp., et al. |
| WVS 3 08-750 | Barbara Traeger v. American Home Products Corp., et al. |
| WVS 3 08-751 | Joann Truman, et al. v. American Home Products Corp., et al. |
| WVS 3 08-752 | Shirley Tucker, et al. v. American Home Products Corp., et al. |
| WVS 3 08-753 | Faye Turley, et al. v. American Home Products Corp., et al. |
| WVS 3 08-754 | Lisa Tuttle v. American Home Products Corp., et al. |
| WVS 3 08-755 | Dorothy Upton, et al. v. American Home Products Corp., et al. |
| WVS 3 08-756 | Brenda Utt, et al. v. American Home Products Corp., et al. |
| WVS 3 08-757 | Susan Vance, et al. v. American Home Products Corp., et al. |
| WVS 3 08-758 | Rebecca Vice, et al. v. American Home Products Corp., et al. |
| WVS 3 08-759 | Julie Walker, et al. v. American Home Products Corp., et al. |
| WVS 3 08-760 | Mary Walker, et al. v. American Home Products Corp., et al. |
| WVS 3 08-761 | Peggy Wallace, et al. v. American Home Products Corp., et al. |
| WVS 3 08-762 | Roberta Wallace, et al. v. American Home Products Corp., et al. |
| WVS 3 08-763 | Patricia Waller v. American Home Products Corp., et al. |
| WVS 3 08-764 | Ella Walls, et al. v. American Home Products Corp., et al. |
| WVS 3 08-765 | Helen Ward, et al. v. American Home Products Corp., et al. |
| WVS 3 08-766 | Janet Wardle, et al. v. American Home Products Corp., et al. |
| WVS 3 08-767 | Agnes Watt, et al. v. American Home Products Corp., et al. |
| WVS 3 08-768 | Julia Watts, et al. v. American Home Products Corp., et al. |
| WVS 3 08-769 | Marilyn Weaver, et al. v. American Home Products Corp., et al. |
| WVS 3 08-770 | Norma Weaver, et al. v. American Home Products Corp., et al. |
| WVS 3 08-771 | Elva Weekley v. American Home Products Corp., et al. |
| WVS 3 08-772 | Linda Weis, et al. v. American Home Products Corp., et al. |
| WVS 3 08-773 | Carroll Westfall v. American Home Products Corp., et al. |
| WVS 3 08-774 | Sheila Wheeler, et al. v. American Home Products Corp., et al. |
| WVS 3 08-775 | Kenneth Whitt, etc. v. American Home Products Corp., et al. |
| WVS 3 08-776 | Paulette Wiley, et al. v. American Home Products Corp., et al. |
| WVS 3 08-777 | Sharon Williams v. American Home Products Corp., et al. |
| WVS 3 08-778 | Cheryl Wimer-Hoffman v. American Home Products Corp., et al. |
| WVS 3 08-779 | Bernice Wilson, et al. v. American Home Products Corp., et al. |

**MDL No. 1507 - Schedule CTO-140 Tag-Along Actions (Continued)**

| DIST. DIV. C.A. # | CASE CAPTION | All WVS Actions Opposed 6/27/08 |
|---|---|---|
| ~~WVS 3 08-780~~ | ~~Carol Wimmer, et al. v. American Home Products Corp., et al.~~ | |
| ~~WVS 3 08-781~~ | ~~Ramona Wolfe, et al. v. American Home Products Corp., et al.~~ | |
| ~~WVS 3 08-782~~ | ~~Maxine Workman v. American Home Products Corp., et al.~~ | |
| ~~WVS 3 08-783~~ | ~~Moss Workman, etc. v. American Home Products Corp., et al.~~ | |
| ~~WVS 3 08-784~~ | ~~Judith Xenos, et al. v. American Home Products Corp., et al.~~ | |
| ~~WVS 3 08-785~~ | ~~Sherry Youell, et al. v. American Home Products Corp., et al.~~ | |
| ~~WVS 3 08-786~~ | ~~Helen Young, et al. v. American Home Products Corp., et al.~~ | |
| ~~WVS 3 08-787~~ | ~~Mary Young v. American Home Products Corp., et al.~~ | |