JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUN 27 2008

FILED CLERK'S OFFICE

Inasmuch as no objection is pending at this time, the stay is lifted.

JUL 15 2008

CLERK'S OFFICE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

RECEIVED MAIL ROOM JUL 21 2008 U.S. DISTRICT COURT E. DIST. OF ARKANSAS

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: PREMPRO PRODUCTS LIABILITY LITIGATION

MDL No. 1507

FILED U.S. DISTRICT COURT EASTERN DISTRICT ARKANSAS JUL 21 2008 JAMES W. McCORMACK, CLERK By: DEP CLERK

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-141)**

4:03CV01507 WRW

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 254 F.Supp.2d 1366 (J.P.M.L. 2003). Since that time, 4,546 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

A CERTIFIED TRUE COPY

JUL 15 2008

ATTEST FOR THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: PREMPRO PRODUCTS LIABILITY LITIGATION** MDL No. 1507

**SCHEDULE CTO-141 - TAG-ALONG ACTIONS**

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| MINNESOTA | | | |
| MN | 0 | 08-1531 | Christine Harwell v. Wyeth, et al. |
| MN | 0 | 08-1532 | Linda Rose Robson v. Wyeth, et al. |
| MN | 0 | 08-1533 | Catherine Peterson v. Wyeth, et al. |
| MN | 0 | 08-1534 | Sylvia J. Martin v. Wyeth, et al. |
| MN | 0 | 08-1535 | Ann Hampton v. Wyeth, et al. |
| MN | 0 | 08-1536 | Ellen Voncille Mills v. Wyeth, et al. |
| MN | 0 | 08-1537 | Sally A. Savage v. Wyeth, et al. |
| MN | 0 | 08-1538 | Marita A. Barnes v. Wyeth, et al. |
| MN | 0 | 08-1539 | Kathryn Camp v. Wyeth, et al. |
| MN | 0 | 08-1540 | Rosie Touchstone v. Wyeth, et al. |
| MN | 0 | 08-1541 | Bonita Scholl v. Wyeth, et al. |
| MN | 0 | 08-1542 | Gloria J. Valovich v. Wyeth, et al. |
| MN | 0 | 08-1543 | Phyllis Ann Tucker v. Wyeth, et al. |
| MN | 0 | 08-1545 | Jerome S. Lachs, et al. v. Wyeth, Inc., et al. |
| MN | 0 | 08-1552 | Rita Brown v. Wyeth, Inc., et al. |
| MN | 0 | 08-1553 | Maria C. Carrasco v. Wyeth, Inc., et al. |
| MN | 0 | 08-1554 | Helene Ebert v. Wyeth, Inc., et al. |
| MN | 0 | 08-1555 | Marilyn E. Coulter v. Wyeth, Inc., et al. |
| MN | 0 | 08-1556 | Esther W. Copeland v. Wyeth, Inc., et al. |
| MN | 0 | 08-1557 | Jeanette M. Danaher v. Wyeth, Inc., et al. |
| MN | 0 | 08-1558 | Peggy Dyer v. Wyeth, Inc., et al. |
| MN | 0 | 08-1559 | Lillian Donaldson v. Wyeth, Inc., et al. |
| MN | 0 | 08-1560 | Diane Durling v. Wyeth, Inc., et al. |
| MN | 0 | 08-1561 | Alice Doorn v. Wyeth, Inc., et al. |
| MN | 0 | 08-1562 | Hilda Dalton v. Wyeth Inc, et al. |
| MN | 0 | 08-1563 | Ella M. Dunn v. Wyeth, Inc., et al. |
| MN | 0 | 08-1564 | Helen Dout v. Wyeth, Inc., et al. |
| MN | 0 | 08-1565 | Lorene E. Crabtree v. Wyeth, Inc., et al. |
| MN | 0 | 08-1566 | Colleen Dunn v. Wyeth, Inc., et al. |
| MN | 0 | 08-1567 | Daphne Duncan v. Wyeth, Inc., et al. |
| MN | 0 | 08-1568 | Berma Dulaney v. Wyeth, Inc., et al. |
| MN | 0 | 08-1569 | Rosalinda Abaya v. Wyeth, Inc., et al. |
| MN | 0 | 08-1570 | Sue A. Armstrong v. Wyeth, Inc., et al. |

**MDL No. 1507 - Schedule CTO-141 Tag-Along Actions (Continued)**

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| MN | 0 | 08-1571 | Philomena D. Aylesworth v. Wyeth, Inc., et al. |
| MN | 0 | 08-1572 | Laurena Alflen v. Wyeth, Inc., et al. |
| MN | 0 | 08-1573 | Vivian Bailey v. Wyeth, Inc., et al. |
| MN | 0 | 08-1574 | Merle L. Archer v. Wyeth, Inc., et al. |
| MN | 0 | 08-1575 | Donna M. Baker v. Wyeth, Inc., et al. |
| MN | 0 | 08-1576 | Emma L. Ball v. Wyeth, Inc., et al. |
| MN | 0 | 08-1577 | Marta E. Ballard v. Wyeth, Inc., et al. |
| MN | 0 | 08-1578 | Marilyn R. Bannister v. Wyeth, Inc., et al. |
| MN | 0 | 08-1579 | Priscilla L. Barrett v. Wyeth, Inc., et al. |
| MN | 0 | 08-1580 | Linda S. Barker v. Wyeth, Inc., et al. |
| MN | 0 | 08-1581 | Patsy Barfoot v. Wyeth, Inc., et al. |
| MN | 0 | 08-1582 | Ginger A. Barrow v. Wyeth, Inc., et al. |
| MN | 0 | 08-1583 | Amy C. Cain v. Wyeth, Inc., et al. |
| MN | 0 | 08-1584 | Cora M. Butler v. Wyeth, Inc., et al. |
| MN | 0 | 08-1585 | Mary L. Burnett v. Wyeth, Inc., et al. |
| MN | 0 | 08-1588 | Janice J. Bascom v. Wyeth, Inc., et al. |
| MN | 0 | 08-1589 | Diane Bruce v. Wyeth, Inc., et al. |
| MN | 0 | 08-1590 | Bobbie R. Brown v. Wyeth, Inc., et al. |
| MN | 0 | 08-1591 | Billie D. Brown v. Wyeth Inc, et al. |
| MN | 0 | 08-1592 | Shirley A. Brill v. Wyeth, Inc., et al. |
| MN | 0 | 08-1593 | Rennie Bennett v. Wyeth, Inc., et al. |
| MN | 0 | 08-1594 | Bettie Bell v. Wyeth, Inc., et al. |
| MN | 0 | 08-1595 | Beverly J. Beauchamp v. Wyeth, Inc., et al. |
| MN | 0 | 08-1596 | Catherine F. Bolanos v. Wyeth, Inc., et al. |
| MN | 0 | 08-1597 | Hester L. Booker v. Wyeth, Inc., et al. |
| MN | 0 | 08-1598 | Raye Bramlett v. Wyeth, Inc., et al. |
| MN | 0 | 08-1599 | Juanita C. Brandon v. Wyeth, Inc., et al. |
| MN | 0 | 08-1600 | Rhonda K. Bridger v. Wyeth, Inc., et al. |
| MN | 0 | 08-1601 | Paula K. Beard v. Wyeth, Inc., et al. |
| MN | 0 | 08-1602 | Peggy L. Cooper v. Wyeth, Inc., et al. |
| MN | 0 | 08-1603 | Dorothy Cooper v. Wyeth, Inc., et al. |
| MN | 0 | 08-1604 | Lovie B. Cross v. Wyeth, Inc., et al. |
| MN | 0 | 08-1605 | Anna M. Cummings v. Wyeth, Inc., et al. |
| MN | 0 | 08-1606 | Joyce A. Cook v. Wyeth, Inc., et al. |
| MN | 0 | 08-1607 | Freda L. Carsey v. Wyeth, Inc., et al. |
| MN | 0 | 08-1608 | Connie L. Cook v. Wyeth, Inc., et al. |
| MN | 0 | 08-1609 | Jean D. Cummings v. Wyeth, Inc., et al. |
| MN | 0 | 08-1610 | Evaline Connelly v. Wyeth, Inc., et al. |

**MDL No. 1507 - Schedule CTO-141 Tag-Along Actions (Continued)**

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| MN | 0 | 08-1611 | Eileen T. Cohen v. Wyeth, Inc., et al. |
| MN | 0 | 08-1612 | Wilma J. Cummings v. Wyeth, Inc., et al. |
| MN | 0 | 08-1613 | Karen L. Cromwell v. Wyeth, Inc., et al. |
| MN | 0 | 08-1614 | Jerline T. Cunningham v. Wyeth, Inc., et al. |
| MN | 0 | 08-1615 | Charlyn Carr v. Wyeth, Inc., et al. |
| MN | 0 | 08-1616 | Sally N. Chitty v. Wyeth, Inc., et al. |
| MN | 0 | 08-1617 | Elaine G. Gecil v. Wyeth, Inc., et al. |
| MN | 0 | 08-1618 | Ladonna A. Causey v. Wyeth, Inc., et al. |
| MN | 0 | 08-1619 | Sandra S. Curtis v. Wyeth, Inc., et al. |
| MN | 0 | 08-1620 | Patricia E. Carovillano v. Wyeth, Inc., et al. |
| MN | 0 | 08-1621 | Bonnie Driver v. Wyeth, Inc., et al. |
| MN | 0 | 08-1622 | Jean Dean v. Wyeth, Inc., et al. |
| MN | 0 | 08-1623 | Jacquelyn J. Denning v. Wyeth, Inc., et al. |
| MN | 0 | 08-1624 | Mariene Dennis v. Wyeth, Inc., et al. |
| MN | 0 | 08-1626 | Daphne Dean v. Wyeth, Inc., et al. |
| MN | 0 | 08-1627 | Julia E. Diaz v. Wyeth, Inc., et al. |
| MN | 0 | 08-1628 | Jessie Davis v. Wyeth, Inc., et al. |
| MN | 0 | 08-1629 | Marie Daugherty v. Wyeth, Inc., et al. |
| MN | 0 | 08-1630 | Lela Davis v. Wyeth, Inc., et al. |
| MN | 0 | 08-1631 | Mary Davis v. Wyeth, Inc., et al. |
| MN | 0 | 08-1632 | Dannye M. Dennis v. Wyeth, Inc., et al. |
| MN | 0 | 08-1633 | Susan Dickson v. Wyeth, Inc., et al. |
| MN | 0 | 08-1634 | Mary Deacon v. Wyeth, Inc., et al. |
| MN | 0 | 08-1635 | Helen Davis v. Wyeth, Inc., et al. |
| MN | 0 | 08-1636 | Catherine Duff v. Wyeth, Inc., et al. |
| MN | 0 | 08-1637 | Judy Dietzschold v. Wyeth, Inc., et al. |
| MN | 0 | 08-1638 | Susie Duckworth v. Wyeth, Inc., et al. |
| MN | 0 | 08-1639 | Teresa Diller v. Wyeth, Inc., et al. |
| MN | 0 | 08-1640 | Ella Duff v. Wyeth, Inc., et al. |
| MN | 0 | 08-1645 | Sandra P. McCombs v. Wyeth, Inc., et al. |
| MN | 0 | 08-1646 | Edith P. McAllister v. Wyeth, Inc., et al. |
| MN | 0 | 08-1647 | Karen G. Maynor v. Wyeth, Inc., et al. |
| MN | 0 | 08-1648 | Arleen N. Mayberry v. Wyeth, Inc., et al. |
| MN | 0 | 08-1649 | Nana Y. Maxwell v. Wyeth, Inc., et al. |
| MN | 0 | 08-1650 | Kathleen Max v. Wyeth, Inc., et al. |
| MN | 0 | 08-1651 | Evelyn Mauricette v. Wyeth, Inc., et al. |
| MN | 0 | 08-1652 | Ellen Mauldin v. Wyeth, Inc., et al. |
| MN | 0 | 08-1653 | Nancy J. Marth v. Wyeth, Inc., et al. |

**MDL No. 1507 - Schedule CTO-141 Tag-Along Actions (Continued)**

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| MN | 0 | 08-1655 | Venita E. Martin v. Wyeth, Inc., et al. |
| MN | 0 | 08-1656 | Betty Masaitis v. Wyeth, Inc., et al. |
| MN | 0 | 08-1657 | Margaret F. Mathena v. Wyeth, Inc., et al. |
| MN | 0 | 08-1660 | Lily Echols v. Wyeth, Inc., et al. |
| MN | 0 | 08-1661 | Clara M. Edgar v. Wyeth, Inc., et al. |
| MN | 0 | 08-1662 | Wilma Eggelston v. Wyeth, Inc., et al. |
| MN | 0 | 08-1663 | Joyce Ehinger v. Wyeth, Inc., et al. |
| MN | 0 | 08-1664 | Barbara Eldredge v. Wyeth, Inc., et al. |
| MN | 0 | 08-1665 | Linda Ellis v. Wyeth, Inc., et al. |
| MN | 0 | 08-1666 | Betty Elma v. Wyeth, Inc., et al. |
| MN | 0 | 08-1667 | Linda Elson v. Wyeth, Inc., et al. |
| MN | 0 | 08-1668 | Mary English v. Wyeth, Inc., et al. |
| MN | 0 | 08-1669 | Karen R. Miller v. Wyeth, Inc., et al. |
| MN | 0 | 08-1670 | Linda K. Middaugh v. Wyeth, Inc., et al. |
| MN | 0 | 08-1671 | Virginia A. Merritt v. Wyeth Inc, et al. |
| MN | 0 | 08-1672 | Teresa B. Merlos v. Wyeth, Inc., et al. |
| MN | 0 | 08-1673 | Cathryn A. Gladding v. Wyeth, Inc., et al. |
| MN | 0 | 08-1674 | Judith N. Milley v. Wyeth, Inc., et al. |
| MN | 0 | 08-1675 | Rose M. Gipson v. Wyeth, Inc., et al. |
| MN | 0 | 08-1676 | Sylvia M. Gibson v. Wyeth, Inc., et al. |
| MN | 0 | 08-1677 | Mina O. Gibbs v. Wyeth, Inc., et al. |
| MN | 0 | 08-1678 | Connie Gibbs v. Wyeth, Inc., et al. |
| MN | 0 | 08-1679 | Anna R. Melton v. Wyeth, Inc., et al. |
| MN | 0 | 08-1680 | Ruth A. McMillin v. Wyeth, Inc., et al. |
| MN | 0 | 08-1684 | Mary A. Martella v. Wyeth, Inc., et al. |
| MN | 0 | 08-1685 | Virginia A. McCullough v. Wyeth, Inc., et al. |
| MN | 0 | 08-1687 | Polly Duggins v. Wyeth, Inc., et al. |
| MN | 0 | 08-1688 | Alice M. Gibbons v. Wyeth, Inc., et al. |
| MN | 0 | 08-1689 | Barbara F. Glaude v. Wyeth, Inc., et al. |
| MN | 0 | 08-1690 | Sandy L. Glumske v. Wyeth, Inc., et al. |
| MN | 0 | 08-1691 | Joan M. Mcname v. Wyeth, Inc., et al. |
| MN | 0 | 08-1692 | Rosetta J. Ford v. Wyeth, Inc., et al. |
| MN | 0 | 08-1693 | Barbara K. Melloy v. Wyeth, Inc., et al. |
| MN | 0 | 08-1694 | Linda S. Mcdaniel v. Wyeth, Inc., et al. |
| MN | 0 | 08-1695 | Margaret F. Foster v. Wyeth, Inc., et al. |
| MN | 0 | 08-1696 | Charlotte Mcdonald v. Wyeth, Inc., et al. |
| MN | 0 | 08-1697 | Lucille M. Fraizier v. Wyeth, Inc., et al. |
| MN | 0 | 08-1699 | Sandra Francisco v. Wyeth, Inc., et al. |

**MDL No. 1507 - Schedule CTO-141 Tag-Along Actions (Continued)**

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| MN | 0 | 08-1700 | Sally P. Mceachern v. Wyeth, Inc., et al. |
| MN | 0 | 08-1701 | Karen A. Good v. Wyeth, Inc., et al. |
| MN | 0 | 08-1703 | Karen Draheim v. Wyeth, Inc., et al. |
| MN | 0 | 08-1704 | Joanne Duhaime v. Wyeth, Inc., et al. |
| MN | 0 | 08-1705 | Nancy J. Mcfarland v. Wyeth, Inc., et al. |
| MN | 0 | 08-1706 | Marlene J. Gobeli v. Wyeth, Inc., et al. |
| MN | 0 | 08-1707 | Juanita Gooden v. Wyeth, Inc., et al. |
| MN | 0 | 08-1708 | Corajanis R. McLaurin v. Wyeth, Inc., et al. |
| MN | 0 | 08-1709 | Nelda M. Freeman v. Wyeth, Inc., et al. |
| MN | 0 | 08-1710 | Marilyn R. Goforth v. Wyeth, Inc., et al. |
| MN | 0 | 08-1711 | Luanne Gaddis v. Wyeth, Inc., et al. |
| MN | 0 | 08-1712 | Marva Goodrum v. Wyeth, Inc., et al. |
| MN | 0 | 08-1713 | Vernie E. Ganey v. Wyeth, Inc., et al. |
| MN | 0 | 08-1714 | Paulette S. Garalde v. Wyeth, Inc., et al. |
| MN | 0 | 08-1715 | Enid H. McLean v. Wyeth, Inc., et al. |
| MN | 0 | 08-1716 | Sandra J. Gardner v. Wyeth, Inc., et al. |
| MN | 0 | 08-1717 | Michele Gaydorus v. Wyeth, Inc., et al. |
| MN | 0 | 08-1718 | Diane L. Gibbons v. Wyeth, Inc., et al. |
| MN | 0 | 08-1719 | Lena Dixon v. Wyeth, Inc., et al. |
| MN | 0 | 08-1720 | Linda B. Dobson v. Wyeth, Inc., et al. |
| MN | 0 | 08-1721 | Ruth E. Gibbons v. Wyeth, Inc., et al. |
| MN | 0 | 08-1722 | Rosalee Dockstader v. Wyeth, Inc., et al. |
| MN | 0 | 08-1723 | Pearl L. McLeod v. Wyeth, Inc., et al. |
| MN | 0 | 08-1724 | Beatrice S. Goerlitz v. Wyeth, Inc., et al. |
| MN | 0 | 08-1725 | Bonnie J. Dinopoli v. Wyeth, Inc., et al. |
| MN | 0 | 08-1726 | Katherine Dishnow v. Wyeth, Inc., et al. |
| MN | 0 | 08-1727 | Paula Dixon v. Wyeth, Inc., et al. |
| MN | 0 | 08-1728 | Imogene H. Grace v. Wyeth, Inc., et al. |
| MN | 0 | 08-1729 | Lois A. Downing v. Wyeth, Inc., et al. |
| MN | 0 | 08-1730 | Loella A. Goulet v. Wyeth, Inc., et al. |
| MN | 0 | 08-1731 | Barbara L. Frazier v. Wyeth, Inc., et al. |
| MN | 0 | 08-1732 | Susan J. Dozark v. Wyeth, Inc., et al. |
| MN | 0 | 08-1733 | Norma Love v. Wyeth, Inc., et al. |
| MN | 0 | 08-1734 | Joann Harris v. Wyeth, Inc., et al. |
| MN | 0 | 08-1735 | Betty F. Lowery v. Wyeth, Inc., et al. |
| MN | 0 | 08-1736 | Marilyn A. Hemminghaus v. Wyeth, Inc., et al. |
| MN | 0 | 08-1737 | Joann L. Lueders v. Wyeth, Inc., et al. |
| MN | 0 | 08-1738 | Patricia K. Kuyers v. Wyeth, Inc., et al. |

**MDL No. 1507 - Schedule CTO-141 Tag-Along Actions (Continued)**

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| MN | 0 | 08-1739 | Marsha Hill v. Wyeth, Inc., et al. |
| MN | 0 | 08-1740 | Joyce Lockrem v. Wyeth, Inc., et al. |
| MN | 0 | 08-1741 | Shirley A. Hollingsworth v. Wyeth, Inc., et al. |
| MN | 0 | 08-1742 | Norma L. Hoover v. Wyeth, Inc., et al. |
| MN | 0 | 08-1743 | Penny J. Hearing v. Wyeth, Inc., et al. |
| MN | 0 | 08-1744 | Audrey B. Kubiaczyk v. Wyeth, Inc., et al. |
| MN | 0 | 08-1745 | Rita Friess v. Wyeth, Inc., et al. |
| MN | 0 | 08-1746 | Laura M. Richards v. Wyeth, Inc., et al. |
| MN | 0 | 08-1748 | Constance M. Day v. Wyeth, Inc., et al. |
| MN | 0 | 08-1750 | Levonne T. Rehnelt v. Wyeth, Inc., et al. |
| MN | 0 | 08-1751 | Julie K. Burnette v. Wyeth, Inc., et al. |
| MN | 0 | 08-1752 | Francyene R. Goldstein v. Wyeth, Inc., et al. |
| MN | 0 | 08-1753 | Pat R. Winters v. Wyeth, Inc., et al. |
| MN | 0 | 08-1754 | Lavonne M. Slavacek v. Wyeth, Inc., et al. |
| MN | 0 | 08-1755 | Rose Dipilla v. Wyeth, Inc., et al. |
| MN | 0 | 08-1756 | Linda C. Devlin v. Wyeth Pharmaceuticals, Inc., et al. |
| MN | 0 | 08-1757 | Anna M. Fochler v. Wyeth, Inc., et al. |
| MN | 0 | 08-1758 | Gloria M. Fuller v. Wyeth, Inc., et al. |
| MN | 0 | 08-1759 | Barbara J. Zalesny v. Wyeth, Inc., et al. |
| MN | 0 | 08-1760 | Jacqueline McWhite v. Wyeth Pharmaceuticals, Inc., et al. |
| MN | 0 | 08-1761 | Bonnie M. Rice v. Wyeth, Inc., et al. |
| MN | 0 | 08-1762 | Lucille J. Rhew v. Wyeth, Inc., et al. |
| MN | 0 | 08-1763 | Shirley K. Krone v. Wyeth, Inc., et al. |
| MN | 0 | 08-1764 | Marian J. Krause v. Wyeth, Inc., et al. |
| MN | 0 | 08-1765 | Claudia M. Reynoso v. Wyeth, Inc., et al. |
| MN | 0 | 08-1766 | Alice L. Deckelman v. Wyeth, Inc., et al. |
| MN | 0 | 08-1767 | Shirley A. Koehler v. Wyeth, Inc., et al. |
| MN | 0 | 08-1768 | Elyna J. Knutson v. Wyeth, Inc., et al. |
| MN | 0 | 08-1769 | Mary L. Reynolds v. Wyeth, et al. |
| MN | 0 | 08-1770 | Carole D. Kissinger v. Wyeth, Inc., et al. |
| MN | 0 | 08-1771 | Marilyn G. Kasinger v. Wyeth, Inc., et al. |
| MN | 0 | 08-1772 | Martha Renteria v. Wyeth, Inc., et al. |
| MN | 0 | 08-1773 | Shirley E. Killion v. Wyeth, Inc., et al. |
| MN | 0 | 08-1774 | Phyllis R. Reeves v. Wyeth, Inc., et al. |
| MN | 0 | 08-1775 | Lillian E. Joseph v. Wyeth, Inc., et al. |
| MN | 0 | 08-1780 | Mildred M. Ulrich v. Wyeth, Inc., et al. |
| MN | 0 | 08-1781 | Patricia A. Luttman v. Wyeth, Inc., et al. |
| MN | 0 | 08-1782 | Gloria H. Valdez v. Wyeth, Inc., et al. |

**MDL No. 1507 - Schedule CTO-141 Tag-Along Actions (Continued)**

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| MN | 0 | 08-1783 | Phyllis I. Goodwin v. Wyeth, Inc., et al. |
| MN | 0 | 08-1784 | Edna D. Tuttle v. Wyeth, Inc., et al. |
| MN | 0 | 08-1785 | Albine A. Turgeon v. Wyeth, Inc., et al. |
| MN | 0 | 08-1786 | Joyce A. Styron v. Wyeth, Inc., et al. |
| MN | 0 | 08-1787 | Retta J. Turbeville v. Wyeth, Inc., et al. |
| MN | 0 | 08-1788 | Anna M. Sanders v. Wyeth, Inc., et al. |
| MN | 0 | 08-1789 | Blanche B. Kevlin v. Wyeth, Inc., et al. |
| MN | 0 | 08-1790 | Joyce Eskridge v. Wyeth, Inc., et al. |
| MN | 0 | 08-1791 | Frances L. Wade v. Wyeth, Inc., et al. |
| MN | 0 | 08-1792 | Barbarra A. Stroud v. Wyeth, Inc., et al. |
| MN | 0 | 08-1793 | Mary A. Vinson v. Wyeth, et al. |
| MN | 0 | 08-1794 | Corrinne E. Stringer v. Wyeth, Inc., et al. |
| MN | 0 | 08-1795 | Lillie M. Strickland v. Wyeth, Inc., et al. |
| MN | 0 | 08-1796 | Adelina M. Vigil v. Wyeth, Inc., et al. |
| MN | 0 | 08-1797 | Marilyn S. Storm v. Wyeth, Inc., et al. |
| MN | 0 | 08-1798 | Eula L. Stork v. Wyeth, Inc., et al. |
| MN | 0 | 08-1799 | Marge J. Stinger v. Wyeth, Inc., et al. |
| MN | 0 | 08-1800 | Delorice J. Lowe v. Wyeth, Inc., et al. |
| MN | 0 | 08-1801 | Brenda G. Lord v. Wyeth, Inc., et al. |
| MN | 0 | 08-1802 | Alice M. Long v. Wyeth, Inc., et al. |
| MN | 0 | 08-1803 | Barbara A. Gooden-Pope v. Wyeth, Inc., et al. |
| MN | 0 | 08-1804 | Sarah M. Lloyd v. Wyeth, Inc., et al. |
| MN | 0 | 08-1806 | Sandra Polk v. Wyeth, et al. |
| MN | 0 | 08-1807 | Gloria Steinhardt v. Wyeth, et al. |
| MN | 0 | 08-1808 | Geoffrey Pruett, et al. v. Wyeth, et al. |
| MN | 0 | 08-1810 | Martha Y. Nordin v. Wyeth, Inc., et al. |
| MN | 0 | 08-1815 | Patricia K. Croning, et al. v. Pharmacia & Upjohn Co., LLC, et al. |
| ~~MN~~ | ~~0~~ | ~~08-1816~~ | ~~Robert F. Coulter, et al. v. Wyeth, Inc., et al.~~ Opposed 7/11/08 |
| MN | 0 | 08-1817 | Judith N. Simmons v. Pharmacia & Upjohn Co,. LLC, et al. |
| MN | 0 | 08-1818 | Audrey L. Strode v. Pharmacia & Upjohn Co., LLC, et al. |
| MN | 0 | 08-1819 | Judy E. Nettles v. Wyeth, Inc., et al. |
| MN | 0 | 08-1820 | Mary L. Nemec v. Wyeth, Inc., et al. |
| MN | 0 | 08-1821 | Patsy C. Webb v. Wyeth, Inc., et al. |
| MN | 0 | 08-1822 | Marcia Y. Mullen v. Wyeth, Inc., et al. |
| MN | 0 | 08-1823 | Edith L. Taylor v. Wyeth, Inc., et al. |
| MN | 0 | 08-1825 | Marie F. Way-Jones v. Wyeth, Inc., et al. |
| MN | 0 | 08-1826 | Pamela J. Ratigan v. Wyeth, Inc., et al. |
| MN | 0 | 08-1827 | Virginia C. Morris v. Wyeth, Inc., et al. |

**MDL No. 1507 - Schedule CTO-141 Tag-Along Actions (Continued)**

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| MN | 0 | 08-1828 | Brenda J. Terburgh v. Wyeth, Inc., et al. |
| MN | 0 | 08-1829 | Emma E. Watkins v. Wyeth, Inc., et al. |
| MN | 0 | 08-1830 | Ruth H. Washington v. Wyeth, Inc., et al. |
| MN | 0 | 08-1831 | Rita K. Thompson v. Wyeth, Inc., et al. |
| MN | 0 | 08-1832 | Catherine S. Whiddon v. Wyeth, Inc., et al. |
| MN | 0 | 08-1833 | Rebecca L. Mounce v. Wyeth, Inc., et al. |
| MN | 0 | 08-1834 | Treva W. Taylor v. Wyeth, et al. |
| MN | 0 | 08-1835 | Earlean P. Sprouse v. Wyeth, Inc., et al. |
| MN | 0 | 08-1836 | Mary E. Stafford v. Wyeth, Inc., et al. |
| MN | 0 | 08-1837 | Marilyn L. Thornton v. Wyeth, Inc., et al. |
| MN | 0 | 08-1838 | Carol J. Sorenson v. Wyeth, Inc., et al. |
| MN | 0 | 08-1839 | Joyce E. Whitehead v. Wyeth, Inc., et al. |
| MN | 0 | 08-1840 | Jessie B. Thomas v. Wyeth, Inc., et al. |
| MN | 0 | 08-1841 | Charlene W. Windham v. Wyeth, Inc., et al. |
| MN | 0 | 08-1842 | Catherine M. Kallhoff v. Wyeth, Inc., et al. |
| MN | 0 | 08-1844 | Donna R. Nicholas v. Wyeth, Inc., et al. |
| MN | 0 | 08-1845 | Sandra K. Stanberry-Baker v. Wyeth, Inc., et al. |
| MN | 0 | 08-1847 | Carol S. Tracey v. Wyeth, Inc., et al. |
| MN | 0 | 08-1848 | Marie L. Stilwell v. Wyeth, et al. |
| MN | 0 | 08-1849 | Donna M. Stewart v. Wyeth, Inc., et al. |
| MN | 0 | 08-1850 | Mary E. Starr v. Wyeth, Inc., et al. |
| MN | 0 | 08-1851 | Joann Timbrook v. Wyeth, Inc., et al. |
| MN | 0 | 08-1852 | Judith S. Taylor v. Wyeth, Inc., et al. |
| MN | 0 | 08-1853 | Tomalyn C. Tavernelli v. Wyeth, Inc., et al. |
| MN | 0 | 08-1854 | Connie D. Hyden v. Wyeth, Inc., et al. |
| MN | 0 | 08-1857 | Laura V. Inman v. Wyeth, Inc., et al. |
| MN | 0 | 08-1858 | Betty V. Jagels v. Wyeth, Inc., et al. |
| MN | 0 | 08-1859 | Judith E. Johnston v. Wyeth, Inc., et al. |
| MN | 0 | 08-1861 | Kathleen C. Jensen v. Wyeth, Inc., et al. |
| MN | 0 | 08-1862 | Maryann F. Ramirez v. Wyeth, Inc., et al. |
| MN | 0 | 08-1863 | Verinda L. Jones v. Wyeth, Inc., et al. |
| MN | 0 | 08-1864 | Nellie Woodward v. Wyeth, Inc., et al. |
| MN | 0 | 08-1865 | Patricia A. Fox v. Wyeth, Inc., et al. |
| MN | 0 | 08-1866 | Henrietta F. Willman v. Wyeth, Inc., et al. |
| MN | 0 | 08-1867 | Shirley P. Wimmer v. Wyeth, Inc., et al. |
| MN | 0 | 08-1868 | Mary Sharon Berry v. Wyeth, Inc., et al. |
| MN | 0 | 08-1869 | Janice R. Moten v. Wyeth, et al. |
| MN | 0 | 08-1870 | Geraldine Mooney v. Wyeth, Inc., et al. |

**MDL No. 1507 - Schedule CTO-141 Tag-Along Actions (Continued)**

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| MN | 0 | 08-1872 | Betty J. Montgomery v. Wyeth, Inc., et al. |
| MN | 0 | 08-1873 | Eydie M. Ramirez v. Wyeth, Inc., et al. |
| MN | 0 | 08-1874 | Shirley D. Wilemon v. Wyeth, et al. |
| MN | 0 | 08-1875 | Ann L. Stubbs v. Wyeth, Inc., et al. |
| MN | 0 | 08-1876 | Helen M. Weaver v. Wyeth, Inc., et al. |
| MN | 0 | 08-1877 | Deborah A. Newcomb v. Wyeth, Inc., et al. |
| MN | 0 | 08-1878 | Frances A. Stepp v. Wyeth, Inc., et al. |
| MN | 0 | 08-1879 | Barbara A. Williams v. Wyeth, Inc., et al. |
| MN | 0 | 08-1881 | Carolyn A. Eye v. Wyeth, Inc., et al. |
| MN | 0 | 08-1882 | Carol A. Evans v. Wyeth, Inc., et al. |
| MN | 0 | 08-1883 | Bertha J. Evans v. Wyeth, Inc., et al. |
| MN | 0 | 08-1884 | Oleta L. Wise v. Wyeth, Inc., et al. |
| MN | 0 | 08-1885 | Wanda J. White v. Wyeth, Inc., et al. |
| MN | 0 | 08-1887 | Virginia M. Thompson v. Wyeth, Inc., et al. |
| MN | 0 | 08-1888 | Vicki L. Freeman-Watson v. Wyeth, Inc., et al. |
| MN | 0 | 08-1889 | Dorothy L. Huber v. Wyeth, Inc., et al. |
| MN | 0 | 08-1890 | Joan M. Jensen v. Wyeth, Inc., et al. |
| MN | 0 | 08-1891 | Frances L. Fann v. Wyeth, Inc., et al. |
| MN | 0 | 08-1892 | Dana E. Myers v. Wyeth, Inc., et al. |
| MN | 0 | 08-1893 | Alvina J. Munday v. Wyeth, Inc., et al. |
| MN | 0 | 08-1894 | Lucinda D. Estebane v. Wyeth, Inc., et al. |
| MN | 0 | 08-1895 | Glenda Erikson v. Wyeth, Inc., et al. |
| MN | 0 | 08-1896 | Ofelia Rodriguez v. Wyeth, Inc., et al. |
| MN | 0 | 08-1897 | Nancy R. Munger v. Wyeth, Inc., et al. |
| MN | 0 | 08-1898 | Phyllis M. Frey v. Wyeth, Inc., et al. |
| MN | 0 | 08-1900 | Sherry A. Harrison v. Wyeth, Inc., et al. |
| MN | 0 | 08-1901 | Susan B. Huggins v. Wyeth, Inc., et al. |
| MN | 0 | 08-1902 | Cheryl M. Murphy v. Wyeth, Inc., et al. |
| MN | 0 | 08-1904 | Mary L. Hadorn v. Wyeth, Inc., et al. |
| MN | 0 | 08-1906 | Carol Frey-Colbert v. Wyeth, Inc., et al. |
| MN | 0 | 08-1907 | Carol E. Ebersole v. Wyeth, Inc., et al. |
| MN | 0 | 08-1908 | Velma L. Haga v. Wyeth, Inc., et al. |
| MN | 0 | 08-1909 | Mary L. Moody v. Wyeth, Inc., et al. |
| MN | 0 | 08-1910 | Brenda Morgan v. Wyeth, Inc., et al. |
| MN | 0 | 08-1911 | Mary L. Fretwell v. Wyeth, Inc., et al. |
| MN | 0 | 08-1912 | Esther F. Reathaford v. Wyeth, Inc., et al. |
| MN | 0 | 08-1914 | May E. Farnham v. Wyeth, Inc., et al. |
| MN | 0 | 08-1917 | Earlene J. Fehr v. Wyeth, Inc., et al. |

**MDL No. 1507 - Schedule CTO-141 Tag-Along Actions (Continued)**

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| MN | 0 | 08-1918 | Judy G. Presley v. Wyeth, Inc., et al. |
| MN | 0 | 08-1919 | Priscilla D. Field v. Wyeth, Inc., et al. |
| MN | 0 | 08-1920 | Margie D. Walden v. Wyeth, Inc., et al. |
| MN | 0 | 08-1921 | Iolia S. Fields v. Wyeth, Inc., et al. |
| MN | 0 | 08-1922 | Rosa A. Goode v. Wyeth, Inc., et al. |
| MN | 0 | 08-1923 | Betty I. Flament v. Wyeth, Inc., et al. |
| MN | 0 | 08-1924 | Mary M. Fletcher v. Wyeth, Inc., et al. |
| MN | 0 | 08-1925 | Edna L. Hamilton v. Wyeth, Inc., et al. |
| MN | 0 | 08-1926 | Patricia A. Hamm v. Wyeth, Inc., et al. |
| MN | 0 | 08-1927 | Glenda K. Laird v. Wyeth, Inc., et al. |
| MN | 0 | 08-1928 | Ruth L. Hammett v. Wyeth, Inc., et al. |
| MN | 0 | 08-1929 | Marie A. Wilson v. Wyeth, Inc., et al. |
| MN | 0 | 08-1930 | Madonna F. Labrie v. Wyeth, Inc., et al. |
| MN | 0 | 08-1931 | Ana L. Nadal v. Wyeth, Inc., et al. |
| MN | 0 | 08-1932 | Efigenia B. Lambaren v. Wyeth, Inc., et al. |
| MN | 0 | 08-1933 | Karen E. Lawrence v. Wyeth, Inc., et al. |
| MN | 0 | 08-1934 | Susan C. Leijha v. Wyeth, Inc., et al. |
| MN | 0 | 08-1935 | Barbara C. Lemarie v. Wyeth, Inc., et al. |
| MN | 0 | 08-1936 | Opal J. Woodard v. Wyeth, Inc., et al. |
| MN | 0 | 08-1937 | Deborah L. Lencioni v. Wyeth, Inc., et al. |
| MN | 0 | 08-1938 | Annie B. Williams v. Wyeth, Inc., et al. |
| MN | 0 | 08-1939 | Betty T. Williams v. Wyeth, Inc., et al. |
| MN | 0 | 08-1940 | Minnie L. Libbett v. Wyeth, Inc., et al. |
| MN | 0 | 08-1941 | Esther J. Yost v. Wyeth, Inc., et al. |
| MN | 0 | 08-1942 | Marilyn R. Young v. Wyeth, Inc., et al. |
| MN | 0 | 08-1943 | Beatrice F. Liss v. Wyeth, Inc., et al. |
| MN | 0 | 08-1944 | Dolores E. Marshall v. Wyeth, Inc., et al. |
| MN | 0 | 08-1945 | Karen K. Marchand v. Wyeth, Inc., et al. |
| ~~MN~~ | ~~0~~ | ~~08-1946~~ | ~~Tony Destefano, et al. v. Wyeth, Inc., et al.~~ Opposed 7/11/08 |
| MN | 0 | 08-1947 | Sheila Rubin England, et al. v. Wyeth, Inc., et al. |
| MN | 0 | 08-1948 | Martin J. Gorce, et al. v. Wyeth, Inc., et al. |
| MN | 0 | 08-1949 | Lynn Lois Baxter v. Wyeth, Inc., et al. |
| MN | 0 | 08-1950 | Walter L. Cooley, et al. v. Wyeth, Inc., et al. |
| MN | 0 | 08-1951 | James L. Mangold, et al. v. Wyeth, Inc., et al. |
| MN | 0 | 08-1952 | Martha E. Miller v. Wyeth, Inc., et al. |
| ~~MN~~ | ~~0~~ | ~~08-1953~~ | ~~Glenn W. Ouart, et al. v. Wyeth, Inc., et al.~~ Opposed 7/14/08 |
| ~~MN~~ | ~~0~~ | ~~08-1954~~ | ~~C.h. Ragsdale, et al. v. Wyeth, Inc., et al.~~ Opposed 7/14/08 |
| ~~MN~~ | ~~0~~ | ~~08-1955~~ | ~~Connie J. Sheren v. Wyeth, Inc., et al.~~ Opposed 7/14/08 |

**MDL No. 1507 - Schedule CTO-141 Tag-Along Actions (Continued)**

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| ~~MN~~ | ~~0~~ | ~~08-1956~~ | ~~George W. Shutt, et al. v. Wyeth, Inc., et al.~~ Opposed 7/14/08 |
| ~~MN~~ | ~~0~~ | ~~08-1957~~ | ~~Morris Lee Smith, et al. v. Wyeth, Inc., et al.~~ Opposed 7/14/08 |
| ~~MN~~ | ~~0~~ | ~~08-1958~~ | ~~Clarence Weiss, et al. v. Wyeth, Inc., et al.~~ Opposed 7/14/08 |
| MN | 0 | 08-1959 | Jane A. Wade, et al. v. Wyeth, Inc., et al. |
| MN | 0 | 08-1960 | Jacqueline A. Mann v. Wyeth, Inc., et al. |
| MN | 0 | 08-1961 | Margaret A. Maloch v. Wyeth, Inc., et al. |
| MN | 0 | 08-1962 | Martha J. Guy v. Wyeth, Inc., et al. |
| MN | 0 | 08-1963 | Maria Gutierrez v. Wyeth, Inc., et al. |
| MN | 0 | 08-1965 | Judith E. Guist v. Wyeth, Inc., et al. |
| MN | 0 | 08-1966 | Kara A. Guggisberg v. Wyeth, Inc., et al. |
| MN | 0 | 08-1967 | Edith F. Guerrero v. Wyeth, Inc., et al. |
| MN | 0 | 08-1968 | Agnes A. Grissom v. Wyeth, Inc., et al. |
| MN | 0 | 08-1969 | Gladys W. Grimes v. Wyeth, Inc., et al. |
| MN | 0 | 08-1970 | Carrie W. Laster v. Wyeth, Inc., et al. |
| MN | 0 | 08-1971 | Bonnie M. Howard v. Wyeth, Inc., et al. |
| MN | 0 | 08-1972 | Irene G. Hoskins v. Wyeth, Inc., et al. |
| MN | 0 | 08-1973 | Agueda G. Granillo v. Wyeth, Inc., et al. |
| MN | 0 | 08-1974 | Regina G. Graves v. Wyeth, Inc., et al. |
| MN | 0 | 08-1975 | Kathleen M. Tyrrell v. Wyeth, Inc., et al. |
| MN | 0 | 08-1976 | Bessie M. Grayson v. Wyeth, Inc., et al. |
| MN | 0 | 08-1977 | Carol A. Ziemski v. Wyeth, Inc., et al. |
| MN | 0 | 08-1978 | Carol A. Greer v. Wyeth, Inc., et al. |
| MN | 0 | 08-1979 | Carol L. Yourd v. Wyeth, Inc., et al. |
| MN | 0 | 08-1980 | Sarah E. Wilson v. Wyeth, Inc., et al. |
| MN | 0 | 08-1981 | Elaine M. Moore v. Wyeth, Inc., et al. |
| MN | 0 | 08-1982 | Gloria N. Molejona v. Wyeth, Inc., et al. |
| MN | 0 | 08-1983 | Carrie Murray v. Wyeth, Inc., et al. |
| MN | 0 | 08-1984 | Wanda F. Young v. Wyeth, Inc., et al. |
| MN | 0 | 08-1985 | Audrey K. Morganegg v. Wyeth, Inc., et al. |
| MN | 0 | 08-1986 | Deborah J. Spurgeon v. Wyeth, Inc., et al. |
| MN | 0 | 08-1987 | Karen I. Robinson v. Wyeth, Inc., et al. |
| MN | 0 | 08-1988 | Gertrude M. Shanklin v. Wyeth, Inc., et al. |
| MN | 0 | 08-1989 | Margaret A. Shaw v. Wyeth, Inc., et al. |
| MN | 0 | 08-1990 | Mora D. Shell v. Wyeth, Inc., et al. |
| MN | 0 | 08-1991 | Mary C. Shuler v. Wyeth, Inc., et al. |
| MN | 0 | 08-1992 | Jacquie D. Slover v. Wyeth, Inc., et al. |
| MN | 0 | 08-1993 | Emma L. Smith v. Wyeth, Inc., et al. |
| MN | 0 | 08-1994 | Emma R. Smith v. Wyeth, Inc., et al. |

**MDL No. 1507 - Schedule CTO-141 Tag-Along Actions (Continued)**

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| MN | 0 | 08-1995 | Joan K. Smith v. Wyeth, Inc., et al. |
| MN | 0 | 08-1996 | Anna C. Raglan v. Wyeth, Inc., et al. |
| MN | 0 | 08-1997 | Shirley J. Willis v. Wyeth, Inc., et al. |
| MN | 0 | 08-1998 | Naomi R. Williams v. Wyeth, Inc., et al. |
| MN | 0 | 08-1999 | Rachel V. Young v. Wyeth, Inc., et al. |
| MN | 0 | 08-2001 | Marie Williams v. Wyeth, Inc., et al. |
| MN | 0 | 08-2002 | Lyndy L. Williams v. Wyeth, Inc., et al. |
| MN | 0 | 08-2003 | Carrol A. Wright v. Wyeth, Inc., et al. |
| MN | 0 | 08-2004 | Rhonda G. White v. Wyeth, Inc., et al. |
| MN | 0 | 08-2005 | Dorothy Scott v. Wyeth, Inc., et al. |
| MN | 0 | 08-2007 | Nellie S. Goldman v. Wyeth, Inc., et al. |
| MN | 0 | 08-2008 | Katherine R. Sarvis v. Wyeth, Inc., et al. |
| MN | 0 | 08-2009 | Lynn H. Seaborn v. Wyeth, Inc., et al. |
| MN | 0 | 08-2010 | Peggy J. Sebolt v. Wyeth, Inc., et al. |
| MN | 0 | 08-2011 | Deborah G. Proctor v. Wyeth, Inc., et al. |
| MN | 0 | 08-2012 | Clarine B. Severtson v. Wyeth, Inc., et al. |
| MN | 0 | 08-2013 | Lois M. Pritchard v. Wyeth, Inc., et al. |
| MN | 0 | 08-2014 | Annie A. Salter v. Wyeth, Inc., et al. |
| MN | 0 | 08-2015 | Diana J. Schroeder v. Wyeth, Inc., et al. |
| MN | 0 | 08-2016 | Sylvia Smith v. Wyeth, Inc., et al. |
| MN | 0 | 08-2017 | Linda J. Snyder v. Wyeth, Inc., et al. |
| MN | 0 | 08-2018 | Jacqueline L. Seal v. Wyeth, Inc., et al. |
| MN | 0 | 08-2019 | Imogene G. Russ v. Wyeth, Inc., et al. |
| MN | 0 | 08-2020 | Martha C. Runyon v. Wyeth, et al. |
| MN | 0 | 08-2021 | Florence M. Woods v. Wyeth, Inc., et al. |
| MN | 0 | 08-2022 | Emma S. Wiedemann v. Wyeth, Inc., et al. |
| MN | 0 | 08-2023 | Rita J. Royal v. Wyeth, Inc., et al. |
| MN | 0 | 08-2024 | Sherry D. Ritter v. Wyeth, Inc., et al. |
| MN | 0 | 08-2025 | Lola M. Rowland v. Wyeth, Inc., et al. |
| MN | 0 | 08-2026 | Mary A. Robertson v. Wyeth, Inc., et al. |
| MN | 0 | 08-2027 | Luana C. Riches v. Wyeth, Inc., et al. |
| MN | 0 | 08-2028 | Janette K. Ricord v. Wyeth, Inc., et al. |
| MN | 0 | 08-2029 | Julia M. Smith v. Wyeth, Inc., et al. |
| MN | 0 | 08-2030 | Suzanne C. Polley-Sherman v. Wyeth, Inc., et al. |
| MN | 0 | 08-2032 | Judy A. Poovey v. Wyeth, Inc., et al. |
| MN | 0 | 08-2033 | Birdie B. Porter v. Wyeth, et al. |
| MN | 0 | 08-2034 | Patricia Chojnacki v. Wyeth, Inc., et al. |
| MN | 0 | 08-2035 | Sally Lowdermilk v. Wyeth, Inc., et al. |

**MDL No. 1507 - Schedule CTO-141 Tag-Along Actions (Continued)**

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| MN | 0 | 08-2036 | Ruby Harley v. Wyeth, Inc., et al. |
| MN | 0 | 08-2037 | Mary Lou Lewis v. Wyeth, Inc., et al. |
| MN | 0 | 08-2038 | Charlene Hester v. Wyeth, Inc., et al. |
| MN | 0 | 08-2039 | Shirley Agnew v. Wyeth, Inc., et al. |
| MN | 0 | 08-2040 | Eleanor Matthews v. Wyeth, Inc., et al. |
| MN | 0 | 08-2041 | Barbara Johnson v. Wyeth, Inc., et al. |
| MN | 0 | 08-2043 | Ineen H. Gorter v. Wyeth, Inc., et al. |
| MN | 0 | 08-2044 | Rebecca J. Niess v. Wyeth, Inc., et al. |
| MN | 0 | 08-2045 | Maxine D. Teague v. Wyeth, Inc., et al. |
| MN | 0 | 08-2046 | Kathleen J. Rattray v. Wyeth, Inc., et al. |
| MN | 0 | 08-2049 | Berteil J. Mahoney v. Wyeth, Inc., et al. |
| MN | 0 | 08-2050 | Sidney Draper, et al. v. Wyeth, et al. |
| MN | 0 | 08-2051 | Robert Dunn, et al. v. Wyeth, et al. |
| MN | 0 | 08-2052 | Susan Gallick, et al. v. Wyeth, Inc., et al. |
| MN | 0 | 08-2053 | Catherine S. Place v. Wyeth, Inc., et al. |
| MN | 0 | 08-2055 | Susan Kragen v. Wyeth, et al. |
| MN | 0 | 08-2056 | Mary Jane Parker v. Wyeth, Inc., et al. |
| MN | 0 | 08-2057 | Ray Williams, et al. v. Wyeth, et al. |
| MN | 0 | 08-2059 | Bettie G. Payne v. Wyeth, Inc., et al. |
| MN | 0 | 08-2060 | Gloria Amador v. Wyeth, et al. |
| MN | 0 | 08-2061 | Barbara H. Pearce v. Wyeth, Inc., et al. |
| MN | 0 | 08-2063 | Myrla Peck v. Wyeth, Inc., et al. |
| MN | 0 | 08-2065 | Virginia A. Perea v. Wyeth, Inc., et al. |
| MN | 0 | 08-2066 | Audrey J. Perez v. Wyeth, Inc., et al. |
| MN | 0 | 08-2067 | Linda C. Dickens v. Wyeth, et al. |
| MN | 0 | 08-2068 | Annie M. Phillips v. Wyeth, Inc., et al. |
| MN | 0 | 08-2070 | Patricia A. Dienstel v. Wyeth, et al. |
| MN | 0 | 08-2071 | Suzanne Mock v. Wyeth, Inc., et al. |
| MN | 0 | 08-2076 | Diva S. Medina v. Wyeth, et al. |
| MN | 0 | 08-2077 | Marguerite Orcutt v. Wyeth, Inc., et al. |
| MN | 0 | 08-2080 | Gilda V. Rafols v. Wyeth, et al. |
| MN | 0 | 08-2082 | Maria E. Rosario-Deleon v. Wyeth, et al. |
| MN | 0 | 08-2083 | Debbie A. Schmidt v. Wyeth, et al. |
| MN | 0 | 08-2086 | Margaret E. Sokolowski v. Wyeth, et al. |
| MN | 0 | 08-2088 | Wanda L. Stansbury v. Wyeth, et al. |
| MN | 0 | 08-2096 | Patricia J. Carpenter v. Wyeth, et al. |
| MN | 0 | 08-2097 | Diana Thompson v. Wyeth, et al. |
| MN | 0 | 08-2098 | Silvia Amador v. Pfizer Inc., et al. |

**MDL No. 1507 - Schedule CTO-141 Tag-Along Actions (Continued)**

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| MN | 0 | 08-2099 | Denise A. Acosta v. Wyeth, et al. |
| MN | 0 | 08-2100 | Patricia Erger v. Wyeth, et al. |
| MN | 0 | 08-2101 | Diane Breyette v. Wyeth, Inc., et al. |
| MN | 0 | 08-2102 | Elenore Dobson v. Wyeth, Inc., et al. |
| MN | 0 | 08-2111 | Nancy L. Rauscher v. Wyeth, Inc., et al. |
| MN | 0 | 08-2113 | Katherine M. Towne v. Wyeth, Inc., et al. |
| MN | 0 | 08-2117 | Irene C. Walker v. Wyeth, Inc., et al. |
| MN | 0 | 08-2119 | Barbara E. Hermanson v. Wyeth, Inc., et al. |
| MN | 0 | 08-2120 | Golda B. Sullivan v. Wyeth, Inc., et al. |
| MN | 0 | 08-2122 | Janice R. Gregory v. Wyeth, Inc., et al. |
| MN | 0 | 08-2123 | Judy G. Warren v. Wyeth, Inc., et al. |
| MN | 0 | 08-2132 | Dorothy D. Wadley v. Wyeth, Inc., et al. |
| MN | 0 | 08-2136 | Georgie A. Whorton v. Wyeth, Inc., et al. |
| MN | 0 | 08-2139 | Linda Powell v. Wyeth, Inc., et al. |
| MN | 0 | 08-2145 | David A. Corona, et al. v. Wyeth, Inc., et al. |
| MN | 0 | 08-2148 | Warren G. Raab, et al. v. Wyeth, Inc., et al. |
| MN | 0 | 08-2149 | Albert H. Rogers, et al. v. Wyeth, Inc., et al. |
| MN | 0 | 08-2157 | Russanne Kelley v. Greenstone Ltd., et al. |
| MN | 0 | 08-2163 | Shirley Payne v. Barr Laboratories, Inc., et al. |
| MN | 0 | 08-2164 | Joann Townsend v. Greenstone Ltd., et al. |
| MN | 0 | 08-2166 | Muriel M. Monson v. Wyeth, Inc., et al. |
| MN | 0 | 08-2167 | Melanie J. Peterson v. Wyeth, Inc., et al. |