

Case 4:03-cv-01507-BRW   Document 1826   Filed 07/28/08   Page 1 of 16

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: PREMPRO PRODUCTS LIABILITY
LITIGATION

MDL No. 1507

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-142)

4:03CV01507 WRW

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 254 F.Supp.2d 1366 (J.P.M.L. 2003). Since that time, 4,546 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

IN RE: PREMPRO PRODUCTS LIABILITY
LITIGATION

MDL No. 1507

## SCHEDULE CTO-142 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**        **CASE CAPTION**

CALIFORNIA CENTRAL
  CAC 5 08-752           Loraine Walter v. Wyeth, Inc.

KENTUCKY EASTERN
  KYE 5 08-275           Ora Lee Adkins v. Wyeth, et al.

MINNESOTA
  MN 0 08-1625           Ruby J. Denson v. Wyeth, Inc., et al.
  MN 0 08-1824           Carmen J. Hagen v. Wyeth, Inc., et al.
  MN 0 08-1860           Carole A. Raymond v. Wyeth, Inc., et al.
  MN 0 08-1964           Margaret D. Gustafson v. Wyeth, Inc., et al.
  MN 0 08-2031           Amanda Sapp v. Wyeth, Inc., et al.
  MN 0 08-2058           Peggy A. Parks v. Wyeth, Inc., et al.
  MN 0 08-2062           Elsie Breault-Grant v. Wyeth, et al.
  MN 0 08-2064           Brenda L. Curtis v. Wyeth, Inc., et al.
  MN 0 08-2069           Artie F. Pinson v. Wyeth, Inc., et al.
  MN 0 08-2072           Joan H. Hamson v. Wyeth, et al.
  MN 0 08-2073           Lydia C. Mahan v. Wyeth, Inc., et al.
  MN 0 08-2074           Shirley A. Hendry v. Wyeth, et al.
  MN 0 08-2075           Joyce J. Ireland v. Wyeth, et al.
  MN 0 08-2078           Celia G. Nazaroff v. Wyeth, et al.
  MN 0 08-2079           Twyla M. Osborn v. Wyeth, Inc., et al.
  MN 0 08-2084           Carole L. Smith v. Wyeth, et al.
  MN 0 08-2085           Sylvia F. Ostow v. Wyeth, Inc., et al.
  MN 0 08-2087           Freda F. Palmer v. Wyeth, Inc., et al.
  MN 0 08-2089           Janet M. Trimble v. Wyeth, Inc., et al.
  MN 0 08-2090           Katherine Joanne Peterson v. Wyeth, et al.
  MN 0 08-2091           Linda Sue Shaker v. Wyeth, et al.
  MN 0 08-2092           Dorothy J. Parker v. Wyeth, Inc., et al.
  MN 0 08-2093           Frances L. Park v. Wyeth, Inc., et al.
  MN 0 08-2094           Maida A. McCann v. Wyeth, et al.
  MN 0 08-2095           Margaret L. Chen v. Wyeth, et al.
  MN 0 08-2103           Kathryn Bantens v. Wyeth, Inc., et al.
  MN 0 08-2105           Alyce L. Parish v. Wyeth, Inc., et al.

# MDL No. 1507 - Schedule CTO-142 Tag-Along Actions (Continued)

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| MN 0 08-2106 | Patricia M. Parenteau v. Wyeth, Inc., et al. |
| MN 0 08-2107 | Lynda L. Jenkins v. Wyeth, Inc., et al. |
| MN 0 08-2108 | Claire L. Jones v. Wyeth, Inc., et al. |
| MN 0 08-2109 | Barbara L. Razbadouski v. Wyeth, Inc., et al. |
| MN 0 08-2110 | Alice T. Stewart v. Wyeth, Inc., et al. |
| MN 0 08-2112 | Carol J. Timmerman v. Wyeth, Inc., et al. |
| MN 0 08-2114 | Susan C. Stevens v. Wyeth, Inc., et al. |
| MN 0 08-2115 | Charlene K. Ross v. Wyeth, Inc., et al. |
| MN 0 08-2116 | Bonnie L. Gabriel v. Wyeth, Inc., et al. |
| MN 0 08-2118 | Theresa D. Green v. Wyeth, Inc., et al. |
| MN 0 08-2121 | Judith A. Swafford v. Wyeth, Inc., et al. |
| MN 0 08-2124 | Dillie M. Wallace v. Wyeth, Inc., et al. |
| MN 0 08-2125 | Leonora I. Waldrop v. Wyeth, Inc., et al. |
| MN 0 08-2126 | Roleen C. Mitchell v. Wyeth, Inc., et al. |
| MN 0 08-2129 | Betty J. Wallace v. Wyeth, Inc., et al. |
| MN 0 08-2130 | Mary J. Morris v. Wyeth, Inc., et al. |
| MN 0 08-2131 | Cuba I. Walker v. Wyeth, Inc., et al. |
| MN 0 08-2133 | Lillian Rideout v. Wyeth, Inc., et al. |
| MN 0 08-2134 | Janet M. Roell v. Wyeth, Inc., et al. |
| MN 0 08-2135 | Joyce A. Wimberley v. Wyeth, Inc., et al. |
| MN 0 08-2137 | Olga A. Pineda v. Wyeth, Inc., et al. |
| MN 0 08-2138 | Marilyn Phillips v. Wyeth, Inc., et al. |
| MN 0 08-2140 | Arlene Schlesinger v. Wyeth, Inc., et al. |
| MN 0 08-2141 | Nancy Park v. Wyeth, Inc., et al. |
| MN 0 08-2142 | Rochelle Steinberg v. Wyeth, Inc., et al. |
| MN 0 08-2143 | Barbara Sigerist v. Wyeth, Inc., et al. |
| MN 0 08-2146 | Howard Kaidanow, et al. v. Wyeth, Inc., et al. |
| MN 0 08-2147 | Helen R. Jackson v. Wyeth, Inc., et al. |
| MN 0 08-2150 | Laurette Foster, et al. v. Mylan Laboratories, Inc. |
| MN 0 08-2151 | Kaethe F.E. Francis v. Pfizer Inc., et al. |
| MN 0 08-2152 | Angelina Gestiada, et al. v. Pfizer Inc., et al. |
| MN 0 08-2153 | Doris Gorden, et al. v. Greenstone Ltd., et al. |
| MN 0 08-2154 | Sharon Graham, et al. v. Bristol-Myers Squibb Co., et al. |
| MN 0 08-2155 | Mary Hall v. Pfizer Inc., et al. |
| MN 0 08-2156 | Patricia Huckabay v. Watson Pharmaceuticals, Inc. |
| MN 0 08-2158 | Sandra Kennedy, et al. v. Watson Pharmaceuticals, Inc. |
| MN 0 08-2159 | Charlotte Lusk v. Bristol-Myers Squibb Co., et al. |
| MN 0 08-2161 | Joyce Meek, et al. v. Pfizer Inc., et al. |

# MDL No. 1507 - Schedule CTO-142 Tag-Along Actions (Continued)

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| MN | 0 | 08-2162 | Jane Meldahl, et al. v. Pfizer Inc., et al. |
| MN | 0 | 08-2165 | Gladys Peschka, et al. v. Abbott Laboratories, et al. |
| MN | 0 | 08-2168 | Marie A. Shaw v. Wyeth, Inc., et al. |
| MN | 0 | 08-2171 | Darlene Bortel v. Wyeth, et al. |
| MN | 0 | 08-2172 | Kathleen Griesing v. Wyeth, et al. |
| MN | 0 | 08-2173 | Jeanne Hoffman v. Wyeth, et al. |
| MN | 0 | 08-2174 | Audrey Kelly v. Wyeth, et al. |
| MN | 0 | 08-2175 | Linda Larson v. Wyeth, et al. |
| MN | 0 | 08-2176 | Betty Shartar v. Wyeth, Inc., et al. |
| MN | 0 | 08-2177 | Clara Lieser v. Wyeth, et al. |
| MN | 0 | 08-2178 | Kerrie Manthei v. Wyeth, et al. |
| MN | 0 | 08-2179 | Sandy Moline v. Wyeth, Inc., et al. |
| MN | 0 | 08-2180 | Erma Waterman v. Wyeth, Inc., et al. |
| MN | 0 | 08-2181 | Ann Neuendorff v. Wyeth |
| MN | 0 | 08-2182 | Carole Olson v. Wyeth, et al. |
| MN | 0 | 08-2183 | Kathy Patrow v. Wyeth, et al. |
| MN | 0 | 08-2184 | Julie Seckler v. Wyeth |
| MN | 0 | 08-2187 | Janette Melton v. Wyeth, Inc., et al. |
| MN | 0 | 08-2188 | Elizabeth A. Childs v. Wyeth, Inc., et al. |
| MN | 0 | 08-2189 | Marie Daugherty v. Wyeth, Inc., et al. |
| MN | 0 | 08-2190 | Maureen Degrazio v. Wyeth, Inc., et al. |
| MN | 0 | 08-2191 | Sue R. Burke v. Wyeth, Inc., et al. |
| MN | 0 | 08-2192 | Donzella L. Hill v. Wyeth, Inc., et al. |
| MN | 0 | 08-2193 | Patricia E. Lutter v. Wyeth, Inc., et al. |
| MN | 0 | 08-2194 | Dorothy R. Midling v. Wyeth, Inc., et al. |
| MN | 0 | 08-2195 | Judith A. Stalnaker v. Wyeth, Inc., et al. |
| MN | 0 | 08-2196 | Gail R. Williams v. Wyeth, Inc., et al. |
| MN | 0 | 08-2197 | Darlene A. Gray v. Wyeth, Inc., et al. |
| MN | 0 | 08-2198 | Zelline T. Ezell v. Wyeth, Inc., et al. |
| MN | 0 | 08-2199 | Ruby G. Reid v. Wyeth, Inc., et al. |
| MN | 0 | 08-2200 | Sarah E. Harris v. Wyeth, Inc., et al. |
| MN | 0 | 08-2201 | Billie E. Dowlen v. Wyeth, Inc., et al. |
| MN | 0 | 08-2205 | Anna Roxanna Caswell v. Wyeth, Inc., et al. |
| MN | 0 | 08-2206 | Marjorie Rock v. Wyeth, Inc., et al. |
| MN | 0 | 08-2210 | Teresa W. Freeman v. Wyeth, Inc., et al. |
| MN | 0 | 08-2211 | Nancy I. Misegades v. Wyeth, Inc., et al. |
| MN | 0 | 08-2213 | Ruth R. Dunn, et al. v. Wyeth, Inc., et al. |
| MN | 0 | 08-2214 | Adelyn Grant Price v. Wyeth, Inc., et al. |

## MDL No. 1507 - Schedule CTO-142 Tag-Along Actions (Continued)

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| MN | 0 | 08-2215 | Paulette J. Todd v. Wyeth, Inc., et al. |
| MN | 0 | 08-2217 | Evangeline Aldana v. Wyeth, et al. |
| MN | 0 | 08-2221 | Charlet Sue Beland v. Wyeth, et al. |
| MN | 0 | 08-2222 | Joan C. Bentz v. Wyeth, et al. |
| MN | 0 | 08-2223 | Patricia Brown v. Wyeth, et al. |
| MN | 0 | 08-2224 | Karen K. Nelson v. Wyeth, et al. |
| MN | 0 | 08-2225 | Joetta J. Harper v. Wyeth, et al. |
| MN | 0 | 08-2226 | Carol J. Santti v. Wyeth, et al. |
| MN | 0 | 08-2227 | Johanna S. Cowart v. Wyeth, et al. |
| MN | 0 | 08-2228 | Geraldine M. McGuire, et al. v. Wyeth, Inc., et al. |
| MN | 0 | 08-2229 | Bette J. Gentry, et al. v. Wyeth, Inc. |
| MN | 0 | 08-2230 | Katrinka J. Doan, et al. v. Wyeth, Inc., et al. |
| MN | 0 | 08-2231 | Jean Mccue v. Wyeth, Inc., et al. |
| MN | 0 | 08-2233 | Carol Crawford v. Wyeth, Inc., et al. |
| MN | 0 | 08-2235 | Silvana Filippi v. Wyeth, Inc., et al. |
| MN | 0 | 08-2236 | Barbara Cannon v. Wyeth, Inc., et al. |
| MN | 0 | 08-2237 | Barbara A. Cresci, et al. v. Wyeth Pharmaceuticals, Inc. |
| MN | 0 | 08-2238 | Helen C. Grande v. Wyeth, Inc., et al. |
| MN | 0 | 08-2239 | Carol J. Mierau v. Wyeth, Inc., et al. |
| MN | 0 | 08-2240 | Maria E. Pascaran, et al. v. Wyeth, Inc., et al. |
| MN | 0 | 08-2241 | Katie Glowka v. Wyeth, Inc., et al. |
| MN | 0 | 08-2242 | Patricia Blake v. Wyeth, Inc., et al. |
| MN | 0 | 08-2251 | Lorraine Bass v. Wyeth, et al. |
| MN | 0 | 08-2252 | Ruth Beck v. Wyeth, et al. |
| MN | 0 | 08-2253 | Mary Bivens v. Wyeth, et al. |
| MN | 0 | 08-2254 | Judith Bonnette v. Wyeth, et al. |
| MN | 0 | 08-2255 | Karen Booth v. Wyeth, et al. |
| MN | 0 | 08-2256 | Rose Burgett v. Wyeth, et al. |
| MN | 0 | 08-2257 | Lucy Carr v. Wyeth, et al. |
| MN | 0 | 08-2258 | Leona Cellmer v. Wyeth, et al. |
| MN | 0 | 08-2259 | Jeanne Conroy v. Wyeth, et al. |
| MN | 0 | 08-2260 | Carolyn Crom v. Wyeth, et al. |
| MN | 0 | 08-2261 | Inez Daner v. Wyeth, et al. |
| MN | 0 | 08-2262 | Mary Edgar v. Wyeth, et al. |
| MN | 0 | 08-2263 | Virginia Eplett v. Wyeth, et al. |
| MN | 0 | 08-2264 | Elizabeth Fields v. Wyeth, et al. |
| MN | 0 | 08-2265 | Beverly Foley v. Wyeth, et al. |
| MN | 0 | 08-2266 | Karen Frank v. Wyeth, et al. |

**MDL No. 1507 - Schedule CTO-142 Tag-Along Actions (Continued)**

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| MN | 0 | 08-2267 | Linda Garver v. Wyeth, et al. |
| MN | 0 | 08-2268 | Jean Gilbert v. Wyeth, et al. |
| MN | 0 | 08-2269 | Sybil Gilmore v. Wyeth, et al. |
| MN | 0 | 08-2270 | Georgia Godbey v. Wyeth, et al. |
| MN | 0 | 08-2271 | Jean Grabowski v. Wyeth, et al. |
| MN | 0 | 08-2272 | Elizabeth Hendrixson v. Wyeth, et al. |
| MN | 0 | 08-2273 | Barbara Henry v. Wyeth, et al. |
| MN | 0 | 08-2274 | Claudia Holt v. Wyeth, et al. |
| MN | 0 | 08-2275 | Barbara Jordan v. Wyeth, et al. |
| MN | 0 | 08-2276 | Coralleen Karlin v. Wyeth, et al. |
| MN | 0 | 08-2277 | Lorett Keller v. Wyeth, et al. |
| MN | 0 | 08-2278 | Dora Kelly v. Wyeth, et al. |
| MN | 0 | 08-2279 | Ruth Kennison v. Wyeth, et al. |
| MN | 0 | 08-2280 | Dorothy King v. Wyeth, et al. |
| MN | 0 | 08-2281 | Phyllis Knott v. Wyeth, Inc., et al. |
| MN | 0 | 08-2282 | Donna Kraft v. Wyeth, Inc., et al. |
| MN | 0 | 08-2283 | Gail Larose v. Wyeth, et al. |
| MN | 0 | 08-2284 | Dorothy Ledet v. Wyeth, et al. |
| MN | 0 | 08-2285 | Jeri Lowe v. Wyeth, et al. |
| MN | 0 | 08-2286 | Gloria Mayang v. Wyeth, et al. |
| MN | 0 | 08-2287 | Luisa Miles v. Wyeth, et al. |
| MN | 0 | 08-2288 | Joan Miller v. Wyeth, et al. |
| MN | 0 | 08-2289 | Emma Moore v. Wyeth, et al. |
| MN | 0 | 08-2291 | Nancy Myers v. Wyeth, et al. |
| MN | 0 | 08-2293 | Mary Pace v. Wyeth, et al. |
| MN | 0 | 08-2295 | Jean Padilla v. Wyeth, et al. |
| MN | 0 | 08-2297 | Gail Pendley v. Wyeth, et al. |
| MN | 0 | 08-2298 | Gladys M. Cotto v. Pfizer Inc., et al. |
| MN | 0 | 08-2299 | Ethel Porter v. Wyeth, et al. |
| MN | 0 | 08-2301 | Carolyn Pride v. Wyeth, et al. |
| MN | 0 | 08-2303 | Anne Race v. Wyeth, et al. |
| MN | 0 | 08-2304 | Sheila Richardson v. Wyeth, et al. |
| MN | 0 | 08-2305 | Sandra Peterson v. Wyeth, et al. |
| MN | 0 | 08-2306 | Mildred S. Kooyenga v. Wyeth, et al. |
| MN | 0 | 08-2307 | Phyllis Robinson v. Wyeth, et al. |
| MN | 0 | 08-2308 | Margie Daugherty v. Wyeth, et al. |
| MN | 0 | 08-2309 | Rhoda Rubey v. Wyeth, et al. |
| MN | 0 | 08-2310 | Jeraldyne M. Stratmann v. Wyeth, et al. |

**MDL No. 1507 - Schedule CTO-142 Tag-Along Actions (Continued)**

| **DIST.** | **DIV.** | **C.A. #** | **CASE CAPTION** |
|---|---|---|---|
| MN | 0 | 08-2311 | Eva Schwitzer v. Wyeth, Inc., et al. |
| MN | 0 | 08-2312 | Joyce L. Jones v. Wyeth, et al. |
| MN | 0 | 08-2313 | Sondra Shulman v. Wyeth, et al. |
| MN | 0 | 08-2314 | Terri L. Fisher v. Wyeth, et al. |
| MN | 0 | 08-2315 | Barbara Solymos v. Wyeth, et al. |
| MN | 0 | 08-2316 | Vickie Sommer v. Wyeth Pharmaceuticals, et al. |
| MN | 0 | 08-2317 | Linda Stephens v. Wyeth, et al. |
| MN | 0 | 08-2318 | Mary Strong v. Wyeth, et al. |
| MN | 0 | 08-2319 | Dorothy Swanson v. Wyeth, et al. |
| MN | 0 | 08-2320 | Erlina Villaverda v. Wyeth, et al. |
| MN | 0 | 08-2321 | Gloria Vocelka v. Wyeth, et al. |
| MN | 0 | 08-2322 | Ether Webster v. Wyeth, et al. |
| MN | 0 | 08-2323 | Marilyn Wiles v. Wyeth, et al. |
| MN | 0 | 08-2329 | Lyndell M. Austin v. Wyeth, et al. |
| MN | 0 | 08-2330 | Nordis G. Baker v. Wyeth, et al. |
| MN | 0 | 08-2331 | Ethel M. Basham v. Wyeth, et al. |
| MN | 0 | 08-2332 | Judy I. Batts v. Wyeth, et al. |
| MN | 0 | 08-2333 | Sherlyn C. Birchfield v. Wyeth, et al. |
| MN | 0 | 08-2334 | Arlene Blackburn v. Wyeth, et al. |
| MN | 0 | 08-2335 | Elna Boisvert v. Wyeth, et al. |
| MN | 0 | 08-2336 | Mary Elizabeth Brandt v. Wyeth, et al. |
| MN | 0 | 08-2337 | Duvvie M. Brean v. Wyeth, et al. |
| MN | 0 | 08-2338 | Suzanne B. Bridger v. Wyeth, et al. |
| MN | 0 | 08-2339 | Jean M. Brook v. Wyeth, et al. |
| MN | 0 | 08-2340 | Doris M. Brinkley v. Wyeth, et al. |
| MN | 0 | 08-2341 | Carol A. Bugenhagen v. Wyeth, et al. |
| MN | 0 | 08-2342 | Norma Bustamante v. Wyeth, et al. |
| MN | 0 | 08-2343 | June P. Campbell v. Wyeth, et al. |
| MN | 0 | 08-2344 | Susana Castelo v. Wyeth, et al. |
| MN | 0 | 08-2345 | Patricia M. Chirico v. Wyeth, et al. |
| MN | 0 | 08-2346 | Alpha M. Tice v. Wyeth, Inc., et al. |
| MN | 0 | 08-2347 | Denise E. Guthrie-Wallace v. Wyeth, Inc., et al. |
| MN | 0 | 08-2348 | Hanny O'Boyle v. Wyeth, Inc., et al. |
| MN | 0 | 08-2349 | Rosemary A. Newton v. Wyeth, Inc., et al. |
| MN | 0 | 08-2350 | Shirley A. Newcomb v. Wyeth, Inc., et al. |
| MN | 0 | 08-2351 | Laurie M. Nolan v. Wyeth, Inc., et al. |
| MN | 0 | 08-2352 | Margaret M. McNary v. Wyeth, Inc., et al. |
| MN | 0 | 08-2353 | Ethel M. McDowell v. Wyeth, Inc., et al. |

**MDL No. 1507 - Schedule CTO-142 Tag-Along Actions (Continued)**

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| MN | 0 | 08-2355 | Edna J. Murphy v. Wyeth, Inc., et al. |
| MN | 0 | 08-2357 | Lois A. McDonald v. Wyeth, Inc., et al. |
| MN | 0 | 08-2358 | Donna D. Lamkin v. Wyeth, Inc., et al. |
| MN | 0 | 08-2360 | Rosalita M. Lagazo v. Wyeth, Inc., et al. |
| MN | 0 | 08-2361 | Peggy L. Mackelfresh v. Wyeth, Inc., et al. |
| MN | 0 | 08-2362 | Rena M. Marsh v. Wyeth, Inc., et al. |
| MN | 0 | 08-2363 | Eva M. Jones v. Wyeth, Inc., et al. |
| MN | 0 | 08-2364 | Elizabeth A. Hutson v. Wyeth, Inc., et al. |
| MN | 0 | 08-2365 | Janet M. Ashley v. Wyeth, Inc., et al. |
| MN | 0 | 08-2366 | Jane C. Balcom v. Wyeth, Inc., et al. |
| MN | 0 | 08-2367 | Sharon R. Baldwin v. Wyeth, Inc., et al. |
| MN | 0 | 08-2368 | Eula F. Darr v. Wyeth, Inc., et al. |
| MN | 0 | 08-2369 | Ruby R. Bell v. Wyeth, Inc., et al. |
| MN | 0 | 08-2370 | Carol A. Bishop v. Wyeth, Inc., et al. |
| MN | 0 | 08-2371 | Mary P. Gilchrist v. Wyeth, Inc., et al. |
| MN | 0 | 08-2372 | Dorothy J. Bonaparte v. Wyeth, Inc., et al. |
| MN | 0 | 08-2373 | Marjorie Calder v. Wyeth, Inc., et al. |
| MN | 0 | 08-2374 | Margaret M. Gorke v. Wyeth, Inc., et al. |
| MN | 0 | 08-2375 | Marsha R. Cullen v. Wyeth, Inc., et al. |
| MN | 0 | 08-2376 | Shirley M. Chesnut v. Wyeth, Inc., et al. |
| MN | 0 | 08-2377 | Catherine A. Hickey v. Wyeth, Inc., et al. |
| MN | 0 | 08-2378 | Mary L. Hemphill v. Wyeth, Inc., et al. |
| MN | 0 | 08-2379 | Sandra J. Hobart v. Wyeth, Inc., et al. |
| MN | 0 | 08-2380 | Dorothy M. Hopkins v. Wyeth, Inc., et al. |
| MN | 0 | 08-2381 | Patricia A. Howell v. Wyeth, Inc., et al. |
| MN | 0 | 08-2382 | Bonnie W. Yarborough v. Wyeth, Inc., et al. |
| MN | 0 | 08-2383 | Patti L. Brownstein v. Wyeth, Inc., et al. |
| MN | 0 | 08-2384 | Judi Wright v. Wyeth, Inc., et al. |
| MN | 0 | 08-2385 | Karen E. Uhlig v. Wyeth, Inc., et al. |
| MN | 0 | 08-2386 | Gwendolyn C. Tatum v. Wyeth, Inc., et al. |
| MN | 0 | 08-2387 | Sarah D. Wright v. Wyeth, Inc., et al. |
| MN | 0 | 08-2388 | Linda L. Worley v. Wyeth, Inc., et al. |
| MN | 0 | 08-2389 | Alice E. Williamson v. Wyeth, Inc., et al. |
| MN | 0 | 08-2390 | Marian D. Stewart v. Wyeth, Inc., et al. |
| MN | 0 | 08-2392 | Rochelle M. Starkman v. Wyeth, Inc., et al. |
| MN | 0 | 08-2393 | Cynthia B. Smock v. Wyeth, Inc., et al. |
| MN | 0 | 08-2394 | Cynthia J. Stickney v. Wyeth, Inc., et al. |
| MN | 0 | 08-2395 | Bettye L. Williams v. Wyeth, Inc., et al. |

# MDL No. 1507 - Schedule CTO-142 Tag-Along Actions (Continued)

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| MN | 0 | 08-2396 | Margaret E. White v. Wyeth, Inc., et al. |
| MN | 0 | 08-2397 | Marian G. Weaver v. Wyeth, Inc., et al. |
| MN | 0 | 08-2398 | Martha M. Skelton v. Wyeth, Inc., et al. |
| MN | 0 | 08-2399 | Vickie L. Warden v. Wyeth, Inc., et al. |
| MN | 0 | 08-2400 | Edna N. Shipman v. Wyeth, Inc., et al. |
| MN | 0 | 08-2401 | Alverna G. Wagner v. Wyeth, Inc., et al. |
| MN | 0 | 08-2402 | Betty Parton v. Wyeth, Inc., et al. |
| MN | 0 | 08-2403 | Jan M. Salter v. Wyeth, Inc., et al. |
| MN | 0 | 08-2405 | Lydia Caja, et al. v. Wyeth, Inc., et al. |
| MN | 0 | 08-2406 | Brenda Chick, et al. v. Wyeth, Inc., et al. |
| MN | 0 | 08-2407 | Valerie Basile-Getz, et al. v. Wyeth, Inc., et al. |
| MN | 0 | 08-2408 | Jan K. Gladstone, et al. v. Wyeth, Inc., et al. |
| MN | 0 | 08-2409 | Theresa H. Hung v. Wyeth, Inc., et al. |
| MN | 0 | 08-2410 | Deborah R. Johnson, et al. v. Wyeth, Inc., et al. |
| MN | 0 | 08-2411 | Phyllis Juliussen, et al. v. Wyeth, Inc., et al. |
| MN | 0 | 08-2412 | June D. Kerschman, et al. v. Wyeth, Inc., et al. |
| MN | 0 | 08-2413 | Miriam K. Kilerlane v. Wyeth, Inc., et al. |
| MN | 0 | 08-2414 | Joanne H. Woolery v. Wyeth, Inc., et al. |
| MN | 0 | 08-2415 | Patricia M. Kreitzburg, et al. v. Wyeth, Inc., et al. |
| MN | 0 | 08-2417 | Pauline B. Rube v. Wyeth, Inc., et al. |
| MN | 0 | 08-2418 | Jill L. Todzia, et al. v. Wyeth, Inc., et al. |
| MN | 0 | 08-2419 | Carolyn B. Whitehorn v. Wyeth, Inc., et al. |
| MN | 0 | 08-2420 | Viola Margaret Thompson, et al. v. Wyeth, Inc., et al. |
| MN | 0 | 08-2421 | Barbara Ann Ray v. Wyeth, Inc., et al. |
| MN | 0 | 08-2422 | Barbara Alice Hicks-Lee v. Wyeth, Inc., et al. |
| MN | 0 | 08-2423 | Nancy Comia-Hoffman v. Wyeth, et al. |
| MN | 0 | 08-2424 | Sandra Elkins v. Wyeth, et al. |
| MN | 0 | 08-2425 | Lori A. Fitzhugh v. Wyeth, et al. |
| MN | 0 | 08-2426 | Lora G. Justice v. Wyeth, et al. |
| MN | 0 | 08-2428 | Joann N. Mosley v. Wyeth, et al. |
| MN | 0 | 08-2429 | Carmen F. Powers v. Wyeth, et al. |
| MN | 0 | 08-2430 | Mary J. Reed v. Wyeth, et al. |
| MN | 0 | 08-2431 | Anne M. Slade v. Wyeth, et al. |
| MN | 0 | 08-2432 | Betty J. Shannon v. Wyeth, et al. |
| MN | 0 | 08-2433 | Melissa C. Tukey v. Wyeth, et al. |
| MN | 0 | 08-2434 | Erlene M. Wilson v. Wyeth, et al. |
| MN | 0 | 08-2435 | Dorothy Renter v. Wyeth, et al. |
| MN | 0 | 08-2437 | Ada J. Bible v. Wyeth, Inc., et al. |

**MDL No. 1507 - Schedule CTO-142 Tag-Along Actions (Continued)**

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| MN | 0 | 08-2438 | Sharon M. Anderson v. Wyeth, Inc., et al. |
| MN | 0 | 08-2439 | Gayle L. Vetsch v. Wyeth, Inc., et al. |
| MN | 0 | 08-2441 | Shari G. Rouach v. Wyeth, Inc., et al. |
| MN | 0 | 08-2442 | Marilyn A. Pruitt v. Wyeth, Inc., et al. |
| MN | 0 | 08-2443 | Cynthia Belis v. Wyeth, Inc., et al. |
| MN | 0 | 08-2444 | Phyllis I. Neal v. Wyeth, Inc., et al. |
| MN | 0 | 08-2445 | Pearlina S. Story v. Wyeth, Inc., et al. |
| MN | 0 | 08-2446 | Mattie S. Cummings v. Wyeth, Inc., et al. |
| MN | 0 | 08-2447 | Linda S. Budzilek v. Wyeth, Inc., et al. |
| MN | 0 | 08-2448 | Karen S. Church v. Wyeth, Inc., et al. |
| MN | 0 | 08-2453 | Marilyn A. Wehr v. Wyeth, Inc., et al. |
| MN | 0 | 08-2454 | Barbara L. Weber v. Wyeth, Inc., et al. |
| MN | 0 | 08-2455 | Linda M. Webber v. Wyeth, Inc., et al. |
| MN | 0 | 08-2456 | Lorna Shippen v. Wyeth, Inc., et al. |
| MN | 0 | 08-2457 | Tera J. Selby v. Wyeth, Inc., et al. |
| MN | 0 | 08-2458 | Phyllis I. Scott v. Wyeth, Inc., et al. |
| MN | 0 | 08-2459 | Virginia M. Schuchardt v. Wyeth, Inc., et al. |
| MN | 0 | 08-2460 | Irma R. Salinas v. Wyeth, Inc., et al. |
| MN | 0 | 08-2461 | Meridith A. Summers v. Wyeth, Inc., et al. |
| MN | 0 | 08-2462 | Susan C. Smith v. Wyeth, Inc., et al. |
| MN | 0 | 08-2463 | Jane I. Trussell v. Wyeth, Inc., et al. |
| MN | 0 | 08-2464 | Angielene B. Shows v. Wyeth, Inc., et al. |
| MN | 0 | 08-2465 | Marsha Silverman v. Wyeth, Inc., et al. |
| MN | 0 | 08-2466 | Linda K. Thompson v. Wyeth, Inc., et al. |
| MN | 0 | 08-2467 | Geneva E. Tichenor v. Wyeth, Inc., et al. |
| MN | 0 | 08-2468 | Ora L. Turner v. Wyeth, Inc., et al. |
| MN | 0 | 08-2469 | Bettie J. Tucker v. Wyeth, Inc., et al. |
| MN | 0 | 08-2470 | Gretchen E. Vandoren v. Wyeth, Inc., et al. |
| MN | 0 | 08-2471 | Joyce M. Vaughan v. Wyeth, Inc., et al. |
| MN | 0 | 08-2472 | Mozelle Violet v. Wyeth, Inc., et al. |
| MN | 0 | 08-2473 | Dorothy L. Waddell v. Wyeth, Inc., et al. |
| MN | 0 | 08-2474 | Lynn A. Watson v. Wyeth, Inc., et al. |
| MN | 0 | 08-2475 | Sharon K. Weaver v. Wyeth, Inc., et al. |
| MN | 0 | 08-2477 | Janice Hess v. Wyeth, Inc., et al. |
| MN | 0 | 08-2478 | Vickie M. Rose, et al. v. Wyeth, Inc., et al. |
| MN | 0 | 08-2479 | Linda Chessher v. Wyeth, Inc., et al. |
| MN | 0 | 08-2480 | Darlene G. Shimanek, et al. v. Wyeth, Inc., et al. |
| MN | 0 | 08-2481 | Irene Marcaccini Long, et al. v. Wyeth, Inc., et al. |

## MDL No. 1507 - Schedule CTO-142 Tag-Along Actions (Continued)

**DIST. DIV. C.A. #**          **CASE CAPTION**

MN  0  08-2482          Jean A. Hawkins, et al. v. Wyeth, Inc., et al.
MN  0  08-2483          Charlene Semands v. Wyeth, Inc., et al.
MN  0  08-2484          Linda Hiester v. Wyeth, Inc., et al.
MN  0  08-2485          Caroline Tinkham, et al. v. Wyeth, Inc., et al.
MN  0  08-2486          Dorothy Llacera v. Wyeth, Inc., et al.
MN  0  08-2487          Estelle E. Hamilton, et al. v. Wyeth, Inc., et al.
~~MN  0  08-2488~~          ~~Francine D. Slifer, et al. v. Wyeth, Inc., et al.~~  Opposed 7/16/08
MN  0  08-2489          Sonia F. Bambauer v. Wyeth, Inc., et al.
MN  0  08-2490          Sally Jo Poindexter v. Wyeth, Inc., et al.
MN  0  08-2492          Sara Shotts, et al. v. Wyeth, et al.
MN  0  08-2493          Genevieve D. Gary, et al. v. Wyeth, et al.
~~MN  0  08-2494~~          ~~Judith Marshall v. Wyeth, et al.~~ Opposed 7/16/08
~~MN  0  08-2495~~          ~~Ofelia Manuel, et al. v. Wyeth, et al.~~ Opposed 7/16/08
MN  0  08-2496          Waunda F. Schmidt v. Wyeth, et al.
MN  0  08-2497          Alexa J. Weitzel v. Wyeth, Inc., et al.
MN  0  08-2498          Dolores I. Wallace v. Wyeth, Inc., et al.
MN  0  08-2499          Kay Kuntz v. Wyeth, Inc., et al.
MN  0  08-2502          Inez M. Parker v. Wyeth, et al.
MN  0  08-2503          Obdulia Portalatin-Arocho v. Wyeth, et al.
MN  0  08-2504          Pamela M. Quirk v. Wyeth, et al.
MN  0  08-2505          Leslie J. Ratliff v. Wyeth, et al.
~~MN  0  08-2506~~          ~~Sandra Rose, et al. v. Wyeth, et al.~~ Opposed 7/16/08
MN  0  08-2507          Carol C. Reitter v. Wyeth, et al.
MN  0  08-2508          Janice C. Richardson v. Wyeth, et al.
MN  0  08-2509          Margaret Rhodes v. Wyeth, et al.
MN  0  08-2510          Estelle N. Samel v. Wyeth, et al.
MN  0  08-2511          Willie M. Rose v. Wyeth, et al.
MN  0  08-2515          Lois Small v. Wyeth, Inc., et al.
MN  0  08-2516          Karon Scott v. Wyeth, et al.
MN  0  08-2517          Sue Climie v. Wyeth, Inc., et al.
MN  0  08-2518          Laverne Hines-Obrine v. Wyeth, Inc., et al.
MN  0  08-2519          Eula Jackson v. Wyeth, Inc., et al.
MN  0  08-2520          Ethel Malone v. Wyeth, Inc., et al.
MN  0  08-2521          Carrie Hastings v. Wyeth, Inc., et al.
MN  0  08-2522          Goldie Lewis v. Wyeth, Inc., et al.
MN  0  08-2523          Judy Katsuleris, et al. v. Wyeth, Inc., et al.
MN  0  08-2524          Linda M. Martinez, et al. v. Wyeth, Inc., et al.
MN  0  08-2525          Lorraine M. Krause v. Wyeth, Inc., et al.

## MDL No. 1507 - Schedule CTO-142 Tag-Along Actions (Continued)

| **DIST.** | **DIV.** | **C.A. #** | **CASE CAPTION** |
|---|---|---|---|
| MN | 0 | 08-2526 | Rhoda D. Levin v. Wyeth, Inc., et al. |
| MN | 0 | 08-2532 | Donna L. Cole v. Wyeth, et al. |
| MN | 0 | 08-2533 | Lois Corwin, et al. v. Wyeth, et al. |
| MN | 0 | 08-2534 | Betty C. Cook v. Wyeth, et al. |
| MN | 0 | 08-2535 | Maureen E. Cosway v. Wyeth, et al. |
| MN | 0 | 08-2536 | Dixie S. Crane v. Wyeth, et al. |
| MN | 0 | 08-2537 | Caroline M. Cypher v. Wyeth, et al. |
| MN | 0 | 08-2538 | Dora L. Daher v. Wyeth, et al. |
| MN | 0 | 08-2539 | Joan M. Day v. Wyeth, et al. |
| MN | 0 | 08-2540 | Carol L. Danuser v. Wyeth, et al. |
| MN | 0 | 08-2542 | Ona Deane-Gordly v. Wyeth, et al. |
| MN | 0 | 08-2543 | Linda J. Divine v. Wyeth, et al. |
| ~~MN~~ | ~~0~~ | ~~08-2544~~ | ~~Blodwyn A. Doerfler v. Wyeth, et al.~~ Opposed 7/16/08 |
| MN | 0 | 08-2545 | Mary H. Driggs v. Wyeth, et al. |
| MN | 0 | 08-2546 | Marilyn F. Engel v. Wyeth, et al. |
| MN | 0 | 08-2547 | Raquel Escudero v. Wyeth, et al. |
| MN | 0 | 08-2548 | Nancy Fischer v. Wyeth, et al. |
| MN | 0 | 08-2549 | Susan E. Fisher-Woolery v. Wyeth, et al. |
| MN | 0 | 08-2550 | Dora Flores v. Wyeth, et al. |
| MN | 0 | 08-2551 | Patricia S. Formyduval v. Wyeth, et al. |
| MN | 0 | 08-2552 | Barbara B. Pennington v. Wyeth, et al. |
| MN | 0 | 08-2553 | Maria Portillo-Ortiz v. Wyeth, et al. |
| MN | 0 | 08-2554 | Myrna P. Pryor v. Wyeth, et al. |
| MN | 0 | 08-2555 | Carol K. Roark v. Wyeth, et al. |
| MN | 0 | 08-2556 | Doris Jean Lawnsdale v. Wyeth, et al. |
| MN | 0 | 08-2557 | Patricia J. Bogler v. Wyeth, et al. |
| MN | 0 | 08-2558 | Joann T. Schwarz v. Wyeth, et al. |
| MN | 0 | 08-2559 | Priscilla Hope Haber v. Wyeth, et al. |
| MN | 0 | 08-2560 | Emma Serpa Perez v. Wyeth, Inc. |
| MN | 0 | 08-2561 | Linda Jones v. Wyeth, et al. |
| MN | 0 | 08-2562 | Judith A. Snow v. Wyeth, et al. |
| MN | 0 | 08-2563 | Adrianne J. Mayz, et al. v. Wyeth, Inc., et al. |
| MN | 0 | 08-2564 | Ada M. Stankard, et al. v. Wyeth, Inc., et al. |
| MN | 0 | 08-2565 | Jeanette F. Fields v. Wyeth, Inc., et al. |
| MN | 0 | 08-2566 | Joyce C. Spector, et al. v. Wyeth, Inc., et al. |
| MN | 0 | 08-2568 | Peggy L. Lee, et al. v. Wyeth, Inc., et al. |
| MN | 0 | 08-2570 | Paula M. Banos v. Wyeth, Inc., et al. |
| MN | 0 | 08-2571 | Margaux Baxt v. Wyeth, Inc., et al. |

## MDL No. 1507 - Schedule CTO-142 Tag-Along Actions (Continued)

| **DIST.** | **DIV.** | **C.A. #** | **CASE CAPTION** |
|---|---|---|---|
| MN | 0 | 08-2572 | Patricia L. Andrews v. Wyeth, Inc., et al. |
| MN | 0 | 08-2575 | Judy A. Kelchner v. Wyeth, et al. |
| MN | 0 | 08-2577 | Frances B. Jones v. Wyeth, Inc., et al. |
| MN | 0 | 08-2578 | Beverly I. Johnson v. Wyeth, Inc., et al. |
| MN | 0 | 08-2579 | Rose L. Jackson v. Wyeth, Inc., et al. |
| MN | 0 | 08-2580 | Judith L. Jensen v. Wyeth, Inc., et al. |
| MN | 0 | 08-2581 | Rosalina Argyle v. Wyeth, Inc., et al. |
| MN | 0 | 08-2582 | Bettie J. Howell v. Wyeth, Inc., et al. |
| MN | 0 | 08-2583 | Sharon C. Aslanian v. Wyeth, Inc., et al. |
| MN | 0 | 08-2584 | Donna Christensen v. Wyeth, Inc., et al. |
| MN | 0 | 08-2585 | Mary D. Bailey v. Wyeth, Inc., et al. |
| MN | 0 | 08-2586 | Karen Anderson v. Wyeth, Inc., et al. |
| MN | 0 | 08-2587 | Alice P. Alsop v. Wyeth, Inc., et al. |
| MN | 0 | 08-2588 | Mary Allmann v. Wyeth, Inc., et al. |
| MN | 0 | 08-2589 | Helen Alexander v. Wyeth, Inc., et al. |
| MN | 0 | 08-2590 | Barbara G. Clouser v. Wyeth, Inc., et al. |
| MN | 0 | 08-2591 | Judy K. Aikens v. Wyeth, Inc., et al. |
| MN | 0 | 08-2592 | Anna S. Adams v. Wyeth, Inc., et al. |
| MN | 0 | 08-2593 | Suzanne C. Matson v. Wyeth, Inc., et al. |
| MN | 0 | 08-2594 | Patricia J. Leszewski v. Wyeth, Inc., et al. |
| MN | 0 | 08-2595 | Pamela L. Livingston v. Wyeth, Inc., et al. |
| MN | 0 | 08-2596 | Sande S. Kellogg v. Wyeth, Inc., et al. |
| MN | 0 | 08-2597 | Sally Chilton v. Wyeth, Inc., et al. |
| MN | 0 | 08-2598 | Taisa Clark v. Wyeth, Inc., et al. |
| MN | 0 | 08-2599 | Florence M. Casey v. Wyeth, et al. |
| MN | 0 | 08-2600 | Marie Carnesecca v. Wyeth, Inc., et al. |
| MN | 0 | 08-2601 | Gerry Y. Capstick v. Wyeth, Inc., et al. |
| MN | 0 | 08-2602 | Dorothy D. Addison v. Wyeth, et al. |
| MN | 0 | 08-2603 | Ruby A. Akers v. Wyeth, et al. |
| MN | 0 | 08-2604 | Delphine Aki v. Wyeth, et al. |
| MN | 0 | 08-2605 | Sharalyne K. Albright v. Wyeth, et al. |
| MN | 0 | 08-2606 | Enna Alcaine v. Wyeth, et al. |
| MN | 0 | 08-2607 | Colette Comstock v. Wyeth, Inc., et al. |
| MN | 0 | 08-2608 | Olive O. Alegre v. Wyeth, et al. |
| MN | 0 | 08-2609 | Susan Crowley v. Wyeth, Inc., et al. |
| MN | 0 | 08-2610 | Marjorie Dragon v. Wyeth, Inc., et al. |
| MN | 0 | 08-2611 | Bonnie L. Allen v. Wyeth, et al. |
| MN | 0 | 08-2612 | Jan Love v. Pfizer Inc., et al. |

## MDL No. 1507 - Schedule CTO-142 Tag-Along Actions (Continued)

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| MN 0 08-2613 | Sally Gipson v. Wyeth, Inc., et al. |
| MN 0 08-2614 | Bonidine Leonard v. Wyeth, Inc., et al. |
| MN 0 08-2615 | Elizabeth Leppman v. Wyeth, Inc., et al. |
| MN 0 08-2616 | Bessie L. Walker v. Wyeth, Inc., et al. |
| MN 0 08-2617 | Jacquelyn Ormiston v. Wyeth, Inc., et al. |
| MN 0 08-2618 | Alice K. Aman v. Wyeth, et al. |
| MN 0 08-2619 | Roland Tremblay, et al. v. Wyeth, Inc., et al. |
| MN 0 08-2621 | Mary A. Peterson v. Wyeth, Inc., et al. |
| MN 0 08-2622 | Ellyn E. Brooks, et al. v. Wyeth, Inc., et al. |
| MN 0 08-2623 | Camille N. Annunziato v. Wyeth, et al. |
| MN 0 08-2624 | Patricia Billeter v. Wyeth, Inc., et al. |
| MN 0 08-2625 | Paula Avila v. Wyeth, et al. |
| MN 0 08-2626 | Rosie E. Baker v. Wyeth, et al. |
| MN 0 08-2628 | Sandra J. Barrow v. Wyeth, et al. |
| MN 0 08-2629 | Barbara Ann Fortune v. Wyeth, Inc., et al. |
| MN 0 08-2630 | Linda M. Bradford v. Wyeth, et al. |
| MN 0 08-2632 | Mary J. Braunm v. Wyeth, et al. |
| MN 0 08-2634 | Bettie J. Brown v. Wyeth, et al. |
| MN 0 08-2635 | Kathleen M. Brunette v. Wyeth, et al. |
| MN 0 08-2636 | Diane T. Geiger v. Wyeth, Inc., et al. |
| MN 0 08-2637 | Barbara S. Bunner v. Wyeth, et al. |
| MN 0 08-2639 | Jane Buss v. Wyeth, et al. |
| MN 0 08-2641 | Janet L. Hart v. Wyeth, Inc., et al. |
| MN 0 08-2642 | Glennis M. Couchman v. Wyeth, Inc., et al. |
| MN 0 08-2643 | Lea W. Cooper v. Wyeth, Inc., et al. |
| MN 0 08-2647 | Barbara J. Busche v. Wyeth, et al. |
| MN 0 08-2648 | Margaret J. Butler v. Wyeth, et al. |
| MN 0 08-2649 | Vada J. Call v. Wyeth, et al. |
| MN 0 08-2650 | Luz E. Camacho v. Wyeth, et al. |
| MN 0 08-2652 | Janet D. Cameron v. Wyeth, et al. |
| MN 0 08-2653 | Maria E. Cantu v. Wyeth, et al. |
| MN 0 08-2654 | Maxine J. Cohen v. Wyeth, Inc., et al. |
| MN 0 08-2655 | Audrey Goldsmith v. Wyeth, Inc., et al. |
| MN 0 08-2656 | Mary S. Cole v. Wyeth, Inc., et al. |
| MN 0 08-2657 | Helen M. Crane v. Wyeth, Inc., et al. |
| MN 0 08-2658 | Joyce Cosentino v. Wyeth, Inc., et al. |
| MN 0 08-2659 | Waneta E. Murphy v. Wyeth, Inc., et al. |
| MN 0 08-2662 | Deborah H. Gillispie v. Wyeth, Inc., et al. |

## MDL No. 1507 - Schedule CTO-142 Tag-Along Actions (Continued)

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| MN | 0 | 08-2664 | Gail Nansen v. Wyeth, Inc., et al. |
| MN | 0 | 08-2666 | Rita M. Poole v. Wyeth, Inc., et al. |
| MN | 0 | 08-2671 | Joanne S. Gifford v. Wyeth, Inc., et al. |
| MN | 0 | 08-2672 | Susan Pelissier v. Wyeth, Inc., et al. |
| MN | 0 | 08-2673 | Mary A. Ferrandino v. Wyeth, Inc., et al. |
| MN | 0 | 08-2674 | Patricia M. Neiman v. Wyeth, Inc., et al. |
| MN | 0 | 08-2676 | Helga C. Orkee v. Wyeth, Inc., et al. |
| MN | 0 | 08-2677 | Kay L. Fleisher v. Wyeth, Inc., et al. |
| MN | 0 | 08-2678 | Lynda G. Dugger v. Wyeth, Inc., et al. |
| MN | 0 | 08-2680 | Eileen Duncan v. Wyeth, Inc., et al. |
| MN | 0 | 08-2681 | Katherine Fry v. Wyeth, Inc., et al. |
| MN | 0 | 08-2682 | Linda G. Eastman v. Wyeth, Inc., et al. |
| MN | 0 | 08-2683 | Carrie E. Eckersley v. Wyeth, Inc., et al. |
| MN | 0 | 08-2685 | Evelyn C. Crawford v. Wyeth, Inc., et al. |
| MN | 0 | 08-2687 | Orpha C. Cook v. Wyeth, Inc., et al. |
| MN | 0 | 08-2688 | Karen J. Espinosa v. Wyeth, Inc., et al. |
| MN | 0 | 08-2689 | Ellen Feldberg v. Wyeth, Inc., et al. |
| MN | 0 | 08-2692 | Marjory R. Farr v. Wyeth, Inc., et al. |
| MN | 0 | 08-2694 | Thea E. Pittman v. Wyeth, Inc., et al. |
| MN | 0 | 08-2700 | Patsine P. Estes v. Wyeth, Inc., et al. |
| MN | 0 | 08-2709 | Elizabeth F. Goodwin v. Wyeth, Inc., et al. |
| MN | 0 | 08-2713 | Edna M. King v. Wyeth, Inc., et al. |
| MN | 0 | 08-2714 | Marlene C. Olson v. Wyeth, Inc., et al. |
| MN | 0 | 08-2715 | Barbara Creque v. Wyeth, Inc., et al. |
| MN | 0 | 08-2717 | Emily Kladis v. Wyeth, Inc., et al. |
| MN | 0 | 08-2725 | Carol Busche v. Wyeth, Inc., et al. |
| MN | 0 | 08-2726 | Barbara J. Bullard v. Wyeth, Inc., et al. |
| MN | 0 | 08-2727 | Barbara S. Maxey v. Wyeth, Inc., et al. |
| MN | 0 | 08-2732 | Karen McBride v. Wyeth, Inc., et al. |
| MN | 0 | 08-2737 | Jean Baumgardner v. Wyeth, Inc., et al. |
| MN | 0 | 08-2738 | Debra L. Gorstein v. Wyeth, Inc., et al. |
| MN | 0 | 08-2739 | Carolyn Grossman v. Wyeth, Inc., et al. |
| MN | 0 | 08-2741 | Joann L. Hallbom v. Wyeth, Inc., et al. |
| MN | 0 | 08-2742 | Cheryl L. Hyland v. Wyeth, Inc., et al. |
| MN | 0 | 08-2744 | Diana G. Gurges v. Wyeth, Inc., et al. |
| MN | 0 | 08-2761 | Eileen K. Dillon v. Wyeth, Inc., et al. |
| MN | 0 | 08-2775 | Cheryl Blackburn v. Wyeth, Inc., et al. |
| MN | 0 | 08-2778 | Sandra Bell, et al. v. Wyeth, Inc., et al. |

Case 4:03-cv-01507-BRW   Document 1826   Filed 07/28/08   Page 16 of 16

Page 15 of 15

**MDL No. 1507 - Schedule CTO-142 Tag-Along Actions (Continued)**

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| MN 0 08-2787 | Bonnie Hickerson, et al. v. Wyeth, Inc., et al. |
| MN 0 08-2791 | Carol Mitchener v. Wyeth, Inc., et al. |
| MN 0 08-2800 | Lois A. Bockiaro v. Wyeth, Inc., et al. |
| MN 0 08-2801 | Eva Bachman v. Wyeth, Inc., et al. |
| MN 0 08-2807 | Kathleen R. Bolser v. Wyeth, Inc., et al. |
| MN 0 08-2820 | Hannelore E. Abney v. Wyeth, Inc., et al. |

MISSOURI EASTERN
MOE 4 08-842     Beverly Dent, et al. v. Wyeth Pharmaceuticals, Inc., et al.

NORTH DAKOTA
ND 3 08-52      Claudia Stoe, et al. v. Wyeth
ND 3 08-53      Carol Miiller, et al. v. Wyeth