

*Inasmuch as no objection is pending at this time, the stay is lifted.*

AUG - 8 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 2 3 2008

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: PREMPRO PRODUCTS LIABILITY
LITIGATION

MDL No. 1507

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 1 4 2008

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-144)

4:03CV01507 WRW

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 254 F.Supp.2d 1366 (J.P.M.L. 2003). Since that time, 5,596 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY

AUG - 8 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: PREMPRO PRODUCTS LIABILITY
LITIGATION                                                    MDL No. 1507

## SCHEDULE CTO-144 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**          **CASE CAPTION**

MINNESOTA
MN  0  08-2698          Patricia Bradberry, et al. v. Wyeth, Inc., et al.
MN  0  08-2751          Nancy Clark, et al. v. Wyeth, Inc., et al.
MN  0  08-2757          Marina C. Brown-Bochicchio v. Wyeth, Inc., et al.
MN  0  08-2777          Virginia Bartlett v. Wyeth, Inc., et al.
MN  0  08-2779          Dixie Byrd, et al. v. Wyeth, Inc., et al.
MN  0  08-2780          Beverly Cusack, et al. v. Wyeth, Inc., et al.
MN  0  08-2783          Shirley Kirby, et al. v. Wyeth, Inc., et al.
MN  0  08-2784          Linda Newmark v. Wyeth, Inc., et al.
MN  0  08-2785          Joyce Ancha, et al. v. Wyeth, Inc., et al.
MN  0  08-2789          Dorothy Pesock v. Wyeth, Inc., et al.
MN  0  08-2792          Ruth Rick, et al. v. Wyeth, Inc., et al.
MN  0  08-2794          Joyce Schroeder v. Wyeth, Inc., et al.
MN  0  08-2795          Katherine Poulin, et al. v. Wyeth, Inc., et al.
MN  0  08-2796          Phyllis McClelland, et al. v. Wyeth, Inc., et al.
MN  0  08-2797          Erma Jean Uglem v. Wyeth, Inc., et al.
MN  0  08-3311          Sharlette Rackers v. Warner Chilcott Ltd., et al.
~~MN  0  08-3489~~          ~~Mildred Edwards, et al. v. Wyeth, et al.~~  Opposed 8/8/08
~~MN  0  08-3490~~          ~~Carole Crestelle v. Wyeth, et al.~~  Opposed 8/8/08
~~MN  0  08-3492~~          ~~Dolly Bullucks v. Wyeth, et al.~~  Opposed 8/8/08
~~MN  0  08-3493~~          ~~Catherine Colantuoni, et al. v. Wyeth, et al.~~  Opposed 8/8/08
~~MN  0  08-3495~~          ~~Sharon Lee Jones v. Wyeth, et al.~~  Opposed 8/8/08
~~MN  0  08-3496~~          ~~Jeanne Hill, et al. v. Wyeth, et al.~~  Opposed 8/8/08
~~MN  0  08-3497~~          ~~Anita Walker v. Wyeth, et al.~~  Opposed 8/8/08
~~MN  0  08-3499~~          ~~Lenette Brown, et al. v. Wyeth, et al.~~  Opposed 8/8/08
~~MN  0  08-3501~~          ~~Jacklyn Isakson, et al. v. Wyeth, et al.~~  Opposed 8/8/08
~~MN  0  08-3503~~          ~~Elodie Dumas, et al. v. Wyeth, et al.~~  Opposed 8/8/08
MN  0  08-3672          Cynthia Pickles, et al. v. Wyeth, Inc., et al.
MN  0  08-3673          Mary Greinert, et al. v. Wyeth, Inc., et al.
MN  0  08-3674          Neva Adamson, et al. v. Wyeth, Inc., et al.
MN  0  08-3675          Dorothy Parslow, et al. v. Wyeth, Inc., et al.
MN  0  08-3676          Frances Becker v. Wyeth, Inc., et al.
MN  0  08-3677          June Saalfeld, et al. v. Wyeth, Inc., et al.
MN  0  08-3678          Cathie Jensen, et al. v. Wyeth, Inc., et al.

**MDL No. 1507 - Schedule CTO-144 Tag-Along Actions (Continued)**

**DIST. DIV. C.A. #**          **CASE CAPTION**

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| MN | 0 | 08-3679 | Naomi Seeley, et al. v. Wyeth, Inc., et al. |
| MN | 0 | 08-3680 | Ann Marie Talarico, et al. v. Wyeth, Inc., et al. |
| MN | 0 | 08-3681 | Nancy Zitzow, et al. v. Wyeth, Inc., et al. |
| MN | 0 | 08-3785 | Norma Boren v. Abbott Laboratories, Inc. |
| MN | 0 | 08-3788 | Carolyn Diane Clark v. Ortho-McNeil Pharmaceutical, Inc. |
| MN | 0 | 08-3793 | Nola Crowe v. Bristol-Myers Squibb Co., et al. |
| MN | 0 | 08-3794 | Sigrid Jackson v. Abbott Laboratories, Inc. |
| MN | 0 | 08-3795 | Donna Johnson v. Abbott Laboratories, Inc. |
| MN | 0 | 08-3796 | Mary Linton v. Abbott Laboratories, Inc. |
| MN | 0 | 08-3798 | Roberta Marder v. Aventis Pharmaceuticals, Inc. |
| MN | 0 | 08-3799 | Patricia McNamara v. Aventis Pharmaceuticals, Inc., et al. |
| MN | 0 | 08-3800 | Ethel Paquin v. Mylan Laboratories, Inc. |
| MN | 0 | 08-3801 | Janelle Posey v. Qualitest Pharmaceuticals, Inc. |
| MN | 0 | 08-3802 | Carole Russell v. Bristol-Myers Squibb Co., et al. |
| MN | 0 | 08-3803 | Brenda Weaver v. Barr Pharmaceuticals, Inc., et al. |
| MN | 0 | 08-3804 | Nettie Zepher v. Bristol-Myers Squibb Co. |
| MN | 0 | 08-3806 | Linda Young v. Berlex Laboratories, LLC, et al. |
| MN | 0 | 08-3811 | Sandra Buch, et al. v. Wyeth, Inc., et al. |
| MN | 0 | 08-3813 | Vivian Stage, et al. v. Wyeth, Inc., et al. |
| MN | 0 | 08-3841 | Linda Nichols v. Watson Laboratories, Inc., et al. |
| ~~MN~~ | ~~0~~ | ~~08-3883~~ | ~~Betty Baker, et al. v. Wyeth, et al.~~  Opposed 8/8/08 |
| ~~MN~~ | ~~0~~ | ~~08-3885~~ | ~~Mildred Jackson, et al. v. Wyeth, et al.~~  Opposed 8/8/08 |
| MN | 0 | 08-3888 | Anna Mae Long v. Wyeth, et al. |
| ~~MN~~ | ~~0~~ | ~~08-3891~~ | ~~Maxine Early, et al. v. Wyeth, et al.~~  Opposed 8/8/08 |
| ~~MN~~ | ~~0~~ | ~~08-3894~~ | ~~Angela Boda, et al. v. Wyeth, et al.~~  Opposed 8/8/08 |
| ~~MN~~ | ~~0~~ | ~~08-3896~~ | ~~Denise Rich v. Wyeth, et al.~~  Opposed 8/8/08 |
| ~~MN~~ | ~~0~~ | ~~08-3898~~ | ~~Sharon Tombari, et al. v. Wyeth, et al.~~  Opposed 8/8/08 |
| ~~MN~~ | ~~0~~ | ~~08-3902~~ | ~~Teresa Thompson, et al. v. Wyeth, et al.~~  Opposed 8/8/08 |
| MN | 0 | 08-3904 | Danyel Romich v. Wyeth, et al. |
| ~~MN~~ | ~~0~~ | ~~08-3921~~ | ~~Geraldine McDuffie v. Wyeth, et al.~~  Opposed 8/8/08 |
| ~~MN~~ | ~~0~~ | ~~08-3925~~ | ~~Ann Marie Kurinko v. Wyeth, et al.~~  Opposed 8/8/08 |
| ~~MN~~ | ~~0~~ | ~~08-3928~~ | ~~Gwendolyn Jenkins, et al. v. Wyeth, et al.~~  Opposed 8/8/08 |
| ~~MN~~ | ~~0~~ | ~~08-3931~~ | ~~Betty Lindsey v. Wyeth, et al.~~  Opposed 8/8/08 |
| ~~MN~~ | ~~0~~ | ~~08-3933~~ | ~~Marjorie Zabinski, et al. v. Wyeth, et al.~~  Opposed 8/8/08 |
| ~~MN~~ | ~~0~~ | ~~08-3935~~ | ~~Kathleen Zurlo v. Wyeth, et al.~~  Opposed 8/8/08 |
| MN | 0 | 08-3937 | Margarita Surenyan v. Wyeth, et al. |
| MN | 0 | 08-3941 | Frances Costa, et al. v. Wyeth, et al. |
| ~~MN~~ | ~~0~~ | ~~08-3948~~ | ~~Maggie Aldinger, et al. v. Wyeth, et al.~~  Opposed 8/8/08 |

## MDL No. 1507 - Schedule CTO-144 Tag-Along Actions (Continued)

**DIST. DIV. C.A. #**          **CASE CAPTION**

MN  0  08-3950          Patti Messerschmidt, et al. v. Wyeth, et al.
~~MN  0  08-3952~~          ~~Rita Blakesley, et al. v. Wyeth, et al.~~   Opposed 8/8/08
MN  0  08-3956          Elizabeth Wilkins v. Novartis Pharmaceuticals Corp., et al.
MN  0  08-3960          Leah Smock, et al. v. Wyeth, Inc., et al.
~~MN  0  08-3973~~          ~~Ruth Ciastko, et al. v. Wyeth, et al.~~   Opposed 8/8/08
~~MN  0  08-3976~~          ~~Carole Bowles, et al. v. Wyeth, et al.~~   Opposed 8/8/08
MN  0  08-4064          Judy Dubich, et al. v. Wyeth, Inc., et al.
MN  0  08-4067          Sondra Bank, et al. v. Wyeth, Inc., et al.
MN  0  08-4070          Lorraine Kaatz v. Wyeth, Inc., et al.
MN  0  08-4073          Vivian Gillings, et al. v. Wyeth, Inc., et al.
MN  0  08-4075          Rose Lenzmeier v. Wyeth, Inc., et al.
MN  0  08-4081          Rose McCaughey, et al. v. Wyeth, Inc., et al.
MN  0  08-4082          Patricia Murren, et al. v. Wyeth, Inc., et al.
MN  0  08-4084          Barbara Russ-Stalls v. Wyeth, Inc., et al.
MN  0  08-4086          Sheila Shanle, et al. v. Wyeth, Inc., et al.
MN  0  08-4088          Patricia Wayerski, et al. v. Wyeth, Inc., et al.
MN  0  08-4089          Carol Ann Wilmot, et al. v. Wyeth, Inc.
MN  0  08-4093          Jeanne Marie Reddy v. Wyeth, Inc., et al.
MN  0  08-4095          Phyllis Vargas, et al. v. Wyeth, Inc., et al.
MN  0  08-4195          Kathleen Briddell-Carter, et al. v. Wyeth, Inc.
MN  0  08-4196          Suzann Eshleman, et al. v. Wyeth, Inc., et al.
MN  0  08-4262          Nancy Love v. Wyeth, Inc., et al.
MN  0  08-4266          Virginia Redman v. Wyeth, Inc., et al.
MN  0  08-4435          Lidia Ferreira, et al. v. Wyeth, et al.
MN  0  08-4436          Diana Ruggles, et al. v. Wyeth, et al.
MN  0  08-4449          Rose Marie Martino, et al. v. Wyeth, et al.
MN  0  08-4450          Rosemary Green, et al. v. Wyeth, et al.
MN  0  08-4575          Versia Geyer, et al. v. Wyeth, et al.

MISSOURI EASTERN
MOE  4  08-926          Nancy Gray, et al. v. Wyeth, et al.
MOE  4  08-936          Maureen Esser v. Wyeth, et al.
MOE  4  08-939          Mary Moeller v. Wyeth, et al.
MOE  4  08-940          Betty Reed, et al. v. Wyeth, et al.
MOE  4  08-941          Christine Rappold, et al. v. Wyeth, et al.
MOE  4  08-942          Goldie Fox v. Wyeth, et al.
MOE  4  08-947          Steve Bowling, etc. v. Wyeth, et al.

Page 4 of 4

## MDL No. 1507 - Schedule CTO-144 Tag-Along Actions (Continued)

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **MISSOURI WESTERN** | |
| MOW  5  08-6064 | Linda Borth v. Wyeth, Inc., et al. |
| **NORTH DAKOTA** | |
| ND  3  08-63 | Nancy Johnson, et al. v. Wyeth Pharmaceuticals, Inc., et al. |
| ND  3  08-64 | Marian Stine v. Wyeth Pharmaceuticals, Inc., et al. |
| ND  3  08-65 | Sharon Mischke v. Wyeth Pharmaceuticals, Inc. |
| ND  3  08-66 | Dila Bierdeman, et al. v. Wyeth Pharmaceuticals, Inc. |
| ND  3  08-67 | Janyce Wulff, et al. v. Wyeth Pharmaceuticals, Inc. |
| ND  3  08-68 | Suzanne Olson, et al. v. Wyeth Pharmaceuticals, Inc., et al. |
| ND  3  08-69 | Lois Schlenk v. Pfizer Inc., et al. |
| ND  3  08-70 | Marcia Sue Roseth, et al. v. Wyeth Pharmaceuticals, Inc., et al. |
| ND  3  08-71 | Dorothy Duchschere v. Wyeth Pharmaceuticals, Inc., et al. |