JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 19 2008

FILED
CLERK'S OFFICE

**UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 25 2008

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

IN RE: PREMPRO PRODUCTS
LIABILITY LITIGATION
    Gladys M. Cotto v. Pfizer Inc., et al.,    )
        D. Minnesota, C.A. No. 0:08-2298    )    MDL No. 1507

**ORDER VACATING CONDITIONAL TRANSFER ORDER**

A conditional transfer order ("CTO-142") was filed in this action (*Cotto*) on July 1, 2008. In the absence of any opposition, the conditional transfer order was finalized with respect to *Cotto* on July 17, 2008. The Panel has now learned, however, that *Cotto* is not related to MDL-1507 and was included on "CTO-142" in error.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-142" filed on July 1, 2008, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY

AUG 19 2008

ATTEST _____
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888
http://www.jpml.uscourts.gov

RECEIVED MAIL ROOM
AUG 25 2008
U.S. DISTRICT COURT
E. DIST. OF ARKANSAS

August 19, 2008

James W. McCormack, Clerk
402 U.S. Courthouse
600 West Capitol Avenue
Little Rock, AR 72201-3325

Re: MDL No. 1507 -- IN RE: Prempro Products Liability Litigation

  Gladys M. Cotto v. Pfizer Inc., et al., D. Minnesota, C.A. No. 0:08-2298

Dear Mr. McCormack:

  I am enclosing a certified copy of an order filed today by the Panel involving the above-captioned matter.

        Very truly,

        Jeffery N. Lüthi
        Clerk of the Panel

        By /s/ Jakeia Mells
          Jakeia Mells
          Deputy Clerk

Enclosure

cc:  Transferee Judge: Judge William R. Wilson, Jr.
   Transferor Judge: Judge James M. Rosenbaum
   Transferor Clerk: Richard Sletten