JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 22 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 26 2008

JAMES W. McCORMACK, CLERK
By: _____
                        DEP CLERK

IN RE: PREMPRO PRODUCTS LIABILITY LITIGATION
Blodwyn A. Doerfler v. Wyeth, et al., )
D. Minnesota, C.A. No. 0:08-2544 )     MDL No. 1507

### ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER
### AND VACATING THE SEPTEMBER 25, 2008, HEARING SESSION

4:03 CV 1507 WRW

A conditional transfer order was filed in this action (*Doerfler*) on July 1, 2008. Prior to expiration of that order's 15-day stay of transmittal, defendants in *Doerfler* filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. Defendants subsequently withdrew their notice of opposition.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-142" filed on July 1, 2008, is LIFTED insofar as it relates to this action. The action is transferred to the Eastern District of Arkansas for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable William R. Wilson, Jr.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on August 15, 2008, are VACATED insofar as they relate to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY

AUG 22 2008

ATTEST _____
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION