JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP - 2 2008

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP - 8 2008

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

PREMPRO PRODUCTS LIABILITY LITIGATION                          MDL No. 1507

(SEE ATTACHED SCHEDULE)

### ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

*4:03 CV 1507 WRW*

A conditional transfer order was filed in the seven actions listed on the attached Schedule on July 23, 2008. Prior to expiration of that order's 15-day stay of transmittal, defendants Wyeth, et al., filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. The Panel has now been advised that defendant wishes to withdraw its opposition to transfer.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-144" filed on July 23, 2008, is LIFTED. These actions are transferred to the Eastern District of Arkansas for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable William R. Wilson, Jr.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY

SEP - 2 2008

ATTEST _____
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**IN RE: PREMPRO PRODUCTS LIABILITY LITIGATION**          MDL No. 1507

SCHEDULE A

<u>District of Minnesota</u>

Anita Walker v. Wyeth, et al., C.A. No. 0:08-3497
Jacklyn Isakson, et al. v. Wyeth, et al., C.A. No. 0:08-3501
Denise Rich v. Wyeth, et al., C.A. No. 0:08-3896
Teresa Thompson, et al. v. Wyeth, et al., C.A. No. 0:08-3902
Geraldine McDuffie v. Wyeth, et al., C.A. No. 0:08-3921
Gwendolyn Jenkins, et al. v. Wyeth, et al., C.A. No. 0:08-3928
Carole Bowles, et al. v. Wyeth, et al., C.A. No. 0:08-3976