JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP - 3 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP - 8 2008

JAMES W. McCORMACK, CLERK
By:_____
                          DEP CLERK

IN RE: PREMPRO PRODUCTS
LIABILITY LITIGATION

Germaine Healy v. Wyeth, et al., )
   D. Minnesota, C.A. No. 0:08-4515 )
Bluie Ford v. Wyeth, et al., )
   D. Minnesota, C.A. No. 0:08-4517 )

MDL No. 1507

### ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

*4:03 CV 1507 WRW*

A conditional transfer order was filed in the above listed actions (*Healy* and *Ford*) on August 5, 2008. In the absence of any opposition, the conditional transfer order should have been finalized with respect to *Healy* and *Ford* on August 21, 2008, and these cases should have been transferred to the Eastern District of Arkansas. Due to an administrative error, however, the transfer of *Healy* and *Ford* was not effected at that time.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-145" filed on August 5, 2008, is LIFTED insofar as it relates to these actions. The actions are transferred to the Eastern District of Arkansas for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable William R. Wilson, Jr.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY

SEP - 3 2008

ATTEST _____
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: PREMPRO PRODUCTS LIABILITY
LITIGATION                                                      MDL No. 1507

## INVOLVED COUNSEL LIST

John P. Borger
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901

F. Lane Heard, III
WILLIAMS & CONNELLY LLP
Edward Bennett Williams Building
725 12th Street, N.W.
Washington, DC 20005-5901

Patrick Lysaught
BAKER STERCHI COWDEN & RICE LLC
2400 Pershing Road, Suite 500
Kansas City, MO 64108-2504

Russell Marlin
GARY EUBANKS & ASSOCIATES
P.O. Box 3887
Little Rock, AR 72203-3887

Ted G. Meadows
BEASLEY ALLEN CROW METHVIN PORTIS & MILES PC
P.O. Box 4160
234 Commerce Street
Montgomery, AL 36103-4160

Lyn Peeples Pruitt
MITCHELL WILLIAMS SELIG GATES & WOODYARD PLLC
425 West Capitol Avenue
Suite 1800
Little Rock, AR 72201-3525

Alan E. Rothman
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022-3598

Gina M. Saelinger
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202