```
Inasmuch as no objection is
pending at this time, the
stay is lifted.

       SEP - 3 2008

     CLERK'S OFFICE
   JUDICIAL PANEL ON
 MULTIDISTRICT LITIGATION
```

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 18 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: PREMPRO PRODUCTS LIABILITY
LITIGATION

MDL No. 1507

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 11 2008

JAMES W. McCORMACK, CLERK
By: Martha Dugat
DEP CLERK

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-146)
4:08CV1507 WRW

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 254 F.Supp.2d 1366 (J.P.M.L. 2003). Since that time, 5,741 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

```
 A CERTIFIED TRUE COPY

      SEP - 3 2008

 ATTEST _____
 FOR THE JUDICIAL PANEL ON
 MULTIDISTRICT LITIGATION
```

IN RE: PREMPRO PRODUCTS LIABILITY
LITIGATION

MDL No. 1507

## SCHEDULE CTO-146 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**     **CASE CAPTION**

FLORIDA MIDDLE
FLM 2 08-601     Shirley Estell v. Wyeth, et al.
FLM 3 08-684     Richard Arias, etc. v. Wyeth, et al.
FLM 3 08-685     William R. O'Steen, etc. v. Wyeth, et al.

MINNESOTA
MN 0 08-2144     Judith Davenport v. Wyeth, Inc., et al.
MN 0 08-2765     Sharon Mitnik Balfanz v. Pharmacia & Upjohn Co., LLC, et al.
MN 0 08-2766     Betty Susan Bernard v. Bristol-Myers Squibb Co., et al.
MN 0 08-2767     Joan Dvorak-Davey v. Pharmacia & Upjohn Co., LLC, et al.
MN 0 08-2768     Debby Fisher v. Pharmacia & Upjohn Co., LLC, et al.
MN 0 08-2769     Barbara Scala v. Pharmacia & Upjohn Co., LLC
MN 0 08-2770     Queen Simonds v. Pharmacia & Upjohn Co., LLC, et al.
MN 0 08-2867     Elizabeth Bishnath v. Pharmacia & Upjohn Co., LLC, et al.
MN 0 08-2872     Terry Burchynsky v. Pharmacia & Upjohn Co., LLC, et al.
MN 0 08-2877     Estella O. Chapa v. Pharmacia & Upjohn Co., LLC, et al.
MN 0 08-2935     Laurie Erickson, et al. v. Pharmacia & Upjohn Co., LLC, et al.
MN 0 08-2936     Gayle Fitzpatrick v. Pharmacia & Upjohn Co., LLC, et al.
MN 0 08-2943     Sharon Guyett v. Pharmacia & Upjohn Co., LLC, et al.
MN 0 08-3132     Doris J. Tucker v. Pharmacia & Upjohn Co., LLC, et al.
MN 0 08-3156     Elyze McDina, et al. v. Pharmacia & Upjohn Co., LLC, et al.
MN 0 08-3180     Portia Roberson v. Pharmacia & Upjohn Co., LLC, et al.
MN 0 08-3193     Dorothy Wiscaver, et al. v. Greenstone Ltd., et al.
MN 0 08-3302     Joan Landry v. Abbott Laboratories
MN 0 08-3361     Mary L. Mattingly v. Pharmacia & Upjohn Co., LLC, et al.
MN 0 08-3527     Esther Kirchner v. Wyeth, Inc., et al.
MN 0 08-3531     Barbara Brown v. Wyeth, Inc., et al.
MN 0 08-4353     Mae Frances Reed v. Pfizer Inc., et al.
MN 0 08-4519     Sarah L. White, et al. v. Pfizer Inc., et al.
MN 0 08-4562     Charlene I. Schneider v. Pharmacia & Upjohn Co., LLC, et al.
MN 0 08-4565     Margie I. Floyd v. Pharmacia & Upjohn Co., LLC, et al.
~~MN 0 08-4826~~     ~~Sandra Kirkland, et al. v. Wyeth, et al.~~ OPPOSED 8/29/08
MN 0 08-4857     Dorothy Clark v. Wyeth, et al.

**MDL No. 1507 - Schedule CTO-146 Tag-Along Actions (Continued)**

| **DIST. DIV. C.A. #** | **CASE CAPTION** |
|---|---|
| MISSOURI EASTERN | |
| MOE 4 08-937 | Bonnie Smith, et al. v. Wyeth, et al. |
| MOE 4 08-938 | Ruth Pentecost, et al. v. Pharmacia & Upjohn Co., LLC, et al. |
| MOE 4 08-943 | Frances Martin, et al. v. Wyeth, et al. |
| MOE 4 08-945 | Allen Haill, etc. v. Wyeth, et al. |
| NORTH DAKOTA | |
| ND 1 08-65 | Gerelyn Barta, et al. v. Wyeth Pharmaceuticals, Inc., et al. |
| TEXAS SOUTHERN | |
| TXS 4 07-3722 | Cristina Lucero v. Pfizer Inc., et al. |