JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP - 8 2008

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

SEP 17 2008

JAMES W. McCORMACK, CLERK
By _Martha Sugato_
DEP CLERK

**IN RE: PREMPRO PRODUCTS
LIABILITY LITIGATION**

MDL No. 1507

(SEE ATTACHED SCHEDULE)

**ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER**

*4:03 CV 1507 WRW*

A conditional transfer order was filed in the actions listed on the attached schedule on August 5, 2008. Prior to expiration of that order's 15-day stay of transmittal, certain defendants filed a notice of opposition to the proposed transfer of these actions. Those defendants have now advised the Panel that they withdraw their opposition to transfer.[1]

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-145" filed on August 5, 2008, is LIFTED insofar as it relates to these actions. The actions are transferred to the Eastern District of Arkansas for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable William R. Wilson, Jr.

A CERTIFIED TRUE COPY

SEP - 8 2008

ATTEST _Martha Mell_
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

[1] These defendants so advised the Panel via a footnote in the motion and brief that they filed on September 5, 2008. For purposes of administrative clarity and efficiency, the Panel asks that, in the future, such notifications be made in the form of a separate document identifying the relevant actions by their full caption, civil action number, and court.

- 2 -

**IN RE: PREMPRO PRODUCTS**
**LIABILITY LITIGATION**

MDL No. 1507

SCHEDULE A

<u>District of Minnesota</u>

Judith Doyle, et al. v. Wyeth, Inc., et al., C.A. No. 0:08-2934
Maria Russell, et al. v. Wyeth Pharmaceuticals, Inc., et al., C.A. No. 0:08-3024
Sue Ladig, et al. v. Wyeth Pharmaceuticals, Inc., et al., C.A. No. 0:08-3025
Millicent F. Sohn, et al. v. Wyeth Pharmaceuticals, Inc., et al., C.A. No. 0:08-3027
Mary Kay Roby, et al. v. Wyeth Pharmaceuticals, Inc., et al., C.A. No. 0:08-3028
Terese Schwartz v. Wyeth, Inc., et al., C.A. No. 0:08-3185
Diana Scuteri, et al. v. Wyeth, et al., C.A. No. 0:08-3186

IN RE: PREMPRO PRODUCTS LIABILITY
LITIGATION                                                MDL No. 1507

## INVOLVED COUNSEL LIST

Daniel C. Adams
LARSON KING LLP
30 East 7th Street, Suite 2800
St Paul, MN 55101-4922

John P. Borger
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901

John J. Cord
JANET JENNER & SUGGS LLC
1829 Reisterstown Road, Suite 320
Baltimore, MD 21208

F. Lane Heard, III
WILLIAMS & CONNELLY LLP
Edward Bennett Williams Building
725 12th Street, N.W.
Washington, DC 20005-5901

Daniel C. Hedlund
HEINS MILLS & OLSON PLC
3550 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

Irwin B. Levin
COHEN & MALAD LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204

Patrick Lysaught
BAKER STERCHI COWDEN & RICE LLC
2400 Pershing Road, Suite 500
Kansas City, MO 64108-2504

Russell Marlin
GARY EUBANKS & ASSOCIATES
P.O. Box 3887
Little Rock, AR 72203-3887

James A. Morris, Jr.
BRENT COON & ASSOCIATES
11614 Bee Caves Road
Suite 200
Austin, TX 78738

Lyn Peeples Pruitt
MITCHELL WILLIAMS SELIG GATES &
WOODYARD PLLC
425 West Capitol Avenue
Suite 1800
Little Rock, AR 72201-3525

Alan E. Rothman
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022-3598

Gina M. Saelinger
ULMER & BERNE LLP
600 Vine Street
Suite 2800
Cincinnati, OH 45202

Melissa M. Weldon
LARSON KING LLP
30 East 7th Street
Suite 2800
St Paul, MN 55101-4922