Inasmuch as no objection is pending at this time, the stay is lifted.

SEP 1 2 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 27 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

MDL N[O]. 1507

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 17 2008

JAMES W. McCORMACK, CLERK
By: /s/ Martha Zugate
DEP CLERK

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-147)

4:03cv1507 WRW

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 254 F.Supp.2d 1366 (J.P.M.L. 2003). Since that time, 5,741 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY

SEP 1 2 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## IN RE: PREMPRO PRODUCTS LIABILITY LITIGATION

MDL No. 1507

### SCHEDULE CTO-147 - TAG-ALONG ACTIONS

| **DIST.** | **DIV.** | **C.A. #** | **CASE CAPTION** |
|---|---|---|---|
| CALIFORNIA CENTRAL | | | |
| CAC | 2 | 08-5001 | Eleanor Skinner v. Wyeth, et al. |
| FLORIDA MIDDLE | | | |
| FLM | 6 | 08-1210 | Barbara J. Kaiser v. Wyeth, Inc., et al. |
| FLM | 6 | 08-1211 | Susan J. Bencsik v. Wyeth, Inc., et al. |
| MINNESOTA | | | |
| MN | 0 | 08-2651 | Jane H. Fischer v. Pfizer Inc., et al. |
| MN | 0 | 08-3423 | Linda Holdread v. Solvay Pharmaceuticals, Inc. |
| MN | 0 | 08-3424 | Mary Anne McCormick, etc. v. Elan Pharmaceuticlas, Inc., et al. |
| MN | 0 | 08-4194 | Sharon Hicks, et al. v. Pfizer Inc., et al. |
| MN | 0 | 08-4213 | Susan Hodgson v. Bristol-Myers Squibb Co., et al. |
| ~~MN~~ | ~~0~~ | ~~08-4447~~ | ~~Delores Doktor v. Wyeth, et al.~~ Opposed 9/11/08 |
| MN | 0 | 08-4490 | Kathleen McDonough v. Watson Pharmaceuticals, Inc., et al. |
| ~~MN~~ | ~~0~~ | ~~08-4844~~ | ~~Rick Jasperson, etc. v. Wyeth, et al.~~ Opposed 9/10/08 |
| MN | 0 | 08-4852 | Geraldine Acosta v. Wyeth, et al. |
| MN | 0 | 08-4909 | Estella Peterson v. Pfizer Inc., et al. |
| MISSOURI EASTERN | | | |
| MOE | 4 | 08-973 | Glenda Sanford v. Wyeth Pharmaceuticals, Inc., et al. |
| NORTH DAKOTA | | | |
| ND | 1 | 08-66 | Judith Dehne, et al. v. Wyeth Pharmaceuticals, Inc., et al. |