A CERTIFIED TRUE COPY
ATTEST

By Jakeia Mells on Sep 18, 2008

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Sep 18, 2008**

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: PREMPRO PRODUCTS LIABILITY LITIGATION     MDL No. 1507

(SEE ATTACHED SCHEDULE)

**ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER**

     A conditional transfer order was filed in the seven actions listed on the attached Schedule on July 23, 2008.  Prior to expiration of that order's 15-day stay of transmittal, defendants Wyeth, et al., filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order.  The Panel has now been advised that defendant wishes to withdraw its opposition to transfer.

     IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-144" filed on July 23, 2008, is LIFTED.  These actions are transferred to the Eastern District of Arkansas for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable William R. Wilson, Jr.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

- 2 -

**IN RE: PREMPRO PRODUCTS LIABILITY LITIGATION**          MDL No. 1507

SCHEDULE A

<u>District of Minnesota</u>

Carole Crestelle v. Wyeth, et al., C.A. No. 0:08-3490
Dolly Bullucks v. Wyeth, et al., C.A. No. 0:08-3492
Sharon Lee Jones v. Wyeth, et al., C.A. No. 0:08-3495
Jeanne Hill, et al. v. Wyeth, et al., C.A. No. 0:08-3496
Ann Marie Kurinko v. Wyeth, et al., C.A. No. 0:08-3925
Betty Lindsey v. Wyeth, et al., C.A. No. 0:08-3931
Kathleen Zurlo v. Wyeth, et al., C.A. No. 0:08-3935
Rita Blakesley, et al. v. Wyeth, et al., C.A. No. 0:08-3952