**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

|  |  |  |
|---|---|---|
|  | **:** | **MDL DOCKET NO. 4:03CV1507-WRW** |
| **IN RE:** | **:** |  |
| **PREMPRO PRODUCTS LIABILITY** | **:** |  |
| **LITIGATION** | **:** | **ALL CASES** |

### ORDER

Based on communications from the parties, there is only one issue on the agenda for next week. In light of that, the Status Conference is cancelled.

However, I will hear argument via telephone conference regarding that one issue -- which I'm told is the parties' proposals regarding how to proceed with this case. Because including all those who normally attend the Status Conference on telephone conference is not feasible, I expect that the parties will designate a few lawyers from each side to take the reigns -- all other interested parties will be able to review the transcript, once it is available.

Please designate the persons to be on the telephone conference by 5:00 p.m. on Tuesday, September 30, 2008.

IT IS SO ORDERED this 26th day of September 2008.

                                                        /s/ Wm. R. Wilson, Jr.
                                         UNITED STATES DISTRICT COURT