A CERTIFIED TRUE COPY
ATTEST
By April Layne on Oct 02, 2008
FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Oct 02, 2008

FILED
CLERK'S OFFICE

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

IN RE: PREMPRO PRODUCTS
LIABILITY LITIGATION                                              MDL No. 1507

(SEE ATTACHED SCHEDULE)

**ORDER VACATING CONDITIONAL TRANSFER ORDER**

A conditional transfer order ("CTO-145") was filed in the actions listed on the attached schedule on August 5, 2008. No opposition to the transfer of these actions was received by the Panel during the 15-day stay of transmittal for CTO-145. In the absence of any opposition, the conditional transfer order was finalized with respect to these actions on August 21, 2008.

The Panel has now been advised that, due to a clerical error, these actions were listed on CTO-145 with the correct docket numbers but with incorrect party-name captions. Given the error and the passage of time since CTO-145 was finalized, the most prudent course is to vacate CTO-145 with respect to these actions and to include them, with their correct party-name captions, on an upcoming conditional transfer order in MDL-1507.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as CTO-145 filed on August 5, 2008, is VACATED insofar as it relates to these actions.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: PREMPRO PRODUCTS**
**LIABILITY LITIGATION**                                         MDL No. 1507

SCHEDULE A

<u>District of Minnesota</u>

Imelda Cerrato v. Wyeth, et al., C.A. No. 0:08-2871
    (Incorrectly listed as *Josephine I. Carson v. Wyeth, et al.*)
Barbara Garza Burns v. Wyeth, Inc., et al.,  C.A. No. 0:08-3865
    (Incorrectly listed as *Norma Gallo v. Wyeth, Inc., et al.*)
Rose Anna Murray, et al. v. Wyeth, Inc., et al., C.A. No. 0:08-3957
    (Incorrectly listed as *Lorraine Teague v. Wyeth, Inc., et al.*)