**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

|  |  |  |
|---|---|---|
|  | : | MDL DOCKET NO. 4:03-CV-1507-WRW |
| IN RE: | : |  |
| PREMPRO PRODUCTS LIABILITY | : |  |
| LITIGATION | : | ALL CASES |

**ORDER**

Based on the discussions at October 3, 2008 telephone conference, I believe additional cases should be selected for PPO-9 discovery.

Accordingly, I have randomly[1] picked thirty Arkansas cases and one hundred non-Arkansas cases to proceed with case-specific discovery depositions. The parties may take the depositions of the plaintiff(s), spouse(s), treating physician(s), and sales representative(s).

When scheduling the depositions, the parties should be careful not to load one firm's wagon with more poles than a mule can pull, i.e., I expect all parties to be reasonable in this regard.

Below are additional Arkansas cases and non-Arkansas cases for which case-specific discovery depositions may commence:

**ARKANSAS CASES**

| | |
|---|---|
| 3:05-cv-00151-WRW | Pilgrim, et al v. Wyeth, et al (E.D. Ark.) |
| 4:04-cv-01164-WRW | Hasley, et al v. Wyeth Inc, et al (E.D. Ark.) |
| 4:04-cv-02258-WRW | Oostenink, et al v. Wyeth Inc, et al (W.D. Ark.) |
| 4:04-cv-02259-WRW | Frailey, et al v. Wyeth Inc, et al USDC (W.D. Ark.) |
| 4:05-cv-00542-WRW | Davis v. Wyeth (E.D. Ark.) |
| 4:05-cv-00719-WRW | Davis, et al v. Wyeth Inc, et al (E.D. Ark.) |
| 4:05-cv-00733-WRW | Tripp, v. Pharmacia & UpJohn, et al (E.D. Ark.) |
| 4:05-cv-00748-WRW | Price, et al v. Wyeth Inc, et al (E.D. Ark.) |
| 4:05-cv-00797-WRW | Jennen v. Wyeth, et al (W.D. Ark.) |

---

[1]Although I say "randomly," I did consider the age of the cases when they were selected -- the older cases were given slightly more weight.

| | |
|---|---|
| 4:05-cv-00799-WRW | Boon v. Wyeth, et al (W.D. Ark.) |
| 4:05-cv-00801-WRW | Jordan v. Wyeth, et al (W.D. Ark.) |
| 4:05-cv-00802-WRW | Knollenberg v. Wyeth, et al (W.D. Ark.) |
| 4:05-cv-00960-WRW | Trenthem v. Wyeth et al (E.D. Ark.) |
| 4:05-cv-01033-WRW | Hicks et al v. Wyeth et al (E.D. Ark.) |
| 4:05-cv-01038-WRW | Echols et al v. Wyeth et al (E.D. Ark.) |
| 4:05-cv-01040-WRW | Hargrave et al v. Wyeth et al (E.D. Ark.) |
| 4:05-cv-01041-WRW | Groves et al v. Wyeth et al (E.D. Ark.) |
| 4:05-cv-01065-WRW | Spieler et al v. Wyeth et al (E.D. Ark.) |
| 4:05-cv-01066-WRW | Vess et al v. Wyeth et al (E.D. Ark.) |
| 4:05-cv-01379-WRW | Riggs et al v. Wyeth et al (W.D. Ark.) |
| 4:05-cv-01485-WRW | Rankin v. Wyeth et al (W.D. Ark.) |
| 4:05-cv-01709-WRW | Britt v. Wyeth et al (W.D. Ark.) |
| 4:05-cv-01857-WRW | Davis v. Wyeth et al (W.D. Ark.) |
| 4:05-cv-01941-WRW | Davidson v. Wyeth et al- (W.D. Ark.) |
| 4:06-cv-00192-WRW | Woffard v. Wyeth et al (W.D. Ark.) |
| 4:06-cv-00299-WRW | Welch v. Wyeth et al (E.D. Ark.) |
| 4:06-cv-01383-WRW | Lewis v. Wyeth et al (E.D. Ark.) |
| 4:06-cv-01640-WRW | Carey v. Wyeth et al (W.D. Ark.) |
| 4:07-cv-00109-WRW | Fisher v. Wyeth et al (W.D. Ark.) |
| 4:07-cv-00110-WRW | Gant v. Wyeth et al (W.D. Ark.) |

**NON-ARKANSAS CASES**

| | |
|---|---|
| 4:04-cv-00736-WRW | Hettleman, et al v. Wyeth Inc, et al |
| 4:04-cv-00737-WRW | Harding, et al v. Wyeth Inc, et al |
| 4:04-cv-00738-WRW | Ayers, et al v. Wyeth Inc, et al |
| 4:04-cv-00815-WRW | Steadman, et al v. Wyeth Inc, et al |
| 4:04-cv-00825-WRW | Daff, et al v. Wyeth Inc, et al |
| 4:04-cv-00827-WRW | Wakeen, et al v. Wyeth Inc, et al |
| 4:04-cv-00828-WRW | Demetriades, et al v. Wyeth Inc, et al |
| 4:04-cv-00829-WRW | Spinelli, et al v. Wyeth Inc, et al |
| 4:04-cv-00834-WRW | Harrison v. Pharmacia & Upjohn, et al |
| 4:04-cv-00835-WRW | Hansen, et al v. Wyeth, et al |
| 4:04-cv-00854-WRW | Taylor v. Wyeth Inc, et al |
| 4:04-cv-00855-WRW | Mead, et al v. Wyeth Inc, et al |
| 4:04-cv-00856-WRW | Burton v. Wyeth Inc, et al |
| 4:04-cv-00908-WRW | Boyett, et al v. Wyeth Pharm, et al |
| 4:04-cv-00909-WRW | Neal, et al v. Wyeth Pharm, et al |

| | |
|---|---|
| 4:04-cv-00915-WRW | Chandler, et al v. Greenstone Ltd, et al |
| 4:04-cv-00916-WRW | Levine, et al v. Wyeth Inc, et al |
| 4:04-cv-00919-WRW | Galati, et al v. Pharmacia & Upjohn, et al |
| 4:04-cv-00920-WRW | Byrne, et al v. Pharmacia & Upjohn, et al |
| 4:04-cv-00921-WRW | Galantini v. Wyeth, et al |
| 4:04-cv-00922-WRW | Keith, et al v. Wyeth, et al |
| 4:04-cv-00924-WRW | Klumpe, et al v. Wyeth Inc, et al |
| 4:04-cv-00926-WRW | Shutt, et al v. Wyeth Inc, et al |
| 4:04-cv-00927-WRW | Hendrix, et al v. Wyeth Inc, et al |
| 4:04-cv-00936-WRW | Kammerer, et al v. Wyeth, et al |
| 4:04-cv-00957-WRW | Lapour v. Wyeth Pharmaceutical, et al |
| 4:04-cv-00982-WRW | Caldwell, et al v. Wyeth Pharm, et al |
| 4:04-cv-00999-WRW | Locke, et al v. Wyeth, et al |
| 4:04-cv-01000-WRW | James v. Wyeth, et al |
| 4:04-cv-01003-WRW | Parks, et al v. Wyeth Inc, et al |
| 4:04-cv-01006-WRW | Wisneski, et al v. Wyeth Inc, et al |
| 4:04-cv-01008-WRW | Weatherford v. Wyeth, et al |
| 4:04-cv-01015-WRW | Allen, et al v. Wyeth, et al |
| 4:04-cv-01023-WRW | Peters v. Wyeth Pharmaceutical, et al |
| 4:04-cv-01032-WRW | Hall, et al v. Wyeth Inc, et al |
| 4:04-cv-01034-WRW | Bradley v. Wyeth Pharm, et al |
| 4:04-cv-01035-WRW | Aragon, et al v. Wyeth Inc, et al |
| 4:04-cv-01042-WRW | Simmons v. Wyeth Inc, et al |
| 4:04-cv-01049-WRW | Michalski v. Wyeth, et al |
| 4:04-cv-01050-WRW | Dikselis, et al v. Wyeth, et al |
| 4:04-cv-01055-WRW | Baird v. Wyeth Pharmaceutical, et al |
| 4:04-cv-01057-WRW | Schwoegler, et al v. Wyeth Pharm, et al |
| 4:04-cv-01058-WRW | Amalong v. Wyeth Pharm, et al |
| 4:04-cv-01080-WRW | Long v. Wyeth, et al |
| 4:04-cv-01081-WRW | Gatrell v. Wyeth, et al |
| 4:04-cv-01082-WRW | Miller, et al v. Wyeth |
| 4:04-cv-01083-WRW | Lefkowitz, et al v. Wyeth, et al |
| 4:04-cv-01084-WRW | Mallett, et al v. Wyeth, et al |
| 4:04-cv-01108-WRW | Mackin v. Wyeth Inc, et al |
| 4:04-cv-01109-WRW | Aranda v. Wyeth Inc, et al |
| 4:04-cv-01110-WRW | Foster, et al v. Wyeth, et al |
| 4:04-cv-01111-WRW | Helms, et al v. Wyeth, et al |
| 4:04-cv-01112-WRW | Webb, et al v. Wyeth, et al |
| 4:04-cv-01115-WRW | Simmons v. Wyeth Inc, et al |
| 4:04-cv-01149-WRW | Armitage, et al v. Wyeth, et al |

| | |
|---|---|
| 4:04-cv-01152-WRW | Schuler, et al v. Wyeth Pharm, et al |
| 4:04-cv-01156-WRW | Sliger v. Wyeth Pharmaceutical, et al |
| 4:04-cv-01196-WRW | Bongiorno, et al v. Wyeth, et al |
| 4:04-cv-01203-WRW | Mann, et al v. Wyeth Inc, et al |
| 4:04-cv-01206-WRW | Stephenson, et al v. Wyeth, et al |
| 4:04-cv-01220-WRW | Kamman, et al v. Wyeth, et al |
| 4:04-cv-01236-WRW | Tropea, et al v. Wyeth Inc, et al |
| 4:04-cv-01245-WRW | Boyer, et al v. Wyeth Inc, et al |
| 4:04-cv-01259-WRW | Royce v. Wyeth, et al |
| 4:04-cv-01260-WRW | McCumbers, et al v. Wyeth, et al |
| 4:04-cv-01261-WRW | Keffer v. Wyeth, et al |
| 4:04-cv-01271-WRW | Pelc v. Wyeth, et al |
| 4:04-cv-01272-WRW | Bland v. Wyeth, et al |
| 4:04-cv-01284-WRW | Namin v. Wyeth Pharm, et al |
| 4:04-cv-01312-WRW | Kowal v. Wyeth Inc, et al |
| 4:04-cv-01314-WRW | Kelley, et al v. Wyeth Inc, et al |
| 4:04-cv-01317-WRW | Smith v. Wyeth Pharmaceutical, et al |
| 4:04-cv-01318-WRW | Eckholm, et al v. Wyeth Inc, et al |
| 4:04-cv-01323-WRW | Conwell, et al v. Wyeth, et al |
| 4:04-cv-01326-WRW | Wilson v. Wyeth Inc, et al |
| 4:04-cv-01371-WRW | Ross, et al v. Wyeth, et al |
| 4:04-cv-01380-WRW | Kingsley v. Wyeth, et al |
| 4:04-cv-01381-WRW | Torkie-Tork v. Wyeth |
| 4:04-cv-01382-WRW | Cardwell v. Wyeth |
| 4:04-cv-01443-WRW | Fraser, et al v. Wyeth Inc, et al |
| 4:04-cv-01446-WRW | Duke, et al v. Wyeth Inc, et al |
| 4:04-cv-01448-WRW | Barlow, et al v. Wyeth, et al |
| 4:04-cv-01466-WRW | McKinney v. Wyeth-Ayerst Labs Co |
| 4:04-cv-01487-WRW | Palumbo v. Wyeth Inc, et al |
| 4:04-cv-01538-WRW | Dismuke v. Wyeth et. |
| 4:04-cv-01539-WRW | Rowan v. Wyeth |
| 4:04-cv-01541-WRW | Kelly v. Wyeth Inc, et al |
| 4:04-cv-01542-WRW | Richardson, et al v. Wyeth Inc, et al |
| 4:04-cv-01543-WRW | Eddings, et al v. Wyeth Inc, et al |
| 4:04-cv-01973-WRW | Aderhold v. Wyeth, et al |
| 4:04-cv-01974-WRW | Alford v. Wyeth Pharmaceutical, et al |
| 4:04-cv-01975-WRW | Anderson v. Wyeth Pharmaceutical, et al |
| 4:04-cv-01976-WRW | Anderson v. Wyeth Pharmaceutical, et al |
| 4:04-cv-01977-WRW | Anderson v. Wyeth Pharmaceutical, et al |
| 4:04-cv-02260-WRW | Sharma, et al v. Wyeth Inc, et al |
| 4:04-cv-02266-WRW | Poteat v. Wyeth Inc, et al |

| | |
|---|---|
| 4:04-cv-02284-WRW | Briggs v. Wyeth Inc, et al |
| 4:04-cv-02298-WRW | Bauman, et al v. Wyeth Inc, et al |
| 4:04-cv-02311-WRW | Golden, et al v. Wyeth Inc, et al |
| 4:04-cv-02313-WRW | Moss, et al v. Wyeth Inc, et al |

IT IS SO ORDERED this 4th day of November, 2008.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE