## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | | |
|---|---|---|
| | : | MDL DOCKET NO. 4:03-CV-1507-WRW |
| IN RE: | : | |
| PREMPRO PRODUCTS LIABILITY | : | |
| LITIGATION | : | ALL CASES |

## SUPERCEDING ORDER

Based on Wyeth's November 19, 2008 Letter,[1] the November 4, 2008 PPO-9 Order[2] is superceded as follows.

**1.    Already Part of PPO-9**

These cases were part of the original batch of PPO-9 cases, and should not have been included in the November 4, 2008 Order (but, based on the previous 2007 PPO-9 Order, discovery in these cases should be well underway):

| | |
|---|---|
| 4:04-cv-01164-WRW | Hasley, et al v. Wyeth Inc, et al (E.D. Ark.) |
| 4:05-cv-00799-WRW | Boon v. Wyeth, et al (W.D. Ark.) |
| 4:05-cv-00802-WRW | Knollenberg v. Wyeth, et al (W.D. Ark.) |
| 4:05-cv-00960-WRW | Trenthem v. Wyeth et al (E.D. Ark.) |
| 4:05-cv-01941-WRW | Davidson v. Wyeth et al (W.D. Ark.) |

**2.    Involved Manufacturers Other Than Wyeth[3]**

The following cases involved manufacturer defendants other than Wyeth or Pfizer and are no longer subject to PPO-9 discovery:

| | |
|---|---|
| 4:04-cv-02259-WRW | Frailey, et al v. Wyeth Inc, et al (W.D. Ark.) |
| 4:04-cv-01323-WRW | Conwell, et al v. Wyeth, et al |

---

[1]Doc. No. 1907.

[2]Doc. No. 1888.

[3]The fact that sales representatives or doctors are named as defendants should not disqualify the case from PPO-9.

### 3. Injuries Other than Breast Cancer

As Wyeth pointed out, the following cases involve non-breast cancer injuries and, therefore, do not qualify for discovery under PPO-9. I agree. Accordingly, these cases (or plaintiffs) are no longer subject to PPO-9 discovery:

| | |
|---|---|
| 4:04-cv-00982-WRW | Leribeus (Caldwell, et al.) v. Wyeth Pharm, et al[4] |
| 4:05-cv-00542-WRW | Davis v. Wyeth (E.D. Ark.) |
| 4:05-cv-00748-WRW | Price, et al v. Wyeth Inc, et al (E.D. Ark.) |
| 4:05-cv-01038-WRW | Echols et al v. Wyeth et al (E.D. Ark.) |
| 4:05-cv-01065-WRW | Spieler et al v. Wyeth et al (E.D. Ark.) |
| 4:05-cv-01857-WRW | Davis v. Wyeth et al (W.D. Ark.) |
| 4:06-cv-01640-WRW | Carey v. Wyeth et al (W.D. Ark.) |
| 4:04-cv-00854-WRW | Taylor v. Wyeth Inc, et al |
| 4:04-cv-00924-WRW | Klumpe, et al v. Wyeth Inc, et al |
| 4:04-cv-00926-WRW | Shutt, et al v. Wyeth Inc, et al |
| 4:04-cv-00999-WRW | Locke v. Wyeth |
| 4:04-cv-01032-WRW | Aleman (Hall, et al) v. Wyeth Inc, et al[5] |
| 4:04-cv-01032-WRW | Brown (Hall, et al) v. Wyeth Inc, et al[6] |
| 4:04-cv-01032-WRW | Hall (Hall, et al) v. Wyeth Inc, et al[7] |
| 4:04-cv-01032-WRW | Williamson (Hall, et al) v. Wyeth Inc, et al[8] |

---

[4]This case involves several plaintiffs, but only Ms. Leribeus is ineligible for PPO-9 discovery -- only her case involves an injury other than breast cancer. As to other plaintiffs in the case, Wyeth points out that defendants other than Wyeth and Pfizer are involved. While that is true, the fact that sales representatives or doctors are named as defendants should not disqualify the case from PPO-9. The remaining plaintiffs qualify for PPO-9 discovery.

[5]This case involves multiple plaintiffs, but only those plaintiffs with injuries other than breast cancer are ineligible for PPO-9 discovery.

[6]*Id.*

[7]*Id.*

[8]*Id.*

| | |
|---|---|
| 4:04-cv-01034-WRW | Bradley v. Wyeth Pharm, et al |
| 4:04-cv-01035-WRW | Aragon (Aragon, et al) v. Wyeth Inc, et al[9] |
| 4:04-cv-01035-WRW | Ernst (Aragon, et al) v. Wyeth Inc, et al[10] |
| 4:04-cv-01035-WRW | King (Aragon, et al) v. Wyeth Inc, et al[11] |
| 4:04-cv-01035-WRW | Pareti (Aragon, et al) v. Wyeth Inc, et al[12] |
| 4:04-cv-01035-WRW | Rich (Aragon, et al) v. Wyeth Inc, et al[13] |
| 4:04-cv-01035-WRW | Rokusek (Aragon, et al) v. Wyeth Inc, et al[14] |
| 4:04-cv-01035-WRW | Verrier (Aragon, et al) v. Wyeth Inc, et al[15] |
| 4:04-cv-01035-WRW | Wood (Aragon, et al) v. Wyeth Inc, et al[16] |
| 4:04-cv-01050-WRW | Dikselis, et al v. Wyeth, et al |
| 4:04-cv-01109-WRW | Aranda v. Wyeth Inc, et al |
| 4:04-cv-01111-WRW | Helms, et al v. Wyeth, et al |
| 4:04-cv-01112-WRW | Webb, et al v. Wyeth, et al |
| 4:04-cv-01115-WRW | Simmons v. Wyeth Inc, et al |
| 4:04-cv-01203-WRW | Mann, et al v. Wyeth Inc, et al |
| 4:04-cv-01260-WRW | McCumbers, et al v. Wyeth, et al |
| 4:04-cv-01314-WRW | Gardner (Kelley, et al) v. Wyeth Inc, et al[17] |
| 4:04-cv-01314-WRW | Kelley (Kelley, et al) v. Wyeth Inc, et al[18] |
| 4:04-cv-01326-WRW | Wilson v. Wyeth Inc, et al |
| 4:04-cv-01371-WRW | Ross, et al v. Wyeth, et al |

---

[9]*Id.*

[10]*Id.*

[11]This case involves multiple plaintiffs, but only those plaintiffs with injuries other than breast cancer are ineligible for PPO-9 discovery.

[12]*Id.*

[13]*Id.*

[14]*Id.*

[15]*Id.*

[16]*Id.*

[17]This case involves multiple plaintiffs, but only those plaintiffs with injuries other than breast cancer are ineligible for PPO-9 discovery.

[18]*Id.*

...

| | |
|---|---|
| 4:04-cv-01380-WRW | Kingsley v. Wyeth, et al |
| 4:04-cv-01446-WRW | Duke, et al v. Wyeth Inc, et al |
| 4:04-cv-01448-WRW | Barlow (Barlow, et al) v. Wyeth, et al[19] |
| 4:04-cv-01448-WRW | Bell (Barlow, et al) v. Wyeth, et al[20] |
| 4:04-cv-01448-WRW | Ellis (Barlow, et al) v. Wyeth, et al[21] |
| 4:04-cv-01448-WRW | Feldman (Barlow, et al) v. Wyeth, et al[22] |
| 4:04-cv-01448-WRW | Friend (Barlow, et al) v. Wyeth, et al[23] |
| 4:04-cv-01448-WRW | Ginobbi (Barlow, et al) v. Wyeth, et al[24] |
| 4:04-cv-01448-WRW | Goldstein (Barlow, et al) v. Wyeth, et al[25] |
| 4:04-cv-01448-WRW | Kulesa (Barlow, et al) v. Wyeth, et al[26] |
| 4:04-cv-01448-WRW | Ladd (Barlow, et al) v. Wyeth, et al[27] |
| 4:04-cv-01448-WRW | Mead-Nesley (Barlow, et al) v. Wyeth, et al[28] |
| 4:04-cv-01448-WRW | Palmisano (Barlow, et al) v. Wyeth, et al[29] |
| 4:04-cv-01448-WRW | Tagliaferri (Barlow, et al) v. Wyeth, et al[30] |
| 4:04-cv-01974-WRW | Alford v. Wyeth Pharmaceutical, et al |

---

[19]*Id.*

[20]*Id.*

[21]*Id.*

[22]*Id.*

[23]This case involves multiple plaintiffs, but only those plaintiffs with injuries other than breast cancer are ineligible for PPO-9 discovery.

[24]*Id.*

[25]*Id.*

[26]*Id.*

[27]*Id.*

[28]*Id.*

[29]This case involves multiple plaintiffs, but only those plaintiffs with injuries other than breast cancer are ineligible for PPO-9 discovery.

[30]*Id.*

### 4. Cases Designated for PPO-9 Discovery

The following cases are designated to proceed with case-specific discovery depositions. The parties may take the depositions of the plaintiff(s), spouse(s), treating physician(s), and sales representative(s).

When scheduling the depositions, the parties should be careful not to load one firm's wagon with more poles than a mule can pull, *i.e.*, I expect all parties to be reasonable in this regard.

Below are additional Arkansas cases and non-Arkansas cases for which case-specific discovery depositions may commence:

#### A. Arkansas Cases

| | |
|---|---|
| 3:05-cv-00151-WRW | Pilgrim, et al v. Wyeth, et al (E.D. Ark.) |
| 4:04-cv-02258-WRW | Oostenink, et al v. Wyeth Inc, et al (W.D. Ark.) |
| 4:05-cv-00719-WRW | Davis, et al v. Wyeth Inc, et al (E.D. Ark.) |
| 4:05-cv-00733-WRW | Tripp, v. Pharmacia & UpJohn, et al (E.D. Ark.)[31] |
| 4:05-cv-00797-WRW | Jennen v. Wyeth, et al (W.D. Ark.) |
| | |
| 4:05-cv-00801-WRW | Jordan v. Wyeth, et al (W.D. Ark.) |
| 4:05-cv-01033-WRW | Hicks et al v. Wyeth et al (E.D. Ark.)[32] |
| 4:05-cv-01040-WRW | Hargrave et al v. Wyeth et al (E.D. Ark.) |
| 4:05-cv-01041-WRW | Groves et al v. Wyeth et al (E.D. Ark.) |
| 4:05-cv-01066-WRW | Vess et al v. Wyeth et al (E.D. Ark.) |
| | |
| 4:05-cv-01379-WRW | Riggs et al v. Wyeth et al (W.D. Ark.) |
| 4:05-cv-01485-WRW | Rankin v. Wyeth et al (W.D. Ark.) |
| 4:05-cv-01709-WRW | Britt v. Wyeth et al (W.D. Ark.) |
| 4:06-cv-00192-WRW | Woffard v. Wyeth et al (W.D. Ark.) |
| 4:06-cv-00299-WRW | Welch v. Wyeth et al (E.D. Ark.) |

---

[31] Although Wyeth is not a defendant, Pfizer is, and the case qualifies for PPO-9 discovery.

[32] Although Wyeth was dismissed from this case by a PPO-8 Order, Pfizer remains a defendant, and the case qualifies for PPO-9 discovery.

      4:06-cv-01383-WRW        Lewis v. Wyeth et al (E.D. Ark.)
      4:07-cv-00109-WRW        Fisher v. Wyeth et al (W.D. Ark.)
      4:07-cv-00110-WRW        Gant v. Wyeth et al (W.D. Ark.)
      4:04-cv-00999-WRW        Locke, et al v. Wyeth, et al

      **B.    Non-Arkansas Cases**

      4:04-cv-00736-WRW        Hettleman, et al v. Wyeth Inc, et al
      4:04-cv-00737-WRW        Harding, et al v. Wyeth Inc, et al
      4:04-cv-00738-WRW        Ayers, et al v. Wyeth Inc, et al
      4:04-cv-00815-WRW        Steadman, et al v. Wyeth Inc, et al
      4:04-cv-00825-WRW        Daff, et al v. Wyeth Inc, et al

      4:04-cv-00827-WRW        Wakeen, et al v. Wyeth Inc, et al
      4:04-cv-00828-WRW        Demetriades, et al v. Wyeth Inc, et al
      4:04-cv-00829-WRW        Spinelli, et al v. Wyeth Inc, et al
      4:04-cv-00834-WRW        Harrison v. Pharmacia & Upjohn, et al
      4:04-cv-00835-WRW        Hansen, et al v. Wyeth, et al

      4:04-cv-00855-WRW        Mead, et al v. Wyeth Inc, et al
      4:04-cv-00856-WRW        Burton v. Wyeth Inc, et al
      4:04-cv-00908-WRW        Boyett, et al v. Wyeth Pharm, et al[33]
      4:04-cv-00909-WRW        Neal, et al v. Wyeth Pharm, et al[34]
      4:04-cv-00915-WRW        Chandler, et al v. Greenstone Ltd, et al

      4:04-cv-00916-WRW        Levine, et al v. Wyeth Inc, et al
      4:04-cv-00919-WRW        Galati, et al v. Pharmacia & Upjohn, et al
      4:04-cv-00920-WRW        Byrne, et al v. Pharmacia & Upjohn, et al
      4:04-cv-00921-WRW        Galantini v. Wyeth, et al
      4:04-cv-00922-WRW        Keith, et al v. Wyeth, et al

      4:04-cv-00927-WRW        Hendrix, et al v. Wyeth Inc, et al
      4:04-cv-00936-WRW        Kammerer, et al v. Wyeth, et al
      4:04-cv-00957-WRW        Lapour v. Wyeth Pharmaceutical, et al
      4:04-cv-00982-WRW        Caldwell v. Wyeth, et. al.[35]
      4:04-cv-01000-WRW        James v. Wyeth, et al

---

[33] Wyeth points out that defendants other than Wyeth and Pfizer are involved.  While that is true, the fact that sales representatives or doctors are named as defendants should not disqualify the case from PPO-9.  PPO-9 discovery should commence in this case.

[34] *Id.*

[35] Wyeth points out that defendants other than Wyeth and Pfizer are involved.  While that is true, the fact that sales representatives or doctors are named as defendants should not disqualify the case from PPO-9.  PPO-9 discovery should commence in this case.  This case involves multiple plaintiffs, but only those plaintiffs with injuries other than breast cancer are ineligible for PPO-9 discovery.

| | |
|---|---|
| 4:04-cv-01003-WRW | Parks, et al v. Wyeth Inc, et al |
| 4:04-cv-01006-WRW | Wisneski, et al v. Wyeth Inc, et al |
| 4:04-cv-01008-WRW | Weatherford v. Wyeth, et al |
| 4:04-cv-01015-WRW | Allen, et al v. Wyeth, et al |
| 4:04-cv-01023-WRW | Peters v. Wyeth Pharmaceutical, et al |
| 4:04-cv-01032-WRW | Hall, et al v. Wyeth Inc, et al[36] |
| 4:04-cv-01035-WRW | Aragon, et al v. Wyeth Inc, et al |
| 4:04-cv-01042-WRW | Simmons v. Wyeth Inc, et al |
| 4:04-cv-01049-WRW | Michalski v. Wyeth, et al |
| 4:04-cv-01055-WRW | Baird v. Wyeth Pharmaceutical, et al |
| 4:04-cv-01057-WRW | Schwoegler, et al v. Wyeth Pharm, et al |
| 4:04-cv-01058-WRW | Amalong v. Wyeth Pharm, et al |
| 4:04-cv-01080-WRW | Long v. Wyeth, et al |
| 4:04-cv-01081-WRW | Gatrell v. Wyeth, et al |
| 4:04-cv-01082-WRW | Miller, et al v. Wyeth |
| 4:04-cv-01083-WRW | Lefkowitz, et al v. Wyeth, et al |
| 4:04-cv-01084-WRW | Mallett, et al v. Wyeth, et al |
| 4:04-cv-01108-WRW | Mackin v. Wyeth Inc, et al[37] |
| 4:04-cv-01110-WRW | Foster, et al v. Wyeth, et al |
| 4:04-cv-01149-WRW | Armitage, et al v. Wyeth, et al |
| 4:04-cv-01152-WRW | Schuler, et al v. Wyeth Pharm, et al |
| 4:04-cv-01156-WRW | Sliger v. Wyeth Pharmaceutical, et al |
| 4:04-cv-01196-WRW | Bongiorno, et al v. Wyeth, et al |
| 4:04-cv-01206-WRW | Stephenson, et al v. Wyeth, et al |
| 4:04-cv-01220-WRW | Kamman, et al v. Wyeth, et al |
| 4:04-cv-01236-WRW | Tropea, et al v. Wyeth Inc, et al |
| 4:04-cv-01245-WRW | Boyer, et al v. Wyeth Inc, et al |
| 4:04-cv-01259-WRW | Royce v. Wyeth, et al |
| 4:04-cv-01261-WRW | Keffer v. Wyeth, et al |
| 4:04-cv-01271-WRW | Pelc v. Wyeth, et al |

---

[36] This case involves multiple plaintiffs, but only those plaintiffs with injuries other than breast cancer are ineligible for PPO-9 discovery.

[37] Although Wyeth was dismissed from this case by a PPO-8 Order, Pfizer remains a defendant, and the case qualifies for PPO-9 discovery.

| | |
|---|---|
| 4:04-cv-01272-WRW | Bland v. Wyeth, et al |
| 4:04-cv-01284-WRW | Namin v. Wyeth Pharm, et al |
| 4:04-cv-01312-WRW | Kowal v. Wyeth Inc, et al |
| 4:04-cv-01314-WRW | Kelley, et al v. Wyeth Inc, et al[38] |
| 4:04-cv-01317-WRW | Smith v. Wyeth Pharmaceutical, et al |
| 4:04-cv-01318-WRW | Eckholm, et al v. Wyeth Inc, et al |
| 4:04-cv-01381-WRW | Torkie-Tork v. Wyeth |
| 4:04-cv-01382-WRW | Cardwell v. Wyeth |
| 4:04-cv-01443-WRW | Fraser, et al v. Wyeth Inc, et al |
| 4:04-cv-01448-WRW | Barlow, et al v. Wyeth, et al[39] |
| 4:04-cv-01466-WRW | McKinney v. Wyeth-Ayerst Labs Co |
| 4:04-cv-01487-WRW | Palumbo v. Wyeth Inc, et al |
| 4:04-cv-01539-WRW | Rowan v. Wyeth |
| 4:04-cv-01541-WRW | Kelly v. Wyeth Inc, et al |
| 4:04-cv-01542-WRW | Richardson, et al v. Wyeth Inc, et al |
| 4:04-cv-01543-WRW | Eddings, et al v. Wyeth Inc, et al |
| 4:04-cv-01973-WRW | Aderhold v. Wyeth, et al |
| 4:04-cv-01975-WRW | Anderson v. Wyeth Pharmaceutical, et al |
| 4:04-cv-01976-WRW | Anderson v. Wyeth Pharmaceutical, et al |
| 4:04-cv-01977-WRW | Anderson v. Wyeth Pharmaceutical, et al |
| 4:04-cv-02260-WRW | Sharma, et al v. Wyeth Inc, et al |
| 4:04-cv-02266-WRW | Poteat v. Wyeth Inc, et al |
| 4:04-cv-02284-WRW | Briggs v. Wyeth Inc, et al |
| 4:04-cv-02298-WRW | Bauman, et al v. Wyeth Inc, et al |
| 4:04-cv-02311-WRW | Golden, et al v. Wyeth Inc, et al |
| 4:04-cv-02313-WRW | Moss, et al v. Wyeth Inc, et al |

IT IS SO ORDERED this 20th day of November, 2008.

/s/ Wm. R. Wilson, Jr._____
UNITED STATE DISTRICT COURT

---

[38]This case involves multiple plaintiffs, but only those plaintiffs with injuries other than breast cancer are ineligible for PPO-9 discovery.

[39]*Id.*

8