**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | : | **MDL Docket No. 4:03CV01507-WRW** |
| | : | |
| **PREMPRO PRODUCTS LIABILITY** | : | **ALL CASES** |
| **LITIGATION** | : | |
| | : | |

**ORDER Re: 2009 Status Conference Schedule**

The following are dates for MDL status conferences in 2009:

–  No January Conference  –

Friday, February 27, 2009

Friday, March 20, 2009

Friday, April 24, 2009

Friday, May 29, 2009

Friday, June 26, 2009

Friday, July 24, 2009

Friday, August 28, 2009

– No September Conference –

Friday, October 2, 2009

Friday, November 20, 2009

– No December Conference –

A semi-mandatory dutch treat reception, starting at 5 p.m. on the evening before each

status conference, will be held at the Legacy Hotel.  The status conferences will start at 9:00 a.m.

IT IS SO ORDERED this 4th day of December, 2008.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE