**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | | |
|---|---|---|
| | : | MDL DOCKET NO. 4:03-CV-1507-WRW |
| IN RE: | : | |
| PREMPRO PRODUCTS LIABILITY | : | |
| LITIGATION | : | All Cases in Exhibit A |

### ORDER

The Joint Motion to Dismiss Certain Defendants pending in the cases listed in Exhibit A are GRANTED. Accordingly, American College of Physicians, the National Committee for Quality Assurance and the American College of Gynecologists and Obstetricians are DISMISSED.

IT IS SO ORDERED this16th day of January, 2009.

/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

4:08-cv-03717-WRW   Conner et al v. American Home Products Corporation et al

4:08-cv-03718-WRW   Cook v. American Home Products Corporation et al

4:08-cv-03719-WRW   Cook v. American Home Products Corporation et al

4:08-cv-03720-WRW   Cook v. American Home Products Corporation et al

4:08-cv-03722-WRW   Copley et al v. American Home Products Corporation et al

4:08-cv-03723-WRW   Cornell v. American Home Products Corporation et al

4:08-cv-03724-WRW   Coulter v. American Home Products Corporation et al

4:08-cv-03725-WRW   Counts v. American Home Products Corporation et al

4:08-cv-03726-WRW   Crance et al v. American Home Products Corporation et al

4:08-cv-03727-WRW   Cremeans et al v. American Home Products Corporation et al

4:08-cv-03728-WRW   Cumbridge v. American Home Products Corporation et al

4:08-cv-03729-WRW   Curry v. American Home Products Corporation et al

4:08-cv-03732-WRW   Day v. American Home Products Corporation et al

4:08-cv-03734-WRW   Deknight v. American Home Products Corporation et al

4:08-cv-03735-WRW   Delp et al v. American Home Products Corporation et al

4:08-cv-03736-WRW   Dennison et al v. American Home Products Corporation et al

4:08-cv-03737-WRW   Deskins et al v. American Home Products Corporation et al

4:08-cv-03738-WRW   Deskins et al v. American Home Products Corporation et al

4:08-cv-03739-WRW   Dienes et al v. American Home Products Corporation et al

4:08-cv-03740-WRW   Dingess et al v. American Home Products Corporation et al

4:08-cv-03741-WRW   Doczi et al v. American Home Products Corporation et al

4:08-cv-03742-WRW   Dotson et al v. American Home Products Corporation et al

4:08-cv-03743-WRW   Douglas et al v. American Home Products Corporation et al

4:08-cv-03744-WRW  Duffield et al v. American Home Products Corporation et al

4:08-cv-03745-WRW  Duffey v. American Home Products Corporation et al

4:08-cv-03746-WRW  Eads v. American Home Products Corporation et al

4:08-cv-03747-WRW  Durham et al v. American Home Products Corporation et al

4:08-cv-03748-WRW  Earl v. American Home Products Corporation et al

4:08-cv-03750-WRW  Edwards v. American Home Products Corporation et al

4:08-cv-03753-WRW  Enrietti et al v. American Home Products Corporation et al

4:08-cv-03754-WRW  Farris et al v. American Home Products Corporation et al

4:08-cv-03755-WRW  Fauber et al v. American Home Products Corporation et al

4:08-cv-03757-WRW  Evans v. American Home Products Corporation et al

4:08-cv-03759-WRW  Fisher v. American Home Products Corporation et al

4:08-cv-03761-WRW  Fisher et al v. American Home Products Corporation et al

4:08-cv-03762-WRW  Fisher v. American Home Products Corporation et al

4:08-cv-03763-WRW  Fleming v. American Home Products Corporation et al

4:08-cv-03764-WRW  Forbes v. American Home Products Corporation et al

4:08-cv-03767-WRW  Frye et al v. American Home Products Corporation et al

4:08-cv-03768-WRW  Furman et al v. American Home Products Corporation et al

4:08-cv-03769-WRW  Gandee v. American Home Products Corporation et al

4:08-cv-03770-WRW  Garrison v. American Home Products Corporation et al

4:08-cv-03771-WRW  Gibbs et al v. American Home Products Corporation et al

4:08-cv-03772-WRW  Ginn et al v. American Home Products Corporation et al

4:08-cv-03773-WRW  Gill v. American Home Products Corporation et al

4:08-cv-03775-WRW  Godwin et al v. American Home Products Corporation et al

4:08-cv-03777-WRW  Goodman et al v. American Home Products Corporation et al

4:08-cv-03778-WRW  Gould et al v. American Home Products Corporation et al

4:08-cv-03780-WRW  Graham v. American Home Products Corporation et al

4:08-cv-03781-WRW  Granato et al v. American Home Products Corporation et al

4:08-cv-03782-WRW  Gray et al v. American Home Products Corporation et al

4:08-cv-03783-WRW  Green et al v. American Home Products Corporation et al

4:08-cv-03784-WRW  Green et al v. American Home Products Corporation et al

4:08-cv-03785-WRW  Green et al v. American Home Products Corporation et al

4:08-cv-03786-WRW  Grim et al v. American Home Products Corporation et al

4:08-cv-03787-WRW  Haga et al v. American Home Products Corporation et al

4:08-cv-03789-WRW  Hager v. American Home Products Corporation et al

4:08-cv-03793-WRW  Hamon et al v. American Home Products Corporation et al

4:08-cv-03794-WRW  Hardy v. American Home Products Corporation et al

4:08-cv-03797-WRW  Harman et al v. American Home Products Corporation et al

4:08-cv-03798-WRW  Harper v. American Home Products Corporation et al

4:08-cv-03799-WRW  Harris v. American Home Products Corporation et al

4:08-cv-03800-WRW  Harford v. American Home Products Corporation et al

4:08-cv-03801-WRW  Hartley et al v. American Home Products Corporation et al

4:08-cv-03804-WRW  Hayden et al v. American Home Products Corporation et al

4:08-cv-03805-WRW  Haynes et al v. American Home Products Corporation et al

4:08-cv-03806-WRW  Henrich v. American Home Products Corporation et al

4:08-cv-03807-WRW  Henson et al v. American Home Products Corporation et al

4:08-cv-03918-WRW  Samples v. American Home Products Corporation et al

4:08-cv-03927-WRW  Scarbro et al v. American Home Products Corporation et al

4:08-cv-03928-WRW  Schmidt et al v. American Home Products Corporation et al

4:08-cv-03929-WRW   Schagat et al v. American Home Products Corporation et al

4:08-cv-03930-WRW   Schaffer et al v. American Home Products Corporation et al

4:08-cv-03931-WRW   Schultz et al v. American Home Products Corporation et al

4:08-cv-03932-WRW   Scott et al v. American Home Products Corporation et al

4:08-cv-03933-WRW   Seabolt et al v. American Home Products Corporation et al

4:08-cv-03934-WRW   Sexton et al v. American Home Products Corporation et al

4:08-cv-03935-WRW   Shaffer et al v. American Home Products Corporation et al

4:08-cv-03936-WRW   Shamblin et al v. American Home Products Corporation et al

4:08-cv-03937-WRW   Shiels v. American Home Products Corporation et al

4:08-cv-03939-WRW   Shumar v. American Home Products Corporation et al

4:08-cv-03940-WRW   Siders et al v. American Home Products Corporation et al

4:08-cv-03942-WRW   Simpson et al v. American Home Products Corporation et al

4:08-cv-03944-WRW   Smith et al v. American Home Products Corporation et al

4:08-cv-03945-WRW   Smith v. American Home Products Corporation et al

4:08-cv-03947-WRW   Sloan et al v. American Home Products Corporation et al

4:08-cv-03948-WRW   Skaggs v. American Home Products Corporation et al

4:08-cv-03949-WRW   Smith v. American Home Products Corporation et al

4:08-cv-03950-WRW   Spainhour et al v. American Home Products Corporation et al

4:08-cv-03951-WRW   Smith et al v. American Home Products Corporation et al

4:08-cv-03952-WRW   Stamper et al v. American Home Products Corporation et al

4:08-cv-03955-WRW   Stanley v. American Home Products Corporation et al

4:08-cv-03957-WRW   Starr v. American Home Products Corporation et al

4:08-cv-03958-WRW   Steele et al v. American Home Products Corporation et al

4:08-cv-03959-WRW   Steen et al v. American Home Products Corporation et al

| | |
|---|---|
| 4:08-cv-03961-WRW | Stroehman et al v. American Home Products Corporation et al |
| 4:08-cv-03964-WRW | Stowers et al v. American Home Products Corporation et al |
| 4:08-cv-03966-WRW | Summerville v. American Home Products Corporation et al |
| 4:08-cv-03968-WRW | Sutphin v. American Home Products Corporation et al |
| 4:08-cv-03970-WRW | Sweeney et al v. American Home Products Corporation et al |
| 4:08-cv-03972-WRW | Taisacan v. American Home Products Corporation et al |
| 4:08-cv-03974-WRW | Talbert v. American Home Products Corporation et al |
| 4:08-cv-03976-WRW | Taylor v. American Home Products Corporation et al |
| 4:08-cv-03978-WRW | Taylor v. American Home Products Corporation et al |
| 4:08-cv-03980-WRW | Taylor v. American Home Products Corporation et al |
| 4:08-cv-03984-WRW | Tenney et al v. American Home Products Corporation et al |
| 4:08-cv-03986-WRW | Thomas et al v. American Home Products Corporation et al |
| 4:08-cv-03990-WRW | Thompson et al v. American Home Products Corporation et al |
| 4:08-cv-03992-WRW | Thompson et al v. American Home Products Corporation et al |
| 4:08-cv-03994-WRW | Traeger v. American Home Products Corporation et al |
| 4:08-cv-03995-WRW | Tooley et al v. American Home Products Corporation et al |
| 4:08-cv-03996-WRW | Murphy v. American Home Products Corporation et al |
| 4:08-cv-04000-WRW | Tomblin v. American Home Products Corporation et al |
| 4:08-cv-04003-WRW | Tilson et al v. American Home Products Corporation et al |
| 4:08-cv-04005-WRW | Tilley et al v. American Home Products Corporation et al |
| 4:08-cv-04007-WRW | Tickle v. American Home Products Corporation et al |
| 4:08-cv-04008-WRW | Turley et al v. American Home Products Corporation et al |
| 4:08-cv-04009-WRW | Upton et al v. American Home Products Corporation et al |
| 4:08-cv-04013-WRW | Tuttle v. American Home Products Corporation et al |

4:08-cv-04015-WRW   Tucker et al v. American Home Products Corporation et al

4:08-cv-04017-WRW   Utt et al v. American Home Products Corporation et al

4:08-cv-04019-WRW   Truman et al v. American Home Products Corporation et al

4:08-cv-04024-WRW   Vance et al v. American Home Products Corporation et al

4:08-cv-04025-WRW   Vice et al v. American Home Products Corporation et al

4:08-cv-04027-WRW   Walker et al v. American Home Products Corporation et al

4:08-cv-04028-WRW   Wallace et al v. American Home Products Corporation et al

4:08-cv-04030-WRW   Walker et al v. American Home Products Corporation et al

4:08-cv-04033-WRW   Waller v. American Home Products Corporation et al

4:08-cv-04038-WRW   Ward et al v. American Home Products Corporation et al

4:08-cv-04041-WRW   Watt et al v. American Home Products Corporation et al

4:08-cv-04044-WRW   Watts et al v. American Home Products Corporation et al

4:08-cv-04046-WRW   Weaver et al v. American Home Products Corporation et al

4:08-cv-04049-WRW   Weaver et al v. American Home Products Corporation et al

4:08-cv-04050-WRW   Weekley v. American Home Products Corporation et al

4:08-cv-04052-WRW   Weis et al v. American Home Products Corporation et al

4:08-cv-04055-WRW   Westfall v. American Home Products Corporation et al

4:08-cv-04058-WRW   Wheeler et al v. American Home Products Corporation et al