UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**February 19, 2009**

Ms. Zoe B. Littlepage
Littlepage Booth - Houston
2043A West Main Street
Houston , TX 77098

Mr. F. Lane Heard , III
Williams & Connolly
725 Twelfth Street, N.W.
Washington , DC 20005-5901

      Re:    Trustee of Plaintiffs' Trust Account (Doc. No. 1953)

Dear Counsel:

I am going to nominate two or three proposed trustees soon.

Meanwhile, I would like Mr. Heard's response to Ms. Littlepage's suggestion that Defendants pay the expense of the trustee.

Since there is a possibility that I will be communicating with the trustee I do not think it should be a lawyer who is actively involved in the litigation.

                                                Cordially,

                                                /s/ Wm. R. Wilson, Jr.

P.S.    Mr. Heard, please let me have your response re: the above, ASAP -- today or tomorrow if possible.

Original to the Clerk fo the Court
cc:    Other Counsel of Record