# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

|  |  |  |
|---|---|---|
|  | : | MDL DOCKET NO. 4:03-CV-1507-WRW |
| IN RE: | : |  |
| PREMPRO PRODUCTS LIABILITY | : |  |
| LITIGATION | : | ALL CASES |

## ORDER

Plaintiffs' Motion to Compel (Doc. No. 1961) is DENIED without prejudice, and Defendants' Motion for Extension of Time (Doc. No. 1988) is DENIED as MOOT.

The parties are directed to "meet and confer" in attempt to identify the deponents and to schedule a time for the depositions.

If "meet and confer" fails as of noon, Wednesday, March 4, 2009, we will have a conference call at 2 p.m., that afternoon.[1]

Unless I am missing something, this issue appears for all the world like one that can be resolved by "meeting and conferring."

IT IS SO ORDERED this 24th day of February, 2009.

       /s/ Wm. R.Wilson,Jr.
       UNITED STATES DISTRICT COURT

---

[1] The parties should notify my office by noon on March 4, 2009, as to whether the telephone conference will be necessary.