## UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**February 24, 2009**

Ms. Zoe B. Littlepage
Littlepage Booth - Houston
2043A West Main Street
Houston , TX 77098

Mr. F. Lane Heard , III
Williams & Connolly
725 Twelfth Street, N.W.
Washington , DC 20005-5901

   Re: *In re Prempro*, 4:03-CV-01507-WRW
     Trustee of Plaintiffs' Trust Account (Doc. No. 1953)

Dear Counsel:

I have in mind the names of three potential trustees, but before I nominate them I would like to be more fully advised in the premises regarding the specific duties of this trustee.

Do you think PPO 6 is specific enough?  I want to be able to explain to the trustee exactly what is expected of her or him.

Please address this at the Status Conference this Friday.

         Cordially,

         /s/ Wm. R. Wilson, Jr.

P.S. I note also that PPO 6 provides: "The fees and the costs of the trustee shall be paid from the Trust Account upon the approval of the Court."[1]  It appears to me that this settles the issue, *i.e.*, Plaintiffs pay the trustee.

Original to the Clerk fo the Court
cc: Other Counsel of Record

---

[1]Doc. No. 570, ¶ 9(b).