**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

|  |  |  |
|---|---|---|
|  | : | MDL DOCKET NO. 4:03-CV-1507-WRW |
| IN RE: | : |  |
| PREMPRO PRODUCTS LIABILITY | : |  |
| LITIGATION | : | ALL CASES LISTED IN EXHIBIT A[1] |

**ORDER**

**I.    BACKGROUND**

I have issued at least four orders providing that completed Fact Sheets must be served on defendants "within 90 days after the Conditional Transfer Order becomes final."[2]

Each of the plaintiffs affected by this Order was included in either Conditional Transfer Order ("CTO") 141, 142, 143, or 145. Each of these CTOs became final between late July and August, 2008,[3] and the completed Fact Sheets were due by October 20, 2008,[4] October 27, 2008,[5] November 6, 2008, and November 26, 2008, respectively. However, the parties agreed to a one-month extension of time.[6]

---

[1] Exhibit A lists the cases to which this Order applies. However, the Clerk of the Court need not file this Order in each case.

[2] Doc. Nos. 201, 494, 1093, and 1948.

[3] CTO 141 was filed on July 21, 2008 (Doc. No. 1823); CTO 142 was filed on July 28, 2008, (Doc. No. 1826); CTO 143 was filed on August 8, 2008 (Doc. No. 1838); and CTO 145 was filed on August 28, 2008 (Doc. No. 1850).

[4] Day ninety, October 19, 2008, was a Sunday, making the due date the next working day.

[5] Day ninety, October 26, 2008, was a Sunday, making the due date the next working day.

[6] *Chitty v. Wyeth*, 4:08-CV-00730 (E.D. Ark. Aug. 11, 2008) (Doc. No. 8).

1

On December 10, 2008, Wyeth filed a Motion for Order to Show Cause because Plaintiffs' Fact Sheets provided "will supplement" to most of the questions on the Fact Sheets.[7] Wyeth asserted that this issue was a repeated problem with the plaintiffs represented by the Bailey & Galyen firm, and could involve over 500 cases.[8] My December 17, 2008 Order reads:

> Plaintiffs represented by the Bailey & Galyen law firm have repeatedly submitted Fact Sheets that say "will supplement." In a December 11, 2008 Letter, I expressed my intention to give Plaintiffs' counsel "until 5 p.m., Monday, February 2, 2009, within in which to get these Fact Sheets completed properly and served." Plaintiff did not address this deadline in her response, so I assume counsel concedes the issue.
>
> Accordingly, Defendant's PPO 3 Motion to Dismiss is DENIED without prejudice. However, **all Bailey & Galyen plaintiffs included in CTOs 141, 142, 143, and 145 must serve their completed -- "will supplement" doesn't cut it -- Fact Sheets by 5 p.m. Monday, February 2, 2009.**[9]

On February 4, 2009, Wyeth filed its second motion concerning Fact Sheets submitted by Bailey & Galyen plaintiffs.[10] Wyeth noted that hundreds of fact sheets had not been served by the February 2, 2009 deadline, and that hundreds of those that had been served remained incomplete, since Plaintiff simply replaced "will supplement" with "I do not recall and do not have reasonable access to the information that would be responsive to this question without undue burden or cost." Wyeth also noted that in the amended Fact Sheets, the "Verification" page included the signature from the original fact sheet, and simply "typed in over the old date."[11]

---

[7] The motion was filed in *Chitty v. Wyeth*, 4:08-CV-00730 (E.D. Ark. Aug. 11, 2008) (Doc. No. 8), but referenced Bailey & Galyen cases from CTOs 141, 142, 143, and 145.

[8] *Chitty v. Wyeth*, 4:08-CV-00730 (E.D. Ark. Aug. 11, 2008) at Doc. No. 8.

[9] *Id.* at Doc. No. 11 (emphasis added).

[10] Doc. No. 1959.

[11] Plaintiff Joan P. Sandman's Fact Sheet is one example. See Doc. No. 1960, Ex. 9.

In response, Plaintiffs contend that: (1) "Plaintiffs' Fact Sheets were served timely upon Wyeth"; (2) the "information provided in each fact sheet is full and complete based upon each plaintiff's ability to recall and respond"; and (3) "[e]ach verified fact sheet is properly verified and each plaintiff is aware of her continuing duty to provide new responsive information . . . ."[12] Plaintiffs also assert that they "made good faith attempts to comply with the Court's Orders and directives."[13]

## II. DISCUSSION

Under Federal Rule of Civil Procedure 37(b), a district court may issue "just orders," when a party "fails to obey an order to provide or permit discovery."[14] The United States Supreme Court has interpreted "fails to obey" as "failing to comply."[15] "[D]ismissal may be considered as a sanction only if there is (1) an order compelling discovery, (2) a willful violation of that order, and (3) prejudice to the other party."[16] Each of these factors is present in these cases listed in Exhibit A..

I seriously considered dismissing all cases in Exhibits 1 and 2 and some of them in Exhibit 3 of Wyeth's Reply brief,[17] without prejudice with the proviso that if a case was refiled, it must have a reasonably accurate Fact Sheet attached, and that sanctions against counsel would likely be imposed if additional Fact Sheets were attached with nonsense answers. In this order I

---

[12]Doc. No. 1970.

[13]*Id.*

[14]Fed. R. Civ. P. 37(b)(2)(A).

[15]*Societe Internationale Pour Participations Industrielles Et Commercialies, S.A., etc., v. Rogers*, 357 U.S. 197, 207-08 (1958).

[16]*Schoffstall v. Henderson*, 223 F.3d 818, 823 (8th Cir. 2000).

[17]Doc. No. 1991.

would have given counsel 45 days in which to accomplish this, else the cases would have been dismissed with prejudice.

Since this procedure would require the entry of a ground slide load of dismissal orders in this Court -- as well as hundreds of cases being refiled in Minnesota and the MDL Panel having to transfer the cases again -- I have decided not to enter any type of dismissal order at this point.

Plaintiffs' counsel have 45 days within which to serve a reasonably adequate Fact Sheet in each case, and if such Fact Sheet is not submitted, the case will be dismissed with prejudice. Of course, defense counsel will be required to bring to my attention any alleged inadequate Fact Sheets. If I find that a Fact Sheet is not reasonably adequate, it is quite likely that the case will be dismissed with prejudice, and that sanctions may well be imposed, including, but not necessarily limited to, reasonable lawyers' fees for defense counsel.

If there are motions for voluntary dismissal filed during this 45 day period, in any of the cases subject to this Order, such dismissals must be with prejudice, absent highly unusual circumstances. Additionally, Plaintiffs' counsel will not be permitted to withdraw as counsel during this 45 day period.

## CONCLUSION

The deadline for complying with this order is 5 p.m., Monday, April 13, 2009. I repeat, the deadline for complying with this order is **5 p.m., Monday, April 13, 2009.** Based on the findings of fact and conclusions of law above, Defendant's Motion to Dismiss Cases for Failure to Serve Complete Fact Sheets (Doc. No. 1959) is DENIED without prejudice.

IT SO ORDERED this 27th day of February, 2009.

/s/ Wm. R. Wilson, Jr._____
UNITED STATES DISTRICT JUDGE

4

# EXHIBIT A

(Plaintiffs in this section are from Wyeth's Reply (Doc. No. 1991), Exhibit 1.)

| | |
|---|---|
| Abaya v. Wyeth Inc., et al. | 4:08-cv-01313-WRW |
| Abney v. Wyeth Inc., et al. | 4:08-cv-01174-WRW |
| Adams v. Wyeth Inc., et al. | 4:08-cv-03112-WRW |
| Alexander v. Wyeth Inc., et al. | 4:08-cv-01533-WRW |
| Alsop v. Wyeth Inc., et al. | 4:08-cv-01532-WRW |
| Archer v. Wyeth Inc., et al. | 4:08-cv-00802-WRW |
| Bachman v. Wyeth Inc., et al. | 4:08-cv-01168-WRW |
| Bailey v. Wyeth Inc., et al. | 4:08-cv-01530-WRW |
| Ball v. Wyeth Inc., et al. | 4:08-cv-00807-WRW |
| Bascom v. Wyeth Inc., et al. | 4:08-cv-00830-WRW |
| Beauchamp v. Wyeth Inc., et al. | 4:08-cv-00837-WRW |
| Bello v. Wyeth Inc., et al. | 4:08-cv-03099-WRW |
| Bishop v. Wyeth Inc., et al. | 4:08-cv-01181-WRW |
| Blackburn v. Wyeth Inc., et al. | 4:08-cv-01498-WRW |
| Bolanos v. Wyeth Inc., et al. | 4:08-cv-00838-WRW |
| Brewster v. Wyeth Inc., et al. | 4:08-cv-01866-WRW |
| Brown v. Wyeth Inc., et al. | 4:08-cv-00832-WRW |
| Bruce v. Wyeth Inc., et al. | 4:08-cv-00831-WRW |
| Campbell v. Wyeth Inc., et al. | 4:08-cv-02451-WRW |
| Carnesecca v. Wyeth Inc., et al. | 4:08-cv-01657-WRW |
| Carrasco v. Wyeth Inc., et al. | 4:08-cv-00995-WRW |
| Casey v. Wyeth et al. | 4:08-cv-01656-WRW |
| Chesnut v. Wyeth Inc., et al. | 4:08-cv-01278-WRW |
| Chitty v. Wyeth Inc., et al. | 4:08-cv-00730-WRW |
| Christensen v. Wyeth Inc., et al. | 4:08-cv-01529-WRW |
| Christiansen v. Wyeth Inc., et al. | 4:08-cv-02481-WRW |
| Cook v. Wyeth Inc., et al. | 4:08-cv-01428-WRW |
| Cummings v. Wyeth Inc., et al. | 4:08-cv-00965-WRW |
| Cummings v. Wyeth Inc., et al. | 4:08-cv-00975-WRW |
| Daniels v. Wyeth Inc., et al. | 4:08-cv-02764-WRW |
| Davis v. Wyeth Inc., et al. | 4:08-cv-00785-WRW |
| Davis v. Wyeth Inc., et al. | 4:08-cv-02828-WRW |
| Dean v. Wyeth Inc., et al. | 4:08-cv-00773-WRW |
| Dean v. Wyeth Inc., et al. | 4:08-cv-00763-WRW |
| Dennis v. Wyeth Inc., et al. | 4:08-cv-00792-WRW |
| Devlin v. Wyeth Pharm, et al. | 4:08-cv-01081-WRW |
| Dietzschold v. Wyeth Inc., et al. | 4:08-cv-00805-WRW |
| Dinopoli v. Wyeth Inc., et al. | 4:08-cv-01042-WRW |
| Dixon v. Wyeth Inc., et al. | 4:08-cv-01028-WRW |
| Dobson v. Wyeth Inc., et al. | 4:08-cv-01029-WRW |
| Donaldson v. Wyeth Inc., et al. | 4:08-cv-01096-WRW |
| Downing v. Wyeth Inc., et al. | 4:08-cv-01047-WRW |
| Driver v. Wyeth Inc., et al. | 4:08-cv-00762-WRW |
| Duff v. Wyeth Inc., et al. | 4:08-cv-00803-WRW |

| | |
|---|---|
| Duff v. Wyeth Inc., et al. | 4:08-cv-00842-WRW |
| Duncan v. Wyeth Inc., et al. | 4:08-cv-01147-WRW |
| Eirk v. Wyeth Inc., et al. | 4:08-cv-03032-WRW |
| Estes v. Wyeth Inc., et al. | 4:08-cv-01471-WRW |
| Ezell v. Wyeth Inc., et al. | 4:08-cv-01607-WRW |
| Fox v. Wyeth Inc., et al. | 4:08-cv-01558-WRW |
| Frazier v. Wyeth Inc., et al. | 4:08-cv-01049-WRW |
| Gibbons v. Wyeth Inc., et al. | 4:08-cv-01026-WRW |
| Gillispie v. Wyeth Inc., et al. | 4:08-cv-01661-WRW |
| Gipson v. Wyeth Inc., et al. | 4:08-cv-01120-WRW |
| Glumske v. Wyeth Inc., et al. | 4:08-cv-01136-WRW |
| Goerlitz v. Wyeth Inc., et al. | 4:08-cv-01035-WRW |
| Goldsmith v. Wyeth Inc., et al. | 4:08-cv-01752-WRW |
| Goldstein v. Wyeth Inc., et al. | 4:08-cv-01076-WRW |
| Gorke v. Wyeth Inc., et al. | 4:08-cv-01229-WRW |
| Graves v. Wyeth Inc., et al. | 4:08-cv-00881-WRW |
| Grayson v. Wyeth Inc., et al. | 4:08-cv-00884-WRW |
| Gregory v. Wyeth Inc., et al. | 4:08-cv-00749-WRW |
| Grimes v. Wyeth Inc., et al. | 4:08-cv-00868-WRW |
| Gurges v. Wyeth Inc., et al. | 4:08-cv-01494-WRW |
| Guthrie-Wallace v. Wyeth, et al. | 4:08-cv-01045-WRW |
| Hall v. Wyeth Inc., et al. | 4:08-cv-03080-WRW |
| Hangge v. Wyeth Inc., et al. | 4:08-cv-02487-WRW |
| Harrison v. Wyeth Inc., et al. | 4:08-cv-00929-WRW |
| Huber v. Wyeth Inc., et al. | 4:08-cv-00915-WRW |
| Ivey v. Wyeth Inc., et al. | 4:08-cv-02475-WRW |
| Jenkins v. Wyeth Inc., et al. | 4:08-cv-01581-WRW |
| Jensen v. Wyeth Inc., et al. | 4:08-cv-01525-WRW |
| Joseph v. Wyeth Inc., et al. | 4:08-cv-01165-WRW |
| Killion v. Wyeth Inc., et al. | 4:08-cv-01163-WRW |
| Kuyers v. Wyeth Inc., et al. | 4:08-cv-01056-WRW |
| Laird v. Wyeth Inc., et al. | 4:08-cv-00689-WRW |
| Leijha v. Wyeth Inc., et al. | 4:08-cv-00714-WRW |
| Livingston v. Wyeth Inc., et al. | 4:08-cv-01652-WRW |
| Mills v. Wyeth Inc., et al. | 4:08-cv-02468-WRW |
| Moore v. Wyeth Inc., et al. | 4:08-cv-00891-WRW |
| Newton v. Wyeth Inc., et al. | 4:08-cv-01061-WRW |
| Olson v. Wyeth Inc., et al. | 4:08-cv-01478-WRW |
| Piatti v. Wyeth Inc., et al. | 4:08-cv-03416-WRW |
| Pipia v. Wyeth Inc., et al. | 4:08-cv-02827-WRW |
| Porter v. Wyeth et al. | 4:08-cv-01254-WRW |
| Pressentin-Ebbin v. Wyeth, et al. | 4:08-cv-03316-WRW |
| Ritter v. Wyeth Inc., et al. | 4:08-cv-01207-WRW |
| Roper v. Wyeth Inc., et al. | 4:08-cv-03311-WRW |
| Rouach v. Wyeth Inc., et al. | 4:08-cv-01303-WRW |
| Royal v. Wyeth Inc., et al. | 4:08-cv-01205-WRW |
| Rushton v. Wyeth Inc., et al. | 4:08-cv-03307-WRW |
| Salinas v. Wyeth Inc., et al. | 4:08-cv-01348-WRW |
| Salter v. Wyeth Inc., et al. | 4:08-cv-01324-WRW |

| Case | Number |
|---|---|
| Sapp v. Wyeth Inc., et al. | 4:08-cv-01383-WRW |
| Schuchardt v. Wyeth Inc., et al. | 4:08-cv-01343-WRW |
| Scott v. Wyeth Inc., et al. | 4:08-cv-01342-WRW |
| Seal v. Wyeth Inc., et al. | 4:08-cv-00927-WRW |
| Selby v. Wyeth Inc., et al. | 4:08-cv-01336-WRW |
| Shanklin v. Wyeth Inc., et al. | 4:08-cv-00900-WRW |
| Shell v. Wyeth Inc., et al. | 4:08-cv-00902-WRW |
| Shipman v. Wyeth Inc., et al. | 4:08-cv-01698-WRW |
| Shippen v. Wyeth Inc., et al. | 4:08-cv-01339-WRW |
| Skelton v. Wyeth Inc., et al. | 4:08-cv-01696-WRW |
| Slover v. Wyeth Inc., et al. | 4:08-cv-00904-WRW |
| Smith v. Wyeth Inc., et al. | 4:08-cv-00905-WRW |
| Smith v. Wyeth Inc., et al. | 4:08-cv-01352-WRW |
| Stanberry-Baker v. Wyeth Inc., et al. | 4:08-cv-02090-WRW |
| Standley v. Wyeth Inc., et al. | 4:08-cv-02464-WRW |
| Stepp v. Wyeth Inc., et al. | 4:08-cv-00907-WRW |
| Stevens v. Wyeth Inc., et al. | 4:08-cv-01588-WRW |
| Stewart v. Wyeth Inc., et al. | 4:08-cv-01420-WRW |
| Stickney v. Wyeth Inc., et al. | 4:08-cv-01516-WRW |
| Taylor v. Wyeth Inc., et al. | 4:08-cv-01208-WRW |
| Taylor v. Wyeth Inc., et al. | 4:08-cv-01368-WRW |
| Teague v. Wyeth Inc., et al. | 4:08-cv-00695-WRW |
| Tichenor v. Wyeth Inc., et al. | 4:08-cv-01373-WRW |
| Tietz v. Wyeth Inc., et al. | 4:08-cv-03320-WRW |
| Timbrook v. Wyeth Inc., et al. | 4:08-cv-01538-WRW |
| VanDoren v. Wyeth Inc., et al. | 4:08-cv-01110-WRW |
| Violet v. Wyeth Inc., et al. | 4:08-cv-01121-WRW |
| Waddell v. Wyeth Inc., et al. | 4:08-cv-01124-WRW |
| Wade v. Wyeth Inc., et al. | 4:08-cv-02087-WRW |
| Wagner v. Wyeth Inc., et al. | 4:08-cv-01699-WRW |
| Walker v. Wyeth Inc., et al. | 4:08-cv-00740-WRW |
| Wallace v. Wyeth Inc., et al. | 4:08-cv-01597-WRW |
| Way-Jones v. Wyeth Inc., et al. | 4:08-cv-01210-WRW |
| Weldon v. Wyeth Inc., et al. | 4:08-cv-01518-WRW |
| Whiddon v. Wyeth Inc., et al. | 4:08-cv-01357-WRW |
| White v. Wyeth Inc., et al. | 4:08-cv-01688-WRW |
| Whorton v. Wyeth Inc., et al. | 4:08-cv-00765-WRW |
| Wilemon v. Wyeth et al. | 4:08-cv-00789-WRW |
| Williams v. Wyeth Inc., et al. | 4:08-cv-00908-WRW |
| Williams v. Wyeth Inc., et al. | 4:08-cv-00752-WRW |
| Williams v. Wyeth Inc., et al. | 4:08-cv-01401-WRW |
| Williams v. Wyeth Inc., et al. | 4:08-cv-00706-WRW |
| Wilson v. Wyeth Inc., et al. | 4:08-cv-00692-WRW |
| Wilson v. Wyeth Inc., et al. | 4:08-cv-00889-WRW |
| Wimberley v. Wyeth Inc., et al. | 4:08-cv-01616-WRW |
| Woodard v. Wyeth Inc., et al. | 4:08-cv-00719-WRW |
| Woods v. Wyeth Inc., et al. | 4:08-cv-01202-WRW |
| Yarborough v. Wyeth Inc., et al. | 4:08-cv-01315-WRW |
| Yost v. Wyeth Inc., et al. | 4:08-cv-00754-WRW |

| Case Name | Case Number |
|---|---|
| Young v. Wyeth Inc., et al. | 4:08-cv-00712-WRW |
| Yourd v. Wyeth Inc., et al. | 4:08-cv-00888-WRW |
| Ziemski v. Wyeth Inc., et al. | 4:08-cv-00885-WRW |

(Plaintiffs in this section are from Wyeth's Reply (Doc. No. 1991), Exhibit 2.)

| Case Name | Case Number |
|---|---|
| Abaya v. Wyeth Inc., et al. | 4:08-cv-01313-WRW |
| Abney v. Wyeth Inc., et al. | 4:08-cv-01174-WRW |
| Adams v. Wyeth Inc., et al. | 4:08-cv-03112-WRW |
| Alexander v. Wyeth Inc., et al. | 4:08-cv-01533-WRW |
| Alsop v. Wyeth Inc., et al. | 4:08-cv-01532-WRW |
| Archer v. Wyeth Inc., et al. | 4:08-cv-00802-WRW |
| Bachman v. Wyeth Inc., et al. | 4:08-cv-01168-WRW |
| Bailey v. Wyeth Inc., et al. | 4:08-cv-01530-WRW |
| Ball v. Wyeth Inc., et al. | 4:08-cv-00807-WRW |
| Bascom v. Wyeth Inc., et al. | 4:08-cv-00830-WRW |
| Beauchamp v. Wyeth Inc., et al. | 4:08-cv-00837-WRW |
| Bello v. Wyeth Inc., et al. | 4:08-cv-03099-WRW |
| Bishop v. Wyeth Inc., et al. | 4:08-cv-01181-WRW |
| Blackburn v. Wyeth Inc., et al. | 4:08-cv-01498-WRW |
| Bolanos v. Wyeth Inc., et al. | 4:08-cv-00838-WRW |
| Brewster v. Wyeth Inc., et al. | 4:08-cv-01866-WRW |
| Brown v. Wyeth Inc., et al. | 4:08-cv-00832-WRW |
| Bruce v. Wyeth Inc., et al. | 4:08-cv-00831-WRW |
| Campbell v. Wyeth Inc., et al. | 4:08-cv-02451-WRW |
| Carnesecca v. Wyeth Inc., et al. | 4:08-cv-01657-WRW |
| Carrasco v. Wyeth Inc., et al. | 4:08-cv-00995-WRW |
| Casey v. Wyeth et al. | 4:08-cv-01656-WRW |
| Chesnut v. Wyeth Inc., et al. | 4:08-cv-01278-WRW |
| Chitty v. Wyeth Inc., et al. | 4:08-cv-00730-WRW |
| Christensen v. Wyeth Inc., et al. | 4:08-cv-01529-WRW |
| Christiansen v. Wyeth Inc., et al. | 4:08-cv-02481-WRW |
| Cook v. Wyeth Inc., et al. | 4:08-cv-01428-WRW |
| Cummings v. Wyeth Inc., et al. | 4:08-cv-00965-WRW |
| Cummings v. Wyeth Inc., et al. | 4:08-cv-00975-WRW |
| Daniels v. Wyeth Inc., et al. | 4:08-cv-02764-WRW |
| Davis v. Wyeth Inc., et al. | 4:08-cv-00785-WRW |
| Davis v. Wyeth Inc., et al. | 4:08-cv-02828-WRW |
| Dean v. Wyeth Inc., et al. | 4:08-cv-00773-WRW |
| Dean v. Wyeth Inc., et al. | 4:08-cv-00763-WRW |
| Dennis v. Wyeth Inc., et al. | 4:08-cv-00792-WRW |
| Devlin v. Wyeth Pharm. Inc., et al. | 4:08-cv-01081-WRW |
| Dietzschold v. Wyeth Inc., et al. | 4:08-cv-00805-WRW |
| Dinopoli v. Wyeth Inc., et al. | 4:08-cv-01042-WRW |
| Dixon v. Wyeth Inc., et al. | 4:08-cv-01028-WRW |
| Dobson v. Wyeth Inc., et al. | 4:08-cv-01029-WRW |
| Donaldson v. Wyeth Inc., et al. | 4:08-cv-01096-WRW |
| Downing v. Wyeth Inc., et al. | 4:08-cv-01047-WRW |
| Driver v. Wyeth Inc., et al. | 4:08-cv-00762-WRW |
| Duff v. Wyeth Inc., et al. | 4:08-cv-00803-WRW |

| Case | Number |
|---|---|
| Duff v. Wyeth Inc., et al. | 4:08-cv-00842-WRW |
| Duncan v. Wyeth Inc., et al. | 4:08-cv-01147-WRW |
| Eirk v. Wyeth Inc., et al. | 4:08-cv-03032-WRW |
| Estes v. Wyeth Inc., et al. | 4:08-cv-01471-WRW |
| Ezell v. Wyeth Inc., et al. | 4:08-cv-01607-WRW |
| Fox v. Wyeth Inc., et al. | 4:08-cv-01558-WRW |
| Frazier v. Wyeth Inc., et al. | 4:08-cv-01049-WRW |
| Gibbons v. Wyeth Inc., et al. | 4:08-cv-01026-WRW |
| Gillispie v. Wyeth Inc., et al. | 4:08-cv-01661-WRW |
| Gipson v. Wyeth Inc., et al. | 4:08-cv-01120-WRW |
| Glumske v. Wyeth Inc., et al. | 4:08-cv-01136-WRW |
| Goerlitz v. Wyeth Inc., et al. | 4:08-cv-01035-WRW |
| Goldsmith v. Wyeth Inc., et al. | 4:08-cv-01752-WRW |
| Goldstein v. Wyeth Inc., et al. | 4:08-cv-01076-WRW |
| Gorke v. Wyeth Inc., et al. | 4:08-cv-01229-WRW |
| Graves v. Wyeth Inc., et al. | 4:08-cv-00881-WRW |
| Grayson v. Wyeth Inc., et al. | 4:08-cv-00884-WRW |
| Gregory v. Wyeth Inc., et al. | 4:08-cv-00749-WRW |
| Grimes v. Wyeth Inc., et al. | 4:08-cv-00868-WRW |
| Gurges v. Wyeth Inc., et al. | 4:08-cv-01494-WRW |
| Guthrie-Wallace v. Wyeth Inc., et al. | 4:08-cv-01045-WRW |
| Hall v. Wyeth Inc., et al. | 4:08-cv-03080-WRW |
| Hangge v. Wyeth Inc., et al. | 4:08-cv-02487-WRW |
| Harrison v. Wyeth Inc., et al. | 4:08-cv-00929-WRW |
| Huber v. Wyeth Inc., et al. | 4:08-cv-00915-WRW |
| Ivey v. Wyeth Inc., et al. | 4:08-cv-02475-WRW |
| Jenkins v. Wyeth Inc., et al. | 4:08-cv-01581-WRW |
| Jensen v. Wyeth Inc., et al. | 4:08-cv-01525-WRW |
| Joseph v. Wyeth Inc., et al. | 4:08-cv-01165-WRW |
| Killion v. Wyeth Inc., et al. | 4:08-cv-01163-WRW |
| Kuyers v. Wyeth Inc., et al. | 4:08-cv-01056-WRW |
| Laird v. Wyeth Inc., et al. | 4:08-cv-00689-WRW |
| Leijha v. Wyeth Inc., et al. | 4:08-cv-00714-WRW |
| Livingston v. Wyeth Inc., et al. | 4:08-cv-01652-WRW |
| Mills v. Wyeth Inc., et al. | 4:08-cv-02468-WRW |
| Moore v. Wyeth Inc., et al. | 4:08-cv-00891-WRW |
| Newton v. Wyeth Inc., et al. | 4:08-cv-01061-WRW |
| Olson v. Wyeth Inc., et al. | 4:08-cv-01478-WRW |
| Piatti v. Wyeth Inc., et al. | 4:08-cv-03416-WRW |
| Pipia v. Wyeth Inc., et al. | 4:08-cv-02827-WRW |
| Porter v. Wyeth et al. | 4:08-cv-01254-WRW |
| Pressentin-Ebbin v. Wyeth Inc., et al. | 4:08-cv-03316-WRW |
| Ritter v. Wyeth Inc., et al. | 4:08-cv-01207-WRW |
| Roper v. Wyeth Inc., et al. | 4:08-cv-03311-WRW |
| Rouach v. Wyeth Inc., et al. | 4:08-cv-01303-WRW |
| Royal v. Wyeth Inc., et al. | 4:08-cv-01205-WRW |
| Rushton v. Wyeth Inc., et al. | 4:08-cv-03307-WRW |
| Salinas v. Wyeth Inc., et al. | 4:08-cv-01348-WRW |
| Salter v. Wyeth Inc., et al. | 4:08-cv-01324-WRW |

| Case | Number |
|---|---|
| Sapp v. Wyeth Inc., et al. | 4:08-cv-01383-WRW |
| Schuchardt v. Wyeth Inc., et al. | 4:08-cv-01343-WRW |
| Scott v. Wyeth Inc., et al. | 4:08-cv-01342-WRW |
| Seal v. Wyeth Inc., et al. | 4:08-cv-00927-WRW |
| Selby v. Wyeth Inc., et al. | 4:08-cv-01336-WRW |
| Shanklin v. Wyeth Inc., et al. | 4:08-cv-00900-WRW |
| Shell v. Wyeth Inc., et al. | 4:08-cv-00902-WRW |
| Shipman v. Wyeth Inc., et al. | 4:08-cv-01698-WRW |
| Shippen v. Wyeth Inc., et al. | 4:08-cv-01339-WRW |
| Skelton v. Wyeth Inc., et al. | 4:08-cv-01696-WRW |
| Slover v. Wyeth Inc., et al. | 4:08-cv-00904-WRW |
| Smith v. Wyeth Inc., et al. | 4:08-cv-00905-WRW |
| Smith v. Wyeth Inc., et al. | 4:08-cv-01352-WRW |
| Stanberry-Baker v. Wyeth Inc., et al. | 4:08-cv-02090-WRW |
| Standley v. Wyeth Inc., et al. | 4:08-cv-02464-WRW |
| Stepp v. Wyeth Inc., et al. | 4:08-cv-00907-WRW |
| Stevens v. Wyeth Inc., et al. | 4:08-cv-01588-WRW |
| Stewart v. Wyeth Inc., et al. | 4:08-cv-01420-WRW |
| Stickney v. Wyeth Inc., et al. | 4:08-cv-01516-WRW |
| Taylor v. Wyeth Inc., et al. | 4:08-cv-01208-WRW |
| Taylor v. Wyeth Inc., et al. | 4:08-cv-01368-WRW |
| Teague v. Wyeth Inc., et al. | 4:08-cv-00695-WRW |
| Tichenor v. Wyeth Inc., et al. | 4:08-cv-01373-WRW |
| Tietz v. Wyeth Inc., et al. | 4:08-cv-03320-WRW |
| Timbrook v. Wyeth Inc., et al. | 4:08-cv-01538-WRW |
| VanDoren v. Wyeth Inc., et al. | 4:08-cv-01110-WRW |
| Violet v. Wyeth Inc., et al. | 4:08-cv-01121-WRW |
| Waddell v. Wyeth Inc., et al. | 4:08-cv-01124-WRW |
| Wade v. Wyeth Inc., et al. | 4:08-cv-02087-WRW |
| Wagner v. Wyeth Inc., et al. | 4:08-cv-01699-WRW |
| Walker v. Wyeth Inc., et al. | 4:08-cv-00740-WRW |
| Wallace v. Wyeth Inc., et al. | 4:08-cv-01597-WRW |
| Way-Jones v. Wyeth Inc., et al. | 4:08-cv-01210-WRW |
| Weldon v. Wyeth Inc., et al. | 4:08-cv-01518-WRW |
| Whiddon v. Wyeth Inc., et al. | 4:08-cv-01357-WRW |
| White v. Wyeth Inc., et al. | 4:08-cv-01688-WRW |
| Whorton v. Wyeth Inc., et al. | 4:08-cv-00765-WRW |
| Wilemon v. Wyeth et al. | 4:08-cv-00789-WRW |
| Williams v. Wyeth Inc., et al. | 4:08-cv-00908-WRW |
| Williams v. Wyeth Inc., et al. | 4:08-cv-00752-WRW |
| Williams v. Wyeth Inc., et al. | 4:08-cv-01401-WRW |
| Williams v. Wyeth Inc., et al. | 4:08-cv-00706-WRW |
| Wilson v. Wyeth Inc., et al. | 4:08-cv-00692-WRW |
| Wilson v. Wyeth Inc., et al. | 4:08-cv-00889-WRW |
| Wimberley v. Wyeth Inc., et al. | 4:08-cv-01616-WRW |
| Woodard v. Wyeth Inc., et al. | 4:08-cv-00719-WRW |
| Woods v. Wyeth Inc., et al. | 4:08-cv-01202-WRW |
| Yarborough v. Wyeth Inc., et al. | 4:08-cv-01315-WRW |
| Yost v. Wyeth Inc., et al. | 4:08-cv-00754-WRW |

| Case | Number |
|---|---|
| Young v. Wyeth Inc., et al. | 4:08-cv-00712-WRW |
| Yourd v. Wyeth Inc., et al. | 4:08-cv-00888-WRW |
| Ziemski v. Wyeth Inc., et al. | 4:08-cv-00885-WRW |

(Plaintiffs in this section are from Wyeth's Reply (Doc. No. 1991), Exhibit 3.)

| Case | Number |
|---|---|
| Cecil v. Wyeth Inc., et al. | 4:08-cv-00743-WRW |
| Davis v. Wyeth Inc., et al. | 4:08-cv-00800-WRW |
| Dockstader v. Wyeth Inc., et al. | 4:08-cv-01032-WRW |
| Cecil v. Wyeth, | 4:08-cv-00743-WRW |
| Espinosa v. Wyeth, et al, | 4:08-cv-01430-WRW |
| Sarvis v. Wyeth et al., | 4:08-cv-00746-WRW |
| Seaborn (Deceased) vs. Wyeth, et al. | 4:08-cv-00844-WRW |
| Sebolt vs. Wyeth, et al | 4:08-cv-00849-WRW |
| Smith vs. Wyeth, et al | 4:08-cv-00906 WRW |
| Sprouse vs. Wyeth, et al. | 4:08-cv-01370-WRW |
| Stalnaker vs. Wyeth, et al. | 4:08-cv-01605-WRW |
| Stewart v. Wyeth et al | 4:08-cv-01514-WRW |
| Stork v. Wyeth, et al | 4:08-cv-01171-WRW |
| Story vs. Wyeth, et al. | 4:08-cv-01307-WRW |
| Tavernellis vs. Wyeth, et al | 4:08-cv-01762-WRW |
| Tracey v. Wyeth, et al | 4:08-cv-01507-WRW |
| Tuttle v Wyeth, et al | 4:08-cv-00897-WRW |
| Vetsch vs. Wyeth, et al. | 4:08-cv-1301-WRW |
| Vinson v. Wyeth et al. | 4:08-cv-00961-WRW |
| Walden v. Wyeth, et al | 4:08-cv-00680-WRW |
| Walker vs. Wyeth, et al. | 4:08-cv-02616-WRW |
| Weber vs. Wyeth, et al. | 4:08-cv-1331-WRW |
| A. Williams v. Wyeth, et al | 4:08-cv-00726-WRW |
| G. Williams vs. Wyeth, et al. | 4:08-cv-1606-WRW |
| L. Williams vs. Wyeth, et al. | 4:08-cv-00723-WRW |
| Williamson vs. Wyeth, et al. | 4:08-cv-01418 -WRW |
| Winters v. Wyeth, et al | 4:08-CV-01077 -WRW |
| Wise v. Wyeth, et al | 4:08-cv-00912-WRW |
| Woolery vs. Wyeth, et al. | 4:08-cv-01738 -WRW |
| Worley vs. Wyeth, et al. | 4:08-cv-1417 -WRW |
| Wright vs. Wyeth, et al. | 4:08-cv-1410 -WRW |
| Wright vs. Wyeth, et al. | 4:08-cv-01415-WRW |
| Cummings vs. Wyeth, et al. | 4:08-cv-1763 -WRW |
| Fuller vs. Wyeth, et al. | 4:08-cv-01085-WRW |
| Mann (Deceased) vs. Wyeth, et al. | 4:08-cv-02474 -WRW |
| Markowitz vs. Wyeth, et al. | 4:08-cv-02866 -WRW |
| Matthews vs. Wyeth, et al. | 4:08-cv-02832 -WRW |
| Plummer vs. Wyeth, et al. | 4:08-cv-02379 -WRW |
| Reis vs. Wyeth, et al. | 4:08-cv-02223 -WRW |
| Robinson vs. Wyeth, et al. | 4:08-cv-00899-WRW |
| Farnham v. Wyeth, et al. | 4:08-cv-00939-WRW |
| Fretwell vs. Wyeth, et al. | 4:08-cv-00937-WRW |
| Gaddis vs. Wyeth, et al. | 4:08-cv-01001-WRW |

| | |
|---|---|
| Gibbons vs. Wyeth, et al. | 4:08-cv-01134-WRW |
| Good vs. Wyeth, et al. | 4:08-cv-00962-WRW |
| Greer vs. Wyeth, et al. | 4:08-cv-00887-WRW |
| Haga vs. Wyeth, et a1. | 4:08-cv-00934-WRW |
| Hammett vs. Wyeth, et a1. | 4:08-cv-00690-WRW |
| Hearing vs. Wyeth, et al. | 4:08-cv-01062-WRW |
| Hollingsworth vs. Wyeth, et al. | 4:08-cv-01059-WRW |
| Hoover vs. Wyeth, et al. | 4:08-cv-01060-WRW |
| Renteria vs. Wyeth, et al. | 4:08-cv-01162-WRW |
| Russ v. Wyeth Inc., et al | 4:08-cv-00941-WRW |
| Shows vs. Wyeth, et al. | 4:08-cv-01367-WRW |
| Slavicek vs. Wyeth, et al. | 4:08-cv-01078-WRW |
| Sullivan vs. Wyeth, et al. | 4:08-cv-00745 WRW |
| Thompson v. Wyeth et al. | 4:08-cv-00914-WRW |
| Tavernellis vs. Wyeth, et al. | 4:08-cv-01762-WRW |