A CERTIFIED TRUE COPY

ATTEST

By April Layne on Mar 02, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**Feb 12, 2009**

FILED
CLERK'S OFFICE

**IN RE: PREMPRO PRODUCTS LIABILITY
LITIGATION**

MDL No. 1507

4:03-CV-01507 WRW

**(SEE ATTACHED SCHEDULE)**

```
RECEIVED ELECTRONICALLY
ON MARCH 2, 2009
FROM JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
```

**CONDITIONAL TRANSFER ORDER (CTO-157)**

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 254 F.Supp.2d 1366 (J.P.M.L. 2003). Since that time, 7,919 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**Mar 02, 2009**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**IN RE: PREMPRO PRODUCTS LIABILITY
LITIGATION**

MDL No. 1507

## SCHEDULE CTO-157 - TAG-ALONG ACTIONS

| **DIST.** | **DIV.** | **C.A. #** | **CASE CAPTION** |
|-----------|----------|------------|------------------|
| IOWA SOUTHERN | | | |
| IAS | 1 | 09-6 | Jay Coziahr, etc. v. Wyeth Pharmaceuticals, Inc. |
| IAS | 4 | 09-43 | Carrolyn Stroud, et al. v. Wyeth, Inc., et al. |
| | | | |
| MINNESOTA | | | |
| MN | 0 | 09-146 | Anita Pastorelle v. Wyeth, et al. |
| MN | 0 | 09-167 | Darice C. Nichols v. Wyeth, et al. |
| MN | 0 | 09-168 | Bette I. Martin v. Wyeth, et al. |
| MN | 0 | 09-185 | Gayle L. Bauserman v. Wyeth, et al. |
| MN | 0 | 09-197 | Lynette Tate v. Wyeth, et al. |
| MN | 0 | 09-198 | Leah R. Stratton v. Wyeth, et al. |
| MN | 0 | 09-199 | Jane H. Peck v. Wyeth, et al. |
| MN | 0 | 09-200 | Fraances M. Fuller v. Wyeth, et al. |
| MN | 0 | 09-282 | Frances Lewin v. Wyeth |
| | | | |
| MISSISSIPPI SOUTHERN | | | |
| MSS | 3 | 09-33 | Annie Denson Burns, et al. v. Wyeth, et al. |
| | | | |
| TEXAS EASTERN | | | |
| TXE | 2 | 08-335 | Canstanza Raspa v. Wyeth, Inc., et al |
| | | | |
| WEST VIRGINIA SOUTHERN | | | |
| WVS | 3 | 08-1222 | Betty Blankenship v. Wyeth, et al. |
| WVS | 3 | 08-1223 | Thelma Dye, et al. v. Wyeth, et al. |
| WVS | 3 | 08-1224 | Sherrie Evans, et al. v. Wyeth, et al. |
| WVS | 3 | 08-1225 | Eula Fields, et al. v. Wyeth, et al. |
| WVS | 3 | 08-1226 | Joyce Moorefield v. Wyeth, et al. |
| WVS | 3 | 08-1227 | Marietta Music v. Wyeth, et al. |
| WVS | 3 | 08-1228 | Sharon Phillips, et al. v. Wyeth, et al. |
| WVS | 3 | 08-1229 | Debra Shrewsbury, et al. v. Wyeth, et al. |
| WVS | 3 | 08-1230 | Sheila Soufrine, et al. v. Wyeth, et al. |
| WVS | 3 | 08-1231 | Joan Vitanza, et al. v. Wyeth, et al. |
| WVS | 3 | 08-1232 | Judith Wilcox, et al. v. Wyeth, et al. |
| WVS | 3 | 08-1233 | Ellen Sharkey v. Wyeth, et al. |
| WVS | 3 | 08-1234 | Irene Vale, et al. v. Wyeth, et al |

**MDL No. 1507 - Schedule CTO-157 Tag-Along Actions (Continued)**

| DIST. | DIV. | C.A. # | CASE CAPTION |
|-------|------|--------|--------------|

WEST VIRGINIA SOUTHERN

| DIST. | DIV. | C.A. # | CASE CAPTION |
|-------|------|--------|--------------|
| WVS | 3 | 08-1235 | Lee Frankel v. Wyeth, et al. |
| WVS | 3 | 08-1236 | Judith Knecht v. Wyeth, et al. |
| WVS | 3 | 08-1237 | Marilyn Lesser, et al. v. Wyeth, et al. |
| WVS | 3 | 08-1238 | Faith Lobel, et al. v. Wyeth, et al. |
| WVS | 3 | 08-1239 | Joan McKenna, et al. v. Wyeth, et al. |
| WVS | 3 | 08-1240 | Susan Mechanic, et al. v. Wyeth, et al. |
| WVS | 3 | 08-1241 | Sara Rosenberg, et al. v. Wyeth, et al. |
| WVS | 3 | 08-1242 | Dalia Veralli, et al. v. Wyeth, et al. |
| WVS | 3 | 08-1243 | Sarah Weisberg, et al. v. Wyeth, et al. |