UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**March 3, 2009**

Mr. F. Lane Heard, III
Williams & Connolly, LLP
725 Twelfth Street, N.W.
Washington, D.C.  20005

      Re:    *In re Prempro*, 4:03-CV-01507
              Clarification on February 27, 2009, Order re: Bailey & Galyen Fact Sheets

Dear Mr. Heard

A "reasonably adequate Fact Sheet" includes having the actual plaintiff "review, sign, and verify" the authentication page.

This would <u>not</u> encompass typing new dates on old verifications.

                                                                              Cordially,

                                                                              /s/ Wm. R. Wilson, Jr.

Original to the Clerk of the Court
cc:     Other Counsel of Record