# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

|  |  |  |
|---|---|---|
|  | : | MDL DOCKET NO. 4:03CV01507-WRW |
| IN RE: | : |  |
| PREMPRO PRODUCTS LIABILITY | : |  |
| LITIGATION | : | ALL CASES |

## ORDER

The March 20, 2009, Status Conference is CANCELLED, because it appears that I will be in trial in Helena, Arkansas on that day.

However, we will have a telephone conference commencing at 8:30 a..m., Friday, March 20, 2009, to address the generic discovery issues involving Mr. Urbanczyk and Mr. Williams -- and any other urgent issues that may crop up between now and then.

IT SO ORDERED this 3rd day of March, 2009.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE