UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**March 24, 2009**

Ms. Zoe B. Littlepage
Littlepage Booth - Houston
2043A West Main Street
Houston , TX 77098

Mr. Michael L. Williams
Williams Love O'Leary & Powers, P.C.
9755 SW Barnes Road, Suite 450
Portland, OR 97225-6681

      Re:   *In re Prempro*, 4:03-CV-01507
              Plaintiffs' Request for Additional Call Notes

Dear Counsel:

In making the case for additional, post-2004 call notes, you asserted that the call notes "have proven to be powerful evidence at trial of Wyeth's influence and misconduct."[1]

In plenary detail, please provide me with examples of the where, when, and how the call notes were used in cases, and what exactly was proven through their use. Please make specific citations to transcripts.

Your response to this inquiry should be filed by 5 p.m., Tuesday, April 7, 2009.  Defendants may respond to Plaintiffs' submission by 5 p.m., Tuesday, April 14, 2009.

                                                  Cordially,

                                                  /s/ Wm. R. Wilson, Jr.

Original to the Clerk of the Court
cc:    Mr. Steve Urbanczyk
         Other Counsel of Record

---

[1] Doc. No. 2010.