# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

|  |  |  |
|---|---|---|
|  | **:** | **MDL DOCKET NO. 4:03-CV-1507-WRW** |
| **IN RE:** | **:** |  |
| **PREMPRO PRODUCTS LIABILITY** | **:** |  |
| **LITIGATION** | **:** | **ALL CASES** |

## ORDER

The April 24, 2009, Status Conference is CANCELLED, based on the parties' position that there are no issues ripe for discussion this month.

IT SO ORDERED this 7th day of April 2009.

                                    /s/ Wm. R. Wilson, Jr.
                                  UNITED STATES DISTRICT JUDGE