UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**April 14, 2009**

Ms. Zoe B. Littlepage
Littlepage Booth - Houston
2043A West Main Street
Houston, TX 77098

Mr. F. Lane Heard , III
Williams & Connolly
725 Twelfth Street, N.W.
Washington , DC 20005-5901

    Re:    Ms. Littlepage Letter of April 13, 2009

Dear Counsel:

As far as I know, I have ruled on the points raised in Ms. Littlepage's letter, and I have not changed my mind.

        Cordially,

        /s/ Wm. R. Wilson, Jr.

Original to the Clerk of Court
cc:    Other Counsel of Record