UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**April 16, 2009**

Ms. Zoe B. Littlepage
Littlepage Booth - Houston
2043A West Main Street
Houston, TX 77098

  Re: Wyeth's April 14, 2009 Response (Doc. No. 2029).

Dear Ms. Littlepage:

Wyeth asserts that the Visiting Speakers Bureau Database reveals which physicians "delivered speeches in favor or hormone therapy" and that IMS data provides evidence of physicians' prescribing habits.

I believe this is accurate. Do you agree?

Please provide a short (no more than a page, but preferably a definitive, monosyllabic yes or no) response (your response should address only this question) to this inquiry by noon, Friday, April 17, 2009.

              Cordially,

              /s/ Wm. R. Wilson, Jr.

Original to the Clerk of Court
cc: Other Counsel of Record