**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

|  |  |  |
|---|---|---|
|  | : | MDL DOCKET NO. 4:03-CV-1507-WRW |
| **IN RE:** | : |  |
| **PREMPRO PRODUCTS LIABILITY** | : |  |
| **LITIGATION** | : | ALL CASES |

## ORDER

Since there do not appear to be any issues ripe (nor do I anticipate any becoming ripe) for discussion at the May 29, 2009, Status Conference, I plan on canceling the Status Conference. If anyone disagrees with my position, you should file your objection by 5 p.m., Monday, May 11, 2009.

IT SO ORDERED this 7th day of May, 2009.

/s/ Wm. R. Wilson, Jr._____
UNITED STATES DISTRICT JUDGE