

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 1 1 2009

JAMES W. McCORMACK, CLERK
By: Hauer Robinson DEP CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: | : | MDL Docket No.: 4:03CV1507WRW |
| | : | |
| PREMPRO PRODUCTS LIABILITY LITIGATION | : | ALL CASES |
| | : | |
| | : | **MOTION OF *PLOS MEDICINE* FOR ACCESS TO DISCOVERY MATERIALS INVOLVING GHOSTWRITING PRACTICES** |
| UNNAMED PLAINTIFFS | : | |
| v. | : | |
| WYETH, and its divisions WYETH PHARMACEUTICALS, INC. and ESI LEDERLE, PFIZER, INC., PHARMACIA and UPJOHN COMPANY, PHARMACIA CORPORATION, GREENSTONE, LTD., BARR PHARMACEUTICALS, INC., BARR LABORATORIES, DURAMED PHARMACEUTICALS, INC., BRISTOL-MYERS SQUIBB COMPANY, NOVARTIS PHARMACEUTICALS CORPORATION, SOLVAY PHARMACEUTICALS, INC., formerly known as REID-ROWELL, INC., SOLVAY AMERICA, INC., SOLVAY S.A., GALEN HOLDINGS, PLC, WARNER CHILCOTT, BERLEX LABORATORIES, INC., SCHERING, AG, WATSON PHARMACEUTICALS, INC., ABBOTT LABORATORIES, MYLAN LABORATORIES, INC., and ORTHO-MCNEIL PHARMACEUTICAL, INC. | : | |
| Defendants. | : | |

*PLOS Medicine*, a biomedical published by the Public Library of Science, hereby moves this Court pursuant to Federal Rule of Civil Procedure 26(c) to gain access to the discovery materials involving the alleged medical ghostwriting practices of Defendant Wyeth Pharmaceuticals, Inc., *et al.* *PLOS Medicine*'s grounds for this Motion are set forth in the accompanying Memorandum in Support thereof.

Respectfully submitted,

/s/ Morgan E. "Chip" Welch

MORGAN E. "CHIP" WELCH
ABA # 75136
Welch and Kitchens, LLC
#1 Riverfront Place, Suite 413
North Little Rock, AR 72114
(501) 978-3030
mwelch@welchandkitchens.com

Amy Radon
Public Justice, P.C.
1825 K Street NW, Suite 200
Washington, D.C. 20006
(202) 797-8600
aradon@publicjustice.net
(admission *pro hac vice* pending)

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 11th day of June 2009, a true and correct copy of the foregoing document was forwarded by U.S. mail to the parties listed on the service list below.


F. Lane Heard, III
Williams & Connolly
725 Twelfth Street, N.W.
Washington, DC 20005-5901
(202) 434-5000
Email: lheard@wc.com
*Counsel for Defendant Wyeth, Inc.*

Lyn Peeples Pruitt
Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C.
425 West Capitol Avenue
Suite 1800
Little Rock, AR 72201
(501) 688-8869
Email: lpruitt@mwlaw.com
*Counsel for Defendant Wyeth, Inc.*

Zoe Littlepage
Littlepage Booth
2043 A W. Main Street
Houston, TX 77098
(713) 529-8000
Email: zoe@littlepagebooth.com
*Counsel for Plaintiffs*

_____
MORGAN E. "CHIP" WELCH