**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

|  |  |  |
|---|---|---|
|  | : | MDL DOCKET NO. 4:03-CV-1507-WRW |
| IN RE: | : |  |
| PREMPRO PRODUCTS LIABILITY | : |  |
| LITIGATION | : | ALL CASES |

## ORDER

Plaintiffs' plenary response to Defendant Wyeth's Motion to Dismiss and for Sanctions re: Failure to Serve Completed Fact Sheets[1] should be filed by 11:00 a.m (C.S.T.), Wednesday, June 24, 2009.

Wyeth's response to PLOS Medicine's Motion to Intervene and Motion for Access to Discovery Materials[2] should be filed by the same deadline.

These issues, among others, will be discussed at the Status Conference on June 26, 2009, unless I rule earlier.

IT IS SO ORDERED this 15th day of June, 2009.

/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT COURT

---

[1] Doc. No. 2069.

[2] Doc. Nos. 2060, 2063.