**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**July 13, 2009**

**Plaintiffs' Steering Committee Members**

| | |
|---|---|
| Mr. Ralph M. Cloar, Jr.<br>CLOAR LAW FIRM<br>1501 N. University Ave.<br>Little Rock, AR 72201 | Mr. Richard Lewis<br>COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.<br>West Tower, Suite 500<br>1100 New York Avenue, N.W.<br>Washington, D.C. 20005 |
| Mr. Robert K. Jenner<br>JANET, JENNER & SUGGS L.L.C.<br>1829 Reisterstown Road, Suite 320<br>Baltimore, MD 21208 | Mr. Tobias Millrood<br>POGUST, BRASLOW & MILLROOD, LLC<br>8 Tower Bridge, Suite 1520<br>161 Washington Street,<br>Conshohocken, PA 19428 |
| Mr. Shawn Khorrami<br>LAW OFFICES OF SHAWN KHORRAMI<br>14550 Haynes Street, Third Floor<br>Van Nuys, CA 91411 | Mr. James Morris<br>BRENT COON & ASSOCIATES, P.C.<br>11614 Bee Caves Rd., Suite 220<br>Austin, TX 78738 |
| Mr. Chris Kirchmer<br>PROVOST UMPHREY LAW FIRM, LLP<br>P.O. Box 4905<br>Beaumont, TX 77704 | Mr. Mike Williams<br>WILLIAMS LOVE O'LEARY & POWERS, P.C.<br>9755 SW Barnes Road, Suite 450<br>Portland, OR 97225-6681 |
| Mr. Irwin B. Levin<br>COHEN & MALAD, LLP<br>One Indian Square, Suite 1400<br>Indianapolis, IN 46204 | |

**Defendants' Steering Committee Members**

| | |
|---|---|
| Mr. T. Scott Allen<br>CRUSE, SCOTT, HENDERSON & ALLEN, LLP<br>2777 Allen Parkway, 7th Floor<br>Houston, TX 77019 | Mr. Russell G. Thornton<br>STINNETT THIEBAUD & REMINGTON, LLP<br>Fountain Place<br>1445 Ross Avenue, Suite 4800<br>Dallas, TX 75202-2701 |
| Mr. Steven Glickstein<br>KAYE SCHOLER LLP<br>425 Park Avenue<br>New York, NY 10022 | Mr. Brian A. Troyer<br>3900 Key Center<br>127 Public Square<br>Cleveland, OH 44114 |
| Ms. Mary Hunnell Smith<br>SMITH & SMITH<br>5120 Woodway, Suite 7036<br>Houston, TX 77056 | Mr. Alan R. Vickery<br>SEDGWICK, DETERT, MORAN & ARNOLD, LLP<br>1717 Main Street, Suite 5400<br>Dallas, TX 75201-7367 |
| Mr. Joseph P. Thomas<br>ULMER BERNE LLP<br>600 Vine Street, Suite 2800<br>Cincinnati, OH 45202-2409 | |

## Lead and Liaison Counsel

| | |
|---|---|
| Ms. Zoe Littlepage<br>LITTLEPAGE BOOTH<br>1012 West Alabama Street<br>Houston, TX 77006 | Ms. Lyn P. Pruitt<br>MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD<br>425 West Capitol, Suite 1800<br>Little Rock, AR 72201 |
| Mr. Russell D. Marlin<br>Mr. Gary Holt<br>GARY EUBANKS & ASSOCIATES, LTD<br>708 West Second Street<br>Post Office Box 3887<br>Little Rock, AR 72203-3887 | Mr. John W. Vardaman, Jr.<br>Mr. Stephen L. Urbanczyk<br>Mr. F. Lane Heard, III<br>WILLIAMS & CONNOLY, LLP<br>725 Twelfth Street, N.W.<br>Washington, D.C.  20005 |

Re:   *In re Prempro*, 4:03-CV-1507
        July 24, 2009, Status Conference

To All Counsel:

Please submit a list of topics you wish to be on the agenda for the July 24, 2009, hearing by 5 p.m. Monday, July 20, 2009. Email a copy of this list to my law clerk, Matt Morgan, as well -- matt_morgan@ared.uscourts.gov.

If a topic on your list involves a lawyer who does not regularly attend the status conference, the burden is on you to inform that lawyer that she or he is expected to be at the status conference.

Our Dutch treat reception will be at The Legacy Hotel, at 5:00 p.m. on Thursday, July 23, 2009.

The status conference will commence at 9:00 a.m. on Friday, July 24, 2009.

Cordially,

/s/ Wm. R.Wilson, Jr.

Original to the Clerk of the Court