A CERTIFIED TRUE COPY

ATTEST

By Dana Stewart on Jul 17, 2009

_____

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**Jul 01, 2009**

FILED
CLERK'S OFFICE

**IN RE: PREMPRO PRODUCTS LIABILITY**
**LITIGATION**

MDL No. 1507

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-168)**

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 254 F.Supp.2d 1366 (J.P.M.L. 2003). Since that time, 8,005 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**Jul 17, 2009**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**IN RE: PREMPRO PRODUCTS LIABILITY
LITIGATION**                                                    MDL No. 1507

## SCHEDULE CTO-168 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**            **CASE CAPTION**

MINNESOTA
| | | | |
|---|---|---|---|
| MN | 0 | 09-1446 | Shirley Allen v. Wyeth, et al. |
| MN | 0 | 09-1447 | Emalene Anderson v. Wyeth, et al. |
| MN | 0 | 09-1448 | Ericka Anderson v. Wyeth, et al. |
| MN | 0 | 09-1449 | Shirley Asbert v. Wyeth, et al. |
| MN | 0 | 09-1450 | Constance Bausell v. Wyeth, et al. |
| MN | 0 | 09-1451 | Patricia Huggins v. Wyeth, et al. |
| MN | 0 | 09-1452 | Ella Bearce v. Wyeth, et al. |
| MN | 0 | 09-1453 | Irene Beckelman v. Wyeth, et al. |
| MN | 0 | 09-1454 | Barbara Crymes v. Wyeth, et al. |
| MN | 0 | 09-1455 | Jeanette Bergeron v. Wyeth, et al. |
| MN | 0 | 09-1456 | Gwendolyn Boatman v. Wyeth, et al. |
| MN | 0 | 09-1457 | Barbara Bocklage v. Wyeth, et al. |
| MN | 0 | 09-1458 | Dorothy Bonghi v. Wyeth, et al. |
| MN | 0 | 09-1459 | Lorraine Borger v. Wyeth, et al. |
| MN | 0 | 09-1460 | Betty Bornstein v. Wyeth, et al. |
| MN | 0 | 09-1461 | Barbara Bradshaw v. Wyeth, et al. |
| MN | 0 | 09-1462 | Princella Cummings v. Wyeth, et al. |
| MN | 0 | 09-1463 | Yvonne Brashear v. Wyeth, et al. |
| MN | 0 | 09-1464 | Pamela Briggs v. Wyeth, et al. |
| MN | 0 | 09-1465 | Frances Broten v. Wyeth, et al. |
| MN | 0 | 09-1466 | Catherine Bruckler v. Wyeth, et al. |
| MN | 0 | 09-1467 | Patricia Brugger v. Wyeth, et al. |
| MN | 0 | 09-1468 | Georgina Burgess v. Wyeth, et al. |
| MN | 0 | 09-1469 | Delores Burton v. Wyeth, et al. |
| MN | 0 | 09-1470 | Mary Butler v. Wyeth, et al. |
| MN | 0 | 09-1471 | Vivian Buycks Brown v. Wyeth, et al. |
| MN | 0 | 09-1472 | Frances Genduso v. Wyeth, et al. |
| MN | 0 | 09-1473 | Patricia Cefalu v. Wyeth, et al. |
| MN | 0 | 09-1474 | Barbara Chaffin v. Wyeth, et al. |
| MN | 0 | 09-1475 | Lucia George v. Wyeth, et al. |
| MN | 0 | 09-1477 | Gloria Conner v. Wyeth, et al. |
| MN | 0 | 09-1478 | Mary Goslin v. Wyeth, et al. |
| MN | 0 | 09-1479 | Nancy Cross v. Wyeth, et al. |
| MN | 0 | 09-1480 | Eleanor Hajduch v. Wyeth, et al. |
| MN | 0 | 09-1481 | Martha Wilson v. Wyeth, et al. |
| MN | 0 | 09-1482 | Janet Wilusz v. Wyeth, et al. |
| MN | 0 | 09-1483 | Lallo Hartwick v. Wyeth, et al. |
| MN | 0 | 09-1484 | Marion Toomey v. Wyeth, et al. |
| MN | 0 | 09-1485 | Karen Hatch v. Wyeth, et al. |
| MN | 0 | 09-1486 | Bonnie Held v. Wyeth, et al. |
| MN | 0 | 09-1487 | Christine Daugherty v. Wyeth, et al. |

**MDL No. 1507 - Schedule CTO-168 Tag-Along Actions (Continued)**

MN   0   09-1488      Mary Davis v. Wyeth, et al.
MN   0   09-1489      Phyllis Herchenroeder v. Wyeth, et al.
MN   0   09-1490      Mary Dwan v. Wyeth, et al.
MN   0   09-1491      Pauline Hess v. Wyeth, et al.
MN   0   09-1492      Monetta Edwards v. Wyeth, et al.
MN   0   09-1493      Judy Felgate v. Wyeth, et al.
MN   0   09-1494      Evelyn Heymann v. Wyeth, et al.
MN   0   09-1495      Mary Felschow v. Wyeth, et al.
MN   0   09-1496      Ruby Hitchcock v. Wyeth, et al.
MN   0   09-1497      Nelda Finnell v. Wyeth, et al.
MN   0   09-1498      Soon Hodgdon v. Wyeth, et al.
MN   0   09-1499      Joann Fowler v. Wyeth, et al.
MN   0   09-1500      Mary Hoffman v. Wyeth, et al.
MN   0   09-1501      Nancy Honn v. Wyeth, et al.
MN   0   09-1502      Joyce Hosler v. Wyeth, et al.
MN   0   09-1504      Toni Iorizzo v. Wyeth, et al.
MN   0   09-1505      Connie Johnson v. Wyeth, et al.
MN   0   09-1506      Gina Jones v. Wyeth, et al.
MN   0   09-1507      Julie Kaminski v. Wyeth, et al.
MN   0   09-1508      Betty Kelso v. Wyeth, et al.
MN   0   09-1509      Eileen Kempe v. Wyeth, et al.
MN   0   09-1510      Sara Kenna v. Wyeth, et al.
MN   0   09-1511      Rose Knight v. Wyeth, et al.
MN   0   09-1512      Georgiana Kolpin v. Wyeth, et al.
MN   0   09-1513      Barbara Lafoon v. Wyeth, et al.
MN   0   09-1514      Gisela Landreth v. Wyeth, et al.
MN   0   09-1515      Sylvia Luker v. Wyeth, et al.
MN   0   09-1516      Jeanette Lupo v. Wyeth, et al.
MN   0   09-1517      Irena Macek v. Wyeth, et al.
MN   0   09-1518      Carol Martin v. Wyeth, et al.
MN   0   09-1519      Pacita Mattschei v. Wyeth, et al.
MN   0   09-1520      Felicidad Merced v. Wyeth, et al.
MN   0   09-1521      Judith Mitchell v. Wyeth, et al.
MN   0   09-1522      Dorothy Moy v. Wyeth, et al.
MN   0   09-1523      Nola Neal v. Wyeth, et al.
MN   0   09-1525      Jo Newman v. Wyeth, et al.
MN   0   09-1526      Gloria Oberste v. Wyeth, et al.
MN   0   09-1527      Elisa Poulsen v. Wyeth, et al.
MN   0   09-1528      Theresa Powers v. Wyeth, et al.
MN   0   09-1530      Martha Price v. Wyeth, et al.
MN   0   09-1531      Nancy Reinhart v. Wyeth, et al.
MN   0   09-1532      Irma Rhymer v. Wyeth, et al.
MN   0   09-1533      Emily Rowley v. Wyeth, et al.
MN   0   09-1534      Barbara Saeger v. Wyeth, et al.
MN   0   09-1535      Sandra Santiamagro v. Wyeth, et al.
MN   0   09-1536      Neva Sawyers v. Wyeth, et al.
MN   0   09-1537      Renate Sczuka v. Wyeth, et al.
MN   0   09-1538      Karen Seymour v. Wyeth, et al.
MN   0   09-1539      Kathryn Shaffer v. Wyeth, et al.

**MDL No. 1507 - Schedule CTO-168 Tag-Along Actions (Continued)**

| | | | |
|---|---|---|---|
| MN | 0 | 09-1540 | Celia Sheffer v. Wyeth, et al. |
| MN | 0 | 09-1541 | Gayle Shull v. Wyeth, et al. |
| MN | 0 | 09-1542 | Sushila Somnath v. Wyeth, et al. |
| MN | 0 | 09-1543 | Verna Sorensen v. Wyeth, et al. |
| MN | 0 | 09-1544 | Marguerite Stephens v. Wyeth, et al. |
| MN | 0 | 09-1545 | Georgette Sumrok v. Wyeth, et al. |
| MN | 0 | 09-1546 | Donna Sweat v. Wyeth, et al. |
| MN | 0 | 09-1547 | Barbara Swencki v. Wyeth, et al. |
| MN | 0 | 09-1548 | Reynalda Tan v. Wyeth, et al. |
| MN | 0 | 09-1549 | Marie Tassos v. Wyeth, et al. |
| MN | 0 | 09-1550 | Geraldine Timberlake v. Wyeth, et al. |
| MN | 0 | 09-1551 | Kim Tulley v. Wyeth, et al. |
| MN | 0 | 09-1552 | Rita Vasconcellos v. Wyeth, et al. |
| MN | 0 | 09-1553 | Joan Vaughan v. Wyeth, et al. |
| MN | 0 | 09-1554 | Melinda Velasquez v. Wyeth, et al. |
| MN | 0 | 09-1555 | Ofelia Voda v. Wyeth, et al. |
| MN | 0 | 09-1556 | Nita Walker v. Wyeth, et al. |
| MN | 0 | 09-1557 | Charlene Weakley v. Wyeth, et al. |
| MN | 0 | 09-1558 | Sharon Wells v. Wyeth, et al. |
| MN | 0 | 09-1559 | Lois Wicklund v. Wyeth, et al. |
| MN | 0 | 09-1560 | Janice Williams v. Wyeth, et al. |