## UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS

RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE

500 W. CAPITOL, ROOM D444

LITTLE ROCK, ARKANSAS 72201-3325

(501) 604-5140

Facsimile (501) 604-5149

**July 22, 2009**

Mr. F. Lane Heard, III
Williams & Connolly
725 Twelfth Street, N.W.
Washington , DC 20005-5901

      Re:    July 16, 2009 Letter Re: Fact Sheets

Dear Mr. Heard:

Is this an informal motion?  If not, what is its purpose?

I see no reason that I should be concerned with who the individual named is, as long as that individual is directed to work solely on the fact sheet problem.

The deadlines remain unchanged.

           Cordially,


           /s/ Wm. R. Wilson, Jr.


Original to the Clerk of the Court
cc:    Mr. Bob Schwartz
        Other Counsel of Record