IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

IN RE:  
PREMPRO PRODUCTS LIABILITY  
LITIGATION

: MDL DOCKET NO. 4:03-CV-1507-WRW  
:  
:  
: ALL CASES

## ORDER

Based on the findings of facts and conclusions of law made in today's Status Conference:

1. PLOS's Motion to Intervene (Doc. No. 2060) is GRANTED.

2. PLOS's Motion for Access to Discovery Materials Involving Ghostwriting Practices (Doc. No. 2063) is GRANTED.

3. The New York Times Company's Motion to Intervene and Motion to Set Aside Defendant's Designation of Confidentiality (Doc. No. 2076) is GRANTED.

4. Plaintiffs' Motion to De-Designate the Confidential Designation of Materials Involving Ghostwriting (Doc. No. 2090) is GRANTED.

5. PLOS's and The New York Times Company's Motions to Join Plaintiffs' Motion to De-Designate (Doc. Nos. 2115, 2117) are GRANTED.

The granting of the motions regarding de-designation of confidential "ghostwriting" documents becomes effective at 5 p.m., Friday, July 31, 2009.

6. Wyeth's Motion to Compel Bailey and Galyen (Doc. No. 2101) is DENIED.

IT IS SO ORDERED this 24th day of July, 2009.

/s/ Wm. R. Wilson, Jr._____  
UNITED STATES DISTRICT COURT