IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| | : | MDL DOCKET NO. 4:03-CV-1507-WRW |
| IN RE: | : | |
| PREMPRO PRODUCTS LIABILITY | : | |
| LITIGATION | : | ALL CASES |

## ORDER

Wyeth's Motion for Clarification (Doc. No. 2122) is GRANTED in PART and DENIED in PART. I intended for the scope of the July 23, 2009, Order[1] to cover only the 1,520 documents identified by Plaintiffs in their motion.[2]

The request for an extension of time is denied.

IT IS SO ORDERED this 29th day of July, 2009.

/s/ Wm. R. Wilson, Jr._____
UNITED STATES DISTRICT COURT

---

[1] Doc. No. 2120.

[2] Doc. No. 2090, 2091.

1