**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

|  |  |  |
|---|---|---|
|  | **:** | **MDL DOCKET NO. 4:03-CV-1507-WRW** |
| **IN RE:** | **:** |  |
| **PREMPRO PRODUCTS LIABILITY** | **:** |  |
| **LITIGATION** | **:** | **ALL CASES** |

**ORDER**

The August 28, 2009, Status Conference is CANCELLED, based on the parties' position that there are no issues ripe for discussion this month.

IT SO ORDERED this 19th day of August, 2009.

                                                   /s/ Wm. R. Wilson, Jr.
                                                 UNITED STATES DISTRICT JUDGE