IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| | : | MDL DOCKET NO. 4:03-CV-1507-WRW |
| IN RE: | : | |
| PREMPRO PRODUCTS LIABILITY | : | |
| LITIGATION | : | ALL CASES |

**ORDER**

Based on the papers as well as argument during the July 24, 2009, Status Conference, Plaintiffs' Motions to Compel King Pharmaceuticals and Monarch Pharmaceuticals (Doc. Nos. 2092, 2094) are DENIED without prejudice.

It seems to me that Plaintiffs' discovery requests are too broad and should be more narrowly tailored to these specific defendants. Additionally, lead counsel should consult with the Plaintiffs' lawyers in the few cases where King and Monarch are defendants, in an effort to get discovery that meets the needs of those Plaintiffs.

IT IS SO ORDERED this 31st day of August, 2009.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT COURT