UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**September 2, 2009**

Ms. Zoe Littlepage
Littlepage Booth
2043A W. Main Street
Houston, TX 77098

Mr. Brian A. Troyer
Thompson Hine LLP
3900 Key Center
127 Public Square
Cleveland, OH 44114

    Re:    Plaintiffs' Motion to Compel Solvay Pharmaceuticals (Doc. No. 2044)

Dear Counsel:

Unless I am missing something, this appears to be a matter of expenses.

I understand Plaintiffs can get this information from a third party. What would the cost to Plaintiffs be?

If I ordered Solvay to produce it to Plaintiffs, what would Solvay's cost be?

Please advise me by 5 p.m., Wednesday, September 9, 2009.

If either party disagrees with the other party's expense figure, please tell me the specific basis for your objection by 5 p.m., Monday, September 14, 2009.

                                              Cordially,

                                              /s/ Wm. R. Wilson, Jr.

Original to the Clerk of the Court
cc:    Other Counsel of Record