A CERTIFIED TRUE COPY
ATTEST
By Darion Payne on Sep 17, 2009
FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Sep 01, 2009**

FILED
CLERK'S OFFICE

IN RE: PREMPRO PRODUCTS LIABILITY
LITIGATION

MDL No. 1507

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-171)**

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 254 F.Supp.2d 1366 (J.P.M.L. 2003). Since that time, 8,134 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**Sep 17, 2009**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: PREMPRO PRODUCTS LIABILITY LITIGATION**     MDL No. 1507

## SCHEDULE CTO-171 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**          **CASE CAPTION**

IOWA NORTHERN
  IAN   5   09-4039          Jennifer Rench, et al. v. Wyeth, Inc., et al.

KENTUCKY EASTERN
  ~~KYE   6   09-296~~          ~~Connie S. Hibbard v. Wyeth, Inc., et al.~~     Opposed 9/11/09

OREGON
  OR   6   09-6201          Cindy K. Stanton, et al. v. Solvay Pharmaceuticals, Inc., et al.

PENNSYLVANIA EASTERN
  PAE   2   09-2842          Cheryll A. Gill, et al. v. Warner Chilcott (US), LLC, et al.

WASHINGTON WESTERN
  WAW   2   09-958          Elizabeth Sabado Nelson, et al. v. Wyeth