**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

|  |  |  |
|---|---|---|
|  | : | MDL DOCKET NO. 4:03-CV-1507-WRW |
| IN RE: | : |  |
| PREMPRO PRODUCTS LIABILITY | : |  |
| LITIGATION | : | ALL CASES |

## ORDER

Based on the parties' memoranda, the July 24, 2009, oral argument, and the agreement between the parties, Plaintiffs' Motion to Compel Solvay Pharmaceuticals, Inc. (Doc. No. 2044) is GRANTED in PART. Solvay is directed to deliver to Plaintiffs a list of the ten highest prescribers of Prometrium for each state for the current calendar year, including their business or professional address, based on the data in Solvay's possession and subject to the Superseding Confidentiality Order. Plaintiffs are directed to pay the costs incurred in preparing and providing the list (which the Court was advised do not exceed $1,000). The remainder of Plaintiffs' Motion to Compel is withdrawn.

IT IS SO ORDERED this 25th day of September, 2009.

/s/ Wm. R. Wilson, Jr._____
UNITED STATES DISTRICT JUDGE