**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

|  |  |  |
|---|---|---|
|  | : | **MDL DOCKET NO. 4:03-CV-1507-WRW** |
| **IN RE:** | : |  |
| **PREMPRO PRODUCTS LIABILITY** | : |  |
| **LITIGATION** | : | **ALL CASES** |

## ORDER

If the parties cannot resolve the issue set forth in Wyeth's motion filed today (Doc. No. 2148) by 3 p.m. (c.s.t.), tomorrow, we'll have a telephone conference and I'll see if I can't resolve the pending disputation.

Please keep in mind that sometimes in the late afternoon, on Fridays, I go into King Saul mood, with no Little David to play me a softening tune. Consider yourselves fully advised in the premises on this point.

IT IS SO ORDERED this 1st day of October, 2009.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT COURT