UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**November 2, 2009**

Mr. James A. Morris , Jr.
Morris Law Firm
11614 Bee Caves Road, Suite 220
Austin, TX 78738

Mr. Erik Brett Walker
Hissey, Kientz & Herron, P.L.L.C.
9442 Capital of Texas Highway North, Suite 420
Austin, TX 78759

Ms. Zoe B. Littlepage
Littlepage Booth - Houston
2043A West Main Street
Houston, TX 77098

Mr. F. Lane Heard , III
Mr. Stephen L. Urbanczyk
Williams & Connolly
725 Twelfth Street, N.W.
Washington, DC 20005-5901

      Re:    *Scroggin v. Wyeth*, 4:04-CV-01169-WRW -- Punitive Damages Trial
             *In re Prempro*, 4:03-CV-1507 -- Next Bellwether Trial

Dear Counsel:

I have no idea whether a suggestion of rehearing *en banc* will be filed, but, be that as it may, please pencil in Tuesday, February 2, 2010, at 1:30 p.m., through Friday, February 5, 2010, for a punitive damages re-trial in *Scroggin v. Wyeth*.

Please also pencil in the next bellwether trial commencing on June 8, 2010.

Many thanks.

                                              Cordially,

                                              /s/ Wm. R. Wilson, Jr.

Original to the Clerk of the Court
cc:      Other Counsel of Record