UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**November 20, 2009**

Mr. Erik Brett Walker
Hissey, Kientz & Herron, P.L.L.C.
9442 Capital of Texas Highway North, Suite 420
Austin, TX 78759

Mr. F. Lane Heard , III
Williams & Connolly
725 Twelfth Street, N.W.
Washington, DC 20005-5901

   Re: *In re Prempro*, 4:03-CV-01507-WRW
      Follow-up Question from Status Conference

Gentlemen:

After our hearing this morning during which you both addressed me on various issues, this is on my mind -- what is to be done with the non-PPO 9 cases?

More specifically, what about the non-Wyeth, non-Pfizer cases? What about the cases that involve injuries other than breast cancer?

I believe PPO-9 cases constitute 10% or less of all the MDL cases transferred to me.

I solicit suggestions from each of you by 5 p.m., Friday, December 4, 2009; and I will welcome suggestions from any counsel of record in these cases.

               Cordially,

               /s/ Wm. R. Wilson, Jr.

Original to the Clerk of the Court
cc: Other Counsel of Record