IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

IN RE:                                                                          MDL DOCKET NO. 4:03CV01507-WRW

PREMPRO PRODUCTS LIABILITY                                ALL CASES
LITIGATION

## ORDER

Status Conferences for 2010 are set as follows:

    Friday, January 22, 2010 at 9:00 a.m.

    Friday, February 19, 2010 at 9:00 a.m.

    Friday, March 19, 2010 at 9:00 a.m.

    Friday, April 23, 2010 at 9:00 a.m.

    Friday, May 14, 2010 at 9:00 a.m.

    Friday, June 25, 2010 at 9:00 a.m.

    Friday, July 23, 2010 at 9:00 a.m.

    Friday, August 27, 2010 at 9:00 a.m.

    Friday, September 24, 2010 at 9:00 a.m.

    Friday, October 29, 2010 at 9:00 a.m.

    Friday, November 19, 2010 at 9:00 a.m.

    Friday, December 17, 2010 at 9:00 a.m.

IT IS SO ORDERED this 20th day of November, 2009.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

ord.MDLStatusConf2010.wpd