IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

|   |   |   |
|---|---|---|
|  | : | MDL DOCKET NO. 4:03-CV-1507-WRW |
| IN RE: | : |  |
| PREMPRO PRODUCTS LIABILITY | : |  |
| LITIGATION | : |  |

### ORDER

Numerous "excusable neglect" requests have been filed by Plaintiffs' counsel in response to Defendant Wyeth's Federal Rule of Civil Procedure 25 motions to dismiss -- which have been filed in individual cases.

Henceforth -- starting today -- I will award reasonable attorneys' fees to defense counsel for filing these motions, absent unusual circumstances.

I believe I have erred, if I have erred at all, on the side of tolerance in finding "excusable neglect."

In connection with any Rule 25 motion to dismiss filed after today, defense counsel may include a specific, reasonable request for attorneys' fees and expenses.

IT IS SO ORDERED this 13th day of January, 2010.

/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE