UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**February 3, 2010**

Ms. Zoe B. Littlepage
Ms. Natasha D. Hanberry
Littlepage Booth - Houston
2043A West Main Street
Houston, TX 77098

Mr. F. Lane Heard , III
Williams & Connolly
725 Twelfth Street, N.W.
Washington, DC 20005-5901

Mr. Alan E. Rothman
Kaye Scholer, LLP - New York
425 Park Avenue
New York, NY 10022-3598

Mr. Charles P. Goodell , Jr.
Goodell, DeVries, Leech & Dann, LLP
One South Street, Suite 2000
Baltimore, MD 21202

   Re: *In re Prempro*, No. 4:03-CV-01507-WRW -- Fourth Bellwether Trial
      *Hill v. Wyeth*, *et al.*, No. 4:05-CV-00546

Dear Counsel:

My staff advises me that there is talk of a possible Petition for Writ of Certiorari in *Scroggin v. Wyeth, et al.*[1] If the petition is filed, we will move *Hill v. Wyeth*, *et al.*, No. 4:05-CV-00546 into the slot set for the *Scroggin* punitive damages trial, *i.e.,* July 20, 2010, *et seq*.

In other words, counsel should be prepared to go forward with either of these two cases the morning of July 20, 2010 -- N.B.!

Have a nice day.

                      Cordially,

                      /s/ Wm. R. Wilson, Jr.

Original to the Clerk of the Court
cc: Other Counsel of Record

---

[1] E.D. Ark. No. 4:04-CV-01169-WRW; 8th Cir. No. 08-2555.