**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

|  |  |  |
|---|---|---|
|  | **:** | **MDL DOCKET NO. 4:03-CV-1507-WRW** |
| **IN RE:** | **:** |  |
| **PREMPRO PRODUCTS LIABILITY** | **:** |  |
| **LITIGATION** | **:** | **ALL CASES** |

## ORDER

Based on the requests of the parties, the February 19, 2010, Status Conference is CANCELLED.

IT SO ORDERED this 8th day of February, 2010.

                                                /s/ Wm. R. Wilson, Jr.
                                                UNITED STATES DISTRICT JUDGE