# UNITED STATES JUDICIAL PANEL
# on
# MULTIDISTRICT LITIGATION

**CHAIRMAN:**
**John G. Heyburn II**
**United States District Court**
**Western District of Kentucky**

**MEMBERS:**
**Robert L. Miller, Jr.**
**United States District Court**
**Northern District of Indiana**

**Kathryn H. Vratil**
**United States District Court**
**District of Kansas**

**David R. Hansen**
**United States Court of Appeals**
**Eighth Circuit**

**W. Royal Furgeson, Jr.**
**United States District Court**
**Northern District of Texas**

**Frank C. Damrell, Jr.**
**United States District Court**
**Eastern District of California**

**David G. Trager**
**United States District Court**
**Eastern District of New York**

**DIRECT REPLY TO:**

**Jeffery N. Lüthi**
**Clerk of the Panel**
**One Columbus Circle, NE**
**Thurgood Marshall Federal**
**Judiciary Building**
**Room G-255, North Lobby**
**Washington, D.C. 20002**

**Telephone: [202] 502-2800**
**Fax: [202] 502-2888**
**http://www.jpml.uscourts.gov**

February 19, 2010

James W. McCormack, Clerk
402 U.S. Courthouse
600 West Capitol Avenue
Little Rock, AR 72201-3325

Re: MDL No. 1507 -- IN RE: Prempro Products Liability Litigation

(See Attached CTO-176)

Dear Mr. McCormack:

Attached as a PDF document is a certified copy a conditional transfer order filed by the Panel in the above-captioned matter on February 4, 2010. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 14 days to give any party an opportunity to oppose the transfer. The 14-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

**The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

A list of involved counsel, judges and clerks are attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By *Jakeia Mells*
Jakeia Mells
Deputy Clerk

Attachments

cc: Transferee Judge: Judge William R. Wilson, Jr.

**IN RE: PREMPRO PRODUCTS LIABILITY LITIGATION** MDL No. 1507

**PANEL SERVICE LIST (CTO-176)**

John P. Borger
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901

Laura E. De Santos
URQUHART & DE SANTOS LLP
3000 Weslayan Street
Suite 350
Houston, TX 77027

Jennifer Haltom Doan
HALTOM & DOAN LLP
6500 Summerhill Road
Crown Executive Center, Suite 100
P.O. Box 6227
Texarkana, TX 75505-6227

F. Lane Heard, III
WILLIAMS & CONNOLLY LLP
Edward Bennett Williams Building
725 12th Street, N.W.
Washington, DC 20005-5901

William G. Holt
GARY EUBANKS & ASSOCIATES
Post Office Box 3887
Little Rock, AR 72203-3887

Christy D. Jones
BUTLER SNOW O'MARA STEVENS & CANNADA PLLC
P. O. Box 22567
Jackson, MS 39225-2567

Joseph Kelly
210 Main Street
P.O. Box 610
Liberty, MS 39645

Kelly Ruth Kimbrough
CLARK THOMAS & WINTERS PC
300 West 6th Street
15th Floor
P.O. Box 1148
Austin, TX 78701

Patrick Lysaught
BAKER STERCHI COWDEN & RICE LLC
2400 Pershing Road
Suite 500
Kansas City, MO 64108-2504

Ted G. Meadows
BEASLEY ALLEN CROW METHVIN PORTIS & MILES PC
234 Commerce Street
P.O. Box 4160
Montgomery, AL 36103-4160

Elizabeth A. Peterson
ZIMMERMAN REED
651 Nicollet Mall Ste 501
Minneapolis, MN 55402

Lyn Peeples Pruitt
MITCHELL WILLIAMS SELIG GATES & WOODYARD PLLC
425 West Capitol Avenue
Suite 1800
Little Rock, AR 72201-3525

Alan E. Rothman
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022-3598

Gina M. Saelinger
ULMER & BERNE LLP
600 Vine Street
Suite 2800
Cincinnati, OH 45202

**MDL No. 1507 - Panel Service List (CTO-176) (Continued)**

James D. Sill
SILL & MEDLEY
231 North Broadway
Shawnee, OK 74801

Matthew J. Sill
SILL & MEDLEY
725 N.W. Eleventh
Oklahoma City, OK 73103-2429

Jack E. Urquhart
URQUHART & DE SANTOS LLP
300 West 6th Street
14th Floor
Austin, TX 78767

Erik B. Walker
HISSEY KIENTZ & HERRON PLLC
16800 Imperial Valley Drive
Suite 130
Houston, TX 77060

Michael A. Walsh
STRASBURGER & PRICE LLP
901 Main Street
Suite 4400
P.O. Box 50100
Dallas, TX 75202-3794

Rebecca L. Wiggs
WATKINS & EAGER PLLC
P.O. Box 650
Jackson, MS 39205-0650

**IN RE: PREMPRO PRODUCTS LIABILITY LITIGATION** MDL No. 1507

## INVOLVED JUDGES LIST (CTO-176)

Hon. Leonard E. Davis
U.S. District Judge
United States District Court
106 Federal Building
211 West Ferguson Street
Tyler, TX 75702

Hon. Paul A. Magnuson
Senior U.S. District Judge
734 Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Hon. Patrick J. Schiltz
U.S. District Judge
774 Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Hon. Keith Starrett
U.S. District Judge
U.S. District Court
228 U.S. Courthouse Federal Bldg.
701 N. Main Street
Hattiesburg, MS 39401

**IN RE: PREMPRO PRODUCTS LIABILITY LITIGATION** MDL No. 1507

## INVOLVED CLERKS LIST (CTO-176)

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

J.T. Noblin, Clerk
200 U.S. Courthouse & Federal Building
701 North Main Street
Hattiesburg, MS 39401

David J. Maland, Clerk
106 Federal Building
211 W. Ferguson Street
Tyler, TX 75702