UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | MDL DOCKET NO. 4:03-cv-01507-WRW |
| PREMPRO PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | ALL CASES LISTED ON EXHIBIT A |
| | ) | |

## MDL PLAINTIFFS REPRESENTED BY
## FLEMING & ASSOCIATES, LLP'S MOTION TO REMAND
## CASES PENDING AGAINST WYETH AND UPJOHN

COME NOW, MDL Plaintiffs represented by Fleming & Associates, LLP[1], and file this motion to remand their cases against Wyeth and Upjohn[2], and respectfully show the following:

On February 24, 2010, this Court entered an order suggesting remand of 138 cases alleging breast cancer injury against only Defendants Wyeth and Upjohn. Fleming & Associates, LLP ("hereinafter F&A"), on behalf of 579 Plaintiffs it represents whose cases were transferred to this Court, requested that this Court enter an order suggesting remand of its cases. The Plaintiffs in these cases suffer from breast cancer and have only brought claims against Wyeth and/or Upjohn. Since all common issues have been resolved and only case-specific issues remain, F&A requests that this Court remand its cases where the Plaintiffs have breast cancer and have only named Wyeth and Upjohn as defendants.

Recognizing that case-specific discovery is all that remains with regard to Plaintiffs' cases, this Court should grant F&A motion to remand its clients' cases involving breast cancer against Defendants Wyeth and Upjohn to the transferor courts.

---

[1] Fleming & Associates, LLP presently represents 584 MDL Plaintiffs
[2] For purposes of this motion, Upjohn refers to Pharmacia and Upjohn Company LLC f/k/a Pharmacia and Upjohn Company and Pfizer.

Respectfully submitted,

*/s/Gail O. Matthews*
Gail O. Matthews
MATTHEWS, SANDERS & SAYES
Arkansas Bar No. 60025
325 West Third Street
Little Rock, AR 72201-2103
Telephone (501) 378-0717
Facsimile (501) 375-2924
E-mail: rsanders@msslawfirm.com

G. Sean Jez
FLEMING & ASSOCIATES, L.L.P.
Texas Bar No. 00796829
1330 Post Oak Boulevard, Suite 3030
Houston, TX 77056
Telephone (713) 621-7944
Facsimile (713) 621-9638
E-mail: sean_jez@fleming-law.com

Daniel E. Phillips
SOLBERG, STEWART, MILLER, TJON
Minnesota Bar No. 0242081
P.O. Box 1897
Fargo, ND 58107-1897
Telephone (701) 237-3166
Facsimile (701) 237-4627

Stacy K. Hauer
ZIMMERMAN REED, P.L.L.P.
Minnesota Bar No. 317093
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402
Telephone (612) 341-0400
Facsimile (612) 341-0844

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **MDL Plaintiffs Represented by Fleming & Associates, LLP's Motion to Remand Cases Pending Against Wyeth and Upjohn** has been filed electronically and is available for viewing and downloading from ECF system pursuant to Practice & Procedure Rule No. 1 of the Prempro Product Liability Litigation Practice & Procedure. Service on all attorneys of record who do not receive notice by electronic mail from the ECF system was accomplished via e-mail on this the 26th day of February, 2010

Lynn Pruitt
MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD
425 West Capitol, Suite 1800
Little Rock, AR 72201
LPruitt@mwsgw.com
**Defendants' Liaison Counsel
for service**

Ralph M. Cloar, Jr.
ATTORNEY AT LAW
1501 N. University Ave., Suite 640
Little Rock, AR 72201
**Plaintiffs' Liaison Counsel
for service**

F. Lane Heard
John L. Vardaman
Stephen L. Urbanczyk
WILLIAMS & CONNOLLY, L.L.P.
725 Twelfth St., N.W.
Washington, DC 20005
lheard@wc.com
**Defendants' Liaison Counsel
for service**

Zoe Littlepage
LITTLEPAGE BOOTH
2043-A West Main Street
Houston, TX 77098
**Plaintiffs' Liaison Counsel
for service**

 

/s/Gail O. Matthews
Gail O. Matthews
MATTHEWS, SANDERS & SAYES
Arkansas Bar No. 60025
325 West Third Street
Little Rock, AR 72201-2103
Telephone (501) 378-0717
Facsimile (501) 375-2924
E-Mail: rsanders@msslawfirm.com