# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

|  |  |  |
|---|---|---|
| **IN RE:** | : | **MDL DOCKET NO. 4:03-CV-1507-WRW** |
| **PREMPRO PRODUCTS LIABILITY** | : |  |
| **LITIGATION** | : |  |

---

**DONNA SCROGGIN**                                                **PLAINTIFF**

v.                  **4:04-CV-01169-WRW**

**WYETH, et al.**                                                **DEFENDANTS**

---

**HELEN HILL**                                                      **PLAINTIFF**

v.                  **4:05-CV-00546-WRW**

**WYETH, et al.**                                                **DEFENDANTS**

### ORDER

Plaintiffs' Motion for Reconsideration,[1] after full consideration, is hereby DENIED. The Motion for a Hearing on this issue is DENIED as MOOT.[2]

IT IS SO ORDERED this 2nd day of March, 2010.

                                                         /s/ Wm. R. Wilson, Jr.
                                                         UNITED STATES DISTRICT JUDGE

---

[1] *In re Prempro*, Doc. No. 2216; *Scroggin*, Doc. No. 733; *Hill*, Doc. No. 391.

[2] *In re Prempro*, Doc. No. 2217; *Scroggin*, Doc. No. 734; *Hill*, Doc. No. 392.