**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

|  |  |  |
|---|---|---|
|  | **:** | **MDL DOCKET NO. 4:03-CV-1507-WRW** |
| **IN RE:** | **:** |  |
| **PREMPRO PRODUCTS LIABILITY** | **:** |  |
| **LITIGATION** | **:** |  |

**DIANE LAFERRARA**                                                                                          **PLAINTIFF**

**v.**                                                   **4:04-CV-02271-WRW**

**WYETH, et al.**                                                                                                    **DEFENDANTS**

**ORDER**

If *Helen Hill v. Wyeth*, 4:05-CV-00546-WRW, settles, we will try *Diane Laferrara*, 4:04-CV-02271, in its place -- commencing on July 20, 2010.

A scheduling order will be filed forthwith.

IT SO ORDERED this 2nd day of March, 2010.

/s/ Wm. R. Wilson, Jr._____
UNITED STATES DISTRICT JUDGE