## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

|                                          |   |                                    |
|------------------------------------------|---|------------------------------------|
|                                          | : | **MDL DOCKET NO. 4:03-CV-1507-WRW** |
| **IN RE:**                               | : |                                    |
| **PREMPRO PRODUCTS LIABILITY**           | : |                                    |
| **LITIGATION**                           | : | **ALL CASES**                      |

### ORDER

First and foremost, the stars fell on Alabama on November 12-13, 1833.

Now, on to the law:  Plaintiffs' Motions to Remand Cases (Doc. Nos. 2210, 2214, 2223) are DENIED without prejudice.

At this time, I believe that the appropriate way to move forward is to designate additional cases under PPO-9.  Starting out, I intend to designate 200 cases for PPO-9 discovery each month, and see how the process works.  If things move smoothly, I may increase the number.

Additionally, I intend to lift the restrictions on PPO-9 eligibility. In the past, PPO-9 discovery was limited to cases with Wyeth and Pfizer as the only defendants and claims for only breast cancer injuries.  I see no reason why these restrictions continue to be necessary. Accordingly, some time next week, I intend to designate additional PPO-9 cases.

Finally, if I recall correctly, it took the parties well over a year to complete PPO-9 depositions in the first round of cases.  This is too slow.  I expect all parties to cooperate in expeditiously scheduling and taking these PPO-9 depositions.  It seems to me that, generally, the PPO-9 discovery should be completed within six months of the date on which a case is designated a PPO-9 case.  However, when scheduling the depositions, the parties should be careful not to load one firm's wagon with more poles than a mule can pull, *i.e.*, I expect all parties to be reasonable in this regard.

IT IS SO ORDERED this 19th day of March, 2010.

/s/ Wm. R. Wilson, Jr._____
UNITED STATES DISTRICT JUDGE