A CERTIFIED TRUE COPY
ATTEST

By Teresa Bishop on Apr 20, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

Apr 05, 2010

FILED
CLERK'S OFFICE

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: PREMPRO PRODUCTS LIABILITY
LITIGATION

MDL No. 1507

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-179)

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.  *See* 254 F.Supp.2d 1366 (J.P.M.L. 2003).  Since that time, 8,179 additional actions have been transferred to the Eastern District of Arkansas.  With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas.  The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof.  If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Apr 20, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**IN RE: PREMPRO PRODUCTS LIABILITY**
**LITIGATION**                                                                  MDL No. 1507

### SCHEDULE CTO-179 - TAG-ALONG ACTIONS

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| **CALIFORNIA CENTRAL** | | | |
| CAC | 8 | 10-155 | Jean L. Scheele, et al. v. Pfizer Inc., et al. |
| **LOUISIANA EASTERN** | | | |
| LAE | 2 | 10-400 | Altarene Brown v. Wyeth LLC, et al. |
| LAE | 2 | 10-402 | Van Williamson v. Wyeth LLC, et al. |
| LAE | 2 | 10-403 | Francine Weaker v. Wyeth LLC, et al. |
| LAE | 2 | 10-404 | Gloria Stewart, et al. v. Wyeth LLC, et al. |
| LAE | 2 | 10-408 | Claire R. Dalier, et al. v. Wyeth LLC, et al. |
| **MINNESOTA** | | | |
| MN | 0 | 09-337 | Carmen Matos v. Wyeth Pharmaceuticals, Inc., et al. |
| MN | 0 | 10-564 | Alvina Flinn v. Wyeth LLC, et al. |
| MN | 0 | 10-565 | Marsha Cox v. Wyeth LLC, et al. |
| MN | 0 | 10-635 | Kathleen Severin v. Wyeth LLC, et al. |
| MN | 0 | 10-693 | Judy Cox v. Wyeth, et al. |
| MN | 0 | 10-694 | Roseyln Gira v. Wyeth, et al. |
| MN | 0 | 10-695 | Jewell Hyder v. Wyeth, et al. |
| MN | 0 | 10-696 | Charlotte Passiglia v. Wyeth, et al. |
| MN | 0 | 10-697 | Jean Turk v. Wyeth, et al. |
| MN | 0 | 10-699 | Susan Hamberg v. Wyeth Pharmaceuticals, et al. |
| MN | 0 | 10-714 | Mary Loveless v. Wyeth LLC, et al. |
| MN | 0 | 10-716 | Karen Trayler, et al. v. Wyeth LLC, et al. |
| MN | 0 | 10-718 | Tammy Langley, etc. v. Wyeth LLC, et al. |
| MN | 0 | 10-720 | Donna Trisler, et al. v. Wyeth LLC, et al. |
| MN | 0 | 10-721 | Linda Ryan v. Wyeth LLC, et al. |
| MN | 0 | 10-722 | Jackie Simkins v. Wyeth LLC, et al. |
| MN | 0 | 10-724 | Sharon Thornton v. Wyeth LLC, et al. |
| MN | 0 | 10-725 | Marti Savarin v. Wyeth LLC, et al. |
| MN | 0 | 10-726 | Kathleen Wood, et al. v. Wyeth LLC, et al. |
| MN | 0 | 10-728 | Bill Yates, etc. v. Wyeth LLC, et al. |
| MN | 0 | 10-733 | Marilyn Nienstedt v. Wyeth LLC, et al. |
| MN | 0 | 10-736 | Arlene Stegmer v. Wyeth LLC, et al. |
| MN | 0 | 10-737 | Nancy Fantozzi v. Wyeth LLC, et al. |

**MDL No. 1507 - Schedule CTO-179 Tag-Along Actions (Continued)**

| **DIST.** | **DIV.** | **C.A. #** | **CASE CAPTION** |
|---|---|---|---|

MISSOURI EASTERN
  MOE    4    10-143    Peggy Carpenter v. Wyeth Inc., et al.

MISSISSIPPI SOUTHERN
  MSS    3    10-156    Ethel Eady, et al. v. Wyeth, Inc., et al.
  MSS    3    10-157    Dorothy Cotton v. Wyeth, Inc., et al.
  MSS    3    10-158    Linda Cain, et al. v. Wyeth, Inc., et al.
  MSS    5    10-31    Barbara Wright v. Wyeth, Inc., et al.

NEW YORK SOUTHERN
  NYS    7    10-1629    Sandra Copello, et al. v. Pfizer Inc., et al.

TENNESSEE MIDDLE
  TNM    3    10-219    Linda Meikle, et al. v. American Home Products, Inc., et al.

TEXAS SOUTHERN
  TXS    3    10-53    Willine Leribeus v. Wyeth Pharmaceuticals, Inc., et al.