UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**May 3, 2010**

**Plaintiffs' Steering Committee Members**

Mr. Ralph M. Cloar, Jr.
CLOAR LAW FIRM
1501 N. University Ave.
Little Rock, AR 72201

Mr. Robert K. Jenner
JANET, JENNER & SUGGS L.L.C.
1829 Reisterstown Road, Suite 320
Baltimore, MD 21208

Mr. Shawn Khorrami
LAW OFFICES OF SHAWN KHORRAMI
14550 Haynes Street, Third Floor
Van Nuys, CA 91411

Mr. Chris Kirchmer
PROVOST UMPHREY LAW FIRM, LLP
P.O. Box 4905
Beaumont, TX 77704

Mr. Irwin B. Levin
COHEN & MALAD, LLP
One Indian Square, Suite 1400
Indianapolis, IN 46204

Mr. Richard Lewis
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
West Tower, Suite 500
1100 New York Avenue, N.W.
Washington, D.C. 20005

Mr. Tobias Millrood
POGUST, BRASLOW & MILLROOD, LLC
8 Tower Bridge, Suite 1520
161 Washington Street,
Conshohocken, PA 19428

Mr. James Morris
BRENT COON & ASSOCIATES, P.C.
11614 Bee Caves Rd., Suite 220
Austin, TX 78738

Mr. Ken Suggs
JANET, JENNER & SUGGS LLC
500 Taylor Street, Suite 301
Columbia, SC 29201

Mr. Mike Williams
WILLIAMS LOVE O'LEARY & POWERS, P.C.
9755 SW Barnes Road, Suite 450
Portland, OR 97225

**Defendants' Steering Committee Members**

Mr. T. Scott Allen
CRUSE, SCOTT, HENDERSON & ALLEN, LLP
2777 Allen Parkway, 7th Floor
Houston, TX 77019

Mr. Steven Glickstein
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022

Ms. Mary Hunnell Smith
SMITH & SMITH
5120 Woodway, Suite 7036
Houston, TX 77056

Mr. Joseph P. Thomas
ULMER BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Mr. Russell G. Thornton

STINNETT THIEBAUD & REMINGTON, LLP
1445 Ross Avenue, Suite 4800
Dallas, TX 75202

Mr. Brian A. Troyer
THOMPSON HINE LLP
3900 Key Center
127 Public Square
Cleveland, OH 44114

Mr. Alan R. Vickery
SEDGWICK, DETERT, MORAN & ARNOLD, LLP
1717 Main Street, Suite 5400
Dallas, TX 75201

## Lead and Liaison Counsel

| | |
|---|---|
| Ms. Zoe Littlepage | Ms. Lyn P. Pruitt |
| LITTLEPAGE BOOTH | MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD |
| 2043A W. Main Street | 425 West Capitol, Suite 1800 |
| Houston, TX 77098 | Little Rock, AR 72201 |
| | |
| Mr. Gary Holt | Mr. John W. Vardaman, Jr. |
| GARY HOLT & ASSOCIATES | Mr. Stephen L. Urbanczyk |
| 708 West Second Street | Mr. F. Lane Heard, III |
| Post Office Box 3887 | WILLIAMS & CONNOLLY, LLP |
| Little Rock, AR 72203-3887 | 725 Twelfth Street, N.W. |
| | Washington, D.C.  20005 |

Re:  *In re Prempro*, 4:03-CV-1507
     May 14, 2010, Status Conference

To All Counsel:

Please submit a list of topics you wish to be on the agenda for the May 14, 2010, hearing by 5 p.m. Monday, May 10, 2010. Email a copy of this list to my law clerk, Matt Morgan, as well -- matt_morgan@ared.uscourts.gov.

If a topic on your list involves a lawyer who does not regularly attend the status conference, the burden is on you to inform that lawyer that she or he is expected to be at the status conference.

Our Dutch treat reception will be at The Legacy Hotel, at 5:00 p.m. on Thursday, May 13, 2010.

The status conference will commence at 9:00 a.m. on Friday, May 14, 2010.

                                        Cordially,

                                        /s/ Wm. R.Wilson, Jr.

Original to the Clerk of the Court