IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | MDL DOCKET NO. 4:03-CV-1507-WRW |
| PREMPRO PRODUCTS LIABILITY | : | |
| LITIGATION | : | |

**ORDER[1]**

The parties' joint motion (Doc. No. 2250) to establish a scheduling order to consider evidence regarding a scientifically supported causal link between estrogen-only hormone therapy and breast cancer. Accordingly, the schedule is as follows:[2]

| | |
|---|---|
| June 2 | Plaintiffs file motion, designate experts, and disclose expert reports. |
| June 2 - July 1 | Parties depose Plaintiffs' experts. |
| July 15 | Defendants must file response to Plaintiffs' motion. |
| July 22 | Plaintiffs must file reply to Defendants' response. |
| July 29 | Defendants file sur-reply. |

Some time during the week of August 9, 2010, I may have a joint hearing with Judge Montgomery in Minneapolis, Minnesota. I will try to finalize the details with her next week. If she and I are unable to coordinate a time and date, the hearing likely will be held later that month in Little Rock, Arkansas.

IT SO ORDERED this 13th day of May, 2010.

/s/ Wm. R. Wilson, Jr._____
UNITED STATES DISTRICT JUDGE

---

[1] This Order also grants Doc. No. 12 in *Davis, et al. v. Wyeth, Inc., et al.*, No. 4:07-CV-00173. Any future pleadings on this subject should be filed in MDL 1507 only.

[2] Each deadline is 5 p.m.