A CERTIFIED TRUE COPY
ATTEST

By Jakeia R. Mells on May 17, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Apr 30, 2010

FILED
CLERK'S OFFICE

IN RE: PREMPRO PRODUCTS LIABILITY
LITIGATION

4:03-cv-001507 WRW

MDL No. 1507

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-181)

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 254 F.Supp.2d 1366 (J.P.M.L. 2003). Since that time, 8,216 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

May 17, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**IN RE: PREMPRO PRODUCTS LIABILITY**
**LITIGATION**  MDL No. 1507

**SCHEDULE CTO-181 - TAG-ALONG ACTIONS**

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| CALIFORNIA EASTERN | | | |
| CAE | 1 | 10-279 | Marcelina Hernandez v. Pfizer Inc., et al. |
| MINNESOTA | | | |
| MN | 0 | 10-1043 | Margaret Peterson v. Wyeth LLC, et al. |
| MN | 0 | 10-1059 | Ann Eidsmo v. Wyeth LLC, et al. |
| MN | 0 | 10-1060 | Patricia Kremer v. Wyeth LLC, et al. |
| MN | 0 | 10-1061 | Vera Monroe v. Wyeth LLC, et al. |
| MN | 0 | 10-1074 | Linda Brofsky v. Wyeth LLC, et al. |
| MN | 0 | 10-1075 | Katalin Bruder v. Wyeth LLC, et al. |
| MN | 0 | 10-1076 | Barbara Difilippo v. Wyeth LLC, et al. |
| MN | 0 | 10-1077 | Kathleen Ewing v. Wyeth LLC |
| MN | 0 | 10-1082 | Mary Baker v. Mylan Pharmaceuticals, Inc., et al. |
| MN | 0 | 10-1083 | Zenobia Johnson-Black v. Wyeth LLC |
| MN | 0 | 10-1084 | Betty Menear v. Wyeth LLC, et al. |
| MN | 0 | 10-1085 | Carol Widmer v. Wyeth LLC |
| MN | 0 | 10-1086 | Esteban Diaz, et al. v. Wyeth LLC |
| MN | 0 | 10-1087 | Pamela Banno v. Wyeth LLC |
| MN | 0 | 10-1088 | Patricia Moshi v. Wyeth LLC |
| MN | 0 | 10-1089 | Beverly Forte-McLaughlin v. Bristol Myers Squibb Co., et al. |
| MN | 0 | 10-1090 | Deborah Strauss v. Wyeth LLC, et al. |
| MN | 0 | 10-1091 | Lynda Kerr v. Wyeth LLC |
| MN | 0 | 10-1092 | Twila Kencke v. Wyeth LLC, et al. |
| MN | 0 | 10-1093 | Carolyn Passmore v. Wyeth LLC, et al. |
| MN | 0 | 10-1094 | Mary Ann Sparks v. Wyeth LLC, et al. |
| MN | 0 | 10-1095 | Katie McCommas v. Wyeth LLC, et al. |
| MN | 0 | 10-1096 | Pat Janow v. Wyeth LLC |
| MN | 0 | 10-1119 | Carolyn Courtney v. Wyeth LLC, et al. |
| MN | 0 | 10-1120 | Raul Cuellar, et al. v. Wyeth LLC |
| MN | 0 | 10-1121 | Doris Walton v. Wyeth LLC, et al. |
| MN | 0 | 10-1122 | Beverly Carrick v. Ortho-McNeil Pharmaceutical, Inc., et al. |
| MN | 0 | 10-1123 | Gale Farrell-Suydam v. Wyeth LLC, et al. |
| MN | 0 | 10-1125 | Mary F. Harris v. Pfizer Inc., et al. |
| MN | 0 | 10-1126 | Paul Huddleston, et al. v. Wyeth LLC |
| MN | 0 | 10-1127 | Ardath Sue McQuirter v. Wyeth LLC, et al. |
| MN | 0 | 10-1128 | Steven L. Smith, et al. v. Wyeth LLC, et al. |

Case 4:03-cv-01507-BRW   Document 2274   Filed 05/17/10   Page 3 of 4

Page 2 of 3

**MDL No. 1507 - Schedule CTO-181 Tag-Along Actions (Continued)**

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| MN | 0 | 10-1129 | Ralph E. Swanson, et al. v. Wyeth LLC, et al. |
| MN | 0 | 10-1130 | Peggy Trainor v. Wyeth LLC |
| MN | 0 | 10-1131 | Katie Wesson v. Wyeth LLC |
| MN | 0 | 10-1144 | Shirley Bledsoe v. Wyeth LLC, et al. |
| MN | 0 | 10-1145 | Jacquelyn Brown v. Wyeth LLC, et al. |
| MN | 0 | 10-1146 | Karen Calvert v. Wyeth LLC, et al. |
| MN | 0 | 10-1147 | Belinda Massa, etc. v. Warner Chilcott |
| MN | 0 | 10-1148 | Pam Flaherty v. Wyeth LLC |
| MN | 0 | 10-1150 | Juliette Henry v. Wyeth LLC |
| MN | 0 | 10-1151 | Mary Ellen Hnatusko v. Wyeth LLC, et al. |
| MN | 0 | 10-1152 | Linda Knutson v. Wyeth LLC, et al. |
| MN | 0 | 10-1153 | Carol Lindley v. Wyeth LLC, et al. |
| MN | 0 | 10-1154 | Michael Matherly, et al. v. Wyeth LLC, et al. |
| MN | 0 | 10-1156 | Diana O'Sullivan v. Wyeth LLC, et al. |
| MN | 0 | 10-1157 | Mary Slaton v. Wyeth LLC, et al. |
| MN | 0 | 10-1158 | Deanna K. Vinyard v. Wyeth LLC, et al. |
| MN | 0 | 10-1165 | Harold McCall, etc. v. Wyeth LLC, et al. |
| MN | 0 | 10-1166 | Kenneth Green, etc. v. Wyeth LLC, et al. |
| MN | 0 | 10-1167 | Lora Pendergast, etc. v. Wyeth LLC, et al. |
| MN | 0 | 10-1168 | Abby Lyonais, et al. v. Wyeth LLC, et al. |
| MN | 0 | 10-1169 | Sharon Rollins, et al. v. Wyeth, et al. |
| MN | 0 | 10-1170 | Judith Swain v. Wyeth LLC, et al. |
| MN | 0 | 10-1171 | Naomi Wallace, et al. v. Wyeth LLC, et al. |
| MN | 0 | 10-1172 | Kari Williams, et al. v. Wyeth LLC, et al. |
| MN | 0 | 10-1173 | Dorothy Love v. Wyeth LLC, et al. |
| MN | 0 | 10-1175 | Geraldine Henneberg, et al. v. Wyeth LLC, et al. |
| MN | 0 | 10-1177 | Ruth Matthews v. Wyeth LLC, et al. |
| MN | 0 | 10-1179 | Mary Robertson v. Wyeth LLC, et al. |
| MN | 0 | 10-1181 | Sheryl Smith-Anderson, et al. v. Wyeth LLC, et al. |
| MN | 0 | 10-1182 | Ann Sanders v. Wyeth LLC, et al. |
| MN | 0 | 10-1183 | Patricia Dunbar, et al. v. Wyeth LLC, et al. |
| MN | 0 | 10-1184 | Roberta Farris, et al. v. Wyeth LLC, et al. |
| MN | 0 | 10-1185 | Marlene Hart, et al. v. Wyeth LLC, et al. |
| MN | 0 | 10-1187 | Charoline Hartwick, et al. v. Wyeth LLC, et al. |
| MN | 0 | 10-1188 | Ferris Greene v. Wyeth LLC, et al. |
| MN | 0 | 10-1190 | Felicisima Evosevich, et al. v. Wyeth LLC, et al. |
| MN | 0 | 10-1191 | Maxine Ward v. Wyeth LLC, et al. |
| MN | 0 | 10-1192 | Mary Tague, et al. v. Wyeth LLC, et al. |

**MDL No. 1507 - Schedule CTO-181 Tag-Along Actions (Continued)**

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| MN | 0 | 10-1221 | Margaret Branson v. Wyeth LLC, et al. |
| MN | 0 | 10-1233 | Judith Fortman v. Wyeth LLC, et al. |
| MN | 0 | 10-1262 | Janalee Ferkovich v. Wyeth LLC |
| MN | 0 | 10-1269 | Dorothy Craythorn v. Wyeth LLC, et al. |
| MN | 0 | 10-1320 | Janis Clothier v. Wyeth LLC, et al. |
| MN | 0 | 10-1322 | Gail Westergren v. Bristol Meyers Squibb Co., et al. |
| MN | 0 | 10-1323 | Diane Plain v. Wyeth LLC, et al. |
| MN | 0 | 10-1357 | Mary E. Johnson v. Wyeth LLC, et al. |
| MN | 0 | 10-1364 | Joan Fink v. Wyeth LLC, et al. |
| MN | 0 | 10-1369 | Patricia Becerra v. Wyeth LLC |
| MN | 0 | 10-1390 | Marian Luffman v. Wyeth LLC, et al. |
| MN | 0 | 10-1397 | Roberta Langren v. Wyeth LLC, et al. |
| MN | 0 | 10-1418 | Arlene Reiersen v. Wyeth LLC, et al. |
| MN | 0 | 10-1420 | Virginia S. Lewis v. Wyeth LLC, et al. |
| MN | 0 | 10-1421 | Nancy G. Warner v. Wyeth LLC, et al. |
| MN | 0 | 10-1423 | Martha Kress v. Wyeth LLC, et al. |
| MN | 0 | 10-1445 | Mary Lickfield v. Wyeth LLC, et al. |
| MN | 0 | 10-1447 | Helen Login v. Wyeth LLC, et al. |
| MN | 0 | 10-1451 | Christopher S. MacPhee, Sr., et al. v. Wyeth LLC |
| MN | 0 | 10-1459 | Celeste Boyd v. Wyeth LLC, et al. |
| MN | 0 | 10-1460 | Loretta Butler v. Wyeth LLC |
| MN | 0 | 10-1465 | Patricia Behning v. Wyeth LLC, et al. |
| MN | 0 | 10-1470 | Mary Bertlshofer v. Wyeth LLC, et al. |
| MN | 0 | 10-1531 | Joyce Hargrove, et al. v. Pfizer Inc., et al. |
| MN | 0 | 10-1535 | Barbara Jones v. Wyeth LLC, et al. |
| MN | 0 | 10-1536 | Jean Laing v. Wyeth LLC |
| MN | 0 | 10-1537 | Ruth Lillemoe v. Wyeth LLC |

OREGON

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| OR | 3 | 10-393 | Sharron Selman, et al. v. Pfizer Inc., et al. |
| OR | 3 | 10-431 | Trish J. Brazil v. Barr Laboratories, Inc., et al. |