A CERTIFIED TRUE COPY
ATTEST

By Jakeia R. Mells on Jun 03, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

May 19, 2010

FILED
CLERK'S OFFICE

IN RE: PREMPRO PRODUCTS LIABILITY
LITIGATION

MDL No. 1507

A TRUE COPY I CERTIFY
James W. McCormack, Clerk
By: /s/ Tenesha Jones D.C. on
**Jun 03, 2010**
For the United States District Court
Eastern District of Arkansas

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-182)**

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 254 F.Supp.2d 1366 (J.P.M.L. 2003). Since that time, 8,378 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Jun 03, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: PREMPRO PRODUCTS LIABILITY LITIGATION**                                    MDL No. 1507

### SCHEDULE CTO-182 - TAG-ALONG ACTIONS

| **DIST.** | **DIV.** | **C.A. #** | **CASE CAPTION** |
|---|---|---|---|
| MINNESOTA | | | |
| MN | 0 | 10-1234 | Barbara Geneve v. Pfizer Inc., et al. |
| | | | |
| MISSOURI WESTERN | | | |
| MOW | 4 | 10-411 | Deanna Marie Forgey v. Wyeth LLC, et al. |
| MOW | 4 | 10-412 | Gail Wenda Goetz, et al. v. Wyeth LLC, et al. |
| MOW | 4 | 10-413 | Eileen Kay Henke, et al. v. Wyeth LLC, et al. |
| MOW | 4 | 10-414 | Betty Faye Jensen v. Wyeth LLC, et al. |
| MOW | 4 | 10-415 | Carol Sue Hawkins v. Wyeth LLC, et al. |
| MOW | 4 | 10-416 | Joyce Hart, et al. v. Wyeth LLC, et al. |
| MOW | 4 | 10-417 | Vicky Sue Headley, et al. v. Wyeth LLC, et al. |
| MOW | 4 | 10-418 | Constance E. Kiefer, et al. v. Wyeth LLC, et al. |
| MOW | 4 | 10-419 | Pauline Inez Lankford, et al. v. Wyeth LLC, et al. |
| MOW | 4 | 10-420 | Colene Sue Luttrell, et al. v. Wyeth LLC, et al. |
| MOW | 4 | 10-421 | Margie N. Monroe v. Wyeth LLC, et al. |
| MOW | 4 | 10-422 | Lynn Joyce Montgomery, et al. v. Wyeth LLC, et al. |
| MOW | 4 | 10-423 | Sandra Kaye Rogers., et al v. Wyeth LLC, et al. |
| MOW | 4 | 10-425 | Anna Mae Sapp v. Wyeth LLC, et al. |
| MOW | 4 | 10-426 | Olivia B. Storey, et al. v. Wyeth LLC, et al. |
| MOW | 4 | 10-427 | Juanita M. Sublett v. Wyeth LLC, et al. |
| MOW | 4 | 10-428 | Doan Opal Vaughan, et al. v. Wyeth LLC, et al. |
| MOW | 6 | 10-3157 | Lucille Williams v. Wyeth LLC, et al. |

**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

| CHAIRMAN: | MEMBERS: | | DIRECT REPLY TO: |
|---|---|---|---|
| **John G. Heyburn II**<br>United States District Court<br>Western District of Kentucky | **Robert L. Miller, Jr.**<br>United States District Court<br>Northern District of Indiana | **W. Royal Furgeson, Jr.**<br>United States District Court<br>Northern District of Texas | **Jeffery N. Lüthi**<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal<br>Judiciary Building<br>Room G-255, North Lobby<br>Washington, D.C.  20002 |
| | **Kathryn H. Vratil**<br>United States District Court<br>District of Kansas | **Frank C. Damrell, Jr.**<br>United States District Court<br>Eastern District of California | |
| | **David R. Hansen**<br>United States Court of Appeals<br>Eighth Circuit | **Barbara S. Jones**<br>United States District Court<br>Southern District of New York | Telephone:  [202] 502-2800<br>Fax:           [202] 502-2888<br>http://www.jpml.uscourts.gov |

June 3, 2010

James W. McCormack, Clerk
402 U.S. Courthouse
600 West Capitol Avenue
Little Rock, AR 72201-3325

Re:  MDL No. 1507 -- IN RE: Prempro Products Liability Litigation

(See Attached CTO-182)

Dear Mr. McCormack:

Attached as a PDF document is a certified  copy a conditional transfer order filed by the Panel in the above-captioned matter on May 19, 2010.  As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 14 days to give any party an opportunity to oppose the transfer.  The 14-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

**The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation.  Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

A list of involved counsel and judges are attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By_____
Jakeia Mells
Case Administrator

Attachments

cc:     Transferee Judge:    Judge William R. Wilson, Jr.

JPML Form 36C

## PANEL SERVICE LIST (CTO-182)

Garrett D. Blanchfield, Jr.
REINHARDT WENDORF & BLANCHFIELD
E1250 First National Bank Building
332 Minnesota Street
St. Paul, MN 55101
**g.blanchfield@rwblawfirm.com**

John P. Borger
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
**jborger@faegre.com**

William B. Curtis
MILLER CURTIS & WEISBROD LLP
11551 Forest Central Drive, Suite 300
Dallas, TX 75243
**bcurtis@mcwlawfirm.com**

Royce Deryl Edwards, Jr.
LAW OFFICES OF R DERYL
EDWARDS JR
606 South Pearl Avenue
Joplin, MO 64801
**rde417@hotmail.com**

Michelle R. Gilboe
BOWMAN & BROOKE LLP
150 South Fifth Street, Suite 3000
Minneapolis, MN 55402
**michelle.rognlien@bowmanandbrooke.com**

F. Lane Heard, III
WILLIAMS & CONNOLLY LLP
Edward Bennett Williams Building
725 12th Street, N.W.
Washington, DC 20005-5901
**lheard@wc.com**

William G. Holt
GARY EUBANKS & ASSOCIATES
Post Office Box 3887
Little Rock, AR 72203-3887
**HoltG@garyholtlaw.com**

Carrie L. Hund
BASSFORD REMELE PA
Multifoods Tower
33 South Sixth Street
Suite 3800
Minneapolis, MN 55402-3707
**chund@bassford.com**

Patrick Lysaught
BAKER STERCHI COWDEN & RICE LLC
2400 Pershing Road
Suite 500
Kansas City, MO 64108-2504
**lysaught@bscr-law.com**

David M. Peterson
PETERSON & ASSOCIATES PC
801 W. 47th Street, Suite 107
Kansas City, MO 64112
**dmp@petersonlawfirm.com**

Lyn Peeples Pruitt
MITCHELL WILLIAMS SELIG GATES &
WOODYARD PLLC
425 West Capitol Avenue, Suite 1800
Little Rock, AR 72201
**lpruitt@mwlaw.com**

Alan E. Rothman
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022-3598
**arothman@kayescholer.com**

Gina M. Saelinger
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202
**gsaelinger@ulmer.com**

## INVOLVED JUDGES LIST (CTO-182)

Hon. James C. England
U.S. District Judge
United States Courthouse
222 N. John Q. Hammons Parkway
Springfield, MO 65808

Hon. Joan N. Ericksen
U.S. District Judge
12W U.S. Courthouse
300 South 4th Street
Minneapolis, MN 55415

Hon. Gary A. Fenner
U.S. District Judge
8452 Charles E. Whittaker
U.S. Courthouse
400 East 9th Street
Kansas City, MO 64106

Hon. Fernando J. Gaitan, Jr.
Chief Judge, U.S. District Court
7552 Charles E. Whittaker U.S. Courthouse
400 East Ninth Street
Kansas City, MO 64106

Hon. David Greg Kays
U.S. District Judge
8652 Charles Evans Whittaker U.S. Courthouse
400 East Ninth Street
Kansas City, MO 64106

Hon. John T. Maughmer
U.S. Magistrate Judge
Charles Evans Whittaker U.S. Courthouse
7th Floor
400 East Ninth Street
Kansas City, MO 64106

Hon. Ortrie D. Smith
U.S. District Judge
United States District Court
8552 Charles Evans Whittaker U.S. Courthouse
400 East Ninth Street
Kansas City, MO 64106

Hon. Dean Whipple
Senior U.S. District Judge
Charles Evans Whittaker U.S. Courthouse
8th Floor
400 East Ninth Street
Kansas City, MO 64106

Hon. Scott O. Wright
Senior U.S. District Judge
8662 Charles Evans Whittaker U.S. Courthouse
400 East Ninth Street, 8th Floor
Kansas City, MO 64106