IN THE UNITED STATES DISCTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

IN RE:  :  MDL Docket No. 4:03-CV-1507 WRW
PREMPRO PRODUCTS LIABILITY  :
LITIGATION  :

**PLAINTIFFS' MOTION *IN LIMINE* TO ADMIT PLAINTIFFS'
GENERNAL CAUSATION EVIDENCE ON ESTROGEN-ONLY
<u>HORMONE THERAPY REGIMENS AND BREAST CANCER</u>**

Plaintiffs respectfully submit this Motion *in Limine* to Admit Plaintiffs' General Causation Evidence on Estrogen-only Hormone Therapy Regimens and Breast Cancer. Through this motion, Plaintiffs seek a threshold determination on a single, threshold issue: whether Plaintiffs' expert evidence on the issue of general causation in estrogen-only breast cancer cases passes muster under Rule 702 of the Federal Rules of Evidence.

**A. Introduction**

The issue at hand, general causation, is limited to an inquiry as to whether estrogen-only (menopausal and postmenopausal) hormone therapy regimens are "capable of causing" human breast cancer. *See In re Baycol Products Litigation*, 596 F.3d 884, 889 (8th Cir. 2010) (distinguishing general causation from specific causation). This issue of general causation is distinguishable from the case-specific inquiry as to whether any given plaintiff's consumption of an estrogen-only hormone therapy regimen caused *her* breast cancer. *See id*. The latter inquiry, specific causation, which is not at issue in this Motion *in Limine*, may, in cases such as these, depend largely or even exclusively on probabilities derived from the applicable epidemiological data. That is to say, the specific causation inquiry may turn on whether, based on the available epidemiological evidence, there is a greater than 50% chance that a particular plaintiff's breast cancer was the result of a particular hormone therapy regimen, considering all available and relevant data regarding the influence of risk factors and exposure factors (e.g., currency of

use, patient body mass index or BMI, duration of use) on the likelihood of specific disease types (e.g., tumor histology and location, tumor grade, tumor receptor status).

It is in this context—specific causation—that courts have considered whether a particular exposure more than doubled the background risk of a particular outcome, as some courts have decided that a greater-than-doubling of the background risk in particular (and applicable) circumstances of a particular (and applicable) outcome permits the probabilistic conclusion that it is more likely than not that the specific exposure caused the specific outcome. In one of the initial and leading cases discussing the use of epidemiological, statistical, and probabilistic means of proving latent-disease causation in a pharmaceutical case, the United States Court of Appeals for the Ninth Circuit emphasized that the reasoning underpinning its decision requiring a greater-than-doubling of the background risk was related to proof of *specific* causation, not general causation. *See Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 43 F.3d 1311, 1320 (9th Cir. 1995) ("California tort law requires plaintiffs to show not merely that Bendectin increased the likelihood of injury, but that it more likely than not caused *their* injuries.") (emphasis in original).

Thus, while the experts designated with this Motion discuss in their reports circumstances where the data demonstrates that estrogen-only hormone therapy regimens more than double the background risk of breast cancer types—and are prepared to discuss them in greater detail in their depositions—their reports appropriately focus on the general causation issue at hand. That issue, as defined by this Motion *in Limine*, is whether estrogen-only (menopausal and postmenopausal) hormone therapy regimens are capable of causing human breast cancer.

Resolution of the admissibility of plaintiffs' expert evidence on this threshold issue—general causation—at this threshold stage is appropriate for all of the reasons that motions *in limine* are generally useful. "[M]otions *in limine* often achieve great savings of time and judicial efficiency." *People v. Owen*, 701 N.E.2d 1174, 1178 (Ill. App. 4th Dist. 1998). Threshold rulings on threshold issues by MDL courts can be helpful even when they are preliminary or are made explicitly subject to modification by a transferor court on remand. *See, e.g., In re Viagra Products Liability Litigation*, 572 F. Supp. 1071,

1082 (D. Minn. 2008). In the absence of admissible expert evidence on the issue of general causation, issues relating to specific causation—for example, potential questions relating to the admissibility of evidence supporting a greater-than-doubling of the risk for certain disease types under certain exposure conditions and in the presence of certain factors—are moot.

### B.  Motion *in Limine*

Plaintiffs have, in keeping with this Court's Order (Doc. No. 2270) and subsequent letter (Doc. No. 2276) designated two expert witnesses to testify on the matter of general causation identified in the Introduction, above—namely, whether estrogen-only (menopausal and postmenopausal) hormone therapy regimens are capable of causing human breast cancer.

C. Marcelo Aldaz, M.D., Ph.D, holds the position of Professor at the University of Texas M.D. Anderson Cancer Center. One of his major areas of professional research focuses on the effects of estrogen on breast carcinogenesis. Dr. Aldaz's curriculum vitae and report on this matter are attached to this Motion. Plaintiffs, in keeping with this Court's Order and subsequent letter, hereby move this Court for an order ruling that Dr. Aldaz's opinion that estrogen-only (menopausal and postmenopausal) hormone therapy regimens are capable of causing human breast cancer and his related opinions, which are more clearly articulated in his attached report, are reliable and admissible under Rule 702 of the Federal Rules of Evidence. Dr. Aldaz's opinions are based upon sufficient facts and data, are the product of reliable principles and methods, and Dr. Aldaz has applied those principles and methods reliably.

Jasenka Demirovic, M.D., M.Sc., Ph.D., is an epidemiologist whose special areas of research include women's health and aging. She has participated as principal investigator and co-investigator in numerous epidemiological studies that have looked at the impact of menopausal hormone therapy on multiple health outcomes. Dr. Demirovic's curriculum vitae and report on this matter are attached to this Motion. Plaintiffs, in keeping with this Court's Order and subsequent letter, hereby move this Court for an order ruling that Dr. Demirovic's opinion that estrogen-only (menopausal and postmenopausal) hormone therapy regimens are capable of causing human breast cancer and her related opinions, which

are more clearly articulated in her attached report, are reliable and admissible under Rule 702 of the Federal Rules of Evidence.  Dr. Demirovic's opinions are based upon sufficient facts and data, are the product of reliable principles and methods, and Dr. Demirovic has applied those principles and methods reliably.

    **C.  Conclusion**

For the foregoing reasons, this Court should rule that Plaintiffs' expert evidence on the issue of general causation in estrogen-only breast cancer cases is reliable and admissible under Rule 702 of the Federal Rules of Evidence.

    Dated this 9th day of June, 2010.

    Respectfully submitted,

/s/ W. Stuart Calwell, Jr.
W. Stuart Calwell, Jr.  (WVSB # 595)
Melissa H. Luce (WVSB # 4256)
Angela Cartmill Reese (WVSB # 4235)
Alex D. McLaughlin (WVSB # 9696)
THE CALWELL PRACTICE
500 Randolph Street
Charleston, West Virginia 25302
800-876-5529
304-343-4323
304-344-3684 (fax)

## IN THE UNITED STATES DISCTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | |
|---|---|
| In re: : | |
| : | MDL Docket No. 4:03-CV-1507 WRW |
| PREMPRO PRODUCTS LIABILITY : | |
| LITIGATION : | ALL CASES |
| : | |

### CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of June, 2010 a true and correct copy of the foregoing Plaintiffs Motion In *Limine* To Admit Plaintiffs' General Causation Evidence On Estrogen-only Hormone Therapy Regimens And Breast Cancer was electronically filed with the Clerk of Court using the CM/ECF system, and a true and correct copy was forwarded by e-mail to the parties listed below and on the attached Service List.

Brian P. Cuthbertson Brian S. Roman Jaime B. Lebo Jill M. Ondos Stuart A. Williams
Mylan Laboratories, Inc.
1500 Corporate Drive
Suite 400
Canonsburg, PA 15317
Email: brian.cuthbertson@mylanlabs.com
brian.roman@mylanlabs.com
jaime.lebo@mylanlabs.com
jill.ondos@mylanlabs.com
stu.williams@mylanlabs.com

Alan E. Rothman Kaye Scholer, LLP - New York
425 Park Avenue
New York, NY 10022-3598
Email: arothman@kayescholer.com

Alan R. Vickery
Sedgwick, Detert, Moran & Arnold LLP
1717 Main Street
Suite 5400
Dallas, TX 75201
Email: alan.vickery@sdma.com

Barclay Manley
Fulbright & Jaworski 1301 McKinney Street
Suite 5100
Houston, TX 77010-3095
Email: bmanley@fulbright.com

Brian A. Troyer
Thompson Hine LLP
Cleveland 127 Public Square Suite 3900
Cleveland, OH 44114-1216
Email: brian.troyer@thompsonhine.com

Brian P. Johnson
Shashi Patel Johnson, Spalding, Doyle, West & Trent, L.L.P.
910 Travis Street Suite 1700
Houston, TX 7002
Email: bjohnson@johnsontrent.com

Che Dawn Williamson Damon Joseph Chargois Chargois & Herron, LLP – The Woodlands
2201 Timberloch Place Suite 110
The Woodlands, TX 77380
Email: che@cmhllp.com
damon@cmhllp.com

Clem C. Trischler
Pietragallo, Gordon, Alfano, Bostic & Raspanti
One Oxford Center
Suite 3800 Pittsburgh, PA 15219
Email: cct@pietragallo.com

Elizabeth Robben Murray
Friday, Eldredge & Clark, LLP
Regions Center 400
West Capitol Avenue Suite 2000
Little Rock, AR 72201-3522
Email: murray@fridayfirm.com

Eugene C. Brooks , IV
Brooks Law Firm
Post Office Box 9545
Savannah, GA 31412
Email: gbrooks@brooks-law.com

G. Dawn Shawger
Sedgwick, Detert, Moran & Arnold LLP
1717 Main Street Suite 5400
Dallas, TX 75201
Email: dawn.mccord@sdma.com

Jack Edward Urquhart
Urquhart & De Santos, L.L.P.
300 West Sixth Street Suite 1400
Austin, TX 78701
Email: HRTEDAR@kayescholer.com

John D. Cosmich
LaKeysha Greer Isaac
Michael D. Simmons
Cosmich & Simmons, PLLC
Email: cos@cs-law.com
       lakeysha@cs-law.com
       mike@cs-law.com

John G. Bissell
Stacey K. Van Camp
Suzanne R. Chauvin
Strong Pipkin Bissell & Ledyard, L.L.P.
1301 McKinney Street
Suite 2100 Houston, TX 77010
Email: JBissell@strongpipkin.com
       svancamp@strongpipkin.com
       schauvin@strongpipkin.com

Patricia Mitchell
Albright, Yee & Schmit, LLP
600 South Figueroa Street Suite 1850
Los Angeles, CA 90017
Email: atlafhrug9@aol.com

James Esparza
Attorney at Law
1434 East 4500
South Salt Lake City, UT 84117
Email: james@jamesesparza.com

Melissa A. Prickett
Ted Gordon Meadows
Danielle W. Mason
Navan Ward, Jr.
Russell T. Abney
Beasley, Allen, Crow, Methvin, Portis
& Miles, P.C.
Post Office Box 4160
Montgomery, AL 36103
Email: melissa.prickett@beasleyallen.com
       Ted.meadows@beasleyallen.com
       Danielle.mason@beasleyallen.com
       Navan.ward@beasleyallen.com
       Russ.abney@beasleyallen.com

Johnathan T. Krawcheck
Richard H. Hill, II
Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
950 East Paces Ferry Road Suite 3000
Atlanta, GA 30326
Email: HRTEDAR@KAYESCHOLER.com

Joseph P. Thomas
Gina M. Saelinger
Matthew V. Brammer
Ulmer & Berne LLP
600 Vine Street Suite 2800
Cincinnati, OH 45202-2409
Email: jthomas@ulmer.com
       gsaelinger@ulmer.com
       mbrammer@ulmer.com

Michael J. Farrell
Neisha E. Brown
Tamela J. White
Farrell, Farrell & Farrell, L.C.
Post Office Box 6457
Huntington, WV 25772-6457
Email: mjf@farrell3.com
       hrtedar@kayescholer.com
       tjw@farrell3.com

Michelle Rene Eddington
Law Office of Michelle Eddington
11500 North Freeway Suite 305
Houston, TX 77092
Email: michelle.eddington@yahoo.com

Shawn F. Khorrami
Khorrami Pollard & Abir, LLP
444 South Flower Street, Suite 3300
Los Angeles, CA  90071
Email: skhorrami@kpalawyers.com

Charles R. Houssiere, III
Houssiere, Durant & Houssiere, LLP
1990 Post Oak Boulevard, Suite 800
Houston, TX 77056-3812
Email: choussi@hdhtex.com

Leslie Frank Weisbrod
William Burton Curtis
Miller Curtis & Weisbrod, LLP
Post Office Box 821329
Dallas, TX  75382-1329
Email: aboone@mclawfirm.com
       bcurtis@mclawfirm.com

F. Lane Heard, III
John W. Vardaman, Jr.
Stephen L. Urbanczyk
Williams & Connolly LLP
725 12th Street, NW
Washington, DC  20005-5901
Email: lheard@wc.com
       jvardaman@wc.com
       jurbanczyk@wc.com

Lyn P. Pruitt
Mitchell, Williams, Selig, Gates & Woodyard, PLLC
425 West Capitol Avenue, Suite 1800
Little Rock, AR  72201-3525
Email: lpruitt@mwsgw.com

*Via First Class Mail Only:*

Gene R. Jarussi
Jarussi & Bishop
PO Box 3353
Billing, MT  59103-3353

/s/ W. Stuart Calwell, Jr.
W. Stuart Calwell, Jr.  (WVSB # 595)
Melissa H. Luce (WVSB # 4256)
Angela Cartmill Reese (WVSB # 4235)
Alex D. McLaughlin (WVSB # 9696)
THE CALWELL PRACTICE
500 Randolph Street
Charleston, West Virginia 25302
800-876-5529
304-343-4323
304-344-3684 (fax)

## SERVICE LIST

## STEERING COMMITTEE MEMBERS

Mr. Richard Lewis
HAUSFELD, LLP
1700 K Street NW, Suite 650
Washington, DC  20005

Mr. Shawn Khorrami
KHORRAMI POLLARD & ABIR, LLP
444 S. Flower Street, 33rd Floor
Los Angeles, CA 90071

Christopher T. Kirchmer
PROVOST UMPHREY
490 Park Street
P.O. Box 4905
Beaumont, Texas  77704

James A. Morris, Jr.
MORRIS LAW FIRM
11614 Bee Caves Road, Suite 220
Austin, Texas 78738

Mr. Robert K. Jenner
JANET, JENNER & SUGGS
1829 Reisterstown Road, Suite 320
Baltimore, MD  21208
Mr. Tobias L. Millrood

POGUST BRASLOW MILLROOD
8 Tower Bridge, Suite 1520
161 Washington Street
Conshohocken, PA 19428

Mr. Ken Suggs
JANET, JENNER & SUGGS
500 Taylor Street
Columbia, SC  29201

Mr. Mike Williams
WILLIAMS DAILEY O'LEARY CRAINE
AND LOVE, P.C.
9755 SW Barnes Road, Suite 450
Portland, OR 97225-6681

Mr. Ralph M. Cloar Jr.
Suite 640
1501 N. University Avenue
Little Rock, AR 72201

Mr. Irwin B. Levin
COHEN & MALAD, LLP
One Indian Square, Suite 1400
Indianapolis, IN 46204

## LEAD AND LIASON COUNSEL

Mr. Gary Holt
GARY EUBANKS & ASSOCIATES, LTD
708 West Second Street
P.O. Box 3887
Little Rock, Arkansas 72203-3887

Ms. Zoe Littlepage
LITTLEPAGE BOOTH
2043A W. Main Street
Houston, TX 77098