# EPIDEMIOLOGIC EXPERTISE

**1615 Hermann Drive, Suite 1404**     **Phone & Fax: (713) 529-1669**
**Houston, TX 77004-7149**             **E-mail: EpiExpertise@aol.com**

June 5, 2010

**Mr. Stuart Calwell**
**The Calwell Practice**
**500 Randolph St.**
**Charleston, WV 25302**

Dear Mr. Calwell:

Re:     **Estrogen-only Menopausal Hormone Therapy and the**
        **Risk of Breast Cancer: A Review of Epidemiologic Evidence**

Please find enclosed the hard copy, with my signature, of the above mentioned final report (total of 42 pages, 31 pages of the text and 11 pages with references). The corresponding electronic file was also sent to you today. Please acknowledge the receipt of this letter and the report. Should you have any further question please do not hesitate to contact me.

I very much enjoyed working with you on this important public health issue and I wish you all the very best in your future endeavors.

Sincerely,

*Jasenka Demirovic*

Jasenka Demirovic, MD, MSc, PhD
President
Epidemiologic Expertise

RECEIVED
JUN 08 2010

**Folder:** _____

**Doc Title:** _____

# ESTROGEN-ONLY MENOPAUSAL HORMONE THERAPY
# AND THE RISK OF BREAST CANCER
## A Review of Epidemiologic Evidence

### Report of Jasenka Demirovic, MD, MSc, PhD
#### (June 2010)

## 1.    Qualifications and Relevant Experience

I am an epidemiologist and I have worked in academia for more than 20 years. I received my training in medicine and epidemiology in Europe (in the former Yugoslavia). I have completed a residency in internal medicine, earned a master of science degree in cardiology, and a PhD degree in epidemiology and prevention. For the last twenty years, I have been working in the United States. I served as a faculty member in the Division of Epidemiology, School of Public Health, University of Minnesota, Minneapolis, MN, in the Department of Epidemiology and Public Health and the Department of Medicine, University of Miami School of Medicine, Miami, FL, and in the Division of Epidemiology and the Center for Society and Population Health, School of Public Health, University of Texas Health Science Center, Houston, TX. I have recently established a consulting practice (Epidemiologic Expertise) which is primarily focused on providing research expertise in the areas of high relevance to public health (with special reference to women's health issues, aging, cognitive impairment, psychosocial factors and health, and health disparities) and on public education and other forms of public service focused on health promotion and disease prevention among vulnerable populations, such as women, elderly and minorities.

My research experience and expertise is in the areas of epidemiology of chronic diseases (including cardiovascular diseases, cancer, and dementia), women's health issues, epidemiology of aging, and health disparities / minority health. I have served in a number of epidemiologic studies as Principal Investigator, Co-Principal Investigator, Program Director, or Co-investigator (all listed in my CV). Of particular relevance for this testimony is my participation in the World

Health Organization Multicenter Case-Control Study on Cardiovascular Disease and Steroid Hormone Contraceptives Use (as center Principal Investigator), The Minnesota Heart Survey (as Co-investigator and a member of the Steering Committee), The South Florida Program on Aging and Health, a large population-based study of physical and mental health of the elderly (as Program Director) and in the community study on Social Support and Breast Cancer among Elderly Women of Three Ethnic Origins (as Principal Investigator). I have also received the American Heart Association Established Investigator Grant in recognition for my achievements in the area of epidemiology and prevention of cardiovascular disease. In the late 1980s and early 1990s, I have served as the World Health Organization Temporary Advisor for steroid hormone contraceptives and heart disease in women. I have been invited many times to speak and to chair sessions on women's health issues at major national and international meetings, and at various universities, both in the U.S. and in Europe. My teaching covers the areas of Fundamentals of Epidemiology, Cardiovascular Disease Epidemiology and Prevention, Health Outcomes Research, Epidemiology of Aging, Women's Health, and Psychosocial Stress and Health.

Based on my education, training, research, and teaching experience, and an extensive review of relevant literature, I offer my opinions in this report to a reasonable degree of scientific probability. This means that I believe them all to be probably true based on all available data and reasonable scientific and medical principles. I have used the same type of scientific rigor in analysis and reasoning here that I use in my professional work. The list of references attached to this report contains, to the best of my knowledge, all the relevant scientific evidence on which I specifically rely in giving my opinions. It also contains references I considered in reaching these opinions, but on which, for various reasons, I am not relying. I also rely on all the things I have learned during my education, training and research activities in medicine and epidemiology and from reading general references pertaining to my and other fields of scientific and public health interest. Thus, I cannot possibly list all the scientific / medical literature that informs these opinions. I reserve the right to supplement my opinions as new scientific literature appears, as data are brought to my attention that I have not seen before, and in response to the statements and opinions of defense experts.

*The purpose of this report is to provide an overview of epidemiologic evidence and opinions regarding the risk (harm) of estrogen-only menopausal hormone therapy (EMHT). My opinions in this report are focused solely on the general causation question, that is, can estrogen-only menopausal hormone therapy (EMHT) cause breast cancer in some women? I have not been retained as an expert to evaluate any individual case to assess the role of the EMHT in the development of any particular breast cancer in any particular case.*

*As a senior physician-scientist, an epidemiologist involved in the women's health issues for more than 25 years, I have developed most of my opinions presented here prior to the request for preparation of this report.*

## 2.     Introduction

Breast cancer is the leading cancer among women in the US. In 2009, there were 192,370 new breast cancer cases or 27% of all new cancers among women, and 40,170 deaths related to breast cancer (National Cancer Institute Statistics, 2010). Although the overall incidence of breast cancer is declining since the early 2000s at the annual rate of decline of about 2%, breast cancer remains the leading cause of morbidity and mortality, especially among women older than 50 years, and continues to be an issue of major public health concern.

Although many possible risk factors have been identified in the incidence of breast cancer  such as older age, family history of breast cancer, early age at menarche, nulliparity , late age at first birth, late age at menopause, type of menopause, education, (lean) body mass index in younger women and obesity in older postmenopausal women , history of benign breast disease, oral contraceptives use, alcohol consumption,  and menopausal hormone therapy (MHT), the focus of this report is on the relationship between MHT, specifically, estrogen-only menopausal hormone therapy (EMHT) and the risk of breast cancer. The other risk factors will be evaluated in the context of their potential modifying effects on the relationship between EMHT and the risk of breast cancer.

The MHT was introduced in the U.S. first as EMHT (conjugated equine estrogen) and later on, a progestin was added for the combined menopausal hormone therapy (CMHT), to counteract the risk of endometrial (uterine) cancer associated with EMHT. The use of CMHT escalated in the 1980s and 1990s and was, in general, only prescribed for women with a uterus while EHRT is usually prescribed to hysterectomized women. The US Food and Drug Administration (FDA) initially approved use of the MHT to alleviate menopausal symptoms such as hot flashes, night sweats, sleep disturbances, vaginal dryness, and for the prevention of osteoporosis. Over time, however, the application of MHT was expanded to include a number of conditions associated with aging (International Agency for Research on Cancer - IARC, 2005). For example, the FDA never approved usage of MHT for prevention of cardiovascular disease but, during the 1980s and 1990s, this was one of the most common reasons for prescribing MHT. Although the results of a number of epidemiologic studies conducted in the 1970s, 1980s and 1990s (which will be discussed later in this report) indicated an increased risk of breast cancer associated with MHT, until early 2000s, the prescription practices, in general, were not based on rigorous assessments of benefits and risks of the MHT. A part of the reason for this was a lack of relevant large randomized controlled clinical trials, considered to be a "gold standard" for assessing the relationship between various therapeutic regimens and disease outcomes and in guiding prescription practices.

*The Women's Health Initiative (WHI)*, launched by the US National Institutes of Health (NIH) in 1991, consisted of an observational study and a set of randomized clinical trials (WHI Study Group, 1998). One of the trials was designed to test the effects of MHT on heart disease, osteoporotic fractures and breast and colorectal cancer risk in healthy postmenopausal women 50-79 years of age. The MHT trial had two arms. One included 16,608 50-79 years old postmenopausal women with a uterus who took either CMHT, a single tablet containing 0.625 mg of conjugated equine estrogen and 2.5 mg of medroxyprogesterone acetate (Prempro; Wyeth Ayerst, Philadelphia, PA) on a continuous (daily) basis  or a placebo (a substance without biological effect). The other arm included 10,739 postmenopausal women of the same age but without a uterus who

took 0.625 mg of conjugated equine estrogen (Premarin; Wyeth, St Davids, PA) daily or a placebo. Because of the higher rate of adverse events in the treatment group, both arms of the MHT trial were stopped early (CMHT arm in 2002, because of the increase in risk of breast cancer, heart attack, stroke and blood clots, and EMHT arm in 2004, because of the increased risk of stroke and venous thrombosis, without a favorable effect on the heart attack risk.. In brief, the WHI study found that the risks outweigh the benefits of MHT (Rossouw and the Writing Group for the Women's Health Initiative Investigators, 2002, Chlebowski et al, 2003, Anderson and The Women's Health Initiative Steering Committee, 2004).

Following the 2002 report from the CMHT arm of the WHI clinical trial on adverse effects of the CMHT (which included a significant increase in risk of breast cancer), and consequent termination of the CMHT arm of the trial (Rossouw et al, 2002), the primary attention of physicians and general public in the US and elsewhere was directed towards the risk of breast cancer associated with CMHT. At the same time, the risk of breast cancer associated with EMHT was largely ignored.

The early findings of adverse effects of CMHT from the WHI trial resulted in a significant change in the prescribing practices and in a substantial decline in CMHT use in the US, Europe, and other countries. The decline in CMHT use was accompanied with a decline in the incidence of breast cancer in these countries (Hass et al, 2004, Coombs et al, 2010, Canfell et al, 2010, Glass et al, 2007, Ravdin et al, 2007). After reviewing other potential factors, the authors suggested that the decline in the breast cancer incidence may be attributed in most part to the decline in CMHT use.

Coombs et al, 2010, reported that in 2000, before the WHI report, the US female population 40-79 years of age was 57.8 million and that an estimated 14.5 million women (25%) used some form of menopausal hormone therapy (MHT), with a peak prevalence of 44.6% among women aged 55-59. Overall, 14.4% of women used EMHT and 10.6% used CMHT. In the years following the 2002 WHI report, the prevalence of MHT use was continuously declining and was cut in half by 2005, to estimated 7.1 million MHT

5

users or 11.3% (7.3% EMHT and 4.0% for CMHT). The authors calculated that the decline of 8.4% in the breast cancer incidence rates from 2000 to 2005 was attributable to the drop in MHT use.

Another more precise report on trends in the breast cancer incidence and MHT from a large community-based study in Marin County, California (Pretbil et al, 2010), showed that from 1998 to 2006-2007, EMHT use declined for only about 4.5% (from 26.9% to 22.4%) while the use of CMHT declined for about 14.5% (from 21.2% to 6.7%). Of women who stopped using CMHT during this period, 60% reported "health risks" and "news reports" as their primary reasons for discontinuing CMHT. The prevalence of EMHT use in this population in 2007 remained quite high (22.4%). In the same study, the overall decline in MHT was accompanied with the decline of breast cancer incidence of 33.4%.The authors estimated that this corresponds to the decline of about 50 cases of breast cancer cases in the community, suggesting that the decline in breast cancer incidence was primarily related to the decline in CMHT use.

*It is important to note that a similar decline in breast cancer incidence in the US and elsewhere was observed in the 1970s, following a rapid decline in the EMHT use of* about 50% because of alarming findings from epidemiologic studies of an association of EMHT with the risk of endometrial(Smith et al, 1975,Ziel et al, 1975, Mack et al, 1976) and breast (Hoover et al, 1976, Sartwell et al, 1977, Wynder et al, 1978) cancer (Lawson et al, 1981, Kennedy et al, 1985). This finding of parallel declines in EMHT and the incidence of breast cancer in the late 1970s, however, did not receive the same attention at the time, as it was the case with the recent reports regarding the decline of CMHT and accompanying decline in breast cancer incidence (Krieger et al, 2005, Paul, 2008).

*In my opinion, the data from the 1970s strongly support the view that the recent decline in breast cancer incidence is mainly due to the recent decline in both CMHT and EMHT use (not only due to the larger decline in CMHT use, as some reports are trying to implicate (Simon et al, 2010).*

In 2004, the EMHT arm of the WHI trial was also terminated because of the increased risk of stroke and venous thrombosis found in the group of women on EMHT (Anderson et al, 2004). This and another report from the WHI study (Stefanick et al, 2005) generated considerable controversy regarding the EMHT use and breast cancer risk, by suggesting a "decrease" in the risk or lack of breast cancer associated with EMHT, although the results were, at best, inconclusive and statistically non-significant.

Numerous early and most recent observational epidemiologic studies, especially those published after 2000 with emerging new information, have fairly consistently shown a significant increase in breast cancer risk associated with EMHT, especially in certain subgroups of women and in relation to specific breast cancer subtypes. For example, in a large cohort of African American postmenopausal women (Rosenberg et al, 2006), the relative risk of breast cancer among thinner (with low body mass index) African American women, who were current users of EMHT for a longer period of time, was **RR=2.72** (95% CI 1.31-5.59). Lyytinen et al (2006) reported from a study in Finland the standardized incidence ratio (a measure of relative risk) of **2.43** (95% CI 1.66-3.42) *for carcinoma in situ* associated with EMHT use. In another recently published large prospective study in the US (Briton et al, 2008), current users of EMHT had significantly higher risk for mixed (ductal / lobular) breast cancer (**RR=2.36**, 95% CI 1.49-3.75) compared to women who never used MHT. Another recent report (Woolkott et al, 2010) provided important information about the relationship between plasma sex hormone concentrations and breast cancer risk in ethnically diverse population. The odds ratio (OR) or the likelihood of breast cancer with doubling of estradiol levels was **OR=2.26** (95% CI 1.58-3.25) and it was almost two times higher than the odds ratio associated with doubling of testosterone level. EMHT is strongly related to estrogen receptor (ER)-positive breast cancers and this requires consideration of this variable when assessing the relationships of EMHT with breast cancers of various clinical characteristics. In considering etiologic heterogeneity of breast cancer and in evaluating the effects of breast cancer risk associated with EMHT, strongest effects of EMHT are found for early-stage, lobular and mixed histology, and estrogen-receptor (ER)-positive cancers. One

recently study published study (Slanger et al, 2009) showed that, for example, among EMHT users, the likelihood of being diagnosed with a low grade, ER-positive breast cancers and / or progestin-receptor (PR)-positive breast cancer of lobular /tubular / mixed histological type was **OR=2.19** (95% CI 1.49-3.75), indicating the importance of both histologic type and ER / PR status in explaining the role of EMHT in the etiology of breast cancer.

One of the most important considerations taken into account in developing this report was the fact that ***estrogen has been recognized as human carcinogen for a long period of time.*** The overwhelming evidence from over a century of basic, clinical, and epidemiologic research support the hypothesis that exposure to higher levels of both endogenous and exogenous estrogen increases the risk of breast cancer. This goes from a simple and well-known fact that women with higher lifelong exposure to estrogen, resulting from an early menarche (first menstrual period) and late menopause, have an increased risk of breast cancer, to the results of a large number of basic, clinical, epidemiologic, and genetic studies that have shown an increase in breast cancer risk associated with EMHT and CMHT (contains estrogen and progestin).

***In December 2003, the US government officially declared estrogen a human carcinogen*** when the hormone estrogen appeared in the Tenth Report on Carcinogenesis and *"the question turned from whether estrogen causes cancer to how it causes cells to become malignant"* (Miller, 2003). Dr. David Longfellow, chief of the Chemical and Physical Carcinogenesis Branch at the National Cancer Institute said at that time: "It has been an uphill battle to convince the mainstream that estrogen initiates cancer by damaging DNA" (Miller, 2003). ***In October 2008, the International Agency for Research on Cancer (IARC) reaffirmed the Group 1 classification "carcinogenic to humans" of 20 pharmaceuticals agents, including EMHT*** (Grosse et al, 2009). This included breast cancer. Still, discussions continue in the parts of the medical community and in the community at large as to whether EMHT may substantially increase the risk of breast cancer.

*In my opinion, following the unprecedented developments in the basic research, especially in genetic studies linking **endogenous estrogen and EMHT with the initiation and progression of breast cancer** reported over the past two decades and presented in this report, the question as to whether EMHT may cause breast cancer in some women is becoming more and more obsolete.*

Banks et al (2008) pointed out *"a key principle of evidence-based medicine is that clinical practice is guided by the quantitative sum of the appropriate evidence to date, not the results of single studies or subgroups of single studies."* They also pointed out that "...*for breast cancer, where the disease event is unpredictable and other risk factors can be reasonably accounted for, data from observational epidemiologic studies are reliable (Vandenbroucke, 2004) and need to be combined with data from randomized, control trials in order to summarize the current relevant evidence...*"

*I fully agree with the above mentioned statement by Banks et al, 2008. In my opinion, the discrepancy between fairly consistent findings from large, long-term observational epidemiologic studies (of an increased risk of breast cancer with EMHT use) and the findings from one mega clinical trial / observational study from a single study, the WHI (with inconclusive results regarding the risk of breast cancer and EMHT), has received an unbalanced attention in favor of the WHI study.*

Clarifying the issue of risk of breast cancer associated with EMHT use and communicating properly this information to the general public and medical community at large is of great importance from both the individual and population risk point of view. The fact of the matter is that, despite of the recent decline in the incidence, breast cancer remains a leading cancer among US women. The EMHT use carries a significant excess of breast cancer risk among women of various ethnic origins. The overall prevalence of EMHT use in the general population did not decline at the same rate as CMHT use and remains relatively high, especially among certain subgroups of women. *From the public health perspective, the most important consideration is that the **EMHT is one of the few risk factors for breast cancer that can be controlled effectively. This, in turn, would***

9

*contribute to the reduction in morbidity, to preservation of quality of life, to saving lives, and to reduction of the burden of the breast cancer in the community.*

*These introductory remarks are made to provide a roadmap for the present scientific report, with specific aims to facilitate (for non- medical professionals and other laypersons) the comprehension of the format and the content of this report, and to emphasize the importance of the issues addressed, for the well-being of women, their families, and society as a whole.*

## 2.     Epidemiologic Evidence from Observational Cohort Studies

*The argument that an association, such as the association between EMHT and breast cancer risk, represents cause and effect is significantly strengthen when similar results are reported across different populations.*

It has been more than 30 years since early reports from epidemiologic studies of the association between EMHT use and the risk of breast cancer (Hoover et al, 1976). The body of evidence on this relationship is enormous. The early studies were of critical importance for developing hypothesis that EMHT can cause breast cancer, later to be tested in experimental (clinical trials and animal studies) and genetic studies. A meta-analysis of 51 observational epidemiologic studies conducted before 1997 was published by the Collaborative Group on Hormones and Breast Cancer in 1997. Here is a summary (in chronologic order) of the findings of the most important epidemiologic studies (including also the above mentioned meta-analysis of 51 studies) that have examined the association of EMHT and the risk of breast cancer. A special emphasis in this report is placed on studies published during the period 2002-2010 because of the (i) large population samples of women included in these studies and followed-up for a long period of time; (ii) inclusion of postmenopausal women of various ethnic origins, and (iii) the large number of breast cancer cases included in the complex multivariate analyses in these studies, which allowed for better estimation of the effects of EMHT on the risk of breast cancer, independent of the effects of other known breast cancer risk factors .

a.      In the ***Collaborative Group on Hormonal Factors in Breast Cancer*** reanalysis (1997), 51 epidemiologic studies were included,  involving 52,705 with breast cancer and 108,411 without breast cancer postmenopausal women (98% were white women the average age at first MHT use was 48 years). After stratification of analyses by age at diagnosis, time since menopause, body mass index, parity, and age at first birth, relative risk of developing breast cancer was **1.35 (95% CI 1.21-1.49) in women who were current users or recent users (who ceased using MHT 1-4 years previously) and used MHT for five years or longer (average duration of use was 11 years).** This excess risk of 35% among MHT users was statistically significant and increased with the increasing duration of use. The effect was reduced after ceasing use of MHT and largely disappeared after about five years. Of many other risk factors for breast cancer that were examined, the only modifying factor was body mass index (thinner women had higher risk associated with EMHT use). There was no marked variation in the risk of breast cancer by type of MHT. Because of the fact that in 88% of studies included in this meta-analysis, women used EMHT, and the fact that the vast majority of studies included in this reanalysis were published when CMHT was not used for an extended period of time, it is reasonable to conclude that the excess risk of breast cancer of 35% among MHT users, for the most part, reflects the association between the breast cancer risk and EMHT use.

*It is important to note that this comprehensive and informative meta-analysis was published after the initiation of the WHI clinical trial and observational study, that is, during the ongoing recruitment of the WHI participants. In other words, the results of this meta-analysis were not available during the WHI initiation and the original study design development. In the process, however, the WHI investigators recognized the breast cancer risk potential and implemented safeguards in the study design, exclusion criteria, and in the requirements for continuing participation of study subjects (Hays et al, 2003) It is likely that this may have affected enrollment and retention of subjects in the WHI trial and, consequently, the statistical power of the study for some outcomes, including breast cancer, especially for subgroup analyses.*

**b.**      *The Million Women Study* conducted in the United Kingdom included more than one million women ages 50 to 64 (Beral et al, 2003). This is, by all means, the largest population-based study to date to study risk factors in the incidence of breast cancer, with a sophisticated study design and a large number of breast cancer cases included, which allowed for refined subgroup analyses and statistically reliable relative risk estimates in a number of subgroups. A total number of 9,364 incident breast cancer cases were identified during the follow-up. This study is particularly valuable because it was sufficiently powered to quantify relative risk accurately as it relates to various types of MHT.  The relative risk associated with EMHT use for five or more years was **1.30** (95% CI 1.22-1.38) compared to nonusers and after adjustment for age, time since menopause, parity and age at first birth, family history of breast cancer, body mass index, region in the United Kingdom, and socioeconomic factors. The relative risk estimate for EMHT users in this study was statistically significant and similar to the risk reported in the *Collaborative Group* meta-analysis (1997).

**c.**      Using pooled data from six mammography registries in the US that participate in the *Breast Cancer Surveillance Consortium,* Kerlikowske et al, 2003, examined the relationship between the risk of breast and EMHT and CMHT in a large population of 373,465 postmenopausal women aged 50-79 years who underwent mammography examinations. There were 3,202 breast cancer cases (2,619 invasive and 583 ductal *in situ* carcinoma) during the follow-up period 1996-2000.  This study did not find an increase in breast cancer among women with hysterectomy who used EMHT for five or more years RR (0.92, 95% CI 0.84-1.00), after the adjustment for age, family history of breast cancer, examination year, and time between the mammogram and examination. Women who used EMHT were more likely to have estrogen-receptor-positive tumors compared to nonusers (RR 1.14, 95% CI 1.06-1.23).

*The major weakness of this study is a relatively short follow-up period and the lack of adjustment for age at menarche, the age at menopause and other reproductive factors, as well as for body mass index in estimating the relative risk of breast cancer with EMHT which may have affected (underestimated) the magnitude of relative risk.*

**d.**     In the ***Danish Nurse Cohort Study*** of 10,874 postmenopausal women (Stahlberg et al, 2004) 244 women developed breast cancer during the follow-up period from 1993 to 1999. After the adjustment for confounding variables, the relative risk of breast cancer associated with current EMHT use was **1.96 (95% CI 1.16-3.35).** This study strongly indicated a substantial excess (almost doubling) of breast cancer risk among women who were using European traditional EMHT (estradiol) regimens.

**e.**     Another study in Denmark, the ***Danish Cohort Study*** (Eweretz et al, 2005) of 78,380 postmenopausal women with 1,462 cases of breast cancer over a mean follow-up of ten years was focused on the risk of breast cancer with MHT (used for menopausal symptoms) and on the relative risk according to the type of MHT. It was found that the relative risk of breast cancer associated with EMHT among women older than 50 years was **1.35 (95% CI 1.01-1.80),** after the adjustment for calendar period, number of children, and age at first birth. The excess risk of 35% among EMHT users compared to nonusers was statistically significant. This study did not take into consideration the potential confounding effect of age at menopause and body mass index, the lack of which may have underestimated the magnitude of breast cancer risk associated with EMHT. The relative risk of breast cancer associated with EMHT found in this study is almost identical with the corresponding risk estimated in the Million Women Study (Beral, 2003). Also, in this study, the risk increased with the duration of use and did not differ significantly for EMHT, CMHT, or progestines only treatment.

**f.**     In an early report from ***E3N-EPIC Study***, a French prospective study of 54,548 postmenopausal women who have been followed-up for an average of 5.8 years (Fournier et al, 2005), 948 cases of breast cancer developed during the follow-up period. No substantial increase in risk of breast cancer was found among EMHT (estradiol) users compared to nonusers: after the adjustment for time since menopause, body mass index, age at menopause, parity, age at first pregnancy, family history of breast cancer, personal history of benign breast disease, use of oral progesterone before menopause, ever use of

13

oral contraceptives and previous mammography, <u>the relative risk was **1.1 (95% CI 0.8-1.6)**.</u> Overall, the risk did not vary according to the route of EMHT administration.

*One important consideration to be taken into account in interpreting the results of this study is a relatively short period of follow up and a relatively small number of breast cancer cases given the analytic approach and the number of variables used in the process of adjustment of the relative risk, thus, producing unstable estimates ("sparse data bias", Greenland et al, 2000).*

**g.**    In the ***Nurses Health Study*** (Chen et al, 2006), among 28,835 postmenopausal US women (nurses), a total of 934 invasive breast cancer cases were diagnosed during the follow-up period 1980-2002. <u>The risk of invasive breast cancer increased significantly with the increasing duration of EMHT (P value for trend was < 0.01) but the relative risk was significantly higher only among women who reported EMHT use for 20 years and longer compared to never users (RR **1.42**, 95% CI 1.13-1.77).</u> The authors concluded that the users of EMHT (unopposed estrogen) were at increased risk of breast cancer but only after longer-term use (actually, after a very long use of twenty or more years).

*Most but not all observational epidemiologic studies assessing the relationship between EMHT and breast cancer, included invasive and noninvasive breast cancer. In this study, only invasive breast cancers were considered. The exclusion of other, less aggressive types of breast cancer reduced the total number of breast cancers considered. This precluded more detailed subgroup analyses of the association of EMHT with different types of breast cancer as well as more precise and statistically valid risk assessment of the level of risk in relation to EMHT use for less than twenty years*

**h.**    In the ***Black Women Health Study*** (Rosenberg et al, 2006) of 32,559 US black women, 615 cases of breast cancer were reported during the follow-up period 1995 trough 2003. The incidence rate ratio for breast cancer among EMHT users and nonusers was used as a measure of risk of breast cancer associated with EMHT. After the

adjustment for age at baseline, menopausal status (premature, natural, surgical menopause), and age at menopause, <u>the risk was **1.41 (95% CI 0.95-2.10) for women who used EMHT for 10 or more years**</u> compared to women who never used MHT. In this study, the association of <u>EMHT with breast cancer was stronger for women with body mass index smaller than 25: in this group of black women who used EMHT for 10 or more years, the risk was **2.71 (95% CI 1.31-5.59).**</u> Several other observational studies have also found a similar, stronger association of EMHT with breast cancer among leaner women (Collaborative Group on Hormonal factor, 1997, La Vecchia et al, 2004, Million Women Study Collaborators, 2003, Schairer et al, 2000, Magnusson et al, 1999, Lee et al 2006).

i.      In the ***Multiethnic Cohort Study*** (Lee et al, 2006) of 55,371 postmenopausal women of various race/ethnic groups (Latina, African-American, Hawaiian, Japanese-American and White), enrolled in California (primarily Los Angeles county) and Hawaii in 1993-1996, a total of 1,651 incident invasive breast cancer cases were diagnosed over a mean length of follow-up of 7.3 years. The relative risk of invasive breast cancer <u>among women currently using EMHT for ten or more years was significantly higher than among women who never used HMT</u> (**RR 1.64, 95% CI 1.30-2.06**). This excess risk of 64% among EMHT users was found after the adjustment for ethnicity, age at the first menstrual cycle, age at first birth, number of children , age and type of menopause, body mass index, alcohol consumption and family history.  <u>The risk was somewhat lower but still statistically significant among women who used EMHT for up to five years (1.30, 95% CI 1.01-1.67).</u> The risk associated with current EMHT was more pronounced among leaner women (with body mass index smaller than 25) and this finding was consistent with the findings of a number of other observational studies listed in the paragraph referring to the findings in the *Black Women Study* by Rosenberg et al, 2006. Among current users of EMHT, the risk of lobular and ductal breast cancer was almost the same. The results of the *Multiethnic Cohort Study* provided important information that the risk of breast cancer associated with EMHT among women of other race/ethnic groups is similar to the risk previously reported for white non-Hispanic women. Another recent report from the same study (Woolkott et al, 2010) provided additional important

information about the relationship between plasma sex hormone concentrations and breast cancer risk in ethnically diverse population, obtained from a nested case-control study within the same cohort. The odds ratio (a measure of risk in the case-control studies) of breast cancer with doubling of estradiol levels was **2.26 (95% CI 1.58-3.25)** and it was almost two times higher than the odds ratio associated with doubling of testosterone level (OR 1.34, CI 0.98-1.82). This association was similar across various ethnic groups, providing strong evidence that the association between sex hormones and breast cancer risk is generalizable to an ethnically diverse population.

**j.**    One large prospective study including 110,984 *Finish women* (Lyytinen et al, 2006) of which 2,171 were diagnosed with breast cancer during the period 1994-2002, showed a significant increase in breast cancer among women who were using EMHT (orally or as transdermal estradiol) for five or more years: standardized incidence ratio , as a measure of breast cancer risk, was **1.44 (95% CI 1.29-1.59).** The authors calculated that among women who were using EMHT for 5-10 years, the ratio was 1.34 (CI 1.16-1.54) which would result in two to three extra cases of breast cancer per 1,000 women in ten years. The risk associated with transdermal EMHT did not vary from the oral use and this finding was consistent with the similar findings in the Million Women Study (Beral et al, 2003) or the EPIC study (Fournier et al, 2005). The risk of lobular was slightly higher than the risk of ductal breast cancer (**1.58**, CI 1.22-2.01 vs. **1.36**, CI 1.19-1.53). The standardized incidence ratio for *carcinoma in situ* was **2.43 (95% CI 1.66-3.42)** and was much higher than for localized, regional, or breast cancer of unknown stage. The authors did not provide an explanation for this finding except that "it hints at a detection bias". This particular finding requires further investigation.

**k.**    In the *Women's Health Study* (Zhang et al, 2006) of 12,718 women age 45 and older who were postmenopausal or were "uncertain" of their menopausal status and were current users EMHT (conjugated equine estrogen) or never users of any form of MHT, there were 305 incident cases of breast cancer (258 invasive and 47 *in situ* cancers). The analyses in this study were done in the same fashion as in the Women's Health Initiative study (Stefanick et al, 2006). This study, like the Women's Health Initiative Study, did

16

not find a statistically significant increase in breast cancer risk neither for total (RR 1.1, 95% CI 0.79-1-56) nor for invasive breast cancer (RR 1.35, 95% CI 0.77-1.64), after the adjustment for age, age at menarche, age at first pregnancy lasting six or more months, age at menopause, surgical menopause due to removal of both ovaries, body mass index, family history of breast cancer, in mother or sister, history of benign breast disease, physical activity, alcohol intake, smoking status, multivitamin supplement use, and randomized aspirin/vitamin treatment. The findings did not change with the duration of use. Still, the authors concluded that "a small increase or decrease in risk cannot be excluded".

*There are several important weaknesses of this study that have to be taken into consideration in interpreting the results. These are: (1) poorly defined and "uncertain" menopausal status in some women that were included in the analyses; (2) potential misclassifications of menopausal status which may have contributed to the underestimation of risk, and (3) a relatively small number of breast cancer cases for statistically valid subgroup analyses and corresponding risk estimates, given a large number of potential confounders included in the process of adjustment ("sparse data bias", Greenland et al, 2000).*

l.      In the ***NIH-AARP Diet and Health Study Cohort*** (Brinton et al, 2008) of 126,638 women aged 50-71 years at baseline in 1995-1996 who resided in one of the six states (California, Florida, Louisiana, New Hampshire, North Carolina, and Pennsylvania) or two metropolitan areas (Atlanta, GA, and Detroit, MI), 3,657 developed breast cancer (607 *in situ* and 3,035 invasive cancers, and 15 with missing stage information).  The overall relative risk of breast cancer among current EMHT users, adjusted for age, race, age at first birth, menopausal status, number of breast biopsies, family history of breast cancer, and number of mammograms, was **1.24** (95% CI 1.11-1.39). In a subgroup of **thinner women** (with low body mass index), however, EMHT use of ten or more years was associated with a much higher risk of breast cancer (**RR=1.60, 95% CI 1.31-1.96**). The significant (P value = 0.01) interaction between EMHT and body mass index in estimation of breast cancer risk with EMHT was also found in a number of other

prospective studies mentioned above. In general, the relationship of EMHT with breast cancer in this study did not vary substantially by tumor stage or estrogen receptor status, although there was a stronger relationship of current usage of EMHT and the risk of mixed ductal / lobular breast cancer (RR=2.36, CI 1.49-3.75). The authors addressed several important methodological issues that may have affected the results and concluded that, in this study, the overall relative risk estimate relevant to EMHT and breast cancer was very likely underestimated.

*The finding of an interaction of body mass index and EMHT use in estimating breast cancer risk found in this and other well-designed studies mentioned above, suggest that, in general, **the independent EMHT effects on breast cancer risk may have been underestimated in the US studies in general, where a large proportion of women are overweight or obese.** For example, in the Women's Health Initiative trial, more than 80% of women were heavier than their ideal body weight and more than 40% were obese. This may be a part of the reason why in the WHI trial, the investigators did not find the modifying effect of body mass index on the association between EMHT and breast cancer (Anderson et al, 2004).*

**m.**    The preliminary analyses of the relationship between EMHT and breast cancer risk in the ***Women's Health Initiative (WHI) Observational Study (combined with the data from the EMHT arm of the WHI trial,*** Prentice et al, 2008), showed that, after control for confounding factors (age, body mass index, education, smoking, alcohol consumption, physical activity, family history of breast cancer, and bilateral oophorectomy), the hazard ratio for invasive breast cancer associated with EMHT (conjugated equine estrogen) was 1.28. This hazard ratio was significantly (75%) greater (P<0.01) than the corresponding ratio found in the EMHT arm of the WHI clinical trial (HR 0.71). The interaction analyses suggested that a relatively higher hazard ratio was found among women having low body mass index or who had high Gail model breast cancer risk (Gail et al, 1999). After controlling for mammographic screening patterns prior to and following the WHI enrollment, and after restricting the EMHT user group in the observational study to women using the same daily 0.625-mg conjugated equine

estrogen regimen studied in the clinical trial,  and controlling for time since EMHT initiation, the discrepancy in hazard ratios was reduced to 43% (P=0.12). The authors determined the "gap time", that is, the time from menopause to first use of EMHT to further explain apparent differences in hazard ratios in the WHI observational study and in the WHI clinical trial. After adjustment for the "gap time" the hazard ratio of invasive breast cancer associated with EMHT was 7% (P=0.82) higher in the WHI observational study than in the clinical trial. The authors concluded that for women who begin use EMHT soon after menopause, the results of the combined analyses from WHI observational study and clinical trial did not provide clear evidence of either an increase or reduction in breast cancer risk associated with EMHT.  Hazard ratios were higher among thinner women (with low body mass index) and among women with certain breast cancer risk factors profiles. Some methodologic aspects of this analysis will be discussed later in this report, in the section on the EMHT arm of the WHI randomized clinical.

n.      In the population of 68,369 postmenopausal US women, drawn from the prospective *Cancer Prevention Study II Nutrition Cohort*, and cancer-free at baseline in 1992, there were 3,199 incident cases of breast cancer diagnosed by mid-2005 (Calle et al, 2009). In this study, current use of EMHT for 10 or more years was significantly associated with about 60 % increase in lobular breast cancer (RR **1.59**, 95% CI 1.07-2.35), and with about 28% increase in risk of ductal breast cancer among lean women (with body mass index smaller than 25) compared to never users in the same category (RR **1.28** , 95% CI 1.03-1.60). These estimates were obtained after the adjustment for age at baseline, age at menopause, education, hysterectomy and removal of the ovaries, and time-dependent mammography (which minimizes potential for screening bias). The increased risk of ductal breast cancer associated with EMHT and restricted to lean women found in this study is similar to the finding in the *Million Women Study* ( Beral et 2003) were no adverse effect of EMHT on risk of ductal cancer was found in overweight women. In this study, the risk of lobular cancer associated with MHT of any type was not modified by body mass index, in contrast to the findings in the Million Women Study where a gradient of risk was found for both ductal and lobular breast cancer with EMHT (Beral et al, 2003).  It is important to note that the distribution of body mass index

in the population examined impacts the overall association between EMHT and ductal breast cancer, in other words, it is less likely to observe the association in study populations with higher average body mass index. This may, in part, explain why many other studies conducted in the US have demonstrated no increased risk overall of ductal cancer with EMHT.

o.      In the large *European Prospective Investigation into Cancer and Nutrition (EPIC study)* of 133,744 postmenopausal women (Bakken et al, 2010), there were 4,312 incident cases of breast cancer during a mean follow-up of 8.6 years. The relative risk of breast cancer among women using EMHT was **1.42 (95% CI 1.23-1.64).** There was no significant variation in the risk linked to estrogenic component of MHT, neither for oral vs. cutaneous administration, nor for estradiol components vs. conjugated equine estrogen. This study demonstrated a significant excess of 42% in the breast cancer risk that can be contributed to EMHT. The results of this prospective study are of particular importance given the large sample size of postmenopausal women, a large number of incident cases of breast cancer during the follow-up period of an average of 8.6 years, and the refined analytic approach.

## 3.      Epidemiologic Evidence from Clinical Trials

a.      In the *EMHT arm of the Women's Health Initiative Randomized Controlled Trial* (Anderson et al, 2004), the association between EMHT (0.625 mg/d of conjugated equine estrogen) and breast cancer risk was investigated among 10,739 postmenopausal women aged 50-79 (23% were of minority race/ethnicity), with prior hysterectomy, who were enrolled beginning in 1993 and who were randomly assigned either to receive EMHT , that is, 0.625 mg of conjugated equine estrogen (Premarin; Wyeth, St Davids, PA) daily or a placebo. During the follow-up of an average of 6.8 years, there were 218 invasive breast cancer cases. The estimated hazard ratio of invasive breast cancer was **0.77 (95% CI 0.59-1.01) which was in contrast with the findings of the vast majority of observational studies of a higher risk of breast cancer in women who were using EMHT**

20

for an extended period of time (more than five or ten years). In 2004, the EMHT arm of the trial was discontinued prematurely, primarily because of an increase in risk of stroke associated with EMHT.

Another report from the EMHT arm of the WHI trial, published two years after termination of the EMHT arm of WHI trial in 2004 (Stefanick et al, 2006) reported the risk of breast cancer after an average of 7.1 years follow-up and including 237 breast cancer cases. The adjusted hazard ratio for invasive breast cancer was **0.80** (95% CI 0.62-1.04), almost identical to hazard ratio reported by Anderson et al, 2004, after a mean follow-up of 6.8 years. Although the risk estimate was barely significant, the authors concluded that EMHT does not increase the risk of breast cancer, that it may decrease the risk of early stage and ductal breast cancers, and that EMHT increases the frequency of mammographic screening requiring short interval follow-up.

*There are several potential explanations for the discrepancy between the results of numerous observational studies and the WHI clinical trial relating the breast cancer risk and EMHT. One of the major issues to be considered in interpreting the results of the WHI trial is the dilution of effects of EMHT due to non-compliance. The number of breast cancer cases under consideration in both reports from the EMHT arm of the WHI trial was rather small for the number of potential confounding factors included in the multivariate analysis. It is well known that an extensive list of breast cancer risk factors aimed to control confounding, if the total number of breast cancer cases is small ( such as in the EMHT arm of the WHI trial), may introduce sparse-data biases (Greenland et al, 2000) and result in unreliable estimates of the hazard ratios. Furthermore, if a higher risk of breast cancer is predominantly associated with a very long duration of EMHT use (ten or more years, as suggested in observational studies), then, given a relatively short period of follow-up (6.8 and 7.1 years) in the WHI trial, it would have been impossible to discern the excess of risk of breast cancer associated with a longer-term EMHT use. Women included in the WHI trial were, on average much older (over 60) at the time of randomization and initiation of the EMHT, contrary to postmenopausal women in observational studies (and in "real life") who started to use EMHT at younger ages. About 45% of women in the WHI trial were obese and the modifying effect of body mass*

*index may have contributed to the lower hazard ratio estimate. In my opinion, the suggestion (or, rather, a speculation) made in the initial report from the WHI clinical trial by Anderson et al, 2004, that EMHT may reduce breast cancer risk, had no grounds in solid evidence of statistically significant association, and is not acceptable as a "public health message".*

**b.**      In another, more recent analysis from the ***Women's Health Initiative Randomized Controlled Trial*** (Rohan et al, 2008) the relationship between EMHT (0.625/d conjugated equine estrogen) and the risk of benign proliferative breast disease (a condition that may lead to breast cancer, Hartmann et al, 2005)  was investigated among 10,739 hysterectomized postmenopausal women . The trial employed serial mammography and clinical breast examinations, biopsy procedures, and centralized pathology review. After a follow-up period of about 7 years, women who were on EMHT had significantly increased risk of breast cancer, that is, twice as much risk of proliferative breast disease compared to women on placebo (hazard ratio was **2.11**, 95% CI 1.58-2.81). More refined analyses showed that the effect was most prominent in relation to proliferative breast disease without atypia (hazard ratio **2.34**, 95% CI 1.71-3.20).

*It is widely accepted that benign proliferative breast disease without atypia, proliferative disease with atypia, and in situ cancer represent successive phases in the natural history of breast cancer preceding the development of invasive breast cancer (Lakhani, 1999). This study offered potential explanations for the difference in findings of the WHI study and other epidemiologic studies with regard to the risk of breast cancer and EMHT. It indicated that <u>it would require more years of follow-up then it was available at the time of termination of the WHI trial, for invasive breast cancer (taken as an outcome) to develop and be included in the analyses.</u>*

*Continuing follow-up of women included in the WHI study may provide further information about the relationship between the exposure to EMHT and breast cancer risk after a longer-term follow up.*

c.      ***The Women's International Study of Long-Duration Oestrogen after
Menopause (WISDOM)***, a large, randomized controlled trial begun in 1997, with
recruitment starting in 1999 in the UK, Australia, and New Zeland and was designed to
compare effects of CMHT versus placebo, and the effects of EMHT (conjugated equine
estrogen) versus CMHT on the occurrence of breast cancer as one of the primary
outcomes. In October 2002, following the discontinuation of the CMHT arm of the WHI
trial in the US, the WISDOM trial was stopped prematurely, after a median follow-up of
only 11.9 months (Vickers et al, 2002). *Although morbidities that occurred during the
follow-up period were reported (Vickers et al, 2007), because of the all-to-short follow-
up period of less than one year and a very small number of breast cancer cases, the
report did not provide any statistically significant and meaningful information regarding
the risk of breast cancer associated with EMHT versus CMHT use.*


## 4.      Biologic Plausibility – Estrogen and Breast Cancer

Although estrogen has been recognized as a carcinogen for a very long time, full
explanations of the mechanisms by which estrogen acts in carcinogenesis were not
available until recently. The traditional paradigm is that estrogen promotes cancer by
signaling cells to grow (proliferate) and divide (Key and Pike, 1988, Pike et al, 1993).
Generation time (or division time) is the time it takes for cells to enter the cell cycle and
give rise to two daughter cells. Cells that divide at a faster rate (a shorter division time)
are more frequently subjects to DNA (genetic) damage (Pike et al, 1993) and are more
likely to show a malignant alteration. It was found that the greater the percentage of cells
in cycle, the greater the exponential (tumor) growth (proliferation). The breast cells
proliferation is measured by a test including Ki-67 nuclear antigen labeling. The
stimulation of cellular proliferation is one of the key mechanisms postulated, by which
estrogen plays a role in breast cancerogenesis (Russo et al, 2006). One plausible and
probably necessary mechanism in hormonal carcinogenesis is receptor-mediated response
to hormones (IARC, 2005). Li and colleagues, 2003, found that the increase in the
incidence of hormonally sensitive tumors (hormone receptor-positive tumors) was
restricted to women 40-69 years of age, that is, to a group of women most likely to use

23

MHT. Estrogen-receptor(ER)-beta positive and ER-alpha negative expressions have the highest level of proliferative cancer cell activity (Schneider and Bocker, 2006). ER- beta receptors may play a key role in the breast epithelial proliferation and breast cancer risk, by modulating (antagonizing) the effects of E-alpha receptors and, consequently, proliferation (Isaksson et al, 2002). Tamoxifen, a drug widely used for breast cancer treatment, acts as a selective estrogen antagonist, thus, reduces proliferation of the breast cells and tumor growth (Baum, 1997). Prasad et al, 2003, found that estrogen receptor-positive breast cancers showed a favorable biologic response (a decrease in proliferation) to MHT withdrawal. Hofsethet al, 1999, reported that current EMHT users had higher increase in breast epithelial cells proliferation (particularly in the terminal ductal-lobular areas of the breast, where most breast cancers develop) than nonusers, although the effect was much more prominent among current users of CMHT. It is generally accepted that women who use MHT at the time of the diagnosis of breast cancer should be advised to stop MHT immediately because the continuation of use can contribute to the progression of breast cancer (Prasad 2003, Dhodapkar, 1995).

_The new research paradigm is that mammalian cells have the ability to convert estrogen into compounds that not only generate substances (free radicals) capable of damaging genetic structure of the cells (DNA) but also have the ability to bind to DNA affecting the nucleotide base by the process know as **depurination, resulting in genetic mutations (Santen et al, 2009).**_ Estrogen derivates of particular importance in this genotoxic process are catechol estrogen (CE) quinones. Estrogen is metabolized to 2-CE (major) and 4-CE (minor) quinone and 4-CEs are further oxidized to CE-3, 4-quinones, they may react with DNA to form depurinating adducts. The mutations resulting from this adducts can lead to cell transformation and the initiation of breast cancer. Both free radicals and CE-quinones contribute significantly to estrogen's potency as a _cancer initiator_ (Cvallieri and Rogan, 2002, 2004). It was found that the levels of the ratios of depurinating DNA adducts to their respective estrogen metabolites and conjugates were significantly higher ($P < 0.001$) in women with breast cancer than in control subjects. These findings suggest that the depurinating estrogen-DNA adducts are possible biomarkers for early detection of breast cancer (Gaikwad et al, 2008). Although the

24

genotoxic effects of estrogen are independent of estrogen receptors status (Santen et al, 2009), the metabolites of estrogen may act in concert with ER mediated mechanisms to induce breast cancer (Yue et al, 2003). More complex laboratory, histologic and genetic analyses suggested different genetic pathways in the development of ductal carcinoma *in situ* and *lobular carcinoma in situ* (Schneider and Bocker, 2006).

Okamoto et al, 2010, investigated carcinogenic effects of equine estrogen (equilin) in animal studies including rats and found equilin is mammary carcinogen. The authors suggested that this equine estrogen carcinogenic potential may be associated with the development of breast and reproductive cancers in women receiving EMHT.

The estrogen-induced Syrian hamster tumors of the kidney are intensively studied in-vivo models in solely estrogen-induced carcinogenesis (Li and Li, 2003). The kidney is the primary hamster organ that produces 4-OHE- the first estrogen metabolite along the path toward the DNA-damaging CE-quinone. It was found that male Syrian hamsters develop kidney tumor when treated with natural estrogen, 17-beta estradiol.

It is likely that the genetic damage associated with EMHT is more persistent or permanent and that cessation of EMHT may reduce receptor-mediated effects of estrogen but cannot affect the existing genetic damage (IARC, 2005).

*In brief, EMHT increases the risk of breast cancer by (i) increasing breast epithelial cell division and proliferation which is reflected on a mammogram as increased density and (ii) by genotoxic effects leading to breast cell mutations and malignant alterations.*

*In my opinion, based on all presented data and other literature review, **EMHT can both initiate breast and contribute to the clinical progression of breast cancer**. In the overall evaluation of the carcinogenic effects of EMHT, IARC Panel on Carcinogenesis (Grosse et al, 2009) **concluded that there is evidence that EMHT is carcinogenic in the human breast.***

## 5.   Statistical Association, Causation in Epidemiology, Magnitude of the Risk, and Reasoning in Medicine and Public Health

Statistical association does not necessarily imply causation. In experimental studies, including clinical trials, statistical association is usually interpreted as cause-and-effect relationship (Friedman, 2004). It has long been recognized that in observational epidemiologic studies, especially in cross-sectional and in case-control studies, it is difficult to establish causal relationship between a risk factor and disease outcome.

Large-scale, population-based longitudinal cohort studies are the best among observational epidemiologic studies in assessing the etiologic role of a risk factor: the exposure (risk factor), for example, EMHT use is measured at the outset of the study, and criteria for a disease outcome, for example, breast cancer, are set up at the beginning of follow-up. Still, certain misclassifications of the exposure or of the outcome are possible in individual studies, which, in turn, may affect the relative risk estimates. *In the case of the association between EMHT and breast cancer, an extensive review of the relevant literature and considerations of some inherent methodological issues in observational epidemiologic studies, **it is more likely that an underestimation rather than overestimation of the relative risk** occurred in some of these studies..*

In 1965, Bradford Hill suggested that the several aspects of an association be considered in distinguishing between causal and non-causal associations in observational epidemiologic studies. These are:

a.   **Strength of association** (measured by relative risk, odds ratio and hazard ratio)
b.   **Consistency of findings** across different studies.
c.   **Temporality** (time sequence – the exposure must precede the disease)
d.   **Biological plausibility** (known biological mechanisms which explain the association)
e.   **Dose-response relationship** (gradient of risk)
f.   **Coherence** (with what is known of the natural history and biology of the disease)
g.   **Specificity of the association**
h.   **Experimental evidence** (animal studies and other experimental studies)
i.   **Analogy** (with what is already known and accepted by scientific community).

These criteria for causality in observational epidemiologic studies have been universally accepted and widely used. Most of the epidemiologic studies of chronic diseases, including

breast cancer, are observational and are used for important decisions in the area of preventive medicine and public health. In the case of EMHT and breast cancer association, all the criteria, except specificity (that is, EMHT is not a risk factor for breast cancer alone and it is not the only risk factor for breast cancer), are satisfied.

The best assessment of the strength of the association (etiological role of a risk factor) is by considering sample size, effect size (**the magnitude of relative risk**), confidence intervals (precision of the risk estimate) and p value (statistical significance). The vast majority of the observational epidemiologic studies presented in this report include large samples of general population, include large number of breast cancer cases, stable and precise overall adjusted relative risk estimates between 1.30 to 1.99 of high statistical significance, and, as shown earlier in this report, much larger estimates *(RR>2.0) in some subgroups of women.*

*In my opinion, some discussions around the topic of the magnitude of the relative risk estimates on the line "how big the relative risk is big enough" to be seriously considered, in some cases, are not put on the right footing. These discussions often ignore some basic principles in epidemiology, medicine, and public health, as well as important supplemental evidence from basic research necessary for comprehensive interpretation of the overall and specific subgroups relative risk estimates. Like in good medicine were, at the first place, there is a patient as a whole person, not a as a disease entity she or he is diagnosed with, so is in  public health:  disease risks should be examined in the context of their overall impact on the population health.*

*It is important to point out that, according to the requirements for observational studies to be considered as credible as clinical trials in terms of cause and effect relationship (Vandenbroucke, 2004),  epidemiologic studies investigating the relationship between the risk of breast cancer and EMHT use presented in this report, for most part, fit these requirements.*

*This is not to say that observational studies are as good as clinical trials or "gold standard", but rather that both study designs have strengths and weaknesses and that is*

27

*critically important to consider overall pattern of evidence rather than any single observational study or clinical trial.*

*In my opinion, although observational epidemiologic studies have some limitations, in reality, these studies, especially prospective cohort studies, may become "the study design of ultimate choice" for studying the association between EMHT and breast cancer risk. Conducting a randomized clinical trial ( as "a gold standard") to study an agent (EMHT) classified as carcinogen, for a life-threatening disease, such as breast cancer, as the "primary outcome" or even as an "expected adverse event" is unethical.*

### Special Considerations Regarding Heterogeneity of Breast Cancer

Breast cancer has become recognized as a disease representing several distinct entities and the association of various risk factors, including menopausal status and EMHT, may vary depending on which of these entities is taken as the primary outcome in estimating relative risk (Lyytien et al, 2002, Chlebovski et al, 2007, Peppercorn et al, 2008, Tavtigian et al, 2006, Weigelt et al, 2008). This may explain some heterogeneity in the level of relative risk estimates across different studies that have used different definitions of breast cancer as the outcome (all breast cancers, invasive breast cancer, invasive ductal and/or invasive lobular cancer, ductal carcinoma *in situ*, etc). In one recent study by (Slanger et al, 2009) of 3,464 cases of breast cancer and 6,657 controls provided more specific analyses and indicated a high significance of the breast cancer ER and PR receptor status (positive or negative), tumor grade and histologic type in assessing the risk of breast cancer associated with EMHT (Slanger et al, 2009). Some but not all major epidemiologic studies have taken all these characteristics into consideration in assessing the risk of breast cancer associated with EMHT but all future studies will have to take these characteristics into consideration to avoid  underestimation of the relative risk estimates as they relate to EMHT and breast cancer..

***Public Health Perspective***

While the relative risk is the best measure of the etiological role of a risk factor, *the magnitude of relative risk is not the only measure to be taken into consideration in decision making process in preventive medicine.* One of the fundamental axioms in preventive medicine is that a large number of people exposed to a relatively small risk will generate many more cases than a small number exposed to a high risk, that is, a major public health problem may arise from a relatively small but widespread risk (Rose, 1992).

From the population health point of view, doubling the risk associated with a rare risk factor is trivial, while a small or moderate increase in  risk in a common risk factor is alarming (Rose,1992). By all means, MHT, including EMHT is a common risk factor, with the reported (Coombs et al, 2010) prevalence of use among US women aged 50-64 as high as over 44% in some subgroups of women. ***Given the fact that millions of women have taken and are currently taking EMHT, the established increase in risk of breast cancer among EMHT users would translate into large number of affected women.*** Therefore, a modification in EMHT prescribing practices may impact breast cancer incidence with associated health care implications. This illustrates a major public health importance of the issues discussed in this report.

How the risk of breast cancer associated with the MHT in general and EMHT in particular, is communicated to the general public and medical community at large is of critical importance. There are critics of using relative risk only and even absolute and attributable risk estimates for this purpose. Most women seek more simple illustrations, beyond the numbers, for their better understanding of the risk of breast cancer as it relates to various risk factors. An excellent example provided by Banks, Canfell, and Reeves, 2008 (investigators from the Million Women Study) "tells the story" of EMHT and breast cancer in women over fifty: ***"Five years of EMHT use is equivalent to two-to-three alcoholic drinks per day or a 13 kg weight gain"***. Who in the right mind would advise a woman to take so much alcohol on a daily basis (even without knowing that it may increase the risk of breast cancer multiple times in some subgroups of women)  or gain weight? Yet, EMHT seems to be much easier to recommend and prescribe. Not

to mention the escalation of breast cancer risk with the duration of EMHT use beyond five years. Banks et al, 2008, added another good comparison, in relation to CMHT and breast cancer, indicating that CMHT use of five years is equal to having a first degree relative (mother or sister) with breast cancer (a major risk factor for breast cancer).

*From the public health perspective, it is extremely important to communicate properly and understandably the risk of common diseases (including breast cancer) associated with common risk factors (such as MHT / EMHT use) to the general public and medical community at large. They have right to know by means of simple language and with as much clarity as possible what has been discussed in the scientific community, to make their own decisions regarding various options for prevention and medical treatment.*

## 6.    Summary

***In my opinion, overall current medical literature supports the scientific proposition of a causal relationship between the EMHT and breast cancer in some women, in other words, EMHT can cause breast cancer in some women.***

*When I say that EMHT can "cause" breast cancer in some women, what I mean is that the ingestion of EMHT, in a substantial number of women who take the drugs, is a substantial factor in either initiating the tumor, or in accelerating the growth in a pre existing tumor. In the latter case, in some women, the ingestion of EMHT can make the tumor appear sooner than it otherwise would have, or even in some women, can make a tumor appear clinically where this preexisting lesion would likely not have become clinically manifest. In other words, it is likely that a number of postmenopausal women have neoplasms which can become invasive cancer upon stimulation (such as use of EMHT), but which would otherwise not become symptomatic.*

***In my opinion, it is reasonable to assume that if one type of estrogen can cause breast cancer all other types can, too. In other words, various EMHT drug regimens have a class effect.***

30

Because the prevalence of EMHT use is high in the US and other western countries, the related population risk of breast cancer associated with EMHT is high.  This fact has to be taken into consideration within the context of the overall (individual and population) assessments of risk of EMHT use and, in my opinion, should be implemented in all relevant recommendations regarding prescription practices and use of EMHT.

---

I have never before testified as an expert in a deposition or in a trial. Throughout my professional life I have never received any consultation fee from the pharmaceutical industry. My hourly fee for consulting in this litigation is $400.00 per hour. The rate for testifying in deposition is $600.00 and in the court $700.00.

_____6/5/ 2010_____
Date

_____Jasenka Demirovic_____
Signature

31

## References:

Anderson GL, Limacher M, Assaf AR, Bassford T, Beresford SA, Black H, et al; Women's Health Initiative Steering Committee (2004). Effects of conjugated equine estrogen in postmenopausal women with hysterectomy: the Women's Health Initiative randomized trial. JAMA 291:1701-12.

Allegra CJ, Aberle DR, Granschow P, Hahn SM, Lee CN, Million-Underwood S, et al. (2010). National Institutes of Health State-of-the Science Conference statement: Diagnosis and management of ductal carcinoma in situ, September 22-24, 2009. J Natl Cancer Inst 102(3):161-9.

Baglietto L, Severi G, English DR, Krishan K, Hopper JL, McLean C, Morris HA, Tilley WD, Giles GG (2010). Circulating steroid hormone levels and risk of breast cancer for postmenopausal women. Cancer Epidemiol Biomarkers Prev 19(2):492-502.

Bakken K, Fournier A, Lund E, Waaseth M, Dumeaux V, Clavel-Chapelon F, et al. (2010). Menopausal hormone therapy and breast cancer risk: Impact of different treatments. The European prospective investigation into cancer and nutrition (EPIC).Int J Cancer, published online March 15, 2010 (ahead of print publication)

Banks E, Canfell K (2010). Recent declines in breast cancer incidence: mounting evidence that reduced use of menopausal hormones is largely responsible. Breast Cancer Res 12(1):103.

Banks E, Canfell K (2009). Invited Commentary: Hormone therapy risks and benefits— The Women's Health Initiative findings and the postmenopausal estrogen timing hypothesis. Am J Epidemiol 170(1)12-13.

Banks E, Canfell K, Reeves G (2008). HRT and breast cancer: recent findings in the context of the evidence to date. Women's Health 4(5):427-31.

Baum M (1997). Tamoxifen. Endocr Rel Cancer 4:237-243.

Beral V, and the Million Women Study Collaborators (2003). Breast cancer and hormone-replacement therapy in the Million Women Study. Lancet 362:419-427.

Brinton LA, Richeson D, Leitzman MF, Gierach GL, Schatzkin A, Mouw T, Hollenback AR, Lacey JV Jr (2008). Menopausal hormone therapy and breast cancer risk in the NIH-AARP Diet and Health Study. Cancer Epidemiol Biomarkers Prev 17(11)3150-60.

Calle EE, Feigelson HS, Hildebrand JS, Teras LR, Thun MJ, Rodriguez C. (2009). Postmenopausal hormone use and breast cancer associations differ by hormone regimen and histologic type. Cancer 1;115(5):936-45.

Cavalieri EL, Rogan EG (2002). A unified mechanism in the initiation of cancer. Ann NY Acad Sci 959:341-54.

Cavalieri EL, Rogan EG (2006). Catechol quinones of estrogens in the initiation of breast, prostate, and other human cancers: keynote lecture. Ann NY Acad Sci 1089:286-301.

Chen WY, Manson JE, Hankinson SE, Rosner B, Holmes MD, Willet WC, Colditz GA (2006). Unopposed estrogen therapy and the risk of invasive breast cancer. Arch Intern Med 166(9)1027-32.

Chlebovski RT, Anderson G, Manson JE, Pettinger M, Yasmeen S, Lane D, et al (2010). Estrogen alone in postmenopausal women and breast cancer detection by means of mammography and breast biopsy. J Clin Oncol online, May 3, 2010 (ahead of paper publication).

Chlebowski RT, Hendrix SL, Langer RD, et al. (2003). Influence of estrogen plus progestin on breast cancer and mammography in healthy postmenopausal women. The Women's Health Initiative Randomized Trial. JAMA 289:3243-3253.

Chlebowski RT, Anderson GL, Lane DS, et al (2007). Predicting risk of breast cancer in postmenopausal women by hormone receptor status. J Natl Cancer Inst 99:1695-1705.

Colditz GA (1998). Relationship between estrogen levels, use of hormone replacement therapy, and breast cancer. J Natl Cancer Inst 90:814-813.

Colditz GA (2005). Estrogen, estrogen plus progestin therapy, and risk of breast cancer. Clin Cancer Res 2:909-917.

Collaborative Group on Hormonal Factors in Breast Cancer (1997). Breast cancer and hormone replacement therapy: collaborative reanalysis of data from 51 epidemiologic studies of 52,705 women with breast cancer and 108,411 women without breast cancer. Lancet 350:1047-1059.

Collins JA, Blake JM, Crosignani PG (2006). Breast cancer risk with postmenopausal hormonal treatment. Hum Reprod Update 11(6):541-3.

Collins JA, Blake JM, Crosignani PG (2005). Breast cancer risk with postmenopausal hormonal treatment. Hum Reprod Update 11:545-560.

Coombs NJ, Taylor R, Wilcken N, Boyages J (2005). Hormone replacement therapy and breast cancer: estimate of risk. Br Med J 331:347-9.

Coombs NJ, Taylor R, Wilcken N, Boyages J (2005). HRT and breast cancer: impact on population risk and incidence. Eur J Cancer 41:1775-1781.

Coombs NJ, Cronin KA, Taylor RJ, Freedman AN, Boyages J (2010). The impact of changes in hormone therapy on breast cancer incidence in the US population. Cancer Causes Control 21:83-90.

Dhodapkar MV, Ingle JN, Ahmann DI (1995). Estrogen replacement therapy withdrawal and regression of metastatic breast cancer. Cancer 75:43-46.

Eheman CR, Shaw KM, Ryerson AB, Miller JW, Ajani UA, White MC (2009). The changing incidence of in situ and invasive ductal and lobular breast carcinomas: United States, 1999-2004. Cancer Epidemiol Biomarkers Prev 18(6):1763-9.

Ereman RR, Prebil LA, Mockus M, Koblick K, Orenstein F, Benz C, Clarke CA (2010). Recent trends in hormone therapy utilization and breast cancer incidence rates in the high incidence population of Marin County, California. BMC Public Health 10(1):228.

Ewertz M, Mellemkjaer L, Poulsen AH, Frlis S, Serenson HT, Pedersen L, McLaughlin JK, Olsen JH (2005). Hormone use for menopausal symptoms and risk of breast Cancer. A Danish cohort study. Br J Cancer 11;92:1293-7.

Fournier A, Burring F, Riboli E, Avenel V, Clavel-Chapelon F (2005). Breast cancer risk in relation to different types of hormone replacement therapy in the E3N-EPIC cohort. Int J Cancer 114:448-54.

Friedman GD (2004).  Primer in Epidemiology (fifth edition).Chapter 11, p 212-219. The McGraw-Hill, 2004.

Gail MH, Constantino JP, Bryant J, Croyle R, Freedman L, Helzlsouer K, Vogel V(1999). Weighing the risks and benefits of tamoxifen treatment for preventing breast cancer. J Natl Cancer Inst 91:1829-46.

Gaikward NW, Yang L, Muti P, Meza JL, Pruthi S, Ingle JN, et al (2008). The molecular etiology of breast cancer: evidence from biomarkers of risk. Int J Cancer 122(9):1949-57.

Gertig DM, Fletcher AS, Macinnis RJ, Hooper JL, Giles GG (2006). Hormone therapy and breast cancer: what factors modify the association? Menopause 13(2):178-84.

Glass AG, Lacey JV, Carreon JD, Hoover RN (2007). Breast cancer incidence, 1980-2006: Combined roles of menopausal hormone therapy, screening mammography, and estrogen receptor status. J Natl Cancer Inst 99:1152-61.

Greenland S, Schwartzbaum JA, Finkle WD (2000). Problems due to small samples and sparse data in conditional logistic regression analysis. Am J Epidemiol 151:531-9.

Greiser CM, Greiser EM, Doren M (2005). Menopausal hormone therapy and risk of breast cancer: a meta-analysis of epidemiological studies and randomized controlled trials. Hum Reprod Update 11:561-573.

Grosse Y, Baan R, Straif K, Secreton B, Ghissassi FE, Bouvard V, et al (2008). A review of human carcinogens – Part A: pharmaceuticals. Lancet Oncology 10:13-4, published online December 1, 2008.

Hartmann LC, Sellers TA, Frost MH, et al (2006). Benign breast disease and the risk of breast cancer. N Engl J Med 353(3):229-37.

Hass JS, Kaplan CP, Gerstenberger EP, Kerlikowske K (2004). Changes in the use of postmenopausal hormone therapy after the publication of clinical trials results. Ann Intern Med 140(3):184-188.

Hays J, Hunt JR, Hubbel FA, et al (2003). The Women's Health Initiative recruitment methods and results. Ann Epidemiol 13(Suppl):S18-77.

Hill BA. The environment and the disease: association or causation. Proceed Royal Soc Med 1965; 58:295-300.

Hofseth LJ, Raafat AM, Osuch JR, Pathak DR, Slomski CA, Haslam SZ (1999). Hormone replacement therapy with estrogen or estrogen plus medroxyprogesterone acetate is associated with increased epithelial proliferation in the normal postmenopausal breast. J Clin Endocr Metab 84:4559-4565.

Hong J, Holcomb VB, Dang F, Porampompailas K, Nunez NP (2010). Alcohol consumption, obesity, estrogen treatment and breast cancer. Anticancer Res 30(1):1-8.

Holmberg L, Anderson H, for the HABITS steering and data monitoring committees (2004). HABITS: hormonal replacement therapy after breast cancer-is it safe? A randomized comparison trial stopped. Lancet 363:453-455.

Hoover R, Gray LA, Cole P, et al (1976). Menopausal estrogens and breast cancer. N Engl J Med 295:401-5.

International Agency for Research on Cancer (2005). IARC monographs on the evaluation of carcinogenic risk to humans: combined estrogen-progestin menopausal therapy (draft). Vol 91, monograph 2, section 5, 3rd draft, rev. 3.

Isaksson E, Wang H, Shalin L, von Schoultz B, Masironi B, von Schoultz E, Cline JM. (2002). Expression of estrogen receptors (alfa, beta) and insulin growth factor-I in breast tissue from surgically postmenopausal cynomolgus macaques after long-term treatment with HRT and tamoxifen. Breast 11:295-300.

Jernstrom H, Bendahl PO, Lidfeldt J, Nerbrand C, Aged CD, Samsioe G. A prospective study of different types of hormone replacement therapy and the risk of subsequent breast cancer: the women's health in the Lund area (WHILA)study (Sweden). Cancer Causes Control 2003;14:673-680.

Jick SS, Hagberg KW, Kaye JA, Jick H (2009). Postmenopausal estrogen-containing hormone therapy and the risk of breast cancer. Obstet Gynecol 113(1):74-80.

Kennedy DL, Baum C, Forbes MB (1985). Non-contraceptive estrogens and progestins: use patterns over time. Obstet Gynecol 65:441-46.

Kay TJ, Pike MS (1988). The role of estrogens and progestogen in the epidemiology and prevention of breast cancer. Eur J Cancer 24:29-43.

Krieger N, Lowy I, Aronowitz R, et al (2005). Hormone replacement therapy, cancer, controversies, and women's health: historical, epidemiological, clinical, and advocacy perspectives. J Epidemiol Community Health 59; 740-48.

Krieger N, Chen JT, Waterman PD (2010). Decline in US breast cancer rates after the Women's health initiative: socioeconomic and racial/ethnic differentials. Am J Publ Health 100 (Suppl 1):S132-139.

Lakhani SR. The transition from hyperplasia to invasive carcinoma of the breast. J Pathol 187(3):272-8.

La Veccia C (2004). Estrogen and combined estrogen-progestin therapy in the menopause and breast cancer. Breast 13:515-518.

Lawson DH, Jick H, Hunter JR, Madsen S (1981). Exogenous estrogens and breast cancer. Am J Epidemiol 114:710-13.

Lee S, Kolonel L, Wilkens L, Wan P, Henderson B, Pike M (2006). Postmenopausal hormone therapy and breast cancer risk: The multiethnic cohort. 118:1285-91.

Li J, Eriksson L, Humphreys K, Czene K, Liu J, Lindstrom S, et al (2010). Genetic variation in the estrogen metabolic pathway and mammographic density as an intermediate phenotype of breast cancer. Breast Cancer Research 12:R19.

Li CI, Weiss NS, Stanford JL, Daling JR (2000). Hormone replacement therapy in relation to risk of lobular and ductal breast carcinoma in middle-aged women. Cancer 88:2570-2577.

Li CI, Daling JR, Malone KE (2003). Incidence of invasive breast cancer by hormone receptor status from 1992 to 1998. J Clin Oncol 21:28-34.

Li CI, Malone KE, Porter PL, Weiss NS, Tang MC, Cushing-Haugen JR (2003). Relationship between long durations and different regimens of hormone therapy and risk of breast cancer. JAMA 2003;289:3254-3263.

Li CI, Anderson BO, Daling JR, Moe RE (2003). Trends in the incidence rates of invasive lobular and ductal carcinoma. JAMA 289:1421-1424.

Li JJ, Li SA (2003). Causation and prevention of solely estrogen-induced oncogenesis: similarities to human ductal breast cancer. Adv Exp Med Biol 532:195-207.

Linet MS (2008). Invited Commentary: Postmenopausal unopposed estrogen and breast cancer risk in the Women's Health Initiative – before and beyond. Am J Epidemiol 167(12):1416-1420.

Lyytienen H, Pukkala E, Ylikorkala O (2006). Breast cancer risk in postmenopausal women using estrogen-only therapy. Obstet Gynecol 108(6):1352-3.

Mack TM, Pike MC, Henderson BE, et al (1976). Estrogens and endometrial cancer in a retirement community. N Engl J Med 294:1262-7.

Magnusson C, Baron JA, Correia N, Bergstrom R, Adami HO, Persson I (1999). Breast cancer risk following long-term oestrogen- and oestrogen-progestin replacement therapy. Int J Cancer 81:339-344.

Marshall SF, Clarke CA, Deapen D, Henderson K, Largent J, Neuhausen SL, et al (2010). Breast Cancer Res 12(1):R4.

Miller K (2003). Estrogen and DNA damage: The silent source of breast cancer? J Natl Cancer Inst 95(2):100-102.

National Institutes of Health (2005). Facts about menopausal hormone therapy. US Department of Health and Human Services, National Institute of Health, National Heart, Lung and Blood Institute. NIH Publication No. 05-5200

North American Menopause Society (2010). Estrogen and progestogen use in postmenopausal women: 2010 position statement of The North American Menopause Society. Menopause 17(2):242-55.

Okamoto Y, Liu X, Okamoto K, Kim HJ, Laxami YR, Sayama K, Shibutani S (2010). Equine estrogen-induced mammary tumors in rats. Toxicol Lett 193(3):224-8.

Peppercorn J, Perou CM, Carey LA (2008). Molecular subtypes in breast cancer evaluation and management: divide and conquer. Cancer Invest 26(1):1-10.

Peters TM, Schatzkin A, Gierach GL, Moore SC, Lacey JV, Wareham NJ, et al (2009). Physical activity and postmenopausal breast cancer risk in the NIH-AARP Diet and Health Study. Cancer Epidemiol Biomarkers Prev 18(1):289-96.

Pike MC, Spicer DV, Dahmoush L, et al (1993). Estrogens, progestogens, normal breast cell proliferation, and breast cancer risk. Epidemiol Rev 1993;15:17-35.

Prasad R, Boland GP, Cramer A, Anderson E, Knox WF, Bundred NJ (2003). Short-term biologic response to withdrawal of hormone replacement therapy in patients with invasive breast carcinoma. Cancer 98:2539-2548.

Prentice RL, Chlebowski T, Stefanick ML, Manson JE, Langer RD, Pettinger M, Hendrix SL, et al (2008). Conjugated equine estrogens and breast cancer risk in the Women's Health Initiative Clinical Trial and Observational Study. Am J Epidemiol 167(12):1407-1415.

Prentice RL, Manson JE, Langer RD, Anderson GI, Pettinger M, Jackson RD, et al (2009). Benefits and risks of postmenopausal hormone therapy when it is initiated soon after menopause. Am J Epidemiol 170(1)24-8.

Ravdin PM, Cronin KA, Howlader N, Berg CD, Chlebovski RT, Feuer EJ, et al (2007). The decrease in breast-cancer incidence in 2003 in the United States. N Engl J Med 356(16) 1670-4.

Reeves GK, Beral V, Green J, Gathani T, Bull D: Million Women Study Collaborators (2006). Lancet Oncol 7(11):910-8.

Rohan TE, Negassa A, Chlebowski RT, Habel L, McTiernan A, Ginsberg M, Wassertheil-Smoller S, Page DL (2008). Conjugated equine estrogen and risk of Benign proliferative breast disease: A randomized controlled trial. J Natl Cancer Inst 100:563-571.

Rosenberg L, Palmer JR, Wise LA, Adams-Campbell LL (2006). A prospective study of female hormone use and breast cancer among black women. Arch Intern Med 166:760-5.

Ross RK, Paganini-Hill A, Wan PC, Pike MC (2000). Effect of hormone replacement therapy on breast cancer risk: estrogens versus estrogen plus progestin. J Nat Cancer Inst 92:328-332.

Rossow JE, Anderson GL, Prentice RL, Writing Group for the Women's Health Initiative Investigators (2002). Risks and benefits of estrogen plus progestin in healthy

postmenopausal women: principal results from the Women's Health Initiative randomized controlled trial. JAMA 288:321-333.

Russo J, Russo IH (2006). The role of estrogen in the initiation of breast cancer. J Steroid Biochem Mol Biol 102(1-5):89-96.

Santen R, Cavallieri E, Rogan E, Russo J, Guttenplan J, Ingle J, Yue W (2009). Estrogen mediation of breast tumor formation involves estrogen receptor-dependent, as well as independent, genotoxic effect. Ann N Y Acad Sci 1155:132-40.

Santen RJ (2008). Does menopausal hormone therapy initiate new breast cancers or promote the growth of existing ones? Women's Health 4(3):207-210.

Sartwell PE, Arthes FG, Tonascia JA (1977). Exogenous hormones, reproductive history, and breast cancer. J Natl Cancer Inst 59:1589-92.

Schairer C, Lubin J, Troisi R, Sturgeon S, Brinton LA, Hoover R (2000). Menopausal estrogen and estrogen-progestin replacement therapy and breast cancer risk. JAMA 283:485-491.

Schneider HP, Boker W (2006). Hormones and progeny of breast tumor cells. Climacteric 9(2):88-107.

Schorr MC, Pedril JL, Savaris RF, Zettler CG (2010). Are the pure in situ breast ductal carcinomas and those associated with invasive carcinoma the same? Appl Immunohistochem Mol Morphol 18(1):51-4.

Sharpe KH, McClementes P, Clark DI, Collins J, Springbett A, Brewster DH (2010). Reduced risk of oestrogen receptor positive breast cancer among peri- and post-menopausal women in Scotland following a striking decrease in use of hormone replacement therapy. Eur J Cancer 46(5):937-43.

Sieri S, Krogh V, Bolleli G, Abagnato CA, Grioni S, Pala V, et al (2009). Sex hormones Levels, breast cancer risk, and cancer receptor status in postmenopausal women: The ORDET cohort. Cancer Epidemiol Biomarkers Prev 18(1):169-76.

Simon JA, Nahum GG, Stanislaw H, Gaines T (2010). The breast cancer "plunge" after initial publication of the WHI results: An alternative explanation. Maturitas online, May 13 (ahead of print publication)

Slanger TE, Chang-Claude JC, Obi N, Kropp S, Berger J, Vettorazzi E, et al (2009). Menopausal hormone therapy and risk of clinical breast cancer subtypes. Cancer Epidemiol Biomarkers Prev 18(4):1188-96.

Smith DC, Prentice R, Thomson DJ, et al (1975). Associations of exogenous estrogen and endometrial carcinoma. N Engl J Med 293:1164-7.

Stahlberg C, Pedersen AT, Lynge E, Andersen ZJ, Keiding N, Hundrup YA, Obel EB, Ottesen B (2004). Increased risk of breast cancer following different regimens of hormone replacement therapy frequently used in Europe. Int J Cancer 109(5):721-7.

Stahlberg C, Lynge E, Anderson Z, Keiding N, Ottesen B, Rank F, Hundrup YA, Obel EB, Pedersen AT (2005). Breast cancer incidence, case-fatality and breast cancer mortality in Danish women using hormone replacement therapy – a prospective observational study. Int J Epidemiol 34:931-935.

Stefanick ML, Anderson GL, Margolis KL, Hendrix SL, Rodabought RJ, Paskett ED, et al (2006). Effects of conjugated equine estrogen on breast cancer and mammography screening in postmenopausal women. JAMA 295(14):1647-57.

Tavtigian SV, Pierotti MA, Boresen-Dale AL (2006). International Agency for Research on Cancer Workshop on "Expression array analyses in breast cancer taxonomy. Breast Cancer Research 8(6):303-6.

The Women's Health Initiative Study Group (1998). Design of the Women's Health Initiative clinical trial and observational study. Control Clin Trials 19:61-109.

The Women's Health Initiative Steering Committee (2004). Effects of conjugated equine estrogen in postmenopausal women with hysterectomy. JAMA 291:1701-1712.

Tjoneland A, Christensen J, Thomsen BL, Olse A, Overad K, Ewertz M, Mellemkjaer L. (2004). Hormone replacement therapy in relation to breast carcinoma incidence rate ratios: a prospective Danish cohort study. Cancer 100:2328-37. (???)

Travis RC, Key TJ (2003). Oestrogen exposure and breast cancer risk (2003). Breast Cancer Res 5:239-47.

Tworoger SS, Missmer SA, Barbieri RL, Willet WC, Colditz GA, Hankinson SE (2005). Plasma sex hormone concentrations and subsequent risk of breast cancer among women using postmenopausal hormones. J Natl Cancer Inst 97(8):595-602.

Ursin G, Bernstein L, Wang Y, Lord SJ, Deapen D, Liff JM, et al (2004). Reproductive factors and risk of breast carcinoma in situ of white and African-American women. Cancer 101(2):353-62.

Ursin G, Tseng C, Paganini-Hill A, Shelley E, Wan PC, Farmenti S, Pike MC, Ross RK. (2002). Does menopausal hormone replacement therapy interact with known factors to increase risk of breast cancer? J Clin 20:699-706.

Vachon CM, Brandt KR, Ghosh K, Scott CG, Maloney SD, Carston MJ, Pankratz VS, Sellers TA (2007). Mammographic density as a general marker of breast cancer risk. Cancer Epidemiol Biomarkers Prev 16(1):43-9.

Vandenbroucke JP (2004). When are observational studies as credible as randomized trials? Lancet 363 (9422):1728-31.

Vickers M, Meade T, Darbyshire J (2002). WISDOM: history and early demise – was it inevitable? Climacteric 5(4):317-25.

Vickers MR, MacLenan AH, Lawton B, Ford D, Martin J, Meredith SK, et al (2007). Main morbidities recorded in the Women's International Study of Long Duration Oestrogen after Menopause (WISDOM): a randomized controlled trial of hormone replacement therapy in postmenopausal women. Br Med J 335(7613):239

Viring BA, Tuttle TM, Shamliyan T, Kane RL (2010). Ductal carcinoma in situ of the breast: a systematic review of incidence, treatment, and outcomes. J Natl Cancer Inst 102(3):170-8.

Vogel VG (2008). Epidemiology, genetics, and risk evaluation of postmenopausal women at risk of breast cancer. 15(4 Suppl):782-9.

Von Schoultz E, Rutquist LE, on behalf of the Stockholm Breast Cancer Study Group (2005). Menopausal hormone therapy after breast cancer. The Stockholm Randomized Trial. J Nat Cancer Inst 97:533-5.

Weigelt B, Horlings HM, Kreike B, Hayes MM, Hauptman M, Wessels LF, et al (2008). Refinement of breast cancer classification by molecular characterization of histological special subtypes. J Pathol 216(2):141-50.

Weiss LK, Burkman RT, Cushing-Haugen KL, et al (2002). Hormone replacement therapy regimens and breast cancer risk. Obstet Gynecol 100:1148-1158.

Woolcott CG, Shvestsov YB, Stanczyk FZ, Wilkens LR, White KK, Caberto C, et al (2010). Plasma sex hormones concentrations and breast cancer risk in an ethnically diverse population of postmenopausal women: the Multiethnic Cohort Study. Endocr Relat Cancer 17(1):125-34.

Wynder EL, MacCormack FA, Stellman SD (1978). The epidemiology of breast cancer in 785 United States Caucasian women. Cancer 41: 2341-54.

Zhang SM, Manson JE, Rexorde KM, Cook NR, Buring JE, Lee IM (2006). Use of oral conjugated estrogen alone and risk of breast cancer. Am J Epidemiol 165(5):524-9.

Zhang SM, Lee IM, Manson JE, Cook NR, Willet WC, Buring JE (2007). Alcohol consumption and breast cancer risk in the Women's Health Study. Am J Epidemiol 2007 165:667-76.

Ziel HK, Finkle WD (1975). Increased risk of endometrial carcinoma among users of conjugated estrogens. N Engl J Med 293:1167-70.

Yue W, Santen RJ, Wang JP, Li Y, Verderame MF, Bocchinfuso WP, et al (2003). Genotoxic metabolites of estradiol in the breast: potential mechanisms of estradiol induced carcinogenesis. J Steroid Biochem Mol Biol 86(3-5):477-86.