## Report of C. Marcelo Aldaz, MD, PhD

**Background and Expertise**

I currently hold the position of Professor, at the University of Texas, M.D. Anderson Cancer Center, Science Park Research Division, Department of Carcinogenesis. I also hold an appointment as Professor at the University of Texas Health Sciences Center, Graduate School of Biomedical Sciences, Houston, Texas and Faculty for the Center for Molecular and Cellular Toxicology at the University of Texas at Austin.

I obtained my MD degree from the University of Buenos Aires, Argentina in 1980 and my Dr. in Medical Sciences degree (PhD equivalent) from the same University in 1983.

I have devoted my entire professional career as a researcher in the field of Carcinogenesis. Since becoming an independent investigator I focused almost exclusively on breast cancer research. My research program has focused on identifying and elucidating the role of key abnormalities that affect the genome and transcriptome of mammary cells leading to cancer development.

Major area of research included understanding the effects of **estrogen in breast carcinogenesis** and in identifying tools of potential use in diagnosis and/or prognosis of human breast cancer. To this end I have employed comprehensive approaches using human breast cancer samples as well as mouse and rat mammary carcinogenesis models. My laboratory was one of the first to analyze the effects of **estradiol** treatment on the transcriptome (global gene expression level) of estrogen dependent breast cancer cells (Charpentier et al. 2000). My laboratory have cloned and characterized numerous novel genes inducible by **estrogen** (Charpentier et al. 2000). We have also study the phenomenon of **tamoxifen resistance** affecting hormone dependent breast cancer cells with the goal of identifying genes that become deregulated when the cells become resistant to the commonly used anti-estrogen therapy (Wu et al 2007). We were also the first laboratory to clone and characterize the tumor suppressor gene WWOX of relevance in breast cancer progression (Bednarek et al 2000). In summary my main areas of

expertise and research interest include, **experimental pathology, breast cancer genetics, breast cancer biomarkers, hormonal and breast carcinogenesis.**

     I have published extensively in peer-reviewed journals in the cancer field (over 100 manuscripts) and 14 book chapters (see attached CV). I have served as an expert breast cancer reviewer in numerous panels and study sections at the National and International level including the National Cancer Institute, the Department of Defense Breast and Ovarian Cancer Program and other institutes (see attached CV).

     I have received numerous grant awards for the study of Breast cancer over the years from the National Cancer Institute, the Department of Defense Breast Cancer Program, the Susan Komen Breast Cancer Foundation and various other Institutes and private foundations. I have been invited as speaker to various national and international conferences over the years. (see attached CV)

All of my opinions in this report regarding estrogen as a breast cancer carcinogen and promoter are stated to a reasonable degree of scientific certainty.

1.      The female human body is naturally programmed to gradually shut down its reproductive system by approximately mid-life. This process known as menopause takes place between the ages of 40 and 60 (average 51 years). The ovaries dramatically decrease and finally stop producing the steroid sex hormones, estrogen and progesterone, and with time become atrophic. Circulating estrogen levels drop from 50-400 pg/ml (picograms per milliliter), range of normal levels during reproductive life (peak production in the pre-ovulatory phase), to 10-20 pg/ml during menopause. **This represents a 20 to 40-fold drop in circulating estrogen levels.**

*Overriding this natural process by exogenous manipulating hormone levels by the approach know as Hormone replacement therapy (HRT) is not only unnatural but is also dangerous.*

2.      Already in 1896 George Beatson demonstrated that removal of the ovaries in pre-menopausal women with advanced breast cancer led to tumor regression in some patients and to improve prognosis (Beatson, 1896). This observation represented the first clinical evidence that led to the conclusion that ovarian hormones and in particular estrogen play a fundamental role in stimulating the growth of breast cancer cells. It was later on concluded that the extent of exposure to ovulatory cycles (hence to cycles of high estrogen levels) during a woman's lifespan is one of the most important endogenous causes associated with a higher risk for development of breast cancer (Pike M et al. 1993).

3.      Since the discovery of the estrogen receptor in the 1960s it was determined that over two thirds of all breast cancers are positive for the expression of estrogen receptor $\alpha$ at the time of diagnosis, and expression of this receptor is a determinant of a tumor phenotype that is associated with estrogen responsiveness (i.e. dependence on estrogen for tumor growth). Therefore, for a long time, treatment of breast cancer has been directed towards inhibiting the tumor promoting effects of estrogen. Tamoxifen, a non-steroidal anti-estrogen, has been the gold standard for endocrine treatment of all stages of estrogen

receptor α positive breast cancer for more than 25 years. As adjuvant therapy, tamoxifen reduces the risk of recurrence and improves overall survival in early breast cancer (Osborne, 1998). It was also shown to be effective for patients with untreated metastatic breast cancer (Osborne, 1998). These observations stress **the critical role of estrogen as a key player in controlling breast cancer progression**. Tamoxifen was the first FDA approved drug to be tested as a cancer chemopreventive for reducing breast cancer incidence in both pre- and post-menopausal women at high risk of breast cancer development (Jordan, 2003). Perhaps the strongest evidence demonstrating that **breast cancer initiation depends on estrogen as well** derives from the multiple Tamoxifen prevention clinical trials (e.g. NSABP-P1, IBIS-I and Royal Mardsen) that have now demonstrated significant reduction in breast cancer incidence in tamoxifen exposed women at increased risk of breast cancer (Visvanathan 2009). ***In summary, it is overwhelming clear that both the 'initiation' and the 'progression' of breast cancer depends on estrogen.***

## 4.    Epidemiological Evidence of Estrogens as Human Carcinogens

Even though epidemiology utilizes exact mathematical formulas to calculate risk this discipline **is not an exact science. Epidemiology without biology is meaningless.**

Nevertheless, in the following section I will summarize some of the epidemiological studies on the topic of **estrogen replacement therapy and <u>cancer in general</u>**. Literally hundreds of studies have been published over the years, **by no means it is the objective of this report to present a complete an exhaustive review of all the literature on this topic.**

As early as in 1975 it was a reported a **4.5 fold** greater risk for development **endometrial cancer** in menopausal and postmenopausal women exposed to estrogen therapy (ET) (Smith DC et al, 1975) and Ziel and Finkle (1975) reported risk ratios of endometrial cancer development ranging from **5.6** (<5 yrs exposure) to **13.9** (>7 yrs of exposure) for women exposed to **conjugated equine estrogens (i.e. predominantly Premarin™)**. Soon thereafter, Mack et al (1976) reported a risk ratio of **8.0** for endometrial cancer for women on ET and of **5.6** for conjugated estrogens. Kelsey et al. (1982) confirmed the strong association between ET and endometrial cancer. These authors observed that the odds ratio (OR) associated with 2.5 yr or use or more was **5.8** for endometrial carcinoma. Paganini-Hill et al. (1989)

reported a **RR of 10** for ever users *vs.* never users of ET and a **20 fold** increase in risk of endometrial cancer for women who used ET for 15+ years and **25 fold** current users. The very strong association of estrogen therapy and endometrial cancer, **indeed supporting the hypothesis that estrogen is carcinogenic in humans,** was confirmed by multiple additional studies at the national and international level including (but not exclusively): Henderson et al. (1983); Shapiro et al. (1998); Cushing et al. (1998); Persson et al. (1999); Weiderpass et al. (1999) and many others.

As early as by 1989 BE Henderson concluded in a review (Henderson BE, 1989) that **unopposed estrogen** stimulates mitotic activity in endometrial and breast tissue and the numerous case control studies indicated *'…in general exogenous, unopposed estrogen use increases the risk of endometrial cancer by tenfold and of breast cancer by twofold' (Henderson BE 1989).* Thus, in other words, the findings of various epidemiological studies that observed increasing cancer rates in hormonally regulated tissues of women exposed to estrogen therapy should not be considered 'surprising'.

Associations between estrogen therapy and **ovarian cancer** have also been reported, Purdie et al. (1999), Rodriguez et al (2001). Furthermore, Lacey et al reported in the journal JAMA in 2002, in a cohort study of 44,241 women from 29 US clinical centers, that ever use of **estrogen only** was significantly associated with an **increased risk of ovarian cancer (RR 1.6).** Increasing duration of **estrogen-only** use was significantly associated with ovarian cancer: RRs for 10 to 19 years and 20 or more years were **1.8** and **3.2** respectively (P trend < 0.001). **These constitute additional examples in which estrogen therapy is strongly associated with human carcinogenesis.**

In 1976 one of the first studies reporting an association between conjugated estrogens (Premarin™) exposure and **breast cancer** was published in the New England Journal of Medicine, Hoover et al. reported a progressive increase in RR for breast cancer 1.2 from 5 to 9 years (of exposure), 1.3 from 10 to 14 years, and **2.9** after 15 years (p < 0.02). Subsequent observational studies in which a positive association with breast cancer was found are summarized in the following Table.

**Epidemiological studies with found associations between estrogen therapy and breast cancer (observational studies).**

| Author | RR | Comments |
|---|---|---|
| Hoover et al (1976); 1891 women | 1.2-2.0 | RR **1.2** (5-9 yr); **1.3** (10-14 yr); **2.9** (>15 yrs) (trend p < 0.02) (CEE) |
| Ross et al (1980); 428 women | 1.8 | 1.25 mg/day CEE, ≥7 yr, **RR=2.5** w/total cumulative dose of +1500mg |
| Hoover et al (1981); 956 women | 1.4 | RR ~ 2 for > 5 yr use CEE |
| Brinton et al (1981); | 1.24 | Reaching RR 2-3 with increasing estrogen doses and yrs of use |
| Hulka et al (1982); 1502 women | 1.7-1.8 | RR 4.4 for injectable CEE |
| Brinton et al (1986); 4218 women | 1.5(20+yr) | **Premarin 0.625mg RR 1.94 at 10+ yrs or use (p < 0.05)** |
| Wingo et al (1987); 3014 women | 1.7 | Women w/ bilateral oophorectomy using 15+ yrs |
|  | 2.0 | Women w/hysterectomy with one or two ovaries 15+yrs |
| Buring et al (1987); 33,335 women | 1.5 | 5-9 yrs of use, no increase in RR in other groups |
| Bergkvist et al (1989);23244 women | 1.8 | Estradiol, ≥ 6 yr (Sweden), CEE RR 1.3 |
| Mills et al (1989); 11468 women | 2.7 | 6-10 yrs use, > 10 yr = RR 1.5 |
| Yang et al (1992); 1384 women | 1.6 | for >10 yr of use , OR = 1.4 current users |
| Colditz et al (1995); Nurses HS | 1.32 | **E and E+P no difference**, **RR: 1.71 in current users 60-64 yrs age** |
| CGHFBC (1997) meta-analysis | 1.64 | **CEE 0.625mg (or less) +5 yrs** |
| Magnusson et al (1999) | 2.70 | ≥10 yr of use |
|  | 1.94 | Ever users |
| Schairer et al (2000) | 1.6 | ≥16 yr use and RR 1.5 (8-16 yr) Both in women with BMI < 24.4 kg/m$^2$ |
| Chen et al (2002) | 1.84 | For 5 yr current users, 3-5 yr RR 1.5, < 3 yr RR 1.13, p trend 0.02 |
| Newcomb et al (2002) | 1.4 | ≥ 5 yr users |
| Million Women Study (2003) | 1.3 | **RR 1.4** for ≥10 yr current users |
| Stahlberg et al (2004);10874 women | 1.96 |  |
| Bakken et al (2004);31451 women | 1.8 |  |
| Fournier et al (2008) | 1.3 | **RR 1.50** for 4-6 yr use |
| Brinton et al (2008) NIH-AARP | 1.6 | ≥ 10 yr use in women with BMI < 25 |
|  | 2.36 | For current ERT users with intact uteri, mixed histology tumors |

Some epidemiological (observational) studies that did not find an increase risk of breast cancer with estrogen-alone postmenopausal therapy include: Kelsey et al. (1981); McDonald et al. (1986); Moorman et al (2000); Porch et al. (2002); Weiss et al. (2002); Kerlikowske et al (2003); Li et al. (2003).  There are limitations in many of the studies that explain why the results underestimate the true risk of estrogen-only postmenopausal therapy and breast cancer.  For example, many of the studies

examined **ever use** *vs*. **never use** of estrogen.   We know now that it is **current use** that is most important because the promotion effect that estrogen has on malignant and pre-malignant hormone dependent cells goes away shortly after the patient stops taking the drug. Also, we know that estrogen does not have an effect on hormone negative cancers and so any study that does not differentiate between hormone receptor status will underestimate the risk.   We know that duration of use, when matched with current use, has an effect on the risks and so studies that do not assess this factor will underestimate the true risk.   There are a number of other predisposing factors that may make women more or less susceptible to getting breast cancer from estrogen-only therapy.   For example, the age at which the woman begins taking estrogen, whether she has had her ovaries removed, how long she was estrogen deficient before she began taking estrogen, her history of benign breast disease, her body mass index, whether she has had children, her baseline level of endogenous estrogen before she starts drug and her prior use of oral contraceptives have all been shown to influence the risk of getting breast cancer from the use of estrogen-only therapy.

Multiple epidemiological studies some of them also listed in the Table above have also 'clearly' demonstrated significant increase risk of breast cancer development in women exposed to estrogen supplemented with progestins as postmenopausal therapy, e.g. Colditz et al. 1995; the CGHFBC meta-analysis of 1997; Magnusson et al. 1999; Ross et al. 2000; Schairer et al 2000; the Million Women study of 2003; Stahlberg et al 2004; Bakken et al. 2004 and Britton et al. 2008 among others. Nevertheless in this report and the Table above I have predominantly focused on estrogen 'alone' postmenopausal therapy.

During 1991-92 the Women's Health Initiative randomized trials were designed. The main goals of this complex clinical investigation was to define the risks and benefits of strategies for the prevention and control of some of the most common causes of morbidity and mortality among postmenopausal women, including cancer, cardiovascular disease and osteoporotic fractures. The participants were randomized to a continuous combined combination of 0.625 mg/day of CEE (conjugated equine estrogens) plus 2.5 mg of medroxyprogesterone acetate (i.e. Prempro™) or placebo. Another arm of the study consisted on 0.625 mg/day CEE alone (i.e. Premarin™). After a mean 5.2 yr follow-up the trial was stopped because women receiving Prempro demonstrated an increased risk of breast cancer (HR 1.26). Women exposed to Prempro also displayed an increased risk for developing coronary heart disease (HR 1.29), stroke (HR 1.41), and pulmonary embolism (HR 2.13). Benefits included decrease in

colorectal cancer and hip fractures. Nevertheless the risk outweighed the benefits and was sufficient reason to suspend the trial (Rossouw et al WHI report, JAMA 2002). **Numerous observational studies had already previously demonstrated a significant increase risk for breast cancer to estrogen plus progestin exposure so the findings of the WHI should not be considered a surprise.**

The WHI CEE alone trial (Premarin™) was continued further with careful scrutiny but in 2004 the NIH decided to terminate this intervention as well. It was concluded that CEE increases the risk of stroke, decreases the risk hip fractures and does not affect coronary heart disease. Contrary to many epidemiological observations (see Table above) the CEE alone arm of WHI randomized trial showed a possible (non-significant) reduction in breast cancer risk. **But overall the conclusion was that CEE should not be recommended for chronic disease prevention in postmenopausal women** (Anderson et al WHI report, 2004). In an accompanying Editorial in JAMA authors Hulley and Grady (2004) concluded '*...Numerous lines of evidence support an increased risk of breast cancer with estrogen use, including cell culture studies, animal models, many observational studies, and the fact that anti-estrogens reduce the risk of developing breast cancer in healthy women. The reduced risk of breast cancer observed in a single trial, which is not statistically significant and does not fit with prior evidence, is best interpreted, for now, as due to chance.*' The trial yielded a non-significantly lower incidence of invasive breast cancer in Premarin receiving women (HR 0.80) over an average of 7.1 yr follow-up period (Stefanick et al 2006). The WHI study had also women enrolled only in an observational study cohort (93,676 women) besides the clinical trial. Prentice et al (2008) reported that '*preliminary analysis of the WHI observational study data on postmenopausal estrogen-alone regimens in relation to invasive breast cancer yielded a hazard ratio estimate of 1.28 for estrogen-alone users versus nonusers*'. These authors further concluded that '*with careful standardization and control and with consideration of time from menopause to CEE initiation and time since CEE initiation, the hazard ratios from the WHI trial and cohort study agree concerning breast cancer effects of breast cancer effects. Among hysterectomized women who initiate a daily 0.625 mg CEE regimen soon after menopause, there is little indication of a reduction in breast cancer risk' (Prentice 2008).*

Rohan et al (2008) studied histological sections from women from the WHI CEE trial who reported breast biopsies free of cancer. These authors compared incidence rates of proliferative breast disease in the CEE and placebo groups. Rohan et al concluded that use of CEE was associated with a more than two-fold increase in the risk of proliferative breast disease (HR = 2.11). **For proliferative breast disease without atypia the HR was 2.34 and for atypical hyperplasia HR 1.12.** As the authors

indicate *'...the prevailing hypothesis concerning the natural history of breast cancer is that benign proliferative breast disease without atypia, and in situ cancer represent successive steps preceding the development of breast carcinoma. **In keeping with this hypothesis, women with benign proliferative breast disease have an increased risk of subsequent breast cancer.***'

**In conclusion, the vast majority of observational studies when taken together strongly suggest that ongoing or recent estrogen-replacement therapy is associated with a significant increase in the risk of breast cancer.**

5.     **Worldwide Decline of Breast Cancer Incidence Upon Decrease of HRT Use**

After the bad news (though 'very predictable' news regarding breast cancer) of the WHI study in 2002 there has been a dramatic decline in use of HRT all over the world, both for estrogen plus progestins therapy as well as for estrogen-alone therapy. This decline in HRT use has been associated by multiple authors all over the world with a significant and rather dramatic decline in breast cancer incidence as reported in representative publications. Results reported by Kerlikowske et al (2007) suggested that the fall in HRT use was the main contributing factor to the decline in incidence of breast cancer seen in USA since 2002. Similar conclusions were reached by others e.g. Ravdin et al (2007), Katalinic and Rawal (2008). Recently, Cheblowsky and colleagues (2009), analyzed the results of the WHI trial and examined temporal trends in breast-cancer diagnoses in the WHI observational-study cohort. The authors concluded that the increased risk of breast cancer associated with HRT declined markedly soon after discontinuation of the therapy. Similar results were reported in other countries in which similar trends were observed e.g. Belgium (Vankrunkelsven et al, 2009 and Renard et al 2010), Scotland (Sharpe et al, 2010).

6.     **The Elephant in The Room: Estrogens Are Carcinogens**

As recently reviewed and summarized by Yager and Davidson (2006) **all evidence overwhelmingly supports the hypothesis that cumulative, excessive exposure to endogenous and exogenous estrogens across a woman's life span are critical causal factors in breast cancer**.

Estrogens are classified as hazardous compounds in the laboratory setting. In order to handle these compounds in a research laboratory one has to obtain authorization by the corresponding Institutional Biosafety Committee (as is the case in my Institution).  Individuals handling estrogenic compounds 'must' wear protective clothing, eyeshields, gloves and mask as per regulatory standards. Exposure to minute amounts of estrogens is sufficient (and known) to produce dramatic alterations in the menstrual cycle of female laboratory workers.

In the year 2000 the U.S. Department of Health and Human Services PHS, National Toxicology Program of the National Institute of Health Sciences (NIEHS) declared that steroidal estrogens, both of endogenous and exogenous sources such as in estrogen-replacement therapy, are **'known to be human carcinogens'**, causing breast and endometrial cancer (US Department of Health and Human Services, 2000). They reached this conclusion from evaluating hundreds of experimental and epidemiological studies (many of which were summarized in the previous section). The evidence for carcinogenicity of estrogens in humans is supported by experimental animal studies. Estradiol and estrone are carcinogens and induce pre-malignant and malignant lesions in multiple species including rats, mice and hamsters in a variety of organs including the mammary gland. The same conclusion had been reached much earlier in 1987 by International Agency for Research on Cancer (IARC). Furthermore IARC in 1987 and again in 1999 had identified postmenopausal estrogen therapy as carcinogenic to humans. ***Think about that, doctors are prescribing to menopausal women widely and on routine basis a substance that was defined to be a carcinogen***.

## 7.    Mechanisms of Estrogen Carcinogenesis

The carcinogenic properties of estrogens are not limited to these compounds but also extends to their metabolites. The parent compound from which all steroids are derived is cholesterol. The first critical step in the synthesis of steroids is the conversion of cholesterol into pregnenolone. Pregnenolone can be converted either to progesterone, which branches to the glucocorticoid and androgen/estrogen pathways, or to 17α-hydroxypregnenolone, which is another route for the formation of androgens and estrogens. Estrogen formation requires a P-450 enzyme, the aromatase complex. The substrate is either androstenedione (for estrone) or testosterone (for estradiol). Estrone and estradiol are interconvertible through a reversible reaction involving another 17ß-hydroxysteroid dehydrogenase.

10

**Estrogen (17-ß-estradiol) and estrone are metabolized via two major pathways 16α hydroxylation and formation of cathecol estrogens** via Phase I metabolic enzymes, specifically leading to the generation of 2-hydroxycatechol estrogen or 4-hydroxycatechol estrogen. **The enzyme that generates 4-hydroxycatechol estrogen is constitutively expressed in the breast, ovaries and uterus among other tissues (Reviewed by Yager and Davidson, 2006).** These toxic compounds are inactivated by *O*-methylation or by glucoronidation and sulfonation. If the inactivation processes are incomplete the cathecol estrogens maybe oxidized to semiquinones and quinones. **Catechol estrogen -2,3- Quinones are known to react with DNA to form stable DNA adducts that remain in DNA unless repaired. Also Catechol estrogen- 3,4 – Quinones, if not inactivated, react with DNA to form depurination adducts and ultimately mutation both *in vitro* and *in vivo* (Cavalieri, 1997, Yager and Davidson, 2006).**

As important findings directly related to the use of preparations based on conjugated equine estrogens (Premarin™), it has been shown that **4-hydroxyequilenin**, a reactive catechol metabolite of **equilenin (a major component of Premarin™), can inhibit catechol detoxication enzymes. *'This suggests that reactive equine estrogen metabolites contribute to breast cancer through inhibition of protective (Phase II) enzymes…'*** (Yager and Davidson, 2006), and this is obviously an additional layer of deleterious and dangerous effects exerted by CEE besides their direct estrogenic effects.

**a. Estrogen and its metabolites are mutagenic and induce malignant transformation**

As mentioned above, it is known that estrogens and their metabolites can damage chromosomes and DNA in mammals. It has been demonstrated that estrogen and its metabolites are genotoxic and mutagenic, capable of producing DNA strand breaks and DNA adducts. DNA adducts induced by estrogen 3,4 quinone were demonstrated in kidney tissues of Syriam hamsters treated with 4-hydroxyestradiol; in mammary gland of ACI rats and in mouse skin (Yager and Davidson, 2006).

DNA adducts can in turn lead to mutations in gene coding sequences (Roy and Liehr, 1999; Liehr JG 2000; Liehr JG 2001; Bolton JL and Tachter 2008). For instance it was shown that low estradiol concentrations induce mutations in the *hprt* gene in V79 cells (hamster cells) and estrogen metabolites

were also shown to be mutagenic. Mutations affecting the thymidine kinase gene were demonstrated in MCF7 cells (reviewed by Liehr JG 2000).

Syriam hamster embryo cells were shown to be neoplastically transformed upon exposure to estradiol or its metabolites (Tsutsui et al 1987; Tsutsui et al 2000). Russo et al (2003) demonstrated that exposure of normal human breast epithelial cells (MCF10 cells) to **physiological doses** of estradiol, 2-hydroxy estradiol or 4-hydroxy estradiol induced neoplastic transformation of these cells including the loss of genetic material detected as loss of heterozygosity at specific chromosomal loci. These events were not abrogated by the use of anti-estrogens **indicating a direct acting effect of the compounds tested independent of the expression of a functional estrogen receptor.**

Cuendet et al (2004), compared the mutational ability of estradiol, 4-hydroxyestradiol, 17 ß-hydroxyequilenin, 4,17ß-hydroxyequilenin, estrone, 4-hydroxyestrone, equilenin and 4-hydroxyequilenin to induce mutations of the hprt gene in Chinese hamster V79 cells. They concluded that all the 4-hydroxylated catechols metabolites were more mutagenic than the parental compounds at 100nM doses. **4-hydroxyequilenin** (reactive metabolite of the equine estrogen **equilenin** found in Premarin™) induced the highest mutation frequency and the authors determined that is able to induced neoplastic transformation of human breast epithelial cells (MCF10) and induced dramatic changes in gene expression associated with cell transformation.

In addition to mutations at the DNA level it has been widely demonstrated that estrogens are capable of inducing gross chromosomal abnormalities that can be detected by conventional cytogenetic studies. It was shown that *in vitro* exposure to low estrogen concentrations (or exposure to its metabolites) in multiple cell types, induces chromosome breaks and gaps, increases exchange of chromosomal sister chromatids and more importantly induces abnormal chromosomal segregation leading to aneuploidy (i.e. abnormal number of chromosomes) (Tsutsui et al 1987, review by Liehr JG 2000). In addition it is now well known that exposure to natural and synthetic estrogen affects the epigenetic programming of cells in human and rodent mammary cells.

**b. Estrogen and its metabolites are carcinogenic in animals**

The induction of renal tumors by estrogens in male Syriam hamsters has been investigated extensively as one of the first models of hormonal carcinogenesis. In this model both estrogen and estrone induce kidney tumors (Kirkman, 1959). More recently it was demonstrated that the metabolites 4-hydroxyestradiol and 2-hydroxyestradiol are also able to induce tumors in hamsters (Yager and Davidson, 2006).

Newbold et al (1990) demonstrated that perinatal exposure to estrogens (natural and synthetic) induces uterine adenocarcinomas in CD1 mice. More recently the same mouse model was used to demonstrate direct carcinogenicity in uterus by catechol estrogens (Yager and Davidson, 2006).

It is well known that chemically induced mammary tumors induced in rats are highly dependent in ovarian hormones for growth and development. In 1997 Schull and coworkers demonstrated that the naturally occurring estrogen 17- ß estradiol alone (without any additional carcinogen) is able to induced ductal carcinoma in situ (DCIS) as well as mammary adenocarcinomas in 100% of exposed ACI rats. These observations were reproduced by many laboratories and tumor induction in ACI rats was demonstrated to be estrogen dose dependent. Furthermore, it was shown that very low amounts of exogenous estradiol, reaching only ~ 30 pg/ml estradiol serum levels **i.e. physiological levels of estrogens**, are sufficient to consistently induced mammary adenocarcinomas in female ACI rats. It was further shown that tumors induced in ACI rats closely resemble human invasive breast carcinomas and DCIS in two main aspects, they are highly aneuploid tumors and display evidence of gene amplification (Li et al, 2002). More recently it was shown that estrogen exposure in causally linked to overexpression of the centrosomal Aurora-A kinase protein and to centrosome amplification that in turn lead to chromosomal instability, aneuploidy and mammary cancer in rat mammary cells *in vivo* (Li et al. 2004). More recently it was also investigated whether estrogen genotoxicity is mutagenic in the mammary gland of female ACI rats. Mailander et al. (2006) determined that treatment with estradiol-3,4- quinone, an important reactive metabolite of estrogens (see above), produced A.T to G.C mutations in the DNA of mammary glands of ACI rats.

Recently using the same animal model Kovalchuck et al, 2007 analyzed morphological changes and epigenetic alterations including mammary gland DNA methylation, histone methylation and microRNA expression during 17 β estradiol induced mammary carcinogenesis in ACI rats. Interestingly, the authors observed that the pattern of morphological changes in mammary glands during estradiol

induced carcinogenesis was accompanied by a rapid and sustained epigenetic changes characterized by global loss of DNA methylation, loss of Histone H3 lysine 9 and histo H4 lysine trimethylation and by altered microRNA expression. Importantly, these changes preceded (and are not a consequence of) any morphological changes affecting the mammary gland epithelium of the estradiol treated ACI rats. The authors concluded that *'deregulation of cellular epigenetic processes play a crucial role in the mechanism of estradiol induced mammary carcinogenesis in ACI rats, especially in the tumor initiation process' (Kovalchuk et al. 2007).*

**In summary, estrogen is a known mammary gland carcinogen in ACI rats acting at multiple levels, including promotion of chromosomal instability, as well as induction of mutations and epigenetic changes all of which appear to be important players in the mammary gland carcinogenic phenomenon.**

## c. Estrogens are oncogenic growth factors

It was long ago concluded that *'signaling pathways that mediate the normal functions of growth factors are commonly subverted in cancer' (Aaronson, 1991).* It is well documented, that estrogens are powerful mitogens (i.e. growth factors) critical for the initiation and progression of human breast cancer. Breast pre-malignant and malignant cells commonly use growth factors to their advantage. Estrogen exerts its physiological effects by binding to its receptors, which are members of the nuclear receptor family that function both as signal transducers and transcription factors to modulate expression of target genes. There are two main subtypes of estrogen receptors, ERα and ERß, which can form homodimers and heterodimers before binding to DNA. Estrogens are known to influence the expression of a wide range of genes via different pathways: the genomic (or nuclear) and non-genomic (non-nuclear) pathways (review Abba and Aldaz in press). In the classical genomic pathway, the transcriptional regulation of target genes in response to 17β-estradiol (estrogen) is mediated by two main mechanisms: first is the 'direct binding mechanism', whereby the estradiol-ER complex binds to a specific DNA sequence called the estrogen response element, and this receptor-ligand DNA-bound complex interacts with co-regulatory proteins, promoting chromatin remodeling and bridging with the general gene transcription machinery, thus resulting in transcription initiation. Second is the 'tethering mechanism', whereby the ligand-ER complex can interact with other DNA-bound transcription factors that in turn bind DNA

sequences (e.g., via AP1, SP1 complexes). Also critical to estrogen signaling are the interactions of ERα with transcriptional coactivators including p/CAF, CREB binding protein, p300, and the p160 family members. It is hypothesized that coactivators activate transcription through modification of histones and bridging of sequence specific transcription factors, including nuclear receptors, to the pre-initiation complex. Estradiol also exerts rapid, non-genomic effects attributed to cell membrane–initiated signaling. The non-genomic activity of ER results in elevated cell proliferative and survival signals through the activation of proliferation-related factors, such as growth factor receptors, MAPKs, PI3K, and AKT, in target cells. However, mechanisms by which estrogen activates membrane ER function are still not clear. One postulated mechanism involves activation of growth factor signaling through direct interaction between activated membrane ER and growth factors. ER has been reported to bind to membrane signaling molecules, including IGF receptor 1, the p85 regulatory subunit of PI3K, Src, and Shc (review Abba and Aldaz, in press).

*In summary, it can be concluded that estrogens and their metabolites play multiple roles of relevance in carcinogenesis, 1) as growth factors inducing cell proliferation 2) as direct mutants/carcinogens 3) inducing aneuploidy (chromosomal instability) and 4) epigenetically reprogramming cells.*

Thus, estrogen is by definition an 'oncogenic' growth factor that predominantly targets breast and endometrial cells for transformation.  There are some examples of specific therapies using growth factors for very specific disease conditions. However, **to the best of my knowledge there is no other example in the medical literature in which an 'oncogenic growth factor' has been used indiscriminately, in such a massive scale and high doses, as estrogen has been employed for the treatment of a 'natural condition', i.e. menopause.** Again, a condition in which nature has programmed the female human body, for very good reasons, not to be exposed any longer to high circulating levels of estrogens. In fact, it has been estimated that if ovarian function would continue until the age of 70 years, extrapolation from premenopausal breast cancer incidence curves suggests that breast cancer cases would increase at least fourfold in old age (Pike et al 2004). This conclusion highlights how dangerous is to continue exposing post-menopause women indiscriminately to high levels of ovarian hormones. Also as concluded by the same author, the protective effect of menopause remains as a central clue to the prevention of breast, endometrial and ovarian cancers.

**8.      Postmenopausal Hormone Therapy and Its Indiscriminate Use in Massive Scale**

Quoting from the NTP 11th report on Carcinogens: *'The use of postmenopausal estrogen therapy became common in the United States in the 1960s. …By 1967 13% of women in the USA 45-64 yrs old used this type of therapy…The number of prescriptions increased from approximately 15 million in 1966 to more than 25 million in 1976. Prescriptions declined to 15 million in 1982 because of concerns about endometrial cancer but again increased rapidly to approximately 40 million in 1992...* (http://ntp.niehs.nih.gov/ntp/roc/eleventh/profiles/s084ster.pdf)

**9.      Is It Premarin™ a Well Characterized Medication?**

Premarin™ (conjugated equine estrogen, CEE) preparations contain sulphate esters of estrone and estradiol and of equine estrogens (also active in humans) equilin, equilenin and dihydroequilins or dihydroequilenins. The major components are estrone sulphate (between 52.5% and 61.5%) and equilin sulphate (between 22.5% and 30.5%) (reviewed by Campagnoli et al 1993). After oral administration once estrone sulphate reaches the circulation it is converted in part to estrone and estradiol. **CEE preparations bring plasma levels of estradiol comparable to those of the early follicular phase of the menstrual cycle and levels of estrone much higher** (2-5 times of estradiol) and high levels of equilin are also observed (Campagnoli et al 1993). In 1997 The FDA's Center for Drug Evaluation and Research (CDER) stated that Premarin™ (the CEE mixture found in Prempro™) is not sufficiently characterized to determine all its active ingredients (conclusions reached while stating the CDER's position on denying the synthesis and commercialization of generic forms of Premarin™) http://www.fda.gov/Drugs/DrugSafety/InformationbyDrugClass/ucm168836.htm  (see Letter from Dr. Janet Woodcok)

The CDER concluded that:

*i '…Compositional analysis of Premarin using modern analytical techniques demonstrates that it consists of a mixture of a substantial number of compounds with potential pharmacologic activity. In fact, <u>the steroidal content of Premarin has not been completely defined…</u>'*

*ii '…Because <u>the human studies evaluating the relative potency of Premarin have been small, a precise estimate of the estrogenic potency of Premarin relative to estrone sulfate has not been determined.</u>*

*iii. <u>Because the relative potencies of Premarin, estrone sulfate, and equilin sulfate are not clearly established</u>, <u>it is not possible to tell how much of the effect of Premarin can be accounted for by the effects of equilin sulfate and estrone sulfate…</u>'*

*iv…<u>the Center concludes that Premarin is not adequately characterized and that, therefore, at this time, its active ingredients cannot be fully determined. Additional information on both composition and relative potencies of components will be necessary to adequately characterize this product.</u> This conclusion is in agreement with the findings of FDA's Fertility and Maternal Health Advisory Committee at its July 27-28, 1995, meeting on this subject…'*

**Even though the FDA first approved in 1942 the use of Premarin, a mixture of conjugated estrogens obtained from the urine of pregnant mares, now in 2010, 68 yrs later, we still have limited knowledge of the full spectrum of active components found in Premarin™.**

The technology to address every single point raised by the CDER in that 1997 conclusion described above has existed for many years, however to date we still have no clear answer to any of the points raised by the CDER, i.e. the steroidal content of Premarin has not been completely defined and there is no precise estimate of the estrogenic potency of all of Premarin's components. **Importantly, the concentrations of the known major active sex steroidal components found in Premarin are known to vary from batch to batch and sometimes significantly.** And this is what we know about the 'defined components' i.e. the major ones, equilin, estrone, estradiol, dihydroequilin, dihydroequilenin, equilenin, dehydroestrone …but as stated by the CDER we still do not know what other active components could be found in these mixtures obtained from the urine of pregnant mares. **And we know even less on the potential deleterious effects that many of these equine steroidal hormones could have in humans.**

10.     **Plasma Levels of Estrogens are Intimately Link to Increasing Breast Cancer Risk.** **Estrogen Replacement Therapy Increases Circulating Levels of Estrogen and Increases Proliferation in Breast Cells and Tumors**

It was clearly determined by multiple experimental and epidemiological studies that persistently elevated serum levels of estrogens are directly associated with increased risk for breast cancer. In a prospective study of endogenous estrogen levels and breast cancer in postmenopausal women, Toniolo and coworkers concluded in 1995 that women who developed breast cancer tended to show higher circulating levels of estrone, total and free estradiol than women that remained free of cancer (Toniolo et al. 1995). In a systematic review of the literature that included 29 epidemiological studies Thomas et al (1997) observed that the cumulative quantitative data indicate statistically significant higher risk of breast cancer among women with higher levels of serum estradiol. More recently in a reanalysis of worldwide data from prospective studies to examine the relationship between endogenous hormones and breast cancer, it was concluded that indeed endogenous estradiol, estrone and other sex hormone levels are strongly associated with breast cancer risk in postmenopausal women (Key et al, 2002). Very recently Baglietto et al (2010) performed a case-cohort study of postmenopausal women within the Melbourne Collaborative Cohort Study and further confirmed that higher levels of circulating estrogens (free estradiol, and estrone sulfate) are directly associated with increased risk for breast cancer.

It has been a great concern to laboratory researchers and epidemiologist (since this therapeutic modality started) that hormone replacement therapy could increase breast cancer risk. That is why various studies were aimed at addressing the effects of HRT in the human breast. In 1999 Hofseth et al analyzed normal breast tissues from postmenopausal women who had been exposed to HRT compared to no users of HRT. Normal breast tissue biopsies were analyzed for cell proliferation, epithelial cell density and steroid receptor levels. **The authors concluded that breast epithelium of women who had received estrogen alone or estrogen+progestin therapy had significantly higher proliferative indexes than no HRT users.** Also breast epithelial density and progesterone receptor status was greater in women exposed to HRT (E alone as well as E+P) when compared with no HRT users (Hofseth et al, 1999). Cobleigh et al (1999), demonstrated that high S-phase fraction (a measurement of tumor cell proliferation) among ER+ breast cancers from women who were using HRT, was markedly

increased compared with equivalent tumors from women who never received HRT (OR: 2.82). **The authors concluded that their findings suggest that HRT appears to promote the growth of ER+ positive breast cancer as measure by S-phase fraction.** More recently, a prospective randomized double-blind FNA biopsy study was used to determined breast epithelial proliferation in postmenopausal women exposed to HRT (estradiol valerate/dienogest or estradiol/norestisterone), in addition circulating levels of estradiol and estrone were determined (Conner et al. 2003). **The authors concluded that there was a more than four fold increase in cell proliferation by 3 months of HRT use and there was an statistically significant positive correlation between epithelial breast cell proliferation and circulating levels of estradiol and estrone in women exposed to HRT (either treatment).**

Mueck et al, compared *in vitro* the proliferative effects on human breast cancer cells of 17-β estradiol with those of the main components of conjugated equine estrogens (Premarin) i.e. equilin and 17alpha-dihydroequilin at various concentrations including physiological or circulating levels. The authors concluded that all three estrogens increased cell proliferation of breast cancer cells between 40 and 180%. **A main conclusion of this study is that 'equine estrogens' have a similar proliferative potency on breast cells to that of human estradiol (Mueck et al, 2003).**

Prasad and coworkers investigated the short-term effects of continuing or stopping HRT (on women that had been regularly using HRT, either CEE alone or in combination with progesterone) upon diagnosis of breast cancer via core needle biopsy. The authors observed that in **women who stopped HRT, a significant decrease in cell proliferation was observed** between the core needle biopsy and the final surgery in ER+ breast cancers**. This also correlated with an associated reduction in Progesterone Receptor and Cyclin D1 expression.** '*The authors concluded that ER+ breast carcinomas demonstrated a favorable biologic response to withdrawal of HRT.' (Prasad et al, 2003)*

In 2005, Tworoger and coworkers conducted a prospective, nested case-control study within the Nurses's Health Study to examine the association between plasma sex hormone concentrations and postmenopausal breast cancer among women using HRT. **They observed that HRT users had statistically significantly higher plasma concentrations of estradiol and free estradiol, compared**

with non-HRT users. **Furthermore, they observed that women who used oral estrogen only (Premarin™) and those who used oral estrogen plus progestin preparations had similar hormone concentrations (i.e. non statistically different) (Tworoger et al. 2005).** The authors further observed an overall trend of increasing breast cancer with higher serum levels of estradiol and testosterone. '*Estradiol and free estradiol concentrations were <u>positively associated with breast cancer</u> risk primarily among older (P<sub>interaction</sub> = 0.002 and 0.006, respectively) and leaner women (P<sub>interaction</sub> = 0.05 and 0.08, respectively)';'…among older women than 60 estradiol and free estradiol concentrations were strongly associated with risk of breast cancer…'.* Recently Waaseth et al (2008) confirmed the observations of Tworoger et al 2005 in a Norwegian Women and Cancer cohort. The authors also observed that plasma levels of estradiol increased in parallel with increases doses and use of systemic estrogen-containing HRT.

It is known that the intratumor concentratrion of estradiol in breast cancers can reach 10-fold higher than plasma levels, the proposed mechanistic basis for this phenomenon include: increased local (intratumor) synthesis as well as increased active uptake from the circulation. Using a rat model of breast cancer **Masamura et al (1997) provided evidence demonstrating that relative uptakes (i.e. blood:tumor/tissue gradients) were substantially higher with lower serum concentrations of estradiol (emulating the situation in postmenopause) than with higher estradiol concentrations.** Other authors have speculated and propagated the view that intratumoral synthesis of estrogens mostly via aromatization provides the predominant estrogenic influence regulating tumor growth (Simpson and Dowsett, 2002). Very recently Dunbier and coworkers (2010) analyzed '*whether plasma estradiol levels correlated with gene expression in estrogen receptor + breast cancer and, if so, whether associated genes were known to be estrogen regulated'.* **The authors demonstrated a clear relationship between expression of estrogen-dependent genes in ER+ breast cancers and 'plasma estrogen levels'.** They also described a significant correlation between plasma levels of estradiol and tumor cell proliferation. **The authors concluded that their observations '…<u>challenge the view</u> that intratumoral estrogen synthesis has a greater influence on estrogen signaling than uptake from circulation…' and strongly suggest that differences in plasma estrogen levels between patients have significant influence on breast tumors (Dunbier et al, 2010).** Very recently in other studies addressing the same topic Haynes et al (2010) investigated possible determinants of intratumoral

estradiol levels. **The investigators observed significant correlations of intratumoral estradiol levels with plasma estrogens levels as well as a strong positive correlation with estrogen receptor alpha expression in tumors. Importantly no correlation was observed with enzymes involved in estrogen synthesis. The authors concluded that '…_uptake due to binding to the ER rather than intratumoral synthesis by aromatase or sulfatase, is the single most important correlate and probable determinant of intratumoral estradiol_' (Haynes et al. 2010).**

Chatterton and coworkers (2005) measured hormone levels in nipple aspirate fluid (NAF) comparing pre menopausal and postmenopausal women exposed to HRT vs. untreated controls. They observed that the NAF samples from post-menopausal women on HRT contain **18 times greater estradiol** levels than in control post-menopausal women and **7 times greater** than in pre-menopausal women. Thus, increased circulating levels of estradiol due to HRT correlated with dramatic increases of estradiol levels in the normal breast. Furthermore the levels detected were not only unphysiologically high for post-menopausal women but were also higher than the normal levels detectable in pre-menopausal women.

Studies on postmenopausal animal models also demonstrated direct effects on mammary epithelial proliferation upon exposure to HRT (reviewed by Haslam et al 2002). In order to emulate the menopausal state ovariectomized (Ovx) mice were used and exposed various regimens of HRT. Estrogen-alone replacement therapy started at 5 wks and up to 20 wks post-Ovx, caused pronounced enlargement of mammary duct ends and **6.5 fold greater mitogenic response in mammary epithelium and 4 fold increase in adjacent stroma** (Rafaat et al. 1999). Increased mammary gland proliferative response with HRT was also observed in a postmenopausal model using cynomolgus macaques. In this model CEE + MPA showed the highest proliferative response, however CEE alone also showed increased proliferation and interestingly showed the highest increased in Progesterone receptor expression when compared with controls (Cline et al. 1996). More recently on a rat model of surgical menopause, Sprague Dawley rats were treated with estrogen, estrogen combined with progesterone or raloxifene. The authors observed that comparison of mammary epithelium proliferation indices between groups showed that **estrogen alone or combined with intermittent progesterone yielded significantly higher proliferation indices compared to controls. The authors concluded that estrogen alone or combined with progesterone may increase the risk of breast cancer by enhancing proliferation in the Terminal Duct Lobular Unit (Cirpan et al., 2006).**

*In summary, published evidence has overwhelmingly demonstrated the following facts: 1) circulating levels of estrogens are directly associated with increased risk for breast cancer development; 2) Circulating levels of estrogens are directly associated with increased levels of proliferation both in normal breast and breast cancers; 3) Hormone replacement therapy, including estrogen replacement therapy in the form of CEE (Premarin ™) increases the levels of circulating estrogen to levels comparable and even higher than premenopausal levels; this has been demonstrated both in human samples and in multiple animal models; 4) uptake due to binding to the ER rather than intratumoral synthesis by aromatase or sulfatase, is the single most important correlate and probable determinant of intratumoral estradiol levels.*

An expert witness for the Defendant, Dr. Chodosh, concluded in a previous report that '*even in the absence of HRT, postmenopausal women have appreciable levels of endogenous estrogen and progesterone in their breast...and that the effects of a woman's endogenous hormones predominate over any impact of exogenous hormones*'... **This conclusion is preposterous and not supported by any reliable experimental or epidemiological evidence. In the preceding paragraphs I have provided abundant experimental and epidemiological evidence indicating that such conclusion is not supported by experimental evidence.** In addition, if the levels of endogenous hormones 'predominate' and are sufficient to sustain cell growth in the breast then, why does the breast epithelium (and stroma) of a post-menopausal woman becomes atrophic with age? One additional example rebutting the aforementioned conclusion, is that of the growth of estrogen dependent breast cancer cells (MCF7) when xenografted in the mammary fat pad of mice. It is well known in the breast cancer field that in spite that the recipient mice have intact ovaries and normal circulating levels of endogenous hormones the breast cancer cells do not grow 'unless' the host mice receive exogenous supplementation of estrogen via subcutaneous implantation of hormone pellets or other means (Osborne CK et al 1985). Thus, exogenously administered hormones do matter for inducing the growth of breast cancer cells. It is also well known that the rate of growth of estrogen receptor dependent breast cancer cells both *in vivo* and *in vitro* is directly proportional to the supplementation of estrogen in the culture media or in the animal. **More estradiol = more growth, thus more circulating estrogens do matter, and influence proliferation and gene expression in the breast epithelium both in humans and animal models.**

In summary, in light of the overwhelming findings described above, the argument expressed in a previous report by an expert witness for the defendant, concluding that HRT plays literally no role in breast cancer promotion or in increasing breast cancer incidence falls flat under the weight of the biology and mechanisms of action of estrogen as a carcinogen and promoter of breast cancer growth and the epidemiological observations summarized in the previous sections.

## Summary of Opinions

i.     It is my opinion that estrogen is an oncogenic growth factor that plays a fundamental role in the initiation, development and progression of breast cancer. Furthermore, I agree with the NTP definition of estrogen as a human carcinogen for certain endocrine regulated tissues including the human breast.

ii.    It is my opinion that 'menopause' is a natural condition and not a 'disease' that 'must' be treated. The fundamental medical ethical principle of *'Primum non-nocere'* (First do not harm) should prevail in deciding whether to treat or not specific menopausal symptoms.

iii.   It is my opinion that the use of Estrogen replacement therapy (or any HRT for that matter) should be reserved to treat 'very specific and serious conditions' related to natural or surgical menopause such as severe osteoporosis. Estrogen replacement therapy should not be routine for the treatment of relatively minor conditions such vaginal dryness or hot flashes. The risks of systemically administered Estrogen replacement therapy overwhelmingly out-weight the benefits of its use for minor menopausal related conditions. Non-estrogen therapies should be explored for the treatment of minor menopausal related conditions.

iv.    It is my opinion that the use of estrogen replacement therapy should only be prescribed under very controlled conditions with careful monitoring of patients and 'only' until better proven therapies emerge. Many promising SERMS (Selective estrogen receptor modulators) are currently being tested in clinical trials and do no display many of the deleterious effects shown by Conjugated Equine Estrogens (CEE).

v.     It is my opinion that the use of CEE (Premarin™) is an obsolete and very dangerous therapeutic approach for the treatment of menopausal symptoms.

vi.    It is my opinion that it has been a 'major mistake' to prescribe CEE (Premarin™) in such a massive scale to treat 'minor symptoms' related to the onset of natural menopause.

vii.   It is my opinon that it has been a 'major mistake' to have exposed and maintained millions of

menopausal women under protracted long-term systemic treatment with Premarin, in many instances for life.

**viii.** It is my opinion that it has been precisely the indiscriminate and massive use of Premarin since the 1960s 'a major contributing factor' in the ever increasing rate of breast cancer in the USA. Breast cancer rates have reached epidemic proportions in the last 4-5 decades. It is no coincidence that the dramatic increase in breast cancer rates coincided with the routine use of HRT.

**ix.** It is my opinion that the 'active components' existent in Premarin should be 'defined' using modern analytical techniques.

**x.** It is my opinion that the FDA should more tightly control the prescription and use of Premarin and it should 'mandate' to its manufacturer to define and more importantly 'test' the effects in humans of 'all and each' of the active components present in this preparation obtained from the urine of pregnant mares. The exact concentration of each and all active components found in Premarin should be clearly defined and batch to batch variations in concentrations of active components is not acceptable and should not be tolerated. For almost any other medication we know 'exactly' how much is prescribed of the active ingredient, this is not the case with Premarin. Ideally, doctors should stay away from prescribing this ill-defined mixture of equine estrogens of which we understand little on how deleterious their use is for humans.

I have served as expert consultant previously only in one opportunity; legal case Plaintiffs: 1) Jeanne Yobs; et al.; 2) Pamela Dawn Thorne et al.; 3) Natalie Beylin et al. v Defendant: WYETH d/b/a WYETH, Inc et al., United States District Court, District of Minnesota.

My fee for consulting and preparation of reports is $500 per hour.

C. Marcelo Aldaz, MD, PhD

6/2/2010

Date

**References:**

Aaronson SA. Growth Factors and Cancer. Science. 1991; 254 (5035): 1146-1153

Abba MC, Aldaz CM. The molecular basis of breast carcinogenesis. In: Molecular Basis of Human Cancer: Genomic Stability and Molecular Mutation in Neoplastic Transformation, 2nd Edition. Ed(s) Coleman WB, Tsongalis GJ. Humana Press: Totowa, NJ, *in press*

Anderson GL, Limacher M, Assaf AR, Bassford T, Beresford SA, Black H, Bonds D,Brunner R, Brzyski R, Caan B, Chlebowski R, Curb D, Gass M, Hays J, Heiss G,Hendrix S, Howard BV, Hsia J, Hubbell A, Jackson R, Johnson KC, Judd H, Kotchen JM, Kuller L, LaCroix AZ, Lane D, Langer RD, Lasser N, Lewis CE, Manson J, Margolis K, Ockene J, O'Sullivan MJ, Phillips L, Prentice RL, Ritenbaugh C,Robbins J, Rossouw JE, Sarto G, Stefanick ML, Van Horn L, Wactawski-Wende J,Wallace R, Wassertheil-Smoller S; Women's Health Initiative Steering Committee. Effects of conjugated equine estrogen in postmenopausal women with hysterectomy: the Women's Health Initiative randomized controlled trial. JAMA. 2004; 291(14):1701-12.

Baglietto L, Severi G, English DR, Krishnan K, Hopper JL, McLean C, Morris HA,Tilley WD, Giles GG. Circulating steroid hormone levels and risk of breast cancer for postmenopausal women. Cancer Epidemiol Biomarkers Prev. 2010;19(2):492-502.

Bakken K, Alsaker E, Eggen AE, Lund E. Hormone replacement therapy and incidence of hormone-dependent cancers in the Norwegian Women and Cancer study. Int J Cancer. 2004;112 (1):130-4.

Beatson G.T. On the treatment of inoperable cases of carcinoma of the mamma: suggestions for a new method of treatment, with illustrative cases. Lancet. 1896 ii: 104-107

Bednarek AK, Laflin KJ, Daniel RL, Liao Q, Hawkins KA, Aldaz CM. WWOX, a novel WW domain-containing protein mapping to human chromosome 16q23.3-24.1, a region frequently affected in breast cancer. Cancer Res. 2000;60(8):2140-5.

Bergkvist L, Adami HO, Persson I, Hoover R, Schairer C. The risk of breast cancer after estrogen and estrogen-progestin replacement. N Engl J Med. 1989;321(5):293-7.

Bolton JL and Thatcher GRJ. Potential mechanisms of estrogen quinone carcinogenesis. Chem. Res. Toxicol 2008, 21: 93-101.

Brinton LA, Hoover RN, Szklo M, Fraumeni JF Jr. Menopausal estrogen use and risk of breast cancer. Cancer. 1981; 47(10):2517-22

Brinton LA, Hoover R, Fraumeni JF Jr. Menopausal oestrogens and breast cancer risk: an expanded case-control study. Br J Cancer. 1986;54(5):825-32.

Brinton LA, Richesson D, Leitzmann MF, Gierach GL, Schatzkin A, Mouw T,Hollenbeck AR, Lacey JV Jr. Menopausal hormone therapy and breast cancer risk in the NIH-AARP Diet and Health Study Cohort. Cancer Epidemiol Biomarkers Prev. 2008;17(11):3150-60.

Buring JE, Hennekens CH, Lipnick RJ, Willett W, Stampfer MJ, Rosner B, Peto R,Speizer FE. A prospective cohort study of postmenopausal hormone use and risk of breast cancer in US women. Am J

Epidemiol. 1987;125(6):939-47.

Campagnoli C, Lesca L, Cantamessa C, Peris C. Long-term hormone replacement treatment in menopause: new choices, old apprehensions, recent findings. Maturitas. 1993;18(1):21-46. Review.

Cavalieri EL, Stack DE, Devanesan PD, Todorovic R, Dwivedy I, Higginbotham S, Johansson SL, Patil KD, Gross ML, Gooden JK, Ramanathan R, Cerny RL, Rogan EG. Molecular origin of cancer: catechol estrogen-3,4-quinones as endogenous tumor initiators. Proc Natl Acad Sci U S A. 1997; 94(20):10937-42.

Charpentier AH, Bednarek AK, Daniel RL, Hawkins KA, Laflin KJ, Gaddis S,MacLeod MC, Aldaz CM. Effects of estrogen on global gene expression:identification of novel targets of estrogen action. Cancer Res. 2000; 60(21):5977-83.

Chatterton RT Jr, Geiger AS, Mateo ET, Helenowski IB, Gann PH. Comparison of hormone levels in nipple aspirate fluid of pre- and postmenopausal women: effect of oral contraceptives and hormone replacement. Clin Endocrinol Metab. 2005;90(3):1686-91.

Chlebowski RT, Kuller LH, Prentice RL, Stefanick ML, Manson JE, Gass M, Aragaki AK, Ockene JK, Lane DS, Sarto GE, Rajkovic A, Schenken R, Hendrix SL, Ravdin PM, Rohan TE, Yasmeen S, Anderson G; WHI Investigators. Breast cancer after use of estrogen plus progestin in postmenopausal women. N Engl J Med. 2009; 360(6):573-87.

Chen CL, Weiss NS, Newcomb P, Barlow W, White E. Hormone replacement therapy in relation to breast cancer. JAMA. 2002; 287(6):734-41.

Cirpan T, Iscan O, Terek MC, Ozsener S, Kanit L, Pogun S, Zekioglu O,Yucebilgin S. Proliferative effects of different hormone regimens on mammary glands in ovariectomized rats. Eur J Gynaecol Oncol. 2006;27(3):256-61.

Cline JM, Soderqvist G, von Schoultz E, Skoog L, von Schoultz B. Effects of hormone replacement therapy on the mammary gland of surgically postmenopausal cynomolgus macaques. Am J Obstet Gynecol. 1996;174(1 Pt 1):93-100.

Cobleigh MA, Norlock FE, Oleske DM, Starr A. Hormone replacement therapy and high S phase in breast cancer. JAMA. 1999;281(16):1528-30

Colditz GA, Hankinson SE, Hunter DJ, Willett WC, Manson JE, Stampfer MJ, Hennekens C, Rosner B, Speizer FE. The use of estrogens and progestins and the risk of breast cancer in postmenopausal women. N Engl J Med. 1995;332(24):1589-93.

Collaborative group on Hormonal Factors in breast cancer, Breast cancer and hormone replacement therapy: collaborative reanalysis of data from 51 epidemiological studies of 52,705 women with breast cancer and 108,411 women without breast cancer. Lancet. 1997;350(9084):1047-59

Conner P, Söderqvist G, Skoog L, Gräser T, Walter F, Tani E, Carlström K, von Schoultz B. Breast cell proliferation in postmenopausal women during HRT evaluated through fine needle aspiration cytology. Breast Cancer Res Treat. 2003;78(2):159-65.

Cuendet M, Liu X, Pisha E, Li Y, Yao J, Yu L, Bolton JL. Equine estrogen metabolite 4-hydroxyequilenin induces anchorage-independent growth of human mammary epithelial MCF-10A cells: differential gene expression. Mutat Res. 2004; 550(1-2):109-21.

Cushing,K.L., N.S.Weiss, L.F.Voigt, B.McKnight, and S.A.Beresford. Risk of endometrial cancer in relation to use of low-dose, unopposed estrogens. Obstet Gynecol. 1998; 91:35-39.

Dunbier AK, Anderson H, Ghazoui Z, Folkerd EJ, A'hern R, Crowder RJ, Hoog J,Smith IE, Osin P, Nerurkar A, Parker JS, Perou CM, Ellis MJ, Dowsett M. Relationship between plasma estradiol levels and estrogen-responsive gene expression in estrogen receptor-positive breast cancer in postmenopausal women. J Clin Oncol. 2010;28(7):1161-7.

Fournier A, Berrino F, Clavel-Chapelon F. Unequal risks for breast cancer associated with different hormone replacement therapies: results from the E3N cohort study. Breast Cancer Res Treat. 2008;107(1):103-11

Haslam SZ, Osuch JR, Raafat AM, Hofseth LJ. Postmenopausal hormone replacement therapy: effects on normal mammary gland in humans and in a mouse postmenopausal model. J Mammary Gland Biol Neoplasia. 2002;7(1):93-105. Review.

Haynes BP, Straume AH, Geisler J, A'Hern R, Helle H, Smith IE, Lønning PE, Dowsett M. Intratumoral estrogen disposition in breast cancer. Clin Cancer Res. 2010;16(6):1790-801.

Henderson BE, Casagrande JT, Pike MC, Mack T, Rosario I, Duke A. The epidemiology of endometrial cancer in young women. Br J Cancer. 1983;47(6):749-56.

Henderson BE. The cancer question: an overview of recent epidemiologic and retrospective data. Am J Obstet Gynecol. 1989; 161(6 Pt 2):1859-64. Review.

Hofseth LJ, Raafat AM, Osuch JR, Pathak DR, Slomski CA, Haslam SZ. Hormone replacement therapy with estrogen or estrogen plus medroxyprogesterone acetate is associated with increased epithelial proliferation in the normal postmenopausal breast. J Clin Endocrinol Metab. 1999; 84(12):4559-65

Hoover R, Gray LA Sr, Cole P, MacMahon B. Menopausal estrogens and breast cancer. N Engl J Med. 1976; 295(8):401-5.

Hoover R, Glass A, Finkle WD, Azevedo D, Milne K. Conjugated estrogens and breast cancer risk in women. J Natl Cancer Inst. 1981;67(4):815-20.

Hulka BS, Chambless LE, Deubner DC, Wilkinson WE. Breast cancer and estrogen replacement therapy. Am J Obstet Gynecol. 1982;143(6):638-44.

Hulley SB, Grady D. The WHI estrogen-alone trial--do things look any better? JAMA. 2004;291(14):1769-71.

Jordan, V. C. Tamoxifen: a most unlikely pioneering medicine. Nat Rev Drug Discov, 2003; 2: 205-213.

Katalinic A, Rawal R. Decline in breast cancer incidence after decrease in utilisation of hormone replacement therapy. Breast Cancer Res Treat. 2008;107(3):427-30

Kelsey JL, Fischer DB, Holford TR, LiVoisi VA, Mostow ED, Goldenberg IS, White C. Exogenous estrogens and other factors in the epidemiology of breast cancer. J Natl Cancer Inst. 1981;67(2):327-33.

Kelsey JL, LiVolsi VA, Holford TR, Fischer DB, Mostow ED, Schwartz PE, O'Connor T, White C. A case-control study of cancer of the endometrium. Am J Epidemiol. 1982;116(2):333-42.

Kerlikowske K, Miglioretti DL, Ballard-Barbash R, Weaver DL, Buist DS, Barlow WE, Cutter G, Geller BM, Yankaskas B, Taplin SH, Carney PA. Prognostic characteristics of breast cancer among postmenopausal hormone users in a screened population. J Clin Oncol. 2003;21(23):4314-21.

Kerlikowske K, Miglioretti DL, Buist DS, Walker R, Carney PA; National Cancer Institute-Sponsored Breast Cancer Surveillance Consortium. Declines in invasive breast cancer and use of postmenopausal hormone therapy in a screening mammography population. J Natl Cancer Inst. 2007; 99(17):1335-9.

Key T, Appleby P, Barnes I, Reeves G; Endogenous Hormones and Breast Cancer Collaborative Group. Endogenous sex hormones and breast cancer in postmenopausal women: reanalysis of nine prospective studies. J Natl Cancer Inst. 2002;94(8):606-16.

Kirkman H, Estrogen-induced tumors of the kidney in the Syrian hamster. Growth characteristics in the the Syrian hamsters. 1959, Natl Cancer Inst. Monogr 1: 1-57.

Kovalchuk O, Tryndyak VP, Montgomery B, Boyko A, Kutanzi K, Zemp F, Warbritton AR, Latendresse JR, Kovalchuk I, Beland FA, Pogribny IP. Estrogen-induced rat breast carcinogenesis is characterized by alterations in DNA methylation, histone modifications and aberrant microRNA expression. Cell Cycle. 2007;6(16):2010-8.

Letter from Dr. Janet Woodcok - 1997 – Conjugated Estrogens — Memorandum Department of Health and Human Services – Public Health Service – FDA – Center for Drug evaluation and Research http://www.fda.gov/Drugs/DrugSafety/InformationbyDrugClass/ucm168836.htm

Li CI, Malone KE, Porter PL, Weiss NS, Tang MT, Cushing-Haugen KL, Daling JR. Relationship between long durations and different regimens of hormone therapy and risk of breast cancer. JAMA. 2003;289(24):3254-63.

Li JJ, Papa D, Davis MF, Weroha SJ, Aldaz CM, El-Bayoumy K, Ballenger J, Tawfik O, Li SA. Ploidy differences between hormone- and chemical carcinogen-induced rat mammary neoplasms: comparison to invasive human ductal breast cancer. Mol Carcinog. 2002; 33(1):56-65.

Li JJ, Weroha SJ, Lingle WL, Papa D, Salisbury JL, Li SA. Estrogen mediates Aurora-A overexpression, centrosome amplification, chromosomal instability, and breast cancer in female ACI rats. Proc Natl Acad Sci U S A. 2004;101(52):18123-8.

Liehr JG. Role of DNA adducts in hormonal carcinogenesis. Regulatory Toxicol and Pharmacol. 2000, 32: 276-282

Liehr JG. Is estradiol a genotoxy mutagenic carcinogen?. Endocrine Reviews 2000, 21(1) 40-54

Liehr JG. Genotoxicity of the steroidal oestrogens oestrone and oestradiol: possible mechanism of uterine and mammary cancer development. Human Reproduction 2001, 7: 273-281

Mack TM, Pike MC, Henderson BE, Pfeffer RI, Gerkins VR, Arthur M, Brown SE.Estrogens and endometrial cancer in a retirement community. N Engl J Med. 1976; 294(23):1262-7.

Magnusson C, Baron JA, Correia N, Bergström R, Adami HO, Persson I. Breast-cancer risk following long-term oestrogen- and oestrogen-progestin-replacement therapy. Int J Cancer. 1999; 81(3):339-44

Mailander PC, Meza JL, Higginbotham S, Chakravarti D. Induction of A.T to G.C mutations by erroneous repair of depurinated DNA following estrogen treatment of the mammary gland of ACI rats. J Steroid Biochem Mol Biol. 2006;101(4-5):204-15

Masamura S, Santner SJ, Gimotty P, George J, Santen RJ. Mechanism for maintenance of high breast tumor estradiol concentrations in the absence of ovarian function: role of very high affinity tissue uptake. Breast Cancer Res Treat. 1997;42(3):215-26.

McDonald JA, Weiss NS, Daling JR, Francis AM, Polissar L. Menopausal estrogen use and the risk of breast cancer. Breast Cancer Res Treat. 1986;7(3):193-9.

Million Women Study Collaborators. Breast cancer and hormone-replacement therapy in the Million Women Study. Lancet. 2003; 362(9382):419-27.

Mills PK, Beeson WL, Phillips RL, Fraser GE. Prospective study of exogenous hormone use and breast cancer in Seventh-day Adventists. Cancer. 1989;64(3):591-7.

Moorman PG, Kuwabara H, Millikan RC, Newman B. Menopausal hormones and breast cancer in a biracial population. Am J Public Health. 2000;90(6):966-71.

Mueck AO, Seeger H, Wallwiener D. Comparison of the proliferative effects of estradiol and conjugated equine estrogens on human breast cancer cells and impact of continuous combined progestogen addition. Climacteric. 2003;6(3):221-7.

Newbold RR, Bullock BC, McLachlan JA. Uterine adenocarcinoma in mice following developmental treatment with estrogens: a model for hormonal carcinogenesis. Cancer Res. 1990;50(23):7677-81.

Newcomb PA, Titus-Ernstoff L, Egan KM, Trentham-Dietz A, Baron JA, Storer BE, Willett WC, Stampfer MJ. Postmenopausal estrogen and progestin use in relation to breast cancer risk. Cancer Epidemiol Biomarkers Prev. 2002;11(7):593-600.

Osborne CK, Hobbs K, Clark GM. Effect of estrogens and antiestrogens on growth of human breast cancer cells in athymic nude mice. Cancer Res. 1985; 45(2):584-90.

Osborne, C. K. Tamoxifen in the treatment of breast cancer. N Engl J Med, 1998; 339: 1609-1618

Paganini-Hill A, Ross RK, Henderson BE. Endometrial cancer and patterns of use of oestrogen replacement therapy: a cohort study. Br J Cancer. 1989;59(3):445-7.

Persson,I., E.Weiderpass, L.Bergkvist, R.Bergstrom, and C.Schairer. Risks of breast and endometrial

cancer after estrogen and estrogen-progestin replacement. Cancer Causes Control. 1999; 10:253-260.

Pike M, Spicer D, Dahmoush L, Press M. Estrogens, progesterones, normal breast cell proliferation, and breast cancer risk. Epidemiol Rev 1993;15:17-35.

Pike MC, Pearce CL, Wu AH. Prevention of cancers of the breast, endometrium and ovary. Oncogene. 2004;23(38):6379-91. Review.

Porch JV, Lee IM, Cook NR, Rexrode KM, Burin JE. Estrogen-progestin replacement therapy and breast cancer risk: the Women's Health Study (United States). Cancer Causes Control. 2002;13(9):847-54.

Purdie,D.M., C.J.Bain, V.Siskind, P.Russell, N.F.Hacker, B.G.Ward, M.A.Quinn, and A.C.Green. Hormone replacement therapy and risk of epithelial ovarian cancer. Br J Cancer. 1999; 81:559-563.

Prasad R, Boland GP, Cramer A, Anderson E, Knox WF, Bundred NJ. Short-term biologic response to withdrawal of hormone replacement therapy in patients with invasive breast carcinoma. Cancer. 2003;98(12):2539-46.

Prentice RL, Chlebowski RT, Stefanick ML, Manson JE, Langer RD, Pettinger M,Hendrix SL, Hubbell FA, Kooperberg C, Kuller LH, Lane DS, McTiernan A, O'SullivanMJ, Rossouw JE, Anderson GL. Conjugated equine estrogens and breast cancer risk in the Women's Health Initiative clinical trial and observational study. Am J Epidemiol. 2008;167(12):1407-15.

Raafat AM, Hofseth LJ, Li S, Bennett JM, Haslam SZ. A mouse model to study the effects of hormone replacement therapy on normal mammary gland during menopause: enhanced proliferative response to estrogen in late postmenopausal mice. Endocrinology. 1999;140(6):2570-80

Ravdin PM, Cronin KA, Howlader N, Berg CD, Chlebowski RT, Feuer EJ, Edwards BK, Berry DA. The decrease in breast-cancer incidence in 2003 in the United States. N Engl J Med. 2007; 356(16):1670-4.

Renard F, Vankrunkelsven P, Van Eycken L, Henau K, Boniol M, Autier P. Decline in breast cancer incidence in the Flemish region of Belgium after a decline in hormonal replacement therapy. Ann Oncol. 2010 May 3. [Epub ahead of print]

Rodriguez C, Patel AV, Calle EE, Jacob EJ, Thun MJ. Estrogen replacement therapy and ovarian cancer mortality in a large prospective study of US women. JAMA. 2001; 285(11):1460-5.

Rohan TE, Negassa A, Chlebowski RT, Habel L, McTiernan A, Ginsberg M,Wassertheil-Smoller S, Page DL. Conjugated equine estrogen and risk of benign proliferative breast disease: a randomized controlled trial. J Natl Cancer Inst. 2008; 100(8):563-71.

Ross RK, Paganini-Hill A, Gerkins VR, Mack TM, Pfeffer R, Arthur M, Henderson BE. A case-control study of menopausal estrogen therapy and breast cancer. JAMA. 1980;243(16):1635-9.

Rossouw JE, Anderson GL, Prentice RL, LaCroix AZ, Kooperberg C, Stefanick ML, Jackson RD, Beresford SA, Howard BV, Johnson KC, Kotchen JM, Ockene J; Writing Group for the Women's Health Initiative Investigators. Risks and benefits of estrogen plus progestin in healthy postmenopausal

women: principal results From the Women's Health Initiative randomized controlled trial. JAMA. 2002; 288(3):321-33.

Roy D, Liehr JG. Estrogen, DNA damage and mutations. Mutat Res. 1999;424(1-2):107-15. Review.

Russo J, Hasan Lareef M, Balogh G, Guo S, Russo IH. Estrogen and its metabolites are carcinogenic agents in human breast epithelial cells. J Steroid Biochem Mol Biol 2003;87:1-25.

Schairer C, Lubin J, Troisi R, Sturgeon S, Brinton L, Hoover R. Menopausalestrogen and estrogen-progestin replacement therapy and breast cancer risk. JAMA.2000;283(4):485-91.

Shapiro,S., E.A.Coleman, M.Broeders, M.Codd, H.de Koning, J.Fracheboud, S.Moss, E.Paci, S.Stachenko, and R.Ballard-Barbash. Breast cancer screening programmes in 22 countries: current policies, administration and guidelines. International Breast Cancer Screening Network (IBSN) and the European Network of Pilot Projects for Breast Cancer Screening. Int J Epidemiol 1998; 27:735-742.

Sharpe KH, McClements P, Clark DI, Collins J, Springbett A, Brewster DH. Reduced risk of oestrogen receptor positive breast cancer among peri- and post-menopausal women in Scotland following a striking decrease in use of hormone replacement therapy. Eur J Cancer. 2010;46(5):937-43.

Shull JD, Spady TJ, Snyder MC, Johansson SL, Pennington KL. Ovary-intact, but not ovariectomized female ACI rats treated with 17beta-estradiol rapidly develop mammary carcinoma. Carcinogenesis. 1997;18(8):1595-601.

Simpson ER, Dowsett M. Aromatase and its inhibitors: significance for breast cancer therapy. Recent Prog Horm Res. 2002;57:317-38. Review.

Smith DC, Prentice R, Thompson DJ, Herrmann WL. Association of exogenous estrogen and endometrial carcinoma. N Engl J Med. 1975; 293(23):1164-7.

Stahlberg C, Pedersen AT, Lynge E, Andersen ZJ, Keiding N, Hundrup YA, Obel EB, Ottesen B. Increased risk of breast cancer following different regimens of hormone replacement therapy frequently used in Europe. Int J Cancer. 2004;109(5):721-7.

Stefanick ML, Anderson GL, Margolis KL, Hendrix SL, Rodabough RJ, Paskett ED, Lane DS, Hubbell FA, Assaf AR, Sarto GE, Schenken RS, Yasmeen S, Lessin L, Chlebowski RT; WHI Investigators. Effects of conjugated equine estrogens onbreast cancer and mammography screening in postmenopausal women with hysterectomy. JAMA. 2006; 295(14):1647-57.

Thomas HV, Reeves GK, Key TJ. Endogenous estrogen and postmenopausal breast cancer: a quantitative review. Cancer Causes Control. 1997;8(6):922-8. Review.

Toniolo PG, Levitz M, Zeleniuch-Jacquotte A, Banerjee S, Koenig KL, Shore RE, Strax P, Pasternack BS. A prospective study of endogenous estrogens and breast cancer in postmenopausal women. J Natl Cancer Inst.;87(3):190-7.

Tsutsui T, Suzuki N, Fukuda S, et al. 17beta-Estradiol-induced cell transformation and aneuploidy of Syrian hamster embry cells in culture. Carcinogenesis 1987;8: 1715-9.

Tsutsui T, Tamura Y, Yagi E, Barrett JC. Involvement of genotoxic effects in the initiation of estrogen-induced cellular transformation: studies using Syrian hamster embryo cells treated with 17beta-estradiol and eight of its metabolites. Int J Cancer 2000; 86:8-14.

Tworoger SS, Missmer SA, Barbieri RL, Willett WC, Colditz GA, Hankinson SE. Plasma sex hormone concentrations and subsequent risk of breast cancer among women using postmenopausal hormones. J Natl Cancer Inst. 2005;97(8):595-602.

U.S. Deparment of Health and Human Services, PHS, National Toxicology Program, Final Report on Carcinogens Background Document fo Steroidal Estrogens,  December 13-14 2000.

U.S. Department of Health and Human Services Public Health Service National Toxicology Program. 11th Report on Carcinogens. http://ntp.niehs.nih.gov/ntp/roc/eleventh/profiles/s084ster.pdf

Vankrunkelsven P, Kellen E, Lousbergh D, Cloes E, Op de Beeck L, Faes C, Bruckers L, Mertens R, Coebergh JW, Van Leeuwen FE, Buntinx F. Reduction in hormone replacement therapy use and declining breast cancer incidence in the Belgian province of Limburg. Breast Cancer Res Treat. 2009;118(2):425-32

Visvanathan K, Chlebowski RT, Hurley P, Col NF, Ropka M, Collyar D, Morrow M, Runowicz C, Pritchard KI, Hagerty K, Arun B, Garber J, Vogel VG, Wade JL, BrownP, Cuzick J, Kramer BS, Lippman SM; American Society of Clinical Oncology.American society of clinical oncology clinical practice guideline update on the use of pharmacologic interventionsincluding tamoxifen, raloxifene, and aromataseinhibition for breast cancer risk reduction. J Clin Oncol. 2009; 27(19):3235-58.

Waaseth M, Bakken K, Dumeaux V, Olsen KS, Rylander C, Figenschau Y, Lund E. Hormone replacement therapy use and plasma levels of sex hormones in the Norwegian Women and Cancer postgenome cohort - a cross-sectional analysis. BMC Women's Health. 2008;8:1-11

Weiderpass,E.,  H.O.Adami,  J.A.Baron,  C.Magnusson,  R.Bergstrom,  A.Lindgren,  N.Correia,  and I.Persson. Risk of endometrial cancer following estrogen replacement with and without progestins. J Natl Cancer Inst. 1999; 91:1131-1137.

Weiss LK, Burkman RT, Cushing-Haugen KL, Voigt LF, Simon MS, Daling JR, Norman SA, Bernstein L, Ursin G, Marchbanks PA, Strom BL, Berlin JA, Weber AL, Doody DR, Wingo PA, McDonald JA, Malone KE, Folger SG, Spirtas R. Hormone replacement therapy regimens and breast cancer risk (1). Obstet Gynecol. 2002;100(6):1148-58.

Wingo PA, Layde PM, Lee NC, Rubin G, Ory HW. The risk of breast cancer inpostmenopausal women who have used estrogen replacement therapy. JAMA. 1987;257(2):209-15.

Wu M, Soler DR, Abba MC, Nunez MI, Baer R, Hatzis C, Llombart-Cussac A, Llombart-Bosch A, Aldaz CM. CtIP silencing as a novel mechanism of tamoxifen resistance in breast cancer. Mol Cancer Res. 2007;5(12):1285-95.

Yager JD; Davidson NE. Estrogen Carcinogenesis in Breast Cancer. N Engl J Med. 2006; 354(3):270-82. Review.

Yang CP, Daling JR, Band PR, Gallagher RP, White E, Weiss NS. Non contraceptive hormone use and risk of breast cancer. Cancer Causes Control. 1992;3(5):475-9.

Ziel HK, Finkle WD. Increased risk of endometrial carcinoma among users of conjugated estrogens. N Engl J Med. 1975; 293(23):1167-70.