A CERTIFIED TRUE COPY
ATTEST

By Tarrell L. Littleton on Jun 10, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

May 26, 2010

FILED
CLERK'S OFFICE

**IN RE: PREMPRO PRODUCTS LIABILITY**
**LITIGATION**

MDL No. 1507

A TRUE COPY I CERTIFY
James W. McCormack, Clerk
By: /s/ Tenesha Jones D.C. on
**Jun 10, 2010**
For the United States District Court
Eastern District of Arkansas

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-183)**

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 254 F.Supp.2d 1366 (J.P.M.L. 2003). Since that time, 8,378 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**Jun 10, 2010**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: PREMPRO PRODUCTS LIABILITY**
**LITIGATION**                                                         MDL No. 1507

### SCHEDULE CTO-183 - TAG-ALONG ACTIONS

| **DIST.** | **DIV.** | **C.A. #** | **CASE CAPTION** |
|---|---|---|---|
| ALABAMA NORTHERN | | | |
| ALN | 2 | 10-966 | Barbara Lidoski v. Wyeth LLC, et al. |
| ARKANSAS WESTERN | | | |
| ARW | 5 | 10-5038 | Susan M. Muir, et al. v. Pharmacia & Upjohn Co., et al. |
| LOUISIANA WESTERN | | | |
| LAW | 2 | 09-478 | Elizabeth Tillman v. Bayer Healthcare, et al. |
| MINNESOTA | | | |
| MN | 0 | 10-1124 | Sharon Lee Harman v. Wyeth LLC, et al. |
| MN | 0 | 10-1149 | Kathleen Hansmann v. Wyeth LLC, et al. |
| MN | 0 | 10-1159 | Diana Wong v. Wyeth LLC, et al. |
| MN | 0 | 10-1218 | Jeanette Bierschwale v. Wyeth LLC |
| MN | 0 | 10-1219 | Sylvia Domanico v. Wyeth LLC |
| MN | 0 | 10-1222 | Janis Florence v. Wyeth LLC |
| MN | 0 | 10-1223 | Theresa Voelkel v. Wyeth LLC |
| MN | 0 | 10-1224 | Alvinnell Dumenil v. Wyeth LLC, et al. |
| MN | 0 | 10-1225 | Judith Mellberg v. Pfizer Inc., et al. |
| MN | 0 | 10-1226 | Valira Kostiha v. Wyeth LLC, et al. |
| MN | 0 | 10-1227 | Carol Wilhite v. Wyeth LLC, et al. |
| MN | 0 | 10-1228 | Carol Sharp v. Wyeth LLC |
| MN | 0 | 10-1229 | Betty Stegmiller v. Wyeth LLC, et al. |
| MN | 0 | 10-1236 | Margie Kerns v. Wyeth LLC, et al. |
| MN | 0 | 10-1237 | Janet Krcmarik v. Wyeth LLC, et al. |
| MN | 0 | 10-1238 | Jeanne Oberg v. Pfizer Inc., et al. |
| MN | 0 | 10-1239 | Mary Powell v. Wyeth LLC |
| MN | 0 | 10-1241 | Bonnie Beauchamp v. Bristol Meyers Squibb Co., et al. |
| MN | 0 | 10-1265 | Patricia Sargent v. Wyeth LLC, et al. |
| MN | 0 | 10-1268 | Sharon Simonson v. Bristol Meyers Squibb Co., et al. |
| MN | 0 | 10-1270 | Carole Matta v. Pfizer Inc., et al. |
| MN | 0 | 10-1272 | Margaretha Swope v. Wyeth LLC, et al. |
| MN | 0 | 10-1273 | Bertha Bell v. Wyeth LLC, et al. |
| MN | 0 | 10-1274 | Carol Ely v. Wyeth LLC, et al. |
| MN | 0 | 10-1277 | Sandra Vincent v. Bristol-Meyers Squibb Co., et al. |
| MN | 0 | 10-1281 | Linda McBride v. Wyeth LLC |
| MN | 0 | 10-1283 | Gloria Howells v. Wyeth LLC, et al. |
| MN | 0 | 10-1285 | Karen Teitelbaum v. Wyeth LLC, et al. |
| MN | 0 | 10-1286 | Renee Walton v. Pfizer Inc., et al. |
| MN | 0 | 10-1288 | Diane Chrisman v. Wyeth LLC, et al. |
| MN | 0 | 10-1290 | Helen Lindsay v. Pfizer Inc., et al. |

**MDL No. 1507 - Schedule CTO-183 Tag-Along Actions (Continued)**

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| MN | 0 | 10-1291 | Dorothy Gardner v. Wyeth LLC |
| MN | 0 | 10-1292 | Jeanette Mehr v. Wyeth LLC, et al. |
| MN | 0 | 10-1293 | Marilyn Boyce v. Wyeth LLC |
| MN | 0 | 10-1294 | Marlene Finley v. Wyeth LLC, et al. |
| MN | 0 | 10-1297 | Bernice Houghton v. Wyeth LLC |
| MN | 0 | 10-1299 | Dorothy Elliott v. Wyeth LLC |
| MN | 0 | 10-1301 | Lorraine Anderson v. Wyeth LLC, et al. |
| MN | 0 | 10-1302 | Christene Bowling v. Wyeth LLC, et al. |
| MN | 0 | 10-1304 | Roberta Erickson v. Wyeth LLC, et al. |
| MN | 0 | 10-1305 | Darlene Lindberg v. Wyeth LLC, et al. |
| MN | 0 | 10-1307 | Dee H. Deluca v. Wyeth LLC, et al. |
| MN | 0 | 10-1308 | Thressa Foster v. Wyeth LLC, et al. |
| MN | 0 | 10-1311 | Jean Bettger v. Wyeth LLC, et al. |
| MN | 0 | 10-1315 | Doris Lansverk v. Wyeth LLC |
| MN | 0 | 10-1317 | Teri Legato v. Wyeth LLC |
| MN | 0 | 10-1318 | Lenore Holland v. Wyeth LLC, et al. |
| MN | 0 | 10-1321 | Bonnie Morris v. Wyeth LLC, et al. |
| MN | 0 | 10-1324 | Karen Wheat v. Wyeth LLC, et al. |
| MN | 0 | 10-1327 | Shirley Kowacz v. Wyeth LLC, et al. |
| MN | 0 | 10-1328 | Vera White v. Wyeth LLC |
| MN | 0 | 10-1330 | Bonnie Otterstedt v. Wyeth LLC, et al. |
| MN | 0 | 10-1375 | Linda Bryan v. Wyeth LLC, et al. |
| MN | 0 | 10-1383 | Marcia Peterson v. Wyeth LLC, et al. |
| MN | 0 | 10-1391 | Sylvia Mendiola v. Wyeth LLC, et al. |
| MN | 0 | 10-1393 | Joann Pawek v. Wyeth LLC, et al. |
| MN | 0 | 10-1396 | Mary Ellen McGinley v. Bristol Meyers Squibb Co., et al. |
| MN | 0 | 10-1403 | Dianna J. Smith v. Wyeth LLC, et al. |
| MN | 0 | 10-1419 | Claire Karpov v. Wyeth LLC, et al. |
| MN | 0 | 10-1422 | Elaine Hafner v. Wyetch LLC, et al. |
| MN | 0 | 10-1430 | Nancy Nance v. Wyeth LLC |
| MN | 0 | 10-1431 | Stephen Fisch, et al. v. Wyeth LLC |
| MN | 0 | 10-1432 | Norma Pollack v. Wyeth LLC |
| MN | 0 | 10-1433 | Barbara Turney v. Wyeth LLC |
| MN | 0 | 10-1438 | Larry Matthews, et al. v. Wyeth LLC |
| MN | 0 | 10-1455 | Charlene Billingsley v. Wyeth LLC |
| MN | 0 | 10-1456 | Patsy Campbell v. Wyeth LLC |
| MN | 0 | 10-1462 | Cherrisue Gordon v. Wyeth LLC, et al. |
| MN | 0 | 10-1463 | Lois Clausen v. Watson Laboratories, Inc., et al. |
| MN | 0 | 10-1468 | Lisa Cameron Jones, et al. v. Wyeth LLC, et al. |
| MN | 0 | 10-1471 | Greg Bell, et al. v. Wyeth LLC, et al. |
| MN | 0 | 10-1475 | Robena DuPlantis v. Wyeth LLC, et al. |
| MN | 0 | 10-1483 | Sandra Ferguson v. Wyeth LLC, et al. |
| MN | 0 | 10-1485 | Jewell Hugo v. Wyeth LLC |
| MN | 0 | 10-1489 | Lucille Genco v. Pfizer, Inc., et al. |
| MN | 0 | 10-1491 | Gloria Garcia v. Wyeth LLC, et al. |

**MDL No. 1507 - Schedule CTO-183 Tag-Along Actions (Continued)**

| **DIST.** | **DIV.** | **C.A. #** | **CASE CAPTION** |
|---|---|---|---|
| MN | 0 | 10-1492 | Joy Horowitz v. Wyeth LLC, et al. |
| MN | 0 | 10-1503 | Bonnie Pierson v. Wyeth LLC, et al. |
| MN | 0 | 10-1505 | Ethel Miller v. Wyeth LLC, et al. |
| MN | 0 | 10-1506 | Delfina Lopez v. Wyeth LLC, et al. |
| MN | 0 | 10-1507 | Claudette Nichols, et al. v. Wyeth LLC, et al. |
| MN | 0 | 10-1511 | Barbara Magnusson v. Wyeth LLC, et al. |
| MN | 0 | 10-1521 | Bonnie Jarvis v. Wyeth LLC, et al. |
| MN | 0 | 10-1524 | Rose Walther v. Wyeth LLC, et al. |
| MN | 0 | 10-1533 | Mary P. Johnson v. Wyeth LLC, et al. |
| MN | 0 | 10-1546 | Kathleen Sundall v. Wyeth LLC, et al. |
| MN | 0 | 10-1584 | Rachel Bedford v. Wyeth LLC, et al. |
| MN | 0 | 10-1607 | Frances Gentry v. Pfizer Inc., et al. |
| MN | 0 | 10-1617 | Sandra Steer v. Wyeth LLC, et al. |
| MN | 0 | 10-1618 | Lucille Spitalleto v. Wyeth LLC, et al. |
| MN | 0 | 10-1620 | Janice Youd v. Wyeth LLC |
| MN | 0 | 10-1626 | Linda Myers v. Wyeth LLC, et al. |
| MN | 0 | 10-1628 | Catherine Taylor v. Wyeth LLC |
| MN | 0 | 10-1636 | Loretta Schwartz v. Wyeth LLC, et al. |
| MN | 0 | 10-1637 | Cynthia Winfield v. Pfizer Inc., et al. |
| MN | 0 | 10-1644 | Judy Penrod, et al. v. Wyeth LLC, et al. |
| MN | 0 | 10-1646 | Juanita Rogers v. Wyeth LLC, et al. |
| MN | 0 | 10-1649 | Vicki Podschweit v. Wyeth LLC, et al. |
| MN | 0 | 10-1650 | Susan Olsen, et al. v. Wyeth LLC, et al. |
| MN | 0 | 10-1651 | Kimberly Mynarich, et al. v. Wyeth LLC, et al. |
| MN | 0 | 10-1652 | Faye Hartman v. Wyeth LLC, et al. |
| MDL | 0 | 10-1655 | Marcy Johnson v. Wyeth LLC, et al. |
| MN | 0 | 10-1657 | Cynthia Raybon, et al. v. Wyeth LLC, et al. |
| MN | 0 | 10-1661 | Marlene Dobbins v. Wyeth LLC, et al. |
| MN | 0 | 10-1663 | Hope Rowe v. Wyeth LLC, et al. |
| MN | 0 | 10-1664 | Joanne Martin, etc. v. Wyeth LLC, et al. |
| MN | 0 | 10-1670 | Freddie Lee Franklin, etc. v. Wyeth LLC, et al. |
| MN | 0 | 10-1671 | Shirley Haskins, et al. v. Wyeth LLC, et al. |
| MN | 0 | 10-1672 | Betty Morrison v. Wyeth LLC, et al. |
| MN | 0 | 10-1674 | Mary Willetts, et al. v. Wyeth LLC, et al. |
| MN | 0 | 10-1677 | Mary Ussery, et al. v. Wyeth LLC, et al. |
| MN | 0 | 10-1695 | Evie Wilson v. Wyeth LLC, et al. |
| MN | 0 | 10-1741 | Tammy Thiel v. Wyeth, Inc., et al. |
| MN | 0 | 10-1742 | Carolyn Brumfield v. Wyeth, Inc., et al. |
| MN | 0 | 10-1762 | Joyce Pennington v. Wyeth LLC, et al. |
| MN | 0 | 10-1765 | Audrey Dugans, et al. v. Wyeth LLC, et al. |
| MN | 0 | 10-1770 | Ursa Hill v. Wyeth LLC, et al. |
| MN | 0 | 10-1775 | Myrtle Jones, et al. v. Wyeth LLC, et al. |
| MN | 0 | 10-1778 | Judy Seay, et al. v. Wyeth LLC, et al. |
| MN | 0 | 10-1783 | Beverly Sommers v. Wyeth LLC, et al. |
| MN | 0 | 10-1786 | Charlotte Whitten, et al. v. Wyeth LLC, et al. |

**MDL No. 1507 - Schedule CTO-183 Tag-Along Actions (Continued)**

**DIST.**   **DIV.**   **C.A. #**   **CASE CAPTION**

NEW JERSEY
  NJ   3   10-1638   Deborah Weissman, et al. v. Wyeth, Inc., et al.

TEXAS EASTERN
  TXE   6   10-127   Nelda Hyatt v. Wyeth LLC, et al.
  TXE   6   10-128   Louise Murphy v. Wyeth LLC
  TXE   6   10-129   Carolyn Seward v. Wyeth LLC, et al.
  TXE   6   10-130   Cerosha Way v. Wyeth LLC, et al.
  TXE   6   10-131   Janice Wyatt v. Wyeth LLC, et al.
  TXE   6   10-132   Dorothy Shaw v. Wyeth LLC, et al.

TEXAS NORTHERN
  TXN   3   10-661   Nancy Ostroff v. Wyeth LLC, et al.
  TXN   3   10-664   Leola Horton v. Wyeth LLC, et al.
  TXN   3   10-672   Edna Maddox v. Wyeth LLC, et al.
  TXN   3   10-673   Dora Laws v. Wyeth LLC, et al.
  TXN   3   10-677   Hiawatha Culver, et al. v. Wyeth LLC
  TXN   3   10-680   Margaret Pruitt v. Wyeth LLC
  TXN   3   10-682   Carolyn F. Rodgers, et al. v. Wyeth LLC, et al.
  TXN   3   10-689   Sandra Rhodes v. Wyeth LLC, et al.
  TXN   3   10-692   Sammie Scott v. Wyeth LLC, et al.
  TXN   3   10-694   Marion Moore v. Wyeth LLC
  TXN   3   10-695   Frances Ramsey v. Wyeth LLC, et al.

TEXAS SOUTHERN
  TXS   3   10-144   Peggy Parks, et al. v. Wyeth LLC, et al.
  TXS   3   10-145   Anna Taylor-Copeland, et al. v. Wyeth LLC, et al.
  TXS   3   10-146   Vicky Reagan, et al. v. Wyeth LLC, et al.

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

| CHAIRMAN: | MEMBERS: | | DIRECT REPLY TO: |
|---|---|---|---|
| **John G. Heyburn II**<br>United States District Court<br>Western District of Kentucky | **Robert L. Miller, Jr.**<br>United States District Court<br>Northern District of Indiana | **W. Royal Furgeson, Jr.**<br>United States District Court<br>Northern District of Texas | **Jeffery N. Lüthi**<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal<br>Judiciary Building<br>Room G-255, North Lobby<br>Washington, D.C.  20002 |
| | **Kathryn H. Vratil**<br>United States District Court<br>District of Kansas | **Frank C. Damrell, Jr.**<br>United States District Court<br>Eastern District of California | |
| | **David R. Hansen**<br>United States Court of Appeals<br>Eighth Circuit | **Barbara S. Jones**<br>United States District Court<br>Southern District of New York | Telephone:  [202] 502-2800<br>Fax:            [202] 502-2888<br>http://www.jpml.uscourts.gov |

June 10, 2010

James W. McCormack, Clerk
402 U.S. Courthouse
600 West Capitol Avenue
Little Rock, AR 72201-3325

Re:  MDL No. 1507 -- IN RE: Prempro Products Liability Litigation

(See Attached CTO-183)

Dear Mr. McCormack:

Attached as a PDF document is a certified copy a conditional transfer order filed by the Panel in the above-captioned matter on May 26, 2010.  As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 14 days to give any party an opportunity to oppose the transfer.  The 14-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

**The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation.  Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

A list of involved counsel, judges and clerks are attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By  *Tarrell L. Littleton*
Tarrell L. Littleton
Case Administrator

Attachments

cc:     Transferee Judge:     Judge William R. Wilson, Jr.

JPML Form 36C

IN RE: PREMPRO PRODUCTS LIABILITY LITIGATION                                                                                  MDL No. 1507

## PANEL SERVICE LIST (CTO-183)

Cooper S. Ashley
MASLON EDELMAN BORMAN & BRAND LLP
90 South 7th Street
Suite 3300
Minneapolis, MN 55402
**cooper.ashley@maslon.com**

Garrett D. Blanchfield, Jr.
REINHARDT WENDORF & BLANCHFIELD
E1250 First National Bank Building
332 Minnesota Street
St. Paul, MN 55101
**g.blanchfield@rwblawfirm.com**

John P. Borger
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
**jborger@faegre.com**

Edie M. Cagnolatti
IRWIN FRITCHIE ET AL
400 Poydras Street
Suite 2700
New Orleans, LA 70130
**ecagnolatti@irwinllc.com**

William B. Curtis
MILLER CURTIS & WEISBROD LLP
11551 Forest Central Drive
Suite 300
Dallas, TX 75243
**bcurtis@mcwlawfirm.com**

Stacey L. Drentlaw
OPPENHEIMER WOLFF & DONNELLY LLP
3300 Plaza VII Building
45 South Seventh Street
Minneapolis, MN 55402
**sdrentlaw@oppenheimer.com**

Thomas E. Dutton
PITTMAN HOOKS DUTTON KIRBY & HELLUMS PC
Park Place Tower
2001 Park Place North
Suite 1100
Birmingham, AL 35203
**htdslitigation@pittmanhooks.com**

Yvonne M. Flaherty
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401-2179
**flaheym@locklaw.com**

Edward F. Fox
BASSFORD REMELE PA
33 South 6th Street
Suite 3800
Minneapolis, MN 55402-3707
**edwardf@bassford.com**

Jeffrey Thomas Gaughan
BAGGETT MCCALL BURGESS WATSON & GAUGHAN
3006 Country Club Road
P.O. Drawer 7820
Lake Charles, LA 70605
**jeff_gaughan@msn.com**

Michelle R. Gilboe
BOWMAN & BROOKE LLP
150 South Fifth Street
Suite 3000
Minneapolis, MN 55402
**michelle.rognlien@bowmanandbrooke.com**

David P. Graham
OPPENHEIMER WOLFF & DONNELLY LLP
45 South Seventh Street
Suite 3300
Minneapolis, MN 55402
**dgraham@oppenheimer.com**

Lauren E. Handler
PORZIO BROMBERG & NEWMAN PC
100 Southgate Parkway
P.O. Box 1997
Morristown, NJ 07962-1997
**lehandler@pbnlaw.com**

F. Lane Heard, III
WILLIAMS & CONNOLLY LLP
Edward Bennett Williams Building
725 12th Street, N.W.
Washington, DC 20005-5901
**lheard@wc.com**

William G. Holt
GARY EUBANKS & ASSOCIATES
Post Office Box 3887
Little Rock, AR 72203-3887
**HoltG@garyholtlaw.com**

Charles R. Houssiere, III
HOUSSIERE DURANT & HOUSSIERE LLP
1990 Post Oak Boulevard
Suite 800
Houston, TX 77056-3812
**choussiere@hdhtex.com**

Carrie L. Hund
BASSFORD REMELE PA
Multifoods Tower
33 South Sixth Street
Suite 3800
Minneapolis, MN 55402-3707
**chund@bassford.com**

**MDL No. 1507 - Panel Service List (CTO-183) (Continued)**

Jeannine L. Lee
FLYNN GASKINS &
BENNETT LLP
333 South Seventh Street
29th Floor
Minneapolis, MN 55402
**jlee@flynngaskins.com**

Natalie Marie Lefkowitz
CHASE KURSHAN HERZFELD
& RUBIN LLC
354 Eisenhower Parkway
Suite 1100
Livingston, NJ 07039
**nlefkowitz@herzfeld-rubin.com**

Zoe B. Littlepage
LITTLEPAGE BOOTH
2043 A West Main Street
Houston, TX 77098
**zoe@littlepagebooth.com**

Patrick Lysaught
BAKER STERCHI COWDEN &
RICE LLC
2400 Pershing Road, Suite 500
Kansas City, MO 64108-2504
**lysaught@bscr-law.com**

Ted G. Meadows
BEASLEY ALLEN CROW
METHVIN PORTIS &
MILES PC
218 Commerce Street
Montgomery, AL 36104
**ted.meadows@beasleyallen.com**

Frederick W. Morris
LEONARD STREET &
DEINARD PA
150 South 5th Street
Suite 2300
Minneapolis, MN 55402
**frederick.morris@leonard.com**

Douglas Robert Plymale
MURRAY LAW FIRM
Poydras Center
650 Poydras Street
Suite 2150
New Orleans, LA 70130
**dplymale@dugan-lawfirm.com**

Lyn Peeples Pruitt
MITCHELL WILLIAMS SELIG
GATES & WOODYARD PLLC
425 West Capitol Avenue
Suite 1800
Little Rock, AR 72201
**lpruitt@mwlaw.com**

Alan E. Rothman
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022-3598
**arothman@kayescholer.com**

Gina M. Saelinger
ULMER & BERNE LLP
600 Vine Street
Suite 2800
Cincinnati, OH 45202
**gsaelinger@ulmer.com**

Dimple Desai Shah
LAW OFFICE OF DIMPLE
DESAI SHAH
5216 Westshire Lane
Dallas, TX 75287
**dhd@ctw.com**

Gwendolyn Dawn Shawger-McCord
SEDGWICK DETERT MORAN &
ARNOLD LLP
1717 Main Street
Suite 5400
Dallas, TX 75201
**dawn.mccord@sdma.com**

Robert K. Shelquist
LOCKRIDGE GRINDAL
NAUEN PLLP
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401-2179
**rkshelquist@locklaw.com**

Brian W. Thomson
LEONARD STREET &
DEINARD PA
150 S. 5th Street
Suite 2300
Minneapolis, MN 55402
**brian.thomson@leonard.com**

Daniel James Thornburgh
AYLSTOCK WITKIN KREIS &
OVERHOLTZ PLLC
803 North Palafox Street
Pensacola, FL 32501-3113
**dthornburgh@awkolaw.com**

Clem C. Trischler
PIETRAGALLO GORDON
ALFANO ET AL
One Oxford Center
301 Grant Street
38th Floor
Pittsburgh, PA 15219
**cct@pietragallo.com**

Jack E. Urquhart
CLARK THOMAS & WINTERS
3000 Weslayan Street
Suite 350
Houston, TX 77027
**jeu@ctw.com**

Erik B. Walker
HISSEY KIENTZ &
HERRON PLLC
9442 North Capital of
Texas Highway
Suite 420
Austin, TX 78759
**erik@hkhlaw.com**

**IN RE: PREMPRO PRODUCTS LIABILITY**
**LITIGATION**                                      MDL No. 1507

## INVOLVED JUDGES LIST (CTO-183)

Hon. Mary Little Cooper
U.S. District Judge
5000 Clarkson S. Fisher Federal Bldg. &
U.S. Courthouse
402 E. State Street
Trenton, NJ 08608

Hon. Leonard E. Davis
U.S. District Judge
United States District Court
106 Federal Building
211 West Ferguson Street
Tyler, TX 75702

Hon. Michael James Davis
Chief Judge, U.S. District Court
14E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. David S. Doty
Senior U.S. District Judge
14W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Joan N. Ericksen
U.S. District Judge
12W U.S. Courthouse
300 South 4th Street
Minneapolis, MN 55415

Hon. Donovan W. Frank
U.S. District Judge
724 Warren E. Burger Federal Bldg.
316 North Robert Street
St. Paul, MN 55101

Hon. W. Royal Furgeson, Jr.
Senior U.S. District Judge
1359 Earle Cabell Federal Bldg. &
U.S. Courthouse
1100 Commerce Street
Dallas, TX 75242

Hon. David C. Godbey
U.S. District Judge
Earle Cabell Federal Bldg. & U.S. Courthouse
1100 Commerce Street, Room 1358
Dallas, TX 75242-1003

Hon. Jimm Larry Hendren
Chief Judge, U.S. District Court
559 John Paul Hammerschmidt Federal Building
35 East Mountain Street
Fayetteville, AR 72701

Hon. Kenneth M. Hoyt
U.S. District Judge
11144 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. James Edgar Kinkeade
U.S. District Judge
Earle Cabell Federal Building & U.S. Courthouse
1100 Commerce Street, Room 1625
Dallas, TX 75242-1003

Hon. Sam A. Lindsay
U.S. District Judge
Earle Cabell Federal Bldg. & U.S. Courthouse
1100 Commerce Street, Room 1312
Dallas, TX 75242-1003

**MDL No. 1507 - Involved Counsel List (CTO-183) (Continued)**

Hon. Barbara M.G. Lynn
U.S. District Judge
Earle Cabell Federal Bldg. & U.S. Courthouse
1100 Commerce Street, Room 1572
Dallas, TX 75242-1003

Hon. Paul A. Magnuson
Senior U.S. District Judge
734 Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Hon. Patricia H. Minaldi
U.S. District Judge
328 Edwin F. Hunter, Jr. U.S.
Courthouse & Federal Building
611 Broad Street
Lake Charles, LA 70601

Hon. Ann D. Montgomery
U.S. District Judge
13W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. R. David Proctor
U.S. District Judge
730 Hugo L. Black U.S. Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203-2000

Hon. James M. Rosenbaum
Senior U.S. District Judge
15E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Patrick J. Schiltz
U.S. District Judge
774 Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Hon. Michael H. Schneider
U.S. District Judge
100 William M. Steger Federal Building &
U.S. Courthouse
211 West Ferguson Street
Tyler, TX 75701

Hon. Jorge A. Solis
U.S. District Judge
Earle Cabell Federal Bldg. & U.S. Courthouse
1100 Commerce Street,  Room 1654
Dallas, TX 75242-1003

Hon. John R. Tunheim
U.S. District Judge
13E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

IN RE: PREMPRO PRODUCTS LIABILITY LITIGATION

MDL No. 1507

# INVOLVED CLERKS LIST (CTO-183)

Sharon Harris, Clerk
140 Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Christopher R. Johnson, Clerk
523 John Paul Hammerschmidt
Federal Building
35 East Mountain Street
Fayetteville, AR 72701-6420

Tony R. Moore, Clerk
1167 U.S. Courthouse
300 Fannin Street
Shreveport, LA 71101-3083

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

William T. Walsh, Clerk
2020 Clarkson S. Fisher Federal Bldg. & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

David J. Maland, Clerk
106 Federal Building
211 W. Ferguson Street
Tyler, TX 75702

Karen S. Mitchell, Clerk
1452 Earle Cabell Federal Building & U.S. Courthouse
1100 Commerce Street
Dallas, TX 75242-1310

David J. Bradley, Clerk
P.O. Box 2300
Galveston, TX 77553-2300