A CERTIFIED TRUE COPY
ATTEST

By Jakeia R. Mells on Jun 29, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY I CERTIFY
James W. McCormack, Clerk
By: /s/ Tenesha Jones D.C. on
**Jun 29, 2010**
For the United States District Court
Eastern District of Arkansas

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jun 14, 2010

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: PREMPRO PRODUCTS LIABILITY
LITIGATION

MDL No. 1507

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-184)**

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 254 F.Supp.2d 1366 (J.P.M.L. 2003). Since that time, 8,398 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Luthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

Jun 29, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: PREMPRO PRODUCTS LIABILITY
LITIGATION                                                                           MDL No. 1507

## SCHEDULE CTO-184 - TAG-ALONG ACTIONS

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| **KANSAS** | | | |
| KS | 2 | 10-2098 | Joan Carlton v. Wyeth LLC |
| **MINNESOTA** | | | |
| MN | 0 | 10-1220 | Barbara Bailey v. Wyeth LLC, et al. |
| MN | 0 | 10-1231 | Sally Rudolph v. Wyeth LLC, et al. |
| MN | 0 | 10-1232 | Eleanor Amistadi v. Wyeth LLC, et al. |
| MN | 0 | 10-1235 | Herbert Grossman, et al. v. Wyeth LLC, et al. |
| MN | 0 | 10-1240 | Dolores Lopez v. Pfizer Inc. |
| MN | 0 | 10-1261 | Melva Gerber v. Wyeth LLC, et al. |
| MN | 0 | 10-1263 | Mariel Reinhardt v. Bristol Meyers Squibb Co., et al. |
| MN | 0 | 10-1264 | Christina Hagle, etc. v. Wyeth LLC, et al. |
| MN | 0 | 10-1267 | Terese Salehyar v. Wyeth LLC, et al. |
| MN | 0 | 10-1271 | Joseph Peterson, etc. v. Wyeth LLC, et al. |
| MN | 0 | 10-1276 | Joan Campbell v. Wyeth LLC, et al. |
| MN | 0 | 10-1278 | Hazel Jones v. Wyeth LLC, et al. |
| MN | 0 | 10-1279 | Sharon Bolster v. Wyeth LLC, et al. |
| MN | 0 | 10-1280 | Betty Anderson v. Wyeth LLC, et al. |
| MN | 0 | 10-1284 | Joyce Finley v. Wyeth LLC, et al. |
| MN | 0 | 10-1287 | Grace Herring v. Wyeth LLC, et al. |
| MN | 0 | 10-1289 | Gayle Manka v. Wyeth LLC |
| MN | 0 | 10-1295 | Velma Allen v. Wyeth LLC, et al. |
| MN | 0 | 10-1296 | Carole Ettelson v. Wyeth LLC, et al. |
| MN | 0 | 10-1300 | Katherine Boulden v. Wyeth LLC |
| MN | 0 | 10-1303 | Ruth Deutschman v. Wyeth LLC |
| MN | 0 | 10-1306 | Barbara Holzman v. Pfizer Inc., et al. |
| MN | 0 | 10-1310 | Nancy Fretz v. Wyeth LLC, et al. |
| MN | 0 | 10-1313 | Neil Keohane, et al. v. Wyeth LLC, et al. |
| MN | 0 | 10-1314 | Linda Yoder v. Wyeth LLC, et al. |
| MN | 0 | 10-1326 | Mary Sedwick v. Wyeth LLC, et al. |
| MN | 0 | 10-1355 | Jeanette K. Aeschbacher v. Wyeth LLC, et al. |
| MN | 0 | 10-1356 | Deborah Gonce v. Wyeth LLC |
| MN | 0 | 10-1358 | Karen Houston v. Wyeth LLC |
| MN | 0 | 10-1359 | Jan Hooker v. Wyeth LLC, et al. |
| MN | 0 | 10-1360 | Sara Erickson v. Wyeth LLC |
| MN | 0 | 10-1361 | Sharon Dalluge v. Wyeth LLC |
| MN | 0 | 10-1365 | Edna Houck v. Wyeth LLC, et al. |
| MN | 0 | 10-1366 | Carole Dalida v. Wyeth LLC, et al. |
| MN | 0 | 10-1367 | Anne Felix v. Wyeth LLC, et al. |
| MN | 0 | 10-1370 | Geraldine Conroy v. Wyeth LLC, et al. |
| MN | 0 | 10-1372 | Paula Campbell v. Wyeth LLC, et al. |
| MN | 0 | 10-1373 | Judith Brandt v. Wyeth LLC, et al. |

**MDL No. 1507 - Schedule CTO-184 Tag-Along Actions (Continued)**

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| MN | 0 | 10-1374 | Cynthia Hanson v. Wyeth LLC, et al. |
| MN | 0 | 10-1376 | Marilyn King v. Pfizer Inc., et al. |
| MN | 0 | 10-1377 | Benita Ricci v. Wyeth LLC |
| MN | 0 | 10-1378 | Myrta Richter v. Wyeth LLC, et al. |
| MN | 0 | 10-1380 | Marlys Peterson v. Wyeth LLC |
| MN | 0 | 10-1384 | Sue Mims v. Wyeth LLC, et al. |
| MN | 0 | 10-1385 | Linda Meyer v. Wyeth LLC, et al. |
| MN | 0 | 10-1386 | Sheila Minyard v. Wyeth LLC, et al. |
| MN | 0 | 10-1388 | Melva McMinn v. Wyeth LLC, et al. |
| MN | 0 | 10-1389 | Doris Maddox v. Wyeth LLC, et al. |
| MN | 0 | 10-1394 | Roberta Renkiewicz v. Wyeth LLC, et al. |
| MN | 0 | 10-1395 | Nancy Pebbles v. Wyeth LLC, et al. |
| MN | 0 | 10-1399 | Anne McGilvray v. Wyeth LLC, et al. |
| MN | 0 | 10-1401 | Deirdre Madden v. Pfizer Inc., et al. |
| MN | 0 | 10-1404 | Kathryne Sanders v. Wyeth LLC, et al. |
| MN | 0 | 10-1405 | Myrnalee Schaeffer v. Wyeth LLC, et al. |
| MN | 0 | 10-1406 | Carol Weber v. Wyeth LLC, et al. |
| MN | 0 | 10-1407 | Judith Weisse v. Wyeth LLC, et al. |
| MN | 0 | 10-1409 | Mary Swisher v. Wyeth LLC, et al. |
| MN | 0 | 10-1410 | Patricia Tallent v. Wyeth LLC, et al. |
| MN | 0 | 10-1411 | Darlene Tullgren v. Wyeth LLC, et al. |
| MN | 0 | 10-1413 | Barbara Vogt v. Wyeth LLC, et al. |
| MN | 0 | 10-1414 | Patricia Tewalt v. Wyeth LLC, et al. |
| MN | 0 | 10-1416 | Betty J. Walker v. Wyeth LLC, et al. |
| MN | 0 | 10-1417 | Barbara J. Boone v. Wyeth LLC, et al. |
| MN | 0 | 10-1424 | Glenna Whitacre v. Wyeth LLC, et al. |
| MN | 0 | 10-1425 | Sharon R. Sivils v. Wyeth LLC, et al. |
| MN | 0 | 10-1434 | William Malone, etc. v. Wyeth LLC |
| MN | 0 | 10-1472 | Brenda Graves v. Wyeth LLC |
| MN | 0 | 10-1476 | Theresa Cassidy v. Pfizer Inc., et al. |
| MN | 0 | 10-1488 | Maria Holokahi v. Pfizer Inc., et al. |
| MN | 0 | 10-1498 | Kathleen Holden v. Pfizer Inc., et al. |
| MN | 0 | 10-1515 | Olivia Robie v. Wyeth LLC, et al. |
| MN | 0 | 10-1522 | Carol Graves v. Wyeth LLC, et al. |
| MN | 0 | 10-1523 | Rose Kirchhoff v. Wyeth LLC, et al. |
| MN | 0 | 10-1527 | Lois Christensen v. Pfizer Inc., et al. |
| MN | 0 | 10-1528 | Valerie Ernst v. Wyeth LLC, et al. |
| MN | 0 | 10-1529 | Ann Falk v. Wyeth LLC, et al. |
| MN | 0 | 10-1530 | Loretta Fornberg v. Pfizer Inc., et al. |
| MN | 0 | 10-1534 | Barbara Johnson v. Wyeth LLC, et al. |
| MN | 0 | 10-1538 | Alice McDougall v. Wyeth LLC, et al. |
| MN | 0 | 10-1539 | Donna Meath v. Pfizer Inc., et al. |
| MN | 0 | 10-1540 | Linda Mirsky v. Wyeth LLC |
| MN | 0 | 10-1547 | Mary Swanson v. Wyeth LLC, et al. |
| MN | 0 | 10-1550 | Kathryn Wenaas v. Wyeth LLC, et al. |
| MN | 0 | 10-1551 | John Woll, et al. v. Wyeth LLC |

**MDL No. 1507 - Schedule CTO-184 Tag-Along Actions (Continued)**

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| MN | 0 | 10-1572 | Norma Saenz v. Wyeth LLC, et al. |
| MN | 0 | 10-1573 | Carolyn Cox v. Wyeth LLC, et al. |
| MN | 0 | 10-1575 | Carole Day v. Bristol-Meyers Squibb Co., et al. |
| MN | 0 | 10-1576 | Rhea Alpert v. Wyeth LLC, et al. |
| MN | 0 | 10-1577 | Mary Ann Boorn v. Wyeth LLC, et al. |
| MN | 0 | 10-1579 | Barbara Calease v. Wyeth LLC |
| MN | 0 | 10-1580 | Susan Clouser v. Wyeth LLC |
| MN | 0 | 10-1581 | Sharyn Albright v. Wyeth LLC, et al. |
| MN | 0 | 10-1582 | Joyce Beedle v. Wyeth LLC, et al. |
| MN | 0 | 10-1587 | Juanita Barnes v. Wyeth LLC, et al. |
| MN | 0 | 10-1591 | Isaac Kaufman, et al. v. Wyeth LLC, et al. |
| MN | 0 | 10-1595 | Carolyn Houle v. Wyeth LLC |
| MN | 0 | 10-1599 | Vera Carter v. Wyeth LLC, et al. |
| MN | 0 | 10-1606 | Yvonne Kircher v. Wyeth LLC, et al. |
| MN | 0 | 10-1608 | Esther Gordon v. Wyeth LLC, et al. |
| MN | 0 | 10-1609 | Margie Hartley v. Wyeth LLC, et al. |
| MN | 0 | 10-1614 | Barbara Padgett v. Wyeth LLC |
| MN | 0 | 10-1631 | Mary Rutherford v. Wyeth LLC, et al. |
| MN | 0 | 10-1648 | Judith Stevens, et al. v. Wyeth LLC, et al. |
| MN | 0 | 10-1653 | Mary Ann Dennis, et al. v. Wyeth LLC, et al. |
| MN | 0 | 10-1654 | Glenda Barton, et al. v. Wyeth LLC, et al. |
| MN | 0 | 10-1658 | Cheryl Frank, et al. v. Wyeth LLC, et al. |
| MN | 0 | 10-1665 | Dianne Bright, et al. v. Wyeth, et al. |
| MN | 0 | 10-1666 | Charlotte Broussard, et al. v. Wyeth LLC, et al. |
| MN | 0 | 10-1667 | Bonita Berry, et al. v. Wyeth LLC, et al. |
| MN | 0 | 10-1668 | Kathleena Jordan Desourdy v. Wyeth LLC, et al. |
| MN | 0 | 10-1669 | Karen Cosby v. Wyeth LLC, et al. |
| MN | 0 | 10-1675 | Johanna Avisata v. Wyeth LLC, et al. |
| MN | 0 | 10-1676 | Nancy Westmoreland, et al. v. Wyeth LLC, et al. |
| MN | 0 | 10-1830 | Lois M. Wille v. Wyeth, et al. |
| MN | 0 | 10-1832 | Helena D. Gibbs v. Wyeth, et al. |
| MN | 0 | 10-1837 | Wayne Johnson, etc. v. Wyeth, et al. |
| MN | 0 | 10-1840 | Bernice Peaches v. Wyeth, et al. |
| MN | 0 | 10-1845 | Virginia Holmes v. Wyeth, et al. |
| MN | 0 | 10-1852 | Judy Garbett v. Wyeth, et al. |
| MN | 0 | 10-1871 | Linda McCain v. Wyeth, et al. |
| MN | 0 | 10-1876 | Della Hokett v. Wyeth, et al. |
| MN | 0 | 10-1878 | Betty Long v. Wyeth, et al. |
| MN | 0 | 10-1922 | Delores Gouge v. Wyeth, et al. |

MISSOURI WESTERN

| MOW | 4 | 10-410 | Betty Lou Cooper, et al. v. Wyeth LLC, et al. |

**MDL No. 1507 - Schedule CTO-184 Tag-Along Actions (Continued)**

**DIST.**   **DIV.**   **C.A. #**   **CASE CAPTION**

MISSISSIPPI SOUTHERN
  MSS   3   10-223   Angelaed Cole v. Wyeth, et al.
  MSS   3   10-226   Pauline Cooper, et al. v. Wyeth, et al.
  MSS   3   10-227   Dewey Michael Smith, etc. v. Wyeth, et al.
  MSS   3   10-228   Eyvonne Lyons v. Wyeth, et al.
  MSS   4   10-72    Lessie Mae Brown v. Wyeth, et al.
  MSS   5   10-72    Mary Love Simrall v. Wyeth, et al.
  MSS   5   10-73    Judy Todd Latham v. Wyeth, et al.

NEW JERSEY
  NJ    2   10-2062  Bernadine Doherty, et al. v. Wyeth LLC, et al.

TEXAS EASTERN
  TXE   6   10-122   Joanne Dula v. Wyeth LLC
  TXE   6   10-125   Sharon Eckels v. Wyeth LLC, et al.

TEXAS NORTHERN
  TXN   3   10-663   Tanya Allgood, et al. v. Wyeth LLC, et al.
  TXN   3   10-674   Victoria Gonzalez v. Wyeth LLC, et al.
  TXN   3   10-675   Marlene Eden v. Wyeth LLC, et al.
  TXN   3   10-686   Georgetta Downey v. Wyeth LLC, et al.

TEXAS SOUTHERN
  TXS   3   10-141   Judy Brandon, et al. v. Wyeth LLC, et al.
  TXS   3   10-142   Annie Lee Billingsley, et al. v. Wyeth LLC, et al.
  TXS   3   10-147   Ezilda Dosser, et al. v. Wyeth LLC, et al.