IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: | : | |
| | : | MDL Docket No. 4:03CV1507 WRW |
| **PREMPRO PRODUCTS LIABILITY** | : | |
| **LITIGATION** | : | ALL CASES |
| | : | |

**CROSS-MOTION *IN LIMINE* TO
EXCLUDE CERTAIN OPINIONS OFFERED BY PLAINTIFFS' EXPERTS**

Pursuant to Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), and its progeny, and for the reasons set forth in the accompanying memorandum, Wyeth moves the Court to exclude the opinions of Dr. Jasenka Demirovic and Dr. Marcel Aldaz on the grounds that they are not qualified to offer those opinions, their opinions are not the product of reliable methods, and their opinions will not assist any jury in resolving a factual dispute.

                                      Respectfully submitted,

                                      /s/   F. Lane Heard III
                                      John W. Vardaman, Jr. (D.C. Bar #13391)
                                      F. Lane Heard III (D.C. Bar #291724)

                                          WILLIAMS & CONNOLLY LLP
                                         725 12th Street, NW
                                         Washington, DC 20005-5901
                                         (202) 434-5000

                                      Lyn P. Pruitt (Ark. Bar No. 84121)

                                         MITCHELL, WILLIAMS, SELIG, GATES &
                                         WOODYARD, PLLC
                                         425 West Capitol Avenue, Suite 1800
                                         Little Rock, AR 72201-3525
                                         (501) 688-8800
                                         *lpruitt@mwsgw.com*

                                      *Attorneys for Wyeth*

DATED:  July 29, 2010

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of July 2010 a true and correct copy of the foregoing Cross-Motion *in Limine* to Exclude Certain Opinions Offered by Plaintiffs' Experts was electronically filed with the Clerk of Court using the CM/ECF system, and a true and correct copy was forwarded by e-mail to the parties listed below and on the attached Service List.

| | |
|---|---|
| The Calwell Practice, PLLC<br>500 Randolph St<br>Charleston, WV 25302 | scalwell@calwelllaw.com<br>areese@calwelllaw.com<br>mluce@calwelllaw.com<br>amclaughlin@calwelllaw.com<br>bwest@calwelllaw.com |
| Zimmerman Reed, PLLP<br>651 Nicollet Mall Ste 501<br>Mpls, MN 55402-4123 | rsg@zimmreed.com<br>stacy.hauer@zimmreed.com<br>csz@zimmreed.com<br>ann.hansen@zimmreed.com<br>tina.olson@zimmreed.com |
| Nilan Johnson Lewis PA<br>120 S 6th St Ste 400<br>Mpls, MN 55402 | jbernier@nilanjohnson.com<br>tvan@nilanjohnson.com |
| Leonard Street and Deinard, PA<br>150 S 5th St Ste 2300<br>Mpls, MN 55402 | frederick.morris@leonard.com<br>craig.bratsch@leonard.com<br>kathryn.engebrit@leonard.com<br>kristine.remjeske@leonard.com |
| Kaye Scholer LLP<br>901 15th St NW<br>Washington, DC 20005 | whoffman@kayescholer.com |
| Bassford Remele, PA<br>33 S 6th St Ste 3800<br>Mpls, MN 55402-3707 | edwardf@bassford.com<br>chund@bassford.com<br>paulas@bassford.com<br>ameys@bassford.com<br>docket@bassford.com,<br>jcastro@bassford.com<br>kims@bassford.com<br>lwurst@bassford.com<br>ruthannp@bassford.com |

| | |
|---|---|
| Dorsey & Whitney LLP<br>50 S 6th St Ste 1500<br>Mpls, MN 55402-1498 | lindsay.michael@dorsey.com<br>dieseth.paul@dorsey.com<br>sipkins.peter@dorsey.com<br>wright.elizabeth@dorsey.com<br>fairbairn.mary@dorsey.com<br>garcia.sara@dorsey.com<br>kelly.laurie@dorsey.com<br>roadfeldt.christi@dorsey.com<br>skwiera.linda@dorsey.com |
| Thompson Hine LLP<br>3900 Key Center<br>127 Public Square<br>Cleveland, OH 44114-1291 | brian.troyer@thompsonhine.com |
| Larson King, LLP<br>30 E 7th St Ste 2800<br>St Paul, MN 55101-4922 | dadams@larsonking.com<br>mweldon@larsonking.com<br>jheglund@larsonking.com<br>sleckie@larsonking.com |
| Grogan Graffam PC<br>Four Gateway Center 12th Fl<br>Pittsburgh, PA 15222 | ldaly@grogangraffam.com |
| Cronan Pearson Quinlivan PA<br>1201 Marquette Ave S Ste 110<br>Mpls, MN 55403 | michael.quinlivan@cpqlaw.com<br>linda.brickley@cpqlaw.com |
| Sedgewick, Detert, Moran & Arnold LLP<br>1717 Main St Ste 5400<br>Dallas, TX 75201 | alan.vickery@sdma.com<br>dawn.mccord@sdma.com |

/s/     F. Lane Heard III
F. Lane Heard III

  WILLIAMS & CONNOLLY LLP
  725 12th Street, NW
  Washington, DC 20005-5901
  (202) 434-5000
  *lheard@wc.com*

# SERVICE LIST

## STEERING COMMITTEE MEMBERS

Mr. Richard Lewis
HAUSFELD LLP
1700 K Street NW
Suite 650
Washington, D.C. 20005

Mr. Shawn Khorrami
KHORRAMI POLLARD & ABIR, LLP
444 S. Flower Street, 33rd Floor
Los Angeles, CA  90071

Christopher T. Kirchmer
PROVOST UMPHREY
490 Park Street
P.O. Box 4905
Beaumont, Texas  77704

James A. Morris, Jr.
MORRIS LAW FIRM
11614 Bee Caves Road, Suite 220
Austin, Texas 78738

Mr. Robert K. Jenner
JANET, JENNER & SUGGS
1829 Reisterstown Road, Suite 320
Baltimore, MD  21208

Mr. Tobias L. Millrood
POGUST BRASLOW MILLROOD
8 Tower Bridge, Suite 1520
161 Washington Street
Conshohocken, PA 19428

Mr. Ken Suggs
JANET, JENNER & SUGGS
500 Taylor Street
Columbia, SC  29201

Mr. Mike Williams
WILLIAMS DAILEY O'LEARY CRAINE
AND LOVE, P.C.
9755 SW Barnes Road, Suite 450
Portland, OR  97225-6681

Mr. Ralph M. Cloar Jr.
Suite 640
1501 N. University Avenue
Little Rock, AR  72201

Mr. Irwin B. Levin
COHEN & MALAD, LLP
One Indian Square, Suite 1400
Indianapolis, IN 46204

## LEAD AND LIAISON COUNSEL

Mr. Gary Holt
GARY EUBANKS & ASSOCIATES, LTD
708 West Second Street
P.O. Box 3887
Little Rock, Arkansas  72203-3887

Ms. Zoe Littlepage
LITTLEPAGE BOOTH
2043A W. Main Street
Houston, TX  77098