# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: PREMPRO PRODUCTS LIABILITY
LITIGATION                                                    MDL No. 1507

A TRUE COPY I CERTIFY
James W. McCormack, Clerk
By: /s/ Tenesha Jones D.C. on
Oct 07, 2010
For the United States District Court
Eastern District of Arkansas

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-189)**

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 254 F.Supp.2d 1366 (J.P.M.L. 2003). Since that time, 9,050 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

_____
Jeffery N. Luthi
Clerk of the Panel

**IN RE: PREMPRO PRODUCTS LIABILITY
LITIGATION**  MDL No. 1507

### SCHEDULE CTO-189 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**     **CASE CAPTION**

MINNESOTA
  MN  0  09-335        Ann Marie Valone v. Wyeth Pharmaceuticals, Inc.
  MN  0  09-339        Rene Griffin v. Wyeth Pharmaceuticals, Inc.
  MN  0  10-1494       Mary Kah v. Warner Chilcott Corp., et al.
  MN  0  10-1592       Barbara Douglas v. Bristol Myers Squibb Co., et al.
  MN  0  10-1767       Sally Ozark v. ESI Lederle, Inc., et al.
  MN  0  10-1824       Dorothy M. Hudman v. Wyeth, et al.
  MN  0  10-1826       Sybil McKee v. Wyeth, et al.
  MN  0  10-1827       Karen McMillian v. Wyeth, et al.
  MN  0  10-1829       Bonnie J. Williams v. Wyeth, et al.
  MN  0  10-1833       Theresa Hospodarsky v. Wyeth, et al.
  MN  0  10-1834       Helen Cole v. Wyeth, et al.
  MN  0  10-1835       Kathryn M. Hymel v. Wyeth, et al.
  MN  0  10-1838       Carolyn Littledike v. Wyeth, et al.
  MN  0  10-1842       Mary A. Williams v. Wyeth, et al.
  MN  0  10-1844       Virginia K. Dehlinger v. Wyeth, et al.
  MN  0  10-1846       Bonnie Molino v. Wyeth, et al.
  MN  0  10-1848       Linda Lininger v. Wyeth, et al.
  MN  0  10-1850       Geneva Polk v. Wyeth, et al.
  MN  0  10-1851       Peggy White v. Wyeth, et al.
  MN  0  10-1853       Ginger G. Nichols v. Wyeth, et al.
  MN  0  10-1854       Shirley Prettyman v. Wyeth, et al.
  MN  0  10-1856       Maggie E. Crowe v. Wyeth, et al.
  MN  0  10-1859       Joan Shumate v. Wyeth, et al.
  MN  0  10-1861       Joyce Tuckett v. Wyeth, et al.
  MN  0  10-1862       Faye Ryan v. Wyeth, et al.
  MN  0  10-1864       Diane Welch, etc. v. Wyeth, et al.
  MN  0  10-1868       Karen Rackle v. Wyeth, et al.
  MN  0  10-1869       Patricia Virgel v. Wyeth, et al.
  MN  0  10-1872       Wilda Dent v. Wyeth, et al.
  MN  0  10-1873       Margie Parker v. Wyeth, et al.
  MN  0  10-1877       Barbara King v. Wyeth, et al.

**MDL No. 1507 - Schedule CTO-189  Tag-Along Actions (Continued)**

| | | | |
|---|---|---|---|
| MN | 0 | 10-1879 | Kathy Powers v. Wyeth, et al. |
| MN | 0 | 10-2395 | Mary Bellows v. Wyeth, et al. |
| MN | 0 | 10-2398 | Peggy Bishop v. Wyeth, et al. |
| MN | 0 | 10-2402 | Queen Boyd v. Wyeth, et al. |
| MN | 0 | 10-2403 | Carolyn Breding v. Wyeth, et al. |
| MN | 0 | 10-2408 | Lydia Brent v. Wyeth, et al. |
| MN | 0 | 10-2411 | Nancy Brodeur v. Wyeth, et al. |
| MN | 0 | 10-2412 | Judi Brown v. Wyeth, et al. |
| MN | 0 | 10-2417 | Dorothy Christopher v. Wyeth, et al. |
| MN | 0 | 10-2422 | Justine Davis v. Wyeth, et al. |
| MN | 0 | 10-2428 | Joyce Fisher v. Wyeth, et al. |
| MN | 0 | 10-2430 | Linda Franklin v. Wyeth, et al. |
| MN | 0 | 10-2434 | Elizabeth Gill v. Wyeth, et al. |
| MN | 0 | 10-2439 | Helen Hall v. Wyeth, et al. |
| MN | 0 | 10-2443 | Marilyn Harder v. Wyeth, et al. |
| MN | 0 | 10-2449 | Carlene Huckaby v. Wyeth, et al. |
| MN | 0 | 10-2454 | Charlotte James v. Wyeth, et al. |
| MN | 0 | 10-2457 | Addie Kelley v. Wyeth, et al. |
| MN | 0 | 10-2458 | Judith Kendrick v. Wyeth, et al. |
| MN | 0 | 10-2459 | Linda Kennedy v. Wyeth, et al. |
| MN | 0 | 10-2462 | Lynda Leino v. Wyeth, et al. |
| MN | 0 | 10-2465 | Peggy McLaughlin v. Wyeth, et al. |
| MN | 0 | 10-2468 | Betty Littrell v. Wyeth, et al. |
| MN | 0 | 10-2470 | Flora Lore v. Wyeth, et al. |
| MN | 0 | 10-2473 | Shirley Scheele v. Wyeth, et al. |
| MN | 0 | 10-2474 | Betty Shehdan v. Wyeth, et al. |
| MN | 0 | 10-2482 | Jean Smith v. Wyeth, et al. |
| MN | 0 | 10-2483 | Sharon Nichols v. Wyeth, et al. |
| MN | 0 | 10-2484 | Sandra Tallman v. Wyeth, et al. |
| MN | 0 | 10-2485 | Maria Taylor v. Wyeth, et al. |
| MN | 0 | 10-2487 | Jaqueline Vandiver v. Wyeth, et al. |
| MN | 0 | 10-2488 | Shirley Vereeke v. Wyeth, et al. |
| MN | 0 | 10-2490 | Sylvia Walters v. Wyeth, et al. |
| MN | 0 | 10-2492 | Agneta O'Banion v. Wyeth, et al. |
| MN | 0 | 10-2494 | Judith Occhietti v. Wyeth, et al. |
| MN | 0 | 10-2496 | Jacqueline Oliven v. Wyeth, et al. |
| MN | 0 | 10-2498 | Hannah Zimmerman v. Wyeth, et al. |
| MN | 0 | 10-2500 | Bobbie Pate v. Wyeth, et al. |
| MN | 0 | 10-2502 | Evonne Pryor v. Wyeth, et al. |
| MN | 0 | 10-3438 | Judy Wegenast v. Wyeth, et al. |
| MN | 0 | 10-3439 | Doris Jerome v. Wyeth, et al. |
| MN | 0 | 10-3440 | Nancy Katte v. Wyeth, et al. |
| MN | 0 | 10-3441 | Rita Hren v. Wyeth, et al. |
| MN | 0 | 10-3442 | Nancy Hunter v. Wyeth, et al. |
| MN | 0 | 10-3443 | Yvonne Hutchinson v. Wyeth, et al. |

Case 4:03-cv-01507-BRW Document 2411 Filed 10/07/10 Page 4 of 5
Case MDL No. 1507 Document 724 Filed 10/07/10 Page 4 of 5

Page 3 of 4

**MDL No. 1507 - Schedule CTO-189  Tag-Along Actions (Continued)**

| | | | |
|---|---|---|---|
| MN | 0 | 10-3444 | Alice Holtzman v. Wyeth, et al. |
| MN | 0 | 10-3445 | Wanda Hinceman v. Wyeth, et al. |
| MN | 0 | 10-3446 | Louise Hess v. Wyeth, et al. |
| MN | 0 | 10-3447 | Margaret Harris v. Wyeth, et al. |
| MN | 0 | 10-3448 | Carol Haney v. Wyeth, et al. |
| MN | 0 | 10-3449 | Sharon Haemker v. Wyeth, et al. |
| MN | 0 | 10-3450 | Phyllis Goode v. Wyeth, et al. |
| MN | 0 | 10-3451 | Doris Gist v. Wyeth, et al. |
| MN | 0 | 10-3452 | Richard Jasperson, etc. v. Wyeth, et al. |
| MN | 0 | 10-3453 | Isabel Fragoso v. Wyeth, et al. |
| MN | 0 | 10-3454 | Sally Laufketter v. Wyeth, et al. |
| MN | 0 | 10-3456 | Richard Jasperson, etc. v. Wyeth, et al. |
| MN | 0 | 10-3457 | Patricia Kruse v. Wyeth, et al. |
| MN | 0 | 10-3458 | Sandra Kirkland v. Wyeth, et al. |
| MN | 0 | 10-3459 | Dorothy Mallette v. Wyeth, et al. |
| MN | 0 | 10-3460 | April Patterson v. Wyeth, et al. |
| MN | 0 | 10-3461 | Regina Parker v. Wyeth, et al. |
| MN | 0 | 10-3462 | Reva Orr v. Wyeth, et al. |
| MN | 0 | 10-3463 | Charlene Weinmann v. Wyeth, et al. |
| MN | 0 | 10-3464 | Marion Walters v. Wyeth, et al. |
| MN | 0 | 10-3466 | Diana Walters v. Wyeth, et al. |
| MN | 0 | 10-3477 | Donna Taube v. Wyeth, et al. |
| MN | 0 | 10-3478 | Patricia Stone v. Wyeth, et al. |
| MN | 0 | 10-3479 | Jo Garrison O'Neil v. Wyeth, et al. |
| MN | 0 | 10-3480 | Nan Maury v. Wyeth, et al. |
| MN | 0 | 10-3481 | Nola McAdoo v. Wyeth, et al. |
| MN | 0 | 10-3482 | Charlene McComas v. Wyeth, et al. |
| MN | 0 | 10-3483 | Lillian Meeks v. Wyeth, et al. |
| MN | 0 | 10-3484 | Muriel Pitsinger v. Wyeth, et al. |
| MN | 0 | 10-3485 | Mary Phillips v. Wyeth, et al. |
| MN | 0 | 10-3486 | Joyce Waugh v. Wyeth, et al. |
| MN | 0 | 10-3487 | Richard Jasperson, etc. v. Wyeth, et al. |
| MN | 0 | 10-3489 | Joyce Wood v. Wyeth, et al. |
| MN | 0 | 10-3490 | Francine Wixen v. Wyeth, et al. |
| MN | 0 | 10-3491 | Marilyn Will v. Wyeth, et al. |
| MN | 0 | 10-3492 | Donna Wheeler v. Wyeth, et al. |
| MN | 0 | 10-3493 | Helen Whaley v. Wyeth, et al. |
| MN | 0 | 10-3494 | Grace Kiger v. Wyeth, et al. |
| MN | 0 | 10-3495 | Katherine Maiello v. Wyeth, et al. |
| MN | 0 | 10-3497 | Monica Lee v. Wyeth, et al. |
| MN | 0 | 10-3498 | Patricia Lawton-Wilson v. Wyeth, et al. |
| MN | 0 | 10-3499 | Mary Steele v. Wyeth, et al. |
| MN | 0 | 10-3500 | Glenda Ivey v. Wyeth, et al. |
| MN | 0 | 10-3519 | Wanda Foltz v. Wyeth, et al. |
| MN | 0 | 10-3520 | Delois Foster v. Wyeth, et al. |

Case 4:03-cv-01507-BRW Document 2411 Filed 10/07/10 Page 5 of 5
Case MDL No. 1507 Document 724 Filed 10/07/10 Page 5 of 5

Page 4 of 4

**MDL No. 1507 - Schedule CTO-189  Tag-Along Actions (Continued)**

   MN  0  10-3530         Barbara Norvell v. Wyeth, et al.
   MN  0  10-3531         Joanne Nickel v. Wyeth, et al.
   MN  0  10-3532         Brenda Nicholson v. Wyeth, et al.
   MN  0  10-3533         Ann Moran v. Wyeth, et al.
   MN  0  10-3534         Kathleen Preston v. Wyeth, et al.
   MN  0  10-3535         Viola Plieseis v. Wyeth, et al.
   MN  0  10-3536         Judith Petersen v. Wyeth, et al.
   MN  0  10-3537         Joanne Peterson v. Wyeth, et al.
   MN  0  10-3538         Donna Peters v. Wyeth, et al.
   MN  0  10-3539         Kathleen Perkinson v. Wyeth, et al.
   MN  0  10-3540         Bertha Wachter v. Wyeth, et al.
   MN  0  10-3541         Tena Valentine v. Wyeth, et al.
   MN  0  10-3542         Jewell Tolkin v. Wyeth, et al.
   MN  0  10-3543         Joan Thompson v. Wyeth, et al.
   MN  0  10-3544         Lydia Ross v. Wyeth, et al.
   MN  0  10-3545         Patricia Rogers v. Wyeth, et al.
   MN  0  10-3546         Ruby Robbins v. Wyeth, et al.
   MN  0  10-3547         Ruth Sitzmann v. Wyeth, et al.
   MN  0  10-3548         Diane Simon v. Wyeth, et al.
   MN  0  10-3550         Jan Costa Rydjeske v. Wyeth, et al.
   MN  0  10-3551         Richard Jasperson, etc. v. Wyeth, et al.
   MN  0  10-3554         Nancy States v. Wyeth, et al.
   MN  0  10-3555         Sue Standriff v. Wyeth, et al.
   MN  0  10-3556         Flora Spencer v. Wyeth, et al.
   MN  0  10-3557         Mary Sorensen v. Wyeth, et al.
   MN  0  10-3558         Richard Jasperson, etc. v. Wyeth, et al.

MISSOURI WESTERN
  MOW  5  10-812         Edward Ostervich v. Wyeth LLC, et al.

OHIO NORTHERN
  OHN  5  10-1832        Rodney T. Ajamie, etc. v. Wyeth, et al.