# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

| | | |
|---|---|---|
| **In re:** § | MDL Docket No. 4:03CV1507WRW | |
| § | | |
| **PREMPRO PRODUCTS LIABILITY** § | **ALL CASES** | |
| **LITIGATION** § | | |
| § | | |

## MEMORANDUM IN SUPPORT OF

## PLAINTIFFS' MOTION FOR REMAND OF
## PPO-9 WAVE THREE CASES

On March 23, 2010, this Court selected a number of cases for PPO-9 discovery (wave three cases).[1] At that time, the Court gave the parties six months to complete PPO-9 discovery. September 23, 2010 marked the end of the court appointed six months window. However, since the September status conference was canceled, plaintiffs waited until now to file this motion.

Plaintiffs hereby request that the Court issue a remand order for all PPO 9 wave three cases to be promptly returned to their transferor courts for trial settings.

Dated this 12th day of October, 2010.

        Respectfully submitted,

        /s/ Zoe Littlepage
        Zoe Littlepage, #12896
        Littlepage Booth
        2043 A West Main
        Houston, Texas 77098
        Telephone: 713-529-8000
        Facsimile:  713-529-8044
        **zoe@littlepagebooth.com**

        PLAINTIFFS' LEAD COUNSEL

---

[1] Doc. 2238, Order (3/23/10).

**2**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of October 2010, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, and a true and correct copy was forwarded by e-mail to the following parties:

F. Lane Heard, III:  lheard@wc.com
Williams & Connolly LLP
725 12th Street, NW
Washington, DC 20005

Jay Phillip Mayesh:  maoedar@kayescholer.com
Kaye Scholer
425 Park Avenue
New York, NY 10022

Lyn Peeples Pruitt:  lpruitt@mwsgw.com
Mitchell Williams Selig Gates & Woodyard, PLLC
425 West Capitol Avenue, Suite 1800
Little Rock, AR 72201


/s/ Zoe Littlepage
Zoe Littlepage