# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: PREMPRO PRODUCTS LIABILITY
LITIGATION                          MDL No. 1507

A TRUE COPY I CERTIFY
James W. McCormack, Clerk
By: /s/ Tenesha Jones D.C. on
**Nov 08, 2010**
For the United States District Court
Eastern District of Arkansas

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO–190)**

On March 4, 2003, the Panel transferred 5 civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 254 F.Supp.2d 1366 (J.P.M.L. 2003). Since that time, 9,245 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, and, with the consent of that court, assigned to the Honorable William R Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

**Nov 03, 2010**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

# IN RE: PREMPRO PRODUCTS LIABILITY LITIGATION

MDL No. 1507

## SCHEDULE CTO–190 – TAG–ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|

**MINNESOTA**

| | | | |
|---|---|---|---|
| MN | 0 | 10–02389 | Mae Albert v. Wyeth, et al. |
| MN | 0 | 10–02394 | Carol Beesinger v. Wyeth, et al. |
| MN | 0 | 10–02396 | Judy Besser v. Wyeth, et al. |
| MN | 0 | 10–02397 | Barbara Bierschenk v. Wyeth, et al. |
| MN | 0 | 10–02400 | Meril Bobo v. Wyeth, et al. |
| MN | 0 | 10–02401 | Alfretta Boyd v. Wyeth, et al. |
| MN | 0 | 10–02409 | Beverly Broadfoot v. Wyeth, et al. |
| MN | 0 | 10–02410 | Cheryl Brochu v. Wyeth, et al. |
| MN | 0 | 10–02413 | Brenda Brown v. Wyeth, et al. |
| MN | 0 | 10–02414 | Mildred Brunson v. Wyeth, et al. |
| MN | 0 | 10–02415 | Melvin Calhoun v. Wyeth, et al. |
| MN | 0 | 10–02416 | Patricia Christian v. Wyeth, et al. |
| MN | 0 | 10–02419 | Josephine Costello v. Wyeth, et al. |
| MN | 0 | 10–02420 | Joyce Costello v. Wyeth, et al. |
| MN | 0 | 10–02423 | Jo Davis v. Wyeth, et al. |
| MN | 0 | 10–02424 | Saara Dean v. Wyeth, et al. |
| MN | 0 | 10–02425 | Evalie DeJarnatt v. Wyeth, et al. |
| MN | 0 | 10–02426 | Debbie Doyle v. Wyeth, et al. |
| MN | 0 | 10–02429 | Carol Forbes v. Wyeth, et al. |
| MN | 0 | 10–02431 | Dorothy Frederick v. Wyeth, et al. |
| MN | 0 | 10–02432 | Virginia Gautney v. Wyeth, et al. |
| MN | 0 | 10–02433 | Kathleen George v. Wyeth, et al. |
| MN | 0 | 10–02435 | Vivian Glascoe v. Wyeth, et al. |
| MN | 0 | 10–02436 | Judith Glover v. Wyeth, et al. |
| MN | 0 | 10–02437 | Lynda Goldsmith v. Wyeth, et al. |
| MN | 0 | 10–02438 | Margaret Green v. Wyeth, et al. |
| MN | 0 | 10–02440 | Georganna Hancock v. Wyeth, et al. |
| MN | 0 | 10–02441 | Gloria Hano v. Wyeth, et al. |
| MN | 0 | 10–02442 | Shirley Colwell v. Wyeth, et al. |
| MN | 0 | 10–02444 | Willa Harris v. Wyeth, et al. |
| MN | 0 | 10–02445 | Cindy Hartman v. Wyeth, et al. |
| MN | 0 | 10–02446 | Dolores Headley v. Wyeth, et al. |

| | | | |
|---|---|---|---|
| MN | 0 | 10–02447 | Sheila Heaston v. Wyeth, et al. |
| MN | 0 | 10–02448 | Gloria Hill v. Wyeth, et al. |
| MN | 0 | 10–02450 | Maryanne Humphries v. Wyeth, et al. |
| MN | 0 | 10–02451 | Frankie Hyatt v. Wyeth, et al. |
| MN | 0 | 10–02452 | Zeola Jackson v. Wyeth, et al. |
| MN | 0 | 10–02453 | Margaret Jacobsen v. Wyeth, et al. |
| MN | 0 | 10–02455 | Gloria Jelks v. Wyeth, et al. |
| MN | 0 | 10–02456 | Martha Johnston v. Wyeth, et al. |
| MN | 0 | 10–02460 | Shirley Kimbell v. Wyeth, et al. |
| MN | 0 | 10–02461 | Glorita Kirby v. Wyeth, et al. |
| MN | 0 | 10–02463 | Phyllis Mann v. Wyeth, et al. |
| MN | 0 | 10–02464 | Jan Leopard v. Wyeth, et al. |
| MN | 0 | 10–02466 | Barbara Lewis v. Wyeth, et al. |
| MN | 0 | 10–02467 | McManmie v. Wyeth et al |
| MN | 0 | 10–02469 | Meadors v. Wyeth et al |
| MN | 0 | 10–02471 | Merrick v. Wyeth et al |
| MN | 0 | 10–02472 | Ellen Saiz v. Wyeth, et al. |
| MN | 0 | 10–02475 | Michaux v. Wyeth et al |
| MN | 0 | 10–02476 | Mims v. Wyeth et al |
| MN | 0 | 10–02477 | Sibley v. Wyeth et al |
| MN | 0 | 10–02478 | Wanda Simpson v. Wyeth, et al. |
| MN | 0 | 10–02479 | Skarzynski v. Wyeth et al |
| MN | 0 | 10–02480 | Mullins v. Wyeth et al |
| MN | 0 | 10–02481 | Nagy v. Wyeth et al |
| MN | 0 | 10–02486 | Threlkeld v. Wyeth et al |
| MN | 0 | 10–02489 | Agnes Niesner v. Wyeth, et al. |
| MN | 0 | 10–02491 | Joan Will v. Wyeth, et al. |
| MN | 0 | 10–02493 | Janette Wilson v. Wyeth, et al. |
| MN | 0 | 10–02495 | Carolyn Yeargan v. Wyeth, et al. |
| MN | 0 | 10–02497 | Georgia Oswald v. Wyeth, et al. |
| MN | 0 | 10–02499 | Mallorie Owens v. Wyeth, et al. |
| MN | 0 | 10–02501 | Jimmie Pinkard v. Wyeth, et al. |
| MN | 0 | 10–02503 | Norma Reddick v. Wyeth, et al. |
| MN | 0 | 10–02504 | Shirley Reese v. Wyeth, et al. |
| MN | 0 | 10–02505 | Joan Roberts v. Wyeth, et al. |
| MN | 0 | 10–02506 | Marilyn Rosenthal v. Wyeth, et al. |
| MN | 0 | 10–02734 | Anna Atzrott v. Wyeth, et al. |
| MN | 0 | 10–02735 | Carolyn Evans v. Wyeth, et al. |
| MN | 0 | 10–02736 | Marcia Free v. Wyeth, et al. |
| MN | 0 | 10–02737 | Ingrid Tolerson v. Wyeth, et al. |
| MN | 0 | 10–02854 | Linda Lesher v. Wyeth, et al. |
| MN | 0 | 10–02855 | Cindy Rodemeyer v. Wyeth, et al. |
| MN | 0 | 10–02856 | Martha Simmons v. Wyeth, et al. |
| MN | 0 | 10–02983 | Beverly Monteiro v. Wyeth, et al. |
| MN | 0 | 10–03113 | Christine Gann v. Wyeth, et al. |
| MN | 0 | 10–03114 | Clare Simpson v. Wyeth, et al. |
| MN | 0 | 10–03115 | Josephine Jovings v. Wyeth, et al. |
| MN | 0 | 10–03116 | Jean Bittner v. Wyeth, et al. |

| | | | |
|---|---|---|---|
| MN | 0 | 10–03117 | Margaret Merkling v. Wyeth, et al. |
| MN | 0 | 10–03118 | Ianthe Branch v. Wyeth, et al. |
| MN | 0 | 10–03299 | Sharon Pine v. Wyeth, et al. |
| MN | 0 | 10–03300 | Mary Morgan v. Wyeth, et al. |
| MN | 0 | 10–03301 | Erma Moore v. Wyeth, et al. |
| MN | 0 | 10–03303 | Griselda Montano v. Wyeth, et al. |
| MN | 0 | 10–03304 | Donna Monska v. Wyeth, et al. |
| MN | 0 | 10–03305 | Sandra Money v. Wyeth, et al. |
| MN | 0 | 10–03306 | Pamela Mihalis v. Wyeth, et al. |
| MN | 0 | 10–03307 | Joyce Lawson v. Wyeth, et al. |
| MN | 0 | 10–03308 | Victoria Blalock v. Wyeth, et al. |
| MN | 0 | 10–03309 | Sharon Merriman v. Wyeth, et al. |
| MN | 0 | 10–03320 | Charlene Plumlee v. Wyeth, et al. |
| MN | 0 | 10–03321 | Rita Postick v. Wyeth, et al. |
| MN | 0 | 10–03322 | Joanna Romero v. Wyeth, et al. |
| MN | 0 | 10–03324 | Mary Ellison v. Wyeth, et al. |
| MN | 0 | 10–03325 | Cynthia Kempfer v. Wyeth, et al. |
| MN | 0 | 10–03326 | Mary DeLuca v. Wyeth, et al. |
| MN | 0 | 10–03327 | Madonna Babyak v. Wyeth, et al. |
| MN | 0 | 10–03328 | Susan Anderson v. Wyeth, et al. |
| MN | 0 | 10–03329 | Nancy Jordan v. Wyeth, et al. |
| MN | 0 | 10–03330 | Rhonda Kocourek v. Wyeth, et al. |
| MN | 0 | 10–03332 | Lois Krawczyk v. Wyeth, et al. |
| MN | 0 | 10–03333 | Shirley Martin v. Wyeth, et al. |
| MN | 0 | 10–03334 | Betty Mason v. Wyeth, et al. |
| MN | 0 | 10–03335 | Cindy Maygra v. Wyeth, et al. |
| MN | 0 | 10–03336 | Susanna Quigley v. Wyeth, et al. |
| MN | 0 | 10–03338 | America Robinson v. Wyeth, et al. |
| MN | 0 | 10–03339 | Robbie Roberts v. Wyeth, et al. |
| MN | 0 | 10–03341 | Emma Hill v. Wyeth, et al. |
| MN | 0 | 10–03342 | Lucile Spearman v. Wyeth, et al. |
| MN | 0 | 10–03345 | Katherine Hinton v. Wyeth, et al. |
| MN | 0 | 10–03346 | Gloria Jones v. Wyeth, et al. |
| MN | 0 | 10–03347 | Yvonne Powell v. Wyeth, et al. |
| MN | 0 | 10–03349 | Kathie Prate v. Wyeth, et al. |
| MN | 0 | 10–03625 | Virginia Aldridge v. Wyeth, et al. |
| MN | 0 | 10–03629 | Bessie Bowie v. Wyeth, et al. |
| MN | 0 | 10–03631 | Gloria Buie v. Wyeth, et al. |
| MN | 0 | 10–03635 | Lucille Cole v. Wyeth, et al. |
| MN | 0 | 10–03637 | Sybil Davidson v. Wyeth, et al. |
| MN | 0 | 10–03639 | Nancy Gage v. Wyeth, et al. |
| MN | 0 | 10–03645 | Cynthia Johnson v. Wyeth, et al. |
| MN | 0 | 10–03647 | Sherry Larson v. Wyeth, et al. |
| MN | 0 | 10–03649 | Vicki Lonon v. Wyeth, et al. |
| MN | 0 | 10–03660 | Brenda Snellings v. Wyeth, et al. |
| MN | 0 | 10–03704 | John Rentfrow, etc. v. Wyeth, et al. |
| MN | 0 | 10–03959 | Wilson v. Wyeth LLC et al |
| MN | 0 | 10–03960 | Day v. Wyeth LLC et al |

| | | | |
|---|---|---|---|
| MN | 0 | 10–03961 | Kirby v. Wyeth LLC et al |