IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

|  |  |  |
|---|---|---|
|  | : | MDL DOCKET NO. 4:03-CV-1507-WRW |
| IN RE: | : |  |
| PREMPRO PRODUCTS LIABILITY | : |  |
| LITIGATION | : | ALL CASES |

### ORDER

Plaintiffs' Response, Motion to Strike, and Motion for Extension of Time re: Wyeth's Motion for Summary Judgment on E-only Use (Doc. No. 2455) is GRANTED in PART and DENIED in PART. Defendants, at this point, need not file the motion for summary judgment in each, individual case. Plaintiffs, in their response, can raise the issues regarding the individual Plaintiffs (or groups of Plaintiffs) and set out the exceptions that were mentioned in the brief. Plaintiffs are granted a 45 day extension (5 p.m., Monday, December 27, 2010) to respond to the Motion for Summary Judgment.

IT IS SO ORDERED, this 12th day of November, 2010.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE