IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| In re:<br><br>PREMPRO PRODUCTS LIABILITY LITIGATION | MDL Docket No. 4:03CV1507 WRW<br><br>*Pamela Kuhn v. Wyeth*,<br>Case No. 6:04-cv-06042 WRW<br><br>*Shirley Davidson v. Wyeth*,<br>Case No. 6:05-cv-06074 WRW |

**WYETH'S MOTION TO PRECLUDE ANY EXPERT TESTIMONY
THAT PREMPRO USE INCREASES BREAST CANCER RISK
WHEN TAKEN FOR ONLY THREE YEARS OR LESS**

Pursuant to Rule 702 of the Federal Rules of Evidence and *Daubert v. Merrill Dow Pharmaceuticals*, *Inc.*, 509 U.S. 579, 592-93 (1993), and for the reasons set forth in the accompanying memorandum, Wyeth moves to exclude expert testimony that Prempro increases the risk of breast cancer when taken for three years or less.

Respectfully submitted,

/s/ F. Lane Heard III
John W. Vardaman, Jr. (D.C. Bar #13391)
F. Lane Heard III (D.C. Bar #291724)

    WILLIAMS & CONNOLLY LLP
    725 12th Street, NW
    Washington, DC 20005-5901
    (202) 434-5000

Lyn P. Pruitt (Ark. Bar No. 84121)

    MITCHELL, WILLIAMS, SELIG,
    GATES & WOODYARD, PLLC
    425 West Capitol Avenue, Suite 1800
    Little Rock, AR 72201-3525
    (501) 688-8800
    *lpruitt@mwsgw.com*

                                          Loren H. Brown
                                          DLA PIPER
                                          1251 Avenue of the Americas
                                          New York, NY  10020-1104
                                          (212) 335-4846
                                          Loren.brown@dlapiper.com

                                        *Attorneys for Wyeth*

DATED: November 12, 2010

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of November a true and correct copy of the foregoing Wyeth's Motion to Preclude Any Expert Testimony that Prempro Use Increases Breast Cancer Risk When Taken Daily for Three Years or Less was electronically filed with the Clerk of Court using the CM/ECF system, and a true and correct copy was forwarded by e-mail to the parties listed on the attached Service List.

Mr. Gary Holt
GARY EUBANKS & ASSOCIATES, LTD
708 West Second Street
P.O. Box 3887
Little Rock, Arkansas  72203-3887

Ms. Zoe Littlepage
LITTLEPAGE BOOTH
2043A W. Main Street
Houston, TX  77098

Navan Ward , Jr
Roman A. Shaul
Ted G. Meadows
Russell T. Abney
Beasley Allen Crow Methvin Portis Miles P.C.
P. O. Box 4160
Montgomery, AL 36103
navan.ward@beasleyallen.com
roman.shaul@beasleyallen.com
ted.meadows@beasleyallen.com
russ.abney@beasleyallen.com

/s/     F. Lane Heard III
F. Lane Heard III

WILLIAMS & CONNOLLY LLP
725 12th Street, NW
Washington, DC 20005-5901
(202) 434-5000
*lheard@wc.com*