# Exhibit 45



| Order ID: | **1281931** |
|---|---|
| Group ID: | 82802 |
| Group #: | 3 / 4 |

## Order Information

**ASAP / Rush**

| Date Ordered: | 01.15.2010 |
|---|---|
| Delivery Type: | PDF / E-mail |
| Client Reference #: | 13415-2290 |

## Facility

| Location | Call Number |
|---|---|
| UCSD | Online or Biomed W1 AM441 |

## Citation Information

| Source: | Am J Epidemiol |
|---|---|
| Title: | Long-term hormone replacement therapy and risk of breast cancer in postmenopausal women |
| Author: | Newcomb PA, Longnecker MP, Storer BE, et al |
| Date: | 1995 |
| Volume: | 142 |
| Issue: | 8 |
| Pages: | 788-795 |
| Order Notes: | |
| ISSN/ISBN: | 0002-9262 |

*Research Solutions* has New Extended hours:
6am-6pm (PT) / 7am-7pm (MT) / 8am-8pm (CT) / 9am-9pm (ET)
*Offering more time to better serve you!*

NOTICE: This material MAY BE PROTECTED by title 17 of the U.S. Copyright Code. For additional information please visit the Copyright Clearance Center (www.copyright.com) and Research Solutions (www.researchsolutions.com/copyright-policy.php).

American Journal of Epidemiology
Copyright © 1995 by The Johns Hopkins University School of Hygiene and Public Health
All rights reserved

Vol. 142, No. 8
Printed in U.S.A.

## ORIGINAL CONTRIBUTIONS

# Long-term Hormone Replacement Therapy and Risk of Breast Cancer in Postmenopausal Women

Polly A. Newcomb,[1,2] Matthew P. Longnecker,[3] Barry E. Storer,[1,4] Robert Mittendorf,[5] John Baron,[6] Richard W. Clapp,[7,8] Greg Bogdan,[9] and Walter C. Willett[10]

Despite extensive study, concerns remain about a possible association between long-term postmenopausal hormone treatment—particularly use of combination preparations—and risk of breast cancer. The authors evaluated the use of postmenopausal hormone replacement therapy in relation to breast cancer risk in a large multicenter, population-based case-control study. Women with a new diagnosis of breast cancer were identified through statewide tumor registries in Wisconsin, Massachusetts, Maine, and New Hampshire. Controls were randomly selected from population lists in each state. For this analysis of postmenopausal women, data were available from 3,130 breast cancer cases and 3,698 controls interviewed between 1989 and 1991. Replacement hormone use was not associated with breast cancer risk in women who had ever undergone this treatment (relative risk (RR) = 1.05, 95% confidence interval (CI) 0.93–1.18). Among women who had used replacement hormones for 15 years or more, there was no clear increase in risk, although the small sample size did not preclude the possibility of a modest association (RR = 1.11, 95% CI 0.87–1.43). Risk among women using progestins in combination with estrogens was similar to that in women using estrogens alone. Risk did not vary according to type of menopause, family history of breast cancer, history of benign breast disease, or alcohol intake. These results are consistent with the majority of reports which find no overall increased risk associated with the use of replacement hormones. However, in contrast to several other studies, this study did not find long-term use to be associated with increased risk. These results also do not support a hypothesized effect of combined progestin and estrogen use on the risk of breast cancer. *Am J Epidemiol* 1995;142:788–95.

breast neoplasms; estrogen replacement therapy; hormones; menopause; risk; women

Although the epidemiology of breast cancer suggests that endogenous estrogens are important in its genesis or promotion (1–3), an effect of exogenous hormones has not been clearly demonstrated (4). Of the five recent meta-analyses of postmenopausal hormones and breast cancer risk (5–10) (including an average of 24 studies), two concluded that there was no increased risk (5, 6) and three found only a small risk associated with long-term use (7–10). Results of individual studies overall have generally been null, and there is considerable variability in their assessment of the use of hormone replacement therapy (HRT). In these previous reports, HRT tended to be used for acute menopausal symptoms. Estrogen doses and preparations usually varied and, with few exceptions, included unopposed estrogens. Few of the individual studies have included substantial numbers of women with long durations of use or history of pro-

Received for publication November 18, 1994, and in final form March 10, 1995.
Abbreviations: CI, confidence interval; HRT, hormone replacement therapy; RR, relative risk.
[1] University of Wisconsin Comprehensive Cancer Center, Madison, WI.
[2] Current address: Division of Public Health Sciences, Fred Hutchinson Cancer Research Center, Seattle, WA.
[3] Department of Epidemiology, UCLA School of Public Health, Los Angeles, CA.
[4] Department of Biostatistics, University of Wisconsin Medical School, Madison, WI.
[5] Department of Obstetrics and Gynecology, Pritzker School of Medicine, The University of Chicago, Chicago, IL.
[6] Departments of Community and Family Medicine and Medicine, Dartmouth Medical School, Hanover, NH.
[7] Massachusetts Cancer Registry, Massachusetts Department of Public Health, Boston, MA.
[8] Current address: John Snow, Inc., Boston, MA.
[9] Division of Disease Control, Maine Bureau of Health, Augusta, ME.
[10] Departments of Nutrition and Epidemiology, Harvard School of Public Health; and Channing Laboratory, Harvard Medical School, and Department of Medicine, Brigham and Women's Hospital, Boston, MA.
Reprint requests to Dr. Polly A. Newcomb, University of Wisconsin Comprehensive Cancer Center, 1300 University Avenue #4780, Madison WI 53706.

gestin supplementation to precisely or completely evaluate potential risks associated with HRT.

Very large samples with over 1,000 cases are needed to detect a modest but potentially important estrogen-breast cancer association (11). While the large aggregate sample size provided by a meta-analysis of HRT and breast cancer might permit the evaluation of subgroups at particular risk, such analyses cannot correct for design limitations, bias, and heterogeneity of effects (5). Our multicenter case-control study of breast cancer (12), the largest ever to evaluate this question, afforded us an opportunity to estimate more precisely the risks associated with hormone use—including use of progestin-plus-estrogen regimens—after menopause.

## MATERIALS AND METHODS
### Identification of cases

All female residents of Wisconsin, western Massachusetts, Maine, and New Hampshire with a new diagnosis of invasive breast cancer who were under 75 years of age were eligible for this study. Cases were identified by each state's cancer registry from April 1989 through December 1991, except for New Hampshire, where subjects were enrolled beginning in January 1990. Cases diagnosed more than 2 years prior to the registry report were excluded from the case group. From each state registry, information was available on cancer site, histology, extent of disease, demographic factors, and follow-up physician. According to an institutionally approved protocol, the physician of record for each eligible case was contacted by mail for permission to approach the subject. Eligibility was limited to cases with listed telephone numbers, driver's licenses verified by self-report (if under 65 years old), and known dates of diagnosis. Of the 8,532 eligible cases, physicians refused contact for 709 (8.3 percent) cases; 464 cases (5.4 percent) were deceased, 69 (0.8 percent) could not be located, and 402 (4.7 percent) refused to participate (12). Thus, data for 6,888 women were available for general analysis, for an overall response rate of 80.7 percent. Of these cases, 98 percent had histologic confirmation of invasive breast carcinoma.

### Identification of controls

In each state, community controls were randomly selected from two sampling frames: Those under age 65 years were selected from a list of licensed drivers, and controls for subjects aged 65–74 years were selected from a roster of Medicare beneficiaries compiled by the Health Care Financing Administration. Computer files of potential controls were obtained annually. The controls were selected at random to yield an age distribution similar to that of the cases, but were oversampled in younger age strata in the New England states to increase statistical power. Controls had no previous diagnosis of breast cancer and met the eligibility criterion of having a listed telephone number. Of the 11,329 potential controls, 122 (1.1 percent) had died, 153 (1.4 percent) could not be located, and 1,521 (13.4 percent) refused to participate. The overall response rate was 84.2 percent, and varied somewhat (79.5–90.0 percent) between study sites.

### Data collection

Cases and controls were sent letters briefly describing the study before they were contacted by telephone. The 25-minute telephone interview elicited information on known or suspected risk factors for breast cancer, including exogenous hormone use. For postmenopausal hormone use, the age at which the woman started use, the age at which she stopped, her total duration of use, and the type of preparation used were ascertained. Dosage information on the preparations was not collected. The interview also covered the woman's reproductive experience, physical activity, alcohol use history, selected dietary elements, height and weight, medical history, and demographic factors. Information on the woman's personal and family history of breast cancer was obtained at the end of the interview, in order to maintain blinding. For 78 percent of the cases and 90 percent of the controls, the interviewer remained unaware of the case-control status of the subject until the end of the interview.

### Population for analysis

Information on HRT was potentially available only for 4,570 cases and 5,281 control subjects interviewed after April 1989, when the interview was expanded to include information on postmenopausal hormone use. We limited our analysis to postmenopausal women, and thus excluded 1,313 cases and 1,455 controls who were pre- or perimenopausal. We also excluded 127 cases and 128 controls who were uncertain as to whether they had ever used HRT or for whom we had incomplete covariate information. After all exclusions, 3,130 cases and 3,698 controls remained for analysis.

### Analyses

For this analysis, we used only exposure status prior to an assigned reference date; for case subjects, this

was the date of breast cancer diagnosis. For comparability, control subjects were assigned a reference date corresponding to the average time from diagnosis to interview for the case group in each state (range, 8–21 months). Age was defined as age at diagnosis or on the reference date. A woman was classified as "postmenopausal" if she reported having undergone natural menopause or a bilateral oophorectomy prior to the diagnosis date or reference date. Women who reported hysterectomy alone were classified as postmenopausal if their age at surgery was equal to or above the 90th percentile of age at natural menopause for the control group (54 years for smokers and 56 years for nonsmokers). For women who had undergone hysterectomy without bilateral oophorectomy, menopausal status was considered unknown if the woman's age at surgery was between 51 and 54 years (or 56 years if a nonsmoker).

HRT was defined as the use of oral, injectable, or transdermal noncontraceptive hormones, including estrogens and/or progestins, for 3 consecutive months or more. Subjects unable to describe the specific preparation they had used were included in HRT analyses but excluded from estrogen- or progestin-specific analyses. A woman was defined as a recent user of HRT if she reported use in the calendar year 2 years before the diagnosis or reference date; use at the time of diagnosis or on the reference date was not directly ascertained.

Odds ratios and 95 percent confidence intervals obtained from logistic regression models were used to estimate relative risks. Conditional models stratified by age (to approximately 0.10-year intervals) and state were used to accommodate the different age distributions of the cases and controls in each study state. Age at menarche and menopause, age at first full-term pregnancy, type of menopause, history of benign breast disease, body mass index (weight (kg)/height (m)$^2$), family history of breast cancer, alcohol consumption, and education were included in all models as potential confounders. Tests for trend in categorical variables were evaluated by scoring the variable and entering the score as a continuous term in the regression model. Effect modification was evaluated by including interaction terms in the model and computing likelihood ratio tests (13).

TABLE 1. Age-standardized* characteristics (%) of postmenopausal women with breast cancer and controls, 1989–1991

| Characteristic | Cases | | Controls | |
|---|---|---|---|---|
| | HRT† user ($n = 923$) | Nonuser ($n = 2,207$) | HRT user ($n = 1,124$) | Nonuser ($n = 2,574$) |
| Family history of breast cancer in mother or sister(s) | 21.3 | 18.0 | 13.6 | 13.0 |
| Biopsied benign breast disease | 18.3 | 14.3 | 16.1 | 12.1 |
| Menarche before age 12 years | 18.4 | 16.3 | 18.4 | 15.4 |
| Parity | | | | |
| 0 | 13.2 | 13.9 | 13.0 | 11.8 |
| 1–2 | 35.7 | 34.0 | 32.9 | 31.7 |
| ≥3 | 51.1 | 52.1 | 54.1 | 56.5 |
| Age (years) at first full-term pregnancy | | | | |
| <20 | 26.5 | 26.3 | 26.8 | 24.1 |
| ≥30 | 8.1 | 10.0 | 5.5 | 9.6 |
| Alcohol consumption | | | | |
| None | 19.1 | 23.4 | 20.7 | 25.3 |
| ≥2 drinks/day | 6.5 | 5.6 | 3.7 | 3.4 |
| Body mass index‡ of >29 | 14.8 | 21.0 | 13.3 | 16.8 |
| Type of menopause | | | | |
| Natural | 64.8 | 88.9 | 62.9 | 89.8 |
| Bilateral oophorectomy | 34.6 | 8.2 | 36.6 | 9.5 |
| Education | | | | |
| Some high school | 16.6 | 22.2 | 16.1 | 21.5 |
| High school graduate | 44.1 | 47.8 | 45.1 | 45.3 |
| Some college | 22.7 | 18.9 | 24.9 | 21.8 |
| College graduate | 16.5 | 10.9 | 13.9 | 11.3 |

* Control frequencies were adjusted to the age distribution of cases.
† HRT, hormone replacement therapy.
‡ Weight (kg)/height (m)$^2$.

## RESULTS

Compared with controls, postmenopausal women with breast cancer were more likely to have a family history of breast cancer, to report a history of biopsied benign breast disease, to be nulliparous, to have been of older age at first birth, to consume more than two alcoholic beverages per day, and to be of greater body mass, and were less likely to report surgical menopause (table 1). Controls who had ever used postmenopausal hormones were slightly more likely than never users to report a history of biopsied benign breast disease, to be nulliparous or of low parity, to consume alcohol, to be lean, to report bilateral oophorectomy, and to have higher educational attainment.

The use of HRT was reported by 36 percent of postmenopausal women with breast cancer and 38 percent of controls (adjusted to case age distribution). Most women used estrogen alone; about 15 percent used combined estrogen and progestin preparations. Overall, the risk of breast cancer was similar in women who had ever used postmenopausal hormones and women who were never users (table 2). The multivariate-adjusted relative risk among ever users of any replacement hormone was 1.05 (95 percent CI 0.93–1.18). Users of estrogen alone and of progestin and estrogen combinations also had a relative risk of breast cancer that was not significantly different from 1.0. These estimates differed only slightly from those obtained after adjustment only for age and state.

Increasing duration of use was not associated with breast cancer risk (table 3). The relative risk of breast cancer among women who had used HRT for at least 15 years was 1.11 (95 percent CI 0.87–1.43) in comparison with never users. The relative risk among women who had used only estrogen for 15 years or more was 1.02 (95 percent CI 0.78–1.34). The longest duration category for combination use also showed no increase in risk (RR = 1.05, 95 percent CI 0.49–2.25). Neither age nor type of menopause (table 3) modified this relation.

We examined the relation between time since last use of postmenopausal hormones and risk of breast cancer (table 4). Compared with never users, recent users of hormones had a slightly decreased risk (RR = 0.87, 95 percent CI 0.71–1.08). Similarly low relative risks were observed among women using only estrogen and among combination users. Increasing time since last use was not associated with decreased breast cancer risk, regardless of preparation.

To identify subgroups of women for whom hormone use might increase the risk of breast cancer, we examined use according to age, history of benign breast disease, family history of breast cancer, alcohol consumption, and body mass index (table 5). Although sample size was limited, we compared HRT users of 10 or more years, the group with potentially the greatest risk, with never users in the same stratum. The relative risks for hormone use—defined as ≥10 years versus never—were similar for these characteristics. There was little difference in risk according to type of preparation used (data not shown) or type of menopause (table 5).

TABLE 2. Estimated relative risk of breast cancer according to type of hormone replacement therapy, 1989–1991

| Use | All HRT* users | | | | Users of estrogen only | | | | Users of estrogen and progestin | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | No. of cases | No. of controls | RR*,† (95% CI*) | RR†,‡ (95% CI) | No. of cases | No. of controls | RR† (95% CI) | RR†,‡ (95% CI) | No. of cases | No. of controls | RR† (95% CI) | RR†,‡ (95% CI) |
| Never | 2,207 | 2,574 | 1.00 | 1.00 | 2,207 | 2,574 | 1.00 | 1.00 | 2,207 | 2,574 | 1.00 | 1.00 |
| Ever | 923 | 1,124 | 0.98 (0.88–1.09) | 1.05 (0.93–1.18) | 587 | 783 | 0.90 (0.79–1.02) | 0.97 (0.84–1.11) | 138 | 157 | 0.92 (0.72–1.19) | 1.01 (0.78–1.31) |
| Former | 570 | 665 | 1.07 (0.94–1 22) | 1.12 (0.98–1.29) | 339 | 438 | 0.98 (0.84–1.15) | 1.03 (0.87–1.21) | 48 | 44 | 1.15 (0.75–1.78) | 1.25 (0.81–1.94) |
| Recent§ | 353 | 459 | 0.85 (0.72–1.00) | 0.92 (0.77–1.09) | 248 | 345 | 0.80 (0.67–0.96) | 0.88 (0.72–1.08) | 90 | 113 | 0.83 (0.61–1.13) | 0.90 (0.66–1.24) |
| <5 years' duration | 129 | 171 | 0.78 (0.60–1.01) | 0.82 (0.62–1.07) | 74 | 97 | 0.78 (0.55–1.10) | 0.81 (0.57–1.16) | 46 | 68 | 0.67 (0.44–1.02) | 0.75 (0.49–1.15) |
| ≥5 years' duration | 224 | 288 | 0.89 (0.73–1.07) | 0.97 (0.79–1.20) | 174 | 248 | 0.81 (0.65–1.00) | 0.91 (0.72–1.14) | 44 | 45 | 1.06 (0.68–1.64) | 1.12 (0.72–1.76) |

\* HRT, hormone replacement therapy; RR, relative risk; CI, confidence interval.
† Adjusted for age and state.
‡ Adjusted for type of menopause, time since menopause, age at menarche, age at first full-term pregnancy, history of benign breast disease, body mass index, family history of breast cancer, alcohol consumption, and education.
§ HRT use within 2 years of reference date.

TABLE 3. Estimated relative risk of breast cancer according to duration of use of hormone replacement therapy, 1989–1991

| Duration of use (years) | All HRT* users | | | Users of estrogen only | | | Users of estrogen and progestin | | | Women with natural menopause only (all users) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | No. of cases | No. of controls | RR*,† (95% CI*) | No. of cases | No. of controls | RR† (95% CI) | No. of cases | No. of controls | RR† (95% CI) | No. of cases | No. of controls | RR† (95% CI |
| Never use | 2,207 | 2,574 | 1.00 | 2,207 | 2,574 | 1.00 | 2,207 | 2,574 | 1.00 | 1,961 | 2,324 | 1.00 |
| <2 | 288 | 363 | 1.02 (0.85–1.21) | 144 | 207 | 0.88 (0.69–1.11) | 44 | 52 | 0.95 (0.61–1.48) | 218 | 257 | 1.05 (0.86–1.29) |
| 2–4 | 230 | 261 | 1.09 (0.89–1.33) | 144 | 160 | 1.12 (0.87–1.44) | 38 | 42 | 1.12 (0.69–1.83) | 154 | 175 | 1 09 (0.86–1.38) |
| 5–9 | 156 | 196 | 1.02 (0.81–1.30) | 104 | 153 | 0.90 (0.68–1.18) | 31 | 29 | 1.23 (0.71–2.13) | 99 | 113 | 1.08 (0.80–1.44) |
| 10–14 | 99 | 132 | 0.99 (0.74–1.32) | 73 | 108 | 0.93 (0.67–1.29) | 10 | 19 | 0.55 (0.24–1.27) | 52 | 61 | 1.12 (0.75–1.66) |
| ≥15 | 150 | 172 | 1.11 (0.87–1.43) | 122 | 155 | 1.02 (0.78–1.34) | 15 | 15 | 1.05 (0.49–2.25) | 75 | 94 | 0.96 (0.69–1.35) |
| $p_{trend}$ (categorical) | | 0.44 | | | 0.87 | | | 0.94 | | | 0.59 | |
| Trend per year | | 1.00 (0.99–1.01) | | | 1.00 (0.99–1.01) | | | 1.00 (0.97–1.03) | | | 1.00 (0.99–1.01) | |
| $p_{trend}$ (per year) | | 0.83 | | | 0.52 | | | 0.99 | | | 0.99 | |

* HRT, hormone replacement therapy; RR, relative risk; CI, confidence interval.
† Adjusted for age, state of residence, type of menopause, time since menopause, age at menarche, age at first full-term pregnancy, history of benign breast disease, body mass index, family history of breast cancer, alcohol consumption, and education.

## DISCUSSION

In this large case-control study, risk of breast cancer was not associated with the use of postmenopausal HRT. Even among long-term users, no increase in risk was observed for either users of estrogen only or users of combined regimens. The large size of our study and

TABLE 4. Estimated relative risk of breast cancer according to time since last use of hormone replacement therapy, 1989–1991

| Time since last use (years) | All HRT* users | | | Users of estrogen only | | |
|---|---|---|---|---|---|---|
| | No. of cases | No. of controls | RR*,† (95% CI*) | No. of cases | No. of controls | RR† (95% CI) |
| Never use | 2,207 | 2,574 | 1.00 | 2,207 | 2,574 | 1.00 |
| ≥20 | 71 | 84 | 1.14 (0.80–1.62) | 37 | 57 | 0.86 (0.55–1.36) |
| 15–19 | 68 | 93 | 1.00 (0.71–1.40) | 40 | 67 | 0.87 (0.57–1.33) |
| 10–14 | 57 | 74 | 1.01 (0.70–1.48) | 40 | 54 | 0.99 (0.63–1.54) |
| <10 | 53 | 64 | 1.04 (0.70–1.53) | 38 | 45 | 1.09 (0.69–1.73) |
| Recent use‡ | 204 | 293 | 0.87 (0.71–1.08) | 149 | 230 | 0.82 (0.65–1.05) |
| $p_{trend}$ | | 0.22 | | | 0.10 | |

* HRT, hormone replacement therapy; RR, relative risk; CI, confidence interval.
† Adjusted for age, state of residence, type of menopause, time since menopause, age at menarche, age at first full-term pregnancy, history of benign breast disease, body mass index, family history of breast cancer, alcohol consumption, and education.
‡ HRT use within 2 years of reference date.

TABLE 5. Estimated relative risk of breast cancer according to use of hormone replacement therapy for ≥10 years and selected user characteristics, 1989–1991

| Characteristic | All users* | | | | | Women with natural menopause only*,† | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | No. of cases | No. of controls | RR‡,§ | 95% CI‡ | p for interaction | No. of cases | No. of controls | RR§ | 95% CI | p for interaction |
| Biopsied benign breast disease | | | | | | | | | | |
| Yes | 50 | 60 | 0.89 | 0.58–1.39 | | 24 | 31 | 0.74 | 0.41–1.35 | |
| No | 198 | 243 | 1.04 | 0.83–1.31 | 0.53 | 103 | 123 | 1.05 | 0.78–1.40 | 0.30 |
| Family history of breast cancer | | | | | | | | | | |
| Present | 61 | 40 | 1.39 | 0.88–2.20 | | 30 | 19 | 1.39 | 0.74–2.64 | |
| Absent | 180 | 257 | 0.93 | 0.74–1.17 | 0.11 | 92 | 132 | 0.91 | 0.68–1.23 | 0.49 |
| Age (years) at menopause | | | | | | | | | | |
| <45 | 74 | 97 | 0.98 | 0.66–1.45 | | 9 | 11 | 0.79 | 0.30–2.11 | |
| 45–49 | 46 | 57 | 1.20 | 0.77–1.88 | | 13 | 16 | 1.19 | 0.55–2.56 | |
| 50–54 | 48 | 45 | 1.10 | 0.70–1.72 | | 26 | 24 | 1.08 | 0.60–1 96 | |
| ≥55 | 13 | 18 | 1.19 | 0.56–2.56 | 0.90 | 11 | 17 | 1.03 | 0.46–2.30 | 0.96 |
| p trend | | | 0.51 | | | | | 0.93 | | |
| Alcohol consumption (g/week) | | | | | | | | | | |
| 0 | 44 | 63 | 0.90 | 0.58–1.40 | | 21 | 30 | 0.91 | 0.49–1.69 | |
| <39 | 125 | 136 | 1.13 | 0.85–1.50 | | 69 | 79 | 1.05 | 0.74–1.51 | |
| 39–90 | 36 | 59 | 0.73 | 0.45–1.18 | | 15 | 24 | 0.80 | 0.40–1.63 | |
| 91–181 | 24 | 22 | 1.46 | 0.76–2.78 | | 11 | 9 | 1.35 | 0.53–3.49 | |
| ≥182 | 18 | 13 | 1.30 | 0.58–2.94 | 0.36 | 9 | 7 | 1.03 | 0.35–3.02 | 0.85 |
| p trend | | | 0.45 | | | | | 0.71 | | |
| Body mass index¶ | | | | | | | | | | |
| <21 | 45 | 56 | 1.25 | 0.80–1.97 | | 24 | 26 | 1.44 | 0.78–2.67 | |
| 21–22.9 | 52 | 68 | 1.05 | 0.70–1.58 | | 22 | 39 | 0.71 | 0.40–1.25 | |
| 23–24.9 | 60 | 75 | 0.95 | 0.65–1.39 | | 34 | 36 | 1.06 | 0.64–1.75 | |
| 25–28.9 | 66 | 67 | 1.10 | 0.75–1.60 | | 36 | 31 | 1.29 | 0.77–2.17 | |
| ≥29 | 26 | 38 | 0.68 | 0.39–1.16 | 0.79 | 11 | 23 | 0.50 | 0.24–1.07 | 0.12 |
| p trend | | | 0.13 | | | | | 0.24 | | |
| Type of menopause | | | | | 0.82 | | | | | |
| Natural | 127 | 155 | 0.99 | 0.76–1.29 | | | | | | |
| Bilateral oophorectomy | 119 | 148 | 1.04 | 0.74–1.45 | | | | | | |

\* Users of hormones for at least 10 years. Total numbers may vary because of missing values.
† A total of 1,961 cases and 2,324 controls with natural menopause had never used hormone replacement therapy.
‡ RR, relative risk; CI, confidence interval.
§ The reference category was comprised of never users of hormone replacement therapy (2,207 cases and 2,574 controls). Data were adjusted for type of menopause (where applicable), time since menopause, age at menarche, age at first full-term pregnancy, history of benign breast disease, body mass index, family history of breast cancer, alcohol consumption, and education.
¶ Weight (kg)/height (m)$^2$.

the fact that the null association was seen among all use patterns, categories of duration, and subgroups makes it is unlikely that we missed a true relation. Nonetheless, there are several alternative explanations for our results.

Women who use HRT differ from nonusers both prior to initiating HRT and during its use. Those electing hormone treatment tend to be at lower risk of breast cancer because of early menopause; to report more menopausal symptoms (due to leanness); to have no family history of breast cancer; and to more frequently have negative mammograms before treatment (14, 15). Women using HRT also have more physician contact, including physical examinations and mammography, and thus are more likely to have breast cancer diagnosed (9). Our analysis did adjust for known risk factors for breast cancer incidence, although there was little difference with and without adjustment in the association with HRT use, however defined.

It may be, of course, that women using HRT were at lower risk for breast cancer for reasons that were not measured. Increased surveillance or detection among women using HRT might result in a biased estimate of the association between HRT and breast cancer risk. We collected information on mammography utilization and method of tumor detection among case subjects in Wisconsin, and found that 67 percent of HRT users reported having screening mammograms and that 49 percent of never users had had mammograms. Cases using hormones were also more likely to have their tumors detected by mammography (45 percent) than were nonusers (38 percent). Although these differences in surveillance between users and nonusers

are notable, adjustment did not change the null relative risk among Wisconsin women. Heinrich (16) considered five studies that did control for detection history and also found no increase in risk.

Other biases are unlikely to account for these findings. We minimized selection bias in our choice of cases and controls by selecting subjects from the same sampling frames (state residents with a listed phone number) and by obtaining high participation rates. Although we relied on self-reports of HRT use, we found that the reliability of reported HRT use (in a reinterview study of 211 women (17)) was high, with over 92 percent concordance in responses to questions on ever use and correlations of 0.99 for duration of use. In addition, others have observed good agreement between medication information obtained through interview and that recorded in the medical record (18–20). Since we adjusted for established risk factors in multivariate models, it is also unlikely that confounding variables account for our results. Finally, although this was a large study, statistical power was nonetheless limited in some subgroup evaluations, most notably the analyses of longer-term progestin supplementation.

The results of this study and of many others do not support a possible role for long-term estrogen replacement therapy in the development of breast cancer. Few of the positive studies observed increases that were statistically significant (17). Studies that showed positive associations with long-term estrogen use alone tended to include premenopausal or perimenopausal women and users of higher-dose estrogens or estrogens of different formulations (7). It is possible that the metabolism of conjugated estrogens—presumably used by most women in this study—differs from that of synthetic estrogens (21–23). Although the addition of progestins to the hormone replacement regimen has been posited both to reduce breast cancer risk (24) and to increase breast cancer risk (14, 25), we found no association between progestins and breast cancer in our data. Both use of estrogen alone and use of combined preparations gave remarkably null results, a finding generally consistent with recent meta-analyses (8, 9).

Despite these null findings, laboratory evidence consistently implicates estrogen as a promoter of mammary tumors (26), and antiestrogens clearly reduce breast cancer reoccurrence (27). Acting as a promoter or cocarcinogen rather than an initiator (28), estrogen may act acutely to increase risk, with an effect that is reversible following cessation. Four studies that have evaluated current HRT use, including the large prospective Nurses' Health Study (23, 29–31), found a positive association with breast cancer risk. In contrast, a recent case-control study did not observe an association (32). Most previous studies have not differentiated current use of hormones from past use, but it is reasonable to assume that long-term users were more likely to be current users (in our study, recent users reported a mean duration of use of 10.5 years, while former users' mean duration was 3.8 years). Thus, the positive association between long duration and risk may be attributable to a recency effect. Although we did not observe an association with recent use, our ability to measure this exposure precisely in the questionnaire was limited. Thus, our estimate of "recent" use was necessarily broad, including use 2 years prior to diagnosis.

Because breast cancer is such a common disease and the use of postmenopausal hormones is so frequent, even slight increases in breast cancer risk might suggest caution in their use. In these data, however, we were unable to detect any important association between HRT and postmenopausal breast cancer risk. Although ongoing clinical trials of postmenopausal estrogen use are now under way, they are designed to evaluate benefits rather than measure cancer risks and are unlikely to yield the information women and their physicians desire. Thus, additional observational studies which more accurately measure HRT use, supplemented by basic biologic research, must continue to investigate this relation.

## ACKNOWLEDGMENTS

This study was supported by US Public Health Service grants CA 47147 and CA 47305 from the National Cancer Institute.

The authors are grateful to Drs. Brian MacMahon, E. Robert Greenberg, Daniel H. Freeman, Henry Anderson, and Kenneth Burke for their contributions to this project and to Amy Trentham Dietz, Pamela Marcus, and Jerry Phipps for analytic support. Barbara Weitz, Ron Bruno, Dr. Ken Burke, Kim Damakosh, and Lori Gevinger provided invaluable skills in managing the project. The authors also thank the interviewing staff, the physicians, and the cancer registry staff, who made this project possible.

## REFERENCES

1. Kelsey JL, Gammon MD, John EM. Reproductive factors and breast cancer. Epidemiol Rev 1993;15:36–47.
2. Thomas DB. Do hormones cause breast cancer? Cancer 1984; 53(suppl):595–604.
3. Bernstein L, Ross RK. Endogenous hormones and breast cancer risk. Epidemiol Rev 1993;15:48–65.
4. Barrett-Connor EL. Postmenopausal estrogen and the risk of breast cancer. Ann Epidemiol 1994;4:177–80.
5. Armstrong BK. Oestrogen therapy after the menopause—boon or bane? Med J Aust 1988;148:213–14.

6. Dupont WD, Page DL. Menopausal estrogen replacement therapy and breast cancer. Arch Intern Med 1991;151:67–72.
7. Steinberg KK, Thacker SB, Smith SJ, et al. A meta-analysis of the effect of estrogen replacement therapy on the risk of breast cancer. JAMA 1991;265:1985–90.
8. Sillero-Arenas M, Delgado-Rodriguez M, Rodigues-Canteras R, et al. Menopausal hormone replacement therapy and breast cancer: a meta-analysis. Obstet Gynecol 1992;79:286–94.
9. Colditz GA, Egan KM, Stampfer MJ. Hormone replacement therapy and risk of breast cancer: results from epidemiologic studies. Am J Obstet Gynecol 1993;168:1473–80.
10. Steinberg KK, Smith SJ, Thacker SB, et al. Breast cancer risk and duration of estrogen use: the role of study design in meta-analysis. Epidemiology 1994;5:415–21.
11. Arthes FG, Sartwell PE, Lewison EF. The Pill, estrogens, and the breast: epidemiologic aspects. Cancer 1971;28:1391–4.
12. Newcomb PA, Storer BE, Longnecker MP, et al. Lactation and a reduced risk of premenopausal breast cancer. N Engl J Med 1994;330:81–7.
13. Breslow NE, Day N. Statistical methods in cancer research. Vol 1. The analysis of case-control studies. Lyon, France: International Agency for Research on Cancer, 1980. (IARC Scientific Publication no. 32).
14. Bergkvist L, Adami HO, Persson I, et al. The risk of breast cancer after estrogen and estrogen-progestin replacement. N Engl J Med 1989;321:293–7.
15. Barrett-Connor E. Postmenopausal estrogen and prevention bias. Ann Intern Med 1991;115:455–6.
16. Henrich JB. The postmenopausal estrogen/breast cancer controversy. JAMA 1992;268:1900–2.
17. Longnecker MP, Newcomb PA, Mittendorf R, et al. The reliability of self-reported alcohol consumption in the remote past. Epidemiology 1992;3:535–9.
18. Paganini-Hill A, Ross RK. Reliability of recall of drug usage and other health-related information. Am J Epidemiol 1982;116:114–22.
19. Goodman MT, Nomura AMY, Wilkens LR, et al. Agreement between interview information and physician records on history of menopausal estrogen use. Am J Epidemiol 1990;131:815–25.
20. Persson I, Bergkvist L, Adami HO. Reliability of women's histories of climacteric oestrogen treatment assessed by prescription forms. Int J Epidemiol 1987;16:222–8.
21. Wren BG, Brown LB, Routledge DA. Differential clinical response to oestrogens after menopause. Med J Aust 1982;2:329–32.
22. Lemon HM, Heidel JW, Rodriguez-Sierra JF. Increased catechol estrogen metabolism as a risk factor for nonfamilial breast cancer. Cancer 1992;69:457–65.
23. Hunt K, Vessey M, McPherson K, et al. Long-term surveillance of mortality and cancer incidence in women receiving hormone replacement therapy. Br J Obstet Gynaecol 1987;94:620–35.
24. Gambrell RD Jr, Maier RC, Sanders BI. Decreased incidence of breast cancer in postmenopausal estrogen-progestogen users. Obstet Gynecol 1983;62:435–43.
25. Ewertz M. Influence of non-contraceptive exogenous and endogenous sex hormones on breast cancer risk in Denmark. Int J Cancer 1988;42:832–8.
26. International Agency for Research on Cancer. Sex hormones. IARC Monogr Eval Carcinog Risk Chem Hum 1979;21:11–561.
27. Early Breast Cancer Trialists' Collaborative Group. Effects of adjuvant tamoxifen and of cytotoxic therapy on mortality in early breast cancer: an overview of 61 randomized trials among 28,896 women. N Engl J Med 1988;319:1681–92.
28. Key TJA, Pike MC. The role of oestrogens and progestagens in the epidemiology and prevention of breast cancer. Eur J Cancer Clin Oncol 1988;24:29–43.
29. Mills PK, Beeson WL, Phillips RL, et al. Prospective study of exogenous hormone use and breast cancer in Seventh-day Adventists. Cancer 1989;64:591–7.
30. Ravnihar BA, Seigel DG, Lindtner J. An epidemiologic study of breast cancer and benign breast neoplasias in relation to oral contraceptive and estrogen use. Eur J Cancer 1979;15:395–405.
31. Colditz GA, Hankinson SE, Hunter DJ, et al. The use of estrogens and progestins and the risk of breast cancer in postmenopausal women. N Engl J Med 1995;332:1589–93.
32. Stanford JL, Weiss NS, Voigt LF, et al. Combined estrogen and progestin hormone replacement therapy in relation to risk of breast cancer in middle-aged women. JAMA 1995;274:137–42.