# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

|  |  |  |
|---|---|---|
|  | : | MDL DOCKET NO. 4:03-CV-1507-WRW |
| IN RE: | : |  |
| PREMPRO PRODUCTS LIABILITY | : |  |
| LITIGATION | : | ALL CASES |

## ORDER

Plaintiffs' Motion to Strike, Extension of Time, and Continuance is GRANTED in PART and DENIED in PART (Doc. No. 2463). The request for a continuance and motion to strike are DENIED. The request for extension of time is GRANTED.

This Order supersedes the deadlines set out in the Order signed on November 12, 2010:[1]

- Plaintiffs' response to Wyeth's Motions to Exclude (Doc. Nos. 2443, 2461) must be filed by 5 p.m., Friday, November 19, 2010.

- Wyeth's reply, of no more than ten pages, must be filed by 2 p.m., Monday, November 22, 2010.

Again, please strictly adhere to these deadlines.

IT IS SO ORDERED, this 15th day of November, 2010.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 2466.