N THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: | : | |
| | : | MDL Docket No. 4:03-cv-01507 WRW |
| PREMPRO PRODUCTS LIABILITY LITIGATION | : | ALL CASES |
| | : | |

## DEFENDANTS' AGENDA
## FOR NOVEMBER 19, 2010 HEARING

1. **Remand of Additional Cases**

   *The parties have re-stated their arguments for and against remand of additional cases at this time.*

2. **Plaintiffs' Motion to Compel Production of Documents Pursuant to Subpoena of Jay Henderson, Esq. + Wyeth's Motion to Quash Subpoena as Void + Wyeth's Motion for Protective Order Re Subpoena to Henderson, Block & Elmore + Plaintiffs' Motion to Prohibit Further Payments By Defendants For Treating Physicians' Lawyers + HBE Objections**

   *Henderson, Block & Elmore are counsel in the hormone therapy litigation for Texas doctors insured by Texas Medical Liability Trust ("TMLT"). The subpoena to the Henderson firm seeks, in part, documents that are confidential because they exist by reason of a confidential arbitration between Wyeth and TMLT and, in part, documents that are privileged by reason of the joint defense/common interest privilege that applies to communications between counsel for the TMLT-insured defendant doctors and counsel for Wyeth. The Court should enter a protective order regarding the responsive documents that are confidential and privileged.*

   *As was true of Arkansas doctors represented by Mr. Overton Anderson, Wyeth and its counsel did not interview or otherwise communicate with the Texas doctors represented by Henderson, Block & Elmore.*

3. **Motion for Remand (*Raiche v. Wyeth*)**

   *Plaintiff moves to remand for lack of federal jurisdiction. Wyeth argues that the non-diverse, defendant doctor is fraudulently joined.*

4. **February 1, 2011 Trial**

   *We anticipate that the parties may wish to discuss matters of scheduling, etc.*

Respectfully submitted,

/s/   F. Lane Heard III
John W. Vardaman, Jr. (D.C. Bar #13391)
F. Lane Heard III (D.C. Bar #291724)

  WILLIAMS & CONNOLLY LLP
  725 12th Street, NW
  Washington, DC 20005-5901
  (202) 434-5000

Lyn P. Pruitt (Bar No. 84121)

  MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD, PLLC
  425 West Capitol Avenue, Suite 1800
  Little Rock, AR 72201-3525
  (501) 688-8800
  lpruitt@mwlaw.com

*Attorneys for Wyeth*

DATED:  November 15, 2010

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of November 2010 a true and correct copy of the foregoing Defendants' Agenda for November 19, 2010 Hearing was electronically filed with the Clerk of Court using the CM/ECF system, and a true and correct copy was forwarded by e-mail to the parties listed on the attached Service List.

J. Kent Emison
Phyllis A Norman
Langdon & Emison
911 Main Street
Lexington, MO 64067
kemison@langdonemison.com
pnorman@langdonemison.com

Jay Hodges Henderson
Henderson Block & Elmore
5020 Montrose Blvd., Suite 300
Houston, TX 77006
Email: jhenderson@hbelaw.com

*Via First-Class Mail Only*
Barry Steven Mittelberg
Barry S. Mittelberg, P.A.
1700 North University Drive
Suite 110
Coral Springs, FL 3307

Robert A. Schwartz
Bailey and Galyen
Suite 120
18333 Egret Bay Blvd.
Houston, Texas 77058

/s/     F. Lane Heard III
F. Lane Heard III

WILLIAMS & CONNOLLY LLP
725 12th Street, NW
Washington, DC 20005-5901
(202) 434-5000
*lheard@wc.com*

## SERVICE LIST

### STEERING COMMITTEE MEMBERS

Mr. Richard Lewis
HAUSFELD LLP
1700 K Street NW
Suite 650
Washington, D.C. 20005

Mr. Shawn Khorrami
KHORRAMI POLLARD & ABIR, LLP
444 S. Flower Street, 33rd Floor
Los Angeles, CA 90071

Christopher T. Kirchmer
PROVOST UMPHREY
490 Park Street
P.O. Box 4905
Beaumont, Texas 77704

James A. Morris, Jr.
MORRIS LAW FIRM
11614 Bee Caves Road, Suite 220
Austin, Texas 78738

Mr. Robert K. Jenner
JANET, JENNER & SUGGS
1829 Reisterstown Road, Suite 320
Baltimore, MD 21208

Mr. Tobias L. Millrood
POGUST BRASLOW MILLROOD
8 Tower Bridge, Suite 1520
161 Washington Street
Conshohocken, PA 19428

Mr. Ken Suggs
JANET, JENNER & SUGGS
500 Taylor Street
Columbia, SC 29201

Mr. Mike Williams
WILLIAMS DAILEY O'LEARY CRAINE
AND LOVE, P.C.
9755 SW Barnes Road, Suite 450
Portland, OR 97225-6681

Mr. Ralph M. Cloar Jr.
Suite 640
1501 N. University Avenue
Little Rock, AR 72201

Mr. Irwin B. Levin
COHEN & MALAD, LLP
One Indian Square, Suite 1400
Indianapolis, IN 46204

### LEAD AND LIAISON COUNSEL

Mr. Gary Holt
GARY EUBANKS & ASSOCIATES, LTD
708 West Second Street
P.O. Box 3887
Little Rock, Arkansas 72203-3887

Ms. Zoe Littlepage
LITTLEPAGE BOOTH
2043A W. Main Street
Houston, TX 77098