# EXHIBIT 45

the biology of

# CANCER

## Robert A. Weinberg



Vice President: Denise Schanck
Editorial Assistants: Sigrid Masson and Alan Grose
Production Editor, Proofreader, and Layout: Emma Jeffcock
Text Editor: Elizabeth Zayatz
Copy Editor: Richard K. Mickey
Illustrator: Nigel Orme
Designer: Matthew McClements, Blink Studio Ltd.
Indexer: Merrall-Ross International Ltd.
Media Production and Design: Michael Morales

**About the Author**

Dr. Robert A. Weinberg is a founding member of the Whitehead Institute for Biomedical Research. He is also the Daniel K. Ludwig Professor for Cancer Research at the Massachusetts Institute of Technology (MIT) and American Cancer Society Research Professor.

© 2007 by Garland Science, Taylor & Francis Group, LLC

This book contains information obtained from authentic and highly regarded sources. Reprinted material is quoted with permission, and sources are indicated. Every attempt has been made to source the figures accurately. Reasonable efforts have been made to publish reliable data and information, but the author and the publisher cannot assume responsibility for the validity of all materials or for the consequences of their use.

All rights reserved. No part of this book covered by the copyright herein may be reproduced or used in any format or by any means—graphic, electronic, or mechanical, including photocopying, recording, taping, or information storage and retrieval systems—without permission of the publisher.

**Library of Congress Cataloging-in-Publication Data**

Weinberg, Robert A. (Robert Allan)
   The biology of cancer / by Robert A. Weinberg.
     p. ; cm.
   Includes bibliographical references and index.
   ISBN 0-8153-4078-8 (hardcover) -- ISBN 0-8153-4076-1 (softcover)
   1. Cancer--Molecular aspects. 2. Cancer--Genetic aspects.
 3. Cancer cells.    I. Title.
   [DNLM: 1. Neoplasms--genetics. 2. Cell Transformation, Neoplastic.
 3. Genes, Neoplasm.    QZ 202 W423b 2007]
   RC268.4.W45 2007
   616.99'4071--dc22
                                        2006001825

Published by Garland Science, Taylor & Francis Group, LLC, an informa business
270 Madison Avenue, New York, NY 10016, USA, and
2 Park Square, Milton Park, Abingdon, OX14 4RN, UK

Printed in the United States of America

15  14  13  12  11  10  9  8  7  6  5  4  3  2  1



**Front Cover**

Carcinoma cells at the outer edge of an island of these tumor cells often undergo an epithelial-mesenchymal transition, which enables them to become motile and to invade the adjacent stroma. Seen here are experimentally transformed human mammary epithelial cells, which express cytokeratins *(red)*, which are typical of epithelial cells. However, human carcinoma cells that are in contact with the surrounding mouse stroma (revealed by *blue* nuclei) have shed their cytokeratin expression and express instead vimentin *(green)*, a marker of mesenchymal cells. These cells have also changed shape and some have already invaded deep into the surrounding stroma. (Courtesy of Kimberly A. Hartwell and Tan A. Ince.)

## 11.13 Nonmutagenic agents, including those favoring cell proliferation, make important contributions to tumorigenesis

The clinical observations and experimental results that we have read about in this chapter provide us with a crude picture of the genetic and epigenetic changes required to generate a cancer cell. They fail, however, to reveal *how* these changes are actually acquired during tumor progression. So now, we turn to these issues—the processes occurring *in vivo* that enable cells to accumulate the large number of alterations needed for tumor formation.

The schemes described here dictate that a succession of genetic changes provide the major impetus for tumor progression. Since many of these changes are caused by the actions of mutagens, this implies that cancer progression is fueled largely by the genetic hits inflicted by mutagenic carcinogens. Of course, we need to revise this scenario to accommodate the clearly important role of epigenetic changes, specifically those caused by methylation of gene promoters (see Section 7.8). (At present, it is unclear whether these methylation events are actively provoked by external agents or occur spontaneously because of occasional random mistakes made by the cellular proteins responsible for regulating methylation.)

In addition to the clearly documented contributions of mutagenic carcinogens to cancer induction (Section 2.9), extensive evidence points to a wide variety of *nonmutagenic* agents that participate in tumor formation. Indications of the importance of nonmutagenic (sometimes termed **nongenotoxic**) carcinogens first came from attempts in the early 1940s to develop effective methods for inducing skin cancers in mice. The experimental model used in such research depended on exposing mouse skin to highly carcinogenic tar constituents, such as benzo[*a*]pyrene (BP), 7,12-dimethylbenz[*a*]anthracene (DMBA), or 3-methyl-cholanthrene (3-MC; Figure 2.22). For example, mice subjected to daily painting of DMBA on a patch of skin would develop skin carcinomas after several months of this treatment.

But another experimental protocol proved to be even more revealing about the mechanisms of skin cancer induction. Following a single painting with an agent such as DMBA, the same area of skin could be treated on a weekly basis with a second agent, termed TPA (12-*O*-tetradecanoylphorbol-13-acetate; Figure 11.27), a skin irritant prepared from the seeds of the croton plant. (Another often-used term for TPA is PMA, for phorbol-12-myristate-13-acetate.) Repeated painting of the DMBA-exposed area with TPA resulted in the appearance of papillomas after 4 to 8 weeks, depending on the strain of mice being used (Figure 11.28A–C). (These papillomas are in many ways analogous to the adenomas observed in early-stage colon cancer progression.)

At first, the survival and growth of these skin papillomas depended upon continued TPA paintings, since cessation of TPA treatments caused the papillomas to regress (Figure 11.28E). However, if TPA painting was continued for many weeks, TPA-independent papillomas eventually emerged, which would not regress after cessation of TPA painting and instead persisted for extended periods of time (Figure 11.28F). Some of these TPA-independent papillomas might, with low probability, evolve further into malignant squamous cell carcinomas of the skin after about six months.

In the absence of initial DMBA treatment, however, repeated painting with TPA failed to provoke either papillomas or carcinomas (Figure 11.28B). Even more interesting, an area of skin could be treated once with DMBA and then left to rest for a year. If this patch of skin was then treated with a series of TPA paintings (as in Figure 11.28C), it would "remember" that it had been exposed previously to DMBA and respond by forming a papilloma.



**Figure 11.27 TPA, an important promoter of skin tumorigenesis** The stereochemical structure of 12-*O*-tetradecanoylphorbol-13-acetate (TPA), also known as phorbol-12-myristate-13-acetate (PMA), is shown here. TPA is extracted from the croton plant (*Croton tiglium*). Its target in cells is protein kinase C$\alpha$ (PKC$\alpha$).

435



**Figure 11.28 Protocols for inducing skin carcinomas in mice** The induction of skin carcinomas by painting carcinogens on the backs of mice requires certain combinations of treatments with initiators and promoters. (A) A single treatment with an initiating carcinogen, such as DMBA (dimethylbenz[a]anthracene), leads to no skin carcinomas observed 3 months later. (B) Multiple treatments with promoting agents, such as TPA (Figure 11.27), also do not lead to significant numbers of tumors. (C) If an area of skin is painted once with an initiating agent followed by repeated paintings with a promoting agent, a papilloma will often appear several months later. (D) If an area of skin is painted once with an initiating agent and a promoting agent is then used to repeatedly paint another nearby but non-overlapping patch of skin, no papillomas will be seen 3 months later. (E) In a variation of the protocol depicted in panel C, an initiator such as DMBA is applied followed by repeated TPA treatments, which lead to papillomas. However, if repeated painting with the TPA tumor-promoting agent is halted soon after the papillomas appear, they then regress, indicating that they are dependent on ongoing promoter stimulation. (F) In another variation of the protocol depicted in panel C, TPA promoter painting can be continued for several months after papillomas first appear. Thereafter, TPA painting can be halted. Under these conditions, some of the papillomas will persist, indicating that they have become independent of continued promoter stimulation. (G) If a papilloma is produced by the protocols of panels C or F and the papilloma is then treated with an initiating agent, a carcinoma may appear, even in the absence of further promoter treatment.

These phenomena were rationalized as follows (Figure 11.29). A single treatment by an **initiating agent** (or **initiator**) like DMBA left a stable, long-lived mark on a cell or cluster of cells; this mark was apparently some type of genetic alteration. Subsequent repeated exposures of these "initiated" cells to TPA (termed the **promoting agent** or simply the **promoter**) allowed these cells to proliferate vigorously while having no apparent effect on nearby uninitiated cells. (Note that use of the word "promoter" in this context is unconnected with its other meaning—namely, the DNA sequences controlling the transcription of a gene.) The localized proliferation of initiated cells that was encouraged by the promoter would eventually produce a papilloma. However, as mentioned, if TPA painting were halted, the papilloma would disappear. Accordingly, the effects of the promoter were reversible, suggesting that it exerted a *nongenetic* effect on the cells in the papilloma. Clearly, this nongenetic effect, whatever its nature, could collaborate with the apparent genetic alteration created by the initiator to drive the proliferation of cells.

Tumor promoters accelerate tumor progression



**Figure 11.29 Scheme of initiation and promotion of epidermal carcinomas in mice** The observations of Figure 11.28 can be rationalized as depicted here. The initiating agent converts a normal cell *(gray, top left)* into a mutant, initiated cell *(blue)*. Repeated treatment of the initiated cells with the TPA promoter generates a papilloma *(cluster of blue cells)*, while TPA treatment of normal, adjacent cells *(gray, top right)* has no effect. Further treatment of the initially formed papilloma can be halted *(middle left)*, in which case the papilloma regresses. Alternatively, further repeated treatment of the initially formed papilloma can yield a more progressed papilloma *(orange cells)*, which persists even after promoter treatment is halted *(bottom left)*; further repeated treatment of this more progressed papilloma with TPA eventually yields, with low frequency, a carcinoma *(bottom middle, red cells)*. Alternatively, exposure of the initially formed papilloma to a second treatment by the initiating agent yields doubly mutant cells that also form a carcinoma *(bottom right, red cells)*.

As we read above, if the initiated cells were treated with the TPA promoter for many months' time, eventually some papillomas would evolve to become TPA-independent; in this case, even after TPA withdrawal, the papillomas continued to increase in size and some eventually developed into skin carcinomas. This permanent change in cell behavior seemed to reflect the actions of a second, independent genetic alteration. Indeed, this evolution to a carcinomatous state could be strongly accelerated by treating a papilloma with a second dose of the initiating agent, already suspected to be a mutagen (see Figure 11.29). This third step in tumorigenesis (coming after initiation and promotion) is termed **progression**; the term is used more generally, throughout this book and elsewhere, to indicate the evolution of cells to an increasingly malignant growth state.

Four decades after the mouse skin cancer induction protocol was first developed, the identities of the genes and proteins that are the main actors in this skin tumorigenesis were discovered (Figure 11.30). As long suspected, the DMBA used as the initiating agent is indeed a potent mutagen in the context of skin carcinogenesis. (For support of this conclusion, see Sidebar 11.11.) Since it is a randomly acting mutagen, DMBA creates a wide variety of mutations in the genomes of exposed cells. However, the skin tumors that emerge invariably bear point-mutated H-*ras* oncogenes, indicating that this particular mutant allele confers some strong selective advantage on cells in the skin.

437



**Figure 11.30 Genes and proteins involved in mouse skin carcinogenesis** The phenomena of initiation and promotion (Figures 11.28 and 11.29) can be understood at the molecular/biochemical level in the manner illustrated here. The initiating agent acts as a mutagen to convert a *ras* proto-oncogene into an active oncogene *(top left)*. This initiation, on its own, has no effect on the behavior of the keratinocyte bearing this mutant allele. However, in the presence of repeated stimulation by a promoting agent *(top right),* the *ras*-bearing cell is induced to pass through repeated growth-and-division cycles, leading to the formation of a papilloma *(blue cells).* Conversely, a cell lacking a *ras* oncogene *(gray, top right)* is not stimulated by the promoting agent and thus does not divide in response to repeated exposure to this agent. If repeated treatment by the promoter is halted *(lower right)*, the papilloma regresses. However, if the papilloma is exposed a second time to a mutagenic initiating agent *(left)*, a second genetic lesion, often involving the mutation of the *p53* tumor suppressor gene, is created. This mutant *p53* allele collaborates with the *ras* oncogene to create a population of cells *(light orange)* that are no longer dependent on the promoter and are capable of forming a carcinoma.

The subsequent repeated treatments with TPA, the promoting agent, act synergistically with the activated H-*ras* oncogenes to drive the proliferation of oncogene-bearing cells, yielding a papilloma. Treatment of the papilloma with TPA over an extended period of time may generate a papilloma that can persist, even after TPA treatment is halted. Alternatively, if cells in a papilloma are exposed, once again, to an initiating agent like DMBA, this papilloma may progress into a carcinoma, whose cells now carry, in addition to the H-*ras* oncogene, a mutant *p53* gene.

If we were to describe these phenomena at the level of signal-transduction biochemistry (Figure 11.31), we would say that the TPA promoter functions as a potent stimulator of cell proliferation through its ability to activate the cellular serine/threonine kinase known as protein kinase Cα (PKC-α), which we encountered earlier in the context of cytoplasmic signal transduction. More specifically, TPA acts as a functional mimic of diacylglycerol (DAG), the molecule that is generated endogenously by cells as a means of activating protein kinase C (PKC; Figure 6.16). We will encounter some of the downstream effectors of PKC-α later in this chapter. Somehow, the downstream effectors of PKCα collaborate with an H-*ras* oncogene, in still unknown ways, to drive proliferation of initiated keratinocytes whose descendants form papillomas and, on rare occasion, progress to forming carcinomas. These diverse observations of mouse skin carcinogenesis (Figures 11.28, 11.29, and 11.30) leave us with the conclusion that tumor promoters like TPA, which do not directly affect the genomes of cells, can nevertheless function as important agents in driving forward multi-step tumorigenesis.

Toxins and mitogens can act as promoters

**Sidebar 11.11 Molecular analyses show that initiation is caused directly by the mutagenic actions of an initiating carcinogen** The experimental convenience of the mouse skin carcinogenesis model has made it possible to directly validate some of the mechanistic speculations made here. For example, introduction of an H-*ras* oncogene into mouse skin cells through use of a retrovirus vector creates cells that closely mimic the behavior of DMBA-initiated cells, in that they are responsive to the effects of subsequently applied TPA promoter. This outcome demonstrates that the creation of an H-*ras* oncogene by an initiating agent is sufficient, on its own, to yield an initiated cell.

The mouse skin carcinogenesis model raises yet other questions: Do initiating agents, such as the DMBA or 3-methylcholanthrene (3-MC) carcinogens, act directly on the H-*ras* proto-oncogene to create an oncogene? Or do they do so indirectly, by stimulating the actions of some intermediary molecules that are then responsible for reacting with DNA and creating the critical initiating mutations?

When mouse skin tumors were initiated by exposure to either of two alkylating carcinogens (Chapter 12), *N*-methyl-*N′*-nitro-*N*-nitrosoguanidine (MNNG) or methylnitrosourea (MNU), the resulting skin tumors showed only G-to-A **transitions** (i.e., purine–purine or pyrimidine–pyrimidine substitutions) at codon 12 of the H-*ras* gene. In contrast, when mouse skin tumors were initiated by painting with 3-methylcholanthrene (3-MC), the resulting papilloma and carcinoma cells were found to carry predominantly G-to-T **transversions** (purine–pyrimidine substitutions or vice versa) in codon 13 and A-to-T transversions in codon 61 of the H-*ras* gene. Dimethyl benzanthracene (DMBA), which reacts with A's, induced tumors with A-to-T transversions in this gene. These nucleotide substitutions conform to the known mutagenic activities of these carcinogens.

Because the specific base substitutions reflect the chemical identities of the initiating agents, these observations provide strong evidence of the direct chemical interaction between the initiating carcinogen molecules and specific bases present in the H-*ras* proto-oncogene of mouse skin cells. Moreover, when taken together with the observed effects of the H-*ras* retrovirus vector, they indicate that the main mutational contribution of these agents to tumor initiation derives from their ability to mutate H-*ras* proto-oncogenes.

## 11.14 Toxic and mitogenic agents can act as human tumor promoters

The experimental model of mouse skin carcinogenesis is useful for illustrating the principles of tumor initiation, promotion, and progression. However, it tells us almost nothing about how analogous mechanisms operate in the human body to create cancer. In fact, a diverse array of biochemical and biological mechanisms appear to be responsible for the tumor promotion leading to human cancers. Among these are mechanisms that act in either toxic or mitogenic fashion on various human tissues.

A striking example of cytotoxic mechanisms in human tumor promotion is provided by cancers of the mouth and throat (often called head-and-neck cancers). These carcinomas are often encountered in cigarette smokers who are also consumers of distilled alcoholic drinks. In fact, a serious cigarette habit together with frequent consumption of distilled alcohol leads to as much as a 100-fold increased risk for certain types of head and neck cancers.

Cigarette smoke is rich in a variety of mutagenic carcinogens, including 3-methylcholanthrene (3-MC). Ethanol, in contrast, has weak, if any, mutagenic powers. Instead, the contribution of distilled alcoholic drinks to tumor induction seems to derive from their toxic effects on the epithelial cells lining the mouth and throat. After exposure to a drink containing a high percentage of ethanol, many of these cells die and slough off. Stem cells underlying the epithelium respond by dividing in order to regenerate epithelial cell layers within the mouse and throat. While these stem cells may normally divide at a low and steady rate, their mitotic rate increases substantially after widespread **denuding** (stripping) of an epithelium by ethanol.

The cells in the mouth and throat whose proliferation is stimulated by alcohol may already carry mutant alleles induced by tobacco tar. The promoting effect of alcohol then causes the clonal expansion of these initiated cells and may thereby enable their descendants to acquire yet other mutations that lead ultimately to the clinically aggressive head-and-neck cancers. This represents a dramatic illustration of a toxic agent acting as a tumor promoter.



**Figure 11.31 Activation of Fos, Jun, and NF-κB by PKC-α** The precise mechanism by which an activated *ras* oncogene acts synergistically with TPA-activated protein kinase C (PKC-α) to drive the proliferation of keratinocytes is poorly understood. It is clear that once PKC-α is activated by binding TPA, it is able to stimulate transcription of several distinct signaling pathways, including those involving the NF-κB and AP-1 transcription factors and the ERK/MAPK enzyme. These biochemical changes have not yet yielded a clear explanation why TPA stimulates the proliferation of initiated keratinocytes bearing a *ras* oncogene while having minimal effect on nearby wild-type keratinocytes.

439

**Sidebar 11.12 A rare cancer syndrome illustrates the importance of cell proliferation in tumor promotion**
Kostmann syndrome is a rare, heritable syndrome characterized by the almost complete absence of **neutrophils**, the cells in the blood that are responsible for killing bacterial and fungal infectious agents. In the autosomal dominant form of this disease, the genetic defect inducing the syndrome causes the synthesis of a mutant, neutrophil-specific elastase (a protease)—an enzyme that is normally expressed at increasing levels in neutrophils as they differentiate. The mutant elastase present in Kostmann patients is cytotoxic for their neutrophils, and once it becomes expressed at significant levels in these cells, it causes their depletion through apoptosis (Figure 11.32). Progenitor myeloid stem cells in the marrow respond to the resulting **neutropenia** (depressed numbers of neutrophils in the blood) by proliferating and attempting to replenish the pool of differentiated neutrophils. This leads to endless futile cycles of stem-cell proliferation, since all attempts at neutrophil production by these progenitors are frustrated by the rapid, elastase-induced death of these cells once they differentiate. In some patients, as a consequence of the continuous, excessive proliferation of these stem cells over many years' time, acute myelogenous leukemias arise from this myeloid stem-cell population. This syndrome provides a dramatic example of how a cytotoxic agent (in this case one of endogenous origin) functions directly as a tumor promoter.



**Figure 11.32 Kostmann syndrome** This disease is manifested by ongoing loss of differentiating neutrophil precursor cells from the bone marrow, as revealed here by the *white arrows*, which point to unusually large numbers of apoptotic bodies, i.e., fragments of cells that result from the triggering of their apoptotic program. This apoptosis is attributable, in turn, to their synthesis of a mutant, toxic variant of an elastase enzyme. (From G. Carlsson. A.A. Aprikyan, R. Tehranchi et al., *Blood* 103:3355–3361, 2004.)

Imagine, in a more general sense, compounds that are highly toxic for certain cell populations within a tissue. These cytotoxic agents can function as tumor promoters simply by causing the proliferation of the cells that have survived the toxic effects of these agents. Certain types of human cancer nicely illustrate the role of cytotoxicity in tumor progression (see Sidebar 11.12).

In fact, mitogenic agents can also function as tumor promoters. Prominent among these are the steroid hormones—estrogen, progesterone, and testosterone. In the female body, for example, estrogen and progesterone are involved in programming the proliferation of cells in reproductive tissues. The monthly menstrual cycles of women between **menarche** and menopause result in the proliferation and then regression of the cells forming the epithelia of the ducts in the mammary gland (Figure 11.33). The endometrial lining of the uterus undergoes similar cycles of proliferation and regression.

Epidemiology makes it clear that the more menstrual cycles a woman experiences in a lifetime, the higher the risk of breast cancer. By one estimate, lifetime breast cancer risk decreases by 20% for each year that menarche is delayed during adolescence. (The most compelling illustration of the importance of the timing of menarche has come from studies of identical, or monozygotic, twins both of whom eventually developed breast cancer; the twin whose menarche began earlier had a 5.4-fold greater risk of being the first to be diagnosed with this disease.) Women who stop menstruating before age 45 have only about one-half the risk of breast cancer of those who continue to menstruate to age 55 or beyond.

Removal of the ovaries, the prime source of estrogen in the female body, causes breast cancer risk to plummet. Reinforcing this observation are the results of a Dutch study, which has shown that women who enter menopause before the age of 36, due to the side effects of chemotherapy for Hodgkin's lymphoma, have



a 90% decreased risk of subsequently developing breast cancer. Conversely, postmenopausal women who contract breast cancer have on average a 15% higher level of circulating estrogen than unaffected women.

The effects of estrogen on breast cancer are surely complex, and it appears that this hormone acts on other cells in the mammary gland besides the epithelial cells. Still, it is evident that estrogen, and perhaps other hormones such as progesterone and even prolactin, periodically induce cell proliferation in a way that enables the progression of initiated mammary epithelial cells (MECs) into the MECs found in the various types of breast cancers. (Some have argued that metabolites of estrogen are mutagenic, and that these metabolites contribute to breast cancer development; if so, estrogen's mutagenic effects on breast cancer development are surely overshadowed by its power to promote the proliferation of MECs.)

In this example, we confront a tumor promoter that is endogenous to the mammalian body rather than being an agent of foreign origin. Nonetheless, the actions of this hormone adhere closely to the properties of classic tumor promoters.

## 11.15 Chronic inflammation often serves to promote tumor progression in mice and humans

Relatively few human tumor promoters act through purely cytotoxic or mitogenic mechanisms, such as those described in Section 11.14. Instead, the great majority seem to drive clonal expansion through mechanisms involving inflammation. Hints of this come from the model of mouse skin tumor initiation and promotion (Section 11.13). This experimental model is clearly artificial, in that it involves a promoter (TPA) that is rarely, if ever, involved in skin tumor development in a mammal. Nonetheless, it teaches an important, generalizable lesson about tumor promotion: TPA was initially chosen because it is an irritant of mouse skin and thus an inducer of localized inflammation.

A diverse set of other observations lend weight to the notion that inflammation is commonly involved in tumor promotion. For example, when cells of a human colonic adenoma cell line were implanted subcutaneously into nude mice, they were found to be non-tumorigenic. However, when they were introduced into host mice together with a fragment of plastic (to which they were attached),

**Figure 11.33 Fluctuations of hormone levels, cell proliferation, and mammary gland morphology during the menstrual cycle** The periodic stimulation of mammary epithelial cell proliferation in the human breast under the control of hormones such as progesterone, prolactin, and estrogen (estradiol) appears to be coupled with increased risk of developing breast cancer. (A) As seen here, the levels of several of these hormones vary dramatically throughout the menstrual cycle. (B) The periodic monthly cycling leads to strong fluctuations in the rate of proliferation of cells. Here the percentage of cells in a tissue biopsy incorporating tritiated thymidine is plotted as a function of the days of the menstrual cycle. Use of oral contraceptives (OC) had minimal effect on DNA synthesis rates. (A, from R.A. Rhoades and R.H. Pflanzer, Human Physiology. Philadelphia: W.B. Saunders, 1996; B, from T.J. Anderson, S Battersby, R.J. King et al., *Hum. Pathol.* 20:1139–1144, 1989.)

localized stromal inflammation was induced by the plastic and the adenoma cells grew to form tumors. The tumorigenic phenotype of these cells persisted even after they were subsequently transplanted (without the plastic) to another host animal, indicating that their neoplastic proliferation was now driven by some stable genetic or epigenetic alteration. Yet other observations of tumor development in the mouse gastrointestinal tract support the argument that inflammation is a centrally important component of colonic carcinogenesis (Sidebar 11.13).

Chronic inflammation also plays a clear role in the pathogenesis of human carcinomas. For example, those arising in the gallbladder are usually associated with a decades-long history of gallstones and resulting inflammation of the epithelial lining of the gallbladder (Figure 11.35A). Similarly, hepatocellular carcinomas (HCCs), which are common in East Asia (Sidebar 11.14), are associated with chronic hepatitis B virus (HBV) infections and accompanying inflammation of

**Sidebar 11.13 Inflammation contributes to carcinogenesis in the gastrointestinal tract** A dramatic example of the role of inflammation in colon carcinoma formation has come from the study of mutant mice that lack the ability to make TGF-β1. Such mice tend to develop an autoimmune disease, which results in their death after several weeks. In order to spare these mice, their immune systems were crippled by germ-line inactivation (see Sidebar 7.10) of their *Rag2* gene copies, a loss that prevents the formation of the antigen-specific lymphocytes that trigger autoimmune

disease. The doubly mutant mice (*TGF-β1$^{-/-}$ Rag2$^{-/-}$*) now survived but developed areas of inflammation in the colon, as well as colonic adenomas and adenocarcinomas, between 3 and 6 months of age. However, if these doubly mutant mice were reared in a germ-free environment (which yields colons free of the usual bacterial populations), no colonic inflammation was seen and neither adenomas nor adenocarcinomas developed.

If such germ-free mice were introduced into animal quarters in which *Helicobacter hepaticus* (a bacterium that commonly inhabits the mouse

colon) was present, once again the polyps and carcinomas formed in their colons (Figure 11.34A,B). Such observations indicate that bacterial flora in the gut contribute importantly to inflammation, both in these mice and, one imagines, in humans suffering from ulcerative colitis, an inflammatory condition that predisposes to colon cancer (e.g., see Figure 10.36). Moreover, results like these suggest that localized areas of colonic inflammation in otherwise normal individuals can also contribute to increased risk of forming adenomatous polyps that can eventually progress to carcinomas.

(A)



germ free

(B)



infected with *Helicobacter hepaticus*

(C)



**Figure 11.34 Colonic inflammation and tumor promotion** The development of adenomas and carcinomas in the colon is strongly dependent on chronic inflammation occurring in this organ. Thus, genetically altered mice that lack the ability to make TGF-β1 succumb early in life to overwhelming autoimmune disease. (A) However, if their immune system is crippled through the inactivation in their germ line of the gene encoding the Rag-2 enzyme, which is required for the generation of functional antibody and T-cell receptor genes, these mice survive when they are housed in a germ-free facility. Under such conditions, their intestinal epithelium is quite normal histologically. (B) In contrast, if these doubly mutant mice are housed in a facility in which *Helicobacter hepaticus* bacteria are present, their colons become infected with these bacteria and they develop adenomas and carcinomas. This indicates that the chronic inflammation created by the presence of these intestinal bacteria is essential to the formation of these colonic lesions. (C) Human ulcerative colitis involves chronic inflammation of regions of the colonic mucosa, which leads after many years to substantially increased risk of colon carcinoma. In this condition, the stromal areas between the colonic crypts are infiltrated with large numbers of lymphocytes (*small dark purple nuclei*). (A and B, from S.J. Engle, I. Ormsby, S. Pawlowski et al., *Cancer Res.* 62:6362–6366, 2002; C, courtesy of D. Lamarque.)





(A)

(B)   HBV

HCV

the liver (Figure 11.35B, left panel). In many infected individuals, HBV infection is well established in the liver early in life and continues in a chronically active form for decades. The resulting hepatitis may have relatively few outward effects on the individual, since the continual HBV-induced killing of hepatocytes (the cells forming the bulk of the liver) is compensated by an equal proliferation of surviving cells.

The HBV genome does carry a gene, termed *HBX*, that shows weak oncogenic and pro-apoptotic powers, but this gene, on its own, can hardly explain HBV's ability to induce hepatic carcinomas after decades of chronic infection. This led to a search for other carcinogenic mechanisms. Thus, HBV might act as a liver carcinogen through a mechanism that echoes the carcinogenic strategy of non-oncogene-bearing retroviruses. Recall that these viruses, notably avian leukosis virus and murine leukemia virus, induce cancer slowly and inefficiently. When, after many months, they finally succeed in doing so, this occurs through insertional mutagenesis: the chance integration of a provirus next to a critical cellular growth-controlling gene—a proto-oncogene (Section 3.11). The resulting deregulation of expression of the proto-oncogene effectively converts this gene into an oncogene, paving the way for cancer formation.

In the case of HBV-induced liver cancer, however, the situation is quite different. Extensive molecular analyses have failed to demonstrate that the genomes of virus-associated human liver cancers carry HBV genomes integrated next to critical cellular growth-controlling genes, such as the *myc* proto-oncogene. So, HBV is unlikely to act directly as a mutagen in infected liver cells.

This leaves open two plausible explanations for the virus-induced cancer. HBV creates liver cancer through its ability to cause continuous cell proliferation in an organ that normally experiences hardly any at all; this proliferation is required to replace hepatocytes that are continually being killed by HBV infectious cycles. Alternatively, HBV infection causes cells of the immune system to attempt to eliminate virus-infected cells, yielding a chronic inflammatory state in the liver (see Figure 11.35B). It is likely that both of these mechanisms conspire in the pathogenesis of the hepatocellular carcinomas that so frequently afflict individuals with chronic HBV infections.

In the years since these studies were undertaken, it has become clear that chronic hepatitis C virus (HCV) infections act in a similar way to increase liver

**Figure 11.35 Chronic inflammation leading to cancer** (A) A graphic demonstration of chronic inflammation leading to cancer is provided by carcinomas of the epithelial lining of the gallbladder *(white mass, above)*, which are commonly associated with the formation of gallstones arising as precipitates from the bile *(brown masses, below)*. (B) Chronic hepatitis B virus (HBV) infection creates continual cell death of hepatocytes together with chronic inflammation *(numerous small dense nuclei, left panel)*. Over a period of decades, this can lead to an almost 100-fold increased risk of liver cancer. The inflammation in the liver of someone suffering from chronic hepatitis C virus (HCV) infection is strikingly similar *(right panel)*. The inflammatory cells are in the right part of this micrograph. The fact that the two inflammatory conditions are so similar and lead to comparably increased risks of hepatocellular carcinoma (HCC) suggests that the inflammatory states, rather than some specific aspect of viral function, are responsible for the appearance of HCC in patients infected with either of these viruses. (A, from A.T. Skarin, Atlas of Diagnostic Oncology, 3rd ed. Philadelphia: Elsevier Science Ltd., 2003; B, left—courtesy of A. Perez-Atayde, right—courtesy of A.K. Bhan.)

**Sidebar 11.14 Hepatitis B virus infections lead to hepatomas in Taiwanese government workers** Epidemiological studies usually yield outcomes that make it difficult to discern a strong correlation between occasional exposure to certain environmental factors and a subsequent moderately increased risk of cancer. The incidence of liver cancer, however, varies dramatically throughout the world, making it possible to strongly associate this disease with a causative factor. In certain parts of the world, including much of Asia—especially China—and sub-Saharan Africa, hepatocellular carcinomas (HCCs, also known as hepatomas) are one of the leading causes of death due to cancer; in the United States, liver cancer, in stark contrast, ranks 25th as a cause of cancer-related deaths.

A stunning correlation can be made between hepatitis B virus (HBV) infections and susceptibility to liver cancer. A prospective epidemiologic study was undertaken in 1975 among 22,707 men who worked in government service in Taiwan. Their HBV status was determined at the beginning of the study by measuring, among other things, the presence of viral antigens in the blood. The causes of deaths in this cohort were then chronicled over the next decade. By 1986, 152 of the 3454 men who were initially positive for HBV viral antigen had died of hepatocellular carcinomas. By comparison, 9 men of the 19,253 who were negative for this antigen in their blood had died of this disease. The relative risk (RR) of dying from this disease if one carried viral antigen in the circulation (which is indicative of an active HBV infection in the liver) was 98.4. This means that an individual afflicted with chronic, active HBV infection experienced an almost 100-fold increased risk of contracting and dying from this cancer compared with someone who lacked viral antigen in his liver and was apparently uninfected. These numbers contrast strongly with most epidemiologic correlations made between specific exposures of patients to suspected carcinogens and disease incidence, where relative risk of disease is often only two- to threefold—often hovering on the borderline of statistical significance.

cancer rates. While the two viruses are totally unrelated to one another with respect to genome structure and replication cycles, they evoke very similar biological outcomes through their shared ability to create chronic infections, cytotoxicity, and inflammation in the liver (Figure 11.35B, right panel). (Significantly, a variety of other types of chronic liver injury, including that inflicted by alcoholism, are also associated with increased incidence of hepatocellular carcinoma, although the relative risks are vastly less than that associated with lifelong HBV infection.)

HBV, acting as a tumor promoter, can also function synergistically with aflatoxin-B1, a highly mutagenic compound that is made by *Aspergillus* fungi that proliferate on peanuts, nuts, and corn stored under conditions of high humidity (see Figure 2.25). This combination of infection plus aflatoxin exposure proves to be deadly. In one, relatively small prospective epidemiologic study carried out in Shanghai, infection with HBV increased the risk of hepatocellular carcinoma about 7-fold while exposure to aflatoxin-B1–contaminated food yielded about a 3-fold increased risk. When an individual experienced both agents, the risk of liver cancer increased about 60-fold. The parallel between the pathogenesis of these human liver carcinomas and the actions of initiators and promoters of mouse skin cancer is striking.

Yet other indications of infectious agents inducing inflammation and, in turn, human malignancies come from individuals afflicted with lymphomas arising in gastric mucosa-associated lymphoid tissue (MALT). Seventy-five percent of MALT lymphomas can be cured if patients are treated with antibiotics that eradicate the *Helicobacter pylori* bacterial populations in the stomach. These MALT lymphomas are clearly dependent on continued promoter stimulation—in this case the presence of *H. pylori*. The 25% of lymphomas that do not respond to this treatment have evolved beyond this dependence to become "promoter-independent," possibly because they have sustained the Chromosome 11 to 18 translocation that is frequently observed in these lymphomas.

## 11.16 Inflammation-dependent tumor promotion operates through defined signaling pathways

Evidence supporting the role of inflammation in cancer development also comes from a large number of epidemiologic observations demonstrating that

This suggests that a tumor-promoting mechanism can collaborate with an oncogene in a way that resembles the collaboration between two oncogenes (Section 11.10). Thus, initiated tumor cells may rely on this form of collaboration until the time when their descendants acquire additional oncogenes and therefore no longer need to depend on the readily reversible effects of tumor promoters for their continued proliferation and survival.

## 11.17 Tumor promotion is likely to be a critical determinant of the rate of tumor progression in many human tissues

A wide variety of agents have, by now, been classified as human tumor promoters (Table 11.3). They share in common an ability to promote expansion of initiated clones. The key role of this promotion in multi-step tumorigenesis can best be understood in the context of the clonal succession models depicted in Figures 11.12, 11.17, and 11.18. In order for an initiated cell to acquire an additional mutation, its clonal descendants must become so numerous that a second, low-probability mutational event is likely to strike one or another cell of the now-expanded clonal population. Without such clonal expansion, the new, secondary mutation is unlikely to strike even a single descendant cell (because it is a rare event per cell generation), and tumor progression will halt.

**Table 11.3** Known or suspected human tumor promoters and their sites of action

| Agent or process | Cancer site |
|---|---|
| **Hormones** | |
| Estrogen | endometrium |
| Estrogen and progesterone | breast |
| Ovulation | ovary |
| Testosterone | prostate |
| **Drugs** | |
| Oral contraceptives, anabolic steroids | liver |
| Analgesics | renal pelvis |
| Diuretics | kidney |
| **Infectious agents** | |
| Hepatitis B/C viruses | liver |
| Schistosoma haematobium—blood fluke | bladder |
| Schistosoma japonicum—blood fluke | colon |
| Clonorchis sinensis—liver fluke | biliary tract |
| Helicobacter pylori—bacterium | stomach |
| Malarial parasites | B cell |
| Tuberculosis bacillus | lung |
| **Chemical agents** | |
| Betel nut, lime | oral cavity |
| Chewing tobacco | oral cavity |
| Bile | small intestine |
| Salt | stomach |
| Acid reflux | esophagus |
| **Physical or mechanical trauma** | |
| Asbestos | mesothelium, lung |
| Gallstones | gallbladder |
| Coarsely ground corn | stomach |
| Head injury | meninges |
| **Chronic irritation/inflammation** | |
| Tropical ulcers | skin |
| Chronic ulcerative colitis | colon |
| Chronic cystitis | bladder |
| Chronic pancreatitis | pancreas |

Adapted in part from S. Preston-Martin, M.C. Pike, R.K. Ross et al., *Cancer Res.* 50:7415–7421, 1990.