IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

AND

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO
San Juan

| | |
|---|---|
| In re:<br><br>PREMPRO PRODUCTS LIABILITY LITIGATION | MDL Docket No. 4:03-cv-01507 WRW<br><br>*Pamela Kuhn v. Wyeth*<br>Case No. 6:04-CV-06042-WRW<br><br>and<br><br>*Shirley Davidson v. Wyeth*<br>Case No. 6:05-CV-06074-WRW |
| In the:<br><br>UNITED STATES DISTRICT COURT<br>DISTRICT OF PUERTO RICO | *Helen Rivera-Adams, et al. v. Wyeth*<br>Case No. 3:03-cv-01713-JAF |

**WYETH'S SUPPLEMENTAL SUBMISSION IN SUPPORT OF
MOTION TO PRECLUDE ANY EXPERT TESTIMONY THAT
PREMPRO USE INCREASES BREAST CANCER RISK
WHEN TAKEN FOR ONLY NINETEEN MONTHS
AND
MOTION TO PRECLUDE ANY EXPERT TESTIMONY THAT
PREMPRO USE INCREASES BREAST CANCER RISK
<u>WHEN TAKEN DAILY FOR THREE YEARS OR LESS</u>**

Plaintiffs' counsel told these two Courts that the federal judge now trying *Torkie-Tork v. Wyeth* in the United States District Court for the Eastern District of Virginia only last week denied the same *Daubert* challenge presented here. In discussing other "short term use" cases in which she claimed the courts had "similar challenges," counsel stated:

> [A]round the country, there have been a number of similar
> challenges. . . . The last case that I would draw the Courts'

1

> attention to is *Georgia Torkie-Tork*. That is my case. . . . [Wyeth] challenged every expert, and Judge Ellis had briefing, hearings and even a live Daubert testimony, Daubert hearing with one of our experts, Judge Michaels (sic). . . . And Judge Ellis denied all Daubert challenges to both Dr. Wertheimer and Dr. Michaels in that case.[1]

The suggestion that Wyeth made a similar general causation challenge in the *Torkie-Tork* case, and that Judge Ellis denied it is not true.

    1.    Today, Judge Ellis stated on the record in the *Torkie-Tork* case that he did ***not*** consider or decide whether plaintiff's experts used reliable methodologies to establish that less than two or three years of daily Prempro use can cause breast cancer. A transcript of today's *Torkie-Tork* proceedings will be provided as soon as it is available.

    2.    Here – in the *Rivera-Adams*, *Kuhn*, and *Davidson* cases – Wyeth has filed a *Daubert* motion to exclude expert testimony regarding ***general causation***, specifically testimony that hormone therapy can cause breast cancer when taken daily for less than two (Rivera) or three (Kuhn, Davidson) years. The briefing submitted by Wyeth in support of its challenge runs to 50 pages. In the *Torkie-Tork* case, Wyeth did not file the same *Daubert* motion; indeed, it did not file any *Daubert* motion to exclude expert testimony that taking Prempro for less than two or three years causes breast cancer.

    3.    In the *Torkie-Tork* case, Wyeth did not file a *Daubert* motion to exclude general causation testimony related to two or three years of Prempro use because it is disputed how long Ms. Torkie-Tork used hormone therapy. Wyeth contends, based on the medical and prescription records, that Ms. Torkie-Tork used hormone therapy for three years or less. But the plaintiff contends that she used hormone therapy for five years. In her opposition to Wyeth's

---

[1] Excerpt from Joint MDL and *Rivera-Adams v. Wyeth Daubert* Proceeding, Nov. 29, 2010 at 4:24-25; 7:8-9 7:20-8:2 (attached as Exhibit 1).

consolidated *Daubert* motion, she said: "Wyeth is wrong factually – plaintiff used E+P for at least five years."[2]  Because the *Torkie-Tork* case did not provide a vehicle for deciding at the *Daubert* stage whether there is a reliable scientific basis for expert testimony that less than two or three years of daily Prempro use can cause breast cancer, Wyeth did not seek to exclude duration-related opinions of Drs. Austin or Colditz, the Plaintiff's epidemiology experts, and Judge Ellis never addressed whether Plaintiff's experts have a reliable methodology to establish that taking Prempro for less than two or three years causes breast cancer.

4. In the *Torkie-Tork* case, Wyeth did file a *Daubert* motion to exclude the **specific causation** testimony of Drs. Wertheimer (a surgeon) and Michaels (a pathologist).  In the challenge to Dr. Wertheimer's testimony, Wyeth argued that he should not be permitted to render a specific causation opinion because he did not perform a reliable differential diagnosis.  In support of that argument, Wyeth said that Dr. Wertheimer had failed both to "rule in" Prempro as a potential cause of the plaintiff's breast cancer and to "rule out" all other causes.  In arguing that he had failed to "rule in" Prempro, Wyeth said that he had "concede[d] that WHI did not show an increased risk of breast cancer in women who, like Plaintiff, took Prempro for fewer than five years."[3]  Wyeth's argument that short-term use of Prempro does not cause breast cancer occupied four sentences in forty pages of briefing.[4]  The rest focused on the facts related to Ms. Torkie-Tork and her medical history.

---

[2] Plaintiff's Opposition to Defendant's Consolidated *Daubert* Motion at 19 (attached as Exhibit 3).  The complete *Daubert* briefing in the *Torkie-Tork* case is attached as Exhibits 2-7.

[3] Exhibit 2 at 15.

[4] Exhibit 2 at 7, 15.  Wyeth's Reply gives just three pages to the topic.  Exhibit 4 at 10-12.

3

5.	In response, Ms. Torkie-Tork's principal argument was a factual one, not a scientific one: that Wyeth was wrong factually, that she used hormone therapy for at least five years, that she so testified, and that the prescription records do not take into account the samples that she received from one doctor. Mention of the "substantial epidemiological evidence" was made in three sentences (as compared to the 54-page Opposition filed in the MDL cases).

6.	Not surprisingly, therefore, Judge Ellis's ruling from the bench denying Wyeth's *Daubert* challenge to Dr. Wertheimer's testimony does not mention, or even allude to, the issue of short-term use. Judge Ellis characterized the challenge as having three aspects –

- "He says that he's a breast surgeon. He is not an oncologist. He's not a cell biologist. He's not an epidemiologist. I don't agree with the defendant that he can't then have a conclusion about the cause of breast cancer as a breast cancer surgeon."

- "Defendant says that it's unreliable, the methodology, because he cannot be sure plaintiff was estrogen deficient, and he doesn't know nor does anyone know how little endogenous estrogen is needed to promote cancer."

- "Defendant also states that 'Wertheimer failed to eliminate other causes of breast cancer, including, for example, that he didn't know she had taken Clomid, a fertility drug.'"

and he explained his ruling on each point without reference to short-term use.[5] As he clarified in court this morning, he did not consider or decide whether use of hormone therapy for three years or less can cause breast cancer.

---

[5]  Transcript of November 15, 2010 Hearing at 74-76 (attached as Exhibit 8).

4

Respectfully submitted,

/s/ F. Lane Heard III
John W. Vardaman, Jr. (D.C. Bar #13391)
F. Lane Heard III (D.C. Bar #291724)

   WILLIAMS & CONNOLLY LLP
   725 12th Street, NW
   Washington, DC 20005-5901
   (202) 434-5000
   *lheard@wc.com*

/s/ Gustavo A. Gelpi
Gustavo A. Gelpi
Néstor Durán-González

   McCONNELL VALDÉS LLC
   270 Muñoz Rivera Avenue, 9th Floor
   Hato Rey, Puerto Rico  00918
   Post Office Box 364225
   San Juan, Puerto Rico  00936
   (787) 250-5605
   *gag@mcvpr.com*

Lyn P. Pruitt (Ark. Bar No. 84121)

   MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD, PLLC
   425 West Capitol Avenue, Suite 1800
   Little Rock, AR 72201-3525
   (501) 688-8800
   *lpruitt@mwsgw.com*

Kimberly Bessiere Martin

   BRADLEY ARANT BOULT CUMMINGS LLP
   200 Clinton Avenue West, Suite 900
   Huntsville, Alabama  35801
   Telephone: (256) 517-5100
   *kmartin@babc.com*

Loren H. Brown

   DLA PIPER LLP (US)
   1251 Avenue of the Americas
   New York, NY 10020
   Telephone:  (212) 335-4500
   *loren.brown@dlapiper.com*

   *Attorneys for Defendant*
   *Wyeth LLC f/k/a Wyeth, Inc.*

DATED: November 30, 2010

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of November 2010 a true and correct copy of the foregoing Wyeth's Supplemental Submission in Support of Motion to Preclude Any Expert Testimony That Prempro Use Increases Breast Cancer Risk When Taken for Only Nineteen Months And Motion to Preclude Any Expert Testimony That Prempro Use Increases Breast Cancer Risk When Taken Daily for Three Years or Less was electronically filed with the Clerk of Court using the CM/ECF system, and a true and correct copy was forwarded by e-mail to the parties listed on the attached Service List.

Navan Ward , Jr
Roman A. Shaul
Ted G. Meadows
Russell T. Abney
BEASLEY ALLEN CROW METHVIN
PORTIS MILES P.C.
P. O. Box 4160
Montgomery, AL 36103
navan.ward@beasleyallen.com
roman.shaul@beasleyallen.com
ted.meadows@beasleyallen.com
russ.abney@beasleyallen.com

James K. Clark
Leah F. Charbonnet
Michael PHV A. Robb
CLARK, ROBB, MASON, COULOMBE
AND BUSCHMAN, P.A.
19 West Flagler Street
14th Floor, Biscayne Building
Miami, FL 33130
jclark@clarkrobb.com
lfahey@clarkrobb.com
mrobb@clarkrobb.com

Lilliam E. Mendoza-Toro
PMB 394
PO Box 194000
San Juan, PR 00919-4000
Email: mendozatorolaw@aol.com

Zoe Littlepage
THE LITTLEPAGE FIRM PC
2043 A W. Main St.
Houston, TX 77098
zoe@littlepagebooth.com

Mr. Gary Holt
GARY EUBANKS & ASSOCIATES, LTD
708 West Second Street
P.O. Box 3887
Little Rock, Arkansas  72203-3887

/s/ F. Lane Heard III

F. Lane Heard III
WILLIAMS & CONNOLLY LLP
725 12th Street, NW
Washington, DC 20005-5901
(202) 434-5000
*lheard@wc.com*

**SERVICE LIST**

**STEERING COMMITTEE MEMBERS**

Mr. Richard Lewis
HAUSFELD LLP
1700 K Street NW
Suite 650
Washington, D.C. 20005

Mr. Shawn Khorrami
KHORRAMI POLLARD & ABIR, LLP
444 S. Flower Street, 33rd Floor
Los Angeles, CA  90071

Christopher T. Kirchmer
PROVOST UMPHREY
490 Park Street
P.O. Box 4905
Beaumont, Texas  77704

James A. Morris, Jr.
MORRIS LAW FIRM
11614 Bee Caves Road, Suite 220
Austin, Texas 78738

Mr. Robert K. Jenner
JANET, JENNER & SUGGS
1829 Reisterstown Road, Suite 320
Baltimore, MD  21208

Mr. Tobias L. Millrood
POGUST BRASLOW MILLROOD
8 Tower Bridge, Suite 1520
161 Washington Street
Conshohocken, PA 19428

Mr. Ken Suggs
JANET, JENNER & SUGGS
500 Taylor Street
Columbia, SC  29201

Mr. Mike Williams
WILLIAMS DAILEY O'LEARY CRAINE
AND LOVE, P.C.
9755 SW Barnes Road, Suite 450
Portland, OR  97225-6681

Mr. Ralph M. Cloar Jr.
Suite 640
1501 N. University Avenue
Little Rock, AR  72201

Mr. Irwin B. Levin
COHEN & MALAD, LLP
One Indian Square, Suite 1400
Indianapolis, IN 46204

**LEAD AND LIAISON COUNSEL**

Mr. Gary Holt
GARY EUBANKS & ASSOCIATES, LTD
708 West Second Street
P.O. Box 3887
Little Rock, Arkansas  72203-3887

Ms. Zoe Littlepage
LITTLEPAGE BOOTH
2043A W. Main Street
Houston, TX  77098