**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF ARKANSAS**
**HOT SPRINGS DIVISION**

**AND**

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**
**San Juan**

| | | |
|---|---|---|
| **In re:**<br><br>**PREMPRO PRODUCTS LIABILITY LITIGATION** | : | **MDL Docket No. 4:03-cv-01507 WRW**<br><br>***Pamela Kuhn v. Wyeth***<br>**Case No. 6:04-CV-06042-WRW**<br><br>**and**<br><br>***Shirley Davidson v. Wyeth***<br>**Case No. 6:05-CV-06074-WRW** |
| **In the:**<br><br>**UNITED STATES DISTRICT COURT DISTRICT OF PUERTO RICO** | : | ***Helen Rivera-Adams, et al. v. Wyeth***<br>**Case No. 3:03-cv-01713-JAF** |

**WYETH'S SECOND SUPPLEMENTAL SUBMISSION IN SUPPORT OF MOTION TO PRECLUDE ANY EXPERT TESTIMONY THAT PREMPRO USE INCREASES BREAST CANCER RISK WHEN TAKEN FOR ONLY NINETEEN MONTHS AND MOTION TO PRECLUDE ANY EXPERT TESTIMONY THAT PREMPRO USE INCREASES BREAST CANCER RISK WHEN TAKEN DAILY FOR THREE YEARS OR LESS**

In the *Torkie-Tork* case, counsel for Wyeth asked Judge Ellis yesterday to clarify whether or not he had addressed and decided the issue whether short-term use of Prempro can cause breast cancer: "And we would like clarification on the record, your Honor, so that there is no misunderstanding in other courts that your Honor ruled on short-term use." In answer, after hearing from Ms. Littlepage, Judge Ellis said:

- I am clear that at the time of the Daubert matter the evidence was, as it continues to be, uncertain and unclear as to how long [Ms. Torkie-Tork] used it, so it's very likely that I didn't need to focus on it at that time because there was no specific opinion about less than a certain number of years.

- I think a reasonable conclusion is that I did deny the Daubert motion [re Dr. Wertheimer]. I was unclear at that time as to the duration of use, and I did not focus specifically on whether there was a basis, a scientific basis for reaching any conclusions for periods of three years or less or five years or less.

- So I certainly didn't specifically consider and address that issue.

- So the bottom line is I didn't specifically address or decide that issue. I did grant -- or deny, rather, the Daubert motion [re Dr. Wertheimer]. I don't know that the inference that Ms. Littlepage draws is unwarranted. I can simply say I didn't specifically consider and address that issue.

- I didn't specifically address it and consider it at the time.

- So just to recapitulate, I am clear that I didn't specifically consider and decide that issue. I am clear that I denied the motion on Daubert grounds. An inference can be drawn from that, but I think the inference is essentially unwarranted because I didn't specifically consider and decide it.

- On the other hand, as I said, Ms. Littlepage can certainly represent to them accurately that the motion was made on several grounds and that I denied the motion. And the inference is that I considered it. I didn't, and it may well be my failing for not having a very thorough, extensive Daubert hearing on these matters.

The transcript of his hearing is attached as Exhibit 1. The relevant colloquy occurs at pages 36-46.

Respectfully submitted,

/s/ F. Lane Heard III
John W. Vardaman, Jr. (D.C. Bar #13391)
F. Lane Heard III (D.C. Bar #291724)

WILLIAMS & CONNOLLY LLP
725 12th Street, NW
Washington, DC 20005-5901
(202) 434-5000
*lheard@wc.com*

/s/ Gustavo A. Gelpi
Gustavo A. Gelpi
Néstor Durán-González

McCONNELL VALDÉS LLC
270 Muñoz Rivera Avenue, 9th Floor
Hato Rey, Puerto Rico 00918
Post Office Box 364225
San Juan, Puerto Rico 00936
(787) 250-5605
*gag@mcvpr.com*

Lyn P. Pruitt (Ark. Bar No. 84121)

MITCHELL, WILLIAMS, SELIG,
GATES & WOODYARD, PLLC
425 West Capitol Avenue, Suite 1800
Little Rock, AR 72201-3525
(501) 688-8800
*lpruitt@mwsgw.com*

Kimberly Bessiere Martin

BRADLEY ARANT BOULT
CUMMINGS LLP
200 Clinton Avenue West, Suite 900
Huntsville, Alabama 35801
Telephone: (256) 517-5100
*kmartin@babc.com*

Loren H. Brown

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
*loren.brown@dlapiper.com*

*Attorneys for Defendant*
*Wyeth LLC f/k/a Wyeth, Inc.*

DATED: December 1, 2010

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of December 2010 a true and correct copy of the foregoing Wyeth's Second Supplemental Submission in Support of Motion to Preclude Any Expert Testimony That Prempro Use Increases Breast Cancer Risk When Taken for Only Nineteen Months And Motion to Preclude Any Expert Testimony That Prempro Use Increases Breast Cancer Risk When Taken Daily for Three Years or Less was electronically filed with the Clerk of Court using the CM/ECF system, and a true and correct copy was forwarded by e-mail to the parties listed on the attached Service List.

Navan Ward , Jr
Roman A. Shaul
Ted G. Meadows
Russell T. Abney
BEASLEY ALLEN CROW METHVIN
PORTIS MILES P.C.
P. O. Box 4160
Montgomery, AL 36103
navan.ward@beasleyallen.com
roman.shaul@beasleyallen.com
ted.meadows@beasleyallen.com
russ.abney@beasleyallen.com

James K. Clark
Leah F. Charbonnet
Michael PHV A. Robb
CLARK, ROBB, MASON, COULOMBE
AND BUSCHMAN, P.A.
19 West Flagler Street
14th Floor, Biscayne Building
Miami, FL 33130
jclark@clarkrobb.com
lfahey@clarkrobb.com
mrobb@clarkrobb.com

Lilliam E. Mendoza-Toro
PMB 394
PO Box 194000
San Juan, PR 00919-4000
Email: mendozatorolaw@aol.com

Zoe Littlepage
THE LITTLEPAGE FIRM PC
2043 A W. Main St.
Houston, TX 77098
zoe@littlepagebooth.com

Mr. Gary Holt
GARY EUBANKS & ASSOCIATES, LTD
708 West Second Street
P.O. Box 3887
Little Rock, Arkansas  72203-3887

/s/ F. Lane Heard III
F. Lane Heard III

WILLIAMS & CONNOLLY LLP
725 12th Street, NW
Washington, DC 20005-5901
(202) 434-5000
*lheard@wc.com*

## SERVICE LIST

### STEERING COMMITTEE MEMBERS

Mr. Richard Lewis
HAUSFELD LLP
1700 K Street NW
Suite 650
Washington, D.C. 20005

Mr. Tobias L. Millrood
POGUST BRASLOW MILLROOD
8 Tower Bridge, Suite 1520
161 Washington Street
Conshohocken, PA 19428

Mr. Shawn Khorrami
KHORRAMI POLLARD & ABIR, LLP
444 S. Flower Street, 33rd Floor
Los Angeles, CA 90071

Mr. Ken Suggs
JANET, JENNER & SUGGS
500 Taylor Street
Columbia, SC 29201

Christopher T. Kirchmer
PROVOST UMPHREY
490 Park Street
P.O. Box 4905
Beaumont, Texas 77704

Mr. Mike Williams
WILLIAMS DAILEY O'LEARY CRAINE AND LOVE, P.C.
9755 SW Barnes Road, Suite 450
Portland, OR 97225-6681

James A. Morris, Jr.
MORRIS LAW FIRM
11614 Bee Caves Road, Suite 220
Austin, Texas 78738

Mr. Ralph M. Cloar Jr.
Suite 640
1501 N. University Avenue
Little Rock, AR 72201

Mr. Robert K. Jenner
JANET, JENNER & SUGGS
1829 Reisterstown Road, Suite 320
Baltimore, MD 21208

Mr. Irwin B. Levin
COHEN & MALAD, LLP
One Indian Square, Suite 1400
Indianapolis, IN 46204

### LEAD AND LIAISON COUNSEL

Mr. Gary Holt
GARY EUBANKS & ASSOCIATES, LTD
708 West Second Street
P.O. Box 3887
Little Rock, Arkansas 72203-3887

Ms. Zoe Littlepage
LITTLEPAGE BOOTH
2043A W. Main Street
Houston, TX 77098