IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| | : | MDL DOCKET NO. 4:03-CV-1507-WRW |
| IN RE: | : | |
| PREMPRO PRODUCTS LIABILITY | : | |
| LITIGATION | : | ALL CASES |

**ORDER**

After reviewing the parties' submissions, I believe that a *Daubert* hearing with live testimony from Dr. Donald Austin (Plaintiff's general causation expert regarding short-term use) and Defendants' expert (likely Dr. Ken Barnhart, since he submitted an affidavit on this issue) is necessary for resolving the short-term use issue.

Since Judge Volpe will preside over the hearing, Defendants' Motions to Preclude Any Expert Testimony that Prempro Use Increases Breast Cancer Risk When Taken Daily for Three Years or Fewer (Doc. Nos. 2443, 2461) are referred to him for resolution. Someone from Judge Volpe's chambers will contact the parties later today or tomorrow regarding a hearing date.

Defendants' Motion to Strike (Doc. No. 2487) is DENIED as MOOT since the issues raised in the motion can be remedied by Defendants at the hearing.

IT IS SO ORDERED this 21st day of December, 2010.

/s/ Wm. R. Wilson, Jr._____
UNITED STATES DISTRICT COURT