UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**December 27, 2010**

Mr. Erik Brett Walker
Hissey, Kientz & Herron, P.L.L.C.
9442 Capital of Texas Highway North
Suite 420
Austin, TX 78759

Mr. F. Lane Heard , III
Williams & Connolly
725 Twelfth Street, N.W.
Washington, DC 20005-5901

      Re:    Court Appointed Expert under F.R.E. 706
              *In re Prempro*, No. 4:03-CV-001507-WRW
              *Kuhn v. Wyeth*, No. 6:04-CV-06042 (W.D. Ark.)
              *Davidson v. Wyeth*, No. 6:05CV06074 (W.D. Ark.)

Dear Counsel:

It appears to me that the short-term use issue (*Daubert*) is close.  I don't recall that I have ever appointed an expert (although I may have on one occasion) and I am generally opposed to this procedure.

In this case, however, this possibility is on my mind, and I must act fairly soon if I am going to do so.

Please meet and confer telephonically (sic) or by electronic means, then let me have your thinking on the subject by noon, this Thursday, December 30, 2010.

If I decide to do this with or without your agreement, I will follow the procedure set forth in F.R.E. 706.

I look forward to hearing from you.

                                                Cordially,

                                                /s/ Wm. R. Wilson, Jr.

Original to the Clerk of the Court
cc:    The Honorable Joseph J. Volpe
        Other Counsel of Record