# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: PREMPRO PRODUCTS LIABILITY LITIGATION**  MDL No. 1507

A TRUE COPY I CERTIFY
James W. McCormack, Clerk
By: /s/ Tenesha Jones D.C. on
**Dec 23, 2010**
For the United States District Court
Eastern District of Arkansas

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO–194)**

On March 4, 2003, the Panel transferred 5 civil action(s) to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 254 F.Supp.2d 1366 (J.P.M.L. 2003). Since that time, 9,467 additional action(s) have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R Wilson, Jr.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, and, with the consent of that court, assigned to the Honorable William R Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Dec 23, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

# IN RE: PREMPRO PRODUCTS LIABILITY LITIGATION

MDL No. 1507

## SCHEDULE CTO–194 – TAG–ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| MINNESOTA | | | |
| MN | 0 | 09–03704 | Velasquez v. Wyeth et al |
| MN | 0 | 10–00715 | Miller v. Wyeth LLC et al |
| MN | 0 | 10–01449 | Rodriguez v. Pfizer Inc. et al |
| MN | 0 | 10–01822 | Simmons v. Wyeth et al |
| MN | 0 | 10–01823 | Belnap v. Wyeth et al |
| MN | 0 | 10–01828 | Severson v. Wyeth et al |
| MN | 0 | 10–01831 | Clausen v. Wyeth et al |
| MN | 0 | 10–01836 | Jensen v. Wyeth et al |
| MN | 0 | 10–01839 | Orr v. Wyeth et al |
| MN | 0 | 10–01841 | Taylor v. Wyeth et al |
| MN | 0 | 10–01843 | Young v. Wyeth et al |
| MN | 0 | 10–01847 | Weber v. Wyeth et al |
| MN | 0 | 10–01849 | Sadri v. Wyeth et al |
| MN | 0 | 10–01855 | Ballard v. Wyeth et al |
| MN | 0 | 10–01857 | Johnson v. Wyeth et al |
| MN | 0 | 10–01858 | Shaw v. Wyeth et al |
| MN | 0 | 10–01860 | Malmborg v. Wyeth et al |
| MN | 0 | 10–01863 | Katsanevas v. Wyeth et al |
| MN | 0 | 10–01865 | Harransky v. Wyeth et al |
| MN | 0 | 10–01866 | Hyde et al v. Wyeth et al |
| MN | 0 | 10–01867 | Killingsworth v. Wyeth et al |
| MN | 0 | 10–01870 | Rodriguez v. Wyeth et al |
| MN | 0 | 10–01874 | Turney v. Wyeth et al |
| MN | 0 | 10–01875 | Hastings v. Wyeth et al |
| MN | 0 | 10–01880 | Patterson v. Wyeth et al |