IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| | : | MDL DOCKET NO. 4:03-CV-1507-WRW |
| IN RE: | : | |
| PREMPRO PRODUCTS LIABILITY | : | |
| LITIGATION | : | ALL CASES |

**ORDER**[1]

The depositions of Dr. Austin and Dr. Barnhart will be taken, if the parties want to take them, Tuesday afternoon (and evening, if necessary), January 11, 2011.

The parties are directed to forthwith agree upon the time and place that the depositions will be taken; and if they cannot agree, notify me by noon, on Wednesday, January 5, 2011, and I will set the time and place for each.

It seems that an hour should be sufficient for each deposition, but, again, if any party wants more notify me by Wednesday, January 5, 2011, and explain why more time will be needed.

IT IS SO ORDERED this 29th day of December, 2010.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] This Order should be docketed in *Kuhn v. Wyeth*, No. 6:04-CV-06042 (W.D. Ark.) and *Davidson v. Wyeth*, No. 6:05CV06074 (W.D. Ark.).