## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

|  |  |  |
|---|---|---|
|  | : | MDL DOCKET NO. 4:03-CV-1507-WRW |
| IN RE: | : |  |
| PREMPRO PRODUCTS LIABILITY | : |  |
| LITIGATION | : | ALL CASES |

### ORDER

The Joint Motion for Adjustment of Schedule (Doc. No. 2515) is GRANTED in PART.

The new deadlines are:

- If Plaintiffs want to replace Dr. Thaler, the new expert must be named by 5:00 p.m., January 12, 2011.

- Defendants' motions challenging Plaintiffs' experts must be filed by 5:00 p.m., Wednesday, February 2, 2011.

- Plaintiffs' responses in opposition must be filed by 5:00 p.m., Wednesday, February 23, 2011.

IT SO ORDERED this 29th day of December, 2010.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE