| | | | | |
|---|---|---|---|---|
| JOHN W. VARDAMAN | DANIEL F. KATZ | | KENNETH C. SMURZYNSKI | STEPHEN D. ANDREWS |
| PAUL MARTIN WOLFF | WILLIAM R. MURRAY, JR. | LAW OFFICES | JOHN E. SCHMIDTLEIN | KANNON K. SHANMUGAM |
| WILLIAM E. McDANIELS | EVA PETKO ESBER | **WILLIAMS & CONNOLLY LLP** | CRAIG D. SINGER | MALACHI B. JONES |
| BRENDAN V. SULLIVAN, JR. | STEPHEN D. RABER | | JAMES L. TANNER, JR. | THOMAS H. L. SELBY |
| RICHARD M. COOPER | DAVID C. KIERNAN | | J. ANDREW KEYES | KEVIN HARDY |
| JERRY L. SHULMAN | LON E. MUSSLEWHITE | 725 TWELFTH STREET, N.W. | GILBERT O. GREENMAN | EDWARD C. BARNIDGE |
| ROBERT B. BARNETT | HEIDI K. HUBBARD | | M. ELAINE HORN | JOSEPH M. TERRY |
| DAVID E. KENDALL | GLENN J. PFADENHAUER | | ENU MAINIGI | AARON P. MAURER |
| JOHN J. BUCKLEY, JR. | GEORGE A. BORDEN | WASHINGTON, D.C. 20005-5901 | MICHAEL F. O'CONNOR | JON R. FETTEROLF |
| TERRENCE O'DONNELL | ROBERT J. SHAUGHNESSY | | PAUL T. HOURIHAN | STEPHEN P. SORENSEN |
| DOUGLAS R. MARVIN | DAVID S. BLATT | (202) 434-5000 | WILLIAM J. BACHMAN | F. GREG BOWMAN |
| JOHN K. VILLA | ARI S. ZYMELMAN | | MARGARET A. KEELEY | ANA C. REYES |
| BARRY S. SIMON | DANE H. BUTSWINKAS | | EDWARD J. BENNETT | JONATHAN B. PITT |
| KEVIN T. BAINE | DENNIS M. BLACK | FAX (202) 434-5029 | TOBIN J. ROMERO | DAVID I. BERL |
| STEPHEN L. URBANCZYK | PHILIP A. SECHLER | | BETH A. LEVENE | ELLEN E. OBERWETTER |
| PHILIP J. WARD | LYNDA SCHULER | www.wc.com | THOMAS G. WARD | EDWARD C. REDDINGTON |
| F. WHITTEN PETERS | PAUL K. DUEFFERT | | WILLIAM T. BURKE | DANIEL P. SHANAHAN |
| JAMES A. BRUTON, III | R. HACKNEY WIEGMANN | EDWARD BENNETT WILLIAMS (1920-1988) | LISA M. DUGGAN | VIDYA ATRE MIRMIRA |
| PETER J. KAHN | ROBERT M. CARY | PAUL R. CONNOLLY (1922-1978) | JOHN E. JOINER | JESSAMYN S. BERNIKER |
| LON S. BABBY | KEVIN M. HODGES | | NICHOLAS J. BOYLE | RICHMOND T. MOORE |
| MICHAEL S. SUNDERMEYER | DAVID M. ZINN | | ADAM L. PERLMAN | KENNETH J. BROWN |
| JAMES T. FULLER, III | JOSEPH G. PETROSINELLI | | ANDREW W. RUDGE | |
| DAVID D. AUFHAUSER | STEVEN M. FARINA | | DENEEN C. HOWELL | OF COUNSEL |
| BRUCE R. GENDERSON | KEVIN M. DOWNEY | | ALEX G. ROMAIN | JEREMIAH C. COLLINS |
| F. LANE HEARD III | THOMAS G. HENTOFF | | DAVID A. FORKNER | DAVID POVICH |
| STEVEN R. KUNEY | PAUL B. GAFFNEY | | JONATHAN M. LANDY | JOHN G. KESTER |
| GERSON A. ZWEIFACH | EMMET T. FLOOD | | CHRISTOPHER N. MANNING | ROBERT P. WATKINS |
| PAUL MOGIN | ROBERT A. VAN KIRK | | RYAN T. SCARBOROUGH | CAROLYN H. WILLIAMS |
| MARK S. LEVINSTEIN | MARCIE R. ZIEGLER | January 3, 2011 | JENNIFER G. WICHT | MARY G. CLARK |

***By Electronic Mail & U.S. Mail***

Honorable William R. Wilson, Jr.
U.S. District Judge
Richard Sheppard Arnold United States Courthouse
500 West Capitol Avenue, Suite D444
Little Rock, AR 72201-3325

  Re: ***Kuhn*** **and** ***Davidson*** **Trials/Appointment of an Independent Expert**

Dear Judge Wilson:

  We wish to comment briefly on two aspects of Mr. Walker's letter of December 30, 2010.[1]

  First, we believe plaintiffs' objection to the Court's appointment of an expert rests on a mistaken assumption. It was our understanding that the Court is considering the appointment of a Rule 706 expert to assist it in evaluating the evidence submitted, and the arguments made, by the parties. It was *not* our understanding that the Court intended to appoint an expert who would start from scratch, make an independent investigation of the subject, issue a report of his own, and defend it. A court can, of course, use Rule 706 to appoint such an expert. But Rule 706 is more versatile, we believe, and allows the Court to appoint an expert who will aid it in making a more sure-footed judgment about the challenges to, and defenses of, the experts' methodology.

  If we are correct, then the Rule 706 expert is not a "factfinder."[2] It is not his job to "'dig[] out the evidence'" or present the evidence.[3] There may well be "countless relevant

---

[1] We did not understand the Court's December 27, 2010 letter to call for briefs, and so simply reported our consent to the Court's appointment of an expert.

scholarly articles," but it is not his role to master the literature, but to assist the Court in evaluating the record presented by the parties in light of the *Daubert* criteria.[4] There is no interference with the adversarial process, because the Rule 706 expert is not testifying before a jury as an "independent" expert. And, because we understand the Court to be considering this more limited role, the cost of the expert would not be burdensome.

Second, the more times we read the letter, the more strongly it gives the impression that plaintiffs just do not want a neutral expert to examine the claims that Dr. Austin and plaintiffs' counsel make about the scientific evidence and the improvised methodology they defend. It is not true that "if the [*Daubert*] issue is close, it should go to the jury" or that the "Court's role is not to determine who wins the short-term use issue."[5] *Daubert* issues can be close, which is to say that they can be complicated and require close study. That is why they often elicit lengthy district court and appellate opinions. But no court has held, as plaintiffs argue, that the *Daubert* light flashes green whenever the gatekeeping role is hard work.

If the Court believes a Court-appointed expert can assist in that work, we support such an appointment.

Respectfully submitted,

*[signature]*

F. Lane Heard III

---

[2] Letter to Hon. William R. Wilson, Jr. from Erik B. Walker, Dec. 30, 2010, at 1.

[3] *Id.*

[4] *Id.* at 3.

[5] *Id.* at 4.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3d day of January 2011 a true and correct copy of the foregoing Letter from F. Lane Heard III to Judge Wilson was electronically filed with the Clerk of Court using the CM/ECF system, and a true and correct copy was forwarded by e-mail to the parties listed on the attached Service List.

| | |
|---|---|
| Navan Ward , Jr<br>Roman A. Shaul<br>Ted G. Meadows<br>Russell T. Abney<br>Beasley Allen Crow Methvin Portis Miles P.C.<br>P. O. Box 4160<br>Montgomery, AL 36103<br>navan.ward@beasleyallen.com<br>roman.shaul@beasleyallen.com<br>ted.meadows@beasleyallen.com<br>russ.abney@beasleyallen.com | Mr. Gary Holt<br>GARY EUBANKS & ASSOCIATES, LTD<br>708 West Second Street<br>P.O. Box 3887<br>Little Rock, Arkansas  72203-3887 |

Erik Brett Walker
Hissey, Kientz & Herron, P.L.L.C.
9442 Capital of Texas Highway North
Suite 420
Austin, TX 78759
erik@hkhlaw.com

                                                /s/    F. Lane Heard III
                                              F. Lane Heard III
                                                  WILLIAMS & CONNOLLY LLP
                                                  725 12th Street, NW
                                                  Washington, DC 20005-5901
                                                  (202) 434-5000
                                                  *lheard@wc.com*

## SERVICE LIST

### STEERING COMMITTEE MEMBERS

Mr. Richard Lewis
HAUSFELD LLP
1700 K Street NW
Suite 650
Washington, D.C. 20005

Mr. Shawn Khorrami
KHORRAMI POLLARD & ABIR, LLP
444 S. Flower Street, 33rd Floor
Los Angeles, CA 90071

Christopher T. Kirchmer
PROVOST UMPHREY
490 Park Street
P.O. Box 4905
Beaumont, Texas 77704

James A. Morris, Jr.
MORRIS LAW FIRM
11614 Bee Caves Road, Suite 220
Austin, Texas 78738

Mr. Robert K. Jenner
JANET, JENNER & SUGGS
1829 Reisterstown Road, Suite 320
Baltimore, MD 21208

Mr. Tobias L. Millrood
POGUST BRASLOW MILLROOD
8 Tower Bridge, Suite 1520
161 Washington Street
Conshohocken, PA 19428

Mr. Ken Suggs
JANET, JENNER & SUGGS
500 Taylor Street
Columbia, SC 29201

Mr. Mike Williams
WILLIAMS DAILEY O'LEARY CRAINE
AND LOVE, P.C.
9755 SW Barnes Road, Suite 450
Portland, OR 97225-6681

Mr. Ralph M. Cloar Jr.
Suite 640
1501 N. University Avenue
Little Rock, AR 72201

Mr. Irwin B. Levin
COHEN & MALAD, LLP
One Indian Square, Suite 1400
Indianapolis, IN 46204

### LEAD AND LIAISON COUNSEL

Mr. Gary Holt
GARY EUBANKS & ASSOCIATES, LTD
708 West Second Street
P.O. Box 3887
Little Rock, Arkansas 72203-3887

Ms. Zoe Littlepage
LITTLEPAGE BOOTH
2043A W. Main Street
Houston, TX 77098