| | | | | |
|---|---|---|---|---|
| PAUL MARTIN WOLFF | STEPHEN D. RABER | | J. ANDREW KEYES | JOSEPH M. TERRY |
| WILLIAM E. McDANIELS | DAVID C. KIERNAN | | M. ELAINE HORN | AARON P. MAURER |
| BRENDAN V. SULLIVAN, JR. | LON E. MUSSLEWHITE | | ENU MAINIGI | JON R. FETTEROLF |
| RICHARD M. COOPER | HEIDI K. HUBBARD | | MICHAEL F. O'CONNOR | STEPHEN P. SORENSEN |
| JERRY L. SHULMAN | GLENN J. PFADENHAUER | | PAUL T. HOURIHAN | F. GREG BOWMAN |
| ROBERT B. BARNETT | GEORGE A. BORDEN | | WILLIAM J. BACHMAN | ANA C. REYES |
| DAVID E. KENDALL | ROBERT J. SHAUGHNESSY | | MARGARET A. KEELEY | JONATHAN B. PITT |
| JOHN J. BUCKLEY, JR. | DAVID S. BLATT | | EDWARD J. BENNETT | DAVID I. BERL |
| TERRENCE O'DONNELL | ARI S. ZYMELMAN | | TOBIN J. ROMERO | ELLEN E. OBERWETTER |
| DOUGLAS R. MARVIN | DANE H. BUTSWINKAS | | BETH A. LEVENE | EDWARD C. REDDINGTON |
| JOHN K. VILLA | DENNIS M. BLACK | | THOMAS G. WARD | DANIEL P. SHANAHAN |
| BARRY S. SIMON | PHILIP A. SECHLER | | WILLIAM T. BURKE | VIDYA ATRE MIRMIRA |
| KEVIN T. BAINE | LYNDA SCHULER | | LISA M. DUGGAN | JESSAMYN S. BERNIKER |
| STEPHEN L. URBANCZYK | PAUL K. DUEFFERT | | JOHN E. JOINER | RICHMOND T. MOORE |
| PHILIP J. WARD | R. HACKNEY WIEGMANN | | NICHOLAS J. BOYLE | KENNETH J. BROWN |
| F. WHITTEN PETERS | ROBERT M. CARY | | ADAM L. PERLMAN | LUBA SHUR |
| JAMES A. BRUTON, III | KEVIN M. HODGES | | ANDREW W. RUDGE | PATRICK H. KIM |
| PETER J. KAHN | DAVID M. ZINN | | DENEEN C. HOWELL | WILLIAM P. ASHWORTH |
| MICHAEL S. SUNDERMEYER | JOSEPH G. PETROSINELLI | | ALEX G. ROMAIN | LANCE A. WADE |
| JAMES T. FULLER, III | STEVEN M. FARINA | | DAVID A. FORKNER | CHARLES DAVANT, IV |
| DAVID D. AUFHAUSER | KEVIN M. DOWNEY | | JONATHAN M. LANDY | DOV P. GROSSMAN |
| BRUCE R. GENDERSON | THOMAS G. HENTOFF | | CHRISTOPHER N. MANNING | |
| F. LANE HEARD III | PAUL B. GAFFNEY | | RYAN T. SCARBOROUGH | |
| STEVEN R. KUNEY | EMMET T. FLOOD | | JENNIFER G. WICHT | OF COUNSEL |
| GERSON A. ZWEIFACH | ROBERT A. VAN KIRK | | STEPHEN D. ANDREWS | JOHN W. VARDAMAN |
| PAUL MOGIN | MARCIE R. ZIEGLER | | KANNON K. SHANMUGAM | JEREMIAH C. COLLINS |
| MARK S. LEVINSTEIN | KENNETH C. SMURZYNSKI | | MALACHI B. JONES | DAVID POVICH |
| DANIEL F. KATZ | JOHN E. SCHMIDTLEIN | | THOMAS H. L. SELBY | JOHN G. KESTER |
| WILLIAM R. MURRAY, JR. | CRAIG D. SINGER | | KEVIN HARDY | ROBERT P. WATKINS |
| EVA PETKO ESBER | JAMES L. TANNER, JR. | | EDWARD C. BARNIDGE | CAROLYN H. WILLIAMS |

LAW OFFICES

# WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.

WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

www.wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

February 8, 2011

*By Electronic Mail & U.S. Mail*

Honorable Billy Roy Wilson
U.S. District Judge
Richard Sheppard Arnold United States Courthouse
500 West Capitol Avenue, Suite D444
Little Rock, AR 72201-3325

  Re: *Short-term Use*

Dear Judge Wilson,

  This letter is in response to Mr. Walker's letter dated February 4, 2011.

  The result in *Rivera* underscores the importance of this MDL Court, which has long and deep experience with every aspect of this litigation, deciding the scientific issues of global significance. *See In re Phenylpropanolamine Prods. Liab. Litig.*, 460 F.3d 1217, 1231-32 (9th Cir. 2006) (stating that the MDL court is in the best position to "uncomplicate matters" concerning complex legal issues); MANUAL ON COMPLEX LITIGATION ("MAN. COMP. LIT.") § 22.87 (4th ed. 2004) (noting the efficiency of having the MDL court decide general causation issues).

  The different conclusions reached by this Court and the *Rivera* court also underscore the benefit of *Daubert* hearings that include live testimony from the expert whose methodology is being challenged. MAN. COMP. LIT. § 22.87 (favoring live witness testimony). Both judges left the November 29 hearing in Puerto Rico with questions that were not answered by the parties' legal argument. This Court alone proceeded to request additional briefing and to hear testimony from the experts specific to Dr. Austin's methodology. This Court's opinion certainly indicates that Dr. Austin's *Daubert* hearing testimony assisted the Court in distinguishing lawyer argument from Dr. Austin's actual methodology.

The result in *Rivera* was not based on reliable scientific evidence:

*First*, the *Rivera* court did not cite any study in its Order that demonstrates a cause and effect relationship between Prempro use for 19 months and breast cancer – much less consistent evidence across the relevant body of studies. That is because neither Dr. Austin nor Dr. Colditz identified at trial a single study demonstrating a cause and effect relationship between 19 months of use and breast cancer. *See* Exs. 1-6.

*Second*, despite the *Rivera* Court's request for supplemental briefing related to this Court's subsequent *Daubert* hearing and decision, the *Rivera* court did not address Dr. Austin's MDL testimony or attempt to distinguish this Court's ruling and its reasoning. Certainly, nothing in the *Rivera* Order points to any error in this Court's more thorough analysis.

The same can be said about the long-delayed decision of the Pennsylvania Superior Court in the *Daniel* case (tried four years ago). The decision (attached as Ex. 7) denied Wyeth's cross-appeal and rejected Wyeth's challenge to the plaintiff's expert testimony that 18 months' of Prempro use caused her breast cancer. *First*, Dr. Austin's general causation testimony in *Daniel* was not reviewed under the *Daubert* standard. *Second*, in his January 2011 deposition testimony, when asked to give the scientific basis for his *Daniel* opinion, Dr. Austin was unable to cite any study demonstrating a cause/effect relationship between 18 months or less of Prempro use and breast cancer.[1] *Third*, in his January 2011 *Daubert* hearing testimony, Dr. Austin confirmed that he was unaware of any studies demonstrating a cause/effect relationship between 24 months or less of Prempro use and breast cancer.[2] In sum, **only this Court** required Dr. Austin to defend his methodology in live testimony and then evaluated that testimony under the *Daubert* standards. The *Rivera* court did not address it; the *Daniel* court did not have it.

Wyeth proposed a joint hearing with Judge Fuste (as it did earlier with Judge Montgomery), not only to promote efficiency, but also to avoid inconsistent rulings on an issue relevant to many cases. Notwithstanding the result on this second occasion, we believe that joint hearings can continue to be a useful tool, and we believe there are ways that the Court's decision on this question (as well as on other issues of broader significance) can be applied consistently and provide important guidance to remand courts.[3]

---

[1] *See* Austin Dep., 1/11/2011 at 41:25-42:21; 43:12-44:25 (Ex. 8).

[2] *See Daubert* Hr'g Tr., 1/12/2011 at 190:19-191:3 (Ex. 9).

[3] *In re Korean Air Lines Disaster of Sept. 1, 1983*, 829 F.2d 1171, 1179 (D.C. Cir. 1987) (a primary goal of multi-district litigation is ensuring consistency of judicial decisions); *In re Bank of Am. Wage & Hour Employment Litig.*, --- F.Supp.2d ---, 2010 WL 3833034, at *7 (D.Kan. Sept. 10, 2010) (the purpose of the MDL process is to "avoid[] conflicting

WILLIAMS & CONNOLLY LLP
Honorable Billy Roy Wilson
February 8, 2011
Page 3

Thank you for your time and consideration in this matter.

Respectfully submitted,

*[signature]*

F. Lane Heard III

---

decisions and foster[] economy and efficiency in judicial administration in lieu of the potential chaos which could result from litigating related issues in different courts all over the country").

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of February 2011 a true and correct copy of the foregoing February 8, 2011 Letter from F. Lane Heard III to Judge Wilson was electronically filed with the Clerk of Court using the CM/ECF system, and a true and correct copy was forwarded by e-mail to the parties listed on the attached Service List.

/s/    F. Lane Heard III
F. Lane Heard III

WILLIAMS & CONNOLLY LLP
725 12th Street, NW
Washington, DC 20005-5901
(202) 434-5000
*lheard@wc.com*

## SERVICE LIST

### STEERING COMMITTEE MEMBERS

Mr. Richard Lewis
HAUSFELD LLP
1700 K Street NW
Suite 650
Washington, D.C. 20005

Mr. Shawn Khorrami
KHORRAMI POLLARD & ABIR, LLP
444 S. Flower Street, 33rd Floor
Los Angeles, CA 90071

Christopher T. Kirchmer
PROVOST UMPHREY
490 Park Street
P.O. Box 4905
Beaumont, Texas 77704

James A. Morris, Jr.
MORRIS LAW FIRM
11614 Bee Caves Road, Suite 220
Austin, Texas 78738

Mr. Robert K. Jenner
JANET, JENNER & SUGGS
1829 Reisterstown Road, Suite 320
Baltimore, MD 21208

Mr. Tobias L. Millrood
POGUST BRASLOW MILLROOD
8 Tower Bridge, Suite 1520
161 Washington Street
Conshohocken, PA 19428

Mr. Ken Suggs
JANET, JENNER & SUGGS
500 Taylor Street
Columbia, SC 29201

Mr. Mike Williams
WILLIAMS DAILEY O'LEARY CRAINE
AND LOVE, P.C.
9755 SW Barnes Road, Suite 450
Portland, OR 97225-6681

Mr. Ralph M. Cloar Jr.
Suite 640
1501 N. University Avenue
Little Rock, AR 72201

Mr. Irwin B. Levin
COHEN & MALAD, LLP
One Indian Square, Suite 1400
Indianapolis, IN 46204

### LEAD AND LIAISON COUNSEL

Mr. Gary Holt
GARY EUBANKS & ASSOCIATES, LTD
708 West Second Street
P.O. Box 3887
Little Rock, Arkansas 72203-3887

Ms. Zoe Littlepage
LITTLEPAGE BOOTH
2043A W. Main Street
Houston, TX 77098