LAW OFFICES

# WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.

WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

www.wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

PAUL MARTIN WOLFF, WILLIAM E. McDANIELS, BRENDAN V. SULLIVAN, JR., RICHARD M. COOPER, JERRY L. SHULMAN, ROBERT B. BARNETT, DAVID E. KENDALL, JOHN J. BUCKLEY, JR., TERRENCE O'DONNELL, DOUGLAS R. MARVIN, JOHN K. VILLA, BARRY S. SIMON, KEVIN T. BAINE, STEPHEN L. URBANCZYK, PHILIP J. WARD, F. WHITTEN PETERS, JAMES A. BRUTON, III, PETER J. KAHN, MICHAEL S. SUNDERMEYER, JAMES T. FULLER, III, DAVID D. AUFHAUSER, BRUCE R. GENDERSON, F. LANE HEARD III, STEVEN R. KUNEY, GERSON A. ZWEIFACH, PAUL MOGIN, MARK S. LEVINSTEIN, DANIEL F. KATZ, WILLIAM R. MURRAY, JR., EVA PETKO ESBER, STEPHEN D. RABER, DAVID C. KIERNAN, LON E. MUSSLEWHITE, HEIDI K. HUBBARD, GLENN J. PFADENHAUER, GEORGE A. BORDEN, ROBERT J. SHAUGHNESSY, DAVID S. BLATT, ARI S. ZYMELMAN, DANE H. BUTSWINKAS, DENNIS M. BLACK, PHILIP A. SECHLER, LYNDA SCHULER, PAUL K. DUEFFERT, R. HACKNEY WIEGMANN, ROBERT M. CARY, KEVIN M. HODGES, DAVID M. ZINN, JOSEPH G. PETROSINELLI, STEVEN M. FARINA, KEVIN M. DOWNEY, THOMAS G. HENTOFF, PAUL B. GAFFNEY, EMMET T. FLOOD, ROBERT A. VAN KIRK, MARCIE R. ZIEGLER, KENNETH C. SMURZYNSKI, JOHN E. SCHMIDTLEIN, CRAIG D. SINGER, JAMES L. TANNER, JR., J. ANDREW KEYES, M. ELAINE HORN, ENU MAINIGI, MICHAEL F. O'CONNOR, PAUL T. HOURIHAN, WILLIAM J. BACHMAN, MARGARET A. KEELEY, EDWARD J. BENNETT, TOBIN J. ROMERO, BETH A. LEVENE, THOMAS G. WARD, WILLIAM T. BURKE, LISA M. DUGGAN, JOHN E. JOINER, NICHOLAS J. BOYLE, ADAM L. PERLMAN, ANDREW W. RUDGE, DENEEN C. HOWELL, ALEX G. ROMAIN, DAVID A. FORKNER, JONATHAN M. LANDY, CHRISTOPHER N. MANNING, RYAN T. SCARBOROUGH, JENNIFER G. WICHT, STEPHEN D. ANDREWS, KANNON K. SHANMUGAM, MALACHI B. JONES, THOMAS H. L. SELBY, KEVIN HARDY, EDWARD C. BARNIDGE, JOSEPH M. TERRY, AARON P. MAURER, JON R. FETTEROLF, STEPHEN P. SORENSEN, F. GREG BOWMAN, ANA C. REYES, JONATHAN B. PITT, DAVID I. BERL, ELLEN E. OBERWETTER, EDWARD C. REDDINGTON, DANIEL P. SHANAHAN, VIDYA ATRE MIRMIRA, JESSAMYN S. BERNIKER, RICHMOND T. MOORE, KENNETH J. BROWN, LUBA SHUR, PATRICK H. KIM, WILLIAM P. ASHWORTH, LANCE A. WADE, CHARLES DAVANT, IV, DOV P. GROSSMAN

OF COUNSEL: JOHN W. VARDAMAN, JEREMIAH C. COLLINS, DAVID POVICH, JOHN G. KESTER, ROBERT P. WATKINS, CAROLYN H. WILLIAMS

February 9, 2011

**By Electronic Mail & U.S. Mail**

Honorable Billy Roy Wilson
U.S. District Judge
Richard Sheppard Arnold United States Courthouse
500 West Capitol Avenue, Suite D444
Little Rock, AR 72201-3325

    Re:   *Short-term Use*

Dear Judge Wilson:

    It is ironic—but, more than that, troubling—that with regard to this *Daubert* motion, which turns on the ***quality*** of the scientific evidence and the ***rigor*** with which plaintiffs' expert has considered the evidence, Plaintiff's counsel has written another letter that is careless with the facts.

    Today's letter from plaintiffs' counsel states that Wyeth's February 8, 2011 letter "misstates the evidence facing the trial court and appellate courts" in the *Daniel* case. But plaintiffs' counsel does not present any facts to support that allegation. In truth, Wyeth's letter said nothing about "the evidence facing the [*Daniel*] trial court and appellate courts."

    What Wyeth's letter did say was that, when Dr. Austin testified in January ***2011*** as part of the *Daubert* proceedings, and was asked specifically to give the scientific basis for his opinion in the *Daniel* case, he was unable to cite any study demonstrating a cause/effect relationship between Prempro use for 18 months or less and breast cancer. We cited "chapter and verse" from his deposition and hearing testimony. Today's letter from plaintiffs' counsel ignores that testimony. (Counsel notes that the *Daniel* opinion cited the Ravdin study; tellingly, Dr. Austin did not in his testimony before this Court.)

WILLIAMS & CONNOLLY LLP
Honorable Billy Roy Wilson
February 9, 2011
Page 2

    The reference in today's letter to "the *plethora* of court decisions finding sufficient evidence of a short-term effect" also reflects an inattention to the facts. We understand "plethora" to mean an excess, or over-supply, of something. But there are only two such decisions: the decision by Judge Fuste, which suffers from the flaws identified in yesterday's letter, and the *Daniel* decision, which is based on a record that is four years old and which Dr. Austin is unable to defend with any studies other than those already found unreliable by the Court.

                     Respectfully submitted,

                       F. Lane Heard III

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of February 2011 a true and correct copy of the foregoing February 9, 2011 Letter from F. Lane Heard III to Judge Wilson was electronically filed with the Clerk of Court using the CM/ECF system, and a true and correct copy was forwarded by e-mail to the parties listed on the attached Service List.

/s/   F. Lane Heard III
F. Lane Heard III

WILLIAMS & CONNOLLY LLP
725 12th Street, NW
Washington, DC 20005-5901
(202) 434-5000
*lheard@wc.com*

## SERVICE LIST

### STEERING COMMITTEE MEMBERS

Mr. Richard Lewis
HAUSFELD LLP
1700 K Street NW
Suite 650
Washington, D.C. 20005

Mr. Shawn Khorrami
KHORRAMI POLLARD & ABIR, LLP
444 S. Flower Street, 33rd Floor
Los Angeles, CA 90071

Christopher T. Kirchmer
PROVOST UMPHREY
490 Park Street
P.O. Box 4905
Beaumont, Texas 77704

James A. Morris, Jr.
MORRIS LAW FIRM
11614 Bee Caves Road, Suite 220
Austin, Texas 78738

Mr. Robert K. Jenner
JANET, JENNER & SUGGS
1829 Reisterstown Road, Suite 320
Baltimore, MD 21208

Mr. Tobias L. Millrood
POGUST BRASLOW MILLROOD
8 Tower Bridge, Suite 1520
161 Washington Street
Conshohocken, PA 19428

Mr. Ken Suggs
JANET, JENNER & SUGGS
500 Taylor Street
Columbia, SC 29201

Mr. Mike Williams
WILLIAMS DAILEY O'LEARY CRAINE
AND LOVE, P.C.
9755 SW Barnes Road, Suite 450
Portland, OR 97225-6681

Mr. Ralph M. Cloar Jr.
Suite 640
1501 N. University Avenue
Little Rock, AR 72201

Mr. Irwin B. Levin
COHEN & MALAD, LLP
One Indian Square, Suite 1400
Indianapolis, IN 46204

### LEAD AND LIAISON COUNSEL

Mr. Gary Holt
GARY EUBANKS & ASSOCIATES, LTD
708 West Second Street
P.O. Box 3887
Little Rock, Arkansas 72203-3887

Ms. Zoe Littlepage
LITTLEPAGE BOOTH
2043A W. Main Street
Houston, TX 77098