# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

| | | |
|---|---|---|
| | **:** | **MDL DOCKET NO. 4:03-CV-1507-BRW** |
| **IN RE:** | **:** | |
| **PREMPRO PRODUCTS LIABILITY** | **:** | |
| **LITIGATION** | **:** | |

## ORDER

The March 18, 2011, Status Conference will commence at 8:15 a.m. and end at 9:45 a.m.

Please plan accordingly.

IT SO ORDERED this 10th day of March, 2011.


/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE