Exhibit 45

# Prognostic Characteristics of Breast Cancer Among Postmenopausal Hormone Users in a Screened Population

By Karla Kerlikowske, Diana L. Miglioretti, Rachel Ballard-Barbash, Donald L. Weaver, Diana S.M. Buist, William E. Barlow, Gary Cutter, Berta M. Geller, Bonnie Yankaskas, Stephen H. Taplin, and Patricia A. Carney

**Purpose:** We determined the risk of breast cancer and tumor characteristics among current postmenopausal hormone therapy users compared with nonusers, by duration of use.

**Methods:** From January 1996 to December 2000, data were collected prospectively on 374,465 postmenopausal women aged 50 to 79 years who underwent screening mammography. We calculated the relative risk (RR) of breast cancer (invasive or ductal carcinoma-in-situ) and type of breast cancer within 12 months of postmenopausal therapy use among current hormone users with a uterus (proxy for estrogen and progestin use) and without a uterus (proxy for estrogen use), compared with nonusers.

**Results:** Compared with nonusers, women using estrogen and progestin for ≥ 5 years were at increased risk of breast tumors of stage 0 or I (RR, 1.51; 95% CI, 1.37 to 1.66), stage II or higher (RR, 1.46; 95% CI, 1.30 to 1.63), size ≤ 20 mm (RR, 1.59; 95% CI, 1.43 to 1.76), size greater than 20 mm (RR, 1.24; 95% CI, 1.09 to 1.42), grade 1 or 2 (RR, 1.60; 95% CI, 1.44 to 1.77), grade 3 or 4 (RR, 1.54; 95% CI, 1.37 to 1.73), and estrogen receptor-positive (RR, 1.72; 95% CI, 1.55 to 1.90). Estrogen-only users were slightly more likely to have estrogen receptor-positive breast cancer compared with nonusers (RR, 1.14; 95% CI, 1.06 to 1.23).

**Conclusion:** Use of estrogen and progestin postmenopausal hormone therapy for five years or more increased the likelihood of developing breast cancer, including both tumors with favorable prognostic features and tumors with unfavorable prognostic features.

*J Clin Oncol 21:4314-4321. © 2003 by American Society of Clinical Oncology.*

POSTMENOPAUSAL HORMONE therapy (HT) has been associated with increased risk of breast cancer.[1-3] Estrogen plus progestin regimens may be associated with a greater risk of breast cancer than estrogen-only regimens[4-6]; however, results are not consistent or conclusive across studies.[2,4-7] It is also unclear whether HT results in an increased risk of breast cancer with a favorable prognosis (low stage and grade), less favorable prognosis (high stage and grade), or both.

From the Department of Epidemiology and Biostatistics, and the General Internal Medicine Section, Department of Veterans Affairs, University of California, San Francisco, CA; Center for Health Studies, Group Health Cooperative; Department of Biostatistics, University of Washington, Seattle, WA; Applied Research Program, DCCPS, National Cancer Institute, Bethesda, MD; Department of Pathology, and Health Promotion Research, University of Vermont, College of Medicine, Burlington, VT; Center for Research Design and Statistical Methods, University of Nevada School of Medicine, Applied Research Facility, Reno, NV; Department of Radiology, University of North Carolina, Chapel Hill, NC; Norris Cotton Cancer Center/Dartmouth-Hitchcock Medical Center/Department of Community and Family Medicine, Dartmouth Medical School, Lebanon, NH.

Submitted May 21, 2003; accepted September 8, 2003.

This work was supported by a National Cancer Institute–funded Breast Cancer Surveillance Consortium cooperative agreement (U01CA63740, U01CA86076, U01CA86082, U01CA63736, U01CA70013, U01CA69976, U01CA63731, U01CA70040).

Authors' disclosures of potential conflicts of interest are found at the end of this article.

Address reprint requests to Karla Kerlikowske, MD, San Francisco Veterans Affairs Medical Center, General Internal Medicine Section, 111A1, 4150 Clement St, San Francisco, CA 94121; e-mail: kerliko@itsa.ucsf.edu.

© 2003 by American Society of Clinical Oncology.

0732-183X/03/2123-4314/$20.00

Several observational studies have reported that HT users have smaller[8-13] and lower-grade tumors,[10,12,14-17] while others have not shown any influence of HT on tumor size[14,15,18-23] or grade.[9,13,18,21,23] Three studies have reported that HT users are more likely to have estrogen receptor- (ER-) positive tumors.[4,9,24] Several others have reported no association with HT use and ER status.[8,10-15,18-20,23] The inconsistent results across studies may be because many include a small number of women who had been receiving HT when diagnosed with breast cancer (n = 29 to n = 263).[4,8,10-21,23] In addition, many of the studies did not adequately account for breast cancer surveillance by screening mammography,[4,8-12,15,16,18-20,23] which could result in earlier detection and fewer advanced cancers in HT users. Lastly, the studies had no information or very limited information on tumor characteristics associated with type of HT regimen or duration of use, which may influence tumor features.[4,5,8-24]

The Women's Health Initiative randomized controlled trial showed that women taking a continuous estrogen and progestin regimen for more than 4 years had an increased risk of breast cancer.[3] A greater proportion of women on estrogen and progestin regimens were diagnosed with regional disease (Surveillance, Epidemiology and End Results [SEER] program staging system), compared with those using placebo.[25] Determining whether HT has clinically important influences on breast cancer stage or aggressiveness and cancer detection rates by mammography in a large, community-based population may contribute to a woman's decision to start HT, or to take HT for long periods.

We evaluated the influence of HT on breast cancer risk by pooling data from six mammography registries where current HT use, history of hysterectomy, and time between mammography examinations is prospectively recorded. We inferred that

Downloaded from www.jco.org on January 19, 2006. For personal use only. No other uses without permission.
Copyright © 2003 by the American Society of Clinical Oncology. All rights reserved.

history of hysterectomy is a proxy for type of HT use based on clinical practice guidelines for HT that have been in place for more than 10 years, and recommend estrogen and progestin for women with a uterus, and estrogen only for women without a uterus. We report the relative risk (RR) of breast cancer by tumor characteristics and cancer detection rates by mammography among HT users with and without a uterus by duration of use, compared with non-HT users.

## METHODS

### Data Sources

Data were pooled from six mammography registries that participate in the Breast Cancer Surveillance Consortium[26] (http://breastscreening.cancer.gov) funded by the National Cancer Institute: (1) San Francisco Mammography Registry, San Francisco, CA; (2) Group Health Cooperative, Seattle, WA; (3) Colorado Mammography Advocacy Project, Denver, CO; (4) Vermont Breast Cancer Surveillance System, Burlington, VT; (5) New Hampshire Mammography Network, Lebanon, NH; and (6) Carolina Mammography Registry, Chapel Hill, NC. These registries collect information on screening and diagnostic mammography examinations performed in their defined catchment area. Each mammography registry links women in their registry to a state tumor registry or regional SEER program that collects population-based cancer data. Some registries additionally link to pathology databases. Each registry obtains annual approval from their institutional review board to collect registry information. Linkage procedures are performed following human subjects protocols to maintain participant confidentiality.

### Subjects

Our study included postmenopausal women aged 50 to 79 years who underwent bilateral mammography examination indicated by the radiologist as being performed for screening, between January 1996 and December 2000. Women entered the study at the time of their screening examination and were observed for 1 year, or until the next screening examination, to determine if breast cancer was diagnosed. A woman may have had more than one mammography examination during the study period, and thus, may have entered the study more than once (n = 192,511). Breast cancer was not uniformly detected during the follow-up period; rather, detection was highest immediately following a screening examination. Therefore, all analyses were performed per mammography examination rather than per person-year of follow-up. Screening examinations that occurred after December 2000 were excluded to ensure at least 12 months for reporting cancers to tumor registries after screening examinations.

Women 55 years and older were assumed to be postmenopausal. Women aged 50 to 54 years were considered to be postmenopausal if both ovaries had been removed, if they reported that their periods had stopped permanently, or if they were taking HT. Premenopausal women aged 50 to 54 years having regular menstrual periods with no HT use were excluded (66,132; 6%). We also excluded women who self-reported breast augmentation (<1%) or prior diagnosis of breast cancer (3%), and women for whom time between mammography examinations (4%), family history of breast cancer (8%), or current HT use (17%) was missing.

### Measurements and Definitions

For each woman, demographic information and a self-reported breast health history were obtained at the time of each screening examination by completing a survey. The survey includes questions about menopausal status, family history of breast cancer in a first-degree relative, current HT use, history of hysterectomy, and time between mammography examinations. Women were considered to have a family history of breast cancer if they reported having at least one first-degree relative (mother, sister, or daughter) with breast cancer. Women were considered to be "current HT users" if they reported using prescription HT at a screening examination. Three registries collect information on duration of use, which was categorized as less than 5 and ≥ 5 years of use. Two registries collect detailed self-report information on type of HT regimen for women who self-reported "current HT use." Of women who reported current HT use and no history of hysterectomy, 80.4% reported taking estrogen and progestin, 17.8% reported estrogen only, and 1.8% reported progestin only. Of those who reported current HT use and history of hysterectomy, 87.3% reported taking estrogen only, 12.0% reported estrogen and progestin, and 0.7% reported progestin only. Thus, women with a uterus who were using HT were considered to be using estrogen plus progestin, whereas women without a uterus using HT were considered to be using estrogen only.

Time between mammography examinations was determined using dates of prior mammography examinations recorded in each mammography registry, or self-reported information collected at the screening examination. We used self-reported data, rather than dates of prior mammography examinations recorded in a registry, to calculate time between mammography examinations for 6.7% of nonusers, 3.5% of HT users without a uterus, and 9.3% of HT users with a uterus.

Women were considered to have breast cancer if reports from a breast pathology database, SEER program, or state tumor registry showed any invasive carcinoma or ductal carcinoma in situ (DCIS) through December 2001. Women with lobular carcinoma-in-situ only were not considered to have cancer. All breast cancers were classified according to the American Joint Committee on Cancer staging system.[27] Invasive cancers were categorized by tumor size, grade, and ER status. The few women (n = 55) with grade 4 tumors (undifferentiated or anaplastic) were included with the group of women with grade 3 tumors (poorly differentiated).

### Statistical Analysis

We stratified the data into three groups based on self-reported current HT use and history of hysterectomy: (1) no HT use with or without a uterus, (2) HT use and no uterus (proxy for estrogen only), and (3) HT use and uterus (proxy for estrogen and progestin use). Frequency distributions of various risk factors were determined for women in these three groups. Rates and RRs were calculated using Poisson regression, adjusting for age as a continuous variable, family history of breast cancer, examination year, time between mammography examinations, and mammography registry. We standardized the rates by taking a weighted average of the rates estimated from the Poisson regression model for each covariate configuration, weighting by the proportion of women in the study with that covariate configuration. Thus, the same weights were used for nonusers, estrogen and progestin users, and estrogen-only users, resulting in an adjustment to the same population. Adjusted distributions were standardized to the study population using logistic regression for ER status, and polytomous regression for other tumor characteristics. We also adjusted all analyses for race. Since the results were similar, and to minimize the number of women excluded from analyses due to missing values, we did not adjust for race in the final analyses.

Rates of breast cancer (invasive cancer or DCIS diagnosed within 12 months of a screening examination and HT use) and 95% CIs were calculated per 1000 examinations for the three groups and by decade of age. Adjusted rates and distributions were calculated for stage (0, I, II, and III and IV combined), tumor size (invasive cancer ≤ 10 mm, 11 to 20 mm, and > 20 mm), tumor grade (1, 2, and 3 and 4 combined), and ER status (positive and negative).

We calculated RRs comparing those taking estrogen and progestin and those on estrogen only, with to non-HT users by duration of treatment. We also calculated RRs comparing the risk of tumor characteristics in estrogen and progestin users and estrogen-only users, with that of nonusers. We compared the risk of each more favorable tumor feature (stage 0 or I, size ≤ 20 mm, grade 1 or 2, ER-positive) and each less favorable tumor feature (stage II or higher, size > 20 mm, grade 3 or 4, ER-negative). We dichotomized tumor size at ≤ 20 mm and stage at 0 or I since both parameters are considered early stage disease. To evaluate the impact of study parameters on our findings, two sensitivity analyses were performed using the same Poisson regression models described above: 1) for a subset of women whose time between screens ranged from 9 to 18 months with a median of 13 months, and 2) including all breast cancers occurring within 24 months of a screening examination.

Downloaded from www.jco.org on January 19, 2006 . For personal use only. No other uses without permission.
Copyright © 2003 by the American Society of Clinical Oncology. All rights reserved.

Table 1. Study Population Characteristics for 374,465 Postmenopausal Women Who Underwent 683,435 Screening Mammography Examinations Between 1996 and 2000 by HT Use

| | Hormone Use (% of patients)* | | |
|---|---|---|---|
| | No HT | Estrogen Only | Estrogen and Progestin |
| No. of women | 213,660 | 79,216 | 81,589 |
| No. of examinations | 382,435 | 151,399 | 149,601 |
| Age, years | | | |
| 50-59 | 35 | 49 | 55 |
| 60-69 | 34 | 34 | 32 |
| 70-79 | 31 | 17 | 13 |
| Race or ethnicity† | | | |
| White | 83 | 90 | 91 |
| Black | 9 | 6 | 3 |
| Asian | 6 | 3 | 4 |
| Native American or Alaskan Native | 1 | 0 | 0 |
| Other races | 1 | 1 | 1 |
| Hispanic | 3 | 2 | 3 |
| Family history of breast cancer | 16 | 14 | 12 |
| Previous breast biopsy or surgery† | 21 | 27 | 23 |
| Time between screens, years | | | |
| 1 | 62 | 70 | 70 |
| 2 | 24 | 23 | 23 |
| 3-4 | 7 | 4 | 4 |
| > 4 | 8 | 3 | 3 |

Abbreviation: HT, hormone therapy.
*Estrogen-only group: HT users without a uterus. Estrogen and progestin group: HT users with a uterus. Column percentage calculated from number of examinations.
†Missing data: 13% for race, 14% for ethnicity (Hispanic), and 3% for previous breast biopsy or surgery.

We calculated the true-positive and false-negative rates per 1000 examinations for the three study groups. Adjusted rates were calculated using the same method as described above. We used simulation to estimate the 95% confidence intervals, sampling 100,000 values of the regression coefficients from their joint multivariate normal distribution and calculating the rates for each sample. We estimated upper and lower limits by the simulated 2.5 and 97.5 percentiles. A screening examination was considered a *false-negative* examination if breast cancer was diagnosed within 12 months of a negative examination (BI-RADS [American College of Radiology, Philadelphia, PA] assessment of 1, 2, or 3 when associated with short-interval follow-up only or routine follow-up). A screening examination was considered a *true-positive* examination if breast cancer was diagnosed within 12 months of a positive examination (BI-RADS assessment of 0, 4, 5, or 3 when associated with a recommendation for immediate follow-up).

## RESULTS

A total of 373,265 postmenopausal women underwent 683,435 screening mammography examinations between January 1996 and December 2000, of whom 3,202 developed breast cancer (2,619 invasive and 583 DCIS) within 12 months of an examination.

HT users were more likely to be younger, white, have had a previous breast biopsy or surgery, and shorter time period between mammography examinations and less likely to have a family history of breast cancer (Table 1).

Among women who developed breast cancer, the mean age at diagnosis was significantly younger among women using estrogen and progestin and estrogen only compared with nonusers (61 and 63 years $v$ 66 years; $P < .001$). Overall risk of cancer was higher among women using estrogen and progestin compared with nonusers (RR, 1.39; 95% CI, 1.31 to 1.47). There was no significant increased risk of breast cancer among women using estrogen alone compared with nonusers (RR, 1.05; 95% CI, 0.99 to 1.12). The rate of cancer increased with age for all three groups ($P < .0001$) and was higher for each decade of age among women using estrogen and progestin compared with women using estrogen only, and compared with nonusers (Table 2).

### Rate and Risk of Cancer by Tumor Characteristics and HT Use

The rates of stage 0, I, and II tumor; invasive cancer ≤ 20 mm; grade 1, 2, and 3 or 4 disease; and ER-positive disease were higher among women using estrogen and progestin compared with women using estrogen only, and compared with nonusers (Table 3).

Rate and risk of breast cancer was higher among women using estrogen and progestin for ≥ 5 years compared with nonusers (RR, 1.49; 95% CI, 1.36 to 1.63) (Table 4). Rate and risk of breast cancer was not increased among women using estrogen and progestin less than 5 years, or among those using estrogen

Table 2. Rate of Cancer and 95% CI Among 374,465 Postmenopausal Women Who Underwent Screening Mammography From 1996 to 2000 by HT Use

| | Hormone Use* | | | | | |
|---|---|---|---|---|---|---|
| | No HT | | Estrogen Only | | Estrogen and Progestin | |
| | Rate | 95% CI | Rate | 95% CI | Rate | 95% CI |
| No. of examinations | 382,435 | | 151,399 | | 149,601 | |
| No. of cancers | 1,803 | | 624 | | 775 | |
| Cancers per 1,000 examinations† | 4.3 | 4.2 to 4.5 | 4.5 | 4.3 to 4.8 | 6.0 | 5.7 to 6.3 |
| Cancers per 1,000 examinations by age, years‡ | | | | | | |
| 50-59 | 3.3 | 3.1 to 3.6 | 3.4 | 3.2 to 3.8 | 4.5 | 4.2 to 4.9 |
| 60-69 | 4.6 | 4.4 to 5.0 | 4.8 | 4.4 to 5.2 | 6.4 | 5.9 to 6.9 |
| 70-79 | 5.8 | 5.5 to 6.6 | 6.0 | 5.5 to 6.6 | 7.9 | 7.2 to 8.6 |

Abbreviation: HT, hormone therapy.
*Estrogen-only group: HT users without a uterus. Estrogen and progestin group: HT users with a uterus.
†Adjusted for age, family history of breast cancer, examination year, time between mammography examinations, and mammography registry using Poisson regression, and standardized to the total population.
‡Adjusted for family history of breast cancer, examination year, time between mammography examinations, and mammography registry using Poisson regression, and standardized to the total population.

Downloaded from www.jco.org on January 19, 2006 . For personal use only. No other uses without permission.
Copyright © 2003 by the American Society of Clinical Oncology. All rights reserved.

Table 3. Rate of Breast Cancer per 1,000 Examinations and Distribution of Cancers by Stage, Size, Grade, and Estrogen Receptor Status Among Postmenopausal Women With Screening Examinations From 1996 to 2000 by HT Use

| | Hormone Use* | | | | | |
|---|---|---|---|---|---|---|
| | No HT | | Estrogen Only | | Estrogen and Progestin | |
| | Rate | % of Cancers | Rate | % of Cancers | Rate | % of Cancers |
| Stage† | | | | | | |
| 0 | 0.79 | 20.8 | 0.77 | 19.4 | 1.11 | 20.6 |
| I | 1.97 | 51.5 | 2.21 | 54.9 | 2.90 | 54.3 |
| II | 0.91 | 23.8 | 0.85 | 21.6 | 1.18 | 21.7 |
| III or IV | 0.15 | 3.9 | 0.17 | 4.1 | 0.19 | 3.5 |
| Tumor size†‡ | | | | | | |
| ≤10 mm | 1.14 | 36.8 | 1.19 | 34.6 | 1.61 | 36.9 |
| 11-20 mm | 1.24 | 39.7 | 1.49 | 43.6 | 1.90 | 43.8 |
| >20 mm | 0.74 | 23.5 | 0.71 | 21.9 | 0.84 | 19.4 |
| Tumor grade†‡ | | | | | | |
| 1 | 0.68 | 24.8 | 0.78 | 25.5 | 1.25 | 31.9 |
| 2 | 1.20 | 43.5 | 1.31 | 44.2 | 1.57 | 41.1 |
| 3 or 4 | 0.87 | 31.8 | 0.88 | 30.2 | 1.02 | 27.1 |
| Estrogen receptor status†‡ | | | | | | |
| Positive | 1.96 | 83.1 | 2.32 | 84.2 | 2.96 | 89.3 |
| Negative | 0.40 | 16.9 | 0.38 | 15.8 | 0.36 | 10.7 |

Abbreviation: HT, hormone therapy.
*Estrogen only group: HT users without a uterus. Estrogen and progestin group: HT users with a uterus.
†Adjusted for age, family history of breast cancer, examination year, time between mammography examinations, and mammography registry using Poisson regression for rates and logistic/polytomous regression for percentages, standardized to the entire population. Missing data for non-HT users, HT users without a uterus, and HT users with a uterus: 12%, 13%, and 10% for stage; 12%, 13%, and 13% for tumor size; 22%, 22%, 20% for tumor grade; and 33%, 28%, and 31% for estrogen receptor status, respectively.
‡Invasive cancer only.

only compared with nonusers, irrespective of duration of use (Table 4).

The risk of tumors associated with more favorable prognostic characteristics was higher among women using estrogen and progestin for ≥ 5 years compared with nonusers: 41% for DCIS, 51% for stage 0 or I, 59% for invasive cancer 20 mm or smaller, 60% for grade 1 or 2 disease, and 72% for ER-positive disease (Table 5). The risk of tumors associated with less favorable prognostic characteristics was also higher among women using estrogen and progestin for ≥ 5 years compared with nonusers: 51% for invasive cancer; 46% for stage II, III, or IV; 24% for invasive cancer larger than 20 mm; and 54% for grade 3 or 4 disease (Table 5). Except for the increased risk of an ER-positive tumor (Table 5), overall cancer risk was not higher among women using estrogen only as compared with nonusers. In a sensitivity analysis on a subset of women whose time between screens was approximately 1 year, results were similar to those presented in Tables 4 and 5 (data not shown), with risk of breast cancer higher among women using estrogen and progestin for ≥ 5 years compared with nonusers (RR, 1.51; 95% CI, 1.32 to 1.72). A separate sensitivity analysis that allowed 24 months for cancer to occur after a screening examination, found similar results to those reported in Tables 4 and 5 (data not shown); risk of breast cancer was higher among women using estrogen and progestin for ≥ 5 years compared with nonusers (RR, 1.55; 95% CI, 1.40 to 1.71).

Table 4. Rate of Cancer and 95% CI Among Postmenopausal Women Who Underwent Screening Mammography From 1996 to 2000 by Duration of HT Use

| | | Duration of Use* | | | |
|---|---|---|---|---|---|
| | No HT | Estrogen Only | | Estrogen and Progestin | |
| | | < 5 Years | ≥ 5 Years | < 5 Years | ≥ 5 Years |
| No. of examinations | 382,435 | 14,815 | 67,911 | 24,819 | 47,979 |
| No. of cancers | 1,803 | 51 | 272 | 81 | 298 |
| Cancers per 1,000 exams | 4.3 | 3.7 | 4.0 | 3.7 | 6.5 |
| 95% CI† | 4.2 to 4.5 | 3.1 to 4.5 | 3.7 to 4.3 | 3.2 to 4.3 | 6.0 to 7.0 |
| Relative risk | Referent | 0.86 | 0.92 | 0.85 | 1.49 |
| 95% CI† | | 0.71 to 1.03 | 0.84 to 1.00 | 0.73 to 0.98 | 1.36 to 1.63 |

Abbreviation: HT, hormone therapy.
*Estrogen only group: HT users without a uterus. Estrogen and progestin group: HT users with a uterus.
†Adjusted for age, family history of breast cancer, examination year, time between mammography examinations, and mammography registry using Poisson regression and standardized to the total population.

Downloaded from www.jco.org on January 19, 2006. For personal use only. No other uses without permission.
Copyright © 2003 by the American Society of Clinical Oncology. All rights reserved.

Table 5. Relative Risk of Breast Cancer for a Given Tumor Characteristic (type, stage, size, grade, and estrogen receptor status) Among Postmenopausal Women Using Hormone Therapy Relative to Nonusers

| Tumor Characteristic | Estrogen and Progestin Users for ≥ 5 Years Versus Nonusers* | | Estrogen and Progestin Users for < 5 Years Versus Nonusers† | | Estrogen-Only Users Versus Nonusers‡ | |
|---|---|---|---|---|---|---|
| | RR | 95% CI | RR | 95% CI | RR | 95% CI |
| More favorable prognosis | | | | | | |
| DCIS | 1.41 | 1.24 to 1.60 | 0.77 | 0.62 to 0.96 | 0.98 | 0.89 to 1.07 |
| Stage 0 or I | 1.51 | 1.37 to 1.66 | 0.99 | 0.84 to 1.16 | 1.07 | 1.00 to 1.15 |
| Tumor size ≤ 20 mm§ | 1.59 | 1.43 to 1.76 | 0.95 | 0.80 to 1.13 | 1.11 | 1.03 to 1.19 |
| Grade 1 or 2§ | 1.60 | 1.44 to 1.77 | 0.85 | 0.71 to 1.02 | 1.07 | 0.99 to 1.15 |
| Estrogen receptor-positive§ | 1.72 | 1.55 to 1.90 | 1.03 | 0.87 to 1.22 | 1.14 | 1.06 to 1.23 |
| Less favorable prognosis | | | | | | |
| Invasive | 1.51 | 1.38 to 1.66 | 0.86 | 0.74 to 1.01 | 1.05 | 0.98 to 1.12 |
| Stage II, III, or IV | 1.46 | 1.30 to 1.63 | 0.65 | 0.52 to 0.80 | 0.91 | 0.84 to 1.00 |
| Tumor size > 20 mm§ | 1.24 | 1.09 to 1.42 | 0.82 | 0.66 to 1.01 | 0.91 | 0.83 to 1.00 |
| Grade 3 or 4§ | 1.54 | 1.37 to 1.73 | 0.50 | 0.39 to 0.64 | 0.98 | 0.90 to 1.07 |
| Estrogen receptor-negative§ | 0.89 | 0.77 to 1.03 | 0.71 | 0.58 to 0.87 | 0.94 | 0.86 to 1.04 |

NOTE. Relative risk (RR) and 95% CI are adjusted for age, family history of breast cancer, examination year, time between mammography examinations, and mammography registry using Poisson regression, standardized to the total population.
Abbreviation: DCIS, ductal carcinoma in situ.
*n = 298 cancers (248 invasive, 50 DCIS) among 47,979 screening examinations; estrogen and progestin group hormone therapy users with a uterus.
†n = 81 (68 invasive, 13 DCIS) among 24,819 screening examinations; estrogen and progestin group hormone therapy users with a uterus.
‡n = 1,803 (1,483 invasive, 320 DCIS) among 382,435 screening examinations; estrogen only group hormone therapy users without a uterus.
§Invasive cancer only.

[handwritten note: how about other risk factors?]

### Rate of False-Negative and True-Positive Results per 1,000 Examinations

The rate of false-negative examination results increased from 0.77 (95% CI, 0.72 to 0.82) in non-HT users, to 0.83 (95% CI, 0.71 to 0.97) in women using estrogen ≥ 5 years, to 1.71 (95% CI, 1.50 to 1.97) in women using estrogen and progestin ≥ 5 years (Fig 1). The rate of false-negative examination results with stage II or higher disease increased from 0.30 (95% CI, 0.27 to 0.32) in nonusers, to 0.38 (95% CI, 0.33 to 0.46) in women using estrogen, to 0.74 (95% CI, 0.64 to 0.88) in women using estrogen and progestin (Fig 1).

The rate of true-positive examination results increased from 3.6 (95% CI, 3.4 to 3.7) in nonusers and 3.3 (95% CI, 3.0 to 3.7) in women using estrogen ≥ 5 years, to 5.0 (95% CI, 4.5 to 5.5) in women using estrogen and progestin ≥ 5 years (Fig 1). The rate of true-positive examination results with stage II or higher disease increased from 0.77 (95% CI, 0.72 to 0.82) in nonusers and 0.75 (95% CI, 0.63 to 0.9) in women using estrogen, to 1.07 (95% CI, 0.89 to 1.29) in women using estrogen and progestin (Fig 1).

### DISCUSSION

We determined the risk of breast cancer and compared the tumor characteristics among current HT users with those of nonusers undergoing screening mammography. The likelihood of being diagnosed with breast cancer was increased 46% among current estrogen and progestin users who had used HT for ≥ 5 years compared with nonusers, but not among estrogen and progestin users who had used HT for less than 5 years, or estrogen only users irrespective of duration of use. This supports previous evidence demonstrating an increased risk of breast cancer among postmenopausal women who use estrogen and progestin hormone therapies for a long duration.[3-6,25] The risk of breast cancer was increased both for tumors with favorable and unfavorable prognostic characteristics with the excess risk somewhat greater for early-stage, small, low-grade, ER-positive tumors than for tumors with a higher stage and grade. Estrogen-only users were slightly more likely to have ER-positive breast cancer compared with nonusers, but overall risk of breast cancer was not increased compared with nonusers.

Current HT use has been reported to increase a woman's RR of breast cancer by 2% to 3% per year.[2,5-7] Some studies have reported that estrogen plus progestin regimens may be associated with a greater risk of breast cancer than estrogen-only regimens,[4-6,28] while other studies report that the increased risk with estrogen is similar to estrogen plus progestin.[2,7] It has been reported that HT users tend to have more in situ or localized tumors at detection, possibly because of earlier detection by mammography.[2,29] On the other hand, studies have reported that the extent of disease among HT users is the same as non-HT



Fig 1. White bars indicate a false-negative rate; vertical striped bars indicate a false-negative rate associated with stage II, III, or IV disease; solid bars indicate a true-positive rate; and vertical striped bars indicate a true-positive rate associated with stage II, III, or IV disease. HT, hormone therapy.

Downloaded from www.jco.org on January 19, 2006. For personal use only. No other uses without permission.
Copyright © 2003 by the American Society of Clinical Oncology. All rights reserved.

users[30] or possibly greater, with more stage II or higher disease cases, and high S phase fraction tumors.[19,20] Also, it has been reported among current or recent users of HT that increased duration of use may increase the risk of disease spread.[2] In the largest study to date with 3,202 breast cancer cases, we have shown that after taking into account factors that enhance the chance of detecting a tumor with good prognostic features, such as older age[31] and routine screening, women using estrogen and progestin for ≥ 5 years are at increased risk of early stage tumors with a more favorable prognosis. Importantly, we also found that women using estrogen and progestin are at increased risk of tumors, with a less favorable prognosis consistent with the Women's Health Initiative randomized controlled trial results.[25]

One explanation of why HT users have tumors with more favorable prognosis is that current or recent use of HT promotes growth of pre-existing, clinically latent, hormone-dependent cancers of low malignant potential, that may not otherwise become clinically apparent. In support of this hypothesis are the findings reported by Beral et al[2] that risk of breast cancer decreases as time since last HT use increases, such that past users who have not had HT in more than 5 years are not at increased risk of breast cancer, regardless of prior duration of use. In addition, recent oral contraceptive use has been associated with increased detection of localized tumors that does not persist 10 years or more after cessation of use.[32] Other evidence in support of current or recent HT use acting as a cancer promoter are the findings that well-differentiated invasive tumors with favorable histology (papillary, tubular, mucinous, medullary) have been reported to be more prevalent among HT users than nonusers,[33] and that HT users are diagnosed at a younger age compared with nonusers.[15] Our findings that estrogen and progestin users were younger at diagnosis and more likely to have ER-positive tumors of smaller size and lower grade compared with nonusers supports the hypothesis that HT promotes growth of preexisting clinically latent cancers.

Why would women taking HT undergoing routine screening mammography be at increased risk of breast cancer with less favorable prognostic characteristics? Taking HT for more than a year has been shown to increase mammographic breast density in approximately 16% to 20% of women,[34,35] with greater increases in mammographic density associated with estrogen and progestin than with estrogen alone.[34,36,37] Increased mammographic density among women taking HT has been associated with decreases in the sensitivity and specificity of mammography[38-40] and increases in the minimal detectable size of tumor.[41] Consistent with these reports, we found that women using estrogen and progestin for ≥ 5 years have a higher rate of false-negative examination results, and that these false-negative examination results are associated with a higher rate of stage II or higher disease as compared with nonusers. Thus, the increase in less favorable tumors among long-term estrogen and progestin users may be due, in part, to tumors obscured by mammographically dense breasts, that progress between screening examinations. The higher rate of true-positive examination results associated with stage II or higher disease in long-term estrogen and progestin users as compared with nonusers, suggests that estrogen and progestin also may act synergistically to promote tumorigenesis and more rapid tumor growth than estrogen alone.[42,43]

Most studies have found no significant differences in the ER profiles of breast cancer in HT users and nonusers.[8, 10-15, 18-20, 23,25] One small study reported current HT users are more likely to be diagnosed with ER positive tumors.[9] Another study reported that only long-term HT use of 57 months or more is associated with having an ER-positive tumor,[4] while one study reported that estrogen and progestin use is associated with having an ER-positive tumor, but that estrogen therapy is not.[24] Given that estrogen causes proliferation of ER-positive breast cells in vitro and in vivo,[44,45] it is not surprising that we found that women using estrogen and progestin and estrogen only were more likely to be diagnosed with an ER-positive tumor. We evaluated a large sample of women recently diagnosed with breast cancer from 1996 to 2001. During that period, ER status would have been measured with current, new immunohistochemical assays that minimize misclassification. Our large sample size and recent period of evaluation with improved ER detection methods could account, in part, for our ability to detect a difference in ER status among HT users and nonusers.

We studied a large number of women with breast cancer with extensive information on tumor characteristics for these women. Our ability to control for screening interval (surveillance bias) is another strength of this study. The accuracy of our data depends on completeness of cancer reporting to the SEER program, state tumor registries, and pathology laboratories at the mammography registries, which has been estimated to be more than 94.3% complete.[46] In addition, the cancer rates reported are within the range of those reported in the literature, for which follow-up has been reported to be 99.6%.[47,48] Tumor size, stage, grade, and ER status were missing for between 12% to 33% of tumors, due in part to a change in coding of tumor size and stage by SEER programs between July 1998 and 1999, which resulted in some invasive cancers with an in situ component to be coded with an unknown size. We are not aware of a tumor-reporting bias to cancer registries related to HT status or history of hysterectomy. Our finding of similar proportions of missing tumor characteristic parameters among the three study groups does not support a tumor-reporting bias. We inferred that women on HT with a uterus were taking estrogen and progestin, and that women without a uterus were taking estrogen only, as consistent with recommended clinical guidelines[49] and detailed information from a subset of mammography registries in this study. Any misclassification according to type of regimen would make it more difficult to find an association between HT use and tumor characteristics and, thus may have attenuated our findings. In addition, our finding of enhanced risk of breast cancer among estrogen and progestin users compared to estrogen only users is consistent with other reports.[4-6] We collected information on HT use at the time of mammography, lessening the possibility of recall bias. Information on hormone use was self-reported, perhaps leading to some misclassification, but this is likely to have been random and to lead to an underestimation of the association between HT use and tumor characteristics. We were

Downloaded from www.jco.org on January 19, 2006 . For personal use only. No other uses without permission.
Copyright © 2003 by the American Society of Clinical Oncology. All rights reserved.

not able to determine if tumor characteristics vary by dose or specific HT regimens.

Millions of women either consider using or begin HT in the United States each year. Although most use HT for short-term symptom management, some women may choose to stay on HT for longer periods. Postmenopausal women with a uterus who are considering whether to take or stay on HT should be informed that: (1) using estrogen and progestin HT for ≥ 5 years increases the likelihood of developing breast cancer; (2) estrogen and progestin and estrogen-only hormone therapies increase the risk of an ER-positive tumor with a higher risk associated with combination HT regimens; and (3) cancers associated with estrogen and progestin hormone therapies include both tumors with favorable prognostic features and unfavorable prognostic features.

## AUTHORS' DISCLOSURES OF POTENTIAL CONFLICTS OF INTEREST

The authors indicated no potential conflicts of interest.

## REFERENCES

1. Verheul HAM, Coelingh-Bennink HJT, Kenemans P, et al: Effects of estrogens and hormone replacement therapy on breast cancer risk and on efficacy of breast cancer therapies. Maturitas 36:1-17, 2000
2. Beral V, Bull D, Doll R, et al: Breast cancer and hormone replacement therapy: Collaborative reanalysis of data from 51 epidemiological studies of 52,705 women with breast cancer and 108,411 women without breast cancer. Lancet 350:1047-1059, 1997
3. Women's Health Initiative Investigators: Risk and benefits of estrogen plus progestin in healthy postmenopausal women. JAMA 288:321-333, 2002
4. Chen C, Weiss NS, Newcomb P, et al: Hormone replacement therapy in relation to breast cancer. JAMA 287:734-741, 2002
5. Schairer C, Lubin J, Troisi R, et al: Menopausal estrogen and estrogen-progestin replacement therapy and breast cancer risk. JAMA 283:485-491, 2000
6. Ross RK, Paganini-Hill A, Wan PC, et al: Effect of hormone replacement therapy on breast cancer risk: Estrogen versus estrogen plus progestin. J Natl Cancer Inst 92:328-332, 2000
7. Colditz GA, Hankison SE, Hunter DJ, et al: The use of estrogens and progestins and the risk of breast cancer in postmenopausal women. N Engl J Med 332:1589-1593, 1995
8. Magnusson C, Holmberg L, Norden T, et al: Prognostic characteristics in breast cancers after hormone replacement therapy. Breast Cancer Res Treat 38:325-334, 1996
9. Gajdos C, Tartter PI, Babinszki A: Breast cancer diagnosed during hormone replacement therapy. Obstet Gynecol 95:513-518, 2000
10. O'Connor IF, Shembekar MV, Shousha S: Breast carcinoma developing in patients on hormone replacement therapy: A histological and immunohistological study. J Clin Pathol 51:935-938, 1998
11. Holli K, Isola J, Cuzick J: Hormone replacement therapy and biological aggressiveness of breast cancer. The Lancet 350:1704-1705, 1997
12. Sacchini V, Stefano Z, Andreoni G, et al: Pathologic and biological prognostic factors of breast cancers in short- and long-term hormone replacement therapy users. Ann Surg Oncol 9:266-271, 2001
13. Cheek J, Lacy J, Toth-Fejel S, et al: The impact of hormone replacement therapy on the detection and stage of breast cancer. Arch Surg 137:1015-1021, 2002
14. Harding C, Knox WF, Faragher EB, et al: Hormone replacement therapy and tumour grade in breast cancer: Prospective study in screening unit. BMJ 312:1646-1647, 1996
15. Bilimoria MM, Winchester DJ, Sener SF, et al: Estrogen replacement therapy and breast cancer: Analysis of age of onset and tumor characteristics. Ann Surg Oncol 6:200-207, 1999
16. Manjer J, Malina J, Berglund G, et al: Increased incidence of small and well-differentiated breast tumors in post-menopausal women following hormone-replacement therapy. Int J Cancer 92:919-922, 2001
17. Esteve J, Seradour B, Jacquemier J, et al: Does a better grade of tumour occurring in women under hormone replacement. J Med Screen 9:70-73, 2002
18. Jones C, Ingram D, Mattes E, et al: The effect of hormone replacement therapy on prognostic indices in women with breast cancer. Med J Aust 161:106-110, 1994
19. Cobleigh MA, Norlock FE, Oleske DM, et al: Hormone replacement therapy and high S phase in breast cancer. JAMA 281:1528-1530, 1999
20. LeBlanc ES, Viscoli CM, Henrich JB: Postmenopausal estrogen replacement therapy is associated with adverse breast cancer prognostic indices. J Womens Health Gend Based Med 8:815-823, 1999
21. Stallard S, Litherland JC, Cordiner CM, et al: Effect of hormone replacement therapy on the pathological stage of breast cancer: Cross sectional study. BMJ 320:348-349, 2000
22. Brinton LA, Hoover R, Fraumeni JP: Menopausal oestrogens and breast cancer risk: An expanded case-control study. Br J Cancer 54:825-832, 1986
23. Bonnier P, Bessenay F, Sasco AJ, et al: Impact of menopausal hormone-replacement therapy on clinical and laboratory characteristics of breast cancer. Int J Cancer 79:278-282, 1998
24. Ursin G, Tseng CC, Paganini-Hill A, et al: Does menopausal hormone replacement therapy interact with known factors to increase risk of breast cancer? J Clin Oncol 20:699-706, 2002
25. Chlebowski RT, Hendrix SL, Langer RD, et al: Influence of estrogen plus progestin on breast cancer and mammography in healthy postmenopausal women. JAMA 289:3243-3253, 2003
26. Ballard-Barbash R, Taplin SH, Yankaskas BC, et al: Breast Cancer Surveillance Consortium: A national mammography screening and outcomes database. Am J Roetengol 169:1001-1008, 1997
27. Fleming ID, Cooper JS, Henson DE, et al: AJCC Cancer Staging Manual (ed 5). New York, NY, Lippincott-Raven, 1997, pp 171-180
28. Beral V, Million Women Study Collaborators. Breast cancer and hormone-replacement therapy in the Million Women Study. The Lancet 362:419-427, 2003
29. Schairer C, Byrne C, Keyl PM, et al: Menopausal estrogen and estrogen-progestin replacement therapy and risk of breast cancer (United States). Cancer Causes Control 5:491-500, 1994
30. Sellers TA, Mink PJ, Cerhan JR, et al: The role of hormone replacement therapy in the risk for breast cancer and total mortality in women with a family history of breast cancer. Ann Intern Med 127:973-980, 1997
31. Diab SG, Elledge RM, Clark GM: Tumor characteristics and clinical outcome of elderly women with breast cancer. J Natl Cancer Inst 92:550-556, 2000
32. Collaborative Group on Hormonal Factors in Breast Cancer: Breast cancer and hormonal contraceptives: Collaborative reanalysis of individual data on 53,297 women with breast cancer and 100,239 women without breast cancer from 54 epidemiological studies. Lancet 347:1713-1727, 1996
33. Gapstur SM, Morrow M, Sellers TA: Hormone replacement therapy and risk of breast cancer with a favorable histology. JAMA 281:2091-2097, 1999
34. Greendale GA, Reboussin BA, Sie A, et al: Effects of estrogen and estrogen-progestin on mammographic parenchymal density. Ann Intern Med 130:262-269, 1999
35. Rutter CM, Mandelson MT, Laya MB, et al: Changes in breast density associated with initiation, discontinuation, and continuing use of hormone replacement therapy. JAMA 285:171-176, 2001

Downloaded from www.jco.org on January 19, 2006. For personal use only. No other uses without permission.
Copyright © 2003 by the American Society of Clinical Oncology. All rights reserved.

36. Vachon CM, Sellers TA, Vierkant RA, et al: Case-control study of increased mammographic breast density response to hormone replacement therapy. Cancer Epidemiol Biomarkers Prev 11:1382-1388, 2002

37. Greendale GA, Reboussin BA, Slone S, et al: Postmenopausal hormone therapy and change in mammographic density. J Natl Cancer Inst 95:30-37, 2003

38. Laya MB, Larson EB, Taplin SH, et al: Effect of estrogen replacement therapy on the specificity and sensitivity of screening mammography. J Natl Cancer Inst 88:643-649, 1996

39. Rosenberg RD, Hunt WC, Williamson MR, et al: Effects of age, breast density, ethnicity, and estrogen replacement therapy on screening mammographic sensitivity and cancer stage at diagnosis: Review of 183,134 screening mammograms in Albuquerque, New Mexico. Radiology 209:511-518, 1998

40. Carney PA, Miglioretti DL, Yankaskas B, et al: Individual and combined effects of age, breast density and hormone replacement therapy use on the accuracy of screening mammography. Ann Intern Med 138:168-175, 2003

41. Peer PG, van Dijck JA, Hendriks JH, et al: Age-dependent growth rate of primary breast cancer. Cancer 71:3547-3551, 1993

42. Bigsby RM: Synergistic tumor promoter of estrone and progesterone in methylnitrosourea-induced rat mammary cancer. Cancer Lett 179:113-119, 2002

43. Moore MR, Conover JL, Franks KM: Progestin effects on long-term growth, death, and bcl-xl in breast cancer cells. Biochem Biophys Res Commun 277:650-654, 2000

44. Lippman M, Bolan G, Huff K: The effects of estrogen and anti estrogens on hormone-responsive human breast cancer in long-term tissue culture. Cancer Res 36:4595-4601, 1976

45. Fuqua SAW: Estrogen and progesteron receptors and breast cancer, in Harris JR, Lippman ME, Morrow M, Hellman S (eds), Diseases of the Breast. Philadelphia, PA, Lippinocott-Raven, 1996, pp 262-263

46. Ernster VL, Ballard-Barbash R, Barlow WE, et al: Detection of DCIS in women undergoing screening mammography. J Natl Cancer Inst 94:1151-1159, 2002

47. Kerlikowske K, Grady D, Barclay J, et al: Positive predictive value of screening mammography by age and family history of breast cancer. JAMA 270:2444-2450, 1993

48. Kerlikowske K, Barclay J: Outcomes of modern screening mammography. Monogr Natl Cancer Inst 22:105-111, 1997

49. Hormonal replacement therapy. ACOG Educational Bulletin, Number 247, May 1998

Downloaded from www.jco.org on January 19, 2006. For personal use only. No other uses without permission.
Copyright © 2003 by the American Society of Clinical Oncology. All rights reserved.