UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
600 W. CAPITOL, ROOM A403
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**December 9, 2011**

Mr. F. Lane Heard , III
Williams & Connolly
725 Twelfth Street, N.W.
Washington, DC 20005-5901

      Re:   *In re Prempro*, 4:03-CV-001507-BRW
              Defendants' Motion for Revision of Schedule Re: *Daubert* Challenge Concerning
              Short-Term Use and Lobular Cancer

Dear Mr. Heard:

The following appears in my September 7, 2011 Order:

> Please note well the schedule set forth above because I am going to be disinclined to grant extensions. In other words, don't count on extensions even though I have granted them in the past without much fuss. You are hereby advised in the premises.[1]

Please explain why the requested extension is necessary.  Do not be optimistic.

                                                Cordially,

                                                /s/ Billy Roy Wilson

Original to the Clerk of the Court
cc:     Other Counsel of Record

---

[1] Doc. No. 2792.