# EXHIBIT 41

Declaration & Expert Report of Dr. Phillip J. Beron

## Re: Short Term Use and Lobular Cancer

Date: October 17, 2011

I am a radiation oncologist and Assistant Clinical Professor at the University of California, Los Angeles.  I completed medical school at Wayne State University in Detroit, Michigan. I completed a radiation oncology residency at William Beaumont Hospital, Royal Oak Michigan. This included one year of radiobiologic bench research studying the effects of radiation and chemotherapy concentrations on MCF 7 breast cancer cells. I have presented research at national meetings.  Additionally, I have published research papers in peer-reviewed journals. One of the papers looked at the ability of mammography to predict an extensive intraductal component along with an invasive tumor in breast cancer patients. I have written a textbook chapter discussing the use of breast conserving surgery and radiation therapy in early stage breast cancer. I have worked/researched/published with internationally known physicians such as Frank Vicini, MD and Mel Silverstein, MD.  Currently I am Medical Director of two radiation oncology centers in the Los Angeles area. Part of my weekly routine is to attend several multidisciplinary Tumor Board conferences in the Los Angeles area including a breast specific tumor board offering tertiary opinions. I am a member of the institutional review board (IRB) for the Providence Holy Cross Medical Center in Mission Hills California. I am principal investigator at Providence Holy Cross Medical Center of 7 national randomized trials involving the Radiation Therapy Oncology Group (RTOG) and National Surgical Adjuvant Breast and Bowel Project (NSABP) which include studies involving breast cancer patients.

I have already provided generic and case specific opinions in the hormone therapy litigation and have been deposed twice on those opinions. In one of those cases, *Indio v Wyeth,* Mrs. Indio used E+P for 2 ½ to 3 years during a 5 year period.

I understand that Wyeth is defining short term use in this context as less than 3 years of use. While my opinions on short term use are equally valid for any hormone receptor positive cancer case, I understand that this issue focuses only on lobular cancer.  Lobular cancer is almost always hormone receptor positive.

In forming my opinions, I rely on the following:

(a) My education, training, experience and a review of the published medical literature including articles discussing E+P and its impact on the development and growth of hormone dependent breast cancer;

(b) Testimony and expert reports of other physicians and experts Dr. Graham Colditz, Dr. Peter Gann, Dr. Don Austin, Dr. Elizabeth Naftalis and Dr. Howard Ozer.  I believe that Dr. Naftalis' expert report on this issue is a clear and comprehensive explanation of these issues and I incorporate her report into this one as if copied verbatim.

1

(c) Testimony and reports from Wyeth's expert, Dr. Kurt Barnhart.

(d) Testimony of Wyeth's experts and internal physicians as well as Wyeth documents.

Published medical literature confirms that combination hormone therapy (E+P) causes the development and growth of hormone receptor positive breast cancer through promotion. E+P does not initiate cancer or cause the initial DNA damage. Hormone receptor positive breast cancers require hormones to grow and develop. For the minority of women who become hormone deficient after menopause, they no longer produce sufficient hormones to fuel such growth. Taking E+P provides the fuel. Similarly stopping the use of E+P causes hormone dependent breast abnormalities or cancer to stop growing, shrink or regress. The fall in E+P sales after the release of the WHI study results led to a sharp decline in the incidence of hormone dependent breast cancer in older women. The Kerlikowske article estimates that decline as 17,500 fewer breast cancers each year. As the International Agency for Research on Cancer (IARC) states, E+P causes breast cancer.

E+P has an immediate impact (within days to weeks) on hormone dependent abnormalities and can quickly aggravate pre-existing abnormalities or occult tumors into clinical cancer.  How long it takes for that impact to cause legal or clinical injury depends on where the woman is on the pathway to cancer when she becomes hormone deficient and when she starts taking E+P.  For some women, E+P will be a necessary or "but for" cause of the development of clinical cancer in less than a year. Even using an average doubling time of 3-6 months confirms that time frame.

**Issues to consider**:

(a)      There are many limitations of epidemiology in this context. The largest is the fact that hormone deficient women have a lower risk of breast cancer.  For E+P users, they have a lower baseline risk so as a group, E+P users have to, in essence, "catch up" to the placebo group first before you can see an increased risk.  Other limitations include E+P's impact on breast density which can delay detection (so cancers are found after a longer duration of use) and the inability for studies to include enough women with sufficiently advanced pre-existing disease to document the increase in risk after short exposure. Also, many studies do not calculate results based upon whether a woman is newly menopausal or a current user of E+P at the time of diagnosis, two issues that are important to consider.

(b)      Even with these limitations, there are a number of epidemiological studies (both in the US and foreign studies) which show an increased risk for hormone dependent cancers in E+P users after a short period of time and certainly less than 3 years.  Multiple studies confirm that E+P increases a woman's risk of breast cancer for every year of use.  As the WHI investigators confirm there is no safe period of use. The epidemiological studies are discussed in detail in Drs. Naftalis, Colditz and Gann's

2

expert reports and I have reviewed those studies and agree with these physician's findings.

(c)     The development of breast cancer is a process, not an event even though the diagnosis of clinical breast cancer is a remarkable event in the life of the patient. Once we diagnose hormone dependent breast cancer, we know that this tumor had developed over many years, that hormones were necessary to fuel its development and growth, and that it went through stages from various benign precursor premalignant lesions until it became clinical cancer. The promotion and progression of hormone dependent abnormalities into cancer is not an obligatory process.  Removing hormones can stop the growth and development of such cancers and cause them to even shrink or regress. Thus, for some women, but for the use of E+P, they would never have faced cancer.

(d)     E+P increases proliferation in breast tissue after just a few months of exposure to the drug and rapidly impacts breast density (by increasing or maintaining density or stopping natural involution).  Since most studies only do annual mammograms, it is clear that this impact is seen by a year of exposure.  Women who have naturally dense breasts or whose density is impacted by use of E+P are at a high risk of developing breast cancer from such exposure. In my practice, mammograms are an integral component of the radiation treatment planning process and reviewed for each patient. Mammograms are used to determine original location of tumor, adequacy of resection, resection cavity dimensions, and the presence of residual microcalcifications after surgery. Clinically, I see the impact of E+P use in terms of increased breast density. It is well-known that increased breast density can make the diagnosis of breast cancer more difficult, but increased breast density can also make the radiation oncology treatment planning process more difficult. It does this by hampering the ability to detect residual microcalcifications and the resection cavity target. Breast MRI may be ordered on some patients with increased breast density to help determine suitability for breast conservation.

(e)  The breast cell cannot tell the difference between endogenous and exogenous hormones. Since we know that even one extra year of menstruation can impact a woman's breast cancer risk, it is not surprising that a year of continuous high levels of artificial hormones can similarly increase a woman's risk. In that sense E+P is continuing and accelerating a process that was begun by a woman's endogenous hormones.  For some women, the process and progression to cancer would not have continued but for their use of E+P.

(f)     For women who develop breast cancer after a shorter period of exposure to E+P, it is likely that those women had pre-existing occult or subclinical cancers which were promoted into clinical cancer. A minority of women enter menopause with hormone dependent abnormalities in their breast. For some women who become hormone deficient after menopause (as shown by symptoms or blood tests) such abnormalities will not grow or progress absent E+P. E+P aggravates the woman' pre-

3

existing condition and for those women, E+P is necessary for them to develop clinical cancer.

(g)     Evidence of the rapid regression of breast cancer when E+P use is stopped confirms how quickly these drugs impact breast cancer growth and development. This evidence is also important because it shows what would have happened to these preclinical lesions in some women if they had not taken E+P. This impact was seen in the WHI clinical trial and observational study as well as on a population level after the WHI study results were released. This effect has also been documented in various case reports in the literature. (Simon, Harvey, Prasad etc.). We see this same effect in studies done on anti-hormone drugs which show a reduction in incidence of cancer within a few months of blocking hormones.

(h)     To do a case specific analysis on a short term use patient, I would use differential diagnosis or deductive reasoning or causality assessment. My methodology would be to apply the general information about E+P, breast cancer and E+P's impact on breast cancer to the individual woman in light of her entire medical and clinical history. I would assess her risk factors and her baseline risk of developing hormone receptor positive breast cancer but for her exposure to E+P. I would look at her symptoms and evaluate whether she became hormone deficient after menopause and was thus not producing sufficient natural hormones to fuel the hormone dependent cancer. I would consider her exposure to E+P and any evidence of the impact of E+P on her breast tissue (in terms of increased breast tenderness, changes in density) as well as an evidence of an impact on the actual breast cancer. I also review whether the woman was newly menopausal when she started E+P and a current user when diagnosed with breast cancer. My opinion is based upon an overall review of the entire clinical picture and the above description is not exhaustive of this process.

I have reviewed and analyzed this issue using the same methodology and scientific rigor that I would use in my regular professional work. All opinions expressed in this report are based on a reasonable degree of medical certainty.

I affirm based on personal knowledge and under the penalty of perjury that the foregoing statements contained in this declaration are true and correct. I am over the age of 21 years, am of sound mind and body, have never been convicted of a crime and am capable of making this declaration. I have personal knowledge of the matters stated herein and these matters and by general and case specific opinions are all true and correct.

Dr. Phillip Beron

4

# REFERENCES

Aiello, *Do breast cancer risk factors modify the association between hormone therapy and mammographic breast density? (United States)*, Cancer Causes Control, Vol. 17:1227-1235 (2006)

Allred, Diseases of the Beast: Chapter 23, "*Pathology and Biological Features of Premalignant Breast Disease*"

Anderson, *Prior Hormone Therapy and Breast Cancer Risk in the Women's Health Initiative Randomized Trial of Estrogen Plus Progestin*, Maturitas (2006) – PX ML A3406

Ao, *Response of Estrogen Receptor-Positive Breast Cancer Tumorspheres to Antiestrogen Treatments*, PLoS, Vol. 6, Issue 4 (2011) – PX ML 6123

Bakken, *Hormone replacement therapy and incidence of hormone-dependent cancers in the Norwegian Women and Cancer study,* Int J Cancer, Vol. 112(1):130-4 (2004) – PX ML 1623

Beral, *Breast cancer and hormone-replacement therapy in the Million Women Study*, Lancet 362 (9382): 419-427 (2003)

Beral, *Breast Cancer Risk in Relation to the Interval Between Menopause and Starting Hormone Therapy*, J Nat Cancer Inst, Vol. 103:296-305 (2011)- PX ML 5207

Bernstein, *Combined Hormone Therapy at Menopause and Breast Cancer: A Warning—Short-Term Use Increases Risk*, J Clin Oncol, Vol. 27 (2009) – PX ML 6092

Berry and Ravdin, *Breast Cancer Trends: A Marriage between Clinical Trial Evidence and Epidemiology*, JNCI, Vol. 99, Issue 15 (2007) - PX ML 4775

Biglia, *Increased incidence of lobular breast cancer in women treated with hormone replacement therapy: implications for diagnosis, surgical and medical treatment,* Endocr Relat Cancer 2007 Sept;14(3):549-67

Boland, *Biological response to hormonal manipulation in oestrogen receptor positive ductal carcinoma in situ of the breast*, Br J Cancer. 2003 Jul 21;89(2):277-83

Boyd, *Mammographic breast density as an intermediate phenotype for breast cancer*, The Lancet, Vol. 6:798-808 (2005)

Boyd, *Mammographic density: a hormonally responsive risk factor for breast cancer*, Journal of the British Menopause Society, Vol. 12 No. 4 (2006)

Brinton, *Menopausal hormone therapy and breast cancer risk in the NIH-AARP Diet and Healthy Study Cohort,* Cancer epidemiology, biomarkers & prevention: a publication of the

1

American Association for Cancer Research, cosponsored by the American Society of Preventive Oncology 17(11): 3150-3160 (2008)

Buist, *Hormone therapy prescribing patterns in the United States*, Obstet Gynecol 2004 Nov; 104(5 Pt 1):1042-50.

Byrne, *Change in mammographic density with estrogen and progestin therapy: A measure of breast cancer risk in the Women's Health Initiative*, Poster Presentation at ACCR, 101St Annual Convention, April 17-21 (2010) – PX ML 6042

Calle, *Postmenopausal Hormone Use and Breast Cancer Associations Differ by Hormone Regimen and Histologic Subtype*, Cancer, p. 936 (March 2009)- PX ML 5011

Campagnoli, *Progestins and progesterone in hormone replacement therapy and the risk of breast cancer*, J Steroid Biochem Mol Biol. 2005 Dec; 97(5):441-50

Chatterton, *Comparison of Hormone Levels in Nipple Aspirate Fluid of Pre- and Postmenopausal Women: Effect of Oral Contraceptives and Hormone Replacement*, J.Clin.Endocrinology & Metabolism 90(3): 1686-1691 (2005)

Chen, *Hormone Replacement Therapy in Relation to Breast Cancer*, JAMA, Vol. 287 No. 6 (2002) – PX ML 53

Chiarelli, *Influence of patterns of hormone replacement therapy use and mammographic density on breast cancer detection*, Cancer Epidemiol Biomarkers Prev. 2006 Oct;15(10):1856-62

Chlebowski, *Breast Cancer after Use of Estrogen plus Progestin in Postmenopausal Women*, NEJM, Vol 360:6 (Feb. 2009) – PX ML 4881

Chlebowksi, *Estrogen Plus Progestin and Breast Cancer Incidence and Mortality in Postmenopausal Women*, JAMA, Vol. 304, No. 15: 1684-1692 (Oct. 20, 2010) - PX ML 6082 at p. 7

Chlebowski, *Influence of Estrogen Plus Progestin on Breast Cancer and Mammography in Healthy Postmenopausal Women: The Women's Health Initiative Randomized Trial*, JAMA, Vol. 289, No. 24, p. 3254 (2003)- PX ML 0002

Chlebowski - Text Transcript of PBS Interview with Dr. Rowan Chlebowski, available at http://www.pbs.org/newshour/bb/health/july-dec10/hormone_10-19.html, as accessed on May 1, 2011.  Video footage with full audio is also available at this link.

Chlebowski, *The influence of time from menopause and mammography on hormone therapy-related breast cancer risk assessment*, J Natl Cancer Inst. 2011 Feb 16;103(4):284-5. Epub 2011 Jan 28

Clarke, *Declines in breast cancer after the WHI: apparent impact of hormone therapy*, Cancer Causes Control (2007)

Clarke, *Hormonal carcinogenesis in breast cancer: cellular and molecular studies of malignant progression*, Breast Cancer Research and Treatment, Vol. 31: 237-248 (1994)

Clarke, *Recent declines in hormone therapy utilization and breast cancer incidence: clinical and population-based evidence*, J Clin Oncol 24(33): e49-50 (2006)

Cobleigh, *A Hormone replacement therapy and high S phase in breast cancer*, JAMA 1999;281:1528-1530.

Colditz, *Cumulative risk of breast cancer to age 70 years according to risk factor status: data from the Nurses' Health Study*, Am J Epidemiol 152(10): 950-964 (2000)

Colditz, *Decline in breast cancer incidence due to removal of promoter: combination estrogen plus progestin*, Breast Cancer Research 2007: Vol 9, No. 108 (2007) – PX ML 4681

Colditz, *Relationship between estrogen levels, use of hormone replacement therapy, and breast cancer*, J Natl Cancer lnst 90: 814-823 (1998)

Colditz, *Risk factors for breast cancer: according to estrogen and progesterone receptor status*, J Natl Cancer lnst 96: 218-228 (2004)

Colditz, *What can be learnt from models of incidence rates?* Breast Cancer Research, Vol. 8(3):208 (2003)

Collaborative Group on Hormonal Factors in Breast Cancer, *Breast cancer and hormone replacement therapy: Collaborative Reanalysis of data from 51 Epidemiological Studies of 52,705 women with Breast Cancer and 108,411 Women without Breast Cancer*, Lancet, Vol. 350 (1997) – PX ML 22

Conner, *Breast cell proliferation in postmenopausal women during HRT evaluated through fine needle aspiration cytology*, Breast Cancer Res Treat 2003 Mar; 78(2):159-65.

Crandall, *New-Onset Breast Tenderness after Initiation of Estrogen Plus Progestin Therapy and Breast Cancer Risk*, Arch. Intern. Med., Vol. 169(18):1684-1691 (2009) - PX ML 5219

Cummings, *Serum Estradiol Level and Risk of Breast Cancer During Treatment With Raloxifene*, JAMA, Vol. 287, No. 2, (2002) – PX ML 2849

Daling, *Relation of Regimens of Combined Hormone Replacement Therapy to Lobular, Ductal, and Other Histologic Types of Breast Carcinoma*, Cancer, Vol. 95, No. 12 (2002) – PX ML 47

*Daniel v. Wyeth Pharmaceuticals, Inc.*, 15 A.3d 909 (Pa. Super. Ct. 2011)

Deposition testimony of Dr. Acs, Wyeth's expert, in *Deutsch v. Wyeth*, 4/4/07

Deposition testimony of Dr. Acs, Wyeth's expert, in *Hansen v. Wyeth,* 1/26/11

Deposition testimony of Dr. Acs, Wyeth's expert, in *Wilson v. Wyeth*, 9/27/10

Deposition testimony of Dr. Anderson, WHI Investigator, 11/28/06

Deposition testimony of Dr. Beron in *Indio v. Wyeth*, 6/28/11, 7/21/11

Deposition testimony of Dr. Copeland in *Cross v. Wyeth*, 3/14/11

Deposition testimony of Dr. Cummings, 6/11/10

Deposition testimony of Dr. Kopans, Wyeth's expert, 6/7/06

Deposition testimony of Dr. Langer, Wyeth's expert, 6/20/11

Deposition testimony of Dr. Naftalis in *Baldonado v. Wyeth,* 8/12/11

Deposition testimony of Dr. Naftalis in *Hansen v. Wyeth,* 1/19/11

Deposition testimony of Dr. Naftalis in *Kaufman v. Wyeth*, 2/16/11

Deposition Testimony of Dr. Naftalis in *Scharff v. Wyeth,* 3/21/11

Deposition testimony of Dr. Palazzo, Wyeth's expert, in *Zahn v. Wyeth*, 2/18/11

Deposition testimony of Dr. Pritchard in *Scharff v. Wyeth*, 5/9/11

Duijnhoven, *Postmenopausal hormone therapy and changes in mammographic density*, J. of Clinical Oncology, Vol. 25, No. 11 (2007) – PX ML 4389

Eheman, *The Changing Incidence of In situ and Invasive Ductal and Lobular Breast Carcinomas: United States*, 1999-2004, Cancer Epidemiol Biomarkers Prev. 2009 Jun;18(6):1763-9

Eigeliene, *Effects of estradiol and medroxyprogesterone acetate on morphology, proliferation and apoptosis of human breast tissue in organ cultures*, BMC Cancer 2006, 6:246

Expert report of Dr. Barnhart, 11/30/10

Expert report of Dr. Colditz, 3/14/11

Expert report of Dr. Gann, 3/14/11

Expert report of Dr. Michaels in *Jenkins v. Wyeth*, 10/20/10

Expert report of Dr. Ozer in *Baldonado v. Wyeth,* 8/24/11

Expert report of Dr. Pritchard in *Jenkins v Wyeth*, 10/22/10

Expert report of Dr. Pritchard, 4/18/2011.

Fabre, *Oral progestagens before menopause and breast cancer risk*, Br J Cancer 96(5): 841-844 (2007)

Farhat, *Changes in Invasive Breast Cancer and Ductal Carcinoma In Situ Rates in Relation to the Decline in Hormone Therapy Use*, J. of Clinical Oncology, 28 (2010) – PX ML 6102

Fisher, *Tamoxifen for Prevention of Breast Cancer: Report of the National Surgical Adjuvant Breast and Bowel Project P-1 Study*, J. of National Cancer Inst., Vol. 90, No. 18, (1998) – PX ML 3867

Fleming, *Do Women taking Hormone Replacement Therapy (HRT) have a Higher Incidence of Breast Cancer than Women who do not*? Integr Cancer Ther, Vol. 2; 235 (2003) – PX ML 6131

Foidart, *Estradiol and progesterone regulate the proliferation of human breast epithelial cells*, Fertil Steril. 1998 May;69(5):963-9

Fournier, *Breast cancer risk in relation to different types of hormone replacement therapy in the E3N-EPIC cohort*, Int J Cancer. 2005 Apr 10;114(3):448-54

Fournier, *Estrogen-Progestagen Menopausal Hormone Therapy and Breast Cancer: Does Delay From Menopause Onset to Treatment Initiation Influence Risks?,* J. Clin. Oncol., Vol. 27 (2009) – PX ML 5147

Fournier, *Unequal risks for breast cancer associated with different hormone replacement therapies: results from the E3N cohort study*, Breast Cancer Res Treat. 2007 Feb 27

Fournier, *Use of different postmenopausal hormone therapies and risk of histology- and hormone receptor-defined invasive breast cancer*, J Clin Oncol 2008 Mar 10;26(8):1260-8

Gann, *Combined Hormone Therapy and Breast Cancer: A Single Edged Sword*, JAMA, Vol. 289, No. 24 (2003) – PX ML 6

Greendale, *Effects of Estrogen and Estrogen-Progestin on Mammographic Parenchymal Density*, Annals of Internal Med., Vol. 130, No. 4 (1999) – PX ML 847

Hankinson, *Plasma sex steroid hormone levels and risk of breast cancer in postmenopausal women*, J Natl Cancer lnst 90(7):1292-1299 (1999)

5

Hankinson, *Alcohol, height, and adiposity in relation to estrogen and prolactin levels in postmenopausal women*, J Natl Cancer lost 87: 1297-1302 (1995)

Harman, *KEEPS: The Kronos Early Estrogen Prevention Study*, Climacteric. 2005 Mar; 8(1):3-12.

Harvey, *Marked Regression of a Nonpalpable Breast Cancer after Cessation of Hormone Replacement Therapy,* AJR, Vol. 167:394-5 (1996)-PX ML 2238

Harvey, *Short-term Cessation of Hormone Replacement Therapy and Improvement of Mammographic Specificity,* Journal of National Cancer Institute, Vol. 89, NO. 21 (1997)

Harvey*, The Effects of Bazedoxifene/Conjugated Estrogens on Breast Density in Postmenopausal Women*, Plenary Scientific Abstract Session # 1

Hofseth, *Hormone replacement therapy with estrogen or estrogen plus medroxyprogesterone acetate is associated with increased epithelial proliferation in the normal postmenopausal breast*, J Clin Endocrinol Metab. 1999 Dec; 84(12):4559-65

Holmberg, *HABITS (hormonal replacement therapy after breast cancer-is it safe?), a randomised comparison: trial stopped*. Lancet 2004, 363:453-455 (2004)

Holmberg, *Increased Risk of Recurrence After Hormone Replacement Therapy in Breast Cancer Survivors*, J Natl Cancer Inst 100(7):475-482 (2008)

Horwitz, *Progestins in Hormone Replacement Therapies Reactivate Cancer Stem Cells in Women with Preexisting Breast Cancers: a Hypothesis*, J. Clin. Endocrinol Metab, Vol. 93 (9): 3295-3298 (2008)

Huang, *Relationship between Menopausal Symptoms and Risk of Postmenopausal Breast Cancer*, Cancer Epi, Biomarkers & Prevention (Jan. 2011) – PX ML 6104

Hunt, McPherson, *Long-term surveillance of mortality and cancer incidence in women receiving hormone replacement therapy*, British Journal of Obstetrics and Gynecology, Vol. 94, pp. 620-635 (1987)

Jemal, *Recent trends in breast cancer incidence rates by age and tumor characteristics among U.S. women*, Breast Cancer Res 2007 May 3; 9(3):R28

Jena, *Complete Resolution of Metastatic Breast Cancer by Withdrawal of Hormone Replacement Therapy*, Clinical Oncology, Vol. 13: 200-201 (2001)- PX ML 6008

Jernstorm, *A prospective study of different types of hormone replacement therapy use and the risk of subsequent breast cancer: the women's health in the Lund area (WHILA) study (Sweden)*, Cancer Causes and Control, Vol. 14: 673-680 (2003) – PX ML 182

6

Kelemen, *Age-specific trends in mammographic density: the Minnesota Breast Cancer Family Study*, Am. J. Epidemiol., Vol. 167 (9): 1027-36 (2008)

Kerlikowske, *Breast cancer risk by breast density, menopause, and postmenopausal hormone therapy use*, J Clin Oncol. 2010 Aug 20;28(24):3830-7 – ML 5656

Kerlikowske, *Declines in invasive breast cancer and use of postmenopausal hormone therapy in a screening mammography population*, J Natl Cancer Inst 99(17): 1335-1339 (2007)

Key, *Endogenous sex: hormones and breast cancer in postmenopausal women: reanalysis of nine prospective studies*, J Natl Cancer Inst 94(8): 606-616 (2002)

Kopans, *A Simple Model of Breast Carcinoma Growth May Provide Explanations for Observations of Apparently Complex Phenomena*, Cancer 2003; 97:2951-2959

Lanfranchi, *Breast Cancer Risks and Prevention (*Fourth Edition) (2007) – PX ML 6093

LaVecchia, *Non-contraceptive Oestrogens and the risk of Breast Cancer in Women*, Int. J. of Cancer, Vol. 38, 853-858 (1986) – PX ML 3163

Li, *Hormone replacement therapy in relation to risk of lobular and ductal breast carcinoma in middle-aged women*, Cancer. Vol. 88(11):2570-7 (2000) – PX ML 49

Li, *Relationship between Menopausal Hormone Therapy and Risk of Ductal, Lobular, and Ductal-Lobular Breast Carcinomas*, Cancer Epidemiol Biomarkers Prev 2008 Jan; 17(1):43-50.

Longacre, *TA, Bartow, SA. A correlative morphologic study of human breast and endometrium in the menstrual cycle*, Am J Surg Pathol. 1986 Jun; 10(6):382-93

McTiernan, *Estrogen-Plus-Progestin Use and Mammographic Density in Postmenopausal Women: Women's Health Initiative Randomized Trial*, J. of Nat. Cancer Inst., Vol. 97, No. 18, (2005) - PX ML 3476

Milanese, *Age-Related Lobular Involution and Risk of Breast Cancer*, J. of National Cancer Institute, Vol. 98, No. 22 (2006) – PX ML 4250

Million Women Study Collaborators, Beral, *Breast cancer and hormone-replacement therapy in the Million Women Study*, Lancet, Vol. 362, p. 419 (2003)  - PX ML 79

Murkes, *Effects of percutaneous estradiol–oral progesterone versus oral conjugated equine estrogens–medroxyprogesterone acetate on breast cell proliferation and bcl-2 protein in healthy women*, Fertility and Sterility, Vol. 95, No. 3 (2011) – PX ML 6129

Nakata, *Role of steroid sulfatase in local formation of estrogen in post-menopausal breast cancer patients*, J Steroid Biochem. Mol. Biol, Vol. 86(3-5):455-60 (2003)

Narod, *Hormone replacement therapy and the risk of breast cancer*, Nat. Rev. Clin. Oncol (August 2011) – PX ML 6105

National Institute on Aging, *ELITE: Early Versus Late Intervention Trial With Estradiol*, ClinicalTrails.gov; Identifier NCT00114517; Study ID Numbers AG0025, R01AG024154

Newcomb, *Postmenopausal estrogen and progestin use in relation to breast cancer risk*, Cancer Epidemiol Biomarkers Prev. 2002 Jul 11(7):593-600

Order in *Daniel v. Wyeth*, 8/14/06

Order in *Hansen v. Wyeth*, 6/24/11

Order in *Kaufman v. Wyeth*, 7/26/11

Panoulis, *Progestin may modify the effect of low-dose hormone therapy on mammographic breast density*, Climacteric 12(3): 240-7 (2009)

Peer, *Age-dependent growth rate of primary breast cancer*, Cancer. 1993 Jun 1; 71(11):3547-51.

Persson, *Risks of breast and endometrial cancer after estrogen and estrogen-progestin replacement,* Cancer Causes and Control, Vol. 10: 253-260 (1999) – PX ML 202

Powles, *Breast cancer response to hormone replacement therapy withdrawal*, Lancet, Vol. 345 (1995) – PX ML 2439

Prasad, *Short-Term Biologic Response to Withdrawal of Hormone Replacement Therapy in Patients with Invasive Breast Carcinoma*, Cancer, 98(2), p. 2539 (2003) -  PX ML 1085

Prentice, *Benefits and Risks of Postmenopausal Hormone Therapy When it is initiated soon after Menopause*, Am. J. of Epi, Vol. 70(1):12-23 (2009) – PX ML 5020

Prentice, *Estrogen Plus Progestin Therapy and Breast Cancer in Recently Postmenopausal Women*, Am. J. of Epidemiology (March 2008) - PX MA 5167

Preservation deposition testimony of Dr. Colditz, 12/18/06, 12/29/06 and 12/30/06

Press release – PX ML 6042A

PX 862B - 2010 Prempro Label

PX 866C - IARC Monograph 2011

PX 980B

PX 6485 - 1999 Prempro Label

PX 8078 - Hudis, Clifford, *More Answers to Your Questions on Breast Cancer and Hormone Therapy: Q&A With Dr. Clifford A. Hudis* (2006)

PX 8078B - Transcript of a speech by Dr. Norton

PX 8078C - Biography of Dr. Larry Norton

PX 8081

PX 8426A - National Cancer Institute Website

PX 8426B - Oncolink

PX 10555 - Wyeth's website

PX 10556 - Wyeth's website

PX 21000

PX 21094 - Dr. Rowan Chlebowksi, lead investigator of WHI study, discussing WHI study results

PX 21128 - Dana Farber Website

Ravdin, *The Decrease in Breast-Cancer Incidence in 2003 in the United States*, N. England J Med Vol. 356;16, (2007)- PX ML 4743

Reeves, *Hormonal therapy for menopause and breast-cancer risk by histological type: a cohort study and meta-analysis*, Lancet Oncol. 2006 Nov;7(11):910-8.

Ringberg, *Bilateral and multifocal breast carcinoma. A clinical and autopsy study with special emphasis on carcinoma in situ.* Eur J Surg Oncol., Vol. 17(1):20-9 (1991)

Robbins, *Regional Changes in Hormone Therapy Use and Breast Cancer Incidence in California From 2001 to 2004*, J Clin Oncol. 2007 Aug 10;25(23):3437-9

Rossouw, *Risks and benefits of estrogen plus progestin in healthy postmenopausal women: principal results from the Women's Health Initiative randomized controlled trial*, JAMA 288(3): 321-333 (2002)

Sadler, *Combination therapy for treating breast cancer using antiestrogen, ERA-923, and the mammalian target of rapamycin inhibitor, temsirolimus*, Endocrine-Related Cancer, Vol. 13: 863–873 (2006) – PX ML 6126

Santen, *Postmenopausal Hormone Therapy: An Endocrine Society Scientific Statement*, J Clin Endocrinol Metab. 2010 Jun 21. Vol 95, Supp. 1, (7)

Saxena, *Menopausal Hormone Therapy and Subsequent Risk of Specific Invasive Breast Cancer Subtypes in the California Teachers Study*, Cancer Epidemiol Biomarkers & Prev; 19(9): 2366-2378 (September 2010) – PX ML 6062

Schairer, *Menopausal Estrogen and Estrogen-Progestins Replacement Therapy and Risk of Breast Cancer,* Cancer Causes Control, Vol, 5: 491-500 (1994) – PX ML 671

Sendag, *Mammographic density changes during different postmenopausal hormone replacement therapies*, Fertil Steril. 2001 Sep; 76(3):445-50.

Stanculescu, *Estrogen Promotes Breast Cancer Cell Survival in an Inhibitor of Apoptosis (IAP)-Dependent Manner,* Horm Cancer. 2010 Jun 1;1(3):127-135

Stanford, *Combined estrogen and progestin hormone replacement therapy in relation to risk of breast cancer in middle-aged women*, JAMA, Vol. 274, No. 2:137-142 (1995) – PX ML 658

Steinberg, *A meta-analysis of the effect of estrogen replacement therapy on the risk of breast cancer*, JAMA 265: 1985-1990 (1991)

Sterns, *Mammographic density changes in perimenopausal and postmenopausal women: Is effect of hormone replacement therapy predictable?*, Breast Cancer Res Treat 59(2): 125-32 (2000)

Taylor & Manson, *Update in Hormone Therapy Use in Menopause*, J Clin Endocrinol Metabolism, Vol. 96: 255–264 (2011)-PX ML 6106

Testimony of Dr. Austin in MDL *Daubert* hearing, 1/12/11

Testimony of Dr. Barnhart at MDL *Daubert* hearing, 1/12/11

Trial testimony of Dr. Austin in *Daniel v. Wyeth*, 1/16/07 PM

Trial Testimony of Dr. Chodosh, Wyeth's expert, in *Daniel v. Wyeth*, 1/19/07

Trial Testimony of Dr. Chodosh, Wyeth's expert, in *Rowatt v. Wyeth*, 10/3/07

Trial Testimony of Dr. Jensen, Wyeth's expert, in *Kendall v. Wyeth*, 11/18/09AM

Trial testimony of Dr. Naftalis in *Daniel v. Wyeth,* 1/12/07AM and 1/12/07 PM

Trial testimony of Dr. Pickar in *Henry/Buxton*, 08/03/10 PM – PX 20260C

Trial testimony of Dr. Rafferty, Wyeth's expert, in *Barton v. Wyeth*, 9/23/09

Trial testimony of Victoria, Wyeth's Vice President of Regulatory Affairs, *Daniel v. Wyeth*, 1/22/07

US Department of Health and Human Services (2004).  The health consequences of smoking: a report of the Surgeon General. Washington, DC, Centers for Disease Control and Prevention.

Valdivia, *Effects of tibolone and continuous combined hormone therapy on mammographic breast density and breast histochemical markers in postmenopausal women*, Fertil Steril. 2004 Mar;81(3):617-23

Weinberg, *The Biology of Cancer*, Textbook (2007) – PX 1766

Welch, *Using autopsy studies to estimate the disease "reservoir" for ductal carcinoma in situ of the breast: How much breast cancer can we find?* Ann. Int. Med., Vol. 127:1023-1028 (1997)

WHI Study: Anderson, *Prior Hormone Therapy and Breast Cancer Risk in the Women's Health Initiative Randomized Trial of Estrogen Plus Progestin*, Maturitas (2006) – PX ML A3406

Wood, *Transcriptional profiles of progestogen effects in the postmenopausal breast,* Breast Cancer Res Treat. 2009 Mar; 114(2):233-42

Wood, *Effects of estradiol with micronized progesterone or medroxyprogesterone acetate on risk markers for breast cancer in postmenopausal monkeys*, Breast Cancer Res Treat. 2007 Jan;101(2):125-34

Writing Group of the Women's Health Initiative Investigators, *Risks and Benefits of Estrogen Plus Progestin in Healthy Postmenopausal Women: Principal Results from the Women's Health Initiative,* JAMA, Vol. 288, No. 3 (2002) - PX ML 30

Wyeth's Opening Statement in *Curtis v. Wyeth*, 10/5/11

Yaffe, *Is mammographic density, as currently measured, a robust surrogate marker for breast cancer?* Gynecological Epidemiology, Vol. 21 (Supp 1): 17-21 (2005) – PX ML 3422

Zahl, *Natural history of breast cancers detected in the Swedish mammography screening programme: a cohort study*, Lancet Oncol. 2011 Oct 11. [Epub ahead of print] PubMed PMID: 21996169

Zbuk, *Declining incidence of breast cancer after decreased use of hormone-replacement therapy: magnitude and time lags in different countries*, J Epidemiol Community Health, 10.1136 (2011) – PX ML 6128

# Curriculum Vitae

**September 2011**

## Phillip J. Beron MD

**Present Position**

|  |  |
|---|---|
| Assistant Clinical Professor UCLA | 4/21/09-present |
| Dept of Radiation Oncology |  |
| David Geffen School of Medicine |  |

**Contact:**

311 N Robertson Blvd,
#612
Beverly Hills
CA 90211
310-709-4604
pberon@gmail.com

**DOB:**

26 March 1964; Detroit, MI

**Education:**

| **B S Psychology** | 1982-86 |
|---|---|
| Michigan State University |  |
| East Lansing, MI |  |

| **MD** | 1986-90 |
|---|---|
| Wayne State University School of Medicine |  |
| Detroit, MI |  |

**Postdoctoral training**

| **Intern, Rotating Medical/surgical** | 1990-91 |
|---|---|
| William Beaumont Hospital |  |
| Royal Oak, MI |  |

| **Resident, Radiation Oncology** | 1991-95 |
|---|---|
| William Beaumont Hospital |  |
| Royal Oak, MI |  |

| **Member, Cancer Committee** | 1994-95 |
|---|---|
| William Beaumont Hospital |  |
| Royal Oak, MI |  |

## Former Positions

- **Radiation Oncologist**, Western Tumor Medical Group, Van Nuys, CA.     1995-2000

- **Medical Director/Radiation Oncologist**, Valley Radiotherapy Associates, Los Angeles. 2000-06

- **Medical Director/Gamma Knife Director**, Good Samaritan Hospital, Los Angeles, 06/2002-02/2006

- **Radiation Oncologist/Gamma Knife Specialist,** Cedars Sinai Medical, Los Angeles, 04/2006-06/2007

## Honors and Awards

- **1988:**      **Alpha Omega Alpha (AOA)**, Wayne State University School of Medicine

- **1994-95:   Chief Resident**, Department of Radiation Oncology, William Beaumont Hospital, Royal Oak,

- **1994-95:   Research Institute Board of Governors**, William Beaumont Hospital, Royal Oak

- **2002:**      **IRB/Medical Executive Committee**, Good Samaritan Hospital, Los Angeles

- **2003-05:   Medical Executive Committee**, Good Samaritan Hospital, Los Angeles

- **2011:   Member, Code Utilization and Application of Health Policy Committee**- ASTRO

**Professional Affiliations:**      **American Society for Therapeutic Radiology and Oncology (ASTRO)**
**American Brachytherapy Society (ABS)**
**North American Menopause Society (NAMS)**

**Licensure and Certification:**  National Board of Medical Examiners: 1991
California State License

American Board of Radiology, Therapeutic Radiology: 1995
**Re-certification**: American Board of Radiology: 2005

## Research Activities:

- **Research Assistant**, Department of Psychology, Michigan State University: 1983-86

- **Clinical Research**, Department of Radiation Oncology. William Beaumont Hospital, Royal Oak, 1992-95

- **Basic Science Research**, Radiation Oncology Research Laboratories, William Beaumont Hospital, 1993-94

- **Clinical Research**, The Breast Center, Van Nuys, CA and Western Tumor Medical Group, 1995-2000

- **VRA Research and Committee member**, 2000-2006

- **Providence Health Systems Clinical Research, 2010-present**

## Publications:

1. **Beron, P.,** Martinez, A., Wimbish, K., Levine, A., Ingold, J., Pettinga, J., Benitez, P., Gustafson, G., and Vicini, F. "Pathologic and Mammographic Findings Predicting the Adequacy of Tumor Excision Before Breast-Conserving Therapy." *AJR*:167, December 1997, 1409-1414.

2. **Beron, P.,** Lewinsky, B., and Silverstein, M J. "Breast-Conserving Therapy for Ductal Carcinoma in Situ: The Van Nuys Experience with Excision Plus Radiation Therapy." *Ductal Carcinoma In-Situ*. Ed: Silverstein M J. Baltimore: Williams and Wilkins, 1997, 405-410.

3. Silverstein, M J., **Beron, P.,** and Lewinsky, B. "Breast-Conserving Therapy for Ductal Carcinoma in Situ: The Van Nuys Experience with Excision Plus Radiation Therapy." *The Breast Journal*, Volume 3, Supplement 1, 1997, 1-6.

## Invited Presentations

1. "Practical Application of Mammographic Findings with Breast Conserving Therapy." Presented at the 80th Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL; November 1994.
2. "Practical Application of Mammographic Findings with Breast Conserving Therapy." Presented at the Michigan Society of Therapeutic Radiologists Resident Research Competition, Novi, MI; June 1993.
3. "Practical Application of Mammographic Findings with Breast Conserving Therapy." Presented at the 23rd Annual Residents' and Fellows' Research Forum, William Beaumont Hospital, Royal Oak, MI; June 1993.
4. "The Value of Mammographic and Pathologic Findings in Predicting the Adequacy of Tumor Excision Prior to Radiotherapy in Breast Cancer Patients Treated With Breast Conserving Therapy." Presented at the 79th Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL; November 1993.
5. "Ductal Carcinoma *in situ* (DCIS) of the Breast: Can Mammographic and Pathologic Findings Predict the Adequacy of Tumor Excision in Patients Considered for Breast Conserving Therapy." Presented at the Michigan Society of Therapeutic Radiologists Resident Research Competition, Novi MI; June 1994.

6.      "Ductal Carcinoma *in situ* (DCIS) of the Breast:  Can Mammographic and Pathologic Findings Predict the Adequacy of Tumor Excision in Patients Considered for Breast Conserving Therapy."  Presented at the 23rd Annual Residents' and Fellows' Research Forum, William Beaumont Hospital, Royal Oak, MI; June 1994.

7.      "The Mammographic Prediction of an Extensive Intraductal Component in Early Stage Breast Cancer Patients Undergoing Breast Conserving Therapy."  Presented at the Society of Breast Imaging, Orlando, FL; May 1995.

8.      "Radiation Therapy for DCIS.  4 Days Versus 5 Days Per Week.  Is There a Difference in Outcome?"  Presented at The Breast Cancer Symposium Houston, TX; May 1996.

9.      "Treatment of Primary and Recurrent Cancer of the Head and Neck with Combination of Iridium Implant and Hyperthermia."  Presented at The American Brachytherapy Society, West Palm Beach, FL; May 1997.

10.     "Biochemical Control and Complications after Iridium-192 Perineal Implant and External Beam Radiotherapy for Various Stage Prostate Cancer."  Presented at The American Brachytherapy Society, West Palm Beach, FL; May 1997.

11.     "Breast Irradiation is Unnecessary for Widely Excised Ductal Carcinoma in-situ (DCIS)." Presented at 20th annual San Antonio Breast Cancer Symposium.  December 3-6, 1997.

12.     "Latest Advances in Radiation Therapy for Breast Cancer" Presented at the Well Women's Health Conference—Los Angeles, CA.  September 13, 2003.

13.     "Newer Techniques of Radiation Therapy in the Treatment of Pancreaticobiliary Tumors (Do New Toys Make a Difference)?"  Presented at the Pancreatic and Biliary Cancer Conference-Good Samaritan Hospital.  April 24, 2004

14.     "Brachytherapy for Prostate Cancer."  Presented at the 2004 Annual Clinical Assembly of Osteopathic Specialists. Oct 2, 2004.

15.     "New Advances in Radiation Therapy for Prostate Cancer."  Presented at Karmonos Cancer Center/Wayne State University, West Bloomfield, Michigan, May 6, 2007

16.     "Mitigating Toxicities Associated with Treatment of Head and Neck Malignancies." Presented at the Cytoprotection Institute for Education, Commerce, CA May 15, 2007.


**Papers published in Proceedings**


- **Beron, P.,** Martinez, A., Chen, P., Wimbish, K., Levine, A., White, J., Pettinga, J., Benitez, P., Ingold, J., and Vicini, F.  "Practical Application of Mammographic Findings with Breast Conserving Therapy."  Presented at the 80th Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL; November 1994. Page 155 of *The Proceedings*.
- **Beron, P.,** Martinez, A., Wimbish, K., Levine, A., Ingold, J., Pettinga, J., Benitez, P., Gustafson, G., and Vicini, F.  "The Value of Mammographic and Pathologic Findings in Predicting the Adequacy of Tumor Excision Prior to Radiotherapy in Breast Cancer Patients Treated with Breast Conserving Therapy."  Presented at the 79th Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL; November 1993.  Page 214 of *The Proceedings*.
- **Beron, P.,** Martinez, A., Wimbish, K., Levine, A., Ingold, J., Pettinga, J., Benitez, P., Gustafson, G., and Vicini, F. "The Mammographic Prediction of an Extensive Intraductal

Component in Early Stage Breast Cancer Patients Undergoing Breast Conserving Therapy."  Presented at the Society of Breast Imaging, Orlando, FL; May 1995. Page 144 of *The Proceedings*.

- **Beron, P**., Lewinsky, B., Silverstein, M J.  "Radiation Therapy for DCIS.  4 Days Versus 5 Days Per Week.  Is There a Difference in Outcome?"  Presented at The Breast Cancer Symposium, Houston, TX; May 1996.  Page 93 of *The Proceedings*.
- **Beron, P**., Lewinsky, B.  "Treatment of Primary and Recurrent Cancer of the Head and Neck with Combination of Iridium Implant and Hyperthermia." Presented at the American Brachytherapy Society, West Palm Beach, FL; May 1997.  Page 14 of *The proceedings*.
- **Beron, P**., Lewinsky, B.  "Biochemical Control and Complications after Iridium-192 Perineal Implant and External Beam Radiotherapy for Various Stage Prostate Cancer." Presented at the American Brachytherapy Society, West Palm Beach, FL; May 1997. Page 22 of *The proceedings*.
- Silverstein M J, Lagios M, Lewinsky B S, Colburn W J, **Beron P**, Craig P H, Gamagami P, and Waisman J R. "Breast Irradiation Is Unnecessary For Widely Excised Ductal Carcinoma in-situ (DCIS)."  Presented at 20th annual San Antonio Breast Cancer Symposium. December 3-6, 1997.

## FEE SCHEDULE

My fee schedule is $450 per hour for consultation, research, and report preparation and $750 per hour for deposition and court testimony.

Case log

Phillip Beron MD

9/20/2011

John Fontem, plaintiff, v. Benjamin Z. Stallings MD,et al.
Circuit Court for Prince George's County, Maryland
Case # CAL 07-26983
Los Angeles CA
7/22/2008

Weng et al Vs Robert S Issacs MD et al, Circuit Court of Montgomery County, Maryland
Case #288173-V
Los Angeles CA
2/24/09

Keith Blankenbuehler and Kaye Blankenbuehler vs. Payson Hospital Corporation,
Payson Regional Medical Center, an Arizona corporation; Evelyn Cohen MD, and John
Doe Cohen, wife and husband
.Superior Court of State of Arizona, County of Gila.
Case # CV 2008-089
Los Angeles CA
 3/2/2009

Joseph E. Mitchell, an incapacitated person, by his attorney in fact, Ann Mitchell,
plaintiff, vs. The United States of America, Defendant. United States District Court for the
Eastern District of Pennsylvania
Deposition Los Angeles CA
Civil Action-Law no:08 5703
9/21/09

Becky Glidewell, plaintiff, vs. Van Hoy Woo, MD, and AHS Hillcrest Medical Center, LLC,
a Delaware limited liability company, Defendents.
Deposition Los Angeles CA
Case No: CJ-2008-05082
12/21/2009

Delgado v Chua,Pyeatt, Wilks and Banner Health, Inc
Maricopa County Superior Court
Case number CV -2007-020218
Deposition Los Angeles CA
3/8/2010

Callaway vs Taylor, et al
Case no: CJ-2007-6972
Tulsa County District Court
Deposition Los Angeles CA
3/22/2010

Lila Allen vs. Fredrick Goll, MD and Roe Corporations
Case No: A564257

District Court Clark County, NV
Deposition Los Angeles CA


Marilyn J Lovett and Alvin H Lovett, individually, and as husband and wife, Plaintiffs, vs
Ravi Shanker MD and Cancer Centers of Brevard, Inc.
Case # 05-2010-CA-007098
Circuit Court of the 18th Judicial Circuit in and for Brevard County, Florida
Deposition Los Angeles CA
4/15/11


Barbara Indio,, plaintiff, versus Wyeth, Inc. et al., defendants. Jane Watts, plaintiffs,
versus Wyeth, Inc. et al.
Case number: 1:10 -- CV -- 00295 – OWW-DLB
United States District Court for the Eastern District of California

Deposition: Los Angeles California

June 28, 2011


Michelle Sharpe, plaintiff, versus Jose Ruiz, MD, et al., defendant.

Case number 08 -- CA – 6299

Circuit Court of the 18th judicial circuit in and for Brevard County, Florida

Los Angeles California

June 21, 2011


Barbara Indio, plaintiff versus Wyeth, Inc., et al., defendants.

Case number: 1:10 -- CV -- 00295 --OWW –DLB

United States District Court Eastern District of California

Deposition: Los Angeles California

July 21, 2011

Anastasia Parker, individually and as other and next friend of Taelor Hannah, a minor, plaintiffs, versus Mohamed Megahy, M.D.; d/b/a Belleville Oncology and Maryville Oncology; Wael F girgis, M.D.; and Protestant Memorial Medical Center, Inc. d/b/a Memorial Hospital, defendants.

Case number: 09 -- L – 157

in the circuit court for the 20th judicial circuit St. Clair County, Illinois

Deposition: Los Angeles California

August 16, 2011