# EXHIBIT 44

Vijayakrishna K. Gadi, M.D., Ph.D.

1                    IN THE UNITED STATES DISTRICT COURT

2                 FOR THE EASTERN DISTRICT OF ARKANSAS

3                           WESTERN DIVISION

4

5

6    In Re:                              ) MDL Docket No.

7                                        ) 4:03-CV-1507-WRW

8    PREMPRO PRODUCTS LIABILITY          )

9    LITIGATION

10

11

12

13              VIDEOTAPED DEPOSITION OF

14

15        VIJAYAKRISHNA K. GADI, M.D., PH.D.

16

17                    May 7, 2011

18

19              Seattle, Washington

20

21

22

23

24

25

Page 2

```
1          APPEARANCES
2
3   For the Plaintiffs:
4
5       Michael L. Williams, Esquire
        Williams Love O'Leary Craine &
6       Powers
        9755 S.W. Barnes Road
7       Suite 450
        Portland, OR 97225
8       503.295.2924
        mwilliams@wdolaw.com
9
10      Lance E. Palmer, Esquire
        Kraft Palmer Davies
11      1001 Fourth Avenue
        Suite 4131
12      Seattle, WA 98154
        206.624.8844
13      206.624.2912 Fax
        lep@admiralty.com
14
15  For Defendant Wyeth:
16
17      Christopher G. Campbell, Esquire
        Jennifer A. Fuerch, Esquire
18      DLA Piper US LLP
        1251 Avenue of the Americas
19      New York, NY 10020-1104
        212.335.4909
20      212.884.8509 Fax
        christopher.campbell@dlapiper.com
21      jennifer.fuerch@dlapiper.com
22
23  Also present: Ed Burke, Videographer
24
25
```

Page 4

```
1              EXHIBIT INDEX (Continuing)
2       EXHIBIT NO.    DESCRIPTION           PAGE NO.
3
    Exhibit No. 7    11-page article entitled    235
4                   "Association of Hormone
                    Replacement Therapy to
5                   Estrogen and Progesterone
                    Receptor Status in Invasive
6                   Breast Carcinoma."
7   Exhibit No. 8    7-page article entitled "Risk   243
                    Factors for Hormone
8                   Receptor-Defined Breast
                    Cancer in Postmenopausal
9                   Women."
10  Exhibit No. 9    9-page article entitled "Use    250
                    of Different Postmenopausal
11                  Hormone Therapies and Risk of
                    Histology- and Hormone
12                  Receptor-Defined Invasive
                    Breast Cancer."
13
    Exhibit No. 10   22-page article entitled        320
14                  "Breast cancer precursors
                    revisited: Molecular features
15                  and progression pathways."
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
1           EXAMINATION INDEX
2   EXAMINATION BY:              PAGE NO.
3   MR. CAMPBELL                 6
4   MR. WILLIAMS                 325
5
6
7
8           EXHIBIT INDEX
9   EXHIBIT NO.    DESCRIPTION        PAGE NO.
10
11  Exhibit No. 1   4-page Expert Report of    5
                    Dr. Gadi, April 14, 2011.
12
    Exhibit No. 2   5-page expert report of    5
13                  Dr. Gadi, dated April 25,
                    2011.
14
    Exhibit No. 3   3-page Curriculum Vitae of    5
15                  Dr. Gadi.
16  Exhibit No. 4   17-page article entitled    138
                    "Molecular mechanisms of
17                  steroid receptor-mediated
                    actions by synthetic
18                  progestins used in HRT and
                    contraception."
19
    Exhibit No. 5   6-page article entitled    178
20                  "Breast tumours following
                    combined hormone replacement
21                  therapy express favourable
                    prognostic factors."
22
    Exhibit No. 6   15-page article entitled    199
23                  "Biology of Progesterone
                    Receptor Loss in Breast
24                  Cancer and Its Implications
                    for Endocrine Therapy."
25
```

Page 5

```
1           BE IT REMEMBERED that on Saturday,
2   May 7, 2011, at 1001 Fourth Avenue, Suite 4131,
3   Seattle, Washington, at 8:34 a.m., before KARMEN M.
4   FOX, CCR, RPR, CRR, Notary Public in and for the State
5   of Washington, appeared VIJAYAKRISHNA K. GADI, M.D.,
6   PH.D., the witness herein:
7           WHEREUPON, the following proceedings
8   were had, to wit:
9
10              <<<<<<  >>>>>>
11
12          (Exhibit Nos. 1-3 marked
13           for identification.)
14
15          THE VIDEOGRAPHER:  We are now on the
16  record.  My name is Ed Burke.  I am a videographer for
17  Golkow Technologies.  Today's date is May 7th, 2011,
18  and the time is 8:34 a.m.  This video deposition is
19  being held in Seattle, Washington, in the matter of In
20  Re: Prempro Products Liability Litigation, for the
21  U.S. District Court for the Eastern District of
22  Arkansas, Western Division.  The deponent is Dr. Gadi.
23          And if Counsel could please voice identify
24  yourselves, starting to my right.
25          MS. FUERCH:  Jennifer Fuerch on
```

Vijayakrishna K. Gadi, M.D., Ph.D.

Page 6

1  behalf of Wyeth.
2          MR. CAMPBELL:  Chris Campbell for
3  Wyeth.
4          MR. WILLIAMS:  Mike Williams for the
5  plaintiffs.
6          MR. PALMER:  Lance Palmer for the
7  plaintiffs.
8          THE VIDEOGRAPHER:  And the court
9  reporter is Karmen Fox and will now swear in the
10  witness.
11      VIJAYAKRISHNA K. GADI, M.D., PH.D.,
12      having been first duly sworn by the Notary,
13          deposed and testified as follows:
14
15
16          EXAMINATION
17  BY MR. CAMPBELL:
18  Q   Good morning, Dr. Gadi.
19  A   Good morning.
20  Q   My name is Chris Campbell.  I'm here for Wyeth.  I'm
21      going to be asking you some questions.
22          I want to just first cover a few basic
23      instructions before I get to that.
24          First of all, if I ask you something that you
25      don't understand, please let me know that.  Okay?

Page 7

1  A   Yes.
2  Q   And if you need to take a break for any reason at all,
3      that's perfectly fine, as long as there's not a
4      question pending.
5          Do you understand?
6  A   Yes.
7  Q   And lastly, if you could just be careful not to talk
8      over me, I'll try not to talk over you, because the
9      court reporter has to take everything down.  Okay?
10  A   Yes.
11  Q   I've already marked a few exhibits, which are right
12      here in front of you.  It's Exhibits 1, 2, and 3.  And
13      No. 1 is your first report; No. 2 is your second
14      report, which is from April 25th; and No. 3 is your
15      CV.
16          So if you could just take a quick look at these
17      and just make sure they're accurate copies of each of
18      the things I just described.
19  A   Yes, they look correct.
20  Q   Okay.  And if you could just take a look at the two
21      reports, Exhibits 1 and 2.  I'm going to ask you some
22      questions about both of them together, but -- but
23      these are final versions of both reports; correct?
24  A   Correct.
25  Q   And you have no plans right now to submit any further

Page 8

1  reports?
2  A   Not at this time.
3  Q   Do these reports contain a complete statement of your
4      opinions in this matter?
5  A   Yes.
6  Q   The reports -- neither one of them contain any
7      opinions about any specific plaintiffs; correct?
8  A   That's correct.
9  Q   And they don't even contain any discussion of any
10      specific individuals; correct?
11  A   That's correct.
12  Q   Were you aware that there were eight individual
13      plaintiffs that were selected by the parties as a part
14      of this process?
15  A   No.
16  Q   I'm just going to ask you some questions.  You -- the
17      answer will probably be "no," but I'll just ask them
18      anyway.
19          Do you know the names of any of those eight
20      plaintiffs?
21  A   No.
22  Q   Have you looked at any of their medical records?
23  A   No.
24  Q   Have you talked to any of those plaintiffs?
25  A   No.

Page 9

1  Q   Have you talked to any of their doctors?
2  A   No.
3  Q   Do you know how long any of those plaintiffs took
4      Prempro?
5  A   No.
6  Q   Do you know if they even took Prempro at all?
7  A   No.
8  Q   Do you know any of their risk factors for breast
9      cancer?
10  A   No.
11  Q   Do you know what type of breast cancer any of them
12      were diagnosed with?
13  A   No.
14  Q   So with regard to those specific plaintiffs, you are
15      not offering the opinion here today or otherwise that
16      Prempro was the cause of their breast cancers; right?
17  A   No, I'm not.
18  Q   If we could just look at Exhibit 3, which is your CV,
19      and I'm specifically looking at your publications.
20          I believe -- you've published less than five
21      papers about breast cancer; is that correct?
22  A   I'll have to look, but, yeah --
23  Q   If you could --
24  A   -- I think that's fair.
25  Q   Do you want to take a look and just make sure.

3 (Pages 6 to 9)

Vijayakrishna K. Gadi, M.D., Ph.D.

Page 10

1   A   Sure.
2       Yeah, that's -- with respect to being specific
3   about breast cancer, that's correct.
4   Q   On the first page of each of your reports, you
5   indicate that you have been involved in either
6   oncologic research or medical practice for 20 years.
7   A   Yes.
8   Q   Correct?
9       I want to just break it down between the two of
10  those things.
11      How many years experience do you have in oncologic
12  research?
13  A   So I was 19 when I first joined -- actually, 18 when I
14  first joined the laboratory.  So I've been doing bench
15  research since that age.
16  Q   What was that laboratory?
17  A   That was actually a laboratory at the University of
18  Alabama in reproductive endocrinology.
19  Q   And what did you do at the laboratory?
20  A   I did something called radio amino acids.  It's
21  something for an undergraduate -- fit for an
22  undergraduate.
23  Q   But you were in high school at the time?
24  A   No, no, I was in college.
25  Q   In college.

Page 11

1       How many years experience do you have practicing
2   medicine?
3   A   As an independent physician, since 2004; as a board-
4   certified independent physician.  And as a trainee or
5   in some capacity as a trainee and a physician, for
6   about the last eleven years.
7   Q   Okay.  Have you ever prescribed Prempro?
8   A   Not personally.
9   Q   Have you ever prescribed any form of hormone
10  replacement therapy?
11  A   I have given is- -- I've given estradiol to patients.
12  Q   Estradiol?
13  A   Yes.
14  Q   When you gave estradiol, was it a particular brand
15  or --
16  A   No, I don't know that it was a particular brand.  I
17  just wrote estradiol, 6 milligrams.
18  Q   And what did you prescribe estradiol for?
19  A   For management of metastatic breast cancer.
20  Q   In other words, for the treatment of breast cancer?
21  A   Yes.
22  Q   How -- can you explain to me how that works?
23  A   Sure.
24      In patients who have advanced metastatic breast
25  cancer, one of the forms of salvage hormone therapy is

Page 12

1   to offer intermediate or high-dose estradiol.
2   Q   And what effect does that have?
3   A   It generally leads to transient improvement of
4   symptoms before the tumor begins to productively use
5   estrogen again.
6   Q   And what symptoms are you talking about?
7   A   For example, I've had a patient who had multiple
8   metastases in multiple organs, with pain associated
9   with it, particularly in the bones.  I was able to buy
10  her, for example, six months of time where her tumor
11  was  quiescent while on estradiol-based therapies.
12      It's not a common practice.
13  Q   Okay.  And you've just done it the one time?
14  A   No, no.  I've done it a handful of times.  I couldn't
15  tell you exactly the number.
16  Q   Okay.
17  A   And it's something doctors who take care of a lot of
18  breast cancer are aware of.  It's something that they
19  know they can do.
20  Q   And what effect are you -- are you hoping to have on
21  the breast cancer itself?
22  A   It leads to something called apoptosis; cell suicide
23  on the part of some of those breast cancer cells.
24  Q   Okay.  In other words, you're -- you're treating the
25  breast cancer with estradiol in order to kill some

Page 13

1   portion of it?
2   A   Correct.
3   Q   But you said -- you mentioned also having an effect on
4   symptoms.  And the symptoms, I understood it to be
5   pain.
6   A   Yes.  Whatever the symptoms the -- having the bulk of
7   the cancer was causing, sometimes if you can debulk
8   that cancer with any intervention successfully, you'll
9   relieve pain and whatever suffering that patient may
10  be experiencing.
11  Q   Okay.  And what was the dosage, again, of the
12  estradiol?
13  A   In that way you do it, it's about six milligrams
14  daily.
15  Q   For how long?
16  A   As long as the -- the patient continues to respond or
17  have symptom alleviation.
18  Q   And is it ER-positive breast cancer, ER-negative
19  breast cancer, or does it make a difference?
20  A   It's typically hormone sensitive, so ER positive or
21  progesterone receptor positive, and/or.
22  Q   And why is there not a concern that giving estradiol
23  would actually cause the cancer to grow as opposed to
24  something else?
25  A   There is.  That's why it's considered a salvage form

Vijayakrishna K. Gadi, M.D., Ph.D.

Page 14

1  of therapy.
2      I've certainly had patients who had absolutely no
3  response to doing something like that.
4  Q  And what does it mean to say salvage form of therapy?
5  A  When patients have gone through the more conventional
6  forms of chemotherapy or hormone-based therapies for
7  metastatic breast cancer, they're left with relatively
8  few options.  And in some situations, to alleviate
9  pain or suffering, not to prolong life, we try
10  maneuvers such as this to reduce or debulk the tumor;
11  especially in patients who have marginal ability to
12  get additional forms of harsh chemotherapy.
13  Q  Okay.  Have you prescribed any other form of estrogen
14  or progesterone to the patient?
15  A  I have patients who, on -- upon having chemotherapy
16  given to them, may enter menopause and they have, as a
17  result, menopause symptoms.  And one in particular is
18  vaginal atrophy, and that can be quite painful and in
19  some cases can lead to complications like recurrent
20  urinary tract infections.
21      In that case, you can use topical estrogens that
22  are just locally delivered to the vaginal surfaces
23  without too much systemic uptake to compromise your
24  goal of treatment in estrogen-positive breast cancers,
25  as well as estrogen-negative breast cancers.

Page 15

1  Q  The topical estrogens that you prescribe, do you know
2  what -- what they were, what they --
3  A  I tend to give Estring.  E-S-T-R-I-N-G, I think, is
4  how it's spelled.
5  Q  And what is that formulation?
6  A  It's actually a ring that's inserted, and it locally
7  deposits the estrogen.
8  Q  And what type of estrogen?
9  A  I'm not sure, to be honest.
10  Q  Okay.
11  A  Sorry, I spoke over you there for a minute.
12  Q  No, no, that's fine.  That's fine.  It's inevitable,
13  but it's just something to keep in mind.
14  A  Sure.
15  Q  Okay.  I'll come back to this.
16      You're not a gynecologist; correct?
17  A  No, I'm not.
18  Q  But you -- you have treated women for menopausal
19  symptoms, at least in the way you've described?
20  A  Correct.
21  Q  Have you treated women for menopausal symptoms in any
22  other context other than what you just told me about?
23  A  Certainly.
24      So patients who are on aromatase inhibitors, for
25  example, or Tamoxifen oftentimes have menopause

Page 16

1  symptoms as a manifestation of those forms of
2  endocrine therapy.  And to alleviate that, we can use
3  things like non- -- SSRIs, serotonin in- -- selective
4  serotonin reuptake inhibitors, and nonclassical
5  antidepressants.
6      We've also used drugs like gabapentin, which can
7  relief hot flashes, night sweats, irritability,
8  moodiness, other sort of common or conventional
9  menopause symptoms.
10  Q  It's Neurontin?
11  A  Neurontin, correct.
12  Q  You're not a pathologist, though; correct
13  A  No, I'm not.
14  Q  And you're not a pharmacologist, are you?
15  A  I am not.
16  Q  And you're not a geneticist?
17  A  I am not formally trained as a geneticist, but I
18  harbor a fair deal of knowledge about genetics.
19  Q  Okay.  Do you consider yourself an expert in genetics?
20  A  No.
21  Q  Are you an epidemiologist?
22  A  No.
23  Q  Let me just ask some general questions.
24      How do you define cancer?
25  A  It's an unregulated growth of cells, usually imparted

Page 17

1  by genetic alterations.
2  Q  Uncontrolled cell growth?
3  A  Mm-hm.
4  Q  You have to just say "yes" or "no."
5  A  Yes.
6  Q  Okay.
7  A  Sorry.
8  Q  That's another instruction I --
9  A  Sure.  Sure.
10  Q  How do you define breast cancer?
11  A  Breast cancer is an uncontrolled growth of cells where
12  the stem cells that led to those cells growing were
13  derived originally from the breast.
14  Q  And breast cancer is a heterogeneous disease; right?
15  A  Absolutely.
16  Q  And what does that mean --
17  A  It means --
18  Q  -- in layman's terms?
19  A  It means that it's unlikely that any two cancers are
20  100 percent alike.  There's many subtle variations
21  that can happen.
22      And in the end, there -- for purposes of
23  treatment, we may clump them in a handful of
24  categories, but even within those categories, there's
25  going to be differences.

Golkow Technologies, Inc. - 1.877.370.DEPS

Vijayakrishna K. Gadi, M.D., Ph.D.

Page 18

1    And even on the patient-specific level, oftentimes
2    there are vary -- a number of different clones of
3    cancer cells.  They may have arisen from the same
4    initial cells, but as they develop along various
5    pathways, they may look differently.
6  Q  Even within the same patient?
7  A  Even within the same patient.
8  Q  So no two patients' cancers are identical?
9  A  Typically not.
10 Q  How does -- this is -- maybe require a longer answer,
11   but how does a healthy breast cell become a cancer
12   cell?
13 A  I'll try to give the simple answer, which is that:
14   Over the course of a woman's lifetime, there are
15   certain genetic elements that get damaged, and some of
16   those impart growth advantages to these cancer cells.
17         THE REPORTER:  Could you speak up a
18   little bit?
19 A  Some of these impart growth advantages to some of
20   these cancer -- these precancerous cells.  And once
21   that's set in motion, the fidelity with which the DNA
22   of the cell is replicated is lost, and so additional
23   mutations may be acquired.  And some of those
24   dicastically will lead to additional growth
25   advantages, and this process continues on and on and

Page 19

1    on, until you have a cell that generally can grow
2    without too much constraints on its -- on its ability
3    to divide and replicate.
4         And that can happen in a number of different ways.
5    There's a number of different mechanisms, but the end
6    result oftentimes is the same, which is this
7    uncontrolled pocket of cells.
8  Q  And that uncontrolled pocket of cells is the cancer
9    cells?
10 A  Correct.
11 Q  What's -- what is the definition or criteria that
12   something -- some cells need to have to be, quote,
13   cancer cells versus just simply abnormal cells with
14   mutations?
15 A  I think that's also a fuzzy definition, but agreed-
16   upon things in breast cancer are the appearance
17   underneath the microscope; in other words, when the
18   pathologist looks at it, the cancer cells to be able
19   to invade the surrounding tissues.
20        So, for example, ductal carcinoma in-situ, though
21   considered a cancer, is generally confined to within
22   the breast ductules, as is lobular carcinoma in-situ
23   confined to within the lobules.  But eventually those
24   cells do gain enough mutations to be able to invade
25   the surrounding tissue.

Page 20

1    And so that is one more step of uncontrolled
2    growth, so to speak.
3  Q  So invasiveness is a characteristic of cancer?
4  A  Typically.
5  Q  Is it a necessary characteristic?
6  A  People have different definitions, and some would
7    strongly argue that things like DCIS are, indeed,
8    aggressive cancers, and certainly they have morbidity
9    associated with them.  But in my mind, the ability to
10   spread beyond the local organ to other tissues, at
11   least in breast cancer, is a -- is a critical
12   component of that.
13 Q  So in your view, DCIS is not, quote/unquote, cancer?
14 A  It is cancer, but it's locally confined, and the
15   morbidity associated with it is a lot less than the
16   invasive forms.
17 Q  Okay.  One of the -- if you look at your report, I
18   think both reports toward the end, you have a
19   reference to a term that you call, I think, frank
20   cancer.
21 A  Mm-hm.
22 Q  I can show you.  Let me see here.
23 A  Right.
24 Q  There we go.  Frank cancer.  So it's the last
25   paragraph on the last page of each of your reports.

Page 21

1  A  Correct.
2  Q  What do you mean by "frank cancer"?
3  A  Such as I just described:  this ability to invade
4    surrounding tissues and also spread to distant tissue
5    such as the lymph node, the lung, the liver,
6    et cetera.
7  Q  Do you consider DCIS to be frank cancer?
8  A  DCIS is a type of frank cancer, but without the
9    ability to spread to those distant organs.
10 Q  Okay.
11 A  It's a lot easier to manage.
12 Q  And what's the term malignant transformation mean?
13 A  "Malignant" is a word used to describe something that
14   is -- this is a tautology -- it's not benign, but it's
15   something, in my view, with those abilities to invade
16   surrounding tissues, damage organs, as well as spread
17   to other organs such as the -- the lymph nodes and the
18   liver and the lungs, for example.
19 Q  My understanding of the term malignant transformation
20   would be essentially the process by which abnormal
21   cells cross the threshold from being simply abnormal
22   to becoming cancer.
23        Would you agree with that?
24 A  That's a fair -- yeah.  Yes.
25 Q  Okay.  The process of a healthy cell becoming cancer

Vijayakrishna K. Gadi, M.D., Ph.D.

Page 22

1   can take years and even decades in some cases; right?
2   A   Absolutely.
3   Q   When -- or what would you say is the average time with
4       respect to breast cancer from -- from the first
5       mutations that create an abnormal cell to the
6       diagnosis of breast cancer?  Is there sort of an
7       understood average time for that process?
8   A   I'm going to say no.  I think you'll find a lot of
9       different answers, and at least in diseases like colon
10      cancer, that's been really nicely modeled.  But to my
11      knowledge, that has not been modeled well in breast
12      cancer.
13  Q   Do you personally have a belief as to what the range
14      of time could be?
15  A   I think it can be as many as decades in some cases;
16      and in some cases, it's a lot shorter.
17  Q   And can that process begin as early as adolescence,
18      when a woman's breasts are developing?
19  A   Possibly.
20  Q   What are genes?
21  A   Genes are discrete elements of information in the
22      human genome, in the DNA that makes up every cell.
23      Sometimes those genes lead to things like proteins.
24      Sometimes those genes lead to things like mRNA's or
25      RNA species, another genetic element that is able to

Page 23

1       perform certain functions within the cell.
2   Q   Can you just explain the difference between genes and
3       DNA.
4   A   Sure.
5           DNA is the code.  It's the nucleotides within the
6       DNA, arranged in a certain sequence that make a gene.
7           A gene is not just the ability to code for a
8       protein, but all the other necessary elements to make
9       that information come out with some fidelity.  So it's
10      the sequence before the actual protein coating
11      sequence, the promoter.  At the end, there's some
12      other genetic regulatory elements, as well, but in
13      total, that's a gene.
14  Q   What role do genes play in the development of breast
15      cancer?
16  A   Those genes code for this information so that you can
17      make proteins of such and such variety.  And
18      sometimes, for example, the genetic elements that
19      control the expression of that gene are abnormal, so
20      you make too much of a protein.
21          Sometimes the gene coating for the protein, for
22      example, may be damaged, there might be a mutation
23      that leads to its early termination so that you don't
24      get a properly functioning protein.
25          Those are just two examples of many.

Page 24

1   Q   When you say "protein," one of the types of proteins
2       can be receptors?
3   A   Exactly.
4   Q   Like estrogen receptors or progesterone receptors?
5   A   Correct.
6   Q   What is on oncogene?
7   A   An oncogene is any gene that has been implicated in
8       any type of cancer at some point as a causative
9       factor.
10  Q   What is a -- what's the difference between an oncogene
11      and a proto-oncogene?
12  A   An oncogene is one that's been identified as causing
13      its cancer in a particular situation; whereas a
14      proto-oncogene, it's a more fuzzy term.  I've
15      understood it to mean things that are -- in other
16      organisms been identified and may possibly perform
17      that function in humans.
18  Q   Okay.
19  A   It's a more fuzzy term and it's one I don't use as
20      often.
21  Q   Would you agree that an oncogene is a gene that can
22      transform a normal cell into a cancer cell?
23  A   Not on its own.  No -- very rarely are there genes
24      that do that on their own, but it's one that
25      contributes, along with many others.

Page 25

1   Q   It takes multiple mutations to create a cancer?
2   A   Absolutely.
3   Q   And an oncogene would be participating in that
4       process?
5   A   Correct.
6   Q   An oncogene needs to be -- well, let me -- aside from
7       its role in creating cancer, what's -- what is its
8       normal -- normal role?
9   A   Sometimes these genes are responsible for things like
10      just housekeeping functions; making sure the cell on a
11      day-to-day basis can perform the things that it's
12      supposed to do.
13          For example, many people consider the HER2/neu
14      gene an oncogene, and that's -- in breast cancer
15      particularly.  And that's a gene that leads to a
16      specific receptor that's expressed on the outside of
17      the cell.
18          We believe this is just a normal growth factor
19      receptor that a lot of cells have at some low level
20      and express, but when overrepresented in abundance in
21      cancer, that pathway can be co-opted to help that cell
22      grow a little bit more uncontrollably.
23          That's just one example of an oncogene at least
24      in -- in this setting.
25  Q   Let me switch back to your reports.

Vijayakrishna K. Gadi, M.D., Ph.D.

Page 26

1    You have written two reports in this case?
2 A  Correct.
3 Q  Exhibit 1 is your first report, which is dated April
4    14th?  Just take a look.
5 A  Yes.
6 Q  And Exhibit 2 is your second report, which is dated
7    April 25th; right?
8 A  Correct.
9 Q  The dates are on the first page of each report and not
10    on the signature page, I believe.
11 A  Okay.
12 Q  Can you just double-check?
13 A  Sure.
14    You're correct.
15 Q  Are the dates, though, the dates that you completed
16    the reports?
17 A  Correct, and submitted them to the attorneys.
18 Q  And the same dates you would have signed the report?
19 A  Correct.  That typically happened in the same day.  I
20    would submit it, they would send it back to me and I
21    would sign it, fax it, whatever.
22 Q  Did you make any changes to your report, your second
23    report, on April 26?
24 A  I don't think so.  I honestly don't think it -- I
25    think the answer is "no," but I'm not sure.  Unless

Page 27

1    it's something like a typo.  I wouldn't have changed
2    anything substantively.
3 Q  You weren't asked to take any references out of your
4    second report on April 26th?
5 A  No.  Every reference in here is one that I selected to
6    be in here, and not -- none -- I was never told to
7    take anything out.  If I edited something out, it was
8    on my own doing.
9 Q  I'm going to ask you questions about both reports.
10 A  Okay.
11 Q  Kind of just general questions, but if the answer is
12    different for one versus another, will you just tell
13    me?
14 A  I'll try.
15 Q  When were you first contacted about writing these
16    reports?
17 A  In the middle of March.  And I would have to look at
18    the timeline in the e-mails to know for sure.
19 Q  That's fine.  Just the middle of March --
20 A  Middle of March, yes.
21 Q  -- is your recollection?
22    Who was it that contacted you?
23 A  I was initially contacted by, actually, another
24    physician working with Dr. -- with attorney Russ
25    Abney.

Page 28

1 Q  Mm-hm.
2 A  I spoke -- sorry.
3 Q  Who was that physician?
4 A  I'm forgetting his name, and I could look up his name.
5    He had an accent.  He was from Haiti.  But that's all
6    I remember.
7 Q  Was that physician based here in Seattle?
8 A  No.  He was based out of Texas.  And he had been
9    trying to reach me, honestly, for a month prior to my
10    finally being able to speak with him.
11 Q  Do you know what hospital or organization he was
12    affiliated with?
13 A  No.  I just got an e-mail from him saying:  I would
14    like to talk to you about some potential legal cases.
15 Q  And then you said the person -- the attorney who
16    actually spoke to you first was Russ Abney?
17 A  Correct.
18 Q  And did Mr. Abney -- well, when was the time period
19    that you were contacted?  Was this back in March or
20    was this earlier?
21 A  That's in early March, now.
22 Q  Early March.  Okay.
23    And specifically with regard to these reports,
24    when were you asked about this project?
25 A  So on the phone calls with Russ, he indicated that

Page 29

1    there was another attorney named Rainey Booth --
2 Q  Mm-hm.
3 A  -- and he wanted me to speak with Rainey.  I spoke
4    with Rainey over the phone on a couple of occasions,
5    and eventually agreed to write these reports.  And in
6    particular, his first interest was the HER2/neu
7    report.
8    Rainey flew out to Seattle -- actually, flew out,
9    I believe, to Portland and drove up to Seattle in the
10    middle of March just to meet with me in person to talk
11    about this.  And then he asked if I could also write
12    this report at that time.
13 Q  And the first -- when you first said this --
14 A  The HER2 report.
15 Q  Okay.  And then he -- then he later asked you about
16    the PR negative report?
17 A  At that meeting.
18 Q  But you were asked about both reports at that same
19    meeting?
20 A  I was asked about the HER2 report over the phone
21    initially --
22 Q  Okay.
23 A  -- and that's all I knew that I would be writing.  And
24    that's why there's a delay in terms of when the second
25    one appeared.

8 (Pages 26 to 29)

Page 30

1   Q   And that's -- I was going to ask you about that.
2       The -- the two reports are largely similar in many
3       ways; correct?
4   A   Correct.
5   Q   So why was there a delay in writing one versus the
6       other?
7   A   The body of literature supporting the HER2 piece was,
8       A, better in my brain, as that's some of the type of
9       research I do; and B, that was the priority given to
10      me by Rainey.  He said this is what I need the most.
11      After I finished that, I went back and reread the
12      literature more carefully on the PR negative aspects
13      of things, and as I assembled that information, I was
14      able to write this.
15      I'm also a busy clinician and I was on service at
16      that time.  So it was -- it was a little bit harder to
17      sit down and write that just time-wise.
18  Q   On Page 1 of both of your reports, you say that you
19      were asked to assess the association of combination
20      hormone therapy or, as you put it, CHRT --
21  A   Mm-hm.
22  Q   -- and breast cancer.
23  A   Correct.
24  Q   And in the first report, Exhibit No. 1, you defined
25      CHRT as -- if you -- if you know where I'm looking,

Page 31

1       you define it, I believe, as conjugated equine
2       estrogens plus medroxyprogesterone acetate.
3       Do you see that?
4   A   Yes.
5   Q   Okay.  And in your second report, you define it a
6       little more specifically.  You say Prempro, .625
7       milligrams of conjugated equine estrogens and 5
8       milligrams of medroxyprogesterone acetate.
9   A   Mm-hm.
10  Q   Do you see that?
11  A   Mm-hm.
12  Q   But you mean it to be the same thing in both reports?
13  A   Roughly the same thing, yes, because I'm now aware
14      that there are other forms of CHRT that have been used
15      around the world that a lot of this rationale and
16      logic apply to.  But when I was starting this off, I
17      was specifically trying to assess Prempro in
18      particular.
19  Q   Okay.  So it sounds like it maybe -- you may have a
20      different meaning of CHRT from one report to the
21      other?
22  A   No.  In this -- for the purposes of this, it's
23      identical.
24  Q   And what's that meaning?
25  A   Some form of estrogen, as in conjugated equine

Page 32

1       estrogens, plus medroxyprogesterone acetate in
2       particular.
3   Q   So when you say "CHRT" throughout your report, you're
4       talking about combination hormone therapy in the broad
5       sense, not in the Prempro sense?
6   A   For the vast majority of the data that I've cited
7       here, it replies -- it applies to CHRT as in Prempro.
8       There are only a handful of studies cited here that
9       may include different forms of estrogen used in
10      other -- sorry -- different forms of progestins used
11      in other formulations in other countries.  But the
12      vast majority of this information is very specific to
13      Prempro.
14  Q   Okay.  I don't meant to belabor this, but I just want
15      to make sure I understand.
16      When I -- when we see the term "CHRT" in your
17      report, what should that be translated to mean?
18      Either Prempro, combination hormone therapy generally,
19      or something else?
20  A   For the vast majority of the time, Prempro.
21  Q   But sometimes --
22  A   And I will --
23  Q   -- something broader?
24  A   Possibly, and I will point those out.
25  Q   Okay.  If we come to that, let me know.

Page 33

1   A   Okay.
2   Q   But you do have -- you essentially mean the same thing
3       in both reports?
4   A   Correct.
5   Q   And the Prempro that you're talking about, especially
6       in your second report where you have the dosage, are
7       you talking about the U.S. formulation of Prempro?
8   A   Correct.
9   Q   Is it your understanding that the U.S. formulation of
10      Prempro has -- is 5 milligrams of MPA?
11  A   I believe so.  I'll look at the label, but -- yes.
12  Q   Isn't it actually 2.5 milligrams?
13  A   Okay.  I'd have to look at the label, to be honest,
14      yeah.
15      When I -- when I read prescriptions or the
16      journals, you know, I just see Prempro and -- or CHRT.
17      And I was just lifting those abbreviations.
18  Q   But you would -- you would tend that to mean the U.S.
19      formulation?
20  A   Right.
21  Q   And if the U.S. formulation is 2.5, that's what you
22      mean?
23  A   That's what I mean, correct.  And I apologize if
24      that's a typo.
25  Q   So getting back to your assignments here, what were

Vijayakrishna K. Gadi, M.D., Ph.D.

Page 34

1      you asked to do on the HER2 side; which would be, as I
2      understand it, your first report?
3  A   Correct.
4  Q   What was your assignment?
5  A   I didn't have an assignment.
6  Q   Okay. How would -- what were you -- I mean, you
7      obviously wrote a report. How was this project
8      described to you, as to what you were supposed to be
9      doing?
10 A   I was asked to describe, by reviewing the literature,
11     what my assessment was of the relationship of these
12     types of combined hormone replacement therapy -- in
13     particular Prempro -- with the cause -- with the
14     ability to result in a HER2-amplified cancer.
15 Q   And you had mentioned earlier that -- you said I --
16     you -- you discovered or you understood there were
17     many forms of combination hormone therapy around the
18     world.
19 A   Right.
20 Q   When did you come to that understanding?
21 A   As I was reading the literature in preparing this
22     document.
23     I knew that in the United States, we had a
24     preferred form, for whatever reason, of combined
25     hormone replacement therapy, mainly being Prempro.

Page 35

1      But, for example, when I started flipping through the
2      French literature, I learned that they had alternative
3      forms of progestins available to them in those
4      countries.
5  Q   And that's as you were doing these reports?
6  A   Correct.
7  Q   With respect to the HER2 report, how did you go about
8      gathering information to get -- to do this report?
9  A   So as a clinical trialist and one who develops
10     clinical protocols, particularly now in HER2-based
11     disease -- this is something I'm funded to do and
12     looked for in my institution -- I was already aware of
13     a lot of the contributing pathways based on the
14     writings of -- for those clinical trial documents,
15     et cetera.
16     So I just started from that knowledge base to look
17     for specific articles to support or to deny this
18     association. I just wanted to understand the
19     association better.
20 Q   And the association you're talking about is the
21     association between combination hormone therapy and
22     HER2-positive breast cancer?
23 A   Potentially HER2-positive breast cancers.
24     I was aware of a strong link between those forms
25     of therapy and hormone-positive breast cancers in

Page 36

1      general. What I didn't know at the time, in the more
2      broad epidemiologic sense, was the association of
3      those drugs with the ability to eventually lead to a
4      HER2-expressing cancer.
5      I did know that those pathways often coexisted
6      in cells, as, again, the research we do targets --
7      targets both of those pathways.
8  Q   And with respect to that association with
9      regard to HER2-positive breast cancer, what
10     conclusions did you reach?
11 A   That -- that I reached --
12 Q   Do you want me to clarify?
13 A   Yes, please.
14 Q   What I mean is, as a -- as the end result of your
15     process and writing this report, what were your
16     conclusions on HER2-positive breast cancers?
17 A   Okay. So what I knew was that, in general, before I
18     started this, that there were cancers that had HER2 as
19     it's predominant driving force; and that there were
20     cancers, an alternative set of cancers, that at some
21     point enlisted the help of HER2.
22     As I was reading this, it became clear that those
23     cancers that were originally estrogen receptor
24     dependent, and progesterone receptor dependent
25     potentially, sometimes those cancers were able to

Page 37

1      recruit HER2. And really the big piece of evidence
2      that locked in my brain at that point was that the
3      literature at least epidemiologically supported that.
4      What I knew molecularly was happening all along was
5      supported also by the epidemiology.
6      That would be the big new insight and conclusion I
7      was able to make as -- as I was preparing this report.
8  Q   Okay. When you said there's -- there's some cancers
9      that have HER2 as their driving force; some that HER2
10     is kind of a passenger, so to speak?
11 A   It's not a passenger.
12 Q   Okay.
13 A   It's, you know, a co-driver.
14 Q   A co-driver, okay.
15     What are the -- if you're looking at a breast
16     cancer, what are the criteria that tell you if HER2 is
17     the primary driver or a co-driver?
18 A   On a day-to-day basis, this is hard to determine from
19     any one individual's pathology specimen, but when we
20     take large numbers of tumors and start to dissect them
21     out by what molecular pathways are involved, we have
22     now the ability to sort of lump them into a variety of
23     different groups. You may have heard of these
24     molecular signatures.
25     It's clear that a lot of HER2-amplified cancers

Vijayakrishna K. Gadi, M.D., Ph.D.

Page 38

1  segregate together using these types of analyses.
2  Those are called HER2-enriched tumors in our lingo,
3  and they tend to be those that are -- where the HER2
4  is the driving force.
5  Q  Okay.
6  A  Then there's another group, this group called luminal
7  tumors, and within the luminal tumors -- and I should
8  define luminal.  That just means on the inside of a
9  duct, for the most part.
10     These luminal tumors come in two varieties:  a
11  luminal A group and a luminal B group.  The luminal A
12  group is your more conventional estrogen-positive
13  breast cancer and generally associated with a
14  favorable prognosis.
15     The luminal B are those that have co-opted other
16  growth pathways to help them grow, sometimes being
17  HER2, sometimes being things like EGFR1, sometimes
18  being insulin growth factor 1, sometimes being NKG2-D,
19  and the list goes on and on.
20  Q  How do you define luminal A?
21  A  Again, it's a molecular definition, but not having
22  actually typed an individual patient for these
23  molecules that might be involved, I can generally say
24  that the ones that are estrogen receptor positive and
25  typically progesterone receptor positive at high

Page 39

1  levels are those that are luminal A tumors.  And
2  they're also negative for the HER2/neu receptor.
3  Q  And how do you define luminal B?
4  A  Oftentimes ER positive, estrogen receptor positive;
5  oftentimes progesterone receptor negative, sometimes
6  positive; sometimes HER2/neu positive.
7     Those are the conventional markers that we look at
8  in terms of pathology.
9  Q  And then there's another category of HER2-enriched.
10  A  Correct.
11  Q  Is that right?  So we're talking about three different
12  categories?
13  A  There's a fourth and a fifth category, but...
14  Q  And what are the fourth and fifth, just for
15  completeness?
16  A  There's a triple negative basaloid category.  And
17  there's now, more recently, recognized something
18  called a clot and low subset of triple negatives, as
19  well, which behave differently than the basaloid
20  triple negatives.
21  Q  And the luminal B category and the HER2-enriched
22  category, I think, were -- where you were drawing a
23  distinction between where HER2 is the primary driver
24  and HER2 is a co-driver.
25  A  Correct.

Page 40

1  Q  Is that right?
2     Do you mean to say that in HER2-enriched tumors,
3  HER2 is always the primary driver?
4  A  No, that's not what I mean to say.  What I believe is,
5  those cells at a very early stage of development
6  needed HER2 to make the process go that next step to
7  become malignant.
8  Q  Okay.
9  A  Whereas in the luminal B, I believe that was a more
10  downstream event, something that happened later on in
11  the game.
12  Q  And in every luminal B cancer, is HER2 a co-driver?
13  A  No, not -- not at all.
14  Q  In -- in every luminal B cancer, is HER2 never a
15  primary driver?
16  A  I couldn't say that, but it's unlikely to be, just
17  based on how the molecular subsets always seem to
18  portion out.
19  Q  So it's possible, then, that it is the primary driver
20  of some luminal B cancers?
21  A  It would be impossible to tell, but it could be.
22  Q  And do you have any idea what percentage, for example?
23  A  I don't think anybody does.
24  Q  But you don't know?
25  A  I certainly don't know.

Page 41

1  Q  So it's -- for a cancer, for example, that is ER
2  positive and HER2 positive, there -- there could be
3  situations in which that cancer is primarily driven by
4  HER2?
5  A  Say -- say that one more time.  I want to make sure --
6  I'm sorry, I may have switched terms on you.
7  A  Okay.
8  Q  I'll go back to the term "primary driver."
9  A  Okay.
10  Q  For a cancer that is ER positive and HER2 positive,
11  there are -- there's the possibility that some of
12  those cancers, HER2 is the primary driver?
13  A  Yes; in the sense that there are sometimes these
14  HER2-positive tumors that later on engage estrogen
15  receptor as a growth factor mechanism; in other words,
16  they switch the order in which this happens.
17     That is probably very rare.  And I'm trying to
18  think of, anecdotally, if I've even had patients to --
19  that's happened.  And I think I may have had one, so
20  it's possible.
21  Q  In the patient you're talking about, what -- how did
22  you find that out?
23  A  I believe her primary breast cancer was estrogen
24  receptor negative and HER2/neu positive, and when she
25  recurred with bone metastases after -- many, many

Vijayakrishna K. Gadi, M.D., Ph.D.

Page 42

1    years later, I think her bone metastases expressed
2    both the HER2/neu receptor and now also the estrogen
3    receptor.
4        It's an unusual -- unusual case.
5  Q   But if you're simply looking at a patient being
6    diagnosed for the first time as ER positive and HER2
7    positive, is there any way you can tell, looking
8    backward, whether the HER2 was the initial event and
9    ER came later or the reverse?
10 A  I don't think that's possible. I think the vast
11   majority of the time, those tumors, like I said,
12   segregate with those luminal B. So the vast majority
13   of the times, those are luminal B tumors, because the
14   estrogen receptor was the initial event that led to
15   the co-option of the HER2 pathway.
16 Q  And what's the basis of you saying it's the vast
17   majority of the time that way?
18 A  Just looking at, for example, one of the papers you
19   gave me by Chuck Perou, that that's a very common and
20   very well-known paper where all these luminal B's
21   segregated together, and oftentimes those were also
22   HER2 positive.
23 Q  When you say papers I gave you --
24 A  Oh.
25 Q  -- can you explain what you mean by that?

Page 43

1  A  Sure.
2        There was a list 48 hours prior to this event, of
3    manuscripts, et cetera, that I guess you had hoped I'd
4    be familiar with. And some of them I certainly was,
5    and that was one of the them.
6  Q   Okay. That's one you -- you didn't become aware of
7    for the first time when I gave it to you?
8  A  No. It's a very common paper.
9  Q   And any other papers that support your statement that,
10   the majority of the time, ER comes first, then HER2,
11   in luminal B cancers?
12 A  I think there have been additional follow-on studies.
13   I've certainly seen this work at meetings, replicated
14   in many different ways and it's now a generally agreed
15   upon definition. But I believe in terms of papers
16   that I could just grab right now, that's the one that
17   comes to mind.
18 Q  Have you conducted a thorough review of the literature
19   on that topic?
20 A  I wouldn't say thorough, no.
21 Q  Let me ask you now about your PR-negative report just
22   a little bit.
23 A  Sure.
24 Q  What was your -- I'm going to use this word again, but
25   tell me if there's a better record.

Page 44

1    What was your assignment with regard to that
2    report?
3  A  Again, it wasn't an assignment. It was -- the
4    question was generally framed as: are there PR-
5    negative tumors that may have resulted from hormone
6    replacement therapies?
7        And with that basic question, I was then asked to
8    research the question. And though the studies don't
9    focus on that as their primary endpoint, as you're
10   going through, what's clear is that analysis is made
11   in each and every one of these papers that, yes, that
12   became a possibility, at least in the big
13   epidemiologic papers.
14 Q  And so is it your conclusion that it is possible that
15   Prempro causes PR-negative breast cancer?
16 A  Yes. Those tumors are likely to be hormone-positive
17   for both receptors at some point. And then as they
18   co-opted other growth pathways, their reliance on the
19   PR actually being positive became less so.
20 Q  Before you received your assignment or you were asked
21   to do this project, you already believed that Prempro
22   increases the risk of breast cancer; right?
23 A  Yes, I think that was generally agreed upon by
24   everybody in my field.
25 Q  Okay. And you also believed, before even doing this

Page 45

1    process, that Prempro increases the risk of HER2-
2    positive breast cancer?
3  A  That I was a little bit more aware of, correct.
4  Q  Did you hold that belief before you did your report
5    here?
6  A  I -- just because I was aware of the molecular
7    mechanisms by which that happened from my prior work,
8    yes.
9  Q  And before you got your assignment on the PR negative
10   side, you already believed that Prempro causes PR-
11   negative breast cancer; right?
12 A  I knew that some of those tumors could be caused, but
13   I wasn't aware of the specific epidemiologic data, for
14   example.
15 Q  So you -- but you held the belief that Prempro causes
16   that type of breast cancer --
17 A  I --
18 Q  -- or can cause it?
19 A  I don't want to say I held the belief.
20 Q  Okay.
21 A  I was willing to test what I knew and to verify what I
22   understood. But at some level, I understood that that
23   was the relationship.
24 Q  Okay. And just help me understand. When you say "at
25   some level," what does that mean?

12 (Pages 42 to 45)

Vijayakrishna K. Gadi, M.D., Ph.D.

Page 46

1   A   Just anecdotally, when you work with patients and
2       other doctors and you're reviewing cases, if you see a
3       patient that is on, for example, Prempro at the time
4       of their diagnosis of a hormone positive and
5       progesterone receptor negative, I think in the room,
6       all of us would agree, oh, that needs to stop now.  On
7       that level is -- at which I knew that information.
8   Q   But you also would stop a patient from taking Prempro
9       if they were ER pos-- -- ER negative and PR negative;
10      correct?
11  A   Not necessarily, but generally we do, yes.  We ask
12      those patients to stop.
13  Q   Do you believe that Prempro causes ER-negative and PR-
14      negative breast cancer?
15  A   This is more fuzzy.  There are some data now -- not in
16      publications but in meetings -- that we're starting to
17      see that the progestins can also stimulate triple-
18      negative breast cancers.
19  Q   Do you believe that's been established?
20  A   No.  And I -- that's why I don't mention it.
21  Q   Let me just ask you a little bit about your research.
22  A   Sure.
23  Q   Did you spend time researching for these two reports
24      in the same way that you would conduct research for an
25      article that you were writing for publication?

Page 47

1   A   Very similarly, yes.
2   Q   Was it different in any way; the two processes?
3   A   Not particularly.
4   Q   Did you conduct a thorough review of all the available
5       literature discussing Prempro and HER2-positive breast
6       cancers?
7   A   I -- clarify that, because there's -- there's a vast
8       amount of literature.
9   Q   There's a vast amount of literature on Prempro and
10      HER2-positive breast cancers?
11  A   In general, there's a vast amount of literature on
12      hormone replacement therapy and -- and -- and breast
13      cancer.
14  Q   Well, I'm just specifically asking about Prempro and
15      HER2-positive breast cancer.
16          Did you conduct a thorough review of that
17      literature?
18  A   To the best of my knowledge, I grabbed every article
19      within reason that I could get.
20  Q   Okay.  And did you also conduct a thorough review of
21      all the available literature discussing Prempro in
22      ER-positive/PR-negative breast cancer?
23  A   This is a smaller amount of data, and I believe I
24      grabbed most of those articles.
25  Q   When you say you think you grabbed most or you did it

Page 48

1       to the best of your knowledge, what did you do to
2       ensure that you would capture everything?
3   A   Sure.
4           So as we search for literature, whenever I write a
5       paper or as I was preparing these reports, or even
6       when I put together a clinical trial, we go to online
7       databases typically now and we search using a variety
8       of different terms.  And based on those searches, we
9       get a list of articles.
10          Usually depending on the broadness of your search
11      terms, you get far more unrelated articles than there
12      are related to the topic of interest.
13          So I read through, as I'm doing this, all these
14      quick titles and abstracts, and when I see one that
15      makes sense, I grab that article.
16          As I read that article, it starts to refer to
17      other older articles in the literature.  So then you
18      start grabbing more specifically those articles.
19          That's how most of us assemble data and
20      information to write such things as papers.
21  Q   When did you do your research?
22  A   This first HER2 report probably started about two
23      weeks before.  And I -- I can, again, look at -- I
24      documented when I did all this work.  I could look at
25      the date and I can see exactly when I started it.

Page 49

1           And then similarly, once that was completed, I
2       went back and did the same thing for the PR negative
3       thing.
4           And if you really want to know, I can pull it up.
5       It's here.
6   Q   Well, that's a good question.  I don't -- for this
7       particular question, I don't think I need that level
8       of level --
9   A   Okay.
10  Q   -- but if there's something else like that that you
11      want to pull up, we can definitely do it.
12          In terms of research, the research that you did
13      was this online research that you're talking about?
14  A   Typically, yes.
15  Q   Did you do any other kind of research?
16  A   I don't think so.  I think it was all literature
17      review.
18  Q   You didn't do any experiments?
19  A   No, certainly not.
20  Q   And can you give me a rough estimate, in terms of
21      hours, how much time you spent researching for each
22      report.
23          And if you want to pull it up, if you have that --
24  A   Just let me pull it up.
25  Q   Sure.

Golkow Technologies, Inc. - 1.877.370.DEPS

Vijayakrishna K. Gadi, M.D., Ph.D.

Page 50

1   A   That would be easiest.
2   Q   Sure.
3               MR. CAMPBELL:   Just so it's clear on
4       the transcript, Dr. Gadi has his computer here.
5   Q   (By Mr. Campbell)   And you're going to be looking
6       up --
7   A   Right.
8   Q   Can you just tell what you're looking at?
9   A   Yes.   And I believe you have this document, which is
10      the billing that I performed for this consultation
11      work.
12  Q   Oh, so you're going to be looking at the invoice?
13  A   The invoice.
14  Q   Okay.
15  A   Because the dates are on there and it documents
16      exactly which aspect of this --
17              MR. WILLIAMS:   Can't we just mark
18      the invoice.
19              MR. CAMPBELL:   Do we have a copy of
20      the invoice?
21              MS. FUERCH:   I didn't bring a copy.
22  A   Just give me a second.
23  Q   (By Mr. Campbell)   Go ahead.
24              THE WITNESS:   Do either of you have
25      the invoice?

Page 51

1               MR. WILLIAMS:   I'm sure that I do.
2               THE WITNESS:   Oh, that power outlet
3       doesn't work, by the way, for what it's worth.
4   Q   (By Mr. Campbell)   You know, I've -- if it's going to
5       take you a while, I have it in front of me.
6   A   Okay.
7   Q   If you can -- can you -- can you say that this invoice
8       that we've been provided by Mr. Williams accurately
9       reflects your -- your research?
10  A   100 percent.   I'm pretty meticulous about it.
11  Q   Okay.   That's -- that's good enough for me.
12  A   Okay.
13  Q   I don't think we need to belabor it.
14  A   Sorry.
15  Q   And I believe you actually say in here when you're
16      doing literature reviews for HER2 or for ER
17      positive/PR negative.
18  A   Correct.
19  Q   Correct?
20  A   I will add the caveat that as you're doing the
21      literature review for the HER2, there's oftentimes
22      mentions of the PR negative subset.
23  Q   Right.   So you got a little bit of overlap?
24  A   Overlap, yes.
25  Q   Okay.   Thank you.

Page 52

1               So you were mentioning the searches that you did.
2       Can you -- did you keep a list of any of your
3       searches?
4   A   I have not cleared the cache on my search browsers,
5       and so when I pull up the search engine, the Medline
6       search engine, it should document which searches I've
7       made and hold on to them for a period of time.
8               So I didn't keep a list of the search terms,
9       per se, but it tends to cache that information.
10  Q   So we'll just request a copy of the searches that you
11      conducted.   If you can keep -- you said you still have
12      that available?
13  A   I may have it.   It's whatever the search engine holds
14      on to.   I have not cleared the caches personally --
15  Q   Okay.
16  A   -- and I would need help doing that, to be honest.
17  Q   Can you just generally describe them, without having
18      to --
19  A   Yes, absolutely.
20  Q   What did you search?
21  A   So I might have typed in hormone replacement therapy
22      and HER2.   I may have typed in MPA and HER2.   I may
23      have started with a particular study that I knew of;
24      so, for example, the Women's Health Initiative study
25      and HER2.

Page 53

1               I'm colleagues and friends with some of the
2       researchers on some of these studies, so I may have
3       started with knowledge of what they do, with their
4       name and HER2 and hormone replacement therapy.   If you
5       type in those terms, typically you'll get several
6       thousands of papers.
7   Q   And --
8   A   And that's why, when you said "thorough," I didn't --
9       I'll be honest, I didn't read thousands of papers in
10      the last two weeks.
11  Q   How many papers did you read in the last two weeks?
12      Or with regard to these reports.
13  A   Yeah, maybe a hundred-plus each.
14  Q   Hundred-plus each?
15  A   And I speed-read and I skim very quickly.
16  Q   So -- so you skimmed some of the articles?
17  A   Certainly.
18  Q   You read some others, I assume, carefully?
19  A   Right.
20  Q   Do you believe that you captured the totality of the
21      available evidence on these two topics?
22  A   I think I fairly captured both the negative and the
23      positive studies.   And I was particularly interested
24      in the negative studies.
25  Q   What do you mean, "negative studies"?

Vijayakrishna K. Gadi, M.D., Ph.D.

Page 54

1  A  Studies that may not have shown the same association.
2     I wanted to know why that might have been the case.
3        And there were really not very many of those.
4  Q  Okay.  Well, I'll ask you about those in just a
5     second.
6  A  Okay.
7  Q  What types of literature did you look for?
8  A  The -- the vast majority was not the molecular type
9     but more the epidemiologic types, the association type
10    studies.
11 Q  And did you have any particular inclusion or exclusion
12    criteria in terms of what you were looking for?
13 A  No, I did not discriminate against any one piece of
14    work.
15 Q  How did you choose the studies you cited in your
16    reports?
17 A  They represented the essence of the statement being
18    made the best.
19 Q  And can you explain what you mean by that?
20 A  Sure.
21       So in some instances, it was clear that this study
22    produced that knowledge in that sentence.  And so I
23    would cite, for example, the Women's Health
24    Initiative, the original reports from the last decade.
25       In other cases, no one paper captured the concept

Page 55

1     well, so I might cite a review article, where they
2     reviewed that information that led to those
3     conclusions and I'm borrowing that conclusion from
4     said paper.
5  Q  I see.  I see.
6        But you -- I believe you said your research
7     revealed some studies that were contrary to what your
8     opinions are in these reports.
9  A  I wouldn't say contrary.  I would say they didn't
10    identify the same association, for whatever reason.
11 Q  And have you included any of them in your reports?
12 A  I think they are represented when I say, like,
13    something that summarizes the data, such as a review
14    article.  They will be included in that way.
15       There are only a handful of select papers that I
16    cited specifically for a specific statement, because
17    either they were the only paper that said that; or, B,
18    they were sort of agreed upon as the authoritative
19    statement on a certain topic.
20 Q  With the exception of review papers, did you cite any
21    studies or papers that actually are contrary to your
22    views in the reports?
23 A  They're not my views.  That's just -- that's why I'm
24    struggling with this.
25 Q  Okay.

Page 56

1  A  They're my objective assessment of the literature out
2     there.  I didn't start these with an assumed "this is
3     what I need to find."
4  Q  Well, for example, if a study showed no association
5     between the use of Prempro and HER2-positive breast
6     cancer, did you include that study in your report?
7  A  Generally those papers, to my knowledge, didn't exist.
8     What I found was papers where they didn't look at that
9     question, so I would not have answered that question
10    based on that paper, as a specific example.
11 Q  And what about studies in which there was found to be
12    no association between Prempro and ER-positive/
13    PR-negative breast cancer?
14 A  The same applies.  Those -- and the reason why I'm
15    answering the questions in this -- as you've asked it
16    is, many of these studies were started in a period of
17    time before we had an appreciation of the contribution
18    HER2 makes to this is carcinogenesis process.  So a
19    lot of these studies have to go and take a backwards
20    look at -- at this phenomenon.
21       That introduces a certain bias on the part of the
22    investigator, and it's just a hypothesis-generating
23    thing that should be properly evaluated in a more
24    perspective sense.
25       That being said, there are a handful of articles

Page 57

1     that had the power to be able to make these analyses
2     in a reasonable manner, such as the Women's Health
3     Initiative, for example.
4  Q  Can you look at your reference list for either report
5     and identify any study that you believe represents a
6     contrary view to your conclusion that Prempro causes
7     either HER2-positive breast cancer in the first report
8     or that Prempro causes ER-positive/PR-negative breast
9     cancer in the second report?
10       Do you understand what I'm asking?
11 A  I think I do.
12 Q  Okay.
13 A  If you want to phrase it one more time.
14 Q  Sure.  What I'm asking you to do -- let's just do one
15    report at a time.
16 A  Okay.
17 Q  If you could look at your first report, which is
18    Exhibit 1, and identify for me in your reference list
19    any study, as opposed to simply a review paper, any
20    study that actually contradicts your conclusion --
21 A  Okay.
22 Q  -- in that report; or is contrary to your conclusion.
23 A  I don't think I see anything like that in the -- in
24    the list here.
25 Q  Now let's look at the second report.  And the same

Vijayakrishna K. Gadi, M.D., Ph.D.

Page 58

1    question:  Can you identify anything in your reference
2    list that actually reflects contrary data to your
3    conclusion?
4  A  Not particularly.  I don't see anything, off the top
5    of my head, there.
6  Q  Okay.  How many of the studies that you cite in your
7    reports were provided to you by the lawyers for the
8    plaintiffs?
9  A  It's possible that many of them were.  I don't know
10   the number, because I actually didn't use that list as
11   a starting point.
12 Q  How many studies were you provided by the plaintiffs'
13   lawyers?
14 A  I'm guessing.  Perhaps a hundred.
15 Q  Okay.
16 A  And I've got -- I've got the file here if you wanted a
17   literal count, but I --
18 Q  You have it with you?
19 A  Yeah.  It was a zip file that was provided early on.
20 Q  So it's on your computer?  You don't have an
21   actual stack of studies?
22 A  No, no, I don't print studies.
23 Q  If we could just request a copy of that file.
24 A  Sure.  Sure.
25          MR. WILLIAMS:  Well, I don't think

Page 59

1    you're entitled to it, but you can request it.
2          MR. CAMPBELL:  Well, I think we're
3    entitled to, under Rule 26, anything considered by the
4    witness in forming their opinions that's required in
5    their report.  So I'm asking it on that basis.  And
6    we've gotten it at other expert -- with Dr. Pritchard,
7    we got the same materials.
8       So -- but I understand if you want to hold your
9    objection right now, but that's the request.
10         MR. WILLIAMS:  Okay.
11 Q  (By Mr. Campbell)  And are there, I assume, another
12   list of source materials, other than what you were
13   provided by the plaintiffs, that you compiled on your
14   own?
15 A  Yes.  And it's represented here (indicating), other
16   than those articles that I was able to quickly skim
17   the title and say that's not of interest.
18 Q  Okay.  So -- so your -- your research -- the
19   independent research that you did is reflected in your
20   two reference lists?
21 A  Correct.
22 Q  And anything else that you found as a part of your
23   independent research that's not in the reference list
24   would be something that you ruled out as irrelevant,
25   essentially?

Page 60

1  A  Correct.
2  Q  Do you believe that you employed here the same
3    rigorous search process that you would employ if you
4    were writing, for example, a review paper in a peer-
5    reviewed medical journal?
6          MR. WILLIAMS:  Asked and answered.
7  Q  (By Mr. Campbell)  You can still answer.
8          MR. WILLIAMS:  You can answer.
9  A  I believe, yes.
10 Q  (By Mr. Campbell)  Do you stand behind the research
11   here that went into your two expert reports in the
12   same way that you would stand behind research in one
13   of your own publications?
14 A  Yes.  This passed the same rigor with which I would
15   use to publish something in the public domain.
16 Q  Okay.  Did you write these reports yourself?
17 A  100 percent.
18 Q  Okay.  When did you actually write the reports?
19 A  I think if you look at that invoice list, you'll see
20   the dates on which I was actually preparing them.
21 Q  Okay.
22 A  The actual reports.  So if it says it on there, that's
23   when I did it.  And I was very careful to document my
24   time that way.
25 Q  Got it.

Page 61

1       Did you speak to any of the plaintiff lawyers
2    about the content of your reports?
3  A  Of course.
4  Q  And what were those conversations?
5  A  So I'll give you, as an example, the first version of
6    the HER2 document, after I wrote it, Mr. Booth looked
7    at it and said, "This doesn't have a strong, clear
8    conclusion as an editorial comment."  And so I added a
9    strong, clear conclusion.  That was purely editorial.
10   It wasn't content.
11 Q  And what other changes were made as a result of those
12   types of conversations?
13 A  If something was clear or poorly written, they gave me
14   that feedback.  I can't specifically remember, off the
15   top of my head, what those changes are, but they were
16   never content.  They were always -- at least in the
17   HER2 report, I think they were typos of that nature,
18   that kind of stuff.
19 Q  What about the PR negative report, Exhibit No. 2?
20 A  Similarly.  There was, I think, one article, of which
21   I was not aware through my search, that Mr. Williams,
22   for example, made me aware of.  And then I was able to
23   incorporate it, because it supported something I was
24   already seeing and I just was -- it was to be more
25   comprehensive on that topic.

Vijayakrishna K. Gadi, M.D., Ph.D.

Page 62

1   Q   What was that article?
2   A   I believe that was the -- I can tell you right now.
3       The French study.  Article 13.
4   Q   Fournier?
5   A   I believe -- yes.  And in the sense that I had read
6       that article when it came out.  It's just something I
7       didn't -- it didn't click on.  For whatever reason, it
8       didn't show up properly in my search engine.
9   Q   And were there any studies or references that you were
10      asked to remove at any time?
11  A   Never.
12  Q   From either report?
13  A   From either report.
14  Q   Did you communicate at all with any of the other
15      plaintiffs' experts during the process of writing this
16      report?
17  A   No.  I've only read some of their reports.
18  Q   Do you know any of them?
19  A   Not personally, no.
20      I'm -- I'm coming into this with a slightly
21      different background, whereas I -- I sense that some
22      of these other folks have been invested in this
23      science for a long time.
24  Q   And what do you mean, you have a different background?
25  A   I come into it as a molecular expert, as an expert

Page 63

1       with -- as particularly immunologic mechanisms in
2       cancer.
3               (Telephonic interruption.)
4
5               MR. CAMPBELL:  Sorry about that.
6       I'll turn this off.
7   Q   (By Mr. Campbell)  In your own publications, is it
8       common to include a methods section?
9   A   Usually, yes.
10  Q   Why do you include a methods section?
11  A   So that my work can be replicated.
12  Q   And you didn't include any sort of methods section in
13      these reports.
14  A   No.
15  Q   Why not?
16  A   I didn't think that was commonplace.  But in the
17      future, if it's clear that that's important, I would.
18  Q   What methodology did you employ in writing these
19      reports?  Can you kind of walk me through the steps?
20  A   Sure.
21      So I think I've answered this, but in theory, I
22      guess I could include information about:  this is the
23      search term I used, this is the output I got.  And
24      hopefully if you typed in the exact same search term
25      in the same search engine, you should get the same

Page 64

1       result.
2   Q   And as I understand it, your process was:  I have an
3       issue to research, you would go and do searches on
4       these databases, find articles, and look at those
5       articles and then compile them into a report?
6   A   Right.
7   Q   That's the process?
8   A   Well, the process.  And I was very clear, even with
9       Mr. Booth on my first meeting with him, that I came
10      into this with no real bias.  I had a general
11      understanding that hormone replacement therapy can
12      cause breast cancer and I knew some of the molecular
13      mechanisms, but I was going to write what I learned.
14  Q   To the extent that that is a methodology or a process,
15      how did you -- where did you learn that process?
16  A   Through my training over the last 20 years.
17  Q   And where in particular?
18  A   In graduate school.  And on -- it's an ongoing
19      process.  We never stop learning how to do this well.
20  Q   And is it fair to say it's essentially like if a
21      student was writing a research paper for school, it
22      would be the same process?
23  A   Correct.
24  Q   Does this process have an error rate to it?
25  A   Everything in life has an error rate, including this

Page 65

1       process.
2   Q   And what is it?
3   A   I don't know that that's defined.
4   Q   Okay.  Do you have any idea how likely or unlikely it
5       is that your conclusions here are wrong?
6   A   I believe in what I wrote and I believe they're right.
7       And only time can tell, as more prospective studies
8       are done, if any of this is wrong.  But the totality
9       of the evidence here is pretty strong in one
10      direction.
11  Q   You believe you've reviewed the totality of the
12      evidence?
13  A   The totality of what I've seen so far suggests that
14      these drugs can cause certain forms of breast cancer.
15  Q   So I just want to clarify, because you said the
16      totality of what you've seen.
17  A   Right.
18  Q   The totality of what you've seen can be different than
19      the totality of the evidence; right?
20  A   In theory.  In theory.
21  Q   I mean, you may not have seen everything?
22  A   Oh, I'm promising you I haven't seen everything.
23  Q   How did you ensure that you didn't miss any key piece
24      of information?
25  A   Generally speaking, if you capture these good review

Golkow Technologies, Inc. - 1.877.370.DEPS

Vijayakrishna K. Gadi, M.D., Ph.D.

Page 66

1     articles written in these good journals, those
2     investigators, as well as me, have looked at a lot of
3     this literature and done their best to include it.
4         So it's sort of a web phenomena.  I start first, I
5     look at these investigators to see what they've been
6     thinking about and I see what they've been thinking
7     about.  And at the end of that day, hopefully you've
8     captured the big bits of information in that web.
9         Are there things that are buried in some abstract
10    from a meeting from 1925 -- you know, 1985?  There
11    could be.  I don't know.
12 Q  It's possible you've missed things?
13 A  And it's possible anybody's missed things, correct.
14 Q  What does it mean -- well, let me ask you a different
15    question.
16         Do you consider yourself to be an expert on
17    hormones?
18 A  I'm an expert user of medicines that manipulate
19    hormones.
20 Q  Well, that's slightly different than what I asked,
21    though.
22         Do you consider yourself an expert on hormones?
23 A  I don't quite understand the question, then.
24 Q  Well, there are people that study hormones for a
25    living.

Page 67

1 A  Correct.
2 Q  You're not one of those people?
3 A  I study -- I study the opposite of hormones; managing,
4    controlling them, so that they don't cause or can
5    improve breast cancer.
6 Q  So you consider yourself an expert in the management
7    of hormones?
8 A  As a physician who takes care of breast cancer, yes.
9 Q  But not necessarily hormones generally?
10 A  Not necessarily.
11 Q  What are hormones?
12 A  Hormones are any molecules, proteins, nonsteroidal,
13    steroidal molecules, that mediate a cellular function
14    either within the cell where it's produced or have
15    effects on cells somewhere else in the body.
16 Q  How many different types of hormones exist in humans?
17 A  I don't know that anybody can answer that question.
18    We know that a lot of molecules that we sense don't do
19    anything of that nature; we later find out that they
20    do interact with some other molecule at some point and
21    could be construed as a hormone.
22         There are also environmental things, as well, and
23    things that we put in our body that function as
24    hormones.
25 Q  What's an example of that?

Page 68

1 A  Well, MPA.
2 Q  Anything else come to mind?
3 A  Sure.  There could be pollutants in the water, for
4    example, that have endocrine functions.  We see this
5    in other animals, and it's probably the case in
6    humans.
7         I think a classic example is this estrogen-like
8    hormone that is now felt to leach out of certain types
9    of plastics and can affect growth and development in
10    young children.
11 Q  Do -- does that -- what you're just describing affect
12    breast cancer risk?
13 A  Not to my knowledge.
14 Q  What are hormone receptors?
15 A  It's the opposite of the hormone.  It's what captures
16    that hormone and portrays or it conveys the signaling
17    so that some downstream effect can happen inside the
18    cells.
19 Q  And how do hormones interact with their hormone
20    receptors?
21 A  A variety of different mechanisms exist, but
22    fundamentally, there's a binding event where one
23    captures the other.
24 Q  A molecule of the hormone binds to a receptor?  Is it
25    more than one molecule or less or --

Page 69

1 A  Sometimes the stoichiometry, the ratio of these
2    things, changes.  Sometimes it's two receptors are
3    required to glob on to one hormone.  Sometimes it's
4    multiple hormone molecules require it to activate one
5    single receptor.  Sometimes it's pairs and doublets
6    and quadruplets.  It just really depends on the system
7    in question.
8 Q  How many times before this have you served as an
9    expert witness?
10 A  Twice before in my lifetime.
11 Q  And this was -- the case, I think, that we've been
12    given by Mr. Williams is called Pobre?
13 A  Pobre, yeah.
14 Q  And it's two different Pobre cases, I believe; right?
15 A  So that was --I was asked for, in the last five years,
16    what I've done.  And that was actually two -- one
17    plaintiff, two defendants.
18 Q  Okay.
19 A  And previous to that, I was involved in a sports
20    arbitration case outside of the window of five years.
21 Q  Okay.  So -- so there's the two Pobre cases?
22 A  Right.
23 Q  That's one instance --
24 A  Right.
25 Q  -- of being an expert?

18 (Pages 66 to 69)

Vijayakrishna K. Gadi, M.D., Ph.D.

Page 70

1  A  Right.
2  Q  Then there's the sports mediation?
3  A  Correct.
4  Q  What was the sports mediation?
5  A  It was a famous athlete who was accused of blood
6     doping, and being an expert in hematologic and
7     transplantation at the time, I was asked to comment on
8     that.
9  Q  Okay.  So it had nothing to do with cancer?
10 A  Not particularly, no.
11 Q  Okay.  What about the Pobre case?  What was that
12    about?
13 A  It was a classic or more conventional missed diagnosis
14    type of event, case.
15 Q  Of cancer?
16 A  Of cancer.
17 Q  What type?
18 A  Breast cancer.
19 Q  Breast cancer.
20 A  HER2-positive breast cancer.
21 Q  Okay.  And what -- what party were you testifying on
22    behalf of?
23 A  I was on Ms. Pobre's side of things.
24 Q  Did you give a deposition in that case?
25 A  I did.

Page 71

1  Q  Did you testify at a trial?
2  A  No, I did not.
3  Q  How many depositions did you do?
4  A  Just one.  Just one afternoon.
5  Q  Who was the lawyer that you were working with on that
6     case?
7  A  Mr. Reed Schifferman.
8  Q  And is Mr. Schifferman in Seattle?
9  A  He is.
10 Q  And just kind of in a rough summary, what was your
11    opinion in that case?
12 A  I don't know how much I'm allowed to say, but to my
13    knowledge, this is public.
14       Ms. Pobre was in a good state of health, but on a
15    mammogram, she had identified a lesion that was
16    clearly a cancerous -- of cancerous concern.  The
17    physician reading the mammogram actually missed --
18    missed it, and a year later, it was much larger.
19       And that can happen from time to time, but it
20    turned out that this physician was impaired, and
21    because of that impairment and not properly screening
22    that person's credentials prior to her hiring, the
23    Pobre side of people were suing the companies that
24    were responsible for hiring this impaired physician
25    without doing due background checks, et cetera.

Page 72

1  Q  And impaired, what do you mean?
2  A  Alcohol.
3  Q  Okay.  And where was that case based?
4  A  It was in northern Washington State.  And I believe it
5     was -- Snohomish County was the county in which the
6     case was officially taking place.
7  Q  Okay.  You know, just looking back at your reference
8     list, do you consider those sources to be reliable?
9  A  Yeah.  I tended to cite articles from journals with
10    what we consider to have high impact factors.
11 Q  Are there any sources that you think are suspect or
12    questionable?
13 A  Not in that list, no.
14 Q  Do you believe that they represent the best available
15    data that you could find to support your opinions?
16 A  Yes.
17       Those journals, for example, are hard to publish
18    in.  They have very rigorous peer review processes,
19    and even once something achieves good peer review, it
20    has to then pass a high level of editorial scrutiny,
21    as well.
22       Having had challenges publishing my own work in
23    those places, I actually esteem -- regard them as the
24    best journals.
25 Q  Did you bring any materials at all with you today?

Page 73

1  A  Other than the list of articles that I have
2     electronically stored, no.
3  Q  In your report, you describe yourself as -- and I
4     think you've said here, you're both a clinical
5     trialist and a basic science researcher.
6  A  Correct.
7  Q  Which area do you spend more time in?
8  A  It changes from week to week, but on balance, it's
9     about fifty-fifty, to be honest.
10 Q  Okay.  And then there's also an element of your --
11    your life that is patient care?
12 A  Right.
13       And actually, when you asked me research, it's
14    fifty-fifty of the research component.  The vast
15    majority of my time is actually spent -- I shouldn't
16    say "vast majority" -- a fair amount of my time is
17    spent in clinical care.
18 Q  So caring for patients?
19 A  Yes.
20 Q  So can you help me break down between the research
21    work you do, which I -- by which I mean clinical
22    trials, or basic science research --
23 A  Correct.
24 Q  -- and patient care?
25 A  It's fuzzy, but I'll define a given week for you.

19 (Pages 70 to 73)

Vijayakrishna K. Gadi, M.D., Ph.D.

Page 74

1    I have what I think of as two half days, five
2 times a week, during business hours. One, two,
3 three -- four of those half days are spent in direct
4 patient care, face-to-face, and the rest of the time
5 could be construed as research or administration. So
6 that research time is split fifty-fifty.
7    In the direct patient care aspects of things, a
8 lot of those patients are participants on clinical
9 trials. In fact, I want to say my participation rate
10 is close to a hundred percent on clinical trials for
11 my patients. So that's also research.
12    And then my research is translational work, so it
13 involves patients. So it's a lot fuzzier on that. So
14 I might be seeing patients as a part of research very
15 often.
16 Q   I see.
17    With respect to breast cancer generally as a broad
18 topic, are there particular subsets or areas of breast
19 cancer that you have particular -- a particular
20 research interest in?
21 A   There are two. I have probably unique perspective on
22 pregnancy and pregnancy-associated outcomes with
23 respect to breast cancer. That's primarily my
24 translational research.
25    In terms of my clinical trialist research, I'm

Page 75

1 becoming more and more the voice of HER2 within our
2 little practice group.
3 Q   "The voice of HER2" meaning what?
4 A   Looking at HER2-targeting strategies in patients who
5 have become resistant to first-line strategies for
6 targeting HER2.
7 Q   So people who are resistant to Herceptin, for example?
8 A   For example.
9 Q   And you say "within your group." What's the size of
10 that group?
11 A   It's a very large group of breast-cancer-dedicated
12 physicians and supportive staff, like nurse
13 practitioners, et cetera. We have eight faculty, I
14 believe at last count, who spend the majority of their
15 time thinking, breathing, dealing with breast cancer.
16 Q   And what institution are you talking about?
17 A   I'm at the Seattle Cancer Care Alliance, which is a
18 joint organization put together by the University of
19 Washington and the Fred Hutchinson Cancer Research
20 Center. I hold, and most of my colleagues hold, dual
21 appointments at both those institutions.
22 Q   So your two areas of interest would be pregnancy-
23 related issues in breast cancer --
24 A   Mm-hm.
25 Q   -- and HER2?

Page 76

1 A   At this time, yes.
2 Q   Anything else?
3 A   Yes.
4 Q   What else?
5 A   I am formerly and still a transplantation
6 immunologist, and I hold a fair deal of knowledge in
7 that and could be considered to have unique skills in
8 those areas, as well.
9 Q   And what is transplantation immunology?
10 A   That's the process of taking one person's immune
11 system and having it interact with another person's
12 body and immune system; for example, hematopoietic
13 stem cell transplantation or solid organ
14 transplantation.
15 Q   And how much of your research these days is spent in
16 that area?
17 A   Less and less, but it does weigh heavily on the
18 pregnancy-associated breast cancer ideas that I've
19 been pushing forward in my research.
20 Q   And we were looking at your publications earlier.
21 Would you say that your -- the majority of your
22 publications are on any particular topic, any of the
23 ones you mentioned, or something else?
24 A   My basic science contributions most recently have been
25 on the immunology aspects of cancer.

Page 77

1 Q   Have you conducted any clinical trials or basic
2 science research on Prempro?
3 A   No.
4 Q   Have you conducted any clinical trials or basic
5 science research on any of the hormone replacement
6 therapy medications?
7 A   No.
8 Q   Have you conducted any clinical trials or basic
9 science research on the effects of estrogens?
10 A   No.
11 Q   Have you conducted any clinical trials or basic
12 science research on estrogen receptors?
13 A   That, I can say yes.
14 Q   Okay. What -- what -- can you tell what me what
15 you --
16 A   So I'm an investigator and a co-investigator on
17 strategies targeting estrogen receptor as a -- for
18 therapeutic benefit.
19 Q   And what is that? Can you just tell me what that
20 project is?
21 A   Sure.
22    There are clinical trials, for example, where we
23 use things like aromatase inhibitors, which are drugs
24 that deplete estrogen, as management for breast
25 cancer.

20 (Pages 74 to 77)

Vijayakrishna K. Gadi, M.D., Ph.D.

Page 78

1    We have imaging studies where we might use some
2    sort of anti-estrogen to then affect a change in the
3    metabolism of a tumor that we can then image. And a
4    lot of this is collaborative research. Some of it's
5    just confined to investigators at my center, but some
6    of it is across many centers. It just really depends.
7    And so I'm probably an investigator or a
8    co-investigator on somewhere on the order of 30 breast
9    cancer trials at our center at any given time.
10   Q   And have any of the -- your work -- has any of your
11   work on estrogen receptors been published?
12   A   I believe it's starting to get published, yeah. So I
13   can look at my list and tell you what's out and what's
14   going to be out soon.
15   So -- so in the broad sense, the paper by
16   Loiselle, et cetera, which is in -- been submitted to
17   the Journal of Clinical Oncology --
18   Q   And this is you just looking at your CV?
19   A   Yes, I'm just looking at my CV.
20   Q   Okay.
21   A   And there's others that are not represented here that
22   are in various stages of assembly.
23   Q   So -- but the very first entry?
24   A   The very first entry talks about estrogen receptors.
25   This paper has a table looking at estrogen,

Page 79

1    progesterone and HER2/neu aspects of those cancers.
2    Q   And when you say -- just so that --
3    A   The Kamper-Jorgensen paper, which is also nearly at a
4    phase where it will be submitted soon.
5    There is a paper here that was just published in
6    Clinical Cancer Research --
7    Q   Is this the Dunnwald?
8    A   Yeah, where there's going to be some analysis of
9    estrogen and progesterone receptors and their
10   influence on predicting these outcomes that are
11   discussed here, as well.
12   Q   Okay.
13   A   The paper -- the more basic science versions where we
14   discuss at some level estrogen and progesterone
15   receptors would be the Gadi/Malone/Guthrie paper.
16   There's some discussion of the aggressiveness of
17   tumors based on those classical measures like estrogen
18   and HER2, with a particular outcome of pregnancy-
19   related risk.
20   And the same goes for this paper, the Gadi in
21   Breast Cancer Research and Treatment.
22   So while it may not be the theme of a paper, it's
23   certainly considered in a lot of my research.
24   Q   And you've -- you've actually -- the other thing I was
25   going to ask you about is if you've done any research

Page 80

1    on progesterone receptors. But that would be the same
2    references you're talking --
3    A   Same references there. Just, it's something that must
4    be considered in the type of work we do. And so it
5    will be discussed in that light.
6    Q   Is -- I guess I'm trying to understand.
7    If the estrogen or progesterone receptors are
8    actually a focus of the research, or simply some facet
9    of it in the background.
10   A   It --
11   Q   Which --
12   A   It really depends.
13   Q   Okay.
14   A   Some of those papers -- here, it's just a focus --
15   it's not a focus. It's just a facet of. But clearly
16   there's work that we're involved in where it is the
17   focus.
18   Q   Of any of the papers that you identified, is it the
19   focus?
20   A   No, not to my knowledge. I don't -- I don't believe
21   so.
22   Q   And have you done any clinical trials or basic science
23   research on the effects of progesterones?
24   A   No.
25   Q   In the first paragraph, I think, of each of your two

Page 81

1    reports, if you could just look at those --
2    A   Sure.
3    Q   -- you mentioned being on the speakers' bureaus --
4    A   Correct.
5    Q   -- for two companies, or what I think are two
6    companies: Genentech/Roche --
7    A   Mm-hm.
8    Q   -- and Abraxis/Celgene?
9    A   Right.
10   Q   Are you on speakers' bureaus for any other companies?
11   A   Most recently, I just signed a contract with Amgen,
12   but it's not been approved yet.
13   My institution has oversight over these
14   activities, so they have to look through the contract.
15   Q   Okay.
16   A   And in both -- may I clarify?
17   Q   Oh, certainly. Certainly.
18   A   I joined the Genentech speakers' bureau before it was
19   acquired by Roche. And I joined the Abraxis speaker
20   bureau before it was acquired by Celgene. That's why
21   the slashes are there.
22   Q   I see.
23   Are you on any other speakers' bureaus?
24   A   Not currently.
25   Q   And since somebody reading this might not know what a

Vijayakrishna K. Gadi, M.D., Ph.D.

Page 82

1    speakers bureau is --
2    A   Sure.
3    Q   -- what is a speakers' bureau?
4    A   Oftentimes when there's innovation or new information
5        within the drug company world that they want to convey
6        to practicing clinicians, they will identify leaders,
7        people who are experts at various academic medical
8        centers, who then they will, using a FDA-approved
9        slide deck, have -- give presentations to help explain
10       this new knowledge, or what have you, to people in the
11       community.
12           So it's an alternative way of acquiring
13       information about drugs, but fundamentally, it's a
14       marketing tool for those companies to get a message
15       out that's on label for a particular drug, with the
16       approval of the FDA.
17   Q   And what about, in the past, have you done any other
18       speakers' bureaus that maybe you're not on now?
19   A   Yes, there is one additional one.  It was for not a
20       drug company, but it was for a company developing a
21       product to help with diagnosis and management,
22       Carcinomas of Unknown Primary.
23           And that was -- I was targeted for their speakers'
24       bureau given my expertise in molecular testing of
25       various things.

Page 83

1    Q   And are there -- with the exception of specific drugs,
2        are there specific topics, broad topics, that you talk
3        about on these speakers' bureaus?
4    A   Just breast cancer.
5    Q   Just breast cancer?
6    A   Just breast cancer.
7    Q   And any subsets within the category of breast cancer?
8    A   Certainly.  So with the Genentech/Roche, Genentech
9        makes Herceptin, and so on a handful of occasions, I
10       gave talks about some new information regarding
11       Herceptin use in the United States.
12           With Abraxis, they make a drug called Abraxane,
13       which is an FDA-approved therapeutic for metastatic
14       breast cancer.  And so I've given talks specifically
15       on that.
16           And in describing that information, we do look at
17       the subsets, the triple negatives versus the ER
18       positives and that kind of work.
19   Q   Are there any other medications that you speak about
20       currently?
21   A   In the context of those talks, I may mention other
22       medicines.
23           I'm also invited to speak at national and local
24       events, and sometimes I may impart expertise on a
25       variety of different drugs in that respect.

Page 84

1    Q   You mentioned Herceptin.
2    A   Correct.
3    Q   What is Herceptin?
4    A   It's a monoclonal antibody -- I'll explain that in a
5        minute -- that has been essentially engineered to bind
6        to Herceptin -- sorry -- to the HER2 receptor on a
7        cancer cell, eventually leading to its destruction.
8            Monoclonal antibody is essentially an engineered
9        antibody.  It's not something naturally found.  And
10       it's only one single molecule.  In other words, they
11       all look identical.  That's the term "monoclonal."
12       And it's engineered and manufactured in batch and we
13       can deliver it to patients.
14   Q   So how -- can you just explain how it works?
15   A   It's fascinating.  It's not clear.  There are a
16       multitude of mechanisms that have been employed to
17       explain how it might work.
18           I think the most favored is, there's something
19       called antibody dependence killing, and essentially
20       just the simple binding of an antibody to the surface
21       of a cancer cell will invite an immune response
22       against that cancer cell and eliminate it.
23   Q   So the Herceptin binds to the HER2 receptor?
24   A   Right.
25   Q   And then that -- then it basically provokes the body

Page 85

1        to attack --
2    A   It's the red flag for the immune system, so to speak.
3            That's sort of the favored mechanism.  People have
4        been exploring this for 20-plus years and it's still
5        not clear how -- exactly how that medicine works.
6    Q   But do you believe that to be the way?
7    A   I think it's probably the primary way.
8    Q   Do you consider Herceptin to be a revolutionary
9        advance in breast cancer?
10   A   Absolutely.
11   Q   Why do you say that?
12   A   It identify -- it is one of the first examples, and a
13       good example, of targeted molecular therapies.  It
14       addresses a specific vulnerability of a subset of
15       cancers and so precisely targets it and kills those
16       cells without harming, generally speaking, the rest of
17       the body.
18   Q   And would it be correct to say that Herceptin targets
19       the HER2 pathway?
20   A   It targets the HER2 protein on the surface.
21   Q   When I say the term "HER2 pathway," does that -- what
22       does that mean?
23   A   It -- you can have the HER2 receptor out on the
24       outside of the cell, but if the internal pathway isn't
25       intact, then the medicine probably won't work.  And --

22 (Pages 82 to 85)

Vijayakrishna K. Gadi, M.D., Ph.D.

1 and that is a concern.
2     So roughly half the people that, in theory, can
3 benefit from Herceptin actually don't.
4 Q  And the HER2 pathway is independent of the estrogen
5 receptor pathway?
6 A  They're linked.
7 Q  How are they linked?
8 A  They talk. Cell pathways in most -- in almost every
9 setting has some, you know, so to speak, cousin in
10 common. And so they are linked in that sense.
11     To my knowledge, there's no direct signaling. In
12 other words, if I stick estrogen on an estrogen
13 receptor, it doesn't directly lead to HER2 function,
14 but they use common mechanisms and they do influence
15 each other's expression, for example.
16 Q  And you said that if you put estrogen on an estrogen
17 receptor, it doesn't necessarily do anything to HER2.
18     Is the reverse true, as well?
19 A  Possibly. We know, for example, that when HER2 is
20 engaged and active in a cell, there are downstream
21 cellular signaling events that eventually lead to the
22 decrease of the estrogen receptor. And that's a well
23 and highly replicable phenomenon in breast cancer.
24 Q  When you talk about Herceptin in your presentations or
25 otherwise, are there particular studies, Herceptin

1 studies, that you reference --
2 A  Sure.
3 Q  -- commonly?
4     What are they?
5 A  So there are a handful of papers published in the New
6 England Journal of Medicine on essentially the same
7 thing: looking at the adjuvant ant use of Herceptin
8 in HER2-positive breast cancer.
9     They're international studies. I think the year
10 is 2003. I'm not a hundred percent sure.
11     And then in --
12 Q  Do you know the lead authors of any of those studies?
13 A  I don't know them personally, and I --
14 Q  Well, I mean, like, do you know their names?
15 A  I don't, actually, but I could certainly pull them up.
16 And if you needed them, I would be happy to give them
17 to you.
18     The other paper that I'm commonly discussing is a
19 paper published in the JCO using a regimen called
20 Taxotere Carboplatin Herceptin in the adjuvant
21 treatment of breast cancer. And that was published by
22 a group called the BCIRG. And the study was the BCIRG
23 006 study. Again, I don't know the first name, the
24 author of the first, off the top of my head.
25 Q  And when was that published?

1 A  '05, '06.
2 Q  What's BCIRG?
3 A  The -- I'm going to fuddle this up. "Something"
4 Breast Cancer International Research Group, or
5 something along those lines. I actually don't know.
6 Q  Okay. And it's a study of Herceptin and something
7 else?
8 A  TCH is the regimen, Taxotere Carboplatin Herceptin,
9 versus more conventional chemotherapy with Herceptin.
10 Q  Got it.
11     It's the study of one type of chemotherapy and
12 Herceptin versus another type of chemotherapy and
13 Herceptin?
14 A  Correct.
15 Q  And why do you cite that particular study?
16 A  Well, that was an innovative study in the sense that
17 they were able to limit toxicity by excluding one of
18 the key chemotherapy medicines that we often use in
19 HER2-positive breast cancer.
20 Q  And the studies you're talking about, are they all
21 clinical trials?
22 A  Those are clinical trials, yes.
23 Q  Do you refer to any animal study data with regard to
24 Herceptin when you gave your presentations?
25 A  Not typically, no.

1 Q  Any observational study data?
2 A  As a part of these things? No. Generally, they're
3 actually the clinical trial information.
4 Q  And you pointed to your report just now.
5 A  Oh, I was pointing to the --
6 Q  Speakers' bureaus?
7 A  -- speakers' bureaus.
8 Q  Okay.
9 A  Yes.
10 Q  I see what you're saying.
11     It's true that Herceptin is considered the first-
12 line therapy for HER2-positive breast cancer; right?
13 A  In both the metastatic and the adjuvant setting, yes,
14 for HER2-positive breast cancers.
15 Q  And that's true regardless of whether or not the
16 cancer is also ER positive; correct?
17 A  Typically.
18 Q  What do you mean, "typically"?
19 A  There are patients who are of marginal functional
20 status. You know, they may be sick for other reasons
21 and they may not be able to tolerate Herceptin plus a
22 chemotherapy. So we may start with a hormone therapy
23 first. And that happens from time to time.
24 Q  Patients in which you would -- you wouldn't give them
25 Herceptin at all; you would give them anti-estrogen

Golkow Technologies, Inc. - 1.877.370.DEPS

Vijayakrishna K. Gadi, M.D., Ph.D.

Page 90

1  therapy?
2  A  For example, yes.
3  Q  And what would be the situation where you would do
4     that?
5  A  Let's say somebody had a serious pneumonia, just got
6     released from the hospital, and to give them medicines
7     that would compromise their immune system would be --
8     would be difficult and put them at undue risk.  So in
9     that patient, you may say, let's start with something
10    less likely to do that, maybe something that doesn't
11    necessarily include Herceptin.
12 Q  But if you didn't have a situation where you had this
13    patient with pneumonia or something like that --
14 A  Sure.
15 Q  -- you would normally give them Herceptin?
16 A  Yeah, absolutely.
17 Q  And would you give them Herceptin whether it's ER
18    positive or ER negative?
19 A  Typically, yes.  Yes.
20 Q  It would be, in most instances, a breach of the
21    standard of care to withhold Herceptin from a HER2-
22    positive patient?
23 A  I think most of my colleagues would agree, yes.
24 Q  Would you agree?
25 A  Yeah, absolutely.

Page 91

1  Q  Do you prescribe Herceptin?
2  A  All the time.
3  Q  What do you consider to be the effectiveness rate of
4     Herceptin?
5  A  I think I said this earlier -- and it's probably
6     true -- the studies are very clear that half the
7     patients that can benefit from HER2 targeting will
8     benefit from Herceptin.
9  Q  And you say half -- I just want to make sure I
10    understand.
11 A  Mm-hm.
12 Q  You've got a hundred patients that have HER2 breast
13    cancers.  You give all of them Herceptin.  How many
14    are actually going to see a benefit versus not?
15 A  We believe the number is around half.
16 Q  So 50 percent?
17 A  50 percent.  And I can give you an example of --
18 Q  Sure.
19 A  So if you look at one of those big studies from the
20    adjuvant treatment of HER2-positive breast cancers,
21    the odds ratios are roughly .5 of benefit, which means
22    that compared to the standard of care of the people
23    that theoretically could have benefited from them,
24    half received benefit, which means there's a half that
25    didn't.  And we don't know why that's the case, but

Page 92

1  those are -- those are patients that we still can't
2  help reasonably.
3  Q  But in those cases, the patients who don't benefit, is
4     it because -- well, why is that?  Why are they not
5     seeing a benefit?
6  A  Either they're -- the HER2 is not the principal
7     driving force behind the growth of those cancers, or
8     those tumors have mutated further, so that can --
9     no longer need to rely on the HER2 pathway for growth.
10       There's probably a thousand other explanations,
11    truthfully.
12 Q  Let me try it like a sort of colloquial explanation,
13    to see what you think.
14 A  Okay.
15 Q  In the patients who see a benefit from Herceptin, in
16    the colloquial sense, the cancers are addicted to
17    HER2, and by depriving them of that, they actually see
18    a benefit.
19       Would you agree with that?
20 A  Yes and no.  We -- we talk about oncogene addiction;
21    you know, relying on a single pathway.
22 Q  Oh, you use that term?
23 A  Oncogene addiction, yeah.  We talk about it.
24       If they're reliant on HER2 for growth, in theory,
25    getting rid of the HER2 signaling pathway by some

Page 93

1  mechanism should benefit those patients.  But we know
2  that HER2 [sic], for example, doesn't work well by
3  itself, often.  We have to combine it with
4  cytotoxic --
5  Q  You mean Herceptin doesn't work well --
6  A  Sorry.  Herceptin.  Right.
7       So we have to combine it with chemotherapy.  And
8  if, for some for example, even -- so that alone tells
9  you that it's not just targeting this one pathway
10 sufficiently.  We have to throw something else on
11 the -- on the fire to get it to work.
12 Q  Because cancers grow by multiple pathways?
13 A  Correct.
14 Q  Even -- even if HER2 is the primary driver, there
15    could be other pathways?
16 A  Correct.
17 Q  And is it also true of estrogen?  If estrogen is the
18    primary driver, there can also be a --
19 A  Yeah, absolutely.
20 Q  How do you determine in a given cancer, an individual
21    person, what's the primary driving pathway versus not?
22 A  I don't think we know this and we know how to do this
23    well, other than to say:  I treated patient A with
24    Herceptin and this and it's gone, it worked.  That was
25    probably the driving mutation.  So it's a post-talk

Golkow Technologies, Inc. - 1.877.370.DEPS

Page 94

1  way of knowing that.
2      But, you know, for any given patient, we're not at
3  that level of sophistication.
4  Q  Okay.  You couldn't do it, in other words?
5  A  I couldn't do it.  I don't think anybody reasonably
6  could do it yet.
7  Q  So other than looking at treatment, you couldn't -- a
8  woman couldn't walk in with a type of breast cancer
9  and you couldn't do some test to determine what the
10  primary driving pathway of that cancer is?
11  A  No.
12  Q  The answer is "no"?
13  A  No.
14  Q  Okay.  Let me ask you different questions about
15  Herceptin.
16      When you have a patient who is ER positive and
17  HER2 positive, do you always give them both Herceptin
18  and an anti-estrogen therapy?
19  A  The goal is to eventually get there.
20      Most patients need to start with some form of
21  chemotherapy and Herceptin, and then once they finish
22  or complete the chemotherapy component, we will
23  oftentimes add the anti-estrogen component to the
24  therapy.
25  Q  And what would be a situation where you wouldn't do

Page 95

1  that?
2  A  Clinical research or, again, if a patient didn't
3  tolerate chemotherapy for some reason or wouldn't
4  tolerate chemotherapy.
5  Q  Oh, my -- my question was confusing.
6  A  Okay.
7  Q  What would be -- if you are -- you said the goal is to
8  eventually give them anti-estrogen therapy?
9  A  Correct.
10  Q  After you've given them chemotherapy and Herceptin;
11  correct?
12  A  Correct.
13  Q  But some cases, you don't give anti-estrogen therapy?
14  A  Oh, I see.  Okay.
15  Q  And then I'm just asking, what would be the situation
16  where you would not eventually do that?
17  A  I always offer it.  Sometimes patients decline it.
18  And I would -- I would support them in that decision,
19  as I'm taking care of a person, not the tumor.  But
20  generally it's my recommendation that that be the
21  case.
22  Q  Why is that?
23  A  The data supports that even in those tumors that are
24  HER2 positive, if they're ER positive, the addition of
25  endocrine therapy makes benefit for -- has a --

Page 96

1  harbors a benefit for this patient, as well.
2  Q  And isn't it true that in some cases, when you target
3  the HER2 pathway, other pathways spring up, for lack
4  of a better word?
5  A  Yeah, absolutely.
6  Q  And sometimes that can be the estrogen receptor
7  pathway?
8  A  Sometimes -- I don't -- no.
9  Q  Okay.
10  A  I believe in those tumors, that the estrogen receptor
11  pathway is the initial event.  It's always there on a
12  baseline level and it's co-opted the HER2 pathway.  So
13  you take care of the HER2 pathway, you just have the
14  primary driver still working that never went away.
15      There are other growth pathways, like I said, the
16  EGFR1 pathway, NKG2D ligand, insulin growth factor
17  pathway.  There's others pathways, as well.  But I
18  think in those cells, the estrogen was one of the
19  principal events in terms of driving the cells to
20  replicate and divide uncontrollably.
21  Q  In ER-positive breast cancer?
22  A  ER-positive/HER2-positive breast cancers.
23  Q  So the only situation in which you would treat a
24  patient with Herceptin -- an ER-positive/HER2-positive
25  patient with Herceptin but no anti-estrogen, would be

Page 97

1  when the patient declined the anti-estrogen?
2  A  Typically that's the case.  I don't withhold endocrine
3  therapies.  It's generally easy to tolerate and easy
4  to administer, but patients do have side effects, and
5  sometimes they're severe enough that they don't want
6  to do that anymore.
7  Q  Have you ever had patients where -- who are ER
8  positive and HER2 positive, in which Herceptin works
9  and the anti-estrogen therapy does not work?
10  A  I don't know how I would know that, because the way we
11  stage the therapy is to target the Herceptin -- HER2
12  pathway first.
13      So the only instance where we would know that the
14  hormone replacement therapy path- -- I'm sorry -- the
15  anti-estrogen pathway didn't work is in those patients
16  for whom the HER2 pathway didn't work either by
17  targeting it.
18  Q  Got it.
19  A  Yeah.
20  Q  Isn't it true that the combination of chemotherapy and
21  Herceptin is considered to be more effective than the
22  combination of Herceptin and anti-estrogen therapy?
23  A  As a first-line therapy, yes.
24  Q  When you speak about Herceptin for Genentech, who is
25  your contact there?

25 (Pages 94 to 97)

Vijayakrishna K. Gadi, M.D., Ph.D.

Page 98

1  A  It's typically the drug representatives in the area.
2     They identify a doctor's group that may want to hear
3     from an expert, and then they contact me.  So there's
4     a number of them.
5  Q  Can you give me, like, just some of their names?
6  A  I can't right now, but I have them.  I have their
7     e-mails and whatnot.  I'm not -- I'm friendly with,
8     but I couldn't pick them -- their name, you know --
9  Q  There's not a primary contact?
10 A  No.  They keep changing.
11    There's one gentleman by the name of Jeff
12    Bridewell.
13 Q  Okay.
14 A  He's one of their thought leader liaisons and he is --
15    he is located in the Seattle area, I believe.
16 Q  And he works for Genentech?
17 A  He does, yeah; which is now Roche.
18 Q  Right.  Those names also keep changing.
19 A  Yes.
20 Q  In your practice, do you treat ER-positive/HER2-
21    positive patients with Tamoxifen?
22 A  I try not to.
23 Q  Why?
24 A  It believes that the -- I believe that the HER2
25    pathway, when it's engaged, makes ER-positive cells

Page 99

1     fundamentally resistant to Tamoxifen therapy.
2  Q  And how does -- how does that work?
3  A  So we've known this actually from studies over the
4     years, that for whatever reason, when HER2 was
5     amplified or engaged in these cells, that Tamoxifen
6     underperformed.  And this is before we had the ability
7     to target HER2.
8     That led to this false assumption that the
9     estrogen pathway wasn't important, because Tamoxifen
10    underperformed.
11    Turns out it might just be unique property of
12    Tamoxifen, because when we do use anti-estrogens, they
13    work just as well in patients who are HER2 negative.
14    The same magnitude of benefit is available to them.
15 Q  So is it the belief that Tamoxifen can make HER2-
16    positive breast cancer worse?
17 A  No, no, no.  It just doesn't work as well as.
18 Q  Just doesn't work as well as aromatase inhibitors?
19 A  Right.  Or it doesn't work as well as in patients who
20    are HER2 negative but ER positive.
21 Q  I see.
22 A  Both of those work.
23 Q  Okay.  If you look at -- I think it's the last
24    paragraph of -- I think it's each of your reports.
25 A  Mm-hm.

Page 100

1  Q  It's the second sentence, I believe --
2  A  Why don't you point it out to me.
3  Q  Oh, I'm sorry.  It's on Page 1.  It's this sentence
4     right here.  I'll just -- I'll read it to you.  I've
5     got it written down.
6  A  Sure.
7  Q  But it says, Normal cells in the ducts and lobules in
8     the breast harbor the reception or ER estrogen, and
9     you've got in parentheses, ER.
10 A  Estrogen receptor.
11 Q  Estrogen receptor.  What is an estrogen receptor?
12 A  It's a protein that resides typically in the inside of
13    the cell.  Estrogen is capable of crossing the outside
14    membrane covering the cell, and when it binds to
15    estrogen, in the typical sense, it transfers into the
16    nucleus where the DNA is situated.  And that receptor,
17    while holding on to estrogen, assumes that a
18    conformation of shape that allows it or permits it to
19    bind to specific regions of DNA upstream, right before
20    certain genes, and those genes are then expressed as a
21    result.
22 Q  Okay.  And what happens next?
23 A  Those genes are made, the proteins are made.  The RNAs
24    are made from those genes, and then they go forth and
25    do whatever cellular functions they were intended to

Page 101

1     do.
2  Q  And what cellular functions are there?
3  A  Sometimes it's growth.  Sometimes it's division.
4     Sometimes it's regulating the progesterone receptor.
5     For example, there is an estrogen receptor
6     element, to my knowledge, sitting in front of the
7     progesterone receptor gene, so you would lead to the
8     expression of the progesterone receptor.
9  Q  Okay.  Estrogen receptors are found in the majority of
10    healthy breast cells; correct?
11 A  I believe that's the case.  I think in those luminal
12    cells, for example, yes.
13 Q  Are estrogen receptors always functional?
14 A  To my knowledge, they harbor some function.  If it's
15    expressed and it gets to the nucleus, it's going to
16    transcribe something.
17 Q  So there's never the case where there's an estrogen
18    receptor that isn't working, so to speak?
19 A  Oh, I don't know that.  I've never -- I don't know.
20 Q  I mean, my question is:  Are estrogen receptors always
21    functional, meaning if there's an estrogen receptor
22    on -- in the nucleus of a cell, breast cell, is it
23    functioning properly a hundred percent of the time?
24 A  I don't know that.  I don't know that anybody knows
25    that.

Golkow Technologies, Inc. - 1.877.370.DEPS

Vijayakrishna K. Gadi, M.D., Ph.D.

Page 102

1    There are many, many targets, and I -- I don't
2  think we know, you know -- depending on how that
3  receptor has engaged the estrogen on that particular
4  day and the status of the cell and which pieces of DNA
5  are open and inviting for that receptor to sit down.
6  There's a lot variables there.  I don't think we can
7  say -- the term "functional" implies black and white,
8  the way you're using it, and I think it's not like
9  that.  I think there's many targets.
10 Q  What's a better term?
11 A  I don't know.  I think perhaps saying -- I honestly
12 don't know.  It has targets, many targets, and it may
13 hit some targets in some cells and not in others.  And
14 we don't know why that's the case.
15 Q  But there are situations where the estrogen receptor
16 is working a hundred percent as it's supposed to?
17 A  I assume there are.
18 Q  And there are situations where it's not working in
19 every single way it's supposed to; right?
20 A  Probably, yes.
21 Q  And some situations, I assume, where it's just not
22 working at all?
23 A  Well, I don't know.
24 Q  You don't know that?
25 A  Yeah.

Page 103

1  Q  How can you tell when it's working and when it's not
2  working?
3  A  On a molecular level, there's -- if I have a specific
4  output that I'm looking at -- so, for example, if the
5  progesterone receptor -- I'm throwing out an
6  example -- doesn't start cranking up when I put
7  estrogen on a cell, one could assume that pathway
8  is somehow disturbed.  So that's -- in at least that
9  circumstance, it's, quote, not working.
10 Q  Okay.
11 A  But that module of estrogen in the receptor might just
12 still sit just fine somewhere else in the DNA and do
13 what it's normally going to do over there.
14    So that's what I'm saying about a hundred percent
15 not working/working.  And I don't know that for any
16 given circumstance.  But if we can measure the output
17 for a particular gene, as in how much progesterone
18 receptor showed up after we did this intervention,
19 then you can say it's working in that context.
20 Q  Okay.  Are there other ways to determine whether
21 it's -- whether the estrogen receptor pathway is
22 working?
23 A  Well, clinically, if a tumor expresses the estrogen
24 receptor, then limiting estrogen to that receptor in
25 some way should work; quote, should work.

Page 104

1    But for patients, sometimes we do this and -- and
2  their cancer is resistant and it continues to grow
3  despite limiting estrogen recept- -- estrogen to that
4  receptor.
5  Q  And what does that tell you?
6  A  That tells us that fundamentally there are additional
7  mutations in the cancer, such that this cell is no
8  longer reliant entirely on the estrogen receptor
9  pathway for growth.
10 Q  And that's the other pathways you were talking about
11 earlier?
12 A  Correct.  One could be HER2.
13 Q  What other ways would you -- what other criteria would
14 you use to determine whether or not an estrogen
15 receptor was functional?
16 A  On a day-to-day basis clinically, it's whether or not
17 the therapy worked for a patient.
18    We know, de novo, that sometimes those tumors that
19 are progesterone receptor negative don't harbor the
20 best response to targeting the estrogen receptor, but
21 we don't know which patients they are until we
22 actually do it.
23 Q  You can't tell?
24 A  We can't tell.
25 Q  So in other words, if a patient came to you and they

Page 105

1  just simply had an ER-positive breast cancer, you
2  wouldn't be able to tell whether, just by looking at
3  the patient --
4  A  Right.
5  Q  -- whether it's functional or not?
6  A  Right.  And in fact, you can have an ER-negative/PR-
7  positive breast cancer and we would still offer that
8  patient endocrine therapy, because we know some of
9  those patients will benefit from that.
10 Q  And why is that?
11 A  We don't know.
12 Q  Okay.
13 A  And can I -- well, I'll modify that just a little bit.
14 Q  Go ahead.  Sure.
15 A  ER is not positive or negative.  It's a scale.
16 Q  Right.
17 A  And a scale from zero to 100 percent.  And it's an
18 aggregate of all the cells that the pathologist looks
19 inside on a field.
20    And if it looks strongly expressed, they'll
21 comment on it as strongly expressed.  If it looks
22 weakly expressed, they'll say that.  And if it says
23 it's zero, they just simply didn't see any of the
24 cancer cells expressing it.
25    That's not to say that estrogen doesn't have some

27 (Pages 102 to 105)

Vijayakrishna K. Gadi, M.D., Ph.D.

Page 106

1    effect even in those 2-plus/1-plus tumors, as opposed
2    to the 9-plus tumors.  It could.  But statistically,
3    most of the benefit we can offer a patient is in those
4    patients that are clearly above a certain threshold.
5        That threshold has changed over the years and the
6    methods by which we measure that estrogen receptor has
7    changed over the years.  It's a bit of a moving
8    target.  But in the modern era, we have a standardized
9    scoring system, and if you're generally 3 or 4-plus or
10   above, all the way up to 9 out of 9 is the scoring,
11   those are typically considered the estrogen-positive
12   breast cancers.
13       We also tend to focus on the tumor and tend to
14   ignore the human being in which that treatment is
15   occurring and tend to ignore the milieu in which that
16   tumor is growing.  And estrogen has different effects
17   on those individuals and in the tumor
18   microenvironment, as well.
19       So even though the cancer may be negative or look
20   like it's not responding or should respond, if I give
21   you a drug and you simply don't metabolize it properly
22   for whatever reason, you may not derive benefit from
23   the tumor [sic].  It doesn't -- from that medicine.
24   It doesn't mean that the tumor didn't respond to it.
25   Just, the medicine as a whole didn't work for whatever

Page 107

1    reason.
2    Q   Okay.  Let me -- let me ask you about a few things
3        that you said.
4            You mentioned the scale.  What's the name of the
5        scale you're talking about?
6    A   It's -- oh, gosh.  I can -- Allred score.  It's Craig
7        Allred.  He is at the University of Washington --
8        sorry -- Washington University in St. Louis.
9    Q   And that's -- that's the way in which you would
10       determine something is ER positive or not?
11   A   That's the way in which my pathologists would
12       determine.  And they -- they give me a simple binary
13       output, which is ER expressing, ER not expressing.
14   Q   Your pathologist doesn't go by percentages?
15   A   Ours, I believe, gives us an Allred score.
16   Q   An Allred score.  Okay.
17           And tell me again, the score in which it would
18       equal positive versus not.
19   A   I believe -- I'm not a pathologist.  I believe their
20       threshold is 3-plus or above.
21   Q   Out of 9?
22   A   Out of 9.
23   Q   And when it comes to percentage, do you -- do you use
24       any percentage threshold at all to determine ER
25       positivity?

Page 108

1    A   If my pathologist says to me this is a hormone-
2        positive tumor, it is a hormone-positive tumor.
3    Q   You defer to the pathologist?
4    A   Of course.
5    Q   And same for -- for progesterone receptor?
6    A   They have a similar scoring system.
7            It is my understanding that the -- the staining
8        technique for the progesterone receptor is less
9        reliable than -- and standardized than the estrogen
10       methods.  The estrogen methods are widely agreed upon
11       right now.
12           But other than that, if my pathologist says it's
13       negative, it's negative; if it's positive, it's
14       positive.
15   Q   You defer to the pathologist?
16   A   Again, to the pathologist.  Yes.
17   Q   And same for HER2?  You would defer?
18   A   I would.  And the HER2 has a completely different way
19       of analysis.
20   Q   What is the staining method that's used for ER and PR?
21   A   It's called immunohistochemistry.  They use an
22       antibody that's been engineered to essentially bind to
23       the estrogen receptor, and then that antibody has a
24       little marker on it that is easy to see underneath the
25       microscope.  And so they can point out not just is

Page 109

1    that cell positive, but how positive or negative is
2    that cell.
3    Q   Okay.  And the process of looking through a microscope
4        and making that determination and translating that to
5        a score, is that something you can do?
6    A   No, not at all.
7    Q   Immunohistochemistry is the standard test that's used
8        in the U.S. today?
9    A   To my knowledge, yes.
10   Q   I mean for this process.
11   A   For this process.
12   Q   If a breast cancer tests positive for estrogen
13       receptors, are those receptors always fully
14       functional?
15   A   I think we just discussed this, and I don't -- I don't
16       understand that term as a fully --
17   Q   Right.
18   A   Right.
19   Q   Well, you said that -- I think you were saying it's
20       kind of shades of gray.
21   A   Right.
22   Q   But there is sort of a fully functional on the -- on
23       the spectrum that we're talking about?
24   A   I'm assuming there is, yes.
25   Q   Okay.  And then there's less than fully functional?

Vijayakrishna K. Gadi, M.D., Ph.D.

Page 110

1   A   Right.
2   Q   And so I -- but I take from it what we've discussed,
3       that just because a breast cancer tumor tests positive
4       for estrogen receptors doesn't mean those receptors
5       are fully functional in every case.  Correct?
6   A   Probably, yes.
7   Q   And how would you -- would you -- well, I think we
8       talked about this already.
9           The same criteria that we talked about already, I
10      was kind of asking in the context of just a normal
11      cell, a normal breast cell, but in the context of a
12      cancer cell, you would use the same type of criteria
13      to determine whether or not --
14  A   I see where you're going.
15  Q   -- it's fully functional?
16  A   I see where you're going.  Yes.  And, yes, I think
17      it's the same criteria that you can use in a cancer
18      cell.  It's the same criteria you would use in a
19      normal cell.
20          We don't know all the targets and we don't know
21      how much of the receptor has to be positive and how
22      much of it has to be actually engaged with estrogen to
23      hit a specific target.  We don't understand all those
24      things.  That granularity is -- is not available just
25      yet.

Page 111

1   Q   And the criteria we discussed, I just want to make
2       sure I understand, is -- one of them would be the
3       progesterone receptor?
4   A   Correct.
5   Q   If you see expression of progesterone receptor, it
6       tells you that the ER pathway is working, at least to
7       that extent?
8   A   Correct.
9   Q   And if you don't see it, then that's some indication
10      that it's not fully functional?
11  A   Right.
12          Those -- when -- when we see that, those patients
13      oftentimes don't achieve the same levels of -- of help
14      from anti-estrogen strategies.  So it's a worrisome
15      feature and it's a marker of a worse or more developed
16      or sophisticated tumor cell, but it doesn't mean we
17      would deny that sort of treatment, because it's still
18      standard of care to offer anti-estrogen therapy to
19      those patients.
20  Q   Right.
21          And the other criteria that we discussed was
22      simply responsiveness to anti-estrogen treatment.
23  A   Right.
24  Q   If you have a patient who responds very well to anti-
25      estrogen therapy, then you can conclude from that that

Page 112

1       their ER pathway was -- was playing a major role in
2       the cancer?
3   A   Was playing a role in the cancer.
4   Q   And if they don't respond, I assume you can conclude
5       that the ER pathway is not playing a major role?
6   A   No.
7   Q   Okay.  Tell me why.
8   A   Well, if I give you a medicine and you don't actually
9       take it, you know, in theory, that's one reason it
10      doesn't work.
11          If I give you, for example, Tamoxifen -- this is
12      now something that's been researched real well -- and
13      you don't metabolize it properly, I mean, your tumor
14      may have still responded; you just never got drug to
15      where it needed to get to.  You know, that's another
16      scenario.
17          So these are considerations in these large
18      studies.
19          If I develop a drug and I give this drug and 20
20      percent of the people have a serious complication and
21      don't take the drug, like Tamoxifen, well, they're
22      never going to see the benefit of the drug because
23      there was some other mitigating factor.  It didn't
24      mean that the cancer didn't respond to anti-estrogen
25      therapies; that patient just couldn't take it.

Page 113

1           So in a Phase 3 study when we look at these
2       things, these are all of the considerations that lead
3       to, quote, failure of the drug, but it doesn't mean at
4       the molecular level, that estrogen still wasn't
5       important.  It was probably important.  The drug never
6       got to where it needed to get to, for whatever reason.
7           So clinically what's defined as failure is very
8       different than molecularly what's defined as failure.
9       What we don't know is, molecularly, who is going to
10      fail.  Clinically, we can identify some of these
11      people, though.
12  Q   But if a patient doesn't respond to anti-estrogen
13      therapy, it is some indication that the ER pathway is
14      not fully functional?
15  A   In some of those people, we believe that's the case.
16      But in some of those people, the drug is not getting
17      where it needs to get to, for example.  And that's
18      just like -- I'm not saying that's the only
19      consideration, but it's one of them.
20  Q   And -- but you couldn't tell who is who?
21  A   No.
22  Q   So in other words, you couldn't tell for an individual
23      patient; correct?
24  A   For an individual patient, at the molecular level, I
25      can't tell you what's going on, yes.

Vijayakrishna K. Gadi, M.D., Ph.D.

Page 114

1  Q   We've got just a couple minutes before we have to
2      change the tape.
3  A   Sure.
4  Q   Let me see if I can ask you a couple more quick
5      questions.
6          Does the score, the Allred score you were talking
7      about, tell you anything?  Is that a criteria that
8      tells you the degree to which the ER pathway is
9      functional?
10 A   Typically if I have a tumor that's hormone receptor
11     positive for both the estrogen and progesterone
12     receptors, I feel pretty confident in guaranteeing,
13     most of those patients, that they're going to do quite
14     well with endocrine therapy.
15 Q   What's the success rate?
16 A   Across all these studies, it really depends on the
17     size of the tumor and the lymph node involvement and
18     features like that.  But for a small node-negative
19     tumor, it would be greater than 90 percent that that
20     woman would not have to deal with this breast cancer,
21     and in many cases, a second breast event either,
22     because there's this preventative function that they
23     also have.
24         Of course, when the cat is out of the bag, the
25     tumor has been there longer, those tumors tend to be

Page 115

1      molecularly more sophisticated, and oftentimes
2      resistance is already there the day they meet me in my
3      office, towards whatever pathways I'm trying to
4      target.
5  Q   When you say "the cat is out of the bag," what do you
6      mean?
7  A   Well, it's no longer confined into one location.
8      There's strong evidence now that the tumor has learned
9      how to get to other locations.  And that learning
10     basically tells you implicitly that that tumor is a
11     more sophisticated cancer.
12 Q   And more pathways, more growth pathways?
13 A   Typically, metastatic deposits are resistant to our
14     medicines, and we believe that's the case, because
15     they have engaged and enrolled more pathways to help
16     themselves grow.
17 Q   How many different pathways are there?
18 A   I don't think we have a good handle on that at all.
19 Q   Is there a --
20 A   It's not single digits.
21 Q   It's not single digits?
22 A   No.
23 Q   It's a big number?
24 A   It's a big number.
25 Q   And then there's tons of -- or -- "tons."

Page 116

1          There's lots of them probably that just don't know
2      about?
3  A   Probably the case.
4  Q   During a woman's lifetime, the period of most
5      rapid growth of breast epithelial cells would be
6      adolescence; correct?
7  A   That's generally agreed to be the case.
8  Q   And you agree?
9  A   I do, with the caveat that during pregnancy, there's
10     also a lot of proliferation.
11 Q   Okay.  And the age of menarche is an important risk
12     factor in terms of breast cancer?
13 A   It's consistently shown up as an important risk
14     factor.
15 Q   Even in women who are -- who get breast cancer
16     postmenopausally?
17 A   Correct.
18 Q   Why is that?
19 A   There are probably fixed defects that occur in a
20     woman's breast tissue -- or in a girl's breast tissue,
21     and that she accumulates these over her early life.
22     And then once menarche happens, there's a phenomena of
23     terminal breast differentiation.  So these stem cells
24     which were vulnerable to more genetic damage all of a
25     study get locked into a state where it's more

Page 117

1      difficult to impart more damage.  So they're sort of
2      protected by that menarche event.
3          This was epidemiologically been shown in humans by
4      looking at the age of menarche.  But all of this work
5      really that describes this is essentially from rat
6      pregnancies.  It's not something that's been
7      replicable and demonstrated in human tissues.
8  Q   But what -- I'm sorry, I'm trying to understand what
9      you just said.
10         You said that the event -- events happen in -- at
11     menarche that actually protect a woman from breast
12     cancer?  Or make her more vulnerable.  That's what --
13 A   No, it makes these vulnerable cells relatively locked
14     into a state where they're less vulnerable to more DNA
15     damage.
16         So that's why early childhood, that period of
17     development is -- that breast tissue is the most
18     vulnerable at that -- at that period of time,
19     throughout a woman's lifetime, for accumulating the
20     changes that may one day lead to breast cancer.
21 Q   The most vulnerable period is adolescence?
22 A   Pre-adolescence.
23 Q   Pre-adolescence?
24 A   Yeah.
25 Q   For getting mutations?

30 (Pages 114 to 117)

Vijayakrishna K. Gadi, M.D., Ph.D.

1   A   Picking up the early events.
2   Q   What do you mean by "early events"?
3   A   Maybe the first few mutations that lead to some growth
4       advantage, that kind of stuff.
5   Q   They can happen as early as adolescence?
6   A   Absolutely.
7   Q   Or pre-adolescence?
8   A   That's what we believe, yes.
9               MR. CAMPBELL: Okay. Maybe we
10      should just change the tape.
11              THE WITNESS: Can I empty my
12      bladder?
13              MR. WILLIAMS: I need to too.
14              THE VIDEOGRAPHER: We are going off
15      the record. The time is 10:32. This is the end of
16      Tape 1.
17              (Recess 10:31-10:53 a.m.)
18
19              THE VIDEOGRAPHER: We are back on
20      record. The time is 10:53. This is the beginning of
21      Tape No. 2.
22      ////
23      ////
24      ////
25      ////

1               EXAMINATION (Continuing)
2       BY MR. CAMPBELL:
3   Q   Dr. Gadi, if we just look at the first page of both
4       your reports -- we can probably just pick one if you
5       want.
6   A   Okay.
7   Q   But you say here that the evidence supporting the
8       association between Prempro or CHRT, the broad
9       category, and breast cancer is supported by, you say,
10      molecular epidemiologic and clinical trial research.
11          Do you see that?
12  A   Correct.
13  Q   First of all, just what do you mean by "molecular"
14      there?
15  A   So molecular is adding, say, a compound on a tissue
16      culture's specimen and then showing that the right
17      target is hit at the molecular level, for example, and
18      then showing that some downstream effect happens as a
19      result of that.
20  Q   But are you -- are you -- in that context, in that
21      sense, are you talking about in vitro studies? Animal
22      studies? What are you talking about?
23  A   All three. In vitro; animal; and in some cases, we
24      have this information from human studies, as well.
25  Q   Okay. And why do you list -- why do you say these

1       three categories? Why do you say that in your report?
2   A   To be comprehensive in the view of where this evidence
3       comes from.
4           I think to rely overly, for example, on just, say,
5       the molecular and then have no evidence from human
6       trials would -- would be false. A lot of things can
7       be shown in a tissue culture dish that really don't
8       have any impact on what happens to a human being, for
9       a variety of different reasons.
10          But in putting together a viewpoint, if you can
11      show that all of these things exist in all these
12      different ways, I think it just adds more evidence and
13      supports a statement better.
14  Q   In other words, if an effect is a real effect, you
15      expect to see it replicated across different types of
16      studies?
17  A   Correct.
18  Q   And that's what you're suggesting here?
19  A   Right.
20  Q   That would include the in vitro studies, animal
21      studies, observational studies, and clinical trials?
22  A   Right. And the totality of what I've considered in
23      putting these together, that seemed to be consistent
24      things that were shown in all those levels.
25  Q   And I use this term "replication." What does that

1       mean to you as a scientist?
2   A   Multiple levels, that term changes. And, for example,
3       in a tissue culture experiment, you want to have that
4       same experiment happen the same way on several times
5       in the same day, as well as over time on multiple
6       days. So Well 1 from Plate 1 of the experiment should
7       look like Well 6 from Plate 10 ten weeks later. You
8       should be able to replicate that finding.
9           On the sort of clinical trials end of things, if
10      an experiment is done on one day or over a period of
11      years by one group, ideally if another group did that
12      same experiment on, say, a different set of women,
13      they should be able to identify a similar finding.
14  Q   And what does the absence of replications say?
15  A   Either that, A, it hasn't been done, simply no one
16      else thought to do it; or B, it's been done and you
17      got a different finding.
18          When that absence happens, we often struggle, but
19      we are sometimes able to identify the specific causes
20      of why the experiment didn't happen the same way on
21      two different occasions.
22  Q   In medicine, what does the term "hierarchy of
23      evidence" mean?
24  A   It's a term used by a group of scientists and
25      physicians to qualify the quality of the evidence for

Vijayakrishna K. Gadi, M.D., Ph.D.

Page 122

1      a given statement or a given assertion.
2  Q   And do you have your own personal view of a hierarchy
3      of evidence?
4  A   When available, yes, I -- I tend to look for things
5      called randomized control trials.  But in real world
6      settings, where some things can't be randomized, there
7      are other levels of evidence which would be considered
8      okay.
9        And in some situations, for whatever reason, maybe
10     a randomized piece of evidence doesn't exist for
11     whatever reason, you may have to go to some, quote,
12     less quality piece of information to get that
13     information.
14  Q   And just help me.  How do you rank evidence like
15     randomized control trials, observational studies,
16     animal studies, and in vitro studies?
17  A   I think large observational studies, which have a
18     great deal of heterogeneity built into them and
19     they're still able show an effect, are really good.
20     But mechanistically, I'd like to see a randomized
21     control trial, especially for a therapeutic, to show a
22     certain effect or a benefit.
23  Q   And then where do you put animal studies and in vitro
24     studies?
25  A   A lot less reliable, because on the given day, the

Page 123

1      strain of the animal, the tissue culture conditions,
2      all of those subtle things which are not necessarily
3      documented well in those studies can lead to a given
4      conclusion by one group and a different conclusion by
5      another.
6  Q   And in a general sense, how do you reconcile
7      contradictions between observational study findings
8      and randomized control trial findings?
9  A   It's hard, but sometimes there's specific features of
10     the randomized control trial that, say, for example,
11     looks at a very specific type of group of women that
12     may not be the dominant group in an observational
13     study.  So you might come up with a different finding
14     for that reason.
15  Q   But generally speaking, you would rank -- the order
16     would be randomized control trials first, reliability,
17     and then observational studies?
18  A   No.  For making treatment decisions, I consider
19     randomized control trials first.
20  Q   Okay.
21  A   In terms of understanding epidemiologic associations
22     and all these other things, I view those as on par.
23     Large observational studies are very useful.
24  Q   You view large observational studies as on par with
25     randomized control studies?

Page 124

1  A   For making associations and such, yes.
2  Q   Okay.  And one of the things you're doing here is,
3     you're evaluating a potential association; correct?
4  A   Correct.
5  Q   And the association in your first report is the
6     association between CHRT as you've defined it and
7     HER2-positive breast cancer?
8  A   Correct.
9  Q   And the association in the second report is between
10     CHRT and PR-negative breast cancer?
11  A   Right.
12  Q   When in the past have you ever been asked to do a --
13     what I would call a causal assessment or an
14     association assessment like you're doing here?
15  A   I've never done that -- for these two circumstances,
16     I've never done that.
17  Q   Have you ever been asked by anybody to evaluate
18     whether a drug causes a particular effect in the way
19     you've been asked to do it here?
20  A   No.
21  Q   This is your first time?
22  A   Correct.
23  Q   Do you consider yourself to be an expert on
24     progesterone?
25  A   Only as a person that has to take that information in

Page 125

1      order to make a clinical decision.  Not of the hormone
2      or the receptors or any of that stuff.
3  Q   Near the bottom -- the bottom of the first page, I
4     think, of your second report, and I believe it's the
5     same thing maybe on both of your reports --
6  A   The second report, yeah.
7  Q   It's actually the same sentence on both.
8  A   Okay.
9  Q   But you have this reference, you say, "MPA is
10     considered substantially more potent," and then you've
11     got greater than 50 times in parentheses --
12  A   Mm-hm.
13  Q   -- "at binding the progesterone receptor (PR) than
14     naturally occurring progesterone."
15  A   Right.
16  Q   And you have the same sentence in the other report?
17  A   Correct.
18  Q   MPA is medroxyprogesterone acetate; right?
19  A   Correct.
20  Q   And that's the progesterone component of Prempro?
21  A   Correct.
22  Q   And we talked about the dosage before.  Did you -- did
23     you get a chance to check?
24  A   No, I didn't check the label.  I apologize.
25  Q   It's okay.

32 (Pages 122 to 125)

Vijayakrishna K. Gadi, M.D., Ph.D.

Page 126

1  A  But I will believe you.
2  Q  Okay.  Thank you.
3      Progesterone is a part of a class of hormones
4  called progestins; correct?
5  A  Correct.
6  Q  And what are progestins?
7  A  Much like estrogen, it's a steroidal-based hormone.
8  The synthesis pathway, I believe, in the glands and
9  the tissues where it's made is well-known at this
10 point.  And much like estrogen, it leads to signaling
11 events within the cell wherever the progesterone
12 receptor will entangle or bind to these DNA elements,
13 to my knowledge.  And my knowledge of it is less good
14 than what I know of estrogen receptor in general.
15 Q  So you're less familiar with the progesterone receptor
16 than estrogen receptor?
17 A  And I believe the scientific community at large,
18 that's also the case.
19 Q  Okay.  But there are different types of progestins;
20 is that correct?
21 A  Correct.  Absolutely.
22 Q  And MPA would be one type?
23 A  Correct.
24 Q  What does progesterone, natural progesterone, do in a
25 woman's body?

Page 127

1  A  I'm not entirely sure, but I am -- I suspect it binds
2  the progesterone receptor and has pleiotropic effects
3  at the cellular level within those cells expressing
4  that receptor.
5      I couldn't tell you, for example, it leads to the
6  downregulation of this set of genes and that set -- I
7  just don't know that knowledge.
8  Q  What about just generally speaking, in terms of the
9  health of a woman throughout the course of her life,
10 what is progesterone doing?
11 A  I think also that's less well-known.  There's clearly
12 reproductive functions.  There's clearly functions in
13 maintaining certain tissues in preparation for
14 pregnancy and so forth, and even during pregnancy, it
15 has a role.  It's just not something that I think
16 about much.
17 Q  It's not something that you're an expert in?
18 A  I'm an expert in knowing when it's not there in breast
19 cancer.  That -- that may have some implications on
20 what I do for patients.
21 Q  But the role of progesterone in a woman's life --
22 A  Less clear.  I could read the articles and come back
23 to you, but outside of that, I have no particular
24 expertise in studying it at the molecular level or
25 anything other level.

Page 128

1  Q  What is a progesterone receptor?
2  A  It's similar to the estrogen receptor.  It's a -- it's
3  an intracellular.  In other words, it's not typically
4  at the cell surface.  I believe it binds progesterone.
5  I don't know that stoichiometry like I do for the
6  estrogen receptor, but similarly, once it's bound, it
7  travels to the nucleus and -- and maybe -- it
8  transmits whatever functions it does.
9      With the estrogen receptor, I know that there's
10 also some signaling levels that -- signaling that can
11 happen at the membrane now that's recent information.
12 I don't know that kind of detail for the progesterone
13 receptor, frankly.
14 Q  When immunohistochemistry is conducted to determine
15 the presence of estrogen receptors, is that the
16 presence of estrogen receptors inside the cell or on
17 the surface of the cell?
18 A  When I look at the pictures, it looks clearly to be on
19 the inside of the cells.
20 Q  Is that your understanding?
21 A  That's my understanding.
22     But the cells are chocked-full of these receptors,
23 and it's -- if you look at these pictures, it just
24 appears completely brown based on the staining.
25 Whether or not there are -- some of those receptors

Page 129

1  are doing something at the membrane, you can't tell
2  just looking at those types of pictures.
3  Q  That would be a question for a pathologist?
4  A  Absolutely.  Absolutely.
5      For example -- I'll just throw out this.
6  Q  Sure.
7  A  Sometimes they do comment that, oh, this staining is
8  particularly membranous.  They say things like that
9  from time to time as they're -- as, you know, you're
10 reviewing that with them.
11 Q  And what do you understand that to mean?
12 A  Just a different location inside the cell.
13 Q  Do you understand the estrogen receptor on the cell
14 surface to be having the same role as the estrogen
15 receptor inside the cell?
16 A  We believe it's different.  Oftentimes when we see
17 that, we think, and based on the studies that I've
18 read, that it's participating in signaling at the --
19 at the cell membrane as opposed to within the nucleus.
20 Q  And is it having the same effects?
21 A  I don't know.
22 Q  Okay.
23 A  This is new -- very new knowledge.
24 Q  Okay.  On Page 2, if you just turn to Page 2 of your
25 second report.  I think I'll stick with that one,

Vijayakrishna K. Gadi, M.D., Ph.D.

Page 130

1 because that's the one I kind of looked at a lot.
2 A   Okay.
3 Q   Let's just see.
4        You say here -- this is -- just for the record,
5 it's the -- kind of the middle of the first full
6 paragraph.  It says, "One of the genes and thus
7 proteins whose expression is increased by these
8 nuclear signaling events" -- which, you're referring
9 to the estrogen receptor?
10 A   Estrogen receptor.
11 Q   -- "is the progesterone receptor."
12 A   Right.  Correct.
13 Q   And that was what we talked about earlier, which is
14 that the progesterone receptor is one of the
15 by-products of an active estrogen receptor.  Is that
16 fair?
17 A   At that location.
18 Q   "At that location" meaning --
19 A   The progesterone receptor gene at that location, the
20 progesterone receptor is one of the key proteins to
21 help lead to its expression.
22 Q   And would it be right to say a fully functional
23 estrogen receptor should result in the expression of
24 progesterone receptors?
25 A   Most of the time, yes.

Page 131

1        Would you like me to clarify that?
2 Q   Sure.  Please.
3 A   Okay.  Sometimes there can be genetic alterations at
4 the location where the progesterone receptor exists,
5 and that may permit or not permit the binding of the
6 estrogen receptor.
7        So, quote, that part's working fine.  It's
8 something at the level of the gene for the
9 progesterone receptor that's now become mutated or
10 isn't functional.
11 Q   But if all is normal, there are no mutations involved,
12 you would expect to see progesterone receptors if the
13 estrogen receptor is working?
14 A   That's typically the case, yeah.
15 Q   And when the estrogen receptor is fully functional and
16 activated, you would inspect -- expect to say the
17 progesterone receptor in high amounts; correct?
18 A   I believe that's the case.
19 Q   And a breast cancer cell with functional estrogen
20 receptors would -- normally you would expect to see
21 high levels of both estrogen receptors and
22 progesterone receptors; correct?
23 A   Yes.
24 Q   What does it tell you when you see a breast cancer
25 come back in which the estrogen receptors and the

Page 132

1 progesterone receptors are low?
2 A   It makes me wonder if additional growth pathways have
3 come into play that maybe initially led to the
4 downregulation of the estrogen receptor, which, as a
5 consequence later on, went to an even further
6 downregulation of the progesterone receptor.
7        It's a pyramid scheme.
8 Q   What do you mean by that?
9 A   Where you take out the person on the top and some of
10 the stuff in the middle falls apart.  And that's kind
11 of what's happening, is, you've got some other gene
12 that's now regulating estrogen receptor down, and as a
13 result, all of the things that it was doing get
14 dampened.
15 Q   And if you have a case where a breast cancer has low
16 levels of both progesterone rec- -- progesterone
17 receptors and estrogen receptors, that tells you that
18 there may be other growth pathways involved?
19 A   Typically, yes.
20 Q   And given the possibility of those other growth
21 pathways, is there a way to look at that breast cancer
22 and rank those pathways in terms of which is the most
23 active in driving the growth and which is the least?
24 A   On a patient to patient basis, I don't think we have
25 the skills to do that just yet.  All it says is

Page 133

1 fundamentally at some point, that that tumor which was
2 using estrogen primarily to help itself grow is no
3 longer as dependent on it at this point.
4 Q   And how would you determine when that point occurred?
5 A   I don't -- unless we longitudinally sample breast
6 tissue from patients over a period of many years, I
7 don't think we'll ever know that answer.
8 Q   Okay.  Let me see here.
9 A   I can clarify that, as well, if you want.
10 Q   Certainly.  Go ahead.
11 A   So for example, in colon cancer, we can do colonoscopy
12 over a period of X number of years as part of a
13 screening tool.  And Bert Vogelstein and others out on
14 the East Coast have done this, and they can say these
15 are the initial events, analyze those tumors; these
16 are the next set of events; these are the next set of
17 events.
18        That's practically and ethically difficult to do
19 in humans for breast cancer.  So that's why I don't
20 think that information will be meaningfully available
21 anytime in the near future.
22 Q   And so we were talking about kind of these initial
23 mutations happening as early as before adolescence.
24 A   Right.
25 Q   These growth pathways could come into play at that

Vijayakrishna K. Gadi, M.D., Ph.D.

Page 134

1    time, as well, or -- when?
2  A   Potentially, yes.
3  Q   And the downregulation of ER and PR could happen at
4    that stage, as well?
5  A   No.  I think that's something that happens once you've
6    both the cancer cell and it's -- and it's now
7    searching for additional ways to grow.
8        It's an epiphenomena of loss of these receptors.
9    It's not that they're not important anymore.  They
10   still can probably drive the growth of those cells.
11   It's just whatever's holding them back needs to be
12   knocked out for that to become the case.
13  Q   I may ask you more about that in a second.
14  A   Sure.  Sure.  And I'm searching -- I'm sorry, I'm
15   struggling for ways to convey that in a clear way.
16   It's a -- it's a very complicated question.
17  Q   Yes, it is.  And -- let me see.
18       So how does progesterone interact with the
19   progesterone receptor?  You described that for
20   estrogen.  Can you just do it for progesterone?
21  A   Off the top of my head, I honestly don't know the
22   specific mechanisms.  Like I said, I don't know if
23   it's a two-to-one ratio, a two-to-two ratio.  I don't
24   know those things for the progesterone receptor.
25  Q   What about for MPA, how it interacts with --

Page 135

1  A   Again, this is not well published, to my knowledge.  I
2    think this work exists, and oftentimes it's
3    preclinical type work that's done; Phase 1 studies
4    that never actually see the light of day, that kind of
5    work.
6        So I don't have access to that information.  I
7    actually looked kind of hard for it, and I just didn't
8    simply find it.
9        That's why actually in the -- both reports, I may
10   have mentioned this, but we talk --
11  Q   I think I know what you're talking about.
12  A   Yeah, so that -- you know, we sort of put Part A with
13   Part B with Part C and get it there, but it's not
14   available in the public domain.  And I cited a
15   reference that talks about that information just not
16   simply being published or available in an easy
17   ascertainable way.
18  Q   And is that the Africander study?
19  A   That may be the Africander study.  That sounds -- that
20   sounds correct.  Let me see.
21       Yeah, which is essentially a review article.
22  Q   Which is not a study; it's a review?
23  A   It's just a review.
24  Q   But I want to get back just to this sentence that we
25   were talking about, where you said the word "potent."

Page 136

1  A   Mm-hm.
2  Q   And just so the record will be clear, I'll just read
3    the sentence again:  MPA is considered substantially
4    more potent, greater than 50 times, at binding the
5    progesterone receptor (PR) than naturally occurring
6    progesterone.
7        And my question to you is:  What do you mean by
8    "potent"?
9  A   The attraction of two molecules to each other, so a
10   molecule of steroid receptor with, hypothetically, a
11   molecule of progesterone -- or MPA, isn't always the
12   same.  There can be certain structural differences
13   that make one receptor bind better to a hormone than
14   that same receptor to a slightly different hormone.
15       So because of those molecular modifications, it
16   appears that MPA is better at engaging and binding
17   with the receptor, progesterone receptor, than
18   naturally occurring progesterones.
19  Q   So that's what you mean by "potent"?
20  A   At that level.  And ergo, if you bind more tightly,
21   then you potentially become better at signaling
22   through that pathway, as well.
23       If you don't bind really tightly, we tend to think
24   of this as locked in, but really, these things fall
25   apart, lock in, fall apart, lock in.  But if you're

Page 137

1    bind more tightly, the rate at which that receptor
2    comes off is less.
3        So if MPA is just literally stuck, 50 times more
4    stuck, than you theoretically have 50 times more
5    signaling that may occur.
6  Q   And I've heard this called binding affinity, is
7    what --
8  A   It's another term sometimes people use.
9  Q   Would you say that you mean the same thing --
10  A   I mean, I use the word "potent" as a vague term on
11   purpose because it captures a lot of those types of
12   concepts; the KD rate, the fall-off rate, the binding
13   affinity.  And rather than document each one of those
14   specifically, because I don't know that, I used the
15   term "potent."
16  Q   And this 50 times number, I take it from what you've
17   said, that this comes from your reading of some
18   article; correct?
19  A   Right.  It's nothing I have done personally to verify.
20  Q   You haven't done research on this?
21  A   No.
22  Q   Do different types of progestins have different levels
23   of potency?
24  A   It's my understanding that that's the case.
25       So certainly progesterone, the naturally

Golkow Technologies, Inc. - 1.877.370.DEPS

Vijayakrishna K. Gadi, M.D., Ph.D.

Page 138

1  occurring, if you set that at a baseline level of 1,
2  it appears MPA is on the higher end, binding at 50
3  times. I'm going to get the compounds incorrect, but
4  there are other synthetic progestins that do this at
5  variable different levels.
6  Q   Okay. And the progestins differ in other ways, too;
7      correct?
8  A   Potentially. More than just structural.
9  Q   Okay. And so let me -- let's look at the Africander
10     study, the one that you've --
11 A   Sure.
12 Q   I've got a copy of it here that I can show you.
13            MR. CAMPBELL: We're just going to
14     mark this as, I think, Exhibit No. 4. Maybe just
15     stick it right there.
16        That's okay. That's better.
17            (Exhibit No. 4 marked
18            for identification.)
19
20            MR. CAMPBELL: And I can give you
21     guys -- you want a copy?
22 Q   (By Mr. Campbell) So here -- take a look at this.
23 A   Sure.
24 Q   And I'll pull up my own copy. It's Exhibit No. 4.
25     And I think it's your -- we said it's your

Page 139

1      Reference No. 3 to your second report.
2  A   I think.
3  Q   I think it's probably Reference No. 3 to your first
4      report also.
5  A   Okay. Yeah, I believe.
6  Q   And if you could just look at -- I think it's even the
7      abstract of the paper. It's right on the front.
8      That's what I was wanting to refer to you.
9  A   Sure.
10 Q   It's the third and fourth sentences, I think, of
11     the -- of the abstract.
12 A   Maybe if you just point out what you're talking about.
13 Q   Yeah. It's pretty small.
14        So it's the third sentence from the top.
15 A   Okay.
16 Q   Starts here -- I'll just read it and then I'll ask you
17     a question.
18 A   Sure.
19 Q   "A diverse range of later generation progestins with
20     varying structures and pharmacologic properties is
21     available for therapeutic use..." And before it says
22     that, it's talking about MPA, as well.
23 A   Mm-hm.
24 Q   And then it goes on to say, "...and it is becoming
25     clear that different progestins elicit beneficial and

Page 140

1      adverse effects to different extents."
2        And then the fourth sentence says, "These
3      differences in biological activity are likely to be
4      due to many factors, including variations in dose,
5      metabolism, pharmacokinetics, bioavailability, and
6      regulation of, and/or binding to, serum-binding
7      proteins and steroidogenic enzymes."
8        And that's the end of the quote.
9  A   Sure.
10 Q   Do you see that?
11 A   Yes.
12 Q   So do -- is it true that different progestins elicit
13     different beneficial and adverse effects?
14 A   I believe so.
15 Q   And for all of the various categories and reasons that
16     they list here; different levels of dose, different --
17 A   Sure.
18 Q   -- pharmacokinetics, et cetera.
19        And just, since we have the benefit of you as an
20     expert, so I don't get this wrong, I understand what
21     dose means in this context.
22        Can you help me just interpret, what does
23     metabolism mean, for example, in this sentence, as you
24     understand it?
25 A   Sure. Sure. So every drug that -- or every compound,

Page 141

1      anything that you put in your body has to be modified
2      for use or destruction. And the rate at which those
3      things happen differs for various different drugs, and
4      in different individuals, depending on what suite of
5      enzymes exist in them to make those modifications is
6      different.
7        So when we are developing compounds for
8      therapeutic use, these are all things we have to take
9      into consideration, because if only 5 percent of the
10     people metabolize something correctly so that you can
11     actually get the active form of the drug to where it
12     needs to go, and 95 percent don't, perhaps it's not
13     the best drug.
14 Q   Okay.
15 A   So that's -- that's the term "metabolism" in this
16     context.
17 Q   Okay. And what -- in this context, in terms of
18     differences between different compounds --
19 A   Mm-hm.
20 Q   -- what does pharmacokinetics mean?
21 A   So the kinetics with which something is eliminated
22     and gets to its targets is referred to as
23     pharmacokinetics; in other words, the speed, the
24     rapidity, and the resident time of a molecule, where
25     you need it to be.

Page 142

1  Q   And what does bioavailability mean in this context?
2  A   I believe in this context, it means if I put this in
3      my mouth and I swallow it, what are the chances that
4      it will get taken up properly and get to where it
5      needed to go.
6          That's not always the case, because sometimes it's
7      an injectable drug, and bioavailability has slightly
8      different implications in that setting.
9  Q   And bioavailability, I take it, can be different if
10     it's -- of it's a cream, versus a pill or versus --
11 A   Exactly.  Precisely.
12 Q   I think that may be all the questions I have.  You're
13     welcome to keep that in front of you --
14 A   Sure.
15 Q   -- or you can give it back to me.
16 A   I'll just leave it over here.
17 Q   For the same reasons that we just talked about with
18     progestins, different estrogens have different
19     effects, as well?
20 A   We believe so.
21 Q   And do the effects of different progesterone-like
22     medications -- for example, MPA -- have different
23     effects at different doses?
24 A   Sure.
25 Q   Because one of the things we didn't talk about there

Page 143

1      is dose?
2  A   Right.
3  Q   But I take it you would agree that a medication can
4      have an effect at one dose and not have an effect at
5      another dose?
6  A   Right.
7  Q   And even medications that are in the same class, for
8      example, can have different effects of different
9      doses?
10 A   Correct.
11 Q   Can different progesterones have different levels of
12     effect on breast cancer risk?
13 A   Different progestins probably have different levels of
14     breast cancer risk associated with them.
15 Q   And if a researcher wanted to understand the effects
16     of MPA on breast cancer risk or something else, the --
17     it wouldn't make sense to study the effects of other
18     progestins?
19 A   Unless you needed a comparison to understand what's --
20     what's different between one versus the other.
21         So, for example, if you wanted to know what
22     difference about the structure of MPA made it more
23     binding, you know, had a stronger binding, you'd
24     obviously want to study the others, as well.
25 Q   Do you believe that the risk of breast cancer from

Page 144

1      treatment with progesterone or progestins is
2      determined in part at least by the ability of these
3      substances to bind to the progesterone receptor?
4  A   I believe so, yeah.
5  Q   And you cite the -- the sort of -- the strength of the
6      interaction or the potency, as we talked about, with
7      MPA and the progesterone receptor because you believe
8      that's relevant to the degree to which MPA increases
9      breast cancer risk?
10 A   I do.
11 Q   And why is that?
12 A   So in the absence of the availability of these
13     pharmacokinetic and bioavailability data, how do we
14     determine that said compound actually got to its
15     target tissue.
16         If you're potent and very good at binding what you
17     need to bind, that just tells me that even a smidgen
18     is likely -- a smidgen taken in by whatever amount is
19     still likely to be at the breast.
20         Here you're not talking about a smidgen.  It
21     appears to be a substantial amount.  So it's very,
22     very likely that the target drug got to its tissue,
23     because there's no -- unlike estrogen, where there's a
24     clear study that says we sampled the breast tissue, we
25     found the estrogen that we put in, there's no study

Page 145

1      like that for MPA, that I could find.
2  Q   Okay.  But different progestins interact with the
3      progesterone receptor to different degrees?
4  A   To my -- to my knowledge, that must be the case.
5  Q   Okay.  And likewise, different estrogens would
6      interact with the estrogen receptor to different
7      degrees?
8  A   Probably the case.
9  Q   And what's the most potent form of estrogen?
10 A   I don't know that answer, actually.
11 Q   Isn't it estradiol?
12 A   I don't know that answer.
13 Q   Okay.
14 A   It could be estradiol.  That's clinically the one I
15     use, but I know there's more structures and stuff
16     there than I'm aware of.
17 Q   Okay.  Can you rank the potency of estradiol versus
18     estrone, for example?
19 A   I believe estradiol is more potent, but I'm not a
20     hundred percent sure.
21 Q   Okay.
22 A   I don't spend a lot of time thinking about that.
23 Q   Okay.  That's not something you focus on?
24 A   No.
25 Q   And it's not something you focused on for this --

Vijayakrishna K. Gadi, M.D., Ph.D.

Page 146

1    these papers?
2  A  Not particularly.
3  Q  When I say "these papers," I mean your reports.
4  A  Correct.
5  Q  But if -- let's just do this as a hypothetical.  If
6     estrone is less potent than estradiol, that would mean
7     that it has a lower binding affinity to the estrogen
8     receptor?
9  A  That could be one interpretation.  It could also be
10    that estrone transits in the woman's body to different
11    locations and doesn't necessarily get taken up in the
12    same tissues.
13       And there's a -- as you pointed out in this
14    article, there's a lot of things that fall under the
15    umbrella of potency.
16 Q  Okay.
17 A  Yeah.
18 Q  You would put all those terms we talked about under
19    the level of potency, under the word "potency"?
20 A  Potency.  In the absence of having the individual
21    points to look at physically and evaluate those
22    studies, I use the umbrella term "more potent" in that
23    way.
24 Q  Okay.  You used -- at least one part of your report --
25    let me see if I can find it, because I didn't note

Page 147

1     exactly where it was.  But you used the word
2     "estradiol."
3  A  Mm-hm.
4  Q  Do you know what I'm talking about?
5  A  I don't, actually.  I'm surprised I did, but maybe I
6     did.
7  Q  You say one molecule of estradiol --
8  A  Oh, yes.  I gotcha.  Of estrogens.  It's the one I'm
9     talking about; how the receptor binds to the estrogen
10    that --
11 Q  Right.  Why did you use the term "estradiol" there as
12    opposed to just estrogen generically?  Is that
13    intentional or --
14 A  You know, we could -- I didn't cite that paper,
15    because I actually didn't look it up.  It's something
16    I understood to be the case, and -- because it's
17    common knowledge.  But I think "estrogen" would have
18    been just as fine a term to have used there.
19       I believe that maybe the study that I recalled or
20    thought about was -- in that particular study, they
21    may have used estradiol in the tissue culture.
22 Q  But as far as the degree to which different types of
23    estrogen bind to the estrogen receptor, that sounds
24    like it's an area that you haven't really focused on.
25 A  No.  And it's a generic -- it's a generic thing.  This

Page 148

1     is -- in general, these are how these events, these
2     binding events, happen.
3  Q  But you -- I mean, you mean to be generic in your
4     report?
5  A  Yes.  Yes.
6  Q  But you haven't done an analysis of the binding
7     affinity --
8  A  No.
9  Q  -- or the potency of different estrogens?
10 A  No.  Actually, now I can -- thinking through this, I
11    believe there's a review article by Mitch Dowsett -- I
12    can actually see the picture -- where he shows a
13    molecule of estrogen binding to the receptor in such
14    and such a way, and I was trying to just describe
15    that, more or less.
16 Q  And the molecule that he shows, do you know what type
17    of estrogen?
18 A  It was just an estrogen.  I don't know which one.
19       THE REPORTER:  Keep your voice up.
20 A  I don't know which one it is.
21 Q  (By Mr. Campbell)  You talk about the downregulation
22    of estrogen and progesterone receptors in your report.
23    And what does the term "downregulation" mean?
24 A  It -- regardless of the mechanism, when you look for
25    the receptor in the cell, it is there less -- less of

Page 149

1     a level.
2  Q  Do you mean simply numerically?
3  A  Whatever method --
4  Q  In other words, there's fewer of them?
5  A  There's fewer.
6       So, for example, if you used this Allred score of
7     9, maybe now it's 6 or 5 or 3 or 0.
8  Q  And can't downregulation also mean simply a loss of
9     functionality?
10 A  Correct.
11 Q  Doesn't necessarily always mean number?
12 A  Right.  A loss of functionality is another
13    interpretation of downregulation.
14 Q  And loss of functionality, to you, means what?
15 A  Perhaps the target has changed.  Perhaps other
16    elements that contribute in that pathway are no longer
17    working.  Perhaps there's a new mutation in the
18    estrogen receptor that we don't know about, something
19    along those lines.
20       Whatever the case, that pathway now is less
21    relevant.  It's downregulated.
22 Q  The immunohistochemistry tests we were talking about
23    is actually a test for the number of receptors;
24    correct?
25 A  It's a quantitative measurement.

38 (Pages 146 to 149)

Vijayakrishna K. Gadi, M.D., Ph.D.

Page 150

1  Q  Right.  It's not a question for -- a test for
2     functionality?
3  A  No.  The two are highly correlated, though, in cancer.
4  Q  So -- let me see if I can say this the right way.
5     Not all women with tumors that are -- have a
6     positive immunohistochemistry test for estrogen
7     receptors will respond favorably to anti-estrogens;
8     correct?
9  A  I think on balance, that's correct.
10 Q  Okay.  And so having -- having estrogen receptors is
11    a necessary but not a sufficient condition for a
12    positive response to anti-estrogen therapy?
13 A  Absolutely.
14 Q  And having estrogen receptors is a necessary but not
15    a sufficient condition for a cell to respond to
16    estrogen, as well?
17 A  Generally, yes.
18 Q  And a breast cell wouldn't be expected to respond to
19    progesterone or progestins if it didn't test positive
20    for a progesterone receptor; correct?
21 A  That's less -- less clear to us.
22 Q  Okay.  Why do you say that?
23 A  It -- it appears that, because of the way we stain for
24    the progesterone receptor, which we all believe to be
25    a little less reliable than the estrogen receptor,

Page 151

1     that there's more to it than just how much we can
2     count on the progesterone receptor.
3     So it's a pretty clear and standardized story for
4     the estrogen receptor, but in the community as a
5     large, we feel the progesterone receptor is a little
6     less reliable in that manner.
7  Q  And less reliable; can you just explain what you mean?
8  A  Yeah.  So I'll give you an anecdote.
9     Sometimes we have these tumors that we stain for
10    the progesterone receptor and it, for all the world,
11    looks absent, but it's still an estrogen-positive
12    tumor.  So we may send it for additional testing.
13    For example, you may have heard of this Oncotype
14    DX test.  Well, one of the genes they analyze on this
15    test is the progesterone receptor.  And we are
16    surprised sometimes to see that it's at a high level,
17    by at least the mRNA level.
18    So we don't know which is the gold standard there
19    for the progesterone receptor.  The concordance
20    between different methods for estrogen receptor is
21    very high.  Whatever methodology you use, you tend to
22    say the same answer.  That's less so and less clear
23    with progesterone receptor.
24 Q  I see.
25 A  Yeah.

Page 152

1     And I don't know the percentage -- I'll be
2     honest -- but I don't know that generally agreed upon
3     in an audience of experts, you're going to hear that
4     message more -- more often than not.
5  Q  It's harder to get an accurate test?
6  A  For progesterone receptor, yes.
7  Q  And the result of that is, is that you would, in some
8     cases, identify a tumor as progesterone receptor
9     negative and it may actually be positive?
10 A  Correct.
11 Q  And it doesn't work the other way?
12 A  Oh, no, it could work the other way, as well.
13 Q  How would it work the other way?
14 A  Well, functionality-wise, you know, the end output for
15    us is does -- you know, is it working.  And so it may
16    look like it's there, you stain for it, but for
17    whatever reason, it's not functionally there.
18 Q  How does that -- how is that the case, though?
19 A  Well, if, for example, the receptor is mutated or
20    something's wrong with the receptor, where we bind it,
21    you can see it, but, you know, it's just the head
22    without the body, so to speak.  That kind of thing.
23 Q  I see.  And that can be the case with the estrogen
24    receptor too?
25 A  Too, but less likely.  Like I said, there's more

Page 153

1     concordance with at least what's going on with the
2     estrogen receptor.
3  Q  But you have -- you could have a positive staining
4     for an estrogen receptor --
5  A  Absolutely.
6  Q  -- and have the head without the body, is what you
7     described.
8  A  Yes, that can happen in theory there, as well.
9  Q  And how does that happen?
10 A  Additional mutations are acquired, making whatever
11    part of the estrogen receptor that was functional no
12    longer functional.
13 Q  Do you agree that the progestin component of Prempro
14    or -- let's just use CHRT, your broad definition -- is
15    essential for the effect of CHRT to increase breast
16    cancer risk?
17 A  I think that's the case, yeah.  It appears that the
18    studies that just focus on the -- the estrogen-alone
19    therapies don't have the same breast cancer risks
20    associated with them as the MPA-containing studies.
21 Q  I may ask you about that in a second, but let me ask
22    you about something slightly different, about
23    estrogen.
24    Do you consider yourself to be an expert in the
25    study of estrogen?

Vijayakrishna K. Gadi, M.D., Ph.D.

Page 154

1  A  In the management of estrogen-positive tumors, I'm --
2     I feel more confident wearing that label.
3  Q  Okay.  But not just an expert on estrogen?
4  A  No, not at all.
5  Q  I mean, there are people who -- who live their life
6     studying estrogen?
7  A  Absolutely.
8  Q  But you're not one of those people?
9  A  Definitely not.
10 Q  Let me ask you -- I'll ask you questions anyway.
11 A  Yeah.
12 Q  If you can't answer them, just let me know.
13 A  Okay.
14 Q  But what is estrogen?  How do you define estrogen?
15 A  So it's a steroid hormone, has a very clearly defined
16    synthetic pathway, which, once available, can transit
17    to many tissues in the body.  It doesn't -- because
18    it's lipid soluble, it can transfer across cellular
19    membranes and get into various compartments within the
20    cell.  In general, for it to work, it seems that it
21    needs to bind to this particular estrogen receptor.
22       There are several forms of the estrogen receptor.
23    I think there's an ER alpha form, an ER beta form;
24    slightly different.  And depending on the form and the
25    bound estrogen, it can travel to different sites

Page 155

1     within the cells to impart whatever metabolic effects
2     are downstream of that.
3  Q  And there are -- there are different types of
4     estrogens; right?
5  A  Yes.
6  Q  I think we talked about that.
7       Do you know how many different types of estrogens
8     there are?
9  A  I can tell you it's probably more than five, but I
10    don't know the exact number.
11 Q  And the different types of estrogens have different
12    effects on the body?
13 A  We believe, yeah.  And even amongst those that are
14    generated naturally in the body, they have different
15    affinities for these various receptors.
16 Q  Do you know the three primary estrogens in a woman's
17    body?
18 A  Estrone, estradiol, and -- you know, I'm not sure.
19 Q  I think estriol is the other one?
20 A  Yeah, maybe.
21 Q  Do you know what the different roles they play?
22 A  No, not at all.
23 Q  What about any other estrogens?  Can you name any
24    others?
25 A  Not off the top of my head.  And there are synthetics

Page 156

1     from our environment that mimic estrogen, as well,
2     that are probably resident in all of us.
3  Q  They're called xenoestrogens; right?
4  A  Xenoestrogens.  Sometimes they're -- they're not --
5     "xeno" implies that they're from another animal, but
6     sometimes there are things from plants;
7     phytoestrogens, for example.
8  Q  And the different estrogens have different chemical
9     structures?
10 A  Correct.  Absolutely.
11 Q  And they're absorbed and metabolized differently by
12    the body?
13 A  Correct.
14 Q  They have different pharmacokinetic profiles?
15 A  Absolutely.
16 Q  And they can -- their effects can vary according to
17    dose?
18 A  We believe so.
19 Q  Okay.  And if we look at the bottom of your report
20    again, just kind of referring back to that same thing
21    we were talking about -- let's look at Report No. 2,
22    because that's easier, I think.
23       You said even a modest -- this is the very last
24    sentence of the first page of your second report,
25    which is Exhibit No. 2.  You say -- you're talking

Page 157

1     about binding affinity, and then you say in the last
2     sentence, quote, Thus even a modest blood level of MPA
3     is likely to result in meaningful engagement of the PR
4     in the breast, end quote.
5       Do you see that?
6  A  Right.
7  Q  And that's just going back to this idea of potency?
8  A  Right.
9  Q  Would it be equally true that even a modest level of
10    whatever the most potent estrogen is would be expected
11    to have a binding effect -- a similar type of effect
12    with the estrogen receptor?
13 A  It's reasonable to expect that.  I don't know that
14    data, but yes.
15 Q  Okay.  And would you expect that different estrogens
16    would be associated with different risks of breast
17    cancer?
18 A  It appears that some of the estrogens may be
19    protective, and it's possible there are some forms
20    that are harmful.
21 Q  What types do you consider to be protective, based on
22    what you've seen?
23 A  Well, so the most recent study would be the one in the
24    Journal of the American Medical Association, which I
25    believe was part of the 48-hour deposition list that

Page 158

1    you gave me, in which they showed that, surprisingly,
2    that estrogens led to a slightly decreased risk of
3    breast cancer in has cohort.
4  Q  And what --
5  A  It's the Women's Health Initiative cohort.
6  Q  That's the WHI?
7  A  Yes.
8  Q  That's the recent Chlebowski paper?
9  A  If that's the first author, yes.
10  Q  And that's conjugated equine estrogens --
11  A  Correct.
12  Q  -- have a protective effect?
13  A  That's what was observed at least in that study, yes.
14  Q  And what's your view of that?
15  A  I think it's possible.  And I just told you how
16    established tumors in my practice, sometimes as a
17    salvage therapy, and I actually toss estrogen in those
18    patients on those tumors to help them get a transient
19    benefit.
20    Perhaps this is the big study version of that.  I
21    wouldn't necessarily want to treat breast cancer that
22    way in all cases, but in certain circumstances, maybe
23    this is the case.
24  Q  And you said other types of estrogens may have
25    detrimental effects.

Page 159

1  A  They may.
2  Q  What -- can you name any?
3  A  Inside the breast, I -- off the top of my head, I
4    can't, because most of the ones I reviewed were in the
5    context of combined hormone replacement therapy.
6  Q  I see.  But there are many risk factors for breast
7    cancer that are associated with endogenous estrogen;
8    correct?
9  A  Clarify that.
10  Q  Well, for example, we talked earlier about the age of
11    menarche.
12  A  Oh, okay.
13  Q  The earlier a woman goes through menarche, the
14    sooner she's exposed to her own levels of endogenous
15    estrogen?
16  A  Right.
17  Q  And age of menopause was another one; correct?
18  A  Yes.
19  Q  So late menopause implies a longer period of time
20    exposed to your own endogenous estrogen?
21  A  Potentially, yes.
22  Q  Are there others?
23  A  I imagine obesity would be considered in that realm,
24    as well.
25  Q  Why is that?

Page 160

1  A  Fat tissue is a primary source of estrogen production
2    outside of the ovaries, and so you can make -- if you
3    were to sample women's bloodstream for estrogen
4    levels, you would find that the more obese the woman
5    is, the more likely that the levels would be high.
6    There's a rough correlation of that.  It's not
7    absolute.
8  Q  But overall, endogenous estrogen is associated with an
9    increased risk of breast cancer?
10  A  That's the story.  That's the simple story.  At least
11    epidemiologically, that seems to play out.
12  Q  Do you agree with that?
13  A  Yeah, I do.  Yeah.
14    I will qualify that --
15  Q  Sure.
16  A  -- that I believe there's a lot modifying factors that
17    we don't understand, and part of that is the type of
18    research that I actually do.
19  Q  Okay.  Well, tell -- what are the modifying factors
20    that you think that are -- that may change that?
21  A  So pregnancy, which is theoretically this hormone
22    storm, lots and lots of hormones, and in theory, you
23    should see maybe an increase in breast cancer, and
24    that's actually the case.
25    So women who are pregnant, especially older

Page 161

1    women -- by "older," I mean greater than 35 -- who get
2    pregnant have a modestly increased risk of breast
3    cancer in the first year -- first two years of
4    pregnancy.  Epidemiologic studies have really shown
5    this very consistently.
6    But for women who don't develop breast cancer
7    there, later on in life, there's actually a decreased
8    risk.  And the emphasis has always been to look at
9    hormones.  And maybe hormones have a role.  Certainly
10    there are hormone-mediated cancers outside of breast
11    cancer that appear to evade this pattern of ovarian
12    cancer as a classic example.
13    But that said, there are cancers for which there
14    is really no clear role of estrogen or progesterone
15    that are also protective.  So one of the things I've
16    looked at is how the immune system changes as a result
17    of pregnancy and how that modifies not just breast or
18    ovarian cancer risk, but potentially other cancers, as
19    well.
20    So that's just literally a single example.  There
21    are probably other investigators studying other
22    modifiers of that association.
23  Q  Okay.  So the association between endogenous estrogen
24    and breast cancer risk you think is not, for lack of a
25    better word, not ironclad?  There may be other

Page 162

1 explanations?
2 A  There are.  And the type of women studied in studies
3    like the Women's Health Initiative may not be
4    representative of women at large.
5       So in that study, where you have women who ten
6    years after menopause develop -- or start hormone
7    replacement therapy with estrogens alone, that might
8    be a very different thing than taking a 35-year-old
9    woman who is not in menopause, hypothetically, and
10   throwing estrogen in that milieu.
11      So there's different -- the stage of your life
12   also determines the harms or the benefits of these
13   drugs, potentially.
14 Q  And I was more talking not about drugs, necessarily,
15   but a woman's own internal --
16 A  I understand that.  I was just trying to make the
17   link.
18 Q  Okay.  Okay.  Let me refer you to your report again.
19   I'm just -- I think it's the same in both reports, but
20   I think it's the third paragraph of both.  So we can
21   just look at Exhibit No. 2.
22      But you say here in this third paragraph, quote,
23   CHRT has been shown in prospective research studies of
24   very high quality to be a cause of breast cancer in
25   postmenopausal women.

Page 163

1 A  Mm-hm.
2 Q  And then you cite the FDA label of Prempro in your
3    second report here --
4 A  Mm-hm.
5 Q  -- and also Reference No. 1, which I believe is WHI.
6 A  Right.
7 Q  So the study you're talking about that's of very high
8    quality is WHI?
9 A  Yes.
10 Q  And why do you say -- or what do you mean by "very
11   high quality"?
12 A  It was a prospective trial and it was randomized, with
13   hopefully no unintended bias and having one group of
14   women look differently than the other group of women.
15   It was large.  The investigators were at multiple
16   locations.  The findings are corrected for in many
17   ways for a lot of other factors that are believed to
18   be involved in breast cancer risk, either negatively
19   or positively.  And after all of those considerations
20   and correcting for all of that, they still found this
21   effect.
22      The one knock I have on -- on that study, even
23   though it's of high quality, is that it's a select
24   group of women, and that may not necessarily look like
25   women at large.

Page 164

1       And that's why I think it's important still to
2    consider the extant observational data that we have,
3    as well.  It's not as if I throw all of that out the
4    window.  All of it's important.  But that was one
5    example of a very clean, well-done study that has
6    consistently demonstrated this observation.
7 Q  And I'm glad you mentioned observational studies,
8    because -- and I think we touched on this before, but
9    let me just ask you specifically:  Randomized clinical
10   trials represent a more rigorous study design as
11   compared to observational studies?
12 A  For evaluating of the effect of a drug, yes.
13 Q  And they generally yield -- randomized clinical trials
14   generally yield more reliable results than
15   observational studies when analyzing the effect of a
16   study?
17 A  In a -- in a very specific group of individuals
18   tested.  The strength of an observational study is
19   that you get a broader swath of individuals.  So if
20   you cherry-pick a certain group of individuals, you
21   can -- what the randomized clinical trial tells you is
22   that in women who would have qualified for that trial,
23   these are the expected outcomes.
24      It's dangerous and inappropriate to expand those
25   results to the general population.  So that's why I

Page 165

1    think it's still important to have good, high-quality
2    observational and population-based studies.  It's not
3    as one -- as if one can replace the others.
4 Q  You would expect to see a consistent pattern across
5    observational and clinical trials if an effect is
6    real?
7 A  If an effect is real.  But in medicine, we've been
8    surprised many times by something that you expect to
9    happen one way and it has an opposite effect when you
10   do the very highly focused clinical trial.
11      It doesn't invalidate the observational studies
12   beforehand.  All it says is that in this group of
13   individuals, this is the expected outcome.
14 Q  But observational studies have limitations?
15 A  All studies have limitations.
16 Q  What are some limitations of observational studies?
17 A  The biggest ones are generally bias, and it runs in
18   two different directions.
19      You can construct a trial that consistently
20   ignores a certain important feature unwittingly; and
21   similarly, that -- that feature may underreport an
22   association.  In other words, it might undermine
23   something that you're expecting to see.
24      Alternatively, it may amplify an effect that --
25   that that is not real.  So the bias can cut both ways.

42 (Pages 162 to 165)

Vijayakrishna K. Gadi, M.D., Ph.D.

Page 166

1  Q  Just let me see if you agree this or not, but one of
2     the methodological limitations of an observational
3     study is the fact that the two groups being compared
4     may differ in other ways other than just the thing
5     you're studying?
6  A  Precisely.  That's what I'm trying to say.
7  Q  Okay.  And what's -- what is confounding in an
8     observational study?
9  A  Things that modify an association of two things.  So
10    in our case, breast cancer with estrogen or CHRT use.
11    What if all the women in the control group were from
12    Missouri and all the women in the experimental group,
13    the one that was exposed to this harm or benefit, were
14    from Seattle.  And you could just assume that, oh,
15    they're all women from the United States, but we all
16    know that women in Missouri are kind of different than
17    women that live in the Pacific Northwest.  So that
18    would confound that association.
19       In our studies, we're not so, you know, dull
20    headed as to do something that broad, but there are
21    sometimes unintended things that can affect these
22    associations, things that we don't know about.
23       So what we do is gather that information in both
24    groups and to see if changing that would modify those
25    associations.  And that's a statistical thing that I

Page 167

1     personally don't know how to do, but they're very well
2     healed by statisticians that can do those kinds of
3     corrections.
4  Q  And it's called adjustments?
5  A  Adjustments, yes.
6  Q  And what are some of the confounders -- if you're
7     studying hormone therapy and breast cancer in an
8     observational study, what are some of the confounders
9     that you have to be aware of?
10 A  This by no means, by no means, is going to be
11    comprehensive, but some of the things I can think of
12    are:  family history, smoking, obesity, region of
13    living.  The rates of breast cancer in the Pacific
14    Northwest are truly higher than other places.  Race is
15    another important one.  The types of breast cancers in
16    young black women may occur very different than what
17    old white women make in the Pacific Northwest.
18       Again, not comprehensive by any means.  This is
19    just a small list of some of the things we worry
20    about.
21 Q  I'm trying to get down your list, but I may have
22    missed some of them.  But you said family history,
23    smoking.  What was the next thing?  Can you remember?
24 A  Race, geographic region, obesity.
25 Q  Obesity.  Okay.

Page 168

1  A  Or -- or -- I should say BMI, body mass index, rather
2     than obesity.
3       What are some other things that we typically look
4     at?
5       Again, that's not a comprehensive list.  If you
6     spouted some off, sprouted some off, I would say "yes"
7     or "no."
8  Q  Well, how -- how can family history be a confounder in
9     an observational study?
10 A  Well -- oh, in that case, it's not.
11       Well, it could be, in the sense that -- let's say
12    part of the population from one group is from a part
13    of the world where lots of family members have breast
14    cancer.  It could be a genetic thing, it could be an
15    environmental thing, but if in one group that exists
16    and the other it doesn't, then that could sort of
17    confound that relationship.
18       It's -- again, it's just one example, maybe.
19 Q  But that's because family history is a risk factor for
20    breast cancer?
21 A  Right.
22 Q  If you had relatives who had breast cancer, then you
23    may --
24 A  Maybe, for whatever reason, genetics or otherwise, you
25    may be at a higher risk.  And if you had one group

Page 169

1     where that imbalance was more represented compared to
2     the control group, that would become an issue.
3  Q  How would smoking be a confounder?
4  A  We don't know.  In most studies, it doesn't appear
5     that smoking is related, but that's an area of
6     controversy.
7       Given the delay in smoking-related adverse
8     outcomes is on the order of 20 or 30 years, if the
9     peak and the time in which women started picking up
10    cigarettes and smoking was only 20 to 30 years ago,
11    only studies we're doing now are going to start
12    showing that effect.
13       So I think it's good practice to continue to
14    examine that relationship, even though we don't know
15    clearly how smoking may or may not influence breast
16    cancer risk.
17 Q  Okay.  And you described race already and you
18    described geography, but what about obesity?  How does
19    that act as a confounder in an observational --
20 A  Again --
21 Q  Let me just finish -- let me just finish the question
22    so it will be clear.
23       How does obesity act as an confounder in an
24    observational study of hormone therapy and breast
25    cancer?

43 (Pages 166 to 169)

Vijayakrishna K. Gadi, M.D., Ph.D.

Page 170

1  A  Well, in theory, if fat tissue makes estrogen, the
2     more fat tissue you have, maybe that diminishes the
3     effect of estrogen because you've already got a lot
4     exogenous estrogens, or alternatively, it's more fuel
5     on the fire.  You know, I don't know.
6        So maybe there's a certain threshold above which
7     the risk really exceeds, and if you're already at a
8     higher threshold because of your fat tissue, then that
9     additional amount maybe pushes you over the edge.
10       I'm not saying that's the mechanism.  Truthfully,
11    I have some ideas and some understandings, but I'm not
12    an expert at that.  I just know that it's one of the
13    considerations that needs to be taken into account for
14    designing observational studies.
15 Q  Is a high BMI associated with an increased risk of
16    breast cancer?
17 A  I think that's generally the association.
18 Q  There -- it is?
19 A  Yes.
20 Q  Okay.  What about mammography, the use of mammography
21    between two groups of women?  Do you agree that can
22    affect the rates of diagnosis of breast cancer?
23 A  Absolutely.
24 Q  That's a potential confounder?
25 A  Potentially, yes.

Page 171

1  Q  And is that something you think should be adjusted for
2     in an observational study?
3  A  If -- to the degree that that's possible, yeah.  If --
4     whatever information is available should be at least
5     examined to see if it's confounding the relationship.
6     If it's found to, then it should be included in the
7     final statistical model for those adjustments that we
8     discussed.
9  Q  I think I've asked you this already.
10       So let me just -- just to make sure I'm clear on
11    this, I asked you about before testing for ER and PR.
12    And you said you used the Allred score?
13 A  I believe our pathologist --
14 Q  Or the pathologist uses it.
15       Have you, at any time, ever used percentages or
16    your pathologist used percentages to measure ER and
17    PR?
18 A  So our pathologists tend to use the Allred score.
19    Sometimes they're called upon to review outside
20    tissues.  And because they, themselves, are not doing
21    the staining, they have to rely on those percentages
22    that they get from other institutions.  So sometimes
23    we do get 40 percent, 30 percent.  Those numbers are
24    read-outs that we get.
25 Q  And when -- when you -- when you have percentages to

Page 172

1     deal with as opposed to an Allred score, is there a
2     threshold percentage by which --
3  A  I --
4  Q  -- you can see a positive a negative?
5  A  I don't know the number.  I know that they give us the
6     number.
7        The advantage of the Allred score is it not only
8     take into consideration, I believe, the percentage,
9     but it takes the intensity of the staining into
10    account.  Whereas, just because it's positive in a
11    certain fraction but maybe it's all low-intensity
12    staining, that's not accounted for with a simple
13    percentage measurement.
14 Q  And if I was to ask you what percentage threshold do
15    you use --
16 A  I don't have one.
17 Q  You don't have one?
18 A  My percentage is zero or a hundred percent based on
19    what the pathologist tells me.
20 Q  Just sort of --
21 A  It's either positive or negative.
22 Q  You go by the pathologist?
23 A  Right.  Right.
24 Q  Let me ask you, sort of stepping back a little bit,
25    the primary receptors that are tested for in breast

Page 173

1     cancer are ER, PR, and HER2; correct?
2  A  Correct.
3  Q  And why is that?
4  A  In studies over time, those are the three that have
5     both prognostic capability and potentially therapeutic
6     implications.
7  Q  And let me just take each one, one at a time.
8        Why do we test for PR?
9  A  Prognostically mostly.  It appears that when tumors
10    are PR negative as opposed to positive, regardless of
11    what's going on in the estrogen receptor, those tumors
12    are of a worse ilk.  The prognosis is generally worse
13    with those tumors.
14 Q  Why is that?
15 A  I think we touched on this a little bit, but those may
16    be more often those luminal B tumors.  They have other
17    growth pathways that have already been engaged in and in
18    full strength.  And so when we target things like PR-
19    negative tumors that are estrogen receptor positive by
20    hormone-based manipulations, maybe we're not as
21    successful.
22       Doesn't mean we shouldn't try.  There's a large
23    fraction of those women will still benefit from it,
24    but it's a smaller fraction than compared to those who
25    have receptors, quote, at full strength.

Vijayakrishna K. Gadi, M.D., Ph.D.

Page 174

1   Q   Why do we test for ER?
2   A   Same. I think in terms of understanding what type of
3       tumor we're dealing with, it's prognostically very
4       important. And every patient I meet, I go through
5       this very carefully to say, prognostically, this is a
6       bad or a good feature to have this there or not.
7           Therapeutically, it's obviously of importance. If
8       the estrogen receptor is generally there, we tend to
9       try to target that estrogen receptor in some way.
10  Q   Okay. And being positive for ER is a -- is -- seems
11      odd to say this, but in some sense, it's a good thing
12      for breast cancer?
13  A   Right. Tongue-in-cheek, there are good types of
14      breast cancers and bad types of breast cancers.
15  Q   Right. And the good types are ER-positive/PR-
16      positive?
17  A   Generally, yes.
18  Q   Because they respond to estrogen therapy?
19  A   Yes. And oftentimes, we can avoid chemotherapy in
20      management of those patients. So it's another good
21      thing.
22  Q   And the bad types are the -- is triple negative worse?
23  A   Triple negative is almost always considered bad.
24  Q   Why is that?
25  A   Limited therapeutic interventions. We always have to

Page 175

1       rely on chemotherapy.
2           At the present time, there are no biologic
3       targeted agents we use conventionally in triple
4       negative tumors. Prognostically, they tend to recur
5       early. Even after local management has been completed
6       and chemotherapy has been delivered, those women tend
7       to recur within the first two years of diagnosis. So
8       just what we call bad actors.
9   Q   And where does HER2 positivity rank?
10  A   Historically, bad. In the 20 to 25 percent of women
11      who had positive HER2 tumors, they had some of the
12      worst outcomes, including things like early metastatic
13      disease to the brain and other places.
14          However, more recently, with the advent of
15      Herceptin, Lapatinib, Trastuzumab DM-1, Pertuzumab --
16          THE REPORTER: I didn't hear that.
17  A   Trastuzumab DM-1, Pertuzumab, and other molecules that
18      are in development, these women now enjoy outcomes
19      that are very similar to some of the best sort of
20      profiles of breast cancers.
21          So I should say prognostically bad, but now with
22      therapeutic options that make them achieve better
23      outcomes.
24  Q   (By Mr. Campbell) We talked a little bit about the
25      estrogen-only trial, the WHI trial.

Page 176

1   A   Mm-hm.
2   Q   And that was a prospective research study of very high
3       quality, as well; correct?
4   A   It was a companion study that happened at the same
5       time as the combined hormone replacement therapy.
6       They both were launched at the same time.
7   Q   But you would consider it to be --
8   A   High quality.
9   Q   -- same quality?
10  A   Same design, same investigators. High quality.
11  Q   And that study showed that Wyeth's estrogen-only
12      medication, Premarin, does not increase the risk of
13      breast cancer.
14  A   Correct.
15  Q   And in fact, I think it shows that it actually
16      decreases the risk of breast cancer.
17  A   In those women studied, yes.
18  Q   And do you agree with that?
19  A   Yeah. And I think biologically, there may even be a
20      mechanism, although no one can say with a hundred
21      percent certainty.
22  Q   What do you think the mechanism is?
23  A   We talked about it --
24  Q   Oh, okay.
25  A   -- which is that sometimes well-established tumors --

Page 177

1       in other words, these are women who had been in
2       menopause for ten years, perhaps they already had
3       preexisting breast cancer lesions that were, to some
4       degree, undergoing apoptosis upon exposure to the
5       estrogens and these compounds, and so that set the
6       clock back a little bit in terms of when their risk of
7       breast cancer might have happened.
8           And though only anecdotally, you know, clinically
9       when I take care of patients with established
10      estrogen-dependent tumors, when you give them too much
11      estrogen, they commit cell suicide. So we've seen
12      that at the tissue culture level and in patients, and
13      maybe this is the big epi study that says this might
14      be happening in people at large.
15          That's my opinion. That's -- I don't think that's
16      written down anywhere.
17  Q   But you've seen observational studies, too, I take it,
18      where estrogen only actually shows a decrease in risk?
19  A   Modest improvement, yes.
20  Q   Which would confirm the WHI finding.
21  A   Right.
22  Q   And the observational studies are actually broader
23      populations.
24  A   They may be, absolutely.
25  Q   Okay. I think I wanted to show you one of those right

Golkow Technologies, Inc. - 1.877.370.DEPS

Page 178

1    now.
2              MR. CAMPBELL:  Do you have the
3    Borgquist?
4    Q   (By Mr. Campbell)  One of the studies that you cited,
5        I think, is Reference 10?
6    A   Okay.
7    Q   And I believe it is your first report.
8    A   Oh.
9    Q   It's the Borgquist study.
10   A   Yeah, this is from 2006.
11   Q   I'm going to show it to you in a second.  Let me
12       give --
13   A   Okay.
14   Q   -- these gentlemen copies.
15           Let me just make sure I've found the right place.
16                 (Exhibit No. 5 marked
17                  for identification.)
18
19   Q   (By Mr. Campbell)  Oh.  So let me first show -- let me
20       just first show you in your report where you say it,
21       because I wanted to ask you about --
22   A   Sure.
23   Q   -- about the place where you cite Borgquist first.
24   A   Yes.  Okay, thank you.
25   Q   So the sentence in which you cite Borgquist, you say

Page 179

1        that, "It is noteworthy that the molecular mechanisms
2        detailed here" -- and you're talking about the
3        estrogen receptor pathway -- "are supported by
4        epidemiologic observations suggesting that CHRT use is
5        associated with a 3.5-fold increase in HER2-expressing
6        cancers and a 4.4-fold increase in HER2 genomically
7        amplified cancers."
8            Do you see that?
9    A   Sure.
10   Q   And just -- I just noted you used the word
11       "suggesting."
12   A   Mm-hm.
13   Q   Do you mean that word to be -- do you mean that
14       this -- this study, the Borgquist study, is proof that
15       Prempro, or CHRT, I guess, causes HER2-positive breast
16       cancer, or do you simply means it's suggestive?
17           I'm just trying to understand what you meant by
18       that term.
19   A   Sure.
20          So in ranking our evidence that we were discussing
21       earlier, if you design a study specifically to answer
22       a question and you answer that question one way or the
23       other, then you can conclude.  But if you design a
24       study to ask generally another question and observe
25       something else in the course of that work, that

Page 180

1        observation can be of high-quality, but it's not the
2        conclusion in the same way that the question asked
3        what the question answered.  So it suggests.
4            And what it means is that, going forward, in an
5        ideal world, you answer -- you ask and answer that
6        question, as well.  So I'm careful to use words like
7        "conclude" very -- you know, very limited sense.
8    Q   I see.  So my understanding from what you just said is
9        that you don't view Borgquist as definitive proof that
10       CHRT causes HER2-positive breast cancers?
11   A   Right.  It's a piece of evidence.
12   Q   It's a piece of evidence.
13           And -- okay.  Let me now ask you a question about
14       Borgquist.
15   A   Okay.
16   Q   If you look at the abstract, I think it's the second
17       sentence from the bottom -- I've got it in front of
18       me, so let me show you that -- it says, "The use of
19       estrogen alone HRT" -- then in parentheses, ERT --
20       "was not associated with any statistically significant
21       risk of breast cancer."
22           Do you see that?
23   A   Yes.
24   Q   So again, that's consistent with WHI?
25   A   Right.

Page 181

1    Q   And this is a study that -- that you cited yourself?
2    A   Right.
3    Q   Do you believe Borgquist to be a reliable study?
4    A   Yes.
5    Q   And of high quality?
6    A   Yes.
7    Q   And is it one of these -- the larger observational
8        studies that you said is actually of good quality?
9    A   I believe I don't -- actually, it's population
10       based.  13,000 people, roughly.
11   Q   Does that fit your definition of good quality?
12   A   Yeah.  Large numbers of people.
13   Q   So do you believe that estrogen-alone hormone
14       replacement therapy does not increase the risk of
15       breast cancer?
16   A   It appears that that's the case.
17   Q   Let me just ask you -- I want to ask you more of a
18       sort of statistical type term, but I think if we turn
19       to Page 2205 -- it's Table 3 -- of the Borgquist
20       study.  So it's Table 3, and this is just a table that
21       does incidence of breast cancer subgroups in relation
22       to HRT.  And the top category is all types of tumors.
23   A   Sure.
24   Q   And if you see here, it has ERT, which is estrogen
25       replacement therapy.

Page 182

1  A  Sure.
2  Q  The relative risk in the unadjusted group is 0.95.
3  A  Correct.
4  Q  And the confident intervals go from .61 to 1.49.
5  A  Correct.
6  Q  Do you consider these to be tight confident intervals?
7  A  They're intermediates.  Yeah.
8  Q  And just for the purposes of explaining what a
9     confidence interval is, what is a confidence interval?
10 A  If the rate of something occurring in a group that's
11    not exposed, the control group, is set at 1 and the
12    rate of something happening in the others is lower
13    than, higher than 1, you want to know how over/under 1
14    that is.  So what they do is they estimate, with 95
15    percent certainty, what those boundaries are.
16       So here in this case, the value is .95 and the
17    estimate on one end is .61 and the estimate on the
18    other is 1.49.  That confidence interval crosses the
19    level of 1, which means that it's not a statistically
20    significant association.
21       If it didn't cross unity, in other words, the
22    confidence intervals were so tight that the lower
23    incidence was .61 but the upper one was .99,
24    technically that's a statistically significant
25    decrease, even though it's only a small number of

Page 183

1     cases that were prevented, so to speak.  It's
2     statistically significant.
3        And that's all that means.  It's not -- in this
4     particular study, that's not meaningfully different
5     than the number 1.  In other words, that group of
6     individuals did not enjoy a protection or a harm more
7     so than the control group of individuals.
8  Q  And you do your own clinical trials?
9  A  I do.
10 Q  And I think you design them; right?
11 A  Correct.
12 Q  When you design your own clinical trials, do you use
13    confidence intervals?
14 A  Sometimes I do.
15 Q  Do you -- when you don't use confidence intervals, do
16    you use something else?
17 A  No.  So let me clarify that.
18 Q  Sure.
19 A  When you design prospectively a trial, you want to
20    make sure that, A, you've got the right patients and
21    the number of them that can answer the question.  And
22    so what you do is, you predict the confidence
23    intervals for a particular finding.
24       Say, for example, I'm going to use their BX and I
25    want to show a fivefold improvement over the people

Page 184

1     that didn't get it.  Then I'm going to predict where
2     the confidence intervals will be for that fivefold
3     improvement.  And so that's the -- and that's how --
4     when you're designing a trial, that's how you do it.
5     You can't pre-know, before you do the study, what your
6     confidence interval will be, though.
7  Q  Right.
8  A  That's why you do the work.
9  Q  But you would -- you would -- you would pre-specify
10    that you're using a 95 percent confidence interval?
11 A  Correct.  That's typically what we use.
12 Q  Do you ever use a different type of confidence
13    interval?
14 A  There are -- depending on the study design, sometimes
15    there are these things that are looked at only from
16    one direction as opposed to two.  And so you can have
17    a lower confidence interval of 90 percent.  And in
18    other studies where you want to be very rigorous
19    because there are many comparisons being made, you
20    made define the confidence interval as very narrow.
21       So it just depends on the type of study.
22 Q  In what context would you use a 90 percent confidence
23    interval?
24 A  For one-sided studies, sometimes you would see 90
25    percent confidence interval --

Page 185

1  Q  What is --
2  A  -- where the expected outcome is known.  You just want
3     to know the degree to which that direction it goes.
4        It's statistical.  The vast majority of studies
5     are going to employ a 95 percent confidence interval.
6     By "vast," I mean greater than 99 percent.
7  Q  Before I -- since -- I just don't want to lose this
8     thought.
9        Can you point to any of the publications on your
10    publication list in which you've used a 90 percent
11    confidence interval?
12 A  No, I don't think I did.  And honestly, I didn't look
13    at it that carefully, but I would surprised if any of
14    those did use a lower threshold of evidence.
15 Q  Well, I wasn't talking about your reference list.  I
16    was talking about your publications.
17 A  Oh.  I don't think I've designed a one-sided interval
18    ever.
19 Q  Okay.
20 A  Yeah.
21 Q  So none of your publications --
22 A  No.
23 Q  -- have you ever used that?
24 A  No.  I generally --
25 Q  I'll ask it again.

Vijayakrishna K. Gadi, M.D., Ph.D.

Page 186

1     So in none of your own publications have you ever
2  used a 90 percent confidence interval?
3  A  No.
4  Q  And so you said that this finding in Table 3 of the
5     Borgquist study, with respect to estrogen-alone
6     hormone therapy, is not statistically significant?
7  A  Right.  From -- and it's not different from the
8     control group.
9  Q  What does -- what does that -- what does that mean,
10    "not statistically significant"?
11 A  If the confidence interval crosses unity, the number
12    1 -- in other words, it includes number 1 in the
13    middle of those two numbers -- then that group is not
14    statistically different from the control group.
15 Q  And what does it mean to be statistically different?
16 A  That that confidence interval excludes 1.
17 Q  And just generally speaking, what does the term
18    "statistical significance" refer to?
19 A  It varies depending on the type of study, but for
20    these types of studies, the threshold is set at:  if I
21    did this experiment 100 times, will this experiment be
22    replicable 95 of those times.  So it's a 5 percent
23    statistical significance.
24    And the way that's expressed in the research
25    studies is something called a P equals or is less than

Page 187

1     0.05.
2  Q  And that's sometimes called a p-value?
3  A  P-value.
4  Q  And do you ever use p-values in your --
5  A  Yes.
6  Q  What p-values have you used?
7  A  Almost always .05.
8  Q  Have you ever used a different p-value?
9  A  Not from my studies.  Mine are generally small
10    studies.
11 Q  Well, would you use a different one -- well, have you
12    ever -- you, yourself, ever used a different p-value?
13 A  No.  It's just, typically, I set statistical
14    significance at .05.
15 Q  And that's the standard?
16 A  That's the standard, yeah.
17 Q  Okay.
18 A  In these types of studies.
19 Q  And let me just make sure I...
20    And the use of p-values and confidence intervals
21    and the term "statistically significant" is used by
22    researchers like yourself to determine whether an
23    effect is a real effect or due to the play of change?
24 A  It's not to determine whether it's a real effect or
25    not a real effect.

Page 188

1  Q  Okay.
2  A  It's to determine the likelihood that this result
3     would happen again.
4  Q  Okay.
5  A  Yeah, it doesn't mean -- so a p-value of greater
6     than .05 doesn't mean that effect doesn't exist.  It
7     just -- it could mean that not enough people were
8     studied.  There is a variety of explanations.
9     But when we prospectively and proactively design a
10    study and we're trying to identify those things that
11    are less due to chance, as a community, we've
12    arbitrarily set that number at 5 percent or less, that
13    p-value of .05.
14    So if it's less than that, we feel that that's a
15    replicable finding that we will see across studies.
16 Q  Have you ever made a determination that an effect was
17    real, where the p-value was greater than .05?
18 A  Not in my own research, and certainly not in making
19    therapeutic decisions for the patients.
20    I tend to use, when available, evidence that says
21    this is better than that at this p-value and,
22    therefore, I will make that choice.
23 Q  And same question with regard to confidence intervals:
24    Have you ever made a determination that an effect was
25    real when the confidence intervals included the

Page 189

1     neutral value of 1 or whatever?
2  A  Not for making therapeutic decisions, et cetera.  I
3     will use suggestions of a high, you know, relative
4     ratio in a study that doesn't necessarily -- is not
5     looking at that question as a hypothesis-generating
6     idea, to then go chase it down further.  So it points
7     me in the right direction, but it doesn't change my
8     clinical management of anybody.
9  Q  Okay.  So in other words, if a finding is not
10    statistically significant, you may still use that
11    for -- to generate hypotheses?
12 A  Right, because it might still be important, especially
13    in a study where that wasn't the question asked.  It's
14    an incidental finding and you don't want to ignore it.
15 Q  But you wouldn't use it to make clinical decisions?
16 A  Not at this time.
17 Q  When analyzing the safety of a medication, would you
18    agree that you should first look at studies that
19    actually evaluate that specific medication?
20 A  Yes.
21 Q  And the reason for that is because different
22    medications have different effects?
23 A  Correct.
24 Q  Which we talked about.
25    And even medications in the same class have

Page 190

1 different effects?
2 A  Correct.
3        THE WITNESS:  Can I take a brief
4 pause just to grab some water?
5        MR. CAMPBELL:  Oh, sure thing.
6 Yeah, we can --
7    If you want to go off the record just a second.
8        THE VIDEOGRAPHER:  We're going off
9 record.  The time is 12:08.
10        (Discussion off the record.)
11
12        THE VIDEOGRAPHER:  We are back on
13 record.  The time is 12:09.
14 Q  (By Mr. Campbell)  I think we talked about this very
15 early on, but I want to just dig it into it a little
16 more detail.
17    There are many different types of hormone therapy
18 products; correct?
19 A  (Witness nods head.)
20 Q  You just have to say --
21 A  Correct.
22 Q  -- "yes" or "no."
23 A  Right.
24 Q  Do you consider yourself to be an expert in the
25 different formulations of hormone therapy medication

Page 191

1 used around the world?
2 A  No.
3 Q  Have you conducted a thorough review of the literature
4 and manufacturer's information regarding the
5 compositions of different hormone therapy products?
6 A  No.
7 Q  How many different types of hormone therapy
8 medications are there?
9 A  I don't know the answer to that.
10 Q  Do you know how many different brands there are?
11 A  I don't know the answer to that.
12 Q  Generally speaking, would you agree that hormone
13 therapy medications can be broken down into at least
14 three categories:  estrogen-only products,
15 progesterone-only products, and then combination
16 products?
17 A  I'll agree.
18        MR. WILLIAMS:  Objection.  You used
19 the word "progesterone," when it's, you know,
20 imprecise.  That's what I'm objecting.
21        THE WITNESS:  I see.
22 A  With that in mind, progestin-containing compounds.
23 Q  (By Mr. Campbell)  I'll use the word "progestin."
24    With that correction, would you agree?
25 A  Yes.

Page 192

1 Q  And each of these different types can come in
2 different forms, including pills, creams, vaginal
3 rings, vaginal tablets, and transdermal patches?
4 A  Correct.
5 Q  Do you know what forms of administration exist for
6 combination hormone therapy?
7 A  To my knowledge, oral; and possibly patches, but I'm
8 not sure.
9 Q  When you say "oral," you mean pills?
10 A  Pills.
11 Q  Do you know what forms of administration exist for
12 Prempro?
13 A  I believe it's just pills.
14 Q  And I think you said this earlier, but let me make
15 sure I'm correct.
16    Do you believe that the different forms of
17 administration may confer different forms of breast
18 cancer risk?
19 A  They may, but I don't know the data for that at all,
20 and I don't know that it exists.
21 Q  And for combination hormone therapy, there are several
22 different brands; correct?
23 A  I believe so.
24 Q  Can you name any brand besides Prempro?
25 A  I don't know the names.

Page 193

1        I know that the one in France, for example, that's
2 used has a different name, but I honestly don't know
3 the name.
4 Q  Just some more general questions --
5 A  Sure.
6 Q  -- about this.
7    Have you conducted a thorough review of the
8 literature on the different potencies of estrogen used
9 in different combination hormone therapy products?
10 A  No.
11 Q  Have you conducted a thorough review of the literature
12 on the different potencies of progestins used in
13 different combination hormone therapy products?
14 A  No.
15 Q  Have you conducted a thorough review of the literature
16 on any of the other differences in the estrogen and
17 progestin components of different combination hormone
18 therapy products?
19 A  No.  I'm I'm mainly focused on the -- the things
20 discussed here, MPA.
21 Q  When you say -- why do you say "MPA"?
22 A  Medroxyprogesterone acetate in the context of combined
23 hormone replacement therapy.
24 Q  I see.  Do you consider yourself to be an expert in
25 the similarities and differences between the various

Vijayakrishna K. Gadi, M.D., Ph.D.

Page 194

1    formulations of combination hormone therapy?
2  A  No.
3  Q  Have you conducted a thorough review of the different
4    hormone therapy products and formulations that are
5    available in Europe?
6  A  No.
7  Q  What is the primary estrogen component of the
8    formulations of combination hormone therapy used in
9    Europe?
10  A  I don't know.
11  Q  What is the primary progestin component of the
12    formulations of combination hormone therapy used in
13    Europe?
14  A  I don't know.
15  Q  Just a few more questions.
16      Different hormone therapy products have different
17    chemical structures; correct?
18  A  Correct.
19  Q  Different hormone therapy products have different
20    pharmacologic profiles; correct?
21  A  Correct.
22  Q  Different hormone therapy products are absorbed by the
23    body differently?
24  A  Correct.
25  Q  And different hormone therapy products are metabolized

Page 195

1    by the body differently?
2  A  Again, correct.
3  Q  Different hormone therapy products differ in terms of
4    dose?
5  A  Correct.
6  Q  Different hormone therapy products differ in terms of
7    efficacy?
8  A  Correct.
9  Q  Different hormone therapy products differ in terms of
10    safety?
11  A  Correct.
12  Q  And different hormone therapy products differ in terms
13    of their side effects; correct?
14  A  Correct.
15  Q  In the first paragraph on Page 3 of your second
16    report, which is Exhibit 2 --
17  A  Sure.
18  Q  Fast-forward here.  I'll show you.
19  A  Okay.
20  Q  It's on Page 3.
21  A  Page 3.  Sorry.
22  Q  And let me just make sure I have the right sentence
23    here.
24      Second sentence:  Upon presentation to clinicians,
25    ER-positive/PR-negative tumors are larger, more likely

Page 196

1    to have increased disease burden in the draining lymph
2    nodes, and at the molecular level, have a higher
3    fraction of cells actively dividing and are more
4    likely to harbor greater chromosome abnormalities.
5      Do you see that?
6  A  Correct.
7  Q  Can you just explain what you mean by that?
8  A  Sure.
9      So this information is from multiple studies, but
10    I cited one in particular where all of this appeared
11    in the same place.
12      And in essence, at the time the patient presents
13    for management of her breast cancer, these tumors tend
14    to be larger than those tumors that are both ER
15    positive and PR positive.  In other words, they may
16    have either been there longer or they have grown
17    bigger in a shorter amount of time.
18      They are more likely to have affected and
19    established themselves within the regional lymph nodes
20    in the armpits, and sometimes up here above the
21    clavicle.  They're more likely to have cells with a
22    higher Ki67 rate, which is a rough measure of how
23    actively the cell is dividing.  Your conventional both
24    hormone-positive tumors oftentimes have very low
25    rates, 5 or under 10 percent most of the time.  And

Page 197

1    these tumors can be 20, 25, 30 percent, for example,
2    just as a difference.
3      And then looking at the rearrangements of the
4    chromosomes and looking at whether or not two parts
5    are stuck together incorrectly, et cetera, that seems
6    to be more commonly the case in these PR-negative
7    tumors as opposed to when they're both positive.
8  Q  Are ER-positive/PR-negative tumors different from
9    other types of cancers in other ways?
10  A  Potentially.
11  Q  Can you think of any others, as you sit here?
12  A  Well, for example, if PR-negative tumors no longer
13    expressed things as a result of being PR negative, all
14    those genes and all those products of those genes may
15    theoretically be absent.
16      So I couldn't point to what specific things, but
17    one would assume that there are consequences to being
18    PR negative.
19  Q  And you made me think of something, which is that
20    we've sometimes said PR negative only.  We haven't
21    said anything about ER.  But when you say PR negative,
22    you mean ER positive --
23  A  Positive.
24  Q  -- PR negative; correct?
25  A  Correct.

Vijayakrishna K. Gadi, M.D., Ph.D.

Page 198

1   Q   And when I say it, I mean the same thing, just so
2       we're clear.
3   A   Thank you.  Yes.
4   Q   In other words, you know, when I read this sentence, I
5       get from it that ER-positive/PR-negative breast
6       cancers are unique.
7   A   They're different than the ER-positive/PR-positive
8       tumors.
9   Q   Okay.  And I've seen in, I think, one of your
10      references, which is -- it's a reference by an author
11      whose name is C-U-I.  I don't know how you say that.
12  A   Cui.
13  Q   Cui?  I think it's Reference 15.  And I can show it to
14      you if you want, but the reference -- the  mention is
15      that ER-positive/PR-negative breast cancers are a
16      phenotype.
17  A   Right.
18  Q   What does that mean?
19  A   A genotype, in contrast, is differences in the genes,
20      but those differences in the genes may not result in
21      an observable change.
22          A phenotype is an observable change.  So
23      phenotypically, underneath the microscope, these cells
24      look different after staining than the other cells.
25          So phenotype is the manifestation of a change at

Page 199

1       the genetic level.
2   Q   Would you agree that ER-positive/PR-negative tumors
3       are a phenotype?
4   A   Yes.
5   Q   Let me -- let me show you that Cui article anyway.
6   A   Sure.
7           MR. CAMPBELL:  Do you have that,
8       Jennifer?
9   A   It's the one from Baylor, I think.
10  Q   (By Mr. Campbell) So it's Reference No. 15.  I'll
11      just get it marked.
12          MR. CAMPBELL:  I'll give it to these
13      gentlemen first.
14          So this will be Exhibit No. 6 to the deposition.
15              (Exhibit No. 6 marked
16               for identification.)
17
18  Q   (By Mr. Campbell) Would you just take a look, make
19      sure that --
20  A   Sure.
21  Q   That is the article that you're talking about;
22      correct?
23  A   Yes.
24  Q   If you look at Page 7722, the left column, the first
25      full paragraph, and it starts about the middle of the

Page 200

1       page, I think.
2   A   Okay.
3   Q   Let me find it first, and then I can probably find it
4       on yours.
5           Actually -- I'm sorry -- it's the right column.
6               MR. CAMPBELL:  Let me move my
7       microphone.
8   Q   (By Mr. Campbell) Give me just a second.
9           So just reading the first of this -- it's really
10      this -- I guess the middle of the page on the right
11      column, Page 7722.  It says, "Although ER-positive/
12      PR-negative primary untreated tumors may simply evolve
13      by loss of PR from subclinical ER-positive/PR-negative
14      tumors" -- I think that's actually meant to be PR
15      positive.
16  A   Maybe.
17  Q   Don't you think?
18  A   Well, they say -- yes, I think that might be what
19      they're trying to say.
20  Q   That's what -- okay.  Then it goes on to say, "The
21      differences in the biology and outcome of ER-positive/
22      PR-negative tumors suggest that some of these tumors
23      may initially evolve separately as ER-positive/
24      PR-negative tumors, representing their own individual
25      stable phenotype from the outset."

Page 201

1   A   Correct.
2   Q   Do you see that?
3   A   Yeah, I do.
4   Q   Do you agree with that?
5   A   In some of those tumors, that's probably the case some
6       of the time.
7   Q   So the way I would put it is, colloquially, of course,
8       is that some of the ER-positive/PR-negative tumors are
9       born that way?
10  A   Right.
11  Q   Do you accept that?
12  A   "Born" suggests a single event in time, and I don't
13      believe that's the case.
14  Q   Okay.
15  A   Yeah.
16  Q   But they initially develop that way --
17  A   They --
18  Q   -- as opposed to losing PR later on?
19  A   Exactly.  They may have started off very early on
20      being PR deficient.  Yes.
21  Q   And is there a way to tell, by looking at a woman's
22      breast cancer who shows up ER-positive/PR-negative,
23      whether it was initially PR negative or it just lost
24      the PR later?
25  A   Not at this time.  And I think where Dr. Osborn and

Golkow Technologies, Inc. - 1.877.370.DEPS

Vijayakrishna K. Gadi, M.D., Ph.D.

Page 202

1  his colleagues are going with this is that there might
2  be some tumors that appear that way, but certainly in
3  a cell culture dish, if we drop different chemicals on
4  that cell culture, we knock out ER a little bit and we
5  lose PR dramatically.  So that also exists.
6      So I don't know how to reconcile those differences
7  between what we've observed and the epidemiologic
8  studies and at the molecular level, with statements
9  like this.  But any number of possibilities do exist.
10 Q  And those possibility include just, just for the
11    purposes of summary, that an ER-positive/PR-negative
12    tumor may have lost it's PR somewhere along the way?
13 A  Correct.
14 Q  Or it may have started out that way?
15 A  Possibly, right.
16 Q  And then just going on the very next sentence after
17    this, it says, "Indeed, recent prospective studies
18    have shown that ER-positive/PR-negative tumors have
19    their own unique epidemiologic risk factors."
20      Do you see that?
21 A  Yeah, I do.
22 Q  And do you agree with that?
23 A  I need to look at Reference 22 --
24 Q  Okay.
25 A  -- to refresh my memory, which is what it cites.  And

Page 203

1  I believe it may be one of their own papers.  That's
2  Dr. Potter.
3      I'd have to look at that to know whether or not I
4  could agree or not.  I have to confess that I did not
5  read that reference to which they cite.
6  Q  So in other words, I mean, that's something you
7    haven't looked into?
8  A  Not in this particular case right here.  But I have
9    looked into it, and that's, I believe, clear from this
10   (indicating), which is in the epidemiologic studies
11   cited, it looks that some of the risk factors are
12   shared, which is combined hormone replacement
13   therapies that are -- I'm not sure, when they say the
14   statement here, what other unique epidemiologic risk
15   factors they're considering.  So I would like to look
16   at that and I could comment on it to see if it's not
17   something that I covered or not.
18 Q  Okay.  And I don't mean to imply anything.
19 A  No, I just don't know.
20 Q  I'm just simply asking, are you -- as you sit here,
21   based on the research you've done, are you aware of
22   any risk factors that are unique to ER-positive/
23   PR-negative tumors?
24 A  Not at this time.
25 Q  But you don't -- you just -- you don't know if they

Page 204

1  exist or not?
2  A  "Unique" is a vague term.  I don't know what they mean
3    by that term.  It...
4  Q  Do ER-positive/PR-negative tumors have distinct
5    clinical and biological characteristics compared to
6    ER-positive and PR-positive tumors?
7  A  Yes.  So we talked about phenotypically how they're
8    different, and it also would seem that their outcomes
9    are different.  Patients who have those tumors tend to
10   have a worse prognosis overall.
11 Q  Do you consider yourself to be an expert on Prempro?
12 A  No.
13 Q  Prempro consists of conjugated equine estrogens in
14   part; correct?
15 A  Correct.
16 Q  That's its estrogen component?
17 A  Right.
18 Q  And do you know what -- what those conjugated equine
19   estrogens are?
20 A  I believe that they're collected from mare urine and
21   assembled as a mole- -- as a heterogeneous mix of
22   different estrogens.
23      That's my understanding of what it is, but I'm --
24   you know, I couldn't tell you about how it's
25   synthesized in 2011.

Page 205

1  Q  Conjugated equine estrogens generally consist of ten
2    different estrogen components; right?
3  A  Okay.  Yes.
4  Q  Can you name any of those estrogen components?
5  A  No.
6  Q  Do you have any -- can you name any of them at all?
7  A  No.  Not with certainty.
8  Q  Okay.  Would you agree that the Prempro is the most
9    commonly used formulation of combination hormone
10   therapy in the United States?
11 A  I honestly don't know that, but I suspect it is.
12 Q  Do you know the extent to which Prempro is used in
13   Europe or elsewhere around the world?
14 A  No, I don't.
15 Q  Do you agree that conclusions about drug safety should
16   be based on the totality of available evidence?
17 A  Yes.
18 Q  And that would include all available studies,
19   literature, and other data; right?
20 A  Ideally.
21 Q  Why is it important to consider the totality of
22   available evidence?
23 A  Some studies show different findings.  Some studies,
24   for example, identify different safety alerts and so
25   forth and so on.

Golkow Technologies, Inc. - 1.877.370.DEPS

Vijayakrishna K. Gadi, M.D., Ph.D.

Page 206

1    So when assembling all of this, to truly
2  understand what the risks and benefits are imbued by
3  particular medicine, ideally you get everything out
4  there and consider it; which is often not the case,
5  but that's -- that's what you ideally do.
6  Q   It's the goal?
7  A   It's the goal.
8  Q   And it would be scientifically inappropriate for a
9  researcher to just cite one or two studies that
10  support his or her position and ignore other studies
11  that are contrary?
12  A   I wouldn't say "ignore."  If those studies are not of
13  the same quality, then it's safe to say that that
14  study doesn't really have an impact on this particular
15  aspect.
16    So we are -- we reserve, to some degree, the right
17  to judge whether or not a study is good at making the
18  statements it actually makes.  Just because somebody
19  has a Ph.D. and makes a statement doesn't mean it's
20  true.  Work has to be done well.  And the way we know
21  that is, it's published generally in a peer-reviewed
22  format, in a good journal.
23  Q   But something that's peer -- that's published in a
24  peer-reviewed journal that you consider to be a good
25  journal, if it's out there and it's contrary to a

Page 207

1  position a researcher is taking, they ought to take
2  that into account?
3  A   Right.  And I tried, for example, in both these
4  reports, to highlight those things when that was
5  available.
6  Q   Let me ask you about -- I think it's Page 2 of your
7  second report, which is Exhibit No. 2.
8  A   Mm-hm.
9  Q   About the middle of the page, you have a reference to
10  different growth factor pathways.
11  A   Sure.
12  Q   Do you consider yourself to be an expert on the
13  different growth factors and growth factor pathways
14  for breast cancer?
15  A   I'm becoming one, yes.
16  Q   You're becoming --
17  A   Yeah.
18  Q   And becoming one as a part of --
19  A   No.
20  Q   -- this process or --
21  A   No.
22  Q   -- in your career?
23  A   In my career.
24  Q   Do you consider yourself to be an expert today?
25  A   In some of those pathways, yes.

Page 208

1  Q   Okay.  Which pathways are you an expert in?
2  A   I feel very confident about HER2.
3  Q   Okay.
4  A   I feel pretty confident about AKT and MTOR.  I feel
5  pretty confident about one that's not even listed here
6  called NKG2D.  So there are others.
7    THE WITNESS:  NKG2D.
8  Q   (By Mr. Campbell)  What are growth factors?
9  A   That's sometimes a synonym for hormones.  They're --
10  we tend to think of hormones having a particular type
11  of structure, but growth factors, in theory, are also
12  hormones.  So there's some -- in many -- they're
13  synonymous, essentially, for our lingo and what we're
14  talking about.
15  Q   And so help me understand.  Which is the broader
16  category:  growth factors or hormones?
17  A   I think they're synonyms.
18  Q   They're synonyms.  Okay.
19  A   Yes.  I think a lot of -- we tend to think of growth
20  factors literally as something that makes something
21  grow, but some growth factors do the opposite.
22  Q   Okay.
23  A   So I think "hormones" is the all-encompassing term,
24  potentially.  And growth factors are specifically
25  things that lead to growth, as we use them in our

Page 209

1  lingo.
2  Q   With respect to breast cancer, what are -- what does
3  it mean to say something is a growth factor pathway?
4  A   Once an engagement of a receptors happen somewhere in
5  the cell, you know, either on the inside or at outside
6  on the membrane, some cellular signaling events must
7  take place that ultimately lead into a change in that
8  cell.
9    So that's the entirety of the pathway; from the
10  receptor to the change.
11  Q   And generally speaking, the more growth factor
12  pathways a breast cancer has, the more difficult it is
13  to treat?
14  A   Correct.
15  Q   Because if you try to cut off one, it has other
16  avenues?
17  A   Right.
18  Q   And I think we said this, but let me just make sure I
19  asked this.
20    There are many different growth factor pathways
21  that probably have been yet to be discovered?
22  A   Probably.
23  Q   Under normal condition, though, these pathways are
24  regulated and kept in balance so there's not
25  uncontrolled growth; correct?

53 (Pages 206 to 209)

Vijayakrishna K. Gadi, M.D., Ph.D.

Page 210

1   A   Correct.
2   Q   And how does that happen? How does the cell do that,
3       keep things in balance, in a normal breast cell, for
4       example?
5   A   I see.
6           So on a genetic level, if things are intact, then
7       there are normally breaks for unregulated cell
8       control. So there are genes that actually actively
9       suppress that process if the right environmental cues
10      are not present to make a new copy of that cell.
11          Oftentimes in cancer cells, just as an example,
12      those genes might be mutated or missing for some other
13      reason. So here's a cell that shouldn't be dividing,
14      but has because of these growth pathways, and is going
15      to successfully make a new copy of itself because the
16      brakes that would normally limit that process are
17      missing.
18          That's just a single example. There's many, many
19      types of interactions like that that happen.
20  Q   And would it be correct to say that to keep things in
21      balance, the activation of one pathway in a normal
22      cell can often lead to the deactivatation of another
23      pathway?
24  A   Correct.
25  Q   And conversely, the deactivation of one pathway can

Page 211

1       lead to an activation --
2   A   Correct.
3   Q   -- of other pathways?
4   A   Correct. Those terms are positive and negative
5       regulation.
6   Q   Okay. So I think if we looked back on Page 2 of your
7       first report now, jumping over to a different report,
8       which is Exhibit No. 1 -- I don't know if you still
9       have that in front of you.
10  A   It's it right there.
11  Q   I think it's about the middle of the page.
12          Oh, you were -- this is just where you talk about
13      "the activation of the HER2 pathway can lead to a
14      downregulation of the ER pathway"?
15  A   Correct.
16  Q   And what you're talking about is in the context of
17      cancer?
18  A   Right.
19  Q   So that can happen both at a normal breast cell and in
20      cancer?
21  A   Potentially, right.
22  Q   And on a molecular level, can you just help me
23      understand, what exactly is going on? How is HER2
24      activation leading to downregulation of the ER?
25  A   Sure. I'll try my best.

Page 212

1   Q   Okay.
2   A   So if HER2 is active, it's something called a tyrosine
3       kinase, which means that it adds a molecule, a
4       phosphorylation event, to another molecule.
5           In biology across all species, phosphorylation
6       tends to change the structure of a protein. So when
7       HER2 phosphorylates another molecule, it changes
8       structure, either deactivating that molecule or
9       activating it. And that has downstream effects.
10          In particular, HER2, it targets a lot of different
11      pathways, but more recently in breast, it appears to
12      activate this PI3 kinase pathway, which is a node, so
13      to speak, within the cell where a lot of different
14      effects can launch off from that. It's a central
15      regulator of many different events.
16          So HER2, for example, feeds into that central
17      regulator, and that central regulator then leads to a
18      variety of different effects. For example, inhibition
19      of cell suicide is one thing. The increased
20      proliferation of the cells is another. And
21      interestingly, the downregulation of estrogen
22      receptor.
23          So when HER2 is engaged, the cell's reliance, at
24      least while HER2 is working, on estrogen is -- becomes
25      transient and less.

Page 213

1   Q   And can it work the other way, in the sense that --
2       that ER becomes downregulated for another reason and
3       that leads to HER2 actually being upregulated?
4   A   Possibly, but it's not as causal as that.
5           These mutations don't happen one as a result of
6       the next as a result -- there's not a direct sort of
7       pathway that does that.
8           What these mutations do is enable the cell to
9       acquire more and more mutations and pathways, and when
10      one successfully is mutated for the next thing that's
11      going to help them grow, then those cells take off.
12          So it's not a continuum. It's more an evolution.
13      They talk about punctuated equilibrium. Everything is
14      fine, then there's a stress, and whatever existing
15      mutations in the animals and plants that were existing
16      that provided them benefit in that next period of time
17      led to them being successful.
18          Cancer is very similar. There are these mutations
19      that are occurring and accumulating at a low level
20      differently in all these different cells, and when an
21      event happens -- you know, the loss of estrogen, the
22      addition of MPA, whatever it is -- then that may give
23      an advantage for the next set of pathways to take
24      forth and grow.
25          So it's not a steady increase over time. It's

54 (Pages 210 to 213)

Vijayakrishna K. Gadi, M.D., Ph.D.

Page 214

1  punctuated equilibrium over time where things step up
2  and -- as these mutations come into play.
3  Q  And just, how do you define punctuated equilibrium?
4  A  Over -- the phenotypic changes that happen, happen at
5  specific points that you can observe them.  So it's
6  not a continuous function.
7      That -- that's a very nuanced way of how evolution
8  works.  And we believe that's how cancers evolve, as
9  well.
10 Q  I think I know the answer to this, but -- and I think
11 you've said this already.
12     You do consider yourself to be an expert on HER2-
13 positive breast cancers?
14 A  At this point, yes.
15 Q  Okay.  And that's what you focused on in your first
16 report?
17 A  Correct.
18 Q  What is the -- what does the HER2 receptor and the
19 HER2/neu gene do in a normal breast cell?
20 A  Unknown.  We actually don't know with certainty what
21 the normal binding partner for HER2 is.
22     We know that HER2 can bind with itself in a
23 one-to-one ratio.  We know that HER2 can bind with
24 something called HER1, HER3, and HER4 in a one-to-one
25 ratio.  And depending on who it's bound to, the

Page 215

1  ligand, the molecule that attaches to that HER2 on the
2  outside, is different.
3      None of this is really well defined.  All we can
4  show with some certainty is that when HER2 is
5  overrepresented in the number of copies, either by
6  immunohistochemistry or by the gene being amplified,
7  suggesting that there's more protein, as well, when
8  you use those techniques, we know that there's some
9  central reliance on that pathway, but we don't know
10 the specific molecular events yet.
11 Q  Okay.
12 A  There are lots of theories.
13 Q  And is there a particular theory that you ascribe to?
14 A  I think regardless of how that receptor is tickled at
15 the cell surface, once it's on, it leads to all these
16 downstream things, which are very reliably known.
17 Q  But when functioning normally, doesn't the HER2/neu
18 gene regulate cell growth?
19 A  Yes.
20 Q  And HER2 receptors appear on the surface of normal
21 breast cells?
22 A  Yes.  They're there in some quantity.
23 Q  And what is the normal quantity?
24 A  I don't think this is well-known.  I've seen estimates
25 of 40 to a thousand copies, and in cancers that are

Page 216

1  overrepresented for HER2, it may be 20,000, 200,000,
2  400,000 copies.  It's a huge increase in the amount of
3  the protein.
4  Q  So I've read that it's -- in normal circumstances,
5  it's about 20,000 HER2 receptors.
6  A  Maybe.
7  Q  Is that right, or --
8  A  Maybe, yes.
9  Q  Okay.  And when mutations occur, the HER2/neu gene can
10 become amplified and it creates multiple copies of
11 itself; is that right?
12 A  Of the gene.
13 Q  Of the gene?
14 A  Right.
15 Q  And as a result of that, it creates multiple HER2
16 receptors on the surface of the cell?
17 A  Theoretically, that's how things should proceed.
18 Q  And it produces those receptors in abnormally high
19 amounts, like you were just talking about?
20 A  Right.
21 Q  And the numbers, the abnormally high amount, is what?
22 A  Well, I don't know the number precisely.  200, 400,
23 800 thousand copies.  I don't know.
24 Q  Can be as much as a -- more than a million?
25 A  Potentially, right.

Page 217

1  Q  And the result of that, having all those HER2
2  receptors in this abnormally high amount, it causes
3  the cell to grow uncontrollably?
4  A  Correct.
5  Q  And that can lead to cancer?
6  A  That can be one of the events that sustains the
7  cancerous cell.
8  Q  But it can also be premalignant transformation, as
9  well; correct?
10 A  Right.  We -- and we talked about this briefly early
11 on, looking at the molecular subsets.  And there are
12 these HER2 tumors that seem to be driven.  That's the
13 main mutation that's driving the show.  So there's
14 certainly a fraction of cancers that that's the case.
15 Q  So HER2 can -- can play a role before malignant
16 transformation?
17 A  During the malignant transformation.
18 Q  During the malignant transformation?
19 A  In those cancers where it is the driver mutation.
20 Q  And -- okay.
21 A  Can I add on that to clarify?
22 Q  Certainly.
23 A  So if we look at precancerous tissues like DCIS, a
24 large fraction of those tumors will actually be HER2
25 positive, as well, by expression, looking at the cell

55 (Pages 214 to 217)

Page 218

1   surface amounts.  So we knew -- we know that even at
2   early stages in some people, HER2 is a very early
3   event in some people.
4   Q   And so it could be an early event in some people and a
5   late event in others?
6   A   Correct.
7   Q   And just simply looking at if you have a patient walk
8   in the door who gets diagnosed with HER2-positive
9   breast cancer, can you tell by looking at that patient
10  whether it was an early event or a late event?
11  A   It's hard to know, but generally speaking, the ones
12  where it is the driving mutation tend to be estrogen
13  receptor and progesterone receptor both negative.
14  Q   But not always the case?
15  A   Probably not always the case, but statistically, if
16  you had to biologically assign them into a category,
17  they would be in that HER2-enriched category.
18  Q   So what percentage of the time -- let me see if I can
19  say this the right way.
20      You said not always the case.
21  A   Right.
22  Q   So if somebody comes in and they are ER positive, PR
23  positive, and HER2 positive, it's possible that the
24  HER2 was an early event --
25  A   Right.

Page 219

1   Q   -- in that patient?
2       How could you tell if it was or wasn't?
3   A   There's no practical way to tell.  And I, for one,
4   biologically and aggressively will treat them as if
5   they are an ER-positive luminal B tumor, not a HER2-
6   enriched tumor.
7   Q   And you said, statistically, it's -- you think it's
8   most likely that HER2 is not an early event in --
9   A   In those cancers.
10  Q   -- in those cancers that I just described; ER
11  positive, PR positive, and HER2 positive?
12  A   Correct.
13  Q   What percentage of the time is HER2 an early event and
14  what percentage is it not?
15  A   Across the board?
16  Q   In those ER positive, PR positive, and HER2 positive.
17  A   No estimate.  I have no idea.
18  Q   If you don't know the percentage, then how can you say
19  it's most likely?
20  A   I'm just going to say it's less than half.  I don't
21  know the precise estimate, but it's got to be less
22  than half.
23  Q   So less than half of the time, an ER-positive, PR-
24  positive, HER2-positive tumor, in that case, HER2 was
25  an early event?

Page 220

1   A   So it's a nuance question.  Let me -- let me think
2   about it for a minute.
3       But I suspect if we go back to that science paper
4   from Chuck Perou that is part of the 48 hours, that we
5   look at those HER2-enriched tumors, probably none of
6   them, I would guess, are ER positive in that study.
7   So there's an instance where it's zero percent --
8   Q   Okay.
9   A   -- at the time.
10      I don't -- in general in life, very few things are
11  absolutely a hundred or zero percent.  So I suspect
12  there's a small number.
13      And I'm -- and I'm having trouble benchmarking
14  where that is.  I suspect it's a very small number,
15  and I'm throwing out less than half, but it very well
16  could be less than even 5 percent, less than 1 percent
17  of the time.
18      But that's -- Chuck Perou's paper is also, in
19  theory, a small paper.  It's not several thousands of
20  patients.  It's several -- it's a hundred plus.  So
21  it's still a small study.  And I don't think we'll
22  know that answer with any certainty in the near
23  future.
24  Q   Okay.  But just getting back to the idea of an
25  individual patient, you wouldn't be able to tell?

Page 221

1   A   No -- not practically, no.
2   Q   Let me just -- estrogen is not capable of converting a
3   normal cell into a cancer cell, is it?
4   A   Not unto itself.  Unlikely.
5   Q   HER2-positive breast cancers typically have a poor
6   prognosis; is that right?
7   A   Historically poor prognosis.  With the advent of
8   Herceptin, as we discussed, they tends to do much
9   better.
10  Q   So do you believe that, today, they have a poor
11  prognosis, or just historically they do?
12  A   Historically, they've had a poor prognosis.
13      Today, there are some HER2-positive patients that
14  I feel very confident will do quite well.
15  Q   But HER2-positive breast cancer is still more likely
16  to recur than other types of cancer?
17  A   Again, they now enjoy outcomes very similar to the
18  ER-positive/PR-positive breast cancer patients.
19  Q   And that's because of Herceptin?
20  A   Herceptin, as well as the more aggressive chemotherapy
21  that they get along with Herceptin.
22  Q   Okay.
23  A   So to clarify, the morbidity and the treatment of
24  those cancers is more aggressive and it's worse
25  morbidity, but at the end of the day, as many of them

Vijayakrishna K. Gadi, M.D., Ph.D.

Page 222

1 may survive now as a result of these innovations.
2 Q  Can women who are postmenopausal still get ER-positive
3     breast cancer?
4 A  Yes.
5 Q  And that's true even if they're not taking any form of
6     hormone replacement therapy; right?
7 A  Yes.  Yes.
8 Q  How is that possible?
9 A  I don't know the entirety of all the mechanisms
10    possible, but for one, say a woman has a Germline
11    BRCA2 mutation.  Certainly she's at risk for forming a
12    BR-positive breast cancer.
13       Hypothetically, if there's some other influence in
14    her environment that's exposing her to harm, such as
15    something leaching out of the plastic boxes that she's
16    putting in the microwave, hypothetically, that's a
17    possibility.
18       If a woman is obese, we know that that alone is a
19    risk factor for some women to drop breast cancer.
20       So there's a number of possibilities that exist
21    for menopausal women to develop estrogen-positive
22    breast cancers.
23 Q  But don't those women not have any estrogen in their
24    system?
25 A  Some of them don't; some of them do.  Some -- for

Page 223

1     example, the obese women do make a fair amount of
2     estrogen on their own.
3 Q  So obesity would be one way of determining the level
4     of estrogen in a person postmenopausal?
5 A  No.  It's just one risk factor, yes.  There's no data
6     that suggests that that's the level, that's the risk.
7     It's not -- it's not like this.  It's just one of the
8     considerations.
9 Q  And you're talking about level of estrogen?
10 A  Estrogen in the bloodstream.  There's nothing that's
11    been documented, to my knowledge, where you can draw a
12    nice cutoff and say, okay, now she's at risk.
13 Q  So in other words -- well, I just want to clarify what
14    you're saying, because I don't want it to be
15    ambiguous.
16 A  Right.
17 Q  But when you say "risk," you're talking about risk of
18    breast cancer?
19 A  Right.
20 Q  So there's no level of estrogen, endogenous estrogen,
21    in a woman's body postmenopausally that you could say
22    she is or is not at risk for breast cancer?
23 A  To my knowledge, that number doesn't exist.
24 Q  Where -- you mentioned obesity, and I think I
25    understand this, but where -- postmenopausally, where

Page 224

1     does estrogen come from in a woman's body?
2 A  Primarily fat tissues; I believe the adrenal glands.
3       Sometimes the cancer cells themselves generate
4     their own estrogen for their own -- to sustain their
5     own growth.
6       So there's a variety of different tissues that
7     still make estrogen.
8 Q  And the fact that a woman goes through menopause
9     doesn't mean that she has undetectable levels of
10    estrogen in her body?
11 A  That's certainly not true.  There -- if you test
12    enough postmenopausal women, you will find estrogen in
13    a fair number.
14 Q  And the fact that a woman experiences menopausal
15    symptoms doesn't mean she has undetectable levels of
16    estrogen in her body?
17 A  Correct.  There is a rough correlation there.
18    that's -- that's pretty reasonable, but it's not
19    absolute.
20 Q  Do you agree that women who have menopausal systems
21    lack sufficient endogenous estrogen to develop an
22    ER-positive breast cancer?
23 A  It's not a hundred percent of the time, but certainly
24    the data appears that way.  I think women who have
25    symptoms generally are the estrogen deficient ones

Page 225

1     themselves, and if those hormones are a way of forming
2     breast cancer, then they may be relatively protected
3     from it.
4 Q  But you're not suggesting that all women who
5     experience menopausal symptoms lack sufficient
6     endogenous estrogen to develop an ER-positive breast
7     cancer?
8 A  No, and I don't think we know that data, to be honest.
9 Q  You would never tell a patient of yours who had
10    menopausal symptoms that she's no longer at risk for
11    developing an ER-positive breast cancer?
12 A  I don't have those patients, but typically I have
13    patients who have breast cancer.  So I don't have to
14    make that statement to anybody.
15 Q  But if you knew somebody, for example, who experienced
16    menopausal symptoms, you would never tell them that
17    they are not at risk for developing ER-positive breast
18    cancer?
19 A  No.  And I would have them go get their mammograms and
20    everything else, yes.
21 Q  Have you ever published anything suggesting that women
22    who experience menopausal symptoms are no longer at
23    risk for developing ER-positive breast cancer?
24 A  No.
25 Q  Have you ever said that in any sort of public forum?

57 (Pages 222 to 225)

Vijayakrishna K. Gadi, M.D., Ph.D.

Page 226

1  A  No.
2  Q  Have you ever told that to one of your colleagues?
3  A  No.
4         MR. CAMPBELL:  This will be a good
5  time to take a break, I think.
6         THE WITNESS:  Thanks.
7         THE VIDEOGRAPHER:  We are going off
8  record.  The time is 12:49.  This is the end of Tape
9  No. 2.
10        (Recess 12:49-1:31 p.m.)
11
12        THE VIDEOGRAPHER:  We are back on
13  record.  The time is 1:31.  This is the beginning of
14  Tape No. 3.
15
16
17        EXAMINATION (Continuing)
18  BY MR. CAMPBELL:
19  Q  Dr. Gadi, good afternoon.
20  A  Thank you.
21  Q  I'm going to refer you to Exhibit No. 2, which is your
22  second report.  And if you look at the bottom of the
23  second page, then over to the top of Page 3, you cite
24  three observational studies.  And you say that they
25  are, I believe, quote, suggesting that CHRT use is

Page 227

1      associated with an increased risk of developing
2      ER-positive/PR-negative breast tumors.
3         Do you see that?
4  A  Yes.
5  Q  And again, you use the word "suggesting."
6         Can I take that to mean the same as what we
7  discussed earlier?
8  A  Correct.
9  Q  And can -- just in this context, so it's clear, what
10 do you mean by "suggesting"?
11 A  Again, these are studies that were designed
12     proactively to identify specific effects.  These are
13     things that were borne out.  So they're not as firm as
14     what you would conclude from a Phase 3 randomized
15     controlled trial, but they're probably still valid,
16     given the patient numbers that were involved in these
17     studies and the large size of these studies and the
18     heterogeneity in the population, that these are real
19     effects.
20        So they're suggestive for sure.
21 Q  Do you consider them to be simply hypothesis-
22     generating?
23 A  If you wanted to prove it conclusively, yes, you would
24     need to proactively test that scientifically.
25 Q  So you don't consider these three studies to be

Page 228

1      definitive proof that Prempro causes ER-positive/
2      PR-negative breast cancer?
3  A  No.  They're strongly suggestive.
4  Q  Before writing this part of your report, did you
5      conduct a thorough review of the literature to
6      identify all of the studies that have evaluated the
7      potential association between Prempro and ER-positive/
8      PR-negative breast cancers?
9  A  I attempted to do that.  Many of the studies were
10     small and were even less hypothesis-generating, and I
11     was able to dismiss many of them on that basis.  But
12     these are the three really nice large studies that I
13     was able to find.
14 Q  So let's -- let me start -- start big and then narrow
15     down a little bit.
16 A  Okay.
17 Q  How many total studies did you identify that looked at
18     Prempro and ER-positive/PR-negative breast cancer?
19 A  I don't know the exact number, but it's on the order
20     of maybe four or five at the most.
21 Q  So four or five including these three?
22 A  Including these three.
23 Q  Okay.
24 A  And again, the French study isn't Prempro.
25 Q  The French study is not the Prempro.  Good -- thank

Page 229

1      you for that clarification.
2  A  All right.
3  Q  So the four or five you're talking about, were they
4      four or five studies that looked at Prempro
5      specifically?
6  A  I believe so.  They were -- they were U.S.-based
7      studies where the predominant progestin happens to be
8      MPA's.
9  Q  And the four to five studies, what are they?
10 A  Well, the Women's Health Initiative; these
11     observational studies, as well, that the -- you know,
12     I'm drawing a blank on the teachers -- is that right?
13     The teachers study and -- the Iowa teachers study -- I
14     think one of these is Iowa teachers.  I'm going to
15     have to look, to be honest.
16 Q  Sure.  Go ahead.  Go ahead.
17 A  Rosenburg, et al.
18 Q  It's References 11, 12, and 13.
19 A  12 and 13.
20 Q  Correct?
21 A  Yeah.  I'd have to actually look at the papers to know
22     which one was which.
23 Q  Okay.
24 A  And when I say four or five studies, they were the
25     same group of patients.  It was different papers,

Page 230

1    different studies on those patients -- on those
2    papers --
3  Q   So --
4  A   On those groups of patients.
5  Q   Let me -- so let me make sure I'm clear.
6  A   Okay.
7  Q   When you say "four or five," do you mean four or five
8    papers?
9  A   Papers, yeah.
10 Q   Okay.  And some smaller number of total studies;
11   correct?
12 A   Right.
13 Q   So how many total studies are we talking about?
14 A   Oh, I don't -- I don't know the number.  It would be
15   small, still; you know, maybe four or five.
16 Q   Okay.
17 A   And again, I was able to quickly, just reading through
18   abstracts and titles, dismiss some of them because I
19   knew they wouldn't be topical, they wouldn't get at
20   the question of interest.
21 Q   Okay.
22 A   For some, they just talk about ER/PR, but there's
23   actually no data about it inside the paper when you
24   get that far.
25 Q   Let me just make sure -- I want to make sure I'm real

Page 231

1    clear --
2  A   Okay.
3  Q   -- about this question, because this is important to
4    me.
5        How many studies -- not papers, but studies -- did
6    you identify that looked specifically at Prempro use
7    and ER-positive/PR-negative breast cancers?
8  A   It's going to narrow it down.  Probably just down to
9    about three.
10 Q   Okay.  So three.  So what are the three?
11 A   I think it's going to be women -- Women's Health
12   Initiative.  And I think -- I want to say the Iowa
13   teachers study.  And then the California study.
14       And again, I -- with great certainty, I know about
15   the WHI study and the numbers of people.  The other
16   two observational studies, I'm not sure, because they
17   don't necessarily break down Prempro versus other
18   forms of replacement therapy.  And when you read
19   through the methods sections, they don't -- they don't
20   break that down neatly.
21 Q   Okay.  Now, let me ask you, where on your reference
22   list is the WHI study you're referring to?
23 A   I think that's going to be 1.
24       Yes, 1.
25 Q   Okay.  Where on your reference list is the Iowa

Page 232

1    teachers study?
2  A   Yeah, and I need -- I'm going to get them mixed up,
3    but I think it's going to be 11 or 12 and then 12 or
4    11, but I would have to look that up.
5  Q   And where on your list is the California Teachers
6    Study?
7  A   Again, it's either 11 or 12, but I'm not sure.
8  Q   Okay.
9        THE WITNESS:  Do you know off the
10   top of your head?
11       I can't --
12 Q   (By Mr. Campbell)  I don't think you -- you're not
13   allowed to --
14 A   I'm not allowed to ask him?  Sorry.
15 Q   -- to get a life line.
16 A   Okay.
17 Q   But we'll look at the references individually.
18 A   Okay.
19 Q   I'm just trying to get a -- get a sense.
20 A   Sure.
21 Q   And then in the process of -- well, how many of those
22   studies, those three that you just identified, show a
23   statistically significant increased risk in
24   ER-positive/PR-negative breast cancer among patients
25   taking Prempro?

Page 233

1  A   I think both 11 and 12, the observational studies,
2    show that the CHRT -- in which case I'm assuming it's
3    mostly Prempro -- was associated with ER/PR --
4    ER-positive/PR-negative risk.
5  Q   And when you say "11 and 12," what do you mean?
6  A   The studies 11 and 12.
7  Q   Your References 11 and 12?
8  A   Right.
9  Q   And that is Rosenberg and Chen?
10 A   I believe so.
11 Q   And how many studies of the ones you looked at with
12   regard to Prempro did not show an increased risk in
13   ER-positive/PR-negative breast cancer?
14 A   I don't think I found one that specifically addressed
15   the issue.
16 Q   So let me make sure I'm clarifying --
17 A   Okay.
18 Q   -- because what I'm talking about is statistically
19   significant.
20       You did not find a study that failed to show a
21   statistically significant association between Prempro
22   use and ER-positive/PR-negative breast cancers?
23 A   To my knowledge, if it was reported, it was reported
24   as an adverse association.  Otherwise, I didn't find
25   that it was specifically reported.

Golkow Technologies, Inc. - 1.877.370.DEPS

Vijayakrishna K. Gadi, M.D., Ph.D.

Page 234

1   Q   Are you confident that these three studies you talked
2       about are the only studies out there that look at
3       Prempro and ER-positive/PR-negative breast cancers?
4   A   Not at all.
5   Q   Why do you say that?
6   A   Well, I did not have the opportunity to go through the
7       literature with that detail for this particular second
8       report.
9   Q   Why not?
10  A   Time.
11  Q   Why was your time limited?
12  A   I learned about this only three and a half weeks ago.
13      Or at least that the requirement exists three and a
14      half weeks ago, that this report would be required.
15      So I worked hard to go through as much of the
16      literature as possible, but I can't say with great
17      certainty that I looked at everything.
18  Q   And were any of these three studies that you're
19      talking about provided to you by the plaintiff
20      lawyers?
21  A   No. I independently found them, with the exception of
22      Reference 13, which Mr. Williams pointed out to me at
23      some point.
24  Q   That's the Fournier?
25  A   The Fournier, the French study, which is not one of

Page 235

1       the...
2   Q   Let's look at these different references.
3   A   Okay.
4   Q   And you can start with -- I'd like to just start with
5       your Reference No. 12, which is, I believe, the
6       Chen --
7   A   Okay.
8   Q   -- study.
9               MS. FUERCH:  Are we at Exhibit 7?
10              MR. CAMPBELL:  Do you mind if I just
11      peek at this --
12              THE WITNESS:  Yes, go.
13              MR. CAMPBELL:  -- make sure we have
14      the right exhibit number?
15              MS. FUERCH: Yes, 7.
16              (Exhibit No. 7 marked
17                  for identification.)
18
19  Q   (By Mr. Campbell) So I'm showing what you've
20      marked as No. 7.
21  A   Okay.
22  Q   And I believe that's the Chen paper that you're
23      referencing.
24  A   Correct.
25  Q   That's your Reference No. 12 in your second report?

Page 236

1   A   Right. So I want to see -- I'm sorry. This is the
2       Nurses' Health Study.
3   Q   Okay. You didn't mention that earlier --
4   A   Right.
5   Q   -- but -- but would that be another one?
6   A   That would be another one, yes. So I think I'm going
7       to redact "California" and replace with it "Nurses
8       Health." I wasn't oriented well. Sorry.
9   Q   So have you seen a California study that --
10  A   There is. I've read through it, and I couldn't tell
11      you the references or cite them, but I picked these as
12      representative of the message, because I believe those
13      studies also showed something along the same lines.
14  Q   Isn't the California Teachers Study by Saxena? Does
15      that seem familiar?
16  A   I don't know.
17  Q   Okay. But you didn't include a reference to Saxena?
18  A   Not in -- not in this thing here.
19  Q   Why?
20  A   I probably have it.
21  Q   Why not?
22  A   I was just trying to be representative of what was out
23      there. And I don't know the nuances of that paper
24      that made me say it wasn't as good as a reference to
25      use in this instance as this one.

Page 237

1   Q   It's not because Saxena doesn't show an association,
2       is it?
3   A   No. And I can't remember that, if that's the case,
4       even.
5   Q   You wouldn't have excluded it for that reason?
6   A   No, I would not have. Not intentionally.
7   Q   That wouldn't -- wouldn't be appropriate?
8   A   No.
9   Q   So let me just look at the Chen paper. I'm going to
10      ask you some specific questions, but let me do some
11      general ones first.
12          It's based, as you said, on the Nurses' Health
13      Study; right?
14  A   Mm-hm.
15  Q   And that involves a cohort of more than 120,000 women?
16  A   Correct.
17  Q   It's, I think, the largest of the three studies that
18      you cite.
19  A   Right.
20  Q   It's also, I believe, the only U.S. study of the three
21      that you cite.
22  A   Okay.
23  Q   Isn't that correct?
24  A   I thought I -- I thought the other paper was the Iowa
25      study, but if I'm wrong -- maybe I'm wrong. And the

Vijayakrishna K. Gadi, M.D., Ph.D.

Page 238

1    other one is the French study, right.
2  Q  Rosenberg is the one you're just mentioning that you
3      thought was Iowa.
4  A  No, I think -- I'm sorry.
5  Q  No, feel free.
6  A  So -- yes, but maybe I'm wrong there too.
7  Q  We'll look at Rosenberg in just a second.
8  A  Gotcha.
9  Q  If I told you Rosenberg was a Swedish study, would you
10     have any reason to disagree?
11 A  No, I wouldn't.  Okay.
12 Q  Okay.  We'll look at that.
13     But because Chen is a U.S. study, it presumably
14     includes a large percentage of Prempro users --
15 A  Sure.
16 Q  -- as opposed to other formulations?
17 A  Sure.
18 Q  If you look at Page 1498 of the Chen study --
19 A  Okay.
20 Q  -- I think it actually says what I just told you.
21     It's the second full paragraph of the first --
22 A  Sure.
23 Q  -- couple sentences.
24 A  Right.
25 Q  Do you see, I'll just -- do you mind if I just look

Page 239

1    over your shoulder and read it, so we have it on the
2    record?
3      It says, "Conjugated estrogens were the most
4    commonly used ERT agents in the current study
5    population, and conjugated estrogens and
6    medroxyprogesterone were the most commonly used CHRT
7    agents."
8  A  Right.
9  Q  Do you see that?
10 A  Right.
11 Q  So the latter one would be --
12 A  Prempro.
13 Q  -- Prempro?
14 A  Right.
15 Q  Or something very close?
16 A  Right.
17 Q  And so assuming what I -- well, Chen is the only study
18     that you cite in which the majority of patients took
19     Prempro.
20 A  Okay.
21 Q  Right?
22 A  Sure.
23 Q  Do you agree with that?
24 A  Other than the Women's Health Initiative study, yes.
25 Q  Okay.

Page 240

1  A  Yeah.
2  Q  Chen is the only study in your report or reference
3      list that actually examines the potential association
4      between Prempro and ER-positive/PR-negative breast
5      cancer?
6  A  Probably right.
7  Q  If you look at Table 5 on Page 1495.
8  A  Mm-hm.
9  Q  Let me get this up and I'll show you what I'm talking
10     about.
11 A  Yeah, right here.
12 Q  So here we have -- it's the relation -- the table is
13     entitled "Relation Between HRT Use and Breast
14     Carcinoma Risk According to Tumor Hormone Receptor
15     Status and HRT Type."
16 A  Mm-hm.
17 Q  And the table shows us that for estrogen plus
18     progesterone, at five years -- or less than five
19     years, and five years to 9.99 years --
20 A  Correct.
21 Q  -- both of those values are relative risks that are
22     not statistically significant.
23 A  On that table, yes.
24 Q  And that's for mixed ER/PR status?
25 A  Right.  And they qualified that -- that's generally

Page 241

1    mostly ER positive and PR negative, because there are
2    very few where the discordancy was in the other
3    direction.
4  Q  So this table is what describes E+P or estrogen and
5      progesterone?
6  A  Correct.
7  Q  And what is described here as mixed ER/PR status, but
8      is mostly ER-positive/PR-negative; right?
9  A  Correct.
10 Q  And it's not statistically significant?
11 A  In this paper, yes.
12 Q  But this, again, is the only paper you cite that
13     actually looks at Prempro?
14 A  Possibly, yes, for these observational studies.
15 Q  So it's the most relevant piece of data on this issue?
16 A  It's one of the pieces of data on this issue.
17 Q  You wouldn't agree it's the most relevant?
18 A  We know that the other hormones are very similar to
19     MPA, so I'm assuming all of that has bearing on this.
20     But this -- this might be the one paper.
21     Now, you point out Table 5.
22 Q  Yes.
23 A  Okay.
24 Q  Would you point somewhere else?
25 A  Well, it's just, there's other tables in the -- in the

Golkow Technologies, Inc. - 1.877.370.DEPS

Vijayakrishna K. Gadi, M.D., Ph.D.

Page 242

1   paper.
2   Q   There are other tables that look at HRT use combined;
3       in other words, E alone and combination together.
4   A   Mm-hm.
5   Q   But would you not agree that the most appropriate data
6       point for this particular study on this particular
7       issue is the data point that is Prempro; in other
8       words, combination E+P?
9   A   Right.
10      And the only caution I would raise in that -- in
11      that analysis is that you're now cutting the pie very
12      small, and so those aren't preplanned, necessarily.
13      And the analysis oftentimes doesn't have enough
14      patients, identified events, to come out with the
15      statistical significance when you cut that small --
16      when you cut the patient population down that fine.
17      So again, it is -- as we discussed earlier, it's
18      hypothesis-generating and certainly suggestive of an
19      association, even though in this case, when you look
20      at it with that level of granularity, the statistical
21      significance wasn't there.
22  Q   But you wouldn't look at this paper in isolation,
23      at least, and say that proves that Prempro causes
24      ER-positive/PR-negative --
25  A   Right.

Page 243

1   Q   -- breast cancers?
2   A   Right.  This is, you know, one piece potentially of
3       the epidemiologic side of things.
4   Q   So let's look at your other two pieces.
5   A   Okay.
6   Q   Let's look at the Rosenberg study.
7   A   Right.
8   Q   You're welcome to keep this --
9   A   Okay.
10  Q   -- in front of you or refer to it if you want.
11              MR. CAMPBELL:  This will be
12      Exhibit No. 8.
13              (Exhibit No. 8 marked
14                for identification.)
15
16  Q   (By Mr. Campbell)  But Rosenberg is your Reference No.
17      11.
18  A   Okay.
19  Q   Correct?
20  A   Let's look at that just to make sure.
21      Yes.
22  Q   I'll show you the exhibit copy.
23      And if you just look -- I believe you can tell
24      pretty quickly, I think it's the first couple of
25      lines?

Page 244

1   A   The Swedish study, right.
2   Q   It's a Swedish study?
3   A   Right.
4   Q   And this study didn't involve Prempro, did it?
5   A   I'm going to look at that right now, because I don't
6       remember off the top of my head.
7   Q   I can -- I can give you a page reference if you'd
8       like.
9   A   Okay.
10  Q   If you turn to Page -- I think it's the next page,
11      2483.
12  A   Okay.
13  Q   It's the third paragraph in the left -- I'm sorry --
14      the right column.
15  A   Okay.
16      Yes.  Levonorgestrel and norethisterone acetate.
17      Right.
18              MR. CAMPBELL:  That's the -- that
19      was the two terms --
20              THE REPORTER:  I just didn't hear
21      you.
22              THE WITNESS:  Sorry.
23  A   That was the levonorgestrel and norethisterone
24      acetate --
25  Q   (By Mr. Campbell)  So just --

Page 245

1   A   -- which I believe are is Europe preference for -- the
2       MPA equivalent in Europe, so to speak.
3   Q   So let me just -- I'll read that quote just so we have
4       it in the record.  But it says, We categorized
5       menopausal hormone therapy into four types:  Estrogen
6       alone, in parentheses, mainly estradiol and to a
7       lesser extent conjugated estrogens.  Then next is use
8       of estrogen, hyphen, progestin, mainly estradiol
9       combined sequentially or continuously with
10      levonorgestrel or norethisterone acetate.
11  A   Okay.
12  Q   Then it goes on to describe two other types.
13  A   Sure.
14  Q   But the second one is the relevant one here; correct?
15  A   Correct.
16  Q   And that is estradiol combined with these two other
17      types of progestins?
18  A   Correct.
19  Q   None of those things are the -- are Prempro?
20  A   Correct.
21  Q   Neither the estrogen component or the progestin?
22  A   Correct.
23  Q   And this is where we talked about early on, where you
24      say CHRT in your report, you're not talking about
25      Prempro here?

Vijayakrishna K. Gadi, M.D., Ph.D.

Page 246

1   A   In this study, no.
2   Q   Have you done any sort of analysis to compare the
3       effects of estradiol with the effects of conjugated
4       equine estrogens?
5   A   No.  Other than, I know that there's some biologic
6       differences in their ability to bind, et cetera, to
7       their targets.
8   Q   What dose of estradiol is the biological equivalent
9       of .625 milligrams?
10  A   I --
11  Q   -- of con- -- let me just -- conjugated equine
12      estrogens?
13  A   I don't know.
14  Q   What dose of levonorgestrel was used by the patients
15      in this study?
16  A   I don't know.
17  Q   Do you know the dose of estradiol used in this study?
18  A   No, not off the top of my head.
19  Q   Do you know the dose of levonorgestrel that is the
20      biological equivalent of 2.5 milligrams of
21      medroxyprogesterone acetate?
22  A   I don't.
23  Q   Do you know the dose of norethisterone acetate used by
24      the patients in this study?
25  A   No.

Page 247

1   Q   Do you know the dose of norethisterone acetate that's
2       the biological equivalent of 2.5 milligrams of
3       medroxyprogesterone acetate?
4   A   No.
5   Q   And have you conducted any review of the literature on
6       the pharmacologic similarities and differences between
7       the estrogen and progesterone components of Prempro
8       versus the estrogen and progesterone components used
9       in Rosenberg?
10  A   No.
11  Q   If you look at Page 2487 of Rosenberg.  This is where
12      the authors note some limitations of -- of the study.
13  A   Sure.
14  Q   And I think if you look right here, this paragraph
15      that starts -- I guess it's the second paragraph on
16      the right column.
17  A   Right.
18  Q   It says, "We lacked information on the receptor status
19      for 30% of the cases, with a larger proportion of
20      missing information among women with smaller tumors."
21          Do you see that?
22  A   Mm-hm.
23  Q   Okay.  Did you do any sort of analysis to determine
24      how, if at all, this 30 percent of unknown cases may
25      have affected the overall result?

Page 248

1   A   No, I didn't.
2   Q   If you turn to Page 2483, going back a little bit.
3       There's a section called "ER and PR."  2483.
4   A   Okay, here we go.
5   Q   And it's the third sentence down in that section, and
6       it says -- it's talking about the types of testing
7       that was done?
8   A   Sure.
9   Q   It says, "All seven laboratories in Sweden analyzing
10      ER and PR content used an enzyme immunoassay --" then
11      it's got, in parentheses, Abbott Laboratories.
12  A   Sure.
13  Q   -- "on cytosol samples."  What is enzyme immunoassay?
14  A   So this is an old-fashioned way of looking for enzyme
15      levels, but my understanding -- it's before my time
16      when I was engaged as a breast cancer oncologist --
17      they would extract the protein from the tissues, they
18      would have it bind to an antibody.  That was then --
19      had a secondary antibody come on top of that, so you
20      had two binding events.  And that second one would be
21      linked to an enzyme that converted one molecule into
22      another that led to a change inside the reaction wall.
23      So it might go from no color to brown.  And then they
24      quantified the amount of brownness, and then given a
25      level, that estimates how much the receptor was in

Page 249

1       that initial specimen.  And then compare that to a
2       calibration curve with known amounts of the receptor
3       and can give out a concentration such as this many
4       picograms per this many microliters of tissue,
5       specimen.
6   Q   Okay.  But that's different than immunohistochemistry?
7   A   That is different from immunohistochemistry.
8   Q   And so would it be fair to say that none of the women
9       in this study were taking the hormone replacement
10      therapy that's used in the U.S.?
11  A   Correct.
12  Q   Which is Prempro?
13  A   Right.
14  Q   And -- and none of the tumors in this study were
15      tested for receptors using the type of tests that's
16      used in the U.S.?
17  A   Correct.
18  Q   And I would assume -- well, tell me if you agree with
19      this -- that the results of receptor tests can differ
20      according to the method used.
21  A   Correct.
22  Q   And this is an older method?
23  A   Correct.
24  Q   Is it used by anybody today?
25  A   Not in United States, to my knowledge.

63 (Pages 246 to 249)

Vijayakrishna K. Gadi, M.D., Ph.D.

Page 250

1  Q  Why did you select this paper, then?
2  A  I think it's on theme.  It still shows that, and even
3     using older technologies and older methods, there was
4     a demonstrable difference between these different
5     tumor subtypes that could be ascribed to combination
6     hormone replacement therapy.
7        So again, it's an observational study.  The
8     question -- or population-based -- it's -- the
9     question was asked just to explore possibilities.  It
10    wasn't as neatly defined as something like the Women's
11    Health Initiative study.
12 Q  Could you not find any papers that actually looked
13    at Prempro and ER-positive/PR-negative and used
14    immunohistochemistry?
15 A  I don't know the degree -- I don't know the -- I'm
16    sure they may exist.  I don't know.
17 Q  If we look at -- we can look at No. 13 now, which
18    is -- your Reference 13, which is the Fournier paper.
19    The French one.
20 A  The French study, right.
21 Q  I'll give you a copy in just a second.
22               (Exhibit No. 9 marked
23                  for identification.)
24
25            MR. CAMPBELL:  I think this will be

Page 251

1     Exhibit No. 9.
2  Q  (By Mr. Campbell)  Let me show you Exhibit 9 and just
3     make sure that's the paper that you were referring to.
4  A  Correct.
5  Q  This study also did not involve Prempro, did it?
6  A  They are less clear, but I would suspect it's very
7     few, if any, Prempro users in this study.
8  Q  And -- let me see.  If I refer you to Page 1261.  It's
9     the bottom of the left column --
10 A  Okay.
11 Q  -- and then it goes onto the top of the right column.
12 A  Sure.
13 Q  Let me just find it myself.
14       Just look right here.  It says, "Unopposed HT
15    consisted almost exclusively in estradiol compounds."
16    And then it says, "1.3 percent of women ever used
17    conjugated equine estrogens."
18       Next sentence says, "CHTs," which is combination
19    products; right?
20 A  Mm-hm.
21 Q  "CHT's were classified as estrogen + progesterone,
22    estrogen + dydrogesterone, or estrogen + other
23    progestagens."
24       Do you see that?
25 A  Right.  Right.

Page 252

1  Q  And then it says "following our previous findings that
2     associations with breast cancer risk varied
3     significantly across these different treatments."
4  A  Correct.
5  Q  Which of these three categories would Prempro fall
6     into, if any?
7  A  The other progestagens.
8  Q  And it's got a reference at the end of this sentence I
9     just read.  No. 6.
10       Did you happen to look at that paper?
11 A  Can I look at it right now?
12 Q  Certainly.
13 A  I don't think I read that paper in preparation for
14    this.
15 Q  That paper is called "Unequal Risks for Breast Cancer
16    Associated with Different Hormone Replacement
17    Therapies:  Results from the E3N Cohort Study."  Is
18    that right?
19 A  Right.
20 Q  You didn't read that paper?
21 A  I did not, other than looking at the title.  Yeah.
22 Q  Did you not think that would be relevant to the issue
23    here?
24 A  It could be, yes.
25 Q  If you look on Page 1260 of this Fournier paper.  I

Page 253

1     think it's the -- toward the bottom of the left column
2     and goes into the top of the right column.
3  A  Okay.
4  Q  It says, "Second, CHT is also not a single entity,
5     since various doses, routes of administration,
6     regimens and molecules used throughout the world may
7     differentially affect breast cancer risk."
8        Do you see that?
9  A  Correct.
10 Q  And it actually references No. 6, which is the same --
11 A  Right.
12 Q  -- paper.
13       Do you agree with that?
14 A  Yeah.
15 Q  Do you know if immunohistochemistry was used in this
16    paper -- or this study?
17 A  I don't know right off the top of my head.
18 Q  I think what was used is called enzyme immunoassay,
19    which is the same thing we talked about before.
20 A  Same as the other one.  Right.
21 Q  The older method?
22 A  The older method.
23       Part of that, I believe, is because the paper
24    was -- was -- this study, line of investigation, was
25    begun in the early '90s, late '80s.

Vijayakrishna K. Gadi, M.D., Ph.D.

Page 254

1  Q   When did immunohistochemistry come into vogue, so to
2      speak?
3  A   I don't know, but I suspect it was sometime in the
4      late 1990s or early part of last century -- last
5      decade.
6  Q   But the papers we just went over -- the Chen paper,
7      the Rosenberg paper, and the Fournier paper -- are the
8      three studies that you cited as epidemiology studies
9      supporting your -- your opinion that Prempro increases
10     the risk of ER-positive/PR-negative breast cancers?
11 A   Correct.
12 Q   Sitting here now, do you believe there may be other
13     papers that actually address this issue more
14     specifically than these?
15 A   There might be.  In the time that I had to review, I
16     picked out some of the larger ones as representative
17     examples.
18 Q   What do you consider to be large versus not large?
19 A   Well, depends on the variety of factors, but the one
20     population-based had a hundred thousand people at risk
21     were examined.  This other one that was more -- also
22     population-based, picked a fair number from a period
23     of time and then compared them to a fair number of
24     control.  So they're slightly different study designs.
25     But those are all large numbers in cancer treatment

Page 255

1      and cancer type work.
2  Q   And how many patients were in -- we did -- we did the
3      Chen paper.
4  A   Right.
5  Q   So can you tell me for Fournier?
6  A   Let me look.
7  Q   Sure.
8  A   So we have 80,000 total.
9  Q   Okay.
10 A   And it's 20 -- yearly 24 and 57 thousand in the two
11     groups.
12 Q   Okay.  What about the other paper, the Rosenberg?
13 A   That was smaller, I believe.  It was in the thousands.
14         I lost it here.
15         THE WITNESS:  Oh, great.
16 A   And here, they identified, in a population-based
17     study, 3,000 controls, 332 ER-positive/PR-negative
18     tumors, 286 -- sorry -- PR -- oh, sorry.  332 negative
19     hormone receptors, 286 ER-positive/PR-negative, 71
20     where the discordancy was in the other direction, and
21     1165 where both were positive.
22 Q   (By Mr. Campbell)  Do you consider this to be a large
23     study too?
24 A   Yeah.  For that type of study, that's a fair number of
25     patients to look at for patterns.

Page 256

1  Q   And the California Teachers Study that you mentioned,
2      isn't it much larger than --
3  A   I believe so.
4  Q   But you didn't include that one?
5  A   Not as a representative example for -- for what we
6      were talking about.
7  Q   And when you say "representative," I'm just trying to
8      understand what you mean.
9  A   I just looked at the literature, tried to identify
10     studies that made some comments on this, and then
11     cited one where, you know, it was of marginal
12     significance and others where it was more clear; just
13     being representative of the opinions out there at
14     large.
15 Q   But you weren't -- weren't trying to just pick the
16     studies that showed what you -- support what you're
17     saying?
18 A   Well, one -- one, you -- for example, one doesn't show
19     statistical significance, yet I cited it, showing that
20     there seemed to be a trend in that direction.  I
21     thought that was being representative.
22 Q   Why do you say there was a trend?
23 A   Well, it shows that there's a 30 percent and a -- I'd
24     have to look, but there's some percentage that was
25     greater then the 1, even though the statistical 95

Page 257

1      percent confidence interval was crossed 1.
2  Q   How do you define trend?
3  A   It's different.
4          In some studies, as factors increase, you can see
5      a trend, and sometimes you can assign a statistical
6      value to that trend.
7          This wasn't in that way.  I'm using it more
8      loosely.  It just appeared like there was something
9      going on there that deserved further study.  That's --
10     in that sense is the one that I was using the word
11     "trend."
12 Q   So at best, Chen is hypothesis-generating?
13 A   Of course.
14         And again, I don't think any one of these studies
15     alone is -- is the key study.  They're all
16     observational trials.  So they all, to me, indicate
17     the same thing.
18 Q   But the studies that are actually of Prempro are more
19     relevant than studies of other drugs?
20 A   Well, I've cited at least one of those that didn't
21     look at this issue as cleanly.  But yes.
22 Q   Let's look at the Borgquist paper one more time.
23 A   Sure.
24 Q   I think that's Exhibit No. 5.
25 A   Okay.

Vijayakrishna K. Gadi, M.D., Ph.D.

Page 258

1  Q  And since you cite that in your first report, which is
2     Exhibit No. 1, you may want to just have that in front
3     of you too.
4  A  Okay.
5  Q  You've done a very good job managing these exhibits.
6     Thank you.
7        Now, do you see where Borgquist is cited in -- in
8     your first report?
9  A  I want to see which reference it is on this report.
10  Q  I have a feeling --
11  A  10.
12  Q  -- it was No. 10, yeah.
13  A  Okay.
14  Q  Do you have that in front of you?
15  A  Yes, I do.
16  Q  And Borgquist is the only study that you cite for the
17     proposition that Prempro causes HER2-positive breast
18     cancer.
19  A  Okay.
20  Q  Correct?  Is that right?
21  A  Yes.
22  Q  Before writing -- oh, go ahead.
23  A  I was going to say, you used the word "cause," and
24     I've been very consistent about an association.
25  Q  Okay.

Page 259

1  A  Right.
2  Q  So you wouldn't go as far as to say cause?
3  A  No, I -- I'm saying mechanistically, that's there.
4     What these studies demonstrate is, there's an
5     association.
6        Cause is something very specific that you learn
7     from a mechanistic study; tissue culture, et cetera.
8     These studies can show association.
9        If you have a prospective, randomized controlled
10     trial, then you can use conclusive words like "cause."
11  Q  But you wouldn't use those words in this case?
12  A  Not necessarily.  The totality of the evidence
13     suggests that this might be a cause, but in this
14     particular case, it's still an association.
15  Q  Okay.
16  A  I'm not trying to fudge the terms across different
17     types of studies.
18  Q  I understand.
19        Before writing your report, your first report, did
20     you conduct a thorough review of the literature to
21     identify all studies that have examined the potential
22     association between Prempro and HER2-positive breast
23     cancer?
24  A  No.  Just as a function of me studying these pathways
25     in terms of developing the clinical trials I've been

Page 260

1     developing, I was aware of that type of knowledge.
2     But I didn't do a thorough review prior to this.
3  Q  When you say "prior to this" --
4  A  To preparing these reports.  I only started doing that
5     investigation after I started preparing these reports.
6  Q  So at some point, you did a thorough review?
7  A  Yes, yes, yes.
8  Q  Okay.
9  A  Sorry.
10  Q  So let me just ask it again so it doesn't seem as if
11     you're saying you didn't do it.
12  A  Gotcha.
13  Q  Did you conduct a thorough review of the literature at
14     any time to identify all studies that have examined
15     the potential association between Prempro and HER2-
16     positive breast cancer?
17  A  I attempted to do a thorough review, yes.
18  Q  Do you believe that you did?
19  A  I hope I did.
20  Q  How many studies are there?
21  A  I don't know.
22  Q  How many studies did you identify that involve
23     Prempro --
24  A  Yeah.
25  Q  -- and HER2-positive breast cancer?

Page 261

1  A  Without re-creating the search algorithm, I wouldn't
2     know the precise number, but it's got to be under ten.
3  Q  So less than ten?
4  A  Yeah, I would imagine, that actually address the
5     issue.
6  Q  But, yet, you only cite one in your report.
7  A  Right.
8  Q  Why not cite the other nine?
9  A  I could, but I don't know that -- you know, off the
10     top of my head, I don't know the degree to which they
11     answered the question I was hoping to answer.
12        So they may have mentioned it, talked about it,
13     but they didn't answer the question.  So I would
14     dismiss it on that basis.
15  Q  Can -- go ahead.  I'm sorry.  Finish your answer.
16  A  So I picked the studies that answered the question
17     that I posed, which is:  Is there an association one
18     way or the other.  But if they didn't comment on it
19     specifically, if the quality of the research study was
20     such that it couldn't be commented upon, then I didn't
21     include it.
22        I'm having trouble, so just -- I'm sorry.  I just
23     need to understand the -- whether you're looking for
24     an answer for the number of studies that I found at
25     all, versus the ones I actually thought were relevant,

Vijayakrishna K. Gadi, M.D., Ph.D.

Page 262

1  that kind of thing.
2  Q   Yeah.  I'm asking the broader category.
3  A   Okay.
4  Q   So the number of studies you found at all.
5  A   Yeah.
6  Q   Does that change any of your answers?
7  A   No.  That's -- I stay with those numbers.
8  Q   How many -- well, can you identify any of those ten
9     studies as you're sitting here, other than --
10  A   No.
11  Q   -- Borgquist?
12  A   I would have to start either plowing through the
13     reference lists on some of these or re-create the
14     search algorithm.
15  Q   Okay.
16  A   I'm not particularly good at remembering an author
17     name and a, you know, year of publication.  I'm not
18     one of those kinds of guys.
19  Q   But you don't remember, for example, like the Iowa
20     teachers study, the California Teachers --
21  A   I don't remember what they specifically showed at this
22     time.
23  Q   Do you include those studies in the list, or do you
24     know, as you sit here?
25  A   I don't know right off the top of my head.

Page 263

1  Q   How many of the studies that you looked at showed
2     though increase in risk of HER2-positive breast cancer
3     with Prempro?
4  A   I don't know.  Most of them simply didn't address it.
5  Q   Okay.  But would you agree with me, you didn't include
6     any in your report that showed no increased risks?
7  A   At this time, no, I didn't.
8  Q   And you said your reports are final; right?
9  A   At this time, yes.
10  Q   Why wouldn't you include those studies?
11  A   Either methodologically or something about them just
12     wasn't appropriate that, in this review, it made sense
13     to include.
14  Q   It's not because they were contrary to your --
15  A   No.  I wouldn't do that.
16  Q   And in fact, the Borgquist study is not Prempro, is
17     it?
18  A   No.  This is, again, the other -- other progestagen or
19     progestin.
20  Q   It's a Swedish study?
21  A   Swedish study.
22  Q   And do you have any reason to believe that this
23     Swedish study had more Prempro use than the other
24     Swedish study?
25  A   No.

Page 264

1  Q   So just going to your reference list --
2  A   Right.
3  Q   -- for report number one, I don't think it includes
4     any studies that actually looked at Prempro and
5     HER2-positive breast cancer; right?
6  A   Right.  Either because that -- those studies didn't
7     identify or specifically discuss that aspect.
8  Q   Let me just make sure...
9        Let me just step back a little bit, because --
10     because one of the other things you said was CHRT
11     could mean all combination products; correct?
12  A   Correct.
13  Q   Did you do a thorough review to find out what studies
14     there are that have looked at any form of combination
15     therapy and HER2-positive breast cancer?
16  A   I believe I captured some of them here, so I think I
17     must have done a -- entered search terms broadly
18     enough, that I would have captured those.
19  Q   How many of those studies did you find --
20  A   I don't know -- I don't know the denominator.
21  Q   Okay.  How many of those studies showed no increase in
22     risk?
23  A   I don't know.
24  Q   But there's no studies in your report that show no
25     increase in risk?

Page 265

1  A   Right.  But again, if they didn't answer the question
2     properly, I wouldn't have included them.
3  Q   Okay.  Let me show you -- toward the end of the
4     Borgquist paper -- if you give me a second, I'll find
5     it.
6        So if you look at -- I think it's the very last
7     column on the paper of Borgquist.
8  A   Okay.
9  Q   It says, "The risk of tumors with low as well as high
10     HER2 expression was increased in CHRT users"; correct?
11  A   Okay.
12  Q   Do you see that?
13  A   Mm-hm.
14  Q   And CHRT in this case is not Prempro?
15  A   Okay.
16  Q   Then it says, "However, CHRT was associated with
17     tumors expressing amplification of HER2, but the
18     confidence interval was very wide, which makes
19     interpretation difficult."
20  A   Correct.
21  Q   Did you do any analysis of the confidence interval in
22     this particular paper?
23  A   No.  I mean, other than to -- to note it.  I didn't
24     analyze it or anything.
25  Q   What does it mean when the confidence interval is

Page 266

1    wide?
2    A   That means that even in this instance where -- so in
3        this paper, they don't report p-values, but in
4        general, if you have a wide confidence interval, even
5        if it passes unity on one side or the other, the
6        p-value tends to be .05 still, but not with a multiple
7        numbers of zeros before that 5; whereas, when you have
8        a very narrow confidence interval, it tends to have a
9        very significant p-value associated with it.  That's
10       the general association there.
11   Q   So the more narrow the confidence interval, the more
12       confident you can be in the --
13   A   Yeah, precisely.  And what that --
14   Q   Go ahead.
15   A   -- more precisely means is that the effect is still
16       there.  The confidence with that estimate is not -- is
17       not as well-known.  There's a bigger area where the
18       true value can exist, but it's still going to be to
19       one side or the other of that value of 1.
20   Q   Totally different type of question:  Progesterone
21       receptors are located where in the cell?
22   A   To my knowledge, they are floating around kind of like
23       the estrogen receptors are.  It's steroid-based
24       receptor, but I think there's probably some papers
25       where they'll show that it's membrane locations and

Page 267

1        other subcellular locations, as well.
2    Q   I'm going to now go back to your second report.
3    A   Okay.
4    Q   So you can actually put away some of these studies,
5        unless you want to just have them in front of?
6    A   Okay.
7    Q   I'll get this out of the way.
8            So Page 2 of your second report -- I'll just show
9        you where it is.
10           You don't mind me, like, pointing out --
11   A   I don't, no.
12   Q   Okay.  Good.
13           It's the end of the first full paragraph.  So you
14       have two sentences here, and I'm just going to read
15       them and I'm going to ask you a couple question about
16       them --
17   A   Okay.
18   Q   -- just to try to understand.
19           You say here in this first full paragraph on Page
20       2, last two sentences say, "Exogenous hormones such as
21       the progestin MPA can bind the PR and result in
22       further advantage to the already stimulated
23       pre-malignant breast epithelial cells by recruitment
24       of additional oncogenic pathways such as the RANK/RANK
25       ligand system."

Page 268

1            And then the next sentence, you say, "For example,
2        PR mediated recruitment of the RANK/RANK ligand system
3        directly leads to improved evasion of the immune
4        system by the nascent mammary cancer cells."  Right?
5    A   Correct.
6    Q   Could you just explain what that means in layman's
7        terms?
8    A   I'll try.
9            So this is recent work.  And for years, we have
10       not really known how progesterone receptor activation
11       can lead to various events that maybe protect or help
12       cancer cells; in particular, breast cancer cells.  So
13       both of these are studies within the last year or so,
14       looking at other pathways that are stimulated or
15       involved with rank and rank ligands.
16           So, for example, in one of the studies -- it was
17       actually two studies published side by side, and I
18       picked the American study.  But essentially using MPA
19       in this model led to recruitment of another growth
20       pathway, another cancer pathway, called RANK/RANK
21       ligand.  And that was a clear association there.
22           What's more, we now know from another study that
23       this may be one way that a cancer cell can invade the
24       immune system.  So this is just an example.
25           With the limited time I had, not being able to be

Page 269

1        comprehensive about all the different pathways, I just
2        highlighted one of the most recent developments, for
3        example.
4    Q   I see.  And the Reference No. 6 that you have there, I
5        think, is a paper by Schramek.  Is that right?
6    A   Let me look.
7            Yes.
8    Q   And that's an animal study?
9    A   That's probably an animal study, yes.
10   Q   And I just want to understand, are -- in these two
11       sentences that I read, are you suggesting that this is
12       something that can happen with MPA or something that
13       always happens?
14   A   That can happen.
15   Q   You're not saying it always happens?
16   A   No.
17   Q   And is there a way to tell whether or not this
18       happened in an individual woman's breast cancer?
19   A   Not at this time.
20   Q   How does MPA -- well, I think I asked you this before,
21       but if I have, I apologize.  I'll ask it again.
22           How does MPA bind with the progesterone receptor?
23   A   I don't think we know that.  It's not -- to my
24       knowledge, it's -- the stoichiometry, the ratios, all
25       of that is not readily -- or was not readily available

Vijayakrishna K. Gadi, M.D., Ph.D.

Page 270

1   to me. And I looked for that in particular.
2   Q   If somebody knows that information, you don't know it?
3   A   I don't know it.
4   Q   You say these additional oncogenic pathways can be
5      recruited. Can you just explain how that happens?
6   A   So again, if -- it's all stochastic, meaning it's by
7      chance, but if a certain set of mutations happen and
8      another pathway becomes enabled or activated, then it
9      may be used productively, so to speak, by the cancer
10     cell for growth advantage.
11  Q   And this happens once MPA binds to the progesterone
12     receptor, or can happen?
13  A   It's one of the events that can happen.
14  Q   And this next sentence -- or the second sentence that
15     I read there, it says the phrase "PR mediated
16     recruitment." Can you just explain what that phrase
17     means?
18  A   Right. So in those experiments, they were very
19     careful to do the experiment in the presence of
20     progesterone receptor, and they mechanically -- or,
21     sorry -- molecularly eliminated the progesterone
22     receptor and just dropped the drug and the effect was
23     gone, suggesting that it was a necessary requirement
24     for MPA in this model to get what it -- to get that
25     effect to happen, was that PR be present.

Page 271

1   Q   So that the second reference you're citing is the one
2      that supports what you just said, No. 7?
3   A   Yeah, as an immune -- with the output being some sort
4      of immune evasion.
5   Q   In other words, so PR was necessary in that --
6   A   In that experiment, yes. When they knocked down the
7      levels essentially to zero, then that system -- that
8      effect was gone.
9   Q   And that's the Tan study?
10  A   I believe so, yeah.
11  Q   You want to just double-check --
12  A   Yeah.
13  Q   -- to make sure?
14  A   That's Reference 7, you said?
15  Q   Yes, Reference No. 7.
16  A   Yes, Tan.
17  Q   And the Schramek paper, the animal study, also
18     involved a progesterone receptor; correct?
19  A   Correct.
20  Q   So what you're talking about in these two sentences is
21     what can happen when MPA binds to the progesterone
22     receptor?
23  A   Right.
24  Q   Nowhere in your report do you say or offer the opinion
25     that MPA can act on breast cells that do not have

Page 272

1   progesterone receptors; correct?
2   A   Right. But as this -- tumors are forming, presumably
3      these receptors were present. So these are all early
4      events that take place that shape the tumor.
5         So the end product may be one day that the PR
6      receptor is absent, but as these tumors were forming,
7      this is the influence potentially of drugs like MPA on
8      these various systems.
9   Q   But if it -- if a cancer cell never had a progesterone
10     receptor --
11  A   Right.
12  Q   -- then MPA could not act on it?
13  A   I'm not conceding that.
14  Q   Oh, I thought you had said that before.
15  A   No. So what -- what we've discussed before was that
16     some tumor sometimes may not have progesterone
17     receptor from the get-go. I don't know what fraction
18     those are. I still believe the vast majority of
19     hormone-positive tumors start with both present and,
20     over time, acquire ways to not need the PR receptor,
21     as well.
22        So all of these things might be earlier events,
23     but at the end of the day, you look at the tumor and
24     it may not have the progesterone receptor anymore, but
25     at some point during its formation, it's very likely

Page 273

1   that it was dependent on the PR receptor, or the PR
2   pathways, anyway.
3   Q   Well, I think that's fair enough. Let me ask it this
4      way.
5         Regardless of how this tumor has lost its PR
6      receptor --
7   A   Right.
8   Q   -- once it has no PR receptor, you are not offering the
9      opinion that MPA can act on that cell?
10  A   It still can.
11  Q   You're saying that --
12  A   It still can, because what you're measuring is a
13     certain quantity of PR receptor. We don't know with
14     great certainty that even though just -- because we
15     qualify a tumor as being 2 plus, therefore it's
16     negative, because that, by the Allred score, is a
17     negative PR receptor. It's still 2 plus, it's still
18     there.
19        So a small amount of drug can still potentially
20     stimulate a very small amount of receptor.
21  Q   But -- so -- well, accept for me the hypothetical in
22     which there is literally no PR receptor.
23  A   Okay.
24  Q   Then MPA can have no effect?
25  A   Probably unlikely.

Vijayakrishna K. Gadi, M.D., Ph.D.

Page 274

1   Q   You have no data to suggest it has an effect?
2   A   No.
3   Q   If -- what you're saying, though, is that there may
4       still be -- even if something is considered PR
5       negative, there may still be progesterone --
6   A   Sure.
7   Q   -- receptor there?
8           How can you tell if it's there or it isn't?
9   A   Well, when we do the testing, we still get a score.
10      Sometimes it might be, for example, 2 plus on this
11      scoring system.  2 plus means that there was still
12      some cells that had it at measurable, demonstrable
13      levels.  So it's not -- it's not as dichotomous as
14      zero versus 100.  And it's a sliding scale.
15          We know that the lower the value is, we believe
16      the less dependent that tumor is on those signaling
17      pathways.  It doesn't mean it's not there.
18          And when you have a very potent progestagen, then
19      even possibly with a low PR score, you may still get
20      productive binding and biologic effects as a result.
21          In this particular study, they took care to
22      completely abrogate the receptor.  And in this
23      particular situation, doing that meant that this drug
24      didn't have this effect that they were observing.  So
25      they were proving the mechanism in this -- in this

Page 275

1       case.  But biologically what happens in a woman may be
2       somewhere -- it's a shade of gray still.
3   Q   Let me just -- let me try it this way.
4           Do you make the statement anywhere in your report
5       that MPA can bind to a breast cell that does not have
6       a progesterone receptor?
7   A   No, I don't make that assumption.
8   Q   Do any of your references stand for that proposition?
9   A   I don't think so.
10  Q   And are you claiming that to be the case, that MPA can
11      bind to a breast cell that has no progesterone
12      receptors?
13  A   That -- at the level that we can detect it, it may be
14      able to bind some receptor if it's still there.  We
15      just can't see it.
16  Q   So in a case in which a breast cancer is labeled PR
17      negative, MPA may have an effect; it may not?
18  A   Right.
19  Q   And is there a way to tell whether it does or does not
20      have an effect?
21  A   In a given woman biologically, only if you expose her
22      to additional drug and things get worse, then that's
23      the only way to know.  But we wouldn't do that.
24  Q   But if a woman had been taking Prempro, for example,
25      and then she's diagnosed with breast cancer and that

Page 276

1       breast cancer is ER-positive/PR-negative, is there any
2       way to look at her breast cancer under a microscope,
3       otherwise, and determine whether or not MPA had any
4       effect on it?
5   A   Not at this time.
6   Q   Let me ask you about -- I think I'm going to go back
7       to your first report, if that's okay.
8   A   Okay.
9   Q   I think this -- this information is actually probably
10      in both, but I'll just look at the first report,
11      because that's what I looked at specifically.
12          I just want to kind of understand -- so it's Page
13      2, the first full paragraph, first sentence.
14          And I'm going to tell you what I'm -- what I want
15      to ask about is just kind of -- I want to understand
16      the timeline or the sequence of things, because I
17      think that's what you seem to be describing.
18  A   Okay.
19  Q   So if we just look at the very first sentence of this
20      first full paragraph on Page 2, the first full
21      sentence says, "The combined presence of estrogen and
22      MPA in breast is a potent promoter of malignant
23      transformation and escaped by control mechanisms."
24          Do you see that?
25  A   Yes.

Page 277

1   Q   Okay.  So can you just explain what that means?
2   A   So I think I offered an explanation here as a type of
3       example.
4   Q   So you're doing some fast-forwarding for me.  But go
5       ahead.
6   A   But, for example, if you have a breast cell that's
7       over a lifetime accumulated certain mutations,
8       et cetera, you add these compounds in combination and
9       it leads to both proliferation -- the estrogen, for
10      example -- which then leads to more accumulation of
11      mutations over time, et cetera.  And then you add the
12      MPA, which then also has other pleiotropic effects,
13      including things like signaling through the RANK/RANK
14      ligand system, which now we know can help escape the
15      immune system, as an example.
16          So it's a heretofore unrecognized way that these
17      things can happen, but an interesting, different way.
18      So over time, this is going on and on and on, and
19      eventually these cells over time may recruit other
20      pathways through mutations and become more closer,
21      getting closer to that boundary of invasive cancer.
22  Q   Okay.  Just a couple of definitions, again.  I want to
23      just make sure you and I are on the same page --
24  A   Okay.
25  Q   -- and I understand your definition.

Vijayakrishna K. Gadi, M.D., Ph.D.

Page 278

1    What is your definition of malignant
2    transformation?
3  A   A cell that still respects some sort of boundaries to
4    when it should and shouldn't divide, versus one that's
5    crossed that boundary and then, regardless of whether
6    there are control inputs that are normally in place,
7    decides to continue dividing and invading the
8    surrounding structures.  So it happens both at the
9    cellular level but on -- more also the macroscopic
10   level.
11  Q   Okay.  My understanding of this is, malignant
12   transformation is a -- is a process.
13  A   Right.
14  Q   You agree?
15  A   Right.
16  Q   And it's the process by which a cell goes from simply
17   being an abnormal cell to being a cancer cell.
18  A   Right.
19  Q   Is that fair?
20  A   Right.
21  Q   And you're saying here that -- that the combined
22   presence of estrogen and MPA is a potent promoter of
23   that process?
24  A   Correct.
25  Q   How?

Page 279

1  A   Well, I think I just went through this.  It's one of
2    the steps that can happen.  And if you have some cell
3    that's not quite there, hasn't quite ran over the edge
4    to becoming invasive cancer, are these things that
5    could promote that.  And the data suggests that they
6    might.
7  Q   And the -- the way it promotes it is by causing those
8    unstable cells, for lack of a better word -- can I use
9    that term?
10  A   Mm-hm.
11  Q   -- causing those unstable cells to replicate?
12  A   That's the fundamental thing that has to happen,
13   right.
14  Q   And the more they replicate, the more likely they are
15   to get mutations?
16  A   More mutations, right.
17  Q   And the more mutations you get, you eventually cross
18   the threshold of malignant transformation?
19  A   Yes.
20  Q   That's the process?
21  A   That's one of the ways the process has been described.
22  Q   And you use the term "estrogen" here, but then you
23   also said "MPA."
24  A   Right.
25  Q   So when you say "estrogen," what are you talking

Page 280

1    about?
2  A   Estrogens in general, and -- in general.  But I use
3    MPA specifically because of the examples I cite here
4    in those studies, they specifically dropped MPA on
5    those particular cells.
6  Q   But are you suggesting that a woman could take Prempro
7    and the endogenous estrogen in her body could do
8    something and the MPA could be doing something as
9    well?
10  A   Correct.
11  Q   So you're not -- you're not referring to conjugated
12   equine estrogens?
13  A   No.  This is a general statement about the role of
14   hormones in these processes.
15  Q   So in other words, the conjugated equine estrogens
16   could be having no effect whatsoever, but the
17   endogenous estrogen plus MPA could be doing
18   (inaudible)?
19  A   I didn't say that.  I think endogenous --
20        MR. CAMPBELL:  Sorry?
21        THE REPORTER:  I didn't hear the
22   last word.
23        MR. CAMPBELL:  Maybe -- let me --
24   I'll try it again.
25  Q   (By Mr. Campbell)  And that way, since I didn't get it

Page 281

1    right, I can try to get it right.
2        I'll ask it slightly differently.  By saying
3    estrogen and MPA, are you suggesting that the
4    conjugated equine estrogens in Prempro may not be
5    having any role, but that endogenous estrogens plus
6    the MPA in Prempro may be actually working together to
7    help promote cancer?
8  A   That's one take on it.
9        The other is that the estrogens from the con- --
10   the CEE are also participating in Prempro.
11       It's just in general, these are the chemicals,
12   these are the things that make these cancer cells, A,
13   divide; and B, learn how to escape their normal
14   mechanisms in place.
15       I'm not trying to distinguish the different
16   sources of the estrogen.  I'm just saying that,
17   together, whatever the source for either of these
18   things, they do conspire together to make these things
19   happen.
20       This, after all, wasn't -- these are molecular
21   studies.  It's not necessarily something where
22   somebody took -- broke up in a tablet and dropped it
23   on a cell culture dish.
24  Q   Okay.  And you don't have any source for that
25   sentence?

71 (Pages 278 to 281)

Page 282

1  A  Other than the sort of evidence from the label and
2     other places where, intrinsic in those processes,
3     these have been studied.
4  Q  Have you seen any study that would suggest that,
5     setting conjugated equine estrogens aside, that
6     Prempro can act in conjunction with a woman's own
7     endogenous estrogen to promote breast cancer?
8  A  No, I have not looked at those.  I'm not aware of
9     those.
10       You can only infer that from some of the
11    epidemiologic studies, based on weights and other
12    things.
13 Q  Because CEE alone doesn't have a risk?
14 A  Generally, no.  It appears, at least from the Women's
15    Health Initiative study, that that's not the case.
16 Q  So it would make more sense for it to be the
17    endogenous estrogen?
18 A  Maybe.
19 Q  Which -- well, which do you believe is actually
20    occurring?
21 A  I think they all conspire together.
22       It's clear that when a woman takes exogenous
23    estrogen, we can detect it in the postmenopausal
24    breast.  And that reference is included.
25 Q  What does it mean "escape by control mechanisms"?

Page 283

1  A  Well, in here, one of the control mechanisms I just
2     pick -- I cherry-picked one, was is the immune system.
3     It's the thing that I'm good at knowing and learning
4     about.
5        The immune system is normally supposed to be one
6     of the failsafes to control cells that are dividing
7     rapidly.  It's a cancer control mechanism.  And here's
8     an example where MPA directly leads to evasion of that
9     control mechanism in a very clear, defined pathway.
10 Q  The next sentence, I think, actually says that we've
11    already talked about, but I will just read it anyway
12    just to make sure.
13       You say, "Estrogen stimulates the proliferation of
14    pre-existing vulnerable, unstable breast epithelial
15    cells already positioned to divide rapidly."
16 A  Right.
17 Q  That's what we were just talking about, which -- let
18    me see if I can say it correctly.
19       The estrogen you're talking about here, which is
20    just kind of general estrogen --
21 A  Right.
22 Q  -- causes these unstable cells to replicate and,
23    therefore, be potentially vulnerable to further
24    mutations?
25 A  Right.

Page 284

1  Q  And you don't say that MPA is doing that.  You're
2     saying only the estrogen?
3  A  Well, I think estrogen is the primary driver of this
4     division process, and MPA, when it's added, conspires
5     to help along the way.  But I believe, just based on
6     our knowledge of what happens to the breast during
7     pregnancy and puberty, et cetera, it's primarily the
8     estrogens that are doing this.
9  Q  And this could be the endogenous estrogen or the CEE?
10 A  Right.
11       And I want to clarify, you know, I firmly don't
12    believe that these hormones, these replacement
13    hormones, are the initial events that make a cell
14    vulnerable.  I believe these are vulnerable cells for
15    whatever reason, and then adding these on top of them
16    help promote certain pathways in certain ways.
17 Q  I see.
18       The -- I was just about to ask you what you mean
19    by "vulnerable, unstable breast epithelial cells" --
20 A  Right.
21 Q  -- "already positioned to divide rapidly."
22 A  So during the course of anybody's lifetime, and
23    including women who have breast cells, there are
24    mutations that are acquired from a variety of
25    different ways, whether it's her family history, her

Page 285

1     environmental exposures and whatnot.  So these cells
2     are there.  And the question is:  What is the next
3     thing that's going to push them over the edge?
4        And in some cases, it appears that it might be
5     combined hormone replacement therapy.  In others, it
6     could be something else.  But for the most part, these
7     are cells that exist; we all have them.  They're
8     positioned to make that leap.  The question is whether
9     or not there's something pushing them over that leap.
10    And in this case, it might be these hormones.
11 Q  But just -- let me make sure I understand.
12       The cells you're talking about already have
13    acquired some genetic mutations?
14 A  Definitely.
15 Q  And can you say what kinds of mutations?
16 A  In the broad sense, I can describe some, but I can't
17    in any particular case say these are the five that
18    have happened already.
19 Q  So these are considered precancerous cells?
20 A  Yes.
21 Q  And you say they're already positioned to divide
22    rapidly.  What does that mean?
23 A  Well, when we start looking at these women who are,
24    quote, at higher risk for developing breast cancer, we
25    might do biopsies on women with findings that are seen

Page 286

1  on mammography that are suspicious, but then when we
2  do the biopsy, we don't actually find cancer.
3  Instead, what we find are things like atypical ductal
4  hyperplasia, atypical lobular hyperplasia, and
5  sometimes ordinary ductal hyperplasia.
6      So we can step backwards in time and see some of
7  these changes happening, and those are cells that are,
8  quote, already dividing rapidly. They're starting to
9  fill up spaces and occupy the breast in ways that's
10 not quite normal, but they haven't gained that ability
11 to invade or to grow uncontrollably and clog up those
12 ducts just yet. They're not there.
13 Q  And if -- but if these cells are already positioned to
14    divide rapidly, aren't they going to already reproduce
15    even without any estrogen?
16 A  They may. And they may on their own accord, in some
17    fraction of women, go on to turn into cancers.
18 Q  Even without any estrogens?
19 A  Even without any drugs, right.
20 Q  Well, you say "drugs." I'm talking about estrogen --
21 A  Estrogen and progesterone together, right.
22 Q  Okay. In other words, a women can -- these
23    vulnerable, unstable breast cells can actually go
24    ahead and divide on their own, develop mutations,
25    become cancer, even without any estrogen?

Page 287

1  A  Absolutely.
2  Q  Your next sentence, I think you say, "MPA can bind
3     with the progesterone receptor and recruit additional
4     oncogenic pathways."
5        I think I already asked you about that.
6  A  Mm-hm.
7  Q  But oncogenic in that sentence is really -- is related
8     to the word "oncogene," which we talked about before.
9  A  Right.
10    And in that sentence, I used it in the generic
11    sense of things that can promote a cancer process.
12 Q  Is -- and does oncogene have a different meaning and a
13    different context?
14 A  No. I'm just clarifying it.
15 Q  Okay. But this -- these additional oncogenic pathways
16    that are recruited, that you described here, is this
17    also pre-malignant transformation?
18 A  Some of them are, yes.
19 Q  Some of them are; some of them aren't?
20 A  Right.
21    And I don't know -- again, for any given women, we
22    don't know which pathways with certainty are involved.
23    But on balance, these are the types of changes that
24    over the last 50 years of doing this kind of work, our
25    community has believed to be the changes that are

Page 288

1  required before cancers go on to make that next step.
2  Q  And I think if you move to the next paragraph, you're
3     actually sort of moving forward in the process. You
4     say, "As the cancerous process progresses in the
5     breast from combined effects of CHRT, the genomically
6     unstable cells accumulate additional mutations,
7     deletions, and expansions of various regions of
8     genome."
9  A  Correct.
10 Q  Is this still at the precancerous stage?
11 A  Yeah. So -- possibly. And some of these things
12    happen after the cancer has actually made that next
13    leap, but it's still not imbued with enough qualities
14    to really run rampant just yet.
15 Q  And these genomically unstable cells that you refer to
16    in this sentence is the same unstable cells as before?
17 A  Correct.
18 Q  They're just acquiring more mutations?
19 A  More mutations.
20 Q  So these are precancerous cells?
21 A  Right. In some cases. In some cases, they're cancer
22    cells, but they're just plugging along very slowly.
23    They haven't gained really very many aggressive growth
24    features yet.
25 Q  Okay. So in some instances, these mutations you're

Page 289

1  describing happen pre-cancer; sometimes they happen
2  post-cancer?
3  A  Right.
4     I'm trying to come up with a simple way to explain
5  this, and I think -- this may not be the perfect
6  analogy, but it's like kindle. You've got the little
7  kindle, little fire going on. These drugs may, in
8  some sense, represent the gasoline that's thrown on to
9  make that a big roaring fire.
10    And so a lot these changes have happened, they're
11 sitting there and they're percolating and, there's
12 still something, one additional event, whether it's a
13 pharmacologic event or a newly acquired mutation, that
14 makes them snap and really start growing quickly.
15 Q  I want to now just ask you -- because I think you're
16    actually talking about the same thing in another
17    place, and I want to see --
18 A  Okay.
19 Q  -- if I'm right about that.
20    In your summary paragraph, I think you're
21 describing the same process, but I could be wrong.
22    If you look at this -- the last paragraph, you say
23 in the second sentence, "First CHRT is present in the
24 target tissue and directly provides growth stimulus to
25 genomically vulnerable cells of the breast lumen."

Vijayakrishna K. Gadi, M.D., Ph.D.

Page 290

1  A  Correct.
2  Q  Is that the same thing we were just talking about?
3  A  Yes.  That's a summary of, you know, five paragraphs.
4  Q  Right.
5     And then you say, the next sentence, "Additional
6     pathways are recruited by subsequent mutations and
7     other genetic alterations to eventually result in
8     frank cancer."
9  A  Right.
10 Q  So what you're describing here is these additional
11    pathways and subsequent mutations and genetic
12    alterations that happen before malignant
13    transformation here?
14 A  Or during that process.
15 Q  Or during the process?
16 A  Yes.
17 Q  And one of those is the HER2 mutation?
18 A  For example.
19 Q  So it can happen pre-malignant transformation or post?
20 A  Right.
21 Q  Do you know how often it does one or the other?
22 A  Again, just based on how these cancers segregate, I
23    think the vast majority of HER2 positive tumors -- and
24    by that, I mean two-thirds -- are probably -- and
25    that's an estimate -- are probably those where this

Page 291

1     HER2 amplification is the driving mutation.  Those are
2     the ones that were, quote, are addicted to that
3     pathway.
4        Then you've got this smaller sunset, the ER
5     positive subset, that were probably ER positive first,
6     and then one of the things that they were able to do
7     at some point was take on HER2 and that pathway to
8     help them grow.  And that's probably a smaller number
9     of patients.
10 Q  But I think we said before, even some of the ER
11    positive may have had HER2 as a -- as a pre-malignant
12    transformation?
13 A  Some of them, but that's probably less likely the
14    case.  I think just looking at, for example,
15    Dr. Perou's original study in Science, these tumors
16    that are HER2-enriched are very frequently not ER
17    positive; whereas, some of the luminal B tumors which
18    are ER positive might also be HER2 positive.
19 Q  So if we were to sort of draw the line of -- if we
20    draw down the middle of a page, the malignant
21    transformation line, in the HER2 overexpressing
22    category, you would say HER2 is most likely a
23    pre-malignant transformation event --
24 A  Correct.
25 Q  -- most of the time?

Page 292

1  A  Correct.
2  Q  In the ER-positive/HER2-positive category, you would
3     say it's most likely a later event?
4  A  Possibly later event.
5  Q  But it can be an early event?
6  A  Can be an early event.
7        There is data to support that, actually.
8  Q  What's the data?
9  A  Well, if -- it's not talked about often, but there are
10    studies, pathology studies -- and I couldn't cite them
11    to you, but I'm sure with a little time, I could dig
12    them up -- that look at DCIS, this precursor lesion,
13    invasion, invasive disease.  And those tumors are
14    frequently HER2 positive, but frequently being
15    sometimes as much as 50 or 60 percent of the time;
16    yet, most breast cancers aren't HER2 positive.
17 Q  Yeah.  How -- how do you explain that?
18 A  The vast majority of those tumors don't productively
19    get past that stage.  So even though it's present
20    often, it doesn't necessarily mean that those women go
21    on to develop cancer.  There's something else that has
22    to happen for a lot of those patients.
23       I'm supporting what you're saying, which is that
24    some tumors are just HER2 positive from the get-go,
25    without being ER being positive.

Page 293

1  Q  And some are HER2 positive from the get-go and ER
2     positive; correct?
3  A  That's possibly a smaller number.
4  Q  But as far as putting a percentage on it, you can't do
5     that?
6  A  I don't know off the top of my head.  Those are small
7     pathology series, actually.
8  Q  And forgive me if I asked you this, but can you -- if
9     a woman -- if you had a patient who was ER positive,
10    HER2 positive, could you look at her tumor and tell
11    whether or not the HER2 was a pre-malignant
12    transformation event or not?
13 A  I couldn't.  Not in any one case, no, but on
14    aggregate, I believe that those events happen where
15    the HER2 comes on later.
16 Q  You could never do something to rule out HER2 as an
17    early event?
18 A  No.  I think if you have these luminal A tumors
19    molecularly and some of them take on characteristics
20    to become luminal B by recruiting these other growth
21    pathways, you get that sort of slide from one group to
22    another.
23       I don't believe the HER2-enriched patients can do
24    the same thing.
25 Q  Just so we -- we have definitions for these things

Page 294

1    that you're talking about, what are atypical ductal
2    hyperplasia?
3  A   I'm not a pathologist.  I'll take my stab at it --
4  Q   Okay.
5  A   -- which is that the cells that are growing inside the
6    ducts are starting to occupy the ducts.  The cells
7    start to acquire abnormal cell shapes.  Instead of
8    being these nice little columns or squares, they have
9    disorganized cellular structure.  So that's the term
10   atypical ductal hyperplasia.
11       There's also a usual ductal hyperplasia, which
12   means that the cells still look somewhat normal;
13   they're just more of them than there should be.
14           THE REPORTER:  They're just more --
15   what?
16           THE WITNESS:  More of them than
17   there should be.
18  A   So they're growing but not abnormal looking; whereas
19   in atypical, they're not only growing but they also
20   look funny.
21  Q   (By Mr. Campbell)  And is HER2 positivity seen in
22   atypical ductal hyperplasia?
23  A   I don't know.  I don't know that it's honestly been
24   looked at.
25  Q   If it -- if it has been, you're not aware of it?

Page 295

1  A   I'm not aware of it.
2  Q   Did you research that issue as opposed --
3  A   No, not for this.
4  Q   What -- but you did say HER2 is found in DCIS?
5  A   Right.
6  Q   Is atypical ductal hyperplasia a precancerous
7    condition?
8  A   It's considered to be, yes.
9  Q   Do you consider it to be?
10  A   Yes.
11  Q   Let me ask you -- what I want to do now is talk a
12   little bit about the same timeline that we went
13   through, but -- but assume there's no Prempro
14   involved.
15  A   Okay.
16  Q   Can all those same things happen in a woman who
17   doesn't take Prempro?
18  A   Absolutely.
19  Q   How does that happen?
20  A   So again, these women over time accumulate certain
21   subtle mutations that lead to growth advantages.  The
22   growth advantages alone just lead to proliferation,
23   but they still respect certain parameters on how they
24   proliferate and they still look normal.
25       Then come along a few more mutations and they stop

Page 296

1    looking normal.  They start looking a little bit
2    funny.  And then they pick up a few more mutations and
3    all those barriers start to disappear, and eventually
4    they get to invasion.
5        These things don't happen as a continuum like we
6    discussed.  They -- it's just kind of stuck in this
7    way for a while, and then it gets to the next phase
8    and then it gets to the next phase.  And these things
9    happen in steps, but that's what we believe happens.
10  Q   And that -- and the process you're describing, does
11   that apply to ER-positive breast cancer?
12  A   I think it applies to all breast cancers.
13  Q   And so what is playing the role of Prempro in -- in
14   the case where a woman hasn't taken Prempro?
15  A   Sorry.  I don't understand the question.
16  Q   Well, you're -- the process you describe in your
17   report, you have very specifically described what CHRT
18   is doing.
19  A   Mm-hm.
20  Q   And my question is:  If a person isn't taking any CHRT
21   and the process is still the same, what is fulfilling
22   that role?
23  A   I don't know.  I don't know what those factors are.
24   It could just be stochastic changes over time.
25       Something was driving these processes from the

Page 297

1    beginning anyway.  They have just been continuing at
2    some low level.
3        In the women who actually take these exogenous
4    hormones, that's the fire on the kindle.  But these
5    fires, if you leave a fire just bristling over time,
6    it may grow on its own.  Right?  You don't need to
7    necessarily toss something on it.
8  Q   Is there a way to tell in an individual case of a
9    woman who took Prempro, whether her cancer would have
10   developed on its own or not?
11  A   I don't know.
12       We know statistically, for example, when you have
13   DCIS, these studies really haven't been done where you
14   just sort of leave the DCIS tumor alone and hope it
15   doesn't turn into cancer.  Those haven't been done,
16   because if we see it, we take it out.  But we can
17   still glean some information from the studies.
18       When it suggests that 40 percent of women who just
19   get a local sort of pulling out of that lump will
20   recur within that breast in the next six to eight
21   years, that's a pretty high number.
22       If you look at those same numbers for things like
23   atypical ductal hyperplasia and usual ductal, they get
24   progressively lower and lower.  So instead of 40
25   percent, it might be 10 and then 2 and 1.5.  You know,

Vijayakrishna K. Gadi, M.D., Ph.D.

Page 298

1   like this, it steps down, suggesting that there's a
2   process going on here.
3        In any given woman, you can skip some of these
4   steps.  You can go straight from normal-looking breast
5   tumor, to all of a sudden DCIS, without evidence of
6   these other changes.  But we believe these are the
7   steps that most women go through.
8   Q   And can you just walk me through, again, what are the
9   steps?
10  A   So perhaps atypical hyperplasia, and then followed by
11  DCIS, LCIS.  And LCIS, many people don't actually
12  consider cancer.  They truly consider that a
13  pre-malignant lesion.  And then eventually the DCIS
14  can evolve into invasive cancer.
15       And truth be told, most of these ER-positive or
16  PR-positive or negative tumors are associated with
17  DCIS.  You see that in the pathology specimen.  You
18  can see where those, quote, pre-malignant changes were
19  happening and where the more malignant transformation
20  may have occurred within the same breast specimen.
21  Q   And so in the case of a woman who has not taken
22  Prempro, isn't it correct to say that her own
23  endogenous estrogen can cause this proliferation
24  you're describing?
25  A   Potentially, yeah.

Page 299

1   Q   And is there -- would you be able to look at an
2   individual woman who took Prempro, got ER-positive
3   breast cancer, and determine whether or not she would
4   have gotten it anyway?
5   A   Not on an individual basis.
6        We know statistically, a lot these women don't go
7   on to get cancer.  Like I said, even with DCIS, 60
8   percent of those women would not have developed a
9   cancer in the next ten years.  So for any given woman,
10  we don't know that answer.  We just don't.
11  Q   Why not?
12  A   We're not there with our technology, our ability to
13  analyze those tumors, to make those types of
14  predictions.
15  Q   What about the relative risk for Prempro and breast
16  cancer?  What do you believe it to be?
17  A   Well, I think it spikes it.  And it depends on the
18  study.
19       Clearly if you look at the Women's Health
20  Initiative study in women who are in menopause for,
21  you know, X number of years and then got these drugs,
22  it pushes it up by 30 percent or so, whatever the odds
23  ratios are there.
24       In other studies, more of these observational
25  studies, where combined hormone therapies -- not

Page 300

1   necessarily Prempro, but drugs like it or Prempro
2   itself -- the risk is anywhere from, depending on the
3   tumor subtype, two to four times greater.
4   Q   What do you believe it to be?
5   A   I believe it to be around that ballpark.  It's
6   probably roughly a doubling of the normal rate at
7   which these things would have happened.
8            THE REPORTER:  Can we take a break
9   soon?
10           MR. CAMPBELL:  Yes.  I'll just do
11  one more quick section.
12  Q   (By Mr. Campbell)  Do you believe that all ER-positive
13  breast cancers require estrogen to grow?
14  A   No.  Some clearly can live without.
15  Q   And there are studies in which people are given
16  aromatase inhibitors prophylactically; right?
17  A   Mm-hm.
18  Q   And some of them still get ER-positive breast cancer?
19  A   Yeah, I'm not familiar with those studies.  Those are
20  small studies and I'm not sure, in the prevention
21  setting, what role these aromatase inhibitors have.
22  Q   Okay.
23  A   I honestly have not seen them published.
24  Q   Okay.  But if you -- do you believe what I said to be
25  true?

Page 301

1   A   It can be true.  And we can infer this from the
2   published studies.  You can -- the question hasn't
3   been asked specifically to answer it, but in the
4   published studies, for example, women who are on
5   aromatase inhibitors oftentimes don't get breast
6   cancer in the other breast as frequently as the women
7   who were on nothing.
8        So we know that it has that effect, but it's not
9   something that's been specifically studied yet.
10  Q   But how would a woman who is taking an aromatase
11  inhibitor get an ER-positive breast cancer if she
12  hasn't had any estrogen?
13  A   She, for example, maybe doesn't metabolize the drug
14  properly, so she doesn't have sufficient drug in her
15  system.
16       Maybe she's taking that but then has another
17  exogenous source of estrogen that's undocumented or
18  unrealized, like she's on -- you know, she drinks
19  three soy lattes a day or something.
20       So that's why you do the studies, because you
21  don't know how all these -- how all these things
22  interact.  But in general, we don't think those women
23  would form ER-positive tumors, but they can.
24  Q   Why would a soy latte be relevant?
25  A   It's a phytoestrogen.  Soy.

Vijayakrishna K. Gadi, M.D., Ph.D.

Page 302

1  Q  Soy is?
2  A  Yes.
3  Q  So women who take -- who are consuming soy potentially
4     have a source of estrogen?
5  A  Potentially.
6             MR. CAMPBELL:  Okay.  Let's take a
7     quick break.
8             THE VIDEOGRAPHER:  We're going off
9     record.  The time is 2:49.
10             (Recess 2:49-2:55 p.m.)
11
12             THE VIDEOGRAPHER:  We are back on
13     record.  The time is 2:55.
14
15
16             EXAMINATION (Continuing)
17  BY MR. CAMPBELL:
18  Q  The process you were talking about in which a tumor
19     can be initially ER positive and then develop other
20     pathways and the ER component of it gets to be less
21     important, can that occur -- or when does that occur
22     in the development of a cancer?  Let me ask it that
23     way.
24  A  I think it depends.  There's no prescribed sequence of
25     events.  Sometimes it's an early event; sometimes it's

Page 303

1     an event that happens after five years of therapy and
2     you develop metastatic disease.
3        I don't know that we know when those events happen
4     with clarity.
5  Q  And if I asked this before, I apologize, but I'll ask
6     it again.
7        In terms of a -- when a -- these abnormal cells
8     finally become a cancer cell, to when -- in other
9     words, when they go through malignant transformation,
10     to when the cancer is detectable, what is that time
11     frame usually considered to be?
12  A  Again, we don't know that in breast cancer well.  We
13     know that in other cancers, but in breast cancers, we
14     don't have that information.
15        Oftentimes women are getting mammograms annually,
16     nothing, nothing, nothing, and all of a sudden a year
17     later, there's a big spot and it turns out there's
18     DCIS throughout the breast and an invasive cancer you
19     can see.
20        So we don't know that answer for any given woman,
21     and we don't know that answer actually on the large.
22     It's just not been well described in humans.
23  Q  So this -- this process by which estrogen is playing a
24     role and then gets downregulated could happen decades
25     before the breast cancer is detected?

Page 304

1  A  Potentially, yes.
2  Q  And in any individual woman, is there any way to tell
3     when that happens?
4  A  I don't think so.
5  Q  Is that true for HER2-positive breast cancer, as well?
6  A  In those that are estrogen receptor positive, I
7     believe that's the case.
8  Q  So it could be the case that if a woman took Prempro
9     for five years before she was diagnosed with breast
10     cancer, that the estrogen pathway, part of the cancer
11     development happened long before she ever took
12     Prempro?
13  A  Possibly.
14  Q  And in those cases, Prempro wouldn't be playing a
15     major role?
16  A  Other than to be the stoking of the fire.  Maybe these
17     cancers would have never developed and become more frank
18     malignancy in the absence of something like a Prempro.
19  Q  But the process I'm describing would be a situation
20     where cancer already exists, in other words, malignant
21     transformation has already occurred --
22  A  Right.
23  Q  -- ER has been downregulated and HER2 is the primary
24     driver.
25  A  Possibly.

Page 305

1  Q  If that had happened and then a woman took Prempro,
2     Prempro wouldn't be having any effect?
3  A  Well, some of the data seems to suggest that drugs
4     like MPA can still stimulate and help cancer cells
5     along the way.  And that's what I was -- although
6     those are animal studies, the mechanisms exist for
7     that to still be relevant even after you have an
8     established breast cancer tumor.
9  Q  That's the -- this Reference 6 and 7 you were talking
10     about?
11  A  Yeah, exactly, as an example.  There's probably
12     others.
13  Q  Are there others that come to you off the top of your
14     head?
15  A  Not off the top of my head.
16  Q  And we were talking about those ER-positive/
17     HER2-positive cancers.  You said there's some
18     percentage of the time in which HER2 may be an early
19     event; in other words, a pre-malignant transformation
20     event.
21  A  Sure.
22  Q  Do you have any data on the percentage of time that
23     occurs?
24  A  I don't.  All I know is, when you look at the
25     pre-malignant, something like a DCIS or an LCIS

Golkow Technologies, Inc. - 1.877.370.DEPS

Vijayakrishna K. Gadi, M.D., Ph.D.

Page 306

1    lesion, that some fraction -- you know, 40, 50
2    percent -- are positive.  But we know that 40 or 50
3    percent of breast cancers are not HER2-amplified.
4    It's a smaller number.
5       So I don't know where those cells go, where those
6    tumors go; if they just never formed because they
7    never get enough more mutations to get past that.
8  Q  When you say that HER2 can lead to a downregulation of
9    ER --
10  A  Mm-hm.
11  Q  -- can you quantify that at all?
12  A  I don't think people can.  All we know is that -- the
13    way that's done in those experiments is, they --
14    typically, they're in vitro experiments and they
15    measure the amount of the RNA which would have
16    produced the protein.  So they can quantify that value
17    and say they went from this expression level to this
18    expression level.  But it's typically not to zero.
19    It's to some lower value.
20  Q  Have you ever heard this term "the hallmarks of
21    cancer"?
22  A  I've heard of it, and I've heard it used in different
23    lights, in different scenarios.  So --
24  Q  Do you have any particular view as to what the
25    hallmarks of cancer are as opposed to abnormal cells?

Page 307

1  A  I can -- I can take my stab on it --
2  Q  Sure.
3  A  -- as an expert and an oncologist.
4       I would say the hallmarks are disregulated,
5    unregulated growth; chromosomal abnormalities and
6    mutations that lead to those changes.
7  Q  Anything else?
8  A  I would just stick with those two.
9  Q  And HER2-positive breast cancer would qualify for both
10    of those?
11  A  Certainly.
12  Q  And the HER2 amplification would qualify for both of
13    those two things; correct?
14  A  Correct.
15  Q  So you say in your report that the loss of
16    progesterone receptors can be accompanied by an
17    increased activity of growth factors and growth factor
18    receptors; right?
19  A  Correct.
20  Q  And when a tumor loses it's progesterone receptors,
21    growth factors like HER2, EGF, can begin to drive the
22    growth of the breast cancer?
23  A  Correct.
24  Q  So the growth of an ER-positive/PR-negative tumor can
25    be driven by growth factors such as HER2 and EGF?

Page 308

1  A  Correct.
2  Q  And that can be independent of estrogen?
3  A  Correct.
4  Q  And those growth factors, HER2 and EGF, can actually
5    interfere with the estrogen pathway in some cases?
6  A  In some cases.
7  Q  In your report, if you look at the last -- I think
8    it's the last --
9  A  Report?
10  Q  Either one.  I think it's the same reference in both,
11    but let me see.
12       It's a sentence that -- it's toward the end and it
13    begins, "As further evidence..."
14  A  Sure.
15  Q  Do you see it?
16  A  Yeah, it's right here.
17  Q  Oh, great.
18       And I think you cite what's called the -- it's
19    called SEER data.  Does that ring a bell?
20  A  No.  That specific reference that says "As further
21    evidence" is a clinical trial, clinical study, looking
22    at withdrawal of hormone therapies.
23  Q  That's the Thakker?  Is that what that is?
24       Tell me which trial you're talking about.
25  A  Prasad.

Page 309

1  Q  Prasad.
2       Well, okay, let me make -- let me be more
3    specific, then.  I'm sorry.
4  A  Okay.
5  Q  Where you reference a decline in the risk of breast
6    cancer -- or a decline in the rate of breast cancer
7    following the reduction in use of Prempro --
8  A  Correct.
9  Q  Do you see that?
10  A  Right.
11  Q  And what's your reference for that?
12  A  16, which is the paper by Coombs, et al.  "The impact
13    of changes in hormone therapy on breast cancer
14    incidence in the U.S. population."
15  Q  And to your knowledge, does that paper actually
16    address either ER-positive/PR-negative tumors
17    specifically or HER2-positive tumors?
18  A  To my knowledge, they do not.
19  Q  So this reference is -- is a -- this statement is a
20    general reference?
21  A  Absolutely.
22  Q  You're not talking specifically about the issues here?
23  A  No.
24  Q  We were talking a little bit about breast cancer risk
25    factors.

Golkow Technologies, Inc. - 1.877.370.DEPS

Vijayakrishna K. Gadi, M.D., Ph.D.

Page 310

1    What do you consider to be the, for lack of a
2  better word, worst risk factors a person can have for
3  breast cancer?
4  A  CHRT use, genetics, family history.
5  Q  Anything else?
6  A  Those are the worst, I think.  Those are the ones
7     that -- CHRT use, because it's sort of a preventable
8     one.  And then genetics, because that's something a
9     woman just can't escape.  It's something that she's
10    sort of locked into, unfortunately.
11 Q  And what about in terms of relative risk that's
12    associated with these risk factors?  Are you ranking
13    them that way, as well?
14 A  No, I'm not.  I'm just -- you asked me a qualitative
15    question.
16 Q  Okay.  Well, let me -- that's -- that's fair enough.
17 A  Right.
18 Q  Let me ask you in a quantitative way.
19 A  Okay.
20 Q  What risk factors are considered to have the highest
21    relative risk, as far as you know?
22 A  Sure.  So of the non-modifiable ones, the one that the
23    woman is just born into, I think family history is one
24    of the strongest.
25 Q  What's the -- what's the relative risk that you put

Page 311

1     for --
2  A  I don't know the number.  And honestly, with the --
3     you're familiar with these calculators that can be
4     used.  You can probably figure out the relative
5     contributions to risk for these various non-modifiable
6     risk factors there are.
7        For the modifiable ones, I think hormone
8     replacement therapy use is probably one of highest
9     ones.  Obesity.  Smoking, potentially.  Exercise.  All
10    of these other sort of modifiable risk factors.
11 Q  With family history, how do you define that?
12 A  One or more first-degree relatives or multiple second-
13    degree relatives having had a breast -- a personal
14    history of breast; in some cases, ovarian cancer.
15 Q  And when you say first-degree relative, what do you
16    mean?
17 A  A mother, a sister, a daughter.
18 Q  And what about other -- family history of other types
19    of cancer?
20 A  They have some influence.  And that speaks to either
21    an environment that's shared and that's harmful in
22    some way, and in some cases a genetic mutation of a
23    different variety than the ones we typically think
24    about in breast cancer.
25 Q  What if a person had a first-degree relative who

Page 312

1     was -- had breast cancer and then other relatives who
2     had other types of cancer?
3  A  Still -- still matters to me.  I may not necessarily
4     have them screened for genetic mutations, unless
5     they're below a certain age, but it is worrisome.
6  Q  Let me just refer you back -- this is Exhibit No. 2,
7     now.  I want to talk about that --
8  A  Sure.
9  Q  -- paper -- or that report.
10       This is the first full paragraph on Page 3.
11 A  Okay.
12 Q  I think it's the last sentence.
13 A  This paragraph?
14 Q  Yeah.  It should start with -- here we go.
15 A  Okay.
16 Q  So this sentence starts with the word "However," but
17    I'll just -- I'll read it all here.
18       It's, "However, studies utilizing estrogen
19    derivation therapy (a class of drugs known as
20    aromatase inhibitors) demonstrate clear benefit to
21    targeting the ER as a form of treatment" -- then in
22    parentheses -- "(and therefore establish its
23    dependence on it for growth and proliferation) even
24    when tumors are poor for PR expression."
25       Do you see that?

Page 313

1  A  Sure.
2  Q  And the studies you cite there, there are three of
3     theme.  It's References 19 through 21.
4  A  Sure.
5  Q  And I think it's studies by Bartlett, Viale, and
6     Dowsett.  Correct?
7  A  Correct.
8  Q  But none of those are actually studies of Prempro, are
9     they?
10 A  No.  No.
11 Q  Women wouldn't normally take Prempro and an aromatase
12    inhibitor at the same time?
13 A  No.  It would undo the benefit of the aromatase
14    inhibitor.
15 Q  It wouldn't really make sense?
16 A  No.
17 Q  So the estrogen that's being -- that's at issue in
18    these studies is endogenous estrogen; right?
19 A  Right.
20       And I can clarify why I've included these studies.
21 Q  Sure.
22 A  The statement has been made that because PR-negative
23    tumors don't respond as well to estrogen-targeting
24    therapies, perhaps these cells aren't reliant on
25    estrogen, truthfully; there's something dysfunctional

Vijayakrishna K. Gadi, M.D., Ph.D.

Page 314

1  about that signaling.
2      And that may just be a unique phenomena to the
3  days of when we used Tamoxifen. It appears when you
4  use these aromatase inhibitor, where you can truly
5  deplete estrogen, there still seems to be some benefit
6  for targeting these tumors.
7      So although these tumors start off with a higher
8  risk of recurrence, the magnitude of benefit to using
9  aromatase inhibitors is essentially the same as when
10  people have hormone-positive/ER-positive/PR-positive
11  tumors and they take these drugs.
12      So it's not that there's a group that benefits
13  more, but what that tells us is that it still matters,
14  estrogen still counts in these tumors, and by taking
15  it away in whatever form, it's helpful in treating
16  these tumors.
17  Q  But the estrogen that's being studied in those cases
18  is endogenous?
19  A  Endogenous, right.
20  Q  Not conjugated equine estrogens?
21  A  No. And certainly not drug forms of -- yes.
22  Q  And there's no debate that endogenous estrogen is
23  associated with breast cancer risk?
24  A  I believe -- I believe that's the case.
25  Q  But the effects of endogenous estrogens are different

Page 315

1  than the effects of conjugated equine estrogens?
2  A  Potentially.
3  Q  You're not suggesting they're identical effects?
4  A  This has nothing to do what you're discussing there.
5      What I'm trying to make the point is that it's
6  still true that tumors that are PR negative can still
7  productively use estrogen --
8  Q  I see.
9  A  -- and by taking it away, you can prove that.
10  Q  That's all you're saying?
11  A  That's all I'm saying, yes.
12  Q  Okay. Have you done any sort of analysis to compare
13  the effects of endogenous estrogen to conjugated
14  equine estrogens?
15  A  No. And I'm not sure what's -- what you mean by that,
16  either.
17  Q  Well, for example, can you tell me the -- what amount
18  of endogenous estrogen is the equivalent of .625
19  milligrams of conjugated equine estrogens?
20  A  I can't, no.
21  Q  And you haven't done any sort of research to try to
22  figure that out?
23  A  No.
24  Q  I'm getting close to finished, so let me just --
25  A  Okay. Great.

Page 316

1  Q  Give me a second to skip past things I've already
2  covered.
3      Are you aware of any animal study data that
4  suggests that conjugated equine estrogens and
5  medroxyprogesterone acetate has been shown to increase
6  the risk of HER2-positive breast cancer in animals?
7  A  I did not come across studies of that nature.
8  Q  Did you look for that?
9  A  I didn't look for it, either.
10  Q  Do you know of any animal study data that suggests
11  that the components of Prempro have been shown to
12  increase the risk of ER-positive/PR-negative breast
13  cancer in animals?
14  A  No, I didn't.
15  Q  In other words, you didn't look -- you didn't look
16  for --
17  A  I didn't look for them, and I didn't find them by
18  random chance either.
19  Q  And you don't know of any?
20  A  And I don't know of any off the top of my head.
21  Q  Do you believe that all ER-positive/HER2-positive
22  tumors were once ER positive and HER2 negative?
23  A  I don't want to use the word "all," but I believe some
24  fraction may have started that way.
25  Q  Can you quantify --

Page 317

1  A  No.
2  Q  -- the fraction?
3  A  No.
4  Q  Is there a gene that corresponds to the estrogen
5  receptor?
6  A  There are several. There are several isoforms of the
7  estrogen receptors, so there's several genes, when
8  transcribed, can lead to the expression of the
9  estrogen receptor in its whole.
10  Q  Are any of them considered oncogenes?
11  A  It depends on how you define an oncogene. But
12  certainly, yes, if something is involved in the
13  causation of cancer, such as the estrogen receptor,
14  some people might classify those genes as oncogenes.
15  Q  Which ones?
16  A  ER alpha, ER beta chains.
17  Q  Do you classify them in oncogenes?
18  A  In the context of breast cancer, they appear to be.
19  Q  I think I asked you this, but I'll just cover it
20  again.
21      When we're talking about normal conditions of the
22  breast cell, these growth pathways are regulated and
23  kept in balance to prevent either excess or deficient
24  growth; correct?
25  A  Correct.

Golkow Technologies, Inc. - 1.877.370.DEPS

Vijayakrishna K. Gadi, M.D., Ph.D.

Page 318

1  Q   And once a cell becomes cancerous, these growth
2       pathways that are involved can actually help the
3       cancer to evade -- I guess, evade anti-cancer
4       treatments; right?
5  A   Right.
6  Q   Because one pathway gets blocked, another can either
7       spring up or take over?
8  A   Right.  It's like al-Qaeda.
9  Q   "It's like al-Qaeda."  How do you mean?
10 A   Well, just because you take out one leader doesn't
11      mean other people won't step up to the plate and try
12      and complete their mission.  So in the same way that
13      that's a cancer on all of us, these cancers behave the
14      same way.
15 Q   And looking backward, once a cancer is diagnosed, can
16      you ever tell which growth pathways were playing the
17      major -- a major role versus not?
18 A   It's hard, other than to know that when something is
19      eliminated, if the cancer doesn't come back, it was
20      probably the major player.
21      And for those HER2-positive/ER-negative tumors,
22      it's often the case that when you knock out HER2,
23      those tumors really just don't come back.
24 Q   Do you have good success with Herceptin?
25 A   I do.

Page 319

1  Q   And I don't know if I asked you this specifically to
2       your own practice, but how would you rank the success
3       rate of Herceptin with your own -- your own
4       observations clinically?
5  A   Right.  So it's probably still in that half the women
6       that can theoretically benefit from it do, but we are
7       now able to use it with different chemotherapy
8       partners, many of which are more effective than the
9       ones that have been studied formally.  And we can also
10      now use it in women with more advanced forms of cancer
11      to get complete responses and long-term survival when
12      used in conjunction with other HER2-targeting drugs.
13      So I've had good success with it in that regard.
14      And I have literally many patients who have HER2-
15      positive breast cancer that are Stage 4 metastatic
16      that are now going to live for a long time.  So...
17 Q   What other oncogenes are you aware of?
18 A   Many.  Many.
19 Q   What are considered to be the either most well-known
20      or the most concerning?
21 A   PRB, P53, HER2, EGFR1.  IGFR and all of its isoforms.
22      ER, ER beta, PR, all those would be considered
23      oncogenes to some degree.
24 Q   What about BRCA?
25 A   BRCA1 and 2, yes, certainly.

Page 320

1       Those are tumor suppressers, but, you know, in
2  many ways, they're the -- it's the opposite side of
3  the coin.
4           MR. CAMPBELL:  Let me maybe just
5  take a break and let Jennifer and I just talk for a
6  second.
7           THE WITNESS:  Sure.
8           MR. CAMPBELL:  And then we might be
9  finished.
10          THE VIDEOGRAPHER:  We are going off
11 record.  The time is 3:15.
12          (Recess 3:15-3:20 p.m.)
13          (Exhibit No. 10 marked
14          for identification.)
15
16          THE VIDEOGRAPHER:  We are back on
17 record.  The time is 3:20.
18
19
20          EXAMINATION (Continuing)
21 BY MR. CAMPBELL:
22 Q   Dr. Gadi, we've showed you what we've marked now as
23      Exhibit No. 10.  It's a paper by -- the lead author is
24      Lopez-Garcia.
25      Have you ever seen this paper before?

Page 321

1  A   I have not.
2  Q   Was it part of the materials given to you by the
3       plaintiffs?
4  A   No, it was not.
5  Q   And while we were off record, you mentioned that you
6       were familiar with one of the authors.  Which one is
7       that?
8  A   Dr. Jorge S. Reis-Filho.
9  Q   That's the last name?
10 A   Last name.  He's the senior author.
11 Q   And when somebody is the last name author, that's
12      actually a good thing --
13 A   Right.
14 Q   -- in these papers; right?
15 A   Right.
16 Q   Means you're a senior person?
17 A   Right.
18 Q   How --
19          MR. WILLIAMS:  Let me object to the
20 use of the paper.  This was not on your disclosure
21 either.  I don't think it's fair to ask him about it
22 at all.  But -- was it on your disclosure?
23          MR. CAMPBELL:  I believe it is.  I
24 don't know.
25          MS. FUERCH:  It should have been

81 (Pages 318 to 321)

Vijayakrishna K. Gadi, M.D., Ph.D.

Page 322

1    included in the generic --
2              MR. WILLIAMS:  If it was, then --
3              MS. FUERCH:  -- letter.
4              MR. WILLIAMS:  -- that's fine.
5              MR. CAMPBELL:  I believe it is.
6    Q    (By Mr. Campbell)  What's your -- what's your
7    knowledge of Dr. Reis-Filho?
8    A    Just from conferences and such.  And one of his
9    primary collaborators is somebody I've met with a
10   number of times, as well.  Allan Ashworth.
11   Q    And do you believe Dr. Reis-Filho to be a respected
12   scientist?
13   A    Highly.
14   Q    And how -- what has he spoken on that you've ever --
15   A    He is a molecular pathologist.  He is an expert on the
16   molecular pathways and how tumors form and -- and the
17   things that make them vulnerable to certain types of
18   therapies as opposed to others.
19   Q    And just referring to Figure 4 that I have sort of
20   given you a heads-up about before we went on the
21   record here, I'm going to ask you a couple questions
22   about it.
23          Generally speaking, what do you interpret Figure 4
24   to represent?
25   A    I think in a simple one figure, he is trying to

Page 323

1    capture all the diversity of the different types of
2    lesions, whether it's a physical phenotypic lesion
3    versus a genetic lesion, that tumors can have and the
4    paths that they can take.
5           If you notice, there's a lot of arrows crossing
6    that dashed line, suggesting there's back-and-forth
7    between the different types of subtypes, depending on
8    where you start.
9    Q    And do you interpret this figure to represent that
10   HER2 is always a late-stage event in ER-positive
11   breast cancer?
12   A    It looks -- I mean, there's no temporality to this, so
13   I don't know if that's something that can be made,
14   just looking at this figure.  It just shows how these
15   arrows link up, but there's no time course here, so to
16   speak, of how this happens.
17          It does look like there's a higher grade ER
18   negative/HER2 subset, if you look in the middle of the
19   graph there, that can lead to Grade 3 infiltrating
20   ductal carcinoma that's HER2 positive.  I think those
21   are the HER2-enriched cancers that we've been
22   discussing.
23          But then there's clearly some HER2 positives that
24   can turn into DCIS.  And he's got an arrow going from
25   the high-grade DCIS luminal going to a high-grade DCIS

Page 324

1    HER2, which then steps over to the high-grade Grade 3
2    infiltrating ductal carcinoma that's HER2 positive,
3    which is sort of consistent with what we've been
4    discussing this afternoon.
5           But clearly there's other HER2 tumors here that
6    have developed late, after many other mutations have
7    taken place.
8    Q    Do you see anything here that is inconsistent with
9    what you and I have talked about earlier?
10   A    No, not at all.  And it shows, I think very
11   graphically, how often these lesions can go back and
12   forth between these different states as they are -- as
13   they are becoming more aggressive and more malignant.
14   Q    There's dotted lines and there's solid lines.
15   A    Right.
16   Q    Do you understand there to be a difference?
17   A    You know, I'm not sure.  I wonder in the solid
18   lines -- I don't know what he means by those, because
19   he doesn't clarify that in the actual figure legend,
20   on that legend, anyway.
21   Q    I think in the Figure 3, if you turn back two pages,
22   I'll show you what I'm thinking.
23   A    Mm-hm.
24   Q    At least it says here, it says, "Connectors drawn with
25   discontinuous lines represent hypothetical links yet

Page 325

1    to be demonstrated."
2    A    Okay.
3    Q    Do you see that?
4    A    Yeah.
5    Q    Do you -- would it be reasonable to assume that that
6    also applies to Figure 4?
7    A    I -- I don't want to say that.
8    Q    Don't know for sure?
9    A    Don't know for sure.  We can always write the authors.
10             MR. CAMPBELL:  I think that's all I
11   have right now.  Thank you.
12             THE WITNESS:  Thank you.
13             MR. WILLIAMS:  Oh, I've got just a
14   couple questions.
15
16
17              EXAMINATION
18   BY MR. WILLIAMS:
19   Q    Dr. Gadi, you were asked at least a couple questions
20   where the term "rule out" was used.  And I just want
21   to clarify how you understood that.
22          If -- if you're presented with a woman who has
23   been taking Prempro and she's diagnosed with an
24   ER-positive/HER2-positive tumor, I think you were
25   asked can you rule out that the HER2 was not the

Vijayakrishna K. Gadi, M.D., Ph.D.

Page 326

1  driving force on that thing.  And I think you said you
2  could not rule that out.
3       Is that right?
4  A  Couldn't rule it out or rule it in.
5  Q  Right.
6       But do you have an opinion as to the probability
7  of whether or not the HER2 is the driving force in
8  that situation?
9  A  Right.  I think more likely than not, most of the time
10  it's a Johnny-come-lately.  It's a mutation that came
11  later.
12      The driving mutations initially were probably
13  those related to the estrogen receptor and that
14  pathway.
15  Q  Well, and what about at the present time, when you're
16  getting ready to treat her, don't you still assume
17  that it's -- the ER positive is an active force?
18  A  Right.  And so for those tumors that are positive for
19  both those receptors, our initial efforts are to
20  target with chemotherapy usually and HER2 targeting
21  medicines first.
22      Once the chemotherapy is completed, then we always
23  offer estrogen-targeting therapies to those women.
24  Q  Is --
25  A  Sometimes --

Page 327

1  Q  Is that because you believe, more likely than not,
2  that ER the still a driving force in that tumor?
3  A  Correct.  And the data suggests that -- that those
4  women still harbor significant benefit from targeting
5  the estrogen receptor.
6  Q  And then I want to ask the same series of questions
7  about a woman who presents with an ER positive but PR
8  negative tumor.
9  A  Right.
10  Q  Again, you can't rule out the possibility that the ER
11  is inactive, can you?
12  A  Right.
13  Q  But is it more likely than not that the ER is still
14  the active driving force?
15  A  It is, even though a larger friction of these women
16  will recur than those with both receptors concordantly
17  expressed, they still harbor benefit from targeting
18  and treating that receptor pathway, suggesting that
19  they are still dependent on estrogen-receptor-based
20  signaling for growth.
21           MR. WILLIAMS:  That's all I have.
22           MR. CAMPBELL:  Thank you.
23           THE VIDEOGRAPHER:  The number of
24  tapes used in today's deposition were three.  This
25  concludes the deposition.  We're going off record.

Page 328

1       The time is 3:27 p.m.
2            (Signature reserved.)
3            (Deposition concluded at
4            3:26 p.m.)

Page 329

1  STATE OF WASHINGTON )   I, Karmen M. Fox, CCR, RPR, CRR,
                       ) ss a certified court reporter in
2  County of Pierce    )   the State of Washington, do hereby
                           certify:
3
4       That the foregoing deposition of VIJAYAKRISHNA K.
5  GADI, M.D., PH.D., was taken before me and completed on
   May 7, 2011, and thereafter was transcribed under my
6  direction; that the deposition is a full, true and complete
   transcript of the testimony of said witness, including all
7  questions, answers, objections, motions and exceptions;
8       That the witness, before examination, was by me
   duly sworn to testify the truth, the whole truth, and
9  nothing but the truth, and that the witness reserved the
   right of signature;
10
11      That I am not a relative, employee, attorney or
   counsel of any party to this action or relative or employee
   of any such attorney or counsel and that I am not
12  financially interested in the said action or the outcome
   thereof;
13
        That I am herewith securely sealing the said
14  deposition and promptly delivering the same to
   Attorney Christopher G. Campbell.
15
        IN WITNESS WHEREOF, I have hereunto set my
16  signature on May 11, 2011.
17
18
19
20
21
22  _____
    Karmen M. Fox, CCR, RPR, CRR
23  Certified Court Reporter No. 1935.
24
25

Golkow Technologies, Inc. - 1.877.370.DEPS

Vijayakrishna K. Gadi, M.D., Ph.D.

Page 330

1      ACKNOWLEDGMENT OF DEPONENT
2      I, Vijayakrishna K. Gadi, M.D., Ph.D., do hereby
       certify that I have read the foregoing pages, 1
3      through 329, and that the answers given by me to the
       questions therein propounded, except for the
4      corrections or changes in form or substance, if any,
       noted in the attached Errata Sheet.
5
6      _____
       VK Gadi, M.D., Ph.D.
7      May 7, 2011
8
       Subscribed and sworn to before
9      me this    day of        , 2011.
       My commission expires:
10
11     _____
12     Notary Public
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 331

1      _ _ _ _ _ _ _
2      E R R A T A
       _ _ _ _ _ _ _
3
4      PAGE   LINE        CHANGE / REASON
5      ____   ____   _____
6      ____   ____   _____
7      ____   ____   _____
8      ____   ____   _____
9      ____   ____   _____
10     ____   ____   _____
11     ____   ____   _____
12     ____   ____   _____
13     ____   ____   _____
14     ____   ____   _____
15     ____   ____   _____
16     ____   ____   _____
17     ____   ____   _____
18     ____   ____   _____
19     ____   ____   _____
20     ____   ____   _____
21     ____   ____   _____
22     ____   ____   _____
23     ____   ____   _____
24     ____   ____   _____
25     ____   ____   _____

84 (Pages 330 to 331)