# EXHIBIT 48

## DECLARATION & EXPERT REPORT OF
## ELIZABETH Z. NAFTALIS, M.D.

### Re: General Opinions on Short Term Use and Lobular Cancer

This report deals solely with my general causation opinions relating to "short term use" of combination hormone therapy (E+P) and the development of lobular cancer. Although I do not believe it is medically appropriate to categorize use of combination hormone therapy (E+P) for three years or less as "short term," I understand that this is the definition I should use for this report. I have been previously deposed and testified at trial in a number of short term use cases.[1] To date, all challenges (under *Daubert or Frye*) to my expert opinions in short term use cases have been denied.[2]

### *Background, Education & Experience*

Detailed information concerning my background, education and experience is fully described in my original expert report in this case dated 12/27/10. I have a medical degree from the University of Texas Health Science Center in Houston (1986) and am a medical doctor who specializes in the surgical evaluation and treatment of breast disease and breast cancer. I was also an Assistant Professor in the Department of Surgery, Division of Surgical Oncology at University of Texas Southwestern and taught medical students, residents and breast fellows as well as treated patients in both the private and public setting. I examined more than 2,000 patients per year for breast evaluations and provided surgical evaluation to approximately 100 breast cancer patients per year. At UT Southwestern, I was Director of Operations at the Surgical Breast Clinic, Director of the Komen /UT Southwestern Breast Fellowship, Medical Director of the Volunteer Program, and holder of the Charles and Jackie Solomon Breast Chair. From 2002 to 2004, I was the Program Director for the Komen/UTSW Breast Fellowship Program. I have worked as an investigator and researcher on various topics involving breast cancer as well as a co-investigator in larger research groups. I have training and experience working with pharmaceutical companies as a spokesperson.

I am currently the Director of Breast Services for HealthTexas Community Health Services. In that position, I routinely discuss with patients breast cancer, risk factors and causes for breast cancer.

---

[1] See, Ex. 1- Naftalis trial testimony in *Daniel v. Wyeth,* 1/12/07AM and 1/12/07 PM (plaintiff developed ductal cancer after use of E+P for 18 months); Ex. 2 - Naftalis deposition in *Scharff v. Wyeth,* 3/21/11 (plaintiff developed lobular cancer after use of Prempro for 16 months)*;* Ex. 3- Naftalis deposition in *Hansen v. Wyeth,* 1/19/11 (plaintiff developed lobular cancer after her use of Prempro for 26 months); Ex. 4- Naftalis deposition in *Kaufman v. Wyeth* (plaintiff developed lobular cancer after her use of Prempro for 26 months); Ex. 5 - Naftalis deposition in *Baldonado v. Wyeth,* 8/12/11 (plaintiff developed cancer after use of Prempro for 29 months).

[2] See *Daniel v. Wyeth Pharmaceuticals, Inc.*, 15 A.3d 909 (Pa. Super. Ct. 2011)(Pennsylvania appellate court concluded the plaintiff presented sufficient evidence that the short term use of Prempro increases the risk of breast cancer and caused Mrs. Daniel's breast cancer); Ex. 6 - *Frye* Order in *Daniel v. Wyeth*; Ex. 7 - Order in *Kaufman v. Wyeth*; Ex.8 - Order in *Hansen v. Wyeth*.

*Basis for Opinions*

I have based my opinions on my years of clinical experience, background, education and training as well as an extensive review of the medical literature.  I offer my opinions in this report to a reasonable degree of medical certainty.  This means that I believe them all to be probably true based on all available data and reasonable scientific and medical principles.  I have used the same type of scientific rigor in analysis and reasoning here that I use in my professional work.

In forming my opinion on this issue I reviewed the following:

- Published medical literature relating to E+P and the growth and development of breast tissue including breast cancer;

- Expert reports and / or sworn testimony of medical experts re: short term use of E+P and the development of breast cancer from the following medical fields: Oncology: Drs. Ozer,[3] Pritchard[4] and Beron[5]; Epidemiology: Drs. Colditz,[6] Gann,[7] and Austin;[8] and Pathology: Dr. Michaels.[9]

- Expert report and sworn testimony of Wyeth's designated short term use expert: Dr. Kurt Barnhart.[10]

- Documents produced in discovery as well as depositions of Wyeth's experts and corporate scientists.

## A.  Question Asked

It is my understanding that the questions being reviewed are:

(a) Can use of E+P for less than 3 years cause lobular (i.e. hormone dependent) breast cancer through promotion?
    Answer: Yes.

---

[3]     Ex. 9 - Expert report of Dr. Ozer in *Baldonado v. Wyeth,* 8/24/11.

[4]     Ex. 10 - Expert report of Dr. Kathleen Pritchard in *Jenkins v Wyeth*, 10/22/10.

[5]     Ex.12 - Deposition of Dr. Beron, 6/28/11; Ex. 13 - Deposition of Dr. Beron, 7/21/11.

[6]     Ex. 14 - Expert report of Dr. Graham Colditz on short term use and breast cancer, 3/14/11; Ex. 15 - Preservation deposition testimony of Dr. Colditz, 12/18/06, 12/29/06 and 12/30/06.

[7]     Ex. 16 - Expert  report of Dr. Peter Gann on short term use and breast cancer, 3/14/11.

[8]     Ex. 17- Testimony of Dr. Don Austin in *Daniel v. Wyeth*, 1/16/07 PM; Ex.18 Testimony of Dr. Austin in MDL *Daubert* hearing, 1/12/11.

[9]     Ex. 19- Expert report of Dr. Michaels in *Jenkins v. Wyeth*.

[10]    Ex. 20 - Expert report of Dr. Barnhart; Ex.21 Testimony of Dr. Barnhart at MDL hearing, 1/12/11.

(b) Can use of E+P for less than 3 years aggravate a pre-existing occult breast cancer into a clinical lobular (i.e. hormone dependent) breast cancer through promotion in some women?

Answer: Yes. It would be medically implausible for this not to be true. Stated another way, for some women but for the use of E+P for 3 years they would not have developed clinical breast cancer.

## B. General Causation Opinions

Combination hormone therapy (E+P) as found in Prempro causes breast cancer by promotion.[11] The International Agency for Research on Cancer (IARC), an organization that Wyeth's experts agree is "respected,"[12] concluded in 2011 that E+P "causes breast cancer."[13] The impact of E+P on the breast cancer incidence in this country has been dramatic. It is estimated that E+P caused 200,000 excess breast cancers from 1992-2002[14] and that as many as 50% of women diagnosed with breast cancer have taken hormone therapy.[15] Dr. Larry Norton, Medical Director of Sloan Kettering's breast cancer center, calculates that, "as high of a third of breast cancers in post menopausal women" in the past were "caused by hormone replacement therapy."[16]

Hormone receptor positive breast cancers rely upon hormones for their development and growth.[17] The presence of hormones causes these cancers to grow, develop and progress. The absence or deprivation of hormones causes these cancers to stop growing and shrink or regress.

---

[11]    Ex. 22 - Taylor & Manson, *Update in Hormone Therapy Use in Menopause*, J Clin Endocrinol Metabolism, Vol. 96: 255–264 (2011)- PX ML 6106 at p. 5  (E+P exerts a promotional effect on existing occult tumors rather than causing initiation of new tumors); Ex.23 - Colditz, *Decline in breast cancer incidence due to removal of promoter: combination estrogen plus progestin*, Breast Cancer Research 2007: Vol 9, No. 108 (2007) – PX ML 4681 at p. 1 (Hormone therapy can "act as a late promoter of cancer"); Ex. 24 - Weinberg, *The Biology of Cancer*, Textbook (2007) – PX 1766 at p. 3 (Steroid hormones estrogen and progesterone function as tumor promoters).

[12]    Ex. 25- Testimony of Wyeth's expert, Dr. Palazzo  in *Zahn v. Wyeth*, 2/18/11 at p. 45:25-46:5.

[13]    Ex. 26 - IARC Monograph 2011 – PX 866C at p. 34 (Combined estrogen-progestogen menopausal therapy causes cancer of the breast).

[14]    Ex. 27- Dr. Rowan Chlebowksi, lead investigator of WHI study, discussing WHI study results- PX 21094.

[15]    Ex. 28 - Fleming, *Do Women taking Hormone Replacement Therapy (HRT) have a Higher Incidence of Breast Cancer than Women who do not*? Integr Cancer Ther, Vol. 2; 235 (2003) – PX ML 6131 at p. 1.

[16]    Ex.29 - PX 8078B (Transcript of a speech by Dr. Norton at p. 33; Ex. 30- PX 8078C (Biography of Dr. Larry Norton).

[17]    For example, Ex.31 -  Oncolink (The presence of estrogen and progesterone receptors means that the cancer requires estrogen for its growth)- PX 8426B; Ex. 32  - National Cancer Institute Website (Cancers with these hormone receptors need hormones to grow) - PX 8426A; Ex.33 - Ao, *Response of Estrogen Receptor-Positive Breast Cancer Tumorspheres to Antiestrogen Treatments*, PLoS, Vol. 6, Issue 4 (2011) – PX ML 6123 at p. 1 (Hormone receptor positive cancers "depend on estrogen for growth"); Ex. 34- Nakata, *Role of steroid sulfatase in local formation of estrogen in post-menopausal breast cancer patients*, J Steroid Biochem. Mol. Biol, Vol. 86(3-5):455-60 (2003).
at p. 1 (Hormone dependent cancers "depend on estrogen for their proliferation and survival") .

Outside of the courtroom these concepts are generally accepted and not the subject of debate. Wyeth admits that receptor positive breast cancer "requires hormones to grow"[18] and its in-house oncology researchers agree that there is "substantial evidence" that "estrogen promotes the development of breast cancer and stimulates tumor growth."[19] Wyeth also admits that taking combination hormone therapy increases the risk "of developing and dying"[20] from breast cancer and that E+P makes cancer "bigger" and "worse."[21] In the most recent MDL trial, Wyeth admitted that E+P "causes a cell to grow" and "reproduce."[22] Researchers at the Dana Farber Cancer Center acknowledge that an activated estrogen receptor is "the master regulator of cell growth" for hormone positive cancers, meaning that the growth of such cancers "is fueled by estrogen."[23]

Lobular cancers are almost always hormone receptor positive.[24] Since E+P causes hormone receptor positive cancers, it is easiest to see the impact of E+P on this type of breast cancer as there is no dilution of the increased risk (as would be seen for ductal cancers where 25-33% are hormone receptor negative).

E+P impacts hormone sensitive tissue quickly.[25] E+P can impact the development and growth of hormone dependent breast abnormalities or occult cancers in as little as a few months of exposure.  E+P's impact can occur in the later stages of carcinogenesis.  Women who develop breast cancer from taking E+P had some preexisting breast disease (which developed over a period of time) and which was susceptible to hormone stimulation. E+P continues the development, accelerates and aggravates the hormone driven progression to cancer in these women, especially those who, but for use of E+P, were hormone deficient.  In some women, this aggravation will lead to the clinical manifestation and diagnosis of breast cancer within a short period of time from the start of therapy.

How quickly E+P produces a detectable impact, aggravation or harm depends primarily on type and extent of preexisting breast disease (cancerous or pre-cancerous) the patient has when she begins taking E+P.    There are women who, when they began taking E+P, had

---

[18]      Ex. 35 - Wyeth's website-PX 10555 (This type of cancer requires estrogen to grow).

[19]      Ex. 36 - Sadler, *Combination therapy for treating breast cancer using antiestrogen, ERA-923, and the mammalian target of rapamycin inhibitor, temsirolimus*, Endocrine-Related Cancer, Vol. 13: 863–873 (2006) – PX ML 6126.

[20]      Ex. 37- Wyeth's website – PX 10556 at p. 2.

[21]      Ex. 38 - Pickar, James - Trial Testimony in *Henry/Buxton* (08/03/10 PM) – PX 20260C.

[22]      Ex. 39- Wyeth's Opening Statement in *Curtis v. Wyeth*, 10/5/11.

[23]      Ex. 40 - Dana Farber Website at p. 1 – PX 21128.

[24]      Ex. 41 - Chen, *Hormone Replacement Therapy in Relation to Breast Cancer*, JAMA, Vol. 287 No. 6 (2002) – PX ML 53 at p. 7 (Lobular tumors are more frequently ER and PR positive than ductal cancers and thus might be particularly influenced by HT use); Ex. 49 - Li, *Hormone replacement therapy in relation to risk of lobular and ductal breast carcinoma in middle-aged women*, Cancer. Vol. 88(11):2570-7 (2000) – PX ML 49 at p. 2 (Lobular cancers appear to be more hormonally dependent and are more likely to ER+ /PR+).

[25]      Ex. 42 - PX 862B (2010 Prempro Label: benefits seen on hormone sensitive tissue within 4-12 weeks).

4

preexisting occult hormone dependent tumors that were months to a couple of years away from becoming clinical breast cancer.  If those women were hormone deficient, had they not taken E+P, within reasonable medical probability those preexisting tumors would not have progressed to clinical cancer.[26] As. Drs. Berry and Ravdin explain, "Consider a woman with a tumor that was growing and was destined to be detected in 2003. She had a negative mammogram in early 2002.  When the WHI results were announced in July 2002, she stopped taking menopausal hormone therapy. Deprived of a major source of fuel, her tumor stopped growing or its growth slowed" making it no longer detected in 2003.[27]   In contrast, if this hormone deficient woman used E+P, the drug would stimulate, aggravate, cause and continue the progression of those tumors to the point of clinical cancer. As discussed below, even one doubling in the size of the tumor can sometimes be enough to aggravate a subclinical tumor into clinical cancer and such can obviously occur in less than one year.  In hormone dependent breast cancers such a doubling does not occur without sufficient hormones.  In hormone deficient women, absent E+P, it is much more likely that such a hormone dependent tumor will shrink than continue to grow.

It is well-accepted that a later age for onset of menopause increases a woman's risk of breast cancer because even an additional few months or years exposure to a woman's own natural hormones increases risk of promotion of hormone dependent breast abnormalities.[28] Menopause has been recognized as a breast cancer risk modifier for many years and detailed evaluations confirm that age at menopause can be a major modifier of breast cancer risk in the postmenopausal years.[29]   In both the Collaborative Group study reanalysis and National Health Service data, risk of breast cancer increases by approximately 2.8% for each additional year of delay in natural menopause.[30]   Since Wyeth admits that the hormones in E+P drugs such as Prempro have the same effect on breast cells as endogenous hormones, exposure to E+P for months to years would similarly increase the risk of breast cancer.[31]

---

[26]     Ex. 43 - Berry and Ravdin, *Breast Cancer Trends: A Marriage between Clinical Trial Evidence and Epidemiology*, JNCI, Vol. 99, Issue 15 (2007)- PX ML 4775 at p. 2 (Stopping menopausal hormone therapy removes the fuel that is promoting the growth of some tumors. The growth of these tumors preferentially ER-positive tumors may slow or stop entirely, or the tumors may even regress)

[27]     Ex. 43- Berry and Ravdin, *Breast Cancer Trends: A Marriage between Clinical Trial Evidence and Epidemiology*, JNCI, Vol. 99, Issue 15 (2007)- PX ML 4775 at p. 2.

[28]     Ex. 44 - Colditz, *What can be learned from models of incidence rates?* Breast Cancer Research, Vol. 8(3):208 (2003).

[29]     Ex. 44 - Colditz, *What can be learned from models of incidence rates?* Breast Cancer Research, Vol. 8(3):208 (2003) at p. 3.

[30]     Ex. 44 - Colditz, *What can be learned from models of incidence rates?* Breast Cancer Research, Vol. 8(3):208 (2003) at p. 3; Ex 45 Collaborative Group on Hormonal Factors in Breast Cancer, *Breast cancer and hormone replacement therapy: Collaborative Reanalysis of data from 51 Epidemiological Studies of 52,705 women with Breast Cancer and 108,411 Women without Breast Cancer*, Lancet, Vol. 350 (1997) – PX ML 22; Ex. 24 - Weinberg, *The Biology of Cancer*, Textbook (2007) – PX 1766 at p. 3-4 (Removal of the ovaries, a prime source of estrogen in the female body, causes breast cancer risk to plummet by 90% . Conversely postmenopausal women who contract breast cancer have on average a 15% higher level of circulating estrogen than unaffected women).

[31]     Ex.47 Testimony of Wyeth's expert, Dr. Lewis Chodosh in *Daniel v. Wyeth*, 1/19/07 at p. 33:2-6 (A cancer cell or tumor cell, doesn't know the difference between endogenous, from inside the body, or exogenous hormones taken by pill); Ex.48 - Testimony of Wyeth's expert, Dr. Lewis Chodosh in in

## C.  Biologic Mechanism

Breast cancer is cell growth that is out of control.  Breast cancer is a heterogeneous disease with a number of subtypes that act differently, have different characteristics and respond differently to treatment.  The general process by which hormone dependent breast cancers grow and change is well understood.[32] The very first mutation that would make a cell appear abnormal under the microscope is the "initiation" of the tumor. E+P does not initiate such damage. The tumor will then move or "progress" on a pathway towards cancer from abnormality to hyperplasia to atypical hyperplasia to *in situ* to invasive.   A "promoter" can act at any stage of the tumor's development to make it grow and divide faster.  Promotion thus causes progression as well as accelerated growth in size at the cancer's current stage.  Premalignant stages are "non-obligatory" cancer precursors since it is not inevitable that any abnormality will have enough stimulation or fuel to progress. Promotion is thus a reversible process in that, if the stimulation or fuel is removed, the accelerated growth can stop, and the lesion can regress.[33] E+P's promoter effect thus causes an increase in proliferation or cell division and impacts the size of the preexisting disease as well as increases the rate of opportunistic mutations causing progression to a more malignant phenotype. For this reason, current treatments for breast cancer include therapies designed to either kill dividing cells, like radiation or chemotherapy, or regimens to remove or block "the fuel" or promoter which makes the cancer divide, grow and develop (such as Tamoxifen, Aromasin, Arimidex).

The smaller and less developed the tumor is in its progression towards cancer, the more hormone dependent it is likely to be.  For example, atypical hyperplasias are highly hormone dependent.[34] As Wyeth's expert admits, such "precancerous" lesions are essentially cancer in every way except for their size.[35]

---

*Rowatt v. Wyeth*, 10/3/07 at p. 4351: 18-22 (Cancer cells cannot  tell where the hormones comes from, endogenous versus exogenous); Ex.49 - PX 6494 - 1999 Prempro Label (The pharmacologic effects of the administered conjugated estrogens are similar to those of endogenous hormones).

[32]      See generally, Ex.50 - Clarke, *Hormonal carcinogenesis in breast cancer: cellular and molecular studies of malignant progression*, Breast Cancer Research and Treatment, Vol. 31: 237-248 (1994); Ex. 24 - Weinberg, *The Biology of Cancer*, Textbook (2007) – PX 1766 at p. 5 (Without clonal expansion, tumor progression will halt); Ex.51 Lanfranchi, *Breast Cancer Risks and Prevention (*Fourth Edition) (2007) – PX ML 6093.

[33]      Ex. 51- Lanfranchi, *Breast Cancer Risks and Prevention (*Fourth Edition) (2007) – PX ML 6093 at p. 6 (Promoters or mitogens are substances that do not damage DNA, but which stimulate cells to multiply. For example, cancers that have estrogen receptors can be stimulated to grow faster when elevated levels of estrogen are present. Women taking hormone replacement therapy containing estrogen may develop a breast cancer caused by the hormones. Or the hormone replacement therapy may simply cause the breast cancer cells that have estrogen receptors in them to grow faster); Ex.52 - Allred, Diseases of the Beast: Chapter 23, "*Pathology and Biological Features of Premalignant Breast Disease*" at p. 321-330 (End result of increased proliferation is "increased growth" as the promoter creates "fertile soil for accumulating random genetic defects, leading to diversity and progression to other types of lesions," including more committed breast cancer precursors such as atypical ductal hyperplasias).

[34]      Ex.53 - Fisher, *Tamoxifen for Prevention of Breast Cancer: Report of the National Surgical Adjuvant Breast and Bowel Project P-1 Study*, J. of National Cancer Inst., Vol. 90, No. 18, (1998) – PX

In terms of timing, several lines of evidence establish that E+P has a rapid impact on hormone sensitive breast tissue. For example, Wyeth's Prempro label confirms that E+P reduces symptoms of hormone deficiency within 4-12 weeks by binding to hormone receptors and affecting hormone sensitive tissue.[36] Clearly, E+P would have a similar rapid effect on the hormone dependent tissues in the breast, including normal, premalignant as well as malignant cells.

### (i) Impact on Proliferation of Cells

One way to assess E+P's impact on preexisting abnormalities or tumors is to measure how quickly E+P increases proliferation in breast tissue. As the *Murkes* published article explains, there is increased proliferation with Prempro after just two months of drug exposure and this "increased proliferation during E+P use must be regarded as an unwanted potentially hazardous side effect."[37] Wyeth's expert, Dr. Geza Acs agrees that E+P can stimulate proliferation in the breast "probably within a few weeks" of starting the drug.[38] In 2011, the International Agency on Cancer (IARC) noted that "Progestogens including those used for combined estrogen–progestogen menopausal therapy appear to have the capacity to stimulate cell proliferation in the breast. The magnitude of these effects varies for different synthetic progestogens, with a suggestion that medroxyprogesterone acetate is very active."[39]

### (ii) Impact on Breast Density

E+P impacts natural breast density quickly and within a year of drug use.[40] E+P can both stop the natural involution of breast density[41] and can cause an increase in breast density.[42] For some women this density impact results in actual breast tenderness.[43]

---

ML 3867 (Tamoxifen decreased the risk of invasive cancer by 86% in women with a history of atypical hyperplasias).

[35]     Ex. 54- Deposition testimony of Wyeth's pathology expert, Dr. Geza Acs, 9/27/10 at p. 12:24-13:12 (If you compare atypical ductal hyperplasia to low grade DCIS, the way the cells look and the molecular changes they have are very similar or identical. We separate them out arbitrarily based on size criteria).

[36]     Ex. 42 - 2010 Prempro Label – PX 862B at p. 4.

[37]     Ex. 56- Murkes, *Effects of percutaneous estradiol–oral progesterone versus oral conjugated equine estrogens–medroxyprogesterone acetate on breast cell proliferation and bcl-2 protein in healthy women*, Fertility and Sterility, Vol. 95, No. 3 (2011) – PX ML 6129 at p. 1, 3 (E+P has a "marked impact on the breast" and after two months of treatment, Prempro "increased proliferation").

[38]     Ex. 121 – Deposition of Dr. Geza Acs in *Hansen*, 01/26/11 at p. 80:11-22.

[39]     Ex. 26- PX 866C – IARC 2011 Monograph.

[40]     Ex. 57 - McTiernan, *Estrogen-Plus-Progestin Use and Mammographic Density in Postmenopausal Women: Women's Health Initiative Randomized Trial*, J. of Nat. Cancer Inst., Vol. 97, No. 18, (2005) - PX ML 3476 at p. 6 (In the WHI study, mean mammographic percent density was increased by 7.7% (95% CI) at year 1 in the adherent E+P group compared with baseline while there was a 1.1% (95% CI) decrease in the placebo group compared with baseline); Ex. 58 - Greendale, *Effects of Estrogen and Estrogen-Progestin on Mammographic Parenchymal Density*, Annals of Internal Med.,

In a 2006 article by Boyd et al., the authors looked at the relationship between hormonal exposures and the etiology of breast density and breast cancer. The authors concluded that "many of the genetic and environmental factors that influence the risk of breast cancer affect the proliferative activity and quantity of stromal and epithelial tissue in the breast, and these effects are reflected in differences in mammographic density among women of the same age. Some of these influences include endogenous and exogenous hormones, and the menopause."[44] The authors concluded that "the response of breast tissue to exogenous hormones is to some degree predictive of the future development of breast cancer."[45] Thus a woman who experiences rapid density change from use of E+P can develop breast cancer quickly from such exposure.

E+P's effect on breast density is thus related to the breast cancer risk caused by E+P.[46] From WHI study data, Byrne and colleagues showed that 84% of E+P users who developed breast cancer had increased density and that both baseline and change in density were significantly associated with breast cancer risk.[47] Among the 20% of women with the greatest increase density in E+P arm, breast cancer risk increased 3.6-fold (95% CI, 1.52-8.56). WHI investigators concluded that "in this nested study within the WHI randomized trial, change in

---

Vol. 130, No. 4 (1999) - PX ML 847; EX 59 - Duijnhoven, *Postmenopausal hormone therapy and changes in mammographic density*, J. of Clinical Oncology, Vol. 25, No. 11 (2007) – PX ML 4389.

[41]    Ex. 60 - Kelemen*, Age-specific trends in mammographic density: the Minnesota Breast Cancer Family Study*, Am. J. Epidemiol., Vol. 167 (9): 1027-36 (2008) (Current use of postmenopausal hormone use modified women's natural involution of breast density at menopause); Ex. 61 - Sterns, *Mammographic density changes in perimenopausal and postmenopausal women: Is effect of hormone replacement therapy predictable?* Breast Cancer Res Treat 59(2): 125-32 (2000) (For the majority of HRT users, the women do not experience the expected density decrease after age 55. Usually HRT maintains the density present at the time HRT is started).

[42]    Ex. 62 - Aiello, *Do breast cancer risk factors modify the association between hormone therapy and mammographic breast density? (United States)*, Cancer Causes Control, Vol. 17:1227-1235 (2006)at p. 6 (E+P can increase breast density or retard decrease in density  that would normally occur as women age); Ex.57 - McTiernan, *Estrogen-Plus-Progestin Use and Mammographic Density in Postmenopausal Women: Women's Health Initiative Randomized Trial*, J. of Nat. Cancer Inst., Vol. 97, No. 18, (2005) - PX ML 3476 at p. 6.

[43]    Ex. 64- Crandall, *New-Onset Breast Tenderness after Initiation of Estrogen Plus Progestin Therapy and Breast Cancer Risk*, Arch. Intern. Med., Vol. 169(18):1684-1691 (2009) - PX ML 5219 at p. 1 (New-onset breast tenderness in first year of taking E+P was associated with increased breast cancer risk).

[44]    Ex. 65- Boyd, *Mammographic density: a hormonally responsive risk factor for breast cancer*, Journal of the British Menopause Society, Vol. 12 No. 4 (2006) at p. 1.

[45]    Ex. 65 - Boyd, *Mammographic density: a hormonally responsive risk factor for breast cancer*, Journal of the British Menopause Society, Vol. 12 No. 4 (2006) at p. 6.

[46]    Ex. 65 - Boyd, *Mammographic density: a hormonally responsive risk factor for breast cancer*, Journal of the British Menopause Society, Vol. 12 No. 4 (2006) at p. 6 (All risk factors for breast cancer must ultimately exert their influence by an effect on the breast and these findings suggest that, for at least some risk factors, this influence includes an effect on the number of cells and the quantity of collagen in the breast, which is reflected in differences in mammographic density).

[47]    Ex. 66- Byrne, Chlebowski, Boyd, Yaffe, *Change in mammographic density with estrogen and progestin therapy: A measure of breast cancer risk in the Women's Health Initiative*, Poster Presentation at ACCR, 101St Annual Convention, April 17-21 (2010) – PX ML 6042 at p. 2.

density was a significant predictor of breast cancer risk and statistically accounted for the increased breast cancer risk associated with E+P. Thus change in density may be a useful intermediate marker of increased breast cancer risk with use of E+P."

A recent randomized trial done by Pfizer evaluated whether Prempro had a different effect on breast density in the first year of use compared to another experimental combination hormone drug, Aprela (a new single pill replacement for Prempro which includes Premarin plus Bazedoxifene). Adding Bazedoxifene to Premarin had no effect on breast density, but adding MPA instead had a dramatic impact: a statistically significant increase in breast density, averaged across all subjects, compared to those women taking Aprela or placebo.[48]

It is now clear that women whose breasts show this short term effect or sensitivity to E+P are the very women most at risk for developing breast cancer from the drug.[49] These rapid effects on the breasts of women starting E+P are manifestations of the promotion occurring at the cellular level.

### (iii)    Impact on Cancer Growth

Using even average doubling time ranges for breast cancer confirms that E+P will have a detectable impact on the development of clinical breast cancer in some women within a matter of months. Lead WHI investigator, Dr. Rowan Chlebowski, published that the accepted average doubling time for a breast cancer is 150 days.[50] Wyeth's experts' estimate that the average time for a cancer to double in size is a range of 80-180 days. [51] Using the highest range acknowledged

---

[48]    Ex. 67 - Harvey, *The Effects of Bazedoxifene/Conjugated Estrogens on Breast Density in Postmenopausal Women*, Plenary Scientific Abstract Session # 1.

[49]    Ex. 66- Byrne, Chlebowski, Boyd, Yaffe, *Change in mammographic density with estrogen and progestin therapy: A measure of breast cancer risk in the Women's Health Initiative*, Poster Presentation at ACCR, 101St Annual Convention, April 17-21 (2010) – PX ML 6042 at p. 2; Ex. 118- Boyd, *Mammographic density, response to hormones, and breast cancer risk*, J Clin Oncol., Vol. 29(22):2985-92 (2011); Ex. 64 - Crandall, *New-Onset Breast Tenderness after Initiation of Estrogen Plus Progestin Therapy and Breast Cancer Risk*, Arch. Intern. Med.,Vol. 169(18):1684-1691 (2009) (new onset of breast tenderness was a reliable marker sign for later development of breast cancer).

[50]    Ex. 69 - Chlebowski, *Breast Cancer after Use of Estrogen plus Progestin in Postmenopausal Women*, NEJM, Vol 360:6 (Feb. 2009) – PX ML 4881 at p. 13 (Given breast-tumor doubling times of about 150 days).

[51]    Ex. 70 - Deposition of Wyeth's causation expert Dr. Geza Acs in *Deutsch v. Wyeth*, 4/4/07 ("Well, in general the doubling time of breast cancer is considered to be on the order of 80 to 150 days on average"); Ex.71 - Deposition of Wyeth's causation expert Dr. Daniel Kopans, 6/7/06 at p. 47:4-12 ("We used sort of the average - as I recall in the paper - the average doubling time, which is about 120 days; most papers suggest that"); Ex. 72 - Testimony of Wyeth's causation expert Dr. Elizabeth Rafferty in *Barton v. Wyeth*, 9/23/09 at p. 51:14-16 ("Breast cancer most people would say has a doubling time, doubles itself in the number of cells within 120 days"); Ex. 73- Testimony of Wyeth's causation expert Dr. Keith Jensen in *Kendall v. Wyeth,* 11/18/09AM at p. 112:17-18 (On average, breast cancers have a doubling time of about 180 days); Ex. 74 - Trial Testimony of Wyeth's causation expert Dr. Lewis Chodosh, *Daniel v. Wyeth*, 1/19/07AM at p. 97:25-98:7 (180 days is the average. "So that means 180 days for that tumor to double in size).

by Wyeth's experts, if a patient had a subclinical occult cancer or a large hyperplasia which was just below the detection level, doubling that abnormality in size once (in 6 months) or twice (in 12 months) could clearly cause that abnormality to grow into a detectable and clinical cancer requiring surgery and further cancer treatment. As epidemiologist Dr. Peter Gann states "for some menopausal women, particularly those with pre-existing dormant or occult breast tumor cells, promotion can lead to manifestation of clinically diagnosable tumors in a matter of months rather than years."[52]

E+P's stimulation, promotion and aggravation of a woman's pre-existing occult tumor will result in a clinical injury to some women. This is because removing or blocking the hormones needed to fuel the development and growth of a hormone dependent cancer can cause that cancer to stop growing, shrink and regress.[53] Regression can be seen very quickly, within

---

[52]      Ex. 16 - Expert report of Dr. Peter Gann at p. 2.

[53]      Ex. 76- Zbuk, *Declining incidence of breast cancer after decreased use of hormone-replacement therapy: magnitude and time lags in different countries*, J Epidemiol Community Health, doi:10.1136 (2011) – PX ML 6128 at p. 6 (The evidence is compelling that HRT use increases the risk of breast cancer, and its cessation reduces this risk. As an illustration, the available evidence readily fulfills the majority of the Bradford-Hill criteria for establishing causation); Ex. 77- Narod, *Hormone replacement therapy and the risk of breast cancer*, Nat. Rev. Clin. Oncol (August 2011) – PX ML 6105 at p. 1, 5 (E+P's impact on breast cancer is that, for subclinical breast cancers, when HRT is stopped the growth of the cancer slows or is caused to regress); Ex. 78 - Farhat, *Changes in Invasive Breast Cancer and Ductal Carcinoma In Situ Rates in Relation to the Decline in Hormone Therapy Use*, J. of Clinical Oncology, 28 (2010) – PX ML 6102 at p. 7 (Withdrawal of HT may halt the progression of pre-existing tumors or even cause them to regress completely); Ex. 69 - Chlebowski, *Breast Cancer after Use of Estrogen plus Progestin in Postmenopausal Women*, NEJM, Vol 360:6 (Feb. 2009) –PX ML 4881 at p. 10 (The rapid decrease in breast cancers during the postintervention period suggests that withdrawal of E+P leads to a regression of preclinical cancers); Ex. 43- Berry and Ravdin, *Breast Cancer Trends: A Marriage between Clinical Trial Evidence and Epidemiology*, JNCI, Vol. 99, Issue 15 (2007)- PX ML 4775 at p. 2 (The most plausible explanation for the decline in hormone dependent breast cancers following release of the WHI study results is that "stopping menopausal hormone therapy removes the fuel that is promoting the growth of some tumors. The growth of these tumors  preferentially ER-positive tumors may slow or stop entirely, or the tumors may even regress."); Ex. 80 - Hudis, Clifford, *More Answers to Your Questions on Breast Cancer and Hormone Therapy: Q&A With Dr. Clifford A. Hudis* (2006) – PX 8078 (If you remove E+P, "small breast cancers fueled to grow larger by the hormones, might immediately stop growing and shrink when the estrogen was removed. We see exactly this when we treat advanced breast cancers with hormone blocking drugs. The cancers shrink within days or weeks in many cases");  Ex. 81 - Prasad, *Short-Term Biologic Response to Withdrawal of Hormone Replacement Therapy in Patients with Invasive Breast Carcinoma*, Cancer, 98(2), p. 2539 (2003) -  PX ML 1085 (Study shows a "marked reduction" in proliferation rate of cancer following Prempro cessation); Ex. 82- Harvey, *Marked Regression of a Nonpalpable Breast Cancer after Cessation of Hormone Replacement Therapy,* AJR, Vol. 167:394-5 (1996)-PX ML 2238 (Case report with mammographic proof of cancer regression after just 5 weeks when E+P is removed ); Ex.83 - Powles, *Breast cancer response to hormone replacement therapy withdrawal*, Lancet, Vol. 345 (1995) – PX ML 2439 (Woman with confirmed cancer stopped E+P for 6 weeks and breast lump completely  resolved. "Clearly in this patient the clinical cancer resolved on withdrawal of HRT" suggesting that tumor growth was dependent on exogenous hormones, at least in part).

10

weeks.[54]  For a hormone deficient woman, removing E+P would cause her subclinical (but close to detection) abnormality to stop growing, slow or even regress so as to never become a clinical breast cancer. The same would be true of a woman whose endogenous hormones had fueled the growth of a preexisting tumor until she reached menopause at which point her tumor would have stopped growing and potentially regressed due to the lack of available natural hormonal stimulation.  Should that woman start taking E+P, her cancer does not stop growing but rather continues to progress to clinically detectable cancer.  Under such circumstance, the patient would never have been diagnosed with breast cancer but for her use of E+P.  E+P continued and aggravated a process that had been ongoing for years but which would have stopped short of developing clinical cancer.  A careful analysis of the individual facts of any woman's case is needed to determine whether E+P impacted or aggravated her cancer.

## D.  <u>Epidemiology</u>

Epidemiological studies and major cancer organizations confirm a short duration impact from E+P. There is clearly a class effect of risk from combination E+P drugs that is seen across all combinations of hormones.  The Million Women's Study specifically confirmed that the risks for the three most widely used E+P regimens (estrogens with synthetic progestins MPA, NETA, and LNG as no woman in the MWS used oral micronized progesterone) are not substantively different.[55] Thus all combination studies involving synthetic progestins should be considered on this issue.

Multiple studies confirm evidence that the risk of developing breast cancer from E+P increases with every year of use.[56]  The risk does not remain flat for a period of time and then rise.  Even in the WHI Prempro trial, where 97% of the subjects were not newly menopausal with hot flashes, a clear short term effect is apparent: a graph provided by the WHI investigators

---

[54]     Ex. 80- Hudis, Clifford, *More Answers to Your Questions on Breast Cancer and Hormone Therapy: Q&A With Dr. Clifford A. Hudis* (2006) – PX 8078 (If you remove E+P, "small breast cancers fueled to grow larger by the hormones, might immediately stop growing and shrink when the estrogen was removed. We see exactly this when we treat advanced breast cancers with hormone blocking drugs. The cancers shrink within days or weeks in many cases").

[55]     Ex 85 Million Women Study Collaborators, Beral, *Breast cancer and hormone-replacement therapy in the Million Women Study*, Lancet, Vol. 362, p. 419 (2003)  PX ML 79; Ex 86-  Bakken, *Hormone replacement therapy and incidence of hormone-dependent cancers in the Norwegian Women and Cancer study,* Int J Cancer, Vol. 112(1):130-4 (2004) – PX ML 1623;  Ex. 87- Jernstorm, *A prospective study of different types of hormone replacement therapy use and the risk of subsequent breast cancer: the women's health in the Lund area (WHILA) study (Sweden)*, Cancer Causes and Control, Vol. 14: 673-680 (2003) – PX ML 182.

[56]     Ex. 45- Collaborative Group on Hormonal Factors in Breast Cancer, *Breast cancer and hormone replacement therapy: Collaborative Reanalysis of data from 51 Epidemiological Studies of 52,705 women with Breast Cancer and 108,411 Women without Breast Cancer*, Lancet, Vol. 350 (1997) –PX ML 22 (The relative risk of having breast cancer diagnosed increases by a factor of 1.023 (95% CI, 1.011-1.036) for each year of use); Ex. 89 - WHI Study: Anderson, *Prior Hormone Therapy and Breast Cancer Risk in the Women's Health Initiative Randomized Trial of Estrogen Plus Progestin*, Maturitas (2006) – PX ML A3406 at p. 8 (Event rates by time since randomization reveal a statistically significant increase in risk of breast cancer with E + P by year of follow-up (p = 0.01 for linear trend with time)).

best describes this rise over time in breast cancer risk and shows how the risk increases with every year of E+P exposure, starting with the first year.[57] The thin line on the right hand side of the graph – which depicts the increase in risk during the actual study period (Intervention period) for adherent women, or women who took 80% of the E+P drug assigned to them - shows that there is an increase in risk that crosses 1.0 just after one year of E+P use in the study. As Wyeth's cancer expert, Dr. Edward Copeland explains, for the adherent women or "the women who stayed on the drug" the relative risk crosses above 1.0 after just one year of E+P use[58] and "at two years, women that stayed on the drug, the relative risk crosses the hazard ratio of 1.26."[59]



Figure 1. Effects over Time of Estrogen plus Progestin on the Incidence of Breast Cancer in the WHI Clinical Trial.

Because of these findings, Dr. Rowan Chlebowski, the lead investigator for the Women's Health Initiative (WHI) study, published recently that: "[F]rom a breast cancer perspective, a safe interval for combined hormone therapy use cannot be reliably defined."[60]  When discussing the WHI study, Dr. Chlebowski explains that if women "have been on [E+P] for a year or so, they should talk to their doctor about potentially stopping …."[61]

---

[57]     Ex. 69- Chlebowski, *Breast Cancer after Use of Estrogen plus Progestin in Postmenopausal Women*, NEJM, Vol 360:6 (Feb. 2009) – PX ML 4881 at p. 7.

[58]     Ex. 90 Deposition of Dr. Edward Copeland in *Cross v. Wyeth*, 3/14/11 at p. 58:16-22.

[59]     Ex. 90 - Deposition of Dr. Edward Copeland in *Cross v. Wyeth*, 3/14/11 at p. 59:8-12.

[60]     Ex. 91 - Chlebowksi, *Estrogen Plus Progestin and Breast Cancer Incidence and Mortality in Postmenopausal Women*, JAMA, Vol. 304, No. 15: 1684-1692 (Oct. 20, 2010) - PX ML 6082 at p. 7.

[61]     Ex. 92 -Text Transcript of PBS Interview with Dr. Rowan Chlebowski, available at http://www.pbs.org/newshour/bb/health/july-dec10/hormone_10-19.html, as accessed on May 1, 2011. Video footage with full audio is also available at this link.

*Aggravation of Pre-Existing Condition*

For a woman to be susceptible to the carcinogenic effects of E+P, especially in the short term, she must have some degree of preexisting disease. It is estimated that between 8% and 30% of women at the time of their death from other causes have undetected microscopic cancer cells that were never problematic during the woman's life.[62] For these women, their breast abnormalities or occult breast cancers caused them no clinical injury as they never progressed into full-blown cancer.

For women who develop breast cancer after three years or less of E+P use, E+P is impacting preclinical disease, including pre-existing occult cancers that were not detectible at the time ingestion started.  This preexisting disease could have been premalignant or could have been occult cancer.  Data from studies are consistent with E+P "promoting the growth of less aggressive estrogen-responsive tumors to the point of diagnosis rather than the development of new tumors."[63] As the researchers at MD Anderson summarized, "We believe that the data are most consistent with a direct effect of hormone-replacement therapy on preclinical disease." [64] Thus, diagnosis of breast cancer after shorter term exposure to E+P suggests that the "tumor arose from preexisting undetected cancers before entry into the trials" since E+P "exerts a promotional effect on existing occult tumors rather than causing initiation of new tumors."[65]

### (i)    Limitations of epidemiology

Despite the importance of epidemiology in terms of identifying associations and causal relationships between exposures and disease, there are some questions epidemiology cannot answer on its own.  Epidemiological studies are not designed to, and thus cannot, determine at what duration of E+P exposure a woman is at increased risk of getting breast cancer from these drugs.  Breast cancer is a disease poorly suited to such a time-specific analysis in general and this is especially true in the context of studies evaluating breast risk from E+P.  Some of the reasons for these limitations include:

---

[62]     Ex.93 - Horwitz, *Progestins in Hormone Replacement Therapies Reactivate Cancer Stem Cells in Women with Preexisting Breast Cancers: a Hypothesis*, J. Clin. Endocrinol Metab, Vol. 93 (9): 3295-3298 (2008)  (For women over 40 years of age, a series of seven autopsy studies of women not known to have breast cancer during life, showed that 1.3% of the women had invasive breast cancer and 8.9% of *in situ* breast cancer.  "Clearly a substantial reservoir of early breast cancers is undetected in women who are at an age when HRT is often prescribed"); Ex. 119 - Welch, *Using autopsy studies to estimate the disease "reservoir" for ductal carcinoma in situ of the breast: How much breast cancer can we find? Ann. Int. Med., Vol. 127:1023-1028 (1997); Ex. 120 - Ringberg, *Bilateral and multifocal breast carcinoma. A clinical and autopsy study with special emphasis on carcinoma in situ.*  Eur J Surg Oncol., Vol. 17(1):20-9 (1991).

[63]     Ex. 22 - Taylor & Manson, *Update in Hormone Therapy Use in Menopause*, J Clin Endocrinol Metabolism, Vol. 96: 255–264 (2011)-PX ML 6106 at p. 4.

[64]     Ex. 94 - Ravdin, *The Decrease in Breast-Cancer Incidence in 2003 in the United States*, N. England J Med Vol. 356;16, (2007)- PX ML 4743.

[65]     Ex. 22 - Taylor & Manson, *Update in Hormone Therapy Use in Menopause*, J Clin Endocrinol Metabolism, Vol. 96: 255–264 (2011)-PX ML 6106 at p. 4.

(a)     Clinical breast cancer is the end or late-stage of a disease process that, for hormone dependent cancer, can take years from the initial DNA damage to the first cell to clinically detectable breast cancer.  Breast cancer is not an acute or spontaneous event like a heart attack or liver failure that occurs at a definite or discrete time. When breast cancer is detected clinically, it has been progressing for some time to get to that point. However, studies that examine the breast cancer risk from E+P have only been able to base their findings on the time when breast cancer was detected as clinical disease.

The problem is that multiple factors can impact when breast cancer is detected so that two different women, both with invasive breast cancer, who get their mammograms done on the same day, could easily have their respective cancers detected in different years.  For example, the size, location and characteristics of the cancer will impact the rate of detection of existing cancers.  Lobular cancers are harder to detect on mammogram than ductal cancers because they may arise deeper in the breast.  More diffuse cancers are harder to see on mammogram than solid tumors.  The quality of the mammogram and the skill of the reviewer are also factors that affect detection.  As discussed below, if breast cancer is missed in year 1 for example, it is then another year or two before the cancer is detected, thus skewing the study's results.

(b)     Since E+P use increases density and hinders early detection of breast cancer,[66] cancers in E+P users when diagnosed can be larger and more advanced.[67]  Thus E+P can cause a delay in the diagnosis of existing cancer which can cause harm and which will also cause an underestimation of the cancer rate in the E+P group during the early years of the study. This would thus be an important thing to consider when doing a case specific causation assessment in an individual woman: Was the cancer detected in an area of the breast that became denser due to E+P use and thus earlier detection was obscured?

In contrast, the opposite effect would be expected in the placebo or non-user group since the reduction in endogenous hormones (and the lack of E+P) generally leads to natural breast involution and a reduction in breast density.[68]  Breast cancers would be easier to detect in the control group and thus found earlier and at a smaller size. The combination of these contrary

---

[66]     Ex. 89- Anderson, *Prior Hormone Therapy and Breast Cancer Risk in the Women's Health Initiative Randomized Trial of Estrogen Plus Progestin*, Maturitas (2006) – PX ML A3406 at p. 12 (A substantial increase in abnormal mammogram findings was seen within 1 year of randomization in the E+P group. This finding, and the fact that breast cancers diagnosed in the E+P group were at more advanced stage, suggests current E+P use hinders breast cancer diagnosis); Ex. 57 McTiernan, *Estrogen-Plus-Progestin Use and Mammographic Density in Postmenopausal Women: Women's Health Initiative Randomized Trial*, J. of Nat. Cancer Inst., Vol. 97, No. 18, (2005) - PX ML 3476 at p. 1 (E+P users in the WHI study had more abnormal mammograms, "indicating that increased breast density may be associated with abnormal mammograms and with delaying the diagnosis of breast cancer").
[67]     Ex. 42 - 2010 Prempro label – PX 862B.
[68]     Ex. 98- Milanese, *Age-Related Lobular Involution and Risk of Breast Cancer*, J. of National Cancer Institute, Vol. 98, No. 22 (2006) – PX ML 4250 at p. 1 (In women with benign breast disease, lobular involution was associated with reduced risk of breast cancer).

14

effects on breast density causes an underestimation of the effect of E+P on breast cancer risk, especially in the first few years of a study.[69]

    (c)    The timing of the study mammograms also impacts the study results. Mammograms are typically conducted in the studies every year or two. If a cancer is just below detectability and is thus missed on year 1 or 2, it will be another 12-24 months before the cancer is recorded even though the cancer would have become detectible within weeks or months from the mammogram in year 1. The cancer becomes labeled as a cancer detected in year 3 instead of year 1 or 2.

    (d)    Specifically as to E+P and hormone dependent breast cancer, studies do not control for the two most important causal factors; 1) preexisting subclinical breast disease and 2) endogenous hormone levels.   To fully and accurately assess the timing of the breast cancer risk from E+P, any study would first need to include equal numbers of women who have pre-existing disease that is close enough to clinical detection so that just 1-2 doublings would promote the abnormalities into clinical cancer in both groups at a similar rate.

    In addition, in observational studies, it is generally estrogen deficient women with low hormone levels who choose to take hormone therapy drug.[70]  The control group of non-users are women who choose to never take E+P and are generally women with no or insignificant menopausal symptoms and thus higher natural hormone levels.  Studies compare women who are hormone deficient and have a lower baseline risk of breast cancer[71] versus women who are hormone sufficient and have a higher baseline rate of breast cancer.[72] It takes a longer time for

---

[69]    Ex. 99- Chlebowski, *Influence of Estrogen Plus Progestin on Breast Cancer and Mammography in Healthy Postmenopausal Women: The Women's Health Initiative Randomized Trial,* JAMA, Vol. 289, No. 24, p. 3254 (2003)- PX ML 0002 at p. 1 (WHI study showed that E+P may "stimulate breast cancer growth and hinder breast cancer diagnosis").

[70]    Ex. 59 - Duijnhoven, *Postmenopausal Hormone Therapy and Changes in Mammographic Density,* J. of Clinical Oncology, Vol. 25, No. 11 (2007) – PX ML 4389 at p. 4  (Obviously, the HT users in observational studies have been prescribed HT because of alleviation of their menopausal complaints, which are supposedly caused by a decrease in endogenous estrogen levels. For this reason, among HT users, women with low estrogen levels and hence lower breast cancer risk could be over-represented compared with the nonusers group); Ex. 89- Anderson, *Prior Hormone Therapy and Breast Cancer Risk in the Women's Health Initiative Randomized Trial of Estrogen Plus Progestin*, Maturitas (2006) – PX ML A3406 at p. 11 (Women who used hormone therapy before ever entering the study more often reported moderate to severe vasomotor symptoms at baseline than never users. Vasomotor symptom severity has been associated with lower levels of natural hormones while higher hormone levels have been associated with higher breast cancer risk).

[71]    Ex. 100 - Huang, Relationship between Menopausal Symptoms and Risk of Postmenopausal Breast Cancer, Cancer Epi, Biomarkers & Prevention (Jan. 2011) – PX ML 6104 at p. 1 (Conclusion: This is the first study to report that women who ever experienced menopausal symptoms have a substantially reduced risk of breast cancer, and that severity of hot flashes is also inversely associated with risk).

[72]    Ex. 59- Duijnhoven, *Postmenopausal Hormone Therapy and Changes in Mammographic Density*, J. of Clinical Oncology, Vol. 25, No. 11 (2007) – PX ML 4389 at p. 4  (The HT group of women in observational studies have a priori a lower background breast cancer risk than the nonusers. This can

the E+P users to show an increase in risk over the non-users as the E+P group must first catch up in terms of baseline breast cancer risk and then surpass the non-users.  Put another way, the non-users in the study likely start ahead in terms of their baseline breast cancer risk than the E+P users.

This effect is best seen in the WHI study where the background rate of the control women who had used ever hormone therapy in the past (i.e. women who were hormone deficient and had elected to take E+P at some point in their life before entering the study) was notably lower than the regular background rate of non-users.[73]  In that population of women, comparing only hormone deficient women, a separation in incidence rate occurs after just one year of use for the women who were adherent current E+P users.[74]  The WHI investigators also acknowledge that studies "may have difficulty separating the influence of hormone effects from that related to selection of populations with different breast cancer risks."[75] For this reason, the WHI investigators admit that even the WHI study, the largest randomized clinical trial conducted, was not large enough to adequately evaluate the issue of risk from short term exposure.[76]

(e)       Recently, researchers have confirmed that the increased breast cancer risk from E+P is impacted by whether the woman is a current user (i.e. on drug at or near to the time that she is diagnosed) and newly menopausal (i.e. not years from menopause, like the vast majority of the WHI trial women).[77]  Since we know that the risk from E+P diminishes after use is stopped,

---

cause a dilution of the harmful effect of HT, leading to conservative effect estimates in observational studies); Ex.101 Cummings, *Serum Estradiol Level and Risk of Breast Cancer During Treatment With Raloxifene*, JAMA, Vol. 287, No. 2, (2002) – PX ML 2849 (6.8 fold increased breast cancer risk seen in women with high hormone levels v. those in the lowest category); Ex.102 - Deposition of Dr. Cummings, 6/11/10 at p. 67:4-10 ("Women with lower estradiol levels have a lower risk of getting estrogen receptor positive breast cancer than those with higher levels within the menopausal range").

[73]      Ex. 89 -  Anderson, *Prior Hormone Therapy and Breast Cancer Risk in the Women's Health Initiative Randomized Trial of Estrogen Plus Progestin*, Maturitas (2006) – PX ML A3406 at p. 11 (A puzzling aspect of these data is the fact that, among women randomized to placebo, those who reported prior HT use had a lower rate of breast cancer than never users).

[74]      Ex. 89- Anderson, *Prior Hormone Therapy and Breast Cancer Risk in the Women's Health Initiative Randomized Trial of Estrogen Plus Progestin*, Maturitas (2006) – PX ML A3406 at p. 8.

[75]      Ex. 89 - Anderson, *Prior Hormone Therapy and Breast Cancer Risk in the Women's Health Initiative Randomized Trial of Estrogen Plus Progestin*, Maturitas (2006) – PX ML A3406 at p. 12.

[76]      Ex. 89 - Anderson, *Prior Hormone Therapy and Breast Cancer Risk in the Women's Health Initiative Randomized Trial of Estrogen Plus Progestin*, Maturitas (2006) – PX ML A3406 at p. 11 (WHI cannot answer the short term use question definitively because "the sparseness of the data and resulting power limitations for some of these analyses prevent a precise estimate of the length of exposure needed to introduce excess risk).

[77]      Ex. 103 - Beral, *Breast Cancer Risk in Relation to the Interval Between Menopause and Starting Hormone Therapy*, J Nat Cancer Inst, Vol. 103:296-305 (2011)- PX ML 5207 at p. 2 (Starting hormonal therapy before or soon after the start of menopause was associated with greater risk of breast cancer than starting it later); Narod, *Hormone replacement therapy and the risk of breast cancer*, Nat. Rev. Clin. Oncol (August 2011).

current use has a strong impact on the risk levels.[78]  Unfortunately many of the earlier studies did not differentiate between current users and thus the risk statistics were diluted.

### (ii)    Data on breast cancer risk after more than two years of E+P use

WHI:   The WHI Prempro trial provides little useful information about the risk of E+P in newly menopausal symptomatic women, and it had such a high drop out and drop in rate that by the time it was terminated, it had lost its randomization feature. Nevertheless, when analyzed using several criteria, the WHI Prempro trial supports an increased risk of breast cancer for specific groups of E+P users after just 2 years of use.  First, for adherent women, Wyeth's cancer expert, Dr. Edward Copeland confirms, "at two years, women that stayed on the drug, the relative risk crosses the hazard ratio of 1.26".[79] Second, there was a statistically significant increase in risk after 2 years for women who were newly menopausal. "Elevations in breast cancer risk became evident after about 2 years from E+P initiation among women who started E+P within 5 years of menopause."[80]  As the WHI investigators note, "risk in the WHI trial began to increase after about 2 years" of E+P use and "a significant trend (p = 0.01) of an increased hazard ratio of breast cancer with years from randomization was identified."[81]

The full WHI data (combining the women in the Prempro trial with the much larger group of women followed in the WHI Observational Study) also confirms the estimated hazard ratios for women who began hormone therapy immediately following menopause (gap time of zero) were elevated after the first 2 years of E+P use. The relative risk for women who used E+P for 2-5 years who were newly menopausal and had no prior hormone therapy use was statistically significant relative risk of 2.01 (1.41.-2.86) for the combined studies.[82]  As the WHI investigators conclude there was a "greater adverse hormonal effect on breast cancer incidence among women randomized closer to menopause."[83]

Plus, in the combined WHI study (randomized trial plus observational study data), once E+P was started the hazard ratio for breast cancer risk increased "throughout the period of exposure."[84] For women who were newly menopausal or within five years of entering

---

[78]    Ex. 103- Beral, *Breast Cancer Risk in Relation to the Interval Between Menopause and Starting Hormone Therapy*, J Nat Cancer Inst, Vol. 103:296-305 (2011)- PX ML 5207.

[79]    Ex. 90- Deposition of Dr. Edward Copeland in *Cross v. Wyeth*, 3/14/11 at p. 59:8-12.

[80]    Ex. 104 - Prentice, *Estrogen Plus Progestin Therapy and Breast Cancer in Recently Postmenopausal Women*, Am. J. of Epidemiology (March 2008) - PX MA 5167 at p. 5.

[81]    Ex.104- Prentice, *Estrogen Plus Progestin Therapy and Breast Cancer in Recently Postmenopausal Women*, Am. J. of Epidemiology (March 2008) - PX MA 5167 at p. 2 (Elevations in breast cancer risk became evident after about 2 years from E+P initiation among women who started E+P within 5 years of menopause).

[82]    Ex. 104 - Prentice, *Estrogen Plus Progestin Therapy and Breast Cancer in Recently Postmenopausal Women*, Am. J. of Epidemiology (March 2008) - PX MA 5167 at p. 6 (For women in clinical trial only, RR=1.97 (1.11-3.50); For women in the observational study: RR = 1.65 (1.13-3.02)).

[83]    Ex 91 Chlebowksi, *Estrogen Plus Progestin and Breast Cancer Incidence and Mortality in Postmenopausal Women*, JAMA, Vol. 304, No. 15: 1684-1692 (Oct. 20, 2010) – PX ML 6082 at p. 7.

[84]    Ex. 77 - Narod, *Hormone replacement therapy and the risk of breast cancer*, Nat. Rev. Clin. Oncol (August 2011) – PX ML 6105 at p. 2.

menopause, the increased risk was significant after two years of E+P use.[85]  Wyeth's cancer expert and WHI investigator, Dr. Robert Langer, confirms that in the WHI "the breast cancer risk was increased with shorter time since menopause and was significantly elevated beginning 2 years after initiation in women who used combination HT."[86]

Thus, given the WHI study findings "and the effect of combined hormone therapy to delay breast cancer diagnosis, from a breast cancer perspective, a safe interval for combined hormone therapy use cannot be reliably defined."[87]

Taylor (2011):  In the *Taylor* article, researchers from Harvard and Yale reviewed the state of the epidemiologic science for E+P and "provided an update on recent advances in the field.[88] As they note, within the first 2 years after combination therapy initiation, the HR for detection of breast cancer was 1.54 (CI, 1.28-1.86) when treatment was initiated within 3 years from the onset of menopause"[89] Since this hazard ration is for all breast cancer, it means the risk for hormone dependent cancers such as lobular cancer would be close to or above 2.0.

Saxena (2010): The Saxena paper showed a statistically significant increase in risk for E+P users after less than 2 years of use (RR = 1.18 (1.05-1.32)).[90]  Even though the study recognizes its limitations concerning collection of length of use data (i.e. that some of the current short-duration E+P users may have used E+P for longer duration), that does not eradicate the importance of this study's findings.[91]

Calle (2009):   The *Calle* article "observed a significant increase in risk" of breast cancer at 2 to 3 years of use for lobular cancer: RR of 1.95 [95% CI, 1.04-3.65]) and all years thereafter.[92]  While some of the group in the 2-3 year use category may have taken the drug for longer (because duration of use was based upon baseline questionnaires), that fact alone again does not negate the consistency of the finding of increase in risk after short exposure. This is

---

[85]    Ex. 104 - Prentice, *Estrogen Plus Progestin Therapy and Breast Cancer in Recently Postmenopausal Women*, Am. J. of Epidemiology (March 2008) - PX MA 5167 (Risk in the WHI trial began to increase after about 2 years of E+P use for women who started drug immediately following menopause ).

[86]    Ex.105 - Deposition of Dr. Robert Langer, 6/20/11 at p. 54.

[87]    Ex. 91 Chlebowksi, *Estrogen Plus Progestin and Breast Cancer Incidence and Mortality in Postmenopausal Women*, JAMA, Vol. 304, No. 15: 1684-1692 (Oct. 20, 2010) – PX ML 6082.

[88]    Ex. 22 - Taylor & Manson, *Update in Hormone Therapy Use in Menopause*, J Clin Endocrinol Metabolism, Vol. 96: 255–264 (2011)-PX ML 6106 at p. 1.

[89]    Ex. 22 - Taylor & Manson, *Update in Hormone Therapy Use in Menopause*, J Clin Endocrinol Metabolism, Vol. 96: 255–264 (2011)-PX ML 6106.

[90]    Ex. 106- Saxena, *Menopausal Hormone Therapy and Subsequent Risk of Specific Invasive Breast Cancer Subtypes in the California Teachers Study*, Cancer Epidemiol Biomarkers Prey; 19(9) (September 2010) – PX ML 6062 at p. 6 (Table 3).

[91]    Ex. 106 - Saxena, *Menopausal Hormone Therapy and Subsequent Risk of Specific Invasive Breast Cancer Subtypes in the California Teachers Study*, Cancer Epidemiol Biomarkers Prey; 19(9) (September 2010) – PX ML 6062 at p. 10.

[92]    Ex. 107 -Calle, *Postmenopausal Hormone Use and Breast Cancer Associations Differ by Hormone Regimen and Histologic Subtype*, Cancer, p. 936 (March 2009)- PX ML 5011 at p. 7.

especially true because of the biologic plausibility of a rapid impact of E+P on aggravation of pre-existing disease.  For lobular cancers, Dr. Calle found that there was an increased risk within 2 to 3 years of use and doubling of the risk for lobular cancer with 3 years of use.[93]

Bernstein (2009): In 2009, Dr. Bernstein, from the Division of Cancer Etiology at City of Hope Comprehensive Cancer Center, reviewed the medical literature and summarized that the immediate decline in breast cancer incidence after the decline in E+P usage suggests that E+P is a strong promoter of occult, mammographically and clinically non-detectable cancers.  In total, the studies to date "suggest a delay in the increase in breast cancer risk of about 2 years after initial use."[94]  Studies report "an excess risk of 5% to 9% per year of HT use."  The "bottom line" as concluded by Dr. Bernstein was that "women who initiated HT close to menopause had, approximately, a 50% increased breast cancer risk relative to nonusers, even when they had used use this regimen for 2 years or less." As she stated: "An immediate 50% increase in breast cancer risk observed within the first 2 years of use is alarming."

Fournier (2009): The French study which looked at a large variety of E+P combination products found that for newly menopausal women (who started E+P within 3 years of menopause), "short durations of estrogens combined with other progestogens" was associated with an increased risk of breast cancer (For women who used E+P for 2-5 years: RR = 1.88(1.56-2.27))".[95]

Colditz (2007):  As Dr. Graham Colditz published, epidemiologic data shows an increase in risk in the initial 2 years of use and risk increased significantly with duration of therapy.[96]

Bakken (2004):  This Norwegian study looked at a variety of E+P combination regimens and found an increased risk after just one year of use. And for E+P users of two to four years, the relative risk was 2.4 (CI, 1.8-3.3).[97]

Million Women's Study (2003):  The Million Women's Study confirms that there is a class effect for E+P and there is no evidence that the risks are not the same between Prempro and other E+P combination.[98] The Million Women's Study showed statistically significant elevated

---

[93]     Ex.  107 - Calle, *Postmenopausal Hormone Use and Breast Cancer Associations Differ by Hormone Regimen and Histologic Subtype*, Cancer, p. 936 (March 2009)- PX ML 5011

[94]     Ex. 109 - Bernstein, *Combined Hormone Therapy at Menopause and Breast Cancer: A Warning—Short-Term Use Increases Risk*, J Clin Oncol, Vol. 27 (2009) – PX ML 6092 at p. 1.

[95]     Ex 108 Fournier, *Estrogen-Progestagen Menopausal Hormone Therapy and Breast Cancer: Does Delay From Menopause Onset to Treatment Initiation Influence Risks?*, J. Clin. Oncol., Vol.  27 (2009) – PX ML 5147.

[96]     Ex. 23-Colditz, *Decline in breast cancer incidence due to removal of promoter: combination estrogen plus progestin*, Breast Cancer Research 2007: Vol 9, No. 108 (2007) – PX ML 4681 at p. 2.

[97]     Ex 86- Bakken, *Hormone replacement therapy and incidence of hormone-dependent cancers in the Norwegian Women and Cancer study*, Int J Cancer, Vol. 112(1):130-4 (2004) – PX ML 1623 at p. 3 (Table II).

[98]     Ex. 85 - Million Women Study Collaborators, Beral, *Breast cancer and hormone-replacement therapy in the Million Women Study*, Lancet, Vol. 362, p. 419 (2003)  - PX ML 79; Bakken, *Hormone*

risk for current users after less than one year of use (RR= 1.45 (1.19 - 1.78)) and after 1-4 years of use (RR= 1.74 (1.60-1.89)).  Even considering the possible limitations of the collection method for duration of use data, at most, it would be logical to add 1.2 years – on average – of extra use to this data. Such addition would still prove an increased breast cancer risk for short term use of 2.2 years on average.[99]

Jernstorm (2003): This Swedish study showed an increased risk after less than two years of use of any HRT at 1.9 (CI, 1.1-3.2) and a hazard ration of 1.9 (CI, 1.0-3.7) for two to four years of use combination E+P use.[100]

Daling (2002): The Daling study showed that women who had ever used CHRT for more than 6 months were at increased risk of lobular breast carcinoma (OR. 1.8; 95%CI, 1.2-2.6) compared with never users.[101]  For women who used combination therapy for 6 months to 5 years, the study showed a 1.6-fold greater risk of lobular cancer (CI, 1.0-2.4). And for ever users of E+P for more than 6 months, the study showed a relative risk of 2.2 (CI, 1.4-3.5).  This study confirms that the increase in risk starts at 6 months and continues to rise throughout the length of use.

Chen (2002): The Chen study,[102] a US study where the combination therapy study participants would have been predominantly Prempro users, showed a statistically increased risk of lobular cancer for:

> 18-41 months of oral HRT use in recent 5 years: 2.80 (1.33-5.89)
> 13-38 months of combined therapy in recent 5 years: 2.48 (1.05-5.87)
> More than 11 months of continuous combined therapy in recent 5 years: 6.07 (2.13-17.3)

Li (2000): The Li 2000 article provides important short term use data as the median use of E+P in this study was 3 years, meaning that about half of the study participants took drug for less than 3 years.[103] Hormone exposure were limited to use that occurred > 6 months before the diagnosis date for cancer cases and a similar assigned date for controls. Combination hormone

---

*replacement therapy and incidence of hormone-dependent cancers in the Norwegian Women and Cancer study,* Int J Cancer, Vol. 112(1):130-4 (2004) – PX ML 1623 at p. 4.

[99]     Ex. 18 - Testimony of Dr. Don Austin, 1/12/11 at p. 26-27.

[100]    Ex. 87 Jernstorm, *A prospective study of different types of hormone replacement therapy use and the risk of subsequent breast cancer: the women's health in the Lund area (WHILA) study (Sweden),* Cancer Causes and Control, Vol. 14: 673-680 (2003) – PX ML 182 at p. 5.

[101]    Ex. 110- Daling, *Relation of Regimens of Combined Hormone Replacement Therapy to Lobular, Ductal, and Other Histologic Types of Breast Carcinoma,* Cancer, Vol. 95, No. 12 (2002) – PX ML 47 at p. 4.

[102]    Ex. 41- Chen, *Hormone Replacement Therapy in Relation to Breast Cancer,* JAMA, Vol. 287 No. 6 (2002) – PX ML 53

[103]    Ex. 46 - Li, *Hormone replacement therapy in relation to risk of lobular and ductal breast carcinoma in middle-aged women,* Cancer. Vol. 88(11):2570-7 (2000) – PX ML 49 at p. 6  (In this study, the median duration of HRT use among women who were E+P users was only three years so many of the women took the drug for less than three years).

therapy use was "primarily conjugated estrogens [Premarin] with MPA." Compared with nonusers of menopausal hormones, those who currently were using combined estrogen and progestin hormone replacement therapy, and had done so for at least 6 months, had an elevated risk of lobular breast carcinoma (odds ratio [OR]  2.6; 95% confidence interval [95% CI], 1.1–5.8). Ever use of E+P for at least 6 months was reported by 73% of the women with a lobular tumor. For current users who had only used E+P, the odds ratio for the development of invasive lobular cancer was OR = 2.6 (1.0-4.6). The Li article confirms that for lobular cancers, the risk rises at 6 months of use and continues to increase over time.

Persson (1999):  In Persson, recent use of conjugated estrogen plus progestin caused a statistically significant increased risk of breast cancer after one to six years of use (RR=1.6 (1.0-2.5)) compare to women who did not use HRT or who used hormone therapy for less than one year.[104]

HERS (1998):  The HERS Study was conducted by Wyeth using Prempro. This clinical trial showed an increase in breast cancer risk in the E+P arm in the first 2 to 5 years after initiation of treatment.[105]

Collaborative Group (1997): The Collaborative Group reported an increase in breast cancer for women who used hormone therapy within the last five year before diagnosis for one to four years.[106] This study – which was a reanalysis of 51 prior studies – shows an increased risk after year 1 of hormone therapy use.

Schairer (1994): The Schairer 1994 article shows a statistically significant increased risk of breast cancer after less than two years of E+P use (RR = 1.5).[107]

Hunt (1987): For women who used combination E+P regimens for 31-48 months, the adjusted relative risk for breast cancer was 4.8 (1.5-15.6).[108]

LaVecchia (1986): This Italian study showed an increased risk of breast cancer at two years of use. [109]  The risk increased with duration of use (relative risk = 2.08 for over 2 years).

---

[104] Ex. 111 - Persson, *Risks of breast and endometrial cancer after estrogen and estrogen-progestin replacement,* Cancer Causes and Control, Vol. 10: 253-260 (1999) – PX ML 202 at p. 5.
[105] Ex.109 - Bernstein, *Combined Hormone Therapy at Menopause and Breast Cancer: A Warning—Short-Term Use Increases Risk*, J Clin Oncol, Vol. 27 (2009) – PX ML 6092 at p. 1.
[106] Ex. 45 - Collaborative Group on Hormonal Factors in Breast Cancer, *Breast cancer and hormone replacement therapy: Collaborative Reanalysis of data from 51 Epidemiological Studies of 52,705 women with Breast Cancer and 108,411 Women without Breast Cancer*, Lancet, Vol. 350 (1997) –PX ML 22 at p. 9.
[107] Ex. 55- Schairer, *Menopausal Estrogen and Estrogen-Progestins Replacement Therapy and Risk of Breast Cancer,* Cancer Causes Control, Vol, 5: 491-500 (1994) – PX ML 671 at p. 5 (Table 3).
[108] Ex. 63 - Hunt, McPherson, *Long-term surveillance of mortality and cancer incidence in women receiving hormone replacement therapy*, British Journal of Obstetrics and Gynecology, Vol. 94, pp. 620-635 (1987) at p. 11.
[109] Ex. 68 - LaVecchia, *Non-contraceptive Oestrogens and the risk of Breast Cancer in Women*, Int. J. of Cancer, Vol. 38, 853-858 (1986) – PX ML 3163.

<u>American Cancer Society</u>: The American Cancer Society summarizes the current state of the science best when they conclude "Use of combined E+P increases the risk of getting breast cancer. It may also increase the chances of dying from breast cancer. This increase in risk can be seen with as little as 2 years of use."[110]

### (iii)    *Data on breast cancer risk after less than two years of E+P use*

<u>WHI</u>:  Even with its limitations, the WHI Prempro trial shows an increased risk of breast cancer after one year of E+P use for adherent patients.[111]  As Wyeth's cancer expert, Dr. Edward Copeland explains, for the adherent women or "the women who stayed on the drug" the relative risk crosses above 1.0 after just one year of E+P use.[112]  However, the WHI trial cannot answer the short term use question definitively because "the sparseness of the data and resulting power limitations for some of these analyses prevent a precise estimate of the length of exposure needed to introduce excess risk."[113]

Most important, early breast cancers in the WHI study were valued or weighted at a lower level than cancers that developed later when creating the WHI relative risk statistics.[114] Thus the WHI investigators gave cancers that were diagnosed early in the study less weight than cancers diagnosed after more exposure because, at that time, the medical community did not fully appreciate the mechanism of causation of E+P or that E+P could aggravate pre-clinical cancers into clinical cancers.[115]  As Wyeth's scientists explain, "the WHI statisticians felt that a specific adjustment had to be taken into account in the determination of statistical significance. Breast cancer that appears early in the course of the study were considered disease that might have pre-dated the study and were thus weighted less than later diagnosed cancers which were more likely a consequence of exposure to the test drug.   Thus, the primary determinant of statistical significance was the weighted longrank test (z-score)." [116]

---

[110]      Ex. 75 - PX 980B.

[111]      Ex. 69 - Chlebowski, *Breast Cancer after Use of Estrogen plus Progestin in Postmenopausal Women*, NEJM, Vol 360:6 (2009) – PX ML 4881 at p. 7 (Graph shows that risk is increased after one year of use for adherent women).

[112]      Ex. 90 - Deposition of Dr. Edward Copeland in *Cross v. Wyeth*, 3/14/11 at p. 58:16-22.

[113]      Ex. 89 - Anderson, *Prior Hormone Therapy and Breast Cancer Risk in the Women's Health Initiative Randomized Trial of Estrogen Plus Progestin*, Maturitas (2006) – PX ML A3406 at p. 11.

[114]      Ex. 79- Writing Group of the Women's Health Initiative Investigators, *Risks and Benefits of Estrogen Plus Progestin in Healthy Postmenopausal Women: Principal Results from the Women's Health Initiative*, JAMA, Vol. 288, No. 3 (2002) - PX ML 30 at p. 7 (WHI study investigators used a "weighted test statistic");

[115]      Ex. 84 - Deposition testimony of WHI investigator, Dr. Garnet Anderson, 11/28/06 at p. 27-28 (So what we said was that events occurring soon after randomization, which is time zero, would not have much weight because we would not expect the intervention -- in this case, hormone therapy -- to be able to affect disease incidence that rapidly. But as -- but overtime, we would get increasing rates, because we thought by year 10, after randomization, the full effects of the interventions would come into play for cancer).

[116]      Ex. 88 - PX 21000 (For invasive breast cancer, the WHI statisticians felt that a specific adjustment had to be taken into account in the determination of statistical significance.  Breast cancer that appears early in the course of the study were considered disease that might have pre-dated the study and

Chen (2002): The Chen study,[117] a US study where the study participants would have been predominantly E+P users, showed a statistically increased risk of lobular cancer for:

18-41 months of oral HRT use in recent 5 years: 2.80 (1.33-5.89)
13-38 months of combined therapy in recent 5 years: 2.48 (1.05-5.87)
More than 11 months of continuous combined therapy in recent 5 years: 6.07 (2.13-17.3)

Bernstein:   As Dr. Bernstein published, women who initiated hormone therapy close to menopause had, approximately, a 50% increased breast cancer risk relative to nonusers, even when they had used this regimen for 2 years or less. An immediate 50 % increase in breast cancer risk observed within the first 2 years of use is "alarming."[118]

Fournier (2009): The French study which looked at a large variety of E+P combination products found that for newly menopausal women (who started E+P within 3 years of menopause), "short durations of estrogens combined with other progestogens" was associated with an increased risk of breast cancer (for women who used E+P for less than 3 years: RR = 1.89 (1.93 to 2.34))[119]

Jernstorm (2003): This Swedish study showed an increased risk after less than two years of use of continuous combined estrogen plus progestin use (RR= 3.7 (1.8-7.4)).[120]

Stanford (1995):   The Stanford study showed that, for women who have surgically induced menopause, use of E+P for even a very short period of time is particularly dangerous. The Stanford article reported that 41% of the users had taken E+P "for one year or less" and showed a "marked elevation in relative risk" for the E+P group (RR = 19, CI 1.8-199.4).[121]

---

were thus weighted less than later diagnosed cancers which were more likely a consequence of exposure to the test drug.  Thus, the primary determinant of statistical significance was the weighted longrank test (z-score)); Ex. 95  Gann, *Combined Hormone Therapy and Breast Cancer: A Single Edged Sword*, JAMA, Vol. 289, No. 24 (2003) – PX ML 6 at p. 1  (WHI "provided a weighted analysis that down-weights the importance of the early years of follow-up") .

[117]      Ex. 41 - Chen, *Hormone Replacement Therapy in Relation to Breast Cancer*, JAMA, Vol. 287 No. 6 (2002) – PX ML 53

[118]      Ex. 109 - Bernstein, *Combined Hormone Therapy at Menopause and Breast Cancer: A Warning—Short-Term Use Increases Risk*, J Clin Oncol, Vol. 27 (2009) – PX ML 6092 at p. 2.

[119]      Ex. 108 - Fournier, *Estrogen-Progestagen Menopausal Hormone Therapy and Breast Cancer: Does Delay From Menopause Onset to Treatment Initiation Influence Risks?*, J. Clin. Oncol., Vol.  27 (2009) – PX ML 5147.

[120]      Ex. 87 - Jernstorm, *A prospective study of different types of hormone replacement therapy use and the risk of subsequent breast cancer: the women's health in the Lund area (WHILA) study (Sweden)*, Cancer Causes and Control, Vol. 14: 673-680 (2003) – PX ML 182 at p. 5.

[121]      Ex. 96 - Stanford, *Combined estrogen and progestin hormone replacement therapy in relation to risk of breast cancer in middle-aged women*, JAMA, Vol. 274, No. 2:137-142 (1995) – PX ML 658

Colditz: As Dr. Graham Colditz explains, E+P's "promotion effect can start to be detected" quickly and certainly after a year of use.  It really depends "where the abnormal cells are in the pathway to cancer. They haven't got the cancer, they get exposed to E plus P, and they get promoted to move on down the cascade to invasive breast cancer."[122] Dr. Colditz has published this opinion and references the WHI data as well as the HERS study data in support.[123]

Pivotal Trial:  Wyeth's own internal study provides further support. According to the FDA's analysis of Wyeth's data from its pivotal trial, five "new" cases of breast cancer "developed" in women who used E+P for a year in this study.[124]  When Wyeth's own study investigator reviewed these cases, Wyeth's investigator concluded that one of the five "new" breast cancers was "possibly related" to the woman's use of E+P.[125]

## E.  Rapid Regression of Breast Cancer When E+P is Removed

Some of the most compelling evidence that E+P is - for some women - a necessary causal factor in the development of breast cancer, are the studies that document the natural history of breast cancers in women who either do not take E+P or who stop E+P before they are diagnosed with breast cancer.  These papers track decline in the breast cancer incidence rate when E+P use plummeted and confirm that removal of hormones will halt the development of clinical breast cancer regardless of how far the preclinical disease had progressed before the hormone stimulation was removed.  Case reports which discuss actual clinical regression provide clear examples, on an individual level, for what we see in these study populations.

WHI study: The WHI showed "rapid changes" in breast cancer as an effect of cessation of E+P. The elevated breast cancer risk seen in the E+P group decreased rapidly after those women stopped medication despite similar frequency of mammographic screening in all groups.[126]

Ravdin:  As this group of MD Anderson cancer researchers reported in the 2007 Ravdin article, the decreased incidence of breast cancer that occurred after E+P use fell in 2002 shows a "direct hormonal effect on the growth of occult breast cancer, a change that would have been expected to affect predominantly estrogen-receptor-positive tumors. The rapidity of change suggested that clinically occult breast cancers stopped progressing or even regressed soon after

[122]   Ex. 15 – Preservation deposition of Dr. Graham Colditz, 12/29/06, at p. 795:4-796:2.
[123]   Ex. 110 - Colditz, *Decline in breast cancer incidence due to removal of promoter: combination estrogen plus progestin*, Breast Cancer Research 2007: Vol 9, No. 108 (2007) – PX ML 4681 (WHI and HERS confirm increased risk in the initial 2 years of use).
[124]   Ex. 112- PX 8081; Ex. 113- Trial transcript of Justin Victoria, Wyeth's Vice President of Regulatory Affairs, *Daniel v. Wyeth*, 1/22/07 at p. 41:7-10; p. 42:9-25.
[125]   Ex. 113- Trial transcript of Justin Victoria, Wyeth's Vice President of  Regulatory Affairs, *Daniel v. Wyeth*, 1/22/07 at p. 43:1-44:4; Ex. 114 - PX 285 at p. 26 (Patient 30155-019)
[126]   Ex. 22 - Taylor & Manson, *Update in Hormone Therapy Use in Menopause*, J Clin Endocrinol Metabolism, Vol. 96: 255–264 (2011)-PX ML 6106 at p 4.

discontinuation of the therapy."[127]  This finding was supported by the fact that cessation of hormone therapy is associated with "a reduction in the proliferative index of breast-cancer cells within 1 month in women with estrogen-receptor-positive tumors but not in those with estrogen-receptor-negative tumors in the same setting."

Prasad:  Prasad et al[128] looked at how quickly cancers proliferate or grow when fueled by E+P versus when the drug was removed.  The researchers measured the growth rate (by using a Ki67 test) as well as hormone dependency levels (i.e., the percent expression of estrogen and progesterone receptors) of breast cancers in women who were taking E+P at the time of biopsy diagnosis.  The Prasad group then compared those levels in the same cancers when they were surgically removed a few weeks later.  For the women who stopped taking E+P at diagnosis, the hormone dependent cancers' growth slowed.  After just a short time (median length of 17 days) without E+P, there was "a significant decrease" in the growth rate for estrogen receptor positive cancers, but not estrogen receptor negative tumors.[129]  In the women who stopped taking E+P at the time of biopsy, there was a "significant decrease in Ki-67 expression" (i.e. the cancer growth rate slowed) and a decrease in progesterone receptor activity in the hormone dependent cancers but no change for hormone independent cancers.

Harvey:  The Harvey case report shows mammographic proof of cancer regression after just 5 weeks when E+P is removed.[130]

## F.  Continuum of Cancer

Cancer occurs along a continuum or progression.  As Dr. Fleming explains in his published article, "It seems clear that women do not go from having normal breast tissue to having breast cancer. The transition between normal and pathological begins as cellular atypia occurs and the precancerous cells become more metabolically active."[131] There is a greater incidence of breast abnormality in women taking HRT especially as to cell atypia, and breast cancer. Dr. Fleming's study provided "the first in vivo data about the increased incidence of a continuum of breast disease across women taking HRT and raises questions about the advisability of HRT in pre- and perimenopausal women."[132]

---

[127]     Ex. 94 - Ravdin, *The Decrease in Breast-Cancer Incidence in 2003 in the United States*, N. England J Med Vol. 356;16, (2007)- PX ML 4743 at p. 3.

[128]     Ex. 81 - Prasad, *Short-Term Biologic Response to Withdrawal of Hormone Replacement Therapy in Patients with Invasive Breast Carcinoma*, Cancer, 98(2), p. 2539 (2003) -  PX ML 1085.

[129]     *Id.* at p. 1.

[130]     Ex. 82 - Harvey, *Marked Regression of a Nonpalpable Breast Cancer after Cessation of Hormone Replacement Therapy,* AJR, Vol. 167:394-5 (1996) - PX ML 2238

[131]     Ex. 28- Fleming, *Do Women taking Hormone Replacement Therapy (HRT) have a Higher Incidence of Breast Cancer than Women who do not*? Integr Cancer Ther, Vol. 2; 235 (2003) – PX ML 6131 at p. 2.

[132]     Ex. 28 - Fleming, *Do Women taking Hormone Replacement Therapy (HRT) have a Higher Incidence of Breast Cancer than Women who do not*? Integr Cancer Ther, Vol. 2; 235 (2003) – PX ML 6131 at p. 4.

Since cancer progresses along this continuum, it is now clear that adding hormonal stimulation will push the breast abnormality towards clinical cancer and removing hormones will stop or reverse the progression.

## G. Neo-Adjuvant Treatment

Hormone dependent breast cancers respond to anti-hormone drugs and stop growing or do not recur in the vast majority of cases. As shown in the Breast Cancer Prevention Trial, removing hormones has a quick effect on the cumulative rates of invasive breast cancer. In that study, the Tamoxifen group and the placebo group appeared to diverge within the first few months and differed statistically at the end of the first year.[133]

As discussed above, autopsy studies show that some women enter menopause with abnormalities in their breast (including abnormal or pre-malignant cells, benign lesions etc.) which, if they do not grow and progress, will never cause the woman any clinical problem. However, if those abnormalities are hormone dependent, they require hormones to develop and grow. [134] The removal of hormones from hormone dependent cancers causes the cancers to stop growing and even shrink and regress.[135] Anti-hormone drug treatments are thus a standard treatment for hormone dependent cancers.

---

[133]    Ex. 53 - Fisher, *Tamoxifen for Prevention of Breast Cancer: Report of the National Surgical Adjuvant Breast and Bowel Project P-1 Study*, J. of National Cancer Inst., Vol 90., No. 18, (1998) – PX ML 3867.

[134]    Ex. 31 - Oncolink (the presence of estrogen and progesterone receptors means that the cancer requires estrogen for its growth)- PX 8426B; Ex. 32 - National Cancer Institute Website (cancers with these hormone receptors need hormones to grow) - PX 8426A; Ex.35 - Wyeth's website-PX 10555 (This type of cancer requires estrogen to grow).

[135]    Ex. 77 - Narod, *Hormone replacement therapy and the risk of breast cancer*, Nat. Rev. Clin. Oncol (August 2011) – PX ML 6105 at p. 1 (The rapidity of the decline in hormone receptor positive cancers after use of combination therapy fell suggests that a proportion of breast cancers that are hormone dependent will regress if the hormonal stimulation is removed); Ex. 78 - Farhat, *Changes in Invasive Breast Cancer and Ductal Carcinoma In Situ Rates in Relation to the Decline in Hormone Therapy Use*, J. of Clinical Oncology, 28 (2010) at p. 7 (Withdrawal of HT may halt the progression of pre-existing tumors or even cause them to regress completely); Ex. 69 - Chlebowski, *Breast Cancer after Use of Estrogen plus Progestin in Postmenopausal Women*, NEJM, Vol 360:6 (2009) – PX ML 4881 (Withdrawal of E+P can lead to a regression of preclinical cancers; Ex. 43 - Berry and Ravdin, *Breast Cancer Trends: A Marriage between Clinical Trial Evidence and Epidemiology*, JNCI, Vol. 99, Issue 15 (2007)- PX ML 4775 (E+P is the fuel that is promoting the growth and without this fuel, the growth may slow or stop entirely or the tumors may even regress); Ex. 81 - Prasad, *Short-Term Biologic Response to Withdrawal of Hormone Replacement Therapy in Patients with Invasive Breast Carcinoma*, Cancer, 98(2), p. 2539 (2003) - PX ML 1085 (marked reduction in proliferation rate of cancer following Prempro cessation); Ex. 80 -Sloan Kettering website by Dr. Clifford Hudis – PX 8078 (Hormones fuel cancers and without this fuel "they might immediately stop growing and shrink"); Ex. 82 - Harvey, *Marked Regression of a Nonpalpable Breast Cancer after Cessation of Hormone Replacement Therapy*, AJR, Vol. 167:394-5 (1996)- PX ML 2238 (Cancer regresses and shrinks in size when E+P is removed); Ex. 115 - Jena, *Complete Resolution of Metastatic Breast Cancer by Withdrawal of Hormone Replacement Therapy*, Clinical Oncology, Vol. 13: 200-201 (2001)- PX ML 6008.

## H.        Consensus of Medical Community

Distinguished oncologists, epidemiologists, pathologists and breast cancer researchers all agree that E+P causes hormone dependent breast cancer and can aggravate hormone dependent abnormalities to develop and grow into clinical cancer in a short period of time.

**Dr. Kathleen Pritchard:**   Dr. Pritchard is a professor at the University of Toronto and a medical oncologist at the Toronto Sunnybrook Regional Cancer Centre.   She is also a clinical epidemiologist.[136] Dr. Pritchard is an active clinical investigator and a founding member of the Canadian Association for Medical Oncology and former president.   Dr. Pritchard is a renowned researcher and lecturer on breast cancer topics and has published over 200 peer-reviewed papers.

Dr. Pritchard has opined that use of 16.5 months of E+P caused the promotion of a woman's breast cancer and explained that "E+P can start to affect malignant cells that may be present, or even pre-malignant cells that may be present, almost immediately, but that over time that clearly happens day by day by day, and that the longer they're taking these formulations, the longer they have to have a small breast cancer become a breast cancer that's big enough to be clinically important and clinically detected."[137]

**Dr. Graham Colditz:** Dr. Graham Colditz is a world-recognized breast cancer researcher with more than 700 published articles and 100 reviews, editorials and commentaries.[138]  He has written a number of textbooks and is a peer reviewer and journal editor for several medical journals, including editor-in-chief for "Cancer Causes and Control."[139]  Dr. Colditz is a medical doctor epidemiologist, with a PhD in public health.   For more than a decade he was the lead investigator of the Harvard Nurse's Health Study. Even Dr. Chodosh, Wyeth's expert, recognizes Dr. Colditz as a leader in this field and a "highly respected" epidemiologist.[140]

Dr. Graham Colditz has published and testified that E+P can cause breast cancer after a short time of exposure.  As he explains in his expert report, Dr. Colditz finds it "scientifically implausible in light of the evidence and the totality of the evidence" that E+P would not promote the development of breast cancer "beginning in the first 6 months to a year of use."[141]

**Dr. Phillip Beron:** Dr. Beron is a radiation oncologist at University of California, Los Angeles.   Dr. Beron trained under Dr. Alvaro Martinez, a renowned radiation oncologist. In the case of a woman diagnosed with hormone dependent breast cancer after using E+P for 2.5 years over a 5 year period, Dr. Beron opined that E+P promoted her breast abnormalities into clinical cancer.[142]

---

[136]      Ex.116 - Expert report of Dr. Pritchard, 4/18/2011.
[137]      Ex. 117 - Deposition of Dr. Prichard in *Scharff v. Wyeth*, 5/9/11 at p. 74:4-11.
[138]      Ex.15 - Deposition of Dr. Graham Colditz, 12/18/06 at p. 21-22.
[139]      Ex. 15 - Deposition of Dr. Graham Colditz, 12/18/06 at p. 20-24.
[140]      Ex. 48 - Trial Testimony of Wyeth's general causation expert, Dr. Lewis Chodosh in *Rowatt v. Wyeth*, 10/3/07 at p. 4393; Ex. 47 - Trial Testimony of Dr. Chodosh in *Daniel v. Wyeth*, 1/19/07 at p. 51.
[141]      Ex. 14 – Dr. Colditz's Expert Report,
[142]      Ex. 13- Deposition of Dr. Beron in *Indio v. Wyeth*, 7/21/11

## Case Specific Analysis

In my case specific analysis of any short term use woman's case, I would use the same methodology of differential diagnosis or causality assessment as I describe in detail in my original expert report. I have been told that I do not need to detail that methodology or the basis for the methodology here. However, I will summarize that process and use the Mary Daniel case (a case which has been tried and the jury verdict affirmed on appeal) as an exemplar.[143] This methodology does not require an affirmative answer to every question for E+P to be the most probable cause of the woman's breast cancer but this is the analysis I would perform.

(a) Was this woman's breast cancer hormone dependent? If yes, my main focus is to identify the source of the hormones needed to develop and grow this woman's hormone dependent clinical cancer. For Mary Daniel, the answer was "Yes" as her cancer was hormone receptor positive.

(b) Was this woman hormone-deficient?  For this issue, I look to symptoms and / or blood tests to assess the natural hormone levels of that woman and evaluate whether that woman had sufficient natural hormones (not zero but a low level) to fuel her hormone dependent cancer.  Mary Daniel suffered from hot flashes and vaginal issues. These symptoms are confirmed surrogate markers for natural hormone deficiency and means that E+P was by far the greatest source of hormones influencing the growth of this cancer during the time she took the drugs.

(c) How long was the exposure to E+P?  This is important because, for women who developed cancer after less than 6 months of exposure to E+P, it would be difficult to say that any aggravation caused by E+P actually made the breast cancer worse in a meaningful way.  For Mary Daniel, the answer was 18 months, sufficient time in my opinion for E+P to cause or aggravate a cancer.

(d) What are the woman's other risk factors / causal exposures for breast cancer?  For this issue I assess whether the woman was exposed to high doses of radiation and evaluate all other risk factors.  I typically use the Gail model to assess the woman's natural risk of developing breast cancer at the time of her E+P use. Mary Daniel was 1.0, which is not a high Gail model score.

(e) Is there evidence of hormonal effects on breast tissue? Did the woman develop breast tenderness after starting E+P? What are the woman's mammographic findings?  Did E+P cause a breast density increase or stop the woman's natural involution and thus maintain her breast density? What are the woman's mammographic findings?  Did E+P create breast density changes or stop the woman's natural involution and thus maintain her breast density?  Changes in density of a woman's breast to the use of E+P shows an actual response in the breast tissue to the presence of these artificial

---

[143]    *See Daniel v. Wyeth Pharmaceuticals, Inc.*, 15 A.3d 909 (Pa. Super. Ct. 2011)

hormones. E+P can stop the natural involution of a woman's breast, maintain her breast density or even increase her density. Mary Daniel's natural breast density was going down when she entered menopause. When she started E+P that natural involution stopped and her density increased, confirming that E+P had a hormonal impact on her breast tissue which is where the hormone dependent cancer was growing and developing.

(f) Did removal of E+P impact the growth rate of this cancer? For some women, there is an opportunity to actually see the impact of removing E+P on the growth rate of that specific cancer. If the woman's diagnostic biopsy and resulting lumpectomy / mastectomy both contain carcinoma, you can compare the Ki67 percentages from the two samples and see if withdrawal of E+P had an effect on the cancer's growth. This is precisely the methodology used in the Prasad paper.[144] For Mary Daniel her Ki67 was 27 at biopsy and fell to 7.6 by the time of her surgery. In just a short period of time, with nothing changing but the removal of E+P, Mary Daniel's cancer's growth rate fell dramatically.

(g) What were the treatment regimens and what was the impact of such regimens? This factor looks to see if removing E+P changed the size or growth rate of the cancer as well as the impact of anti-hormone treatments. If there was a delay in surgery, one would look to see if the size of the cancer changed due to the removal of E+P. Mary Daniel underwent chemotherapy as well as radiation and took Arimidex.

(h) Was the woman newly menopausal when she started E+P and was she using E+P at the time of her diagnosis? While not definitive, this information can help add additional pieces to the causation puzzle. Mary Daniel started E+P at menopause and used the drug up until the time of her diagnosis.

(i) Is there clinical or pathology evidence of E+P impacting the actual cancer? This is an overall review of the woman's entire clinical picture including her post-diagnosis course.

Mary Daniel was thus an estrogen deficient woman who developed a hormone dependent clinical breast cancer after a year and a half of E+P use. Mary Daniel's hormone dependent breast cancer progressed and grew in size at a time when her endogenous hormone levels were very low and she was taking E+P. Her hormone dependent cancer is the type that will slow stop or regress when it is deprived of hormones as would be the case with a woman who was hormone deficient. In her case, this was further supported by the fact that her cancer's growth rate while she was taking E+P was high and the same cancer slowed dramatically after just a few weeks of not taking E+P.

---

[144]      Ex. 81 - Prasad, *Short-Term Biologic Response to Withdrawal of Hormone Replacement Therapy in Patients with Invasive Breast Carcinoma*, Cancer, 98(2): 2539 (2003) - PX ML 1085.

## SUMMARY

My opinions are based on several lines of evidence which look not only at the effect of E+P on the development of breast cancer but also look at the natural course of hormone dependent breast in hormone deficient women who do not take E+P. For exposures of a few months to 3 years or less, E+P can accelerate, develop and/or aggravate the growth and development of preexisting abnormalities or occult cancers, either *in situ* or invasive. E+P has and can affect tumors that would have stopped growing or regressed when the woman became hormone deficient in menopause. The woman's use of E+P can prevent that natural regression and instead continue the growth and progression process that had begun during pre-menopause. For such a woman, but for her use of E+P, she would not have developed clinical breast cancer. Whether E+P was necessary to the development of any individual woman's cancer would obviously depend on a careful review of the facts of that specific case.

I affirm based on personal knowledge and under the penalty of perjury that the foregoing statements contained in this declaration are true and correct. I am over the age of 21 years, am of sound mind and body, have never been convicted of a crime and am capable of making this declaration. I have personal knowledge of the matters stated herein and these matters and by general and case specific opinions are all true and correct.

Signed this 11th day of _____October_____, 2011.


_____
Elizabeth Z. Naftalis, M.D.

30

**Elizabeth Z. Naftalis, M.D., F.A.C.S.**
5315 Royal Lane Dallas, Texas 75229-5528
214-368-0794
elizabethnaftalis@msn.com

# Case Log

I charge $450 per hour for case review and $750 per hour for live testimony. Below is a list of cases I have testified in over the past four years.

Phillips v. Wyeth (deposition 10/22/07)

Adams v. Wyeth (deposition 1/30/08)

Scroggin v. Wyeth (trial testimony 2/11/08)

Deboard v. Wyeth (deposition 5/13/08)

Esposito v. Wyeth (deposition 6/19/08)

Vance v. Wyeth (deposition 4/14/09 and 5/11/09)

Barton v. Wyeth (trial testimony 9/22/09)

Kendall v. Wyeth (trial testimony 11/10/09 and 11/12/09)

Gonzalez v. Wyeth (Frye hearing 11/13/09)

Global Frye hearing (1/19/10 and 1/20/10)

Singleton v. Wyeth (trial testimony 2/2/10 and 2/3/10)

Foust v. Wyeth (trial testimony 2/4/10 and 2/5/10)

Esposito v. Wyeth (Frye hearing 4/8/10)

Hill-LaFerrara v. Wyeth (deposition 5/21/10)

Buxton v. Wyeth (trial testimony 8/9/10 and 8/10/10)

Choueifati v. Wyeth (deposition 8/13/10)

Wilson-Curtis v. Wyeth (deposition 9/23/10)

Wilson v. Wyeth (trial testimony 10/5/10 and 10/6/10)

Spinelli v. Wyeth (deposition 11/10/10)

Davidson v. Wyeth (deposition 12/17/10)

Kuhn v. Wyeth (deposition 12/17/10)

Hansen v. Wyeth (deposition 1/19/11)

Campbell v. Wyeth (deposition 1/21/11)

Lea v. Wyeth (deposition 1/28/11)

Kaufman v. Wyeth (deposition 2/16/11)

Scharff v. Wyeth (deposition 03/21/11)

Kammerer v. Wyeth (deposition 03/31/11)

Allen v. Wyeth (deposition 04/25/11)

Loewen, Aderhold, Wright, and Eddings v. Wyeth (deposition 05/04/11)

Her2neu and PR- issues (deposition 05/11/11)

Briggs v. Wyeth (deposition 06/06/11)

Smith, Lapour and Peters v. Wyeth (deposition 06/13/11)

Eckholm v. Wyeth (deposition 06/14/11)

Romero v. Wyeth (deposition 06/24/11)

Paul v. Wyeth (deposition 07/18/11)

Rodgers v. Wyeth (deposition 08/04/11)

Baldonado v. Wyeth (deposition 08/12/11)

Brockert v. Wyeth (deposition 08/15/11)

Golden v. Wyeth (deposition 08/25/11)

Pelc v. Wyeth (deposition 08/31/11)

Boyer v. Wyeth (deposition 09/27/11)

Norton v. Wyeth (deposition 09/30/11)

Curtis V. Wyeth ( trial 10/6/11 and 10/07/11)