# EXHIBIT 64

## Supplemental Expert Report of Donald Austin, MD, MPH, September 2011 Re: Comparative Safety of MPA vs. OMP.

In August 2007, in response to a request, I prepared an epidemiologic report addressing the question of whether medroxyprogesterone acetate (MPA) used in menopausal hormone therapy was a cause of breast cancer. At that time I concluded that combined hormone replacement therapy, specifically conjugated equine estrogen (CEE)+MPA, was indeed a cause of breast cancer among postmenopausal women users of that preparation. The available evidence supporting CEE+MPA as a cause of breast cancer was substantial at that time, and it is not surprising that the same conclusion was reached by a number of other scientists and health agencies assessing that issue, so that also in 2007, combined hormone therapy of conjugated estrogens plus MPA was designated a human carcinogen by the World Health Organization's International Agency on Cancer Research.[1] IARC has recently published an update of its 2007 report on menopausal HRT, strengthening its prior conclusion that combination hormone therapy causes breast cancer.[2] Other august bodies, including the National Cancer Institute[3] and the American Cancer Society[4], and individual scientists have also since concurred in that conclusion.

At that time I was also asked to opine if MPA combined with an estrogen increases the risk of postmenopausal breast cancer, whether the increased risk is a phenomenon shared by all progestational agents used with estrogens for hormone replacement therapy in postmenopausal women or, instead, whether MPA stood out in that regard, especially when contrasted with oral micronized progesterone (OMP), a substance biologically and chemically identical to the progesterone naturally produced by human females. In 2007, there was considerably less evidence available to address the second issue, but the evidence available then indicated that OMP use with estradiol failed to elevate breast cancer risk for at least 5 years, in contrast to the considerable elevation of risk with MPA at only 2-3 years. My conclusion reflected that status.

[Two other HRT progestogens with significant market share, particularly in Europe, are norethindrone acetate (NETA) and norgestrel or its left-handed isomer levonorgestrel (LNG). Both have been found to have roughly the same effect on breast cancer as MPA, i.e., to increase the risk of ER+ breast cancer about 2-4 fold, especially in newly menopausal women.[5,6,7] This report will not review the epidemiological and other scientific evidence regarding those two progestins.]

Since 2007, additional scientific evidence has become available and I have been asked to supplement my earlier report on the comparative risk for breast cancer of using estrogen with MPA vs. using an estrogen with OMP. Below I supplement my August 2007 report.

I have also been asked to respond to the W. Va. Opinion and Order of Judge John T. Copenhaver, Jr., United States District Court, W. Dist. W.Va., Charleston Division, dated July 8, 2011, pointing out errors of fact and scientific methodology. A copy of that W. Va. Opinion and Order is attached as Exhibit A. My comments to that W. Va. Opinion are presented first.

I have also been asked to comment on a second Opinion from a Texas federal court (Magistrate Judge Zack Hawthorn) which excluded my expert opinion that OMP is safer than MPA based on my 2007 report and on the W. Virginia Opinion already discussed. A copy of that Texas Opinion

and Order is attached as Exhibit B. My comments on that Texas Opinion follow my comments on the W. Va. Opinion.

Then in the subsequent text I address the following specific questions:
- Is MPA, when combined with CEE in menopausal hormone replacement therapy (HRT), a cause of breast cancer among users?
- If so: What are the characteristics of the relationship between HRT using MPA and breast cancer as revealed by epidemiologic studies?
- Is OMP, when combined with an estrogen as an HRT, also a cause of breast cancer among users?
- If, as it appears, the specific progestational agent used in HRT makes a difference in breast cancer risk for the user, does the estrogenic agent also make a difference?

## A1. Response to the W. Va. Opinion and Order of John T. Copenhaver, Jr. (W. Va. Opinion)

1. Natural progesterone: The W. Va. Opinion refers to "oral micronized progesterone ('OMP' or 'natural progesterone')" in stating that both Drs. Tilley and Austin opine that OMP is a safer alternative than E+MPA. The term "natural progesterone" also is often used in the scientific literature and popular media to include those preparations compounded in local pharmacies by compounding pharmacists from raw pharmaceutical substances. There is considerable advertising for these compounded preparations being "natural" and therefore better, as well as some negative discussions about their dangers stemming from the fact that individually compounded prescriptions by local pharmacists cannot be subject to quality control or safety review by the FDA. It is important to emphasize that my opinion regarding OMP does not include such locally compounded prescriptions. There are no large studies of the effect of these preparations on the risk of breast cancer and the OMP included in my opinion is about the FDA approved and commercially distributed preparations manufactured by Besins, a drug company based in Belgium, which licenses the product for sale in the USA to Abbott Laboratories under the brand name Prometrium. Besins first obtained a license for the preparation (micronized progesterone powder suspended in peanut oil and sold in capsules) for use as a progestogen in menopausal hormone therapy in France in 1981.This prescription hormone drug product has been included in several relevant epidemiologic studies of breast cancer risk in France, where researchers can find the largest group of long time users. Thus, my opinion applies to that licensed product only, and criticisms of "natural" or "bio-identical" progesterone as compounded by local pharmacists do not apply to this opinion.

In the W. Va. Opinion, the judge cites, and mistakenly concurs with, the defendant's claims that:
- "(1) the experts relied upon observational studies that have been contradicted by a randomized, clinical study;
- (2) the experts' claims were not supported by the conclusions of the studies upon which they relied; and
- (3) the experts downplayed contrary findings."

2. Claim #1, above, if relied upon by the court, is an egregious error. The suspicion that it was relied upon is supported by the statement (Pg 20) that the court's decision is "bolstered" by the findings of the PEPI clinical trial.[8] In fact, although the defendant drug companies often bring

2

up the PEPI trial in an apparent attempt to obfuscate or to inappropriately influence jurors or the court, it has absolutely no scientific value in addressing the issue of the risk of breast cancer stemming from exposure to estrogens with either OMP or MPA. The National Institutes of Health published a pamphlet about the PEPI Trial in 1995, in which they attempted to inform the public about what the PEPI Trial did and didn't do. That publication said "*PEPI did not last long enough to study the effect of hormone therapy on the risk of breast cancer.*"[9] The PEPI trial had 175 women age 45-64 in each of 5 trial arms, one of which received cyclic CEE+MPA (another CEE+MPA daily), and one received cyclic CEE+OMP. They were watched for 3 years only, so there were 525 person-years of observation for each arm. The risk of breast cancer per year for women 55-59 is $280/100,000^{10}$ or 2.8 per 1000 person years. At 525 person years in each arm the expected cases would be 1.5 cases in each arm for the period of the study, or an expected total of 7.5 for the whole study, just what was seen (e. g., 8). In addition, the observed number of breast cancer cases in the cyclic CEE+OMP arm of PEPI was 4. Statistically, the 95% confidence interval around that number is 1.56 to 14.68. It is not possible to distinguish that from the number in the CEE+MPA arm of 2 (95% confidence interval 0.554 – 16.54) because the confidence intervals for each observed number contain the number of cancers in the other arm. Reliance on 4 vs. 2 breast cancers for any decision, scientific or judicial, is improper.

Even more importantly, there were one of the breast cancers each in the cyclic CEE+OMP and in the cyclic CEE+MPA groups that were diagnosed between 6 months and 12 months of the study start. Another cyclic CEE+MPA and two additional of the cyclic CEE+OMP breast cancers were diagnosed at the first 12 month examination. Thus, out of the six cancers cited for comparison by the defense and referred to in the W. Va. Opinion, five were diagnosed within 12 months of starting hormone therapy and could not possibly have been newly caused by the therapy. It is possible that breast cancers newly caused by hormone replacement therapy could reach clinical detection within 3 years, provided that the women being treated are menopausal or recently menopausal (as opposed to the older women recruited in the WHI). It is very highly improbable that within just 12 months, tumor promotion (i.e., start of a new cancer from an initiated but previously nonmalignant cell) could occur and also that the new cancer could be stimulated to grow to reach the level of clinical detection. The fact that the expected number of breast cancers for the entire study is 7.5, based on SEER rates, and the observed number was 8, is consistent with the conclusion that no new cancers were both started and found in the 3-year study period. It is possible, of course, that any already established subclinical cancers lying dormant just below the threshold of clinical detection could be stimulated to grow faster by any estrogen preparation. The fact that in the two study arms being compared 5 of 6 detected breast cancers were diagnosed in the first 12 out of 36 months total, is consistent with that possibility.

The defendant drug companies have elsewhere argued that even cases diagnosed up to 36 months after starting on CEE+MPA cannot have been caused by hormone therapy, an argument accepted by the MDL court. On 11/12/10, in MDL Docket No. 4:03CV1507 WRW, the defense successfully argued before the United States District Court for The Eastern District of Arkansas[11] that "…the totality of relevant observational data is in accord with the WHI results – that there is no increased risk with three years or less of Prempro use." To cite the results of the PEPI trial as offering a valid comparison between the two progestational agents is to claim that the cases diagnosed within 12 months were caused by either or both of the hormone preparations, a claim both biologically implausible and counter to the defendant's previous position accepted by the court.

3

In the PEPI trial neither the cases in the OMP or cyclic MPA arms differed from expected. More importantly, the cases occurring within the first year of the study are not likely to be due to either exposure. Any reliance on this study for assessing the risks of one progestational agent relative to the other is absolutely wrong and unscientific, a fact recognized by the National Institutes of Health. The PEPI results should not "bolster" the court's decision any more, or less, than if the results were just the opposite. The PEPI trial does not "contradict" the observational studies as the defendants are cited as claiming because the PEPI trial does not contribute *any* information at all regarding relative risk of breast cancer and the hormone formulations used. A lack of information does not contradict available information. The PEPI results simply do not apply.

It is also of note that the W. Va. Opinion cites the numbers of breast cancers occurring as numbering 16, and in a following sentence states "Although the difference between 2 and 4 incidences of breast cancer out of a group of 32 is hardly statistically significant…" However, there were only 8 breast cancers total in the entire study, not 16 and not 32, as apparently believed by the W. Va. Opinion author. There were an additional 8 cancers of nonrelated sites (skin, lung, colon, liver, etc.) among women receiving combined HRT.

[The short-term PEPI study does have some results that are relevant to the facts at issue, however, since the investigators did follow breast density of subjects in the five comparison arms, over time. This short term effect is discussed below in section 10.]

3. The defendant drug companies' point #2, that "the expert's claims were not supported by the conclusions of the studies upon which they relied" is also incorrect. The W. Va. Opinion does not cite one conclusion in my report that is contradicted by the studies on which I relied. It is ironic, however, that the 2007 Fournier[12] paper concludes "These findings suggest that the choice of the progestagen component in combined HRT is of importance regarding breast cancer risk; *it could be preferable to use progesterone or dydrogesterone*" (emphasis added), a conclusion that contradicts not my opinion, but the W. Va. Opinion. It is true that the purpose of some of the studies on which I relied was not to perform a comparison between the effects of OMP and MPA when taken with an estrogen and therefore no conclusion regarding such was made by the authors. However, the results are published for everyone to read and make comparisons. In addition, now there are additional results available that validate my original interpretation.

4. The third point of the defendants, that the experts "downplayed contrary findings" is also without merit. All relevant studies were considered. The rationale for basing my report's conclusions on some papers and not others was an analytic process akin to the above detailed rationale for not relying on the PEPI results, though perhaps not explained in such detail in the report. It is understandable that defendants may not like a scientific criticism of findings that are to their liking, but a scientific evaluation must recognize shortcomings of studies and whether or not they are applicable to the issue under consideration. It is also important to assess the magnitude of the evidence in support of each conclusion and thus my initial assessment of evidence that OMP does not elevate the risk of breast cancer as being weak was appropriate, especially in comparison to the overwhelming evidence that MPA does elevate the risk of breast cancer. Positive support for the absence of a causal effect (as opposed to a lack of evidence) is scientifically more difficult to demonstrate, and thus my honest characterization of the state of

4

the evidence at that time.  It was not an "admission" as characterized by the W. Va. Opinion; it was a professional scientific assessment.

5.  The W. Va. Opinion refers to the MISSION Study, a French cohort study headed by M. Espie, pointing out that the "investigators did not deem the higher incidence among E + synthetic progestins to be statistically significant."  The W. Va. Opinion also says "Espie does not provide a head-to-head comparison of OMP and MPA; it instead compared OMP with various synthetic progestins, *only one of which is MPA*."  (Emphasis added.) The W. Va. Opinion goes on to cite the incidence of breast cancer among women exposed to different types of HRT and provides an entire page of footnotes from the Federal Judicial Center's Reference Manual on Scientific Evidence.  **This entire section of the W. Va. Opinion is in error**.  First, the MISSION Study comparison of breast cancer among users of different preparations *specifically excludes MPA*, a fact cited several times in the paper, including in the footnote to the table included in the W. Va. Opinion and from which the incidence figures are quoted.[13,14]  There are no comparative data between estrogen + natural progesterone and estrogen + MPA provided in the cited data.  The comparison is between estradiol alone, estradiol + natural progesterone[i], and estradiol + "synthetic progestin*" but specifically excluding MPA and 19-nortestosterone derivatives*.  Thus, the information cited has no internal value for assessing the relative risks from MPA vs. OMP when combined with estrogen.  What is epidemiologically important about the results of Espie and colleagues is that even though the average duration of HRT use (again, not including MPA) was 8.3 years, and 31.3% of the users were exposed for 10 or more years, there was no statistically significant difference between the HRT users and nonusers with respect to breast cancer.  In contrast, nearly every study in the last decade that has measured risk from HRT <u>with MPA</u> has shown a substantially higher breast cancer risk for exposure for that length of time.  Second, the figures cited are incidence data expressed as a percent.  They are not relative risks, so the entire referenced excerpt on relative risks from the Reference Manual on Scientific Evidence is not applicable.  This demonstrates an unfortunate lack of understanding of epidemiologic science in the W. Va. Opinion.  The Mission investigators did compute some relative risks however, and found that none (again excluding MPA) differed from 1.0, which means no increased risk of breast cancer was found. The W. Va. Opinion author acknowledges that the investigators of the MISSION study stated that their results supported the conclusion "that the safest HRT from the standpoint of breast cancer risk is the … (combination) of … estrogen and micronized progesterone" but then rebuts the author's own conclusion by mistakenly asserting that "Espie evaluated various synthetic progestins, not just MPA".  In fact, Espie did NOT evaluate MPA at all, separately or together with other synthetic progestins.  The W. Va. Opinion's entire rationale for impugning my expert opinion is factually wrong.  Note that the W. Va. Opinion author, in disagreeing with the researchers' own conclusion, again commits the very act that is cited in the W. Va. Opinion as the defense's second reason for not allowing the plaintiff's experts' opinions.

6.  The W. Va. Opinion cites figures in several studies and relies on "statistical significance" to either accept or reject certain arguments.  These are not used consistently; in some cases to claim an association exists or in others to impeach a position made by the plaintiff.  There is an

---

[i] Route of administration not specified.  Included in the E2+natural progesterone is "OMP, a progesterone-like compound, a pregnane derivative (excluding MPA) or a norpregnane derivative excluding 19-nortestosterone derivatives."

apparent lack of understanding of the use of significance levels displayed in the W. Va. Opinion, which are not akin to a "toggle switch" indicating whether or not an association exists, but rather are aids to making a scientific judgment. Most important should be the understanding that failure to reach an arbitrarily set level of statistical significance is not evidence that an association does not exist. Rather, it is a failure to demonstrate (at a level accepting a designated probability of error) that an association does exist. Absence of evidence is not evidence of absence.

There are several reasons why an analysis may not demonstrate a statistically significant level of association. One, of course, is that no association of a biologically important size exists. Failure of an analysis to reach statistical significance is very, very, weak evidence that this possibility is the explanatory reason (because it is so likely to be due to the other reasons) unless the number of participants is rather large. Another reason is that even if there is a real association of important clinical size, the particular collection of data being analyzed might just happen, by random chance, to be a collection of data that fails to demonstrate the association, though most other similar collections of data would demonstrate it. This is termed a "type two" error (rejecting a hypothesis that is really true). A power analysis performed before the statistical test is done gives an estimate of the probability of missing an association of designated size, given the number of participants in the study. The smaller the number in the study, the more likely it is that the participants will not well represent the universe of subjects with that condition.[ii]

Another consideration is the size of the association. If the association between an exposure and an outcome is rather large, such as having a RR of 25, it will be rather easy to distinguish between a group of exposed and unexposed. If the size of the association is small, such as a RR of 1.1, it will require a large number of participants in the compared groups to be able to detect that difference. That is why, in power analyses, the size of the association being sought is always specified. A planned analysis may have a very high power for detecting relative risks of 10 or higher, but a progressively lower power for detecting relative risks of decreasing size.

7. The most common reason for not demonstrating an association with statistical significance is that the number of subjects or outcomes of interest in the study is insufficient. The W. Va. Opinion includes Table 2 copied from the 2007 Fournier et al paper. The W. Va. Opinion quotes the investigators "[for] estrogen-alone or any given estrogen-progesten (sic) combination, the route of administration of the estrogen did not have a statistically significant effect on the

---

[ii] This can be demonstrated by a thought experiment. Assume you have a population of a million men, and wanted to determine the average height of the men. If you measured all one million, you would have an exact and correct value for the average height. If you randomly selected one man, there is a chance the selected man would be the very tallest or the very shortest man in the million. This would not represent the average height in the million well. If you selected two men, you could be assured that both selections were not the tallest or the shortest (since there is only one), but they might both be taller or shorter than average. If you selected 10 men, the estimate would be better. If you randomly selected half a million, the estimate would be just about as good as measuring all one million. As you increase your sample from 10 to half a million you can increase the reliability of your estimate of the average height, so the confidence interval (the range in which the true average is likely to be) gets smaller and smaller. Whenever investigators conduct a study and compute an estimate for a specific measure, the point estimate has a range, depending upon the number of observations (or participants) contributing to the estimate.

If the investigators are trying to see if the point estimate for one group is different from another group, the width of the point estimate confidence interval for each group depends upon the number of observations in each group. If the number is small and the confidence interval wide, they may overlap, meaning one may not be able to determine if a real difference exists at a specific probability of random error. If one were to select a 90% confidence interval, instead of a 95% confidence interval, it may be able to distinguish the two estimates statistically, but necessarily accepting a larger probability of an error.

association between HRT use and breast cancer." [Emphasis added.] From that discussion of the route of administration (ROA) of estrogen the W. Va. Opinion then concludes "Thus the comparison of oral E+MPA versus transdermal/percutaneous E+OMP seems to be a valid one." While there is no statistical difference between the effect of estrogens by different ROAs demonstrated, one should not be surprised by the lack of statistical differences among the various progestational agents analyzed, since the numbers for the observed cases in the oral administration groups are so small (7, 8, 8 ,9, 13, and 29, 34, and 46). The study authors are quite justified in noting that they did not detect a difference. The W. Va. Opinion is not justified in apparently concluding that when considering relative risk estimates, the ROA makes no difference. It is true that no difference was demonstrated, most likely due to the small numbers of subjects in some of the groups. In the absence of convincing evidence that the ROA makes no difference on the outcome of interest, it is not appropriate to assume that different routes are equivalent. This is especially true with HRT since there is a documented difference of effect according to the ROA for estrogen only therapy when the outcome is venous thrombosis[15], and for estrogen/progesterone[16] on blood coagulation. In fact, there is a wealth of information documenting the difference in effect for progesterone according to the ROA, which has been summarized by Hermsmeyer et al.[17] It is known that 95% of oral progesterone, when absorbed into the bloodstream, immediately passes through the liver where it is instantly metabolized (while MPA is not metabolized at all) and that transdermal progesterone bypasses this liver route. There is no positive evidence that no difference exists by progesterone ROA for the breast cancer outcome, but it would require strong evidence to reach that conclusion when there is such good information on the difference in other progesterone effects by ROA. The failure to reach statistical difference by ROA in the 2007 Fournier paper does not come close to providing such evidence. (No information on different ROA for MPA exists since it was designed for oral administration and has never been used transdermally.)

Thus, while the W. Va. Opinion acknowledges that the plaintiff experts "found that the risk of breast cancer was significantly lower with estrogen-progestagen HRTs containing progesterone [i.e., OMP] or dydrogesterone than with HRTs containing other progestagens", the W. Va. Opinion apparently incorrectly ascribes to defense claims that "the 2007 Fournier report actually undermines the opinions of Drs. Tilley and Austin. Although the investigators did find that OMP is safer than synthetic progestins (as a group), the study provides a direct comparison of E+OMP and E+MPA that shows no statistically significant difference as to breast cancer risks associated with the two drugs." Those claims are incorrect for the reasons stated above. The comparison cited in the W. Va. Opinion does not "show" that there is no statistical difference, rather it fails to show that there is, and these two situations are not equivalent. My correct acknowledgement that the slightly overlapping confidence intervals between the relative risk estimates of oral E+MPA and of transdermal/percutaneous E+OMP means that the two estimates are not statistically different, at the conventional 5% error level. However, this cannot be construed, as defendant apparently argues, that both preparations are equivalent.

It should be emphasized that the 2007 Fournier paper demonstrates that the relative risk of breast cancer among women exposed to E+MPA *is* statistically significantly higher than among women with no HRT. The relative risk of women exposed to E+OMP is *not* different from that among women with no HRT. One is justified in concluding that in that study, the evidence supports an association between E+MPA and breast cancer, but the evidence does not even suggest that there is an association between E+OMP and breast cancer. One is *not* justified in concluding that it

7

has been demonstrated that there is no difference between the risks imparted by the two preparations.

Lastly, in the Fournier et al table included in the W. Va. Opinion, two statistical analyses were apparently overlooked by the W. Va. Opinion author, which are relevant and important to the issue under consideration. The test for homogeneity among all progestogens, in each of the oral estrogen and transdermal/percutaneous estrogen columns, demonstrates that the preparations in each column are significantly different from being similar (p = 0.03 and 0.01, respectively). However, when progesterone and its stereoisomer form dydrogesterone are removed, the remaining preparations are not statistically different. This supports the concept that E+progesterone is different from E+MPA (and other remaining preparations). Those findings are contrary to the conclusion by the W. Va. Opinion, though the study author obviously relied on that statistical assessment.

8. The W. Va. Opinion, in precluding testimony by plaintiff's experts, discounts a cited animal study, stating that sometimes animal studies "cannot be reliably extrapolated to humans." However, the W. Va. Opinion misunderstands the relevance of the animal data. It is accepted that estrogens cause susceptible breast cells (those with estrogen receptors) to undergo mitosis. There is also good evidence that many progestogens act as mitogens, that is, they also cause susceptible cells to undergo mitosis (cell division). This phenomenon has been studied in tissue cultures, in animals, and in humans (both experimentally and epidemiologically), and the results are similar and consistent. The legal precedent cited in the W. Va. Opinion is a case where an expert opinion was based on existing *in vitro* studies and *in vivo* studies in rats that were directly contradicted by the only epidemiologic evidence. Fortunately, in the instance of MPA, OMP, and human breast cancer, the findings in animals, in tissue cultures, in human clinical studies and in the epidemiologic evidence are all in concert. The following discussion explains the relevance of such animal studies to humans.

A long-term study of MPA administered to beagles showed that while no breast cancers occurred in the control group, there was an incidence of 25% and 40% for breast cancer, respectively, in the moderate and high dose groups of MPA exposure.[18] Studies both in mice[19] and in the monkey (used as a model for human breast cancer)[20] have determined that combined HRT, where the progestational agent used is MPA, causes more proliferation in the epithelial cells of the mammary ducts (the type of cell involved in most human breast cancer) than does estrogen alone. In 2007, Wood et al[21] compared the effect of oral placebo, estrogen alone, estrogen + OMP and estrogen + MPA on breast epithelial proliferation in randomly assigned groups of cynomolgus monkeys, in a RCT cross-over design. They demonstrated that E alone increased proliferation slightly compared to placebo, but E+MPA resulted in even greater ductal and lobular proliferation, while adding OMP to E did not increase proliferation beyond E alone. Franke and Vermes[22] demonstrated that MPA, alone or with an estrogen, stimulated proliferation of breast cancer cells in tissue culture, while progesterone did not. Importantly, all these findings have been duplicated in humans, indicating their relevance for assessing the effect of MPA and OMP (see below).

9. Foidart, in 1998, conducted a RCT among menopausal women scheduled for benign breast surgery, in which for 14 days prior to their surgery, they applied a gel to both breasts that contained either a placebo, estradiol, or estradiol+progesterone. They demonstrated that while

estradiol alone produced proliferation of human breast ductal tissue, the addition of transdermal progesterone significantly curtailed this proliferation.[23] (This is the human counterpart of the Wood et al experiment in cynomolgus monkeys.) Another study, by Hofseth et al,[24] of human breast biopsy tissues that turned out to be benign, had similar findings. The investigators examined the human tissues microscopically and with antigenic markers of cell proliferation to compare the degree and histologic location of proliferation with the hormone therapy (none, estrogen alone, or estrogen with MPA) the women were receiving. Compared to women receiving no hormones, they found that the ductal epithelium of women receiving estrogen or E+MPA had significantly higher proliferation indices, but of the three indices determined, indices of women receiving E+MPA were higher for two of them. Further, with E+MPA, the proliferation was localized to the terminal duct-lobular unit (TDLU), the site of origination of most breast cancers.

10. One of the accompanying effects of E+MPA exposure is the increase in cellular proliferation and accompanying breast density. These were demonstrated in the WHI[25, 26, 27, 28] and they are important because increased breast density is a strong and reliable marker for increased breast cancer risk.[29] The breast density is a function of the degree of proliferation in the ductal and lobular tissue in the breast, so that increased density is a radiologic sign of increased cellular proliferation in the breast. In a 1999 report of breast density in the PEPI trial,[30] it was found that breast density increased, mostly in the first year, in all the arms using HRT of any type. Compared to CEE alone, the relative risk for increased breast density from the cyclic use of CEE+MPA was 13.1 (p = .003). The RR for cyclic use of CEE + OMP was 7.2 (p = .024). In this head to head comparison of breast density, highly significant results for a potent risk factor for breast cancer demonstrated that combining CEE with MPA has a much than stronger density-inducing effect than combining CEE with OMP. Two studies have now found that an increase in breast density while taking CEE+MPA is associated with a subsequent higher risk for breast cancer.[31]

11. In the 2005 Franke and Vermes study (ref 22), the effect of various estrogen+progestogen combinations on the ratio of cell death (apoptosis) to cell proliferation were compared in ER+ breast cancer cells in tissue culture. While E+progesterone resulted in approximately equal effects of proliferation and cell death, for E+MPA the ratio was approximately 0.40. [In other words, the effect of cell proliferation by MPA was two and a half times as strong as its promotion of cell death.] A recent in vitro breast tissue study compared the proliferative effect of estrogen (estradiol, $E_2$) alone, $E_2$ + progesterone, and $E_2$ + MPA[32]. It found that while the estrogen produced a dose-dependent proliferative effect, "(a)ddition of progesterone had no influence on the $E_2$-induced effect, whereas medroxy-progesterone acetate enhanced the $E_2$ - induced effect at a low $E_2$ concentration,.." In an accompanying editorial[33], Stanczyk comments that "(the authors) emphasize that of particular significance in their study is the finding that progesterone differs completely from MPA in its effect on cell proliferation in MCF-7 cells and suggest that there may be lower breast cancer risk when progesterone is combined with $E_2$ treatment." This finding corresponds well with the difference in breast cancer risk seen in the three French cohort studies, with the animal studies, with the human cell studies, and with biologic findings in the PEPI trial.

12. Another recent study by Murkes et al[34] was a direct experimental comparison of the effect of CEE + MPA vs. percutaneous estrogen + (oral) OMP in 71 randomly assigned women to one of

the two comparison HRT exposures. The investigators took a core needle biopsy before exposure and after two months of exposure to the assigned HRT. The breast tissues were evaluated for the degree of proliferation. They found that the CEE+MPA "produced a highly significant increase in proliferation…" "In contrast, treatment with percutaneous E2 +oral P did not significantly increase proliferation," again confirming the animal studies.

As early as 2001 a clinical review published by Santen et al[35], in which both epidemiologic and biologic papers on the topic were reviewed, highlighted the fact that when progestins were added to estrogen as HRT, it appeared to impart an 8% per year elevation of breast cancer risk with increased duration of exposure. The major progestin included in this review was MPA. No study with identified OMP was included in this review.

When animal studies demonstrate the same phenomena as that in human studies, the relevance to human physiology and pathology is obvious. Granted, there are instances in science where animal studies do not reflect similar processes in humans, but the proliferative effect of MPA vs. OMP on breast tissues does not appear to be one of those instances.

Further, the epidemiologic studies of estrogen with OMP support the clinical findings in humans and the animal studies. A prospective cohort study of French women on E+P by de Lignieres[36] et al found no elevation in breast cancer risk. They also reported that 58% of the women were receiving OMP, while less than 3% were using MPA. Importantly, they reported a power of 63% to detect an elevated risk as high as that in the WHI. This provides strong evidence for the absence of any association between OMP and breast cancer of a size larger than a RR of 1.26. Schneider[37] et al used a nested case-control study in 2009 to determine that women currently on CEE+MPA had an odds ratio (OR) of 1.48 (1.04-2.10) after 5-16 prescriptions, and after 17+ prescriptions had an OR of 2.54 (1.38-4.68) for any breast cancer. In contrast, those using estradiol plus the stereoisomer of progesterone (dydrogesterone) had ORs of 0.60 (0.31-1.17) and 1.65 (0.53-5.12). Neither of these latter odds ratios is statistically different from 1.0, which means no increased risk was observed. [The category of 5-16 and 17+ prescriptions corresponds to approximately 2-4 years and 5+ years of exposure.]

All the available evidence is consistent with the conclusion that the use of estrogen + OMP is a safer alternative to estrogen + MPA with respect to breast cancer risk. It is doubtful that any proposed trial that asked women to volunteer for a study to assess the risks of long-term use of estrogen + MPA could pass an ethical review. This is no doubt why the new KEEPS study (Kronos Early Estrogen Prevention Study) is again trying a clinical trial of potential heart disease prevention (the same rationale as for the WHI), but enrolling women as they enter the menopause and, instead of giving them MPA with their CEE, they are using OMP as the progestational agent.[38] I am aware of only one additional ongoing, long term, randomized trial of combination HRT (ELITE, being conducted by the National Institute on Aging) in which low dose estrogen is being tested for cardiovascular benefit. For women with a uterus, the investigators chose a vaginal gel containing micronized progesterone, rejecting MPA as the progestogen.[39] I question the prudence of U.S. clinical practice in continuing to offer HRT with MPA to women in the general population with menopausal symptoms.

I note that the most recent IARC review concludes: "The data are insufficient to determine whether the risk differs by estrogen type, dose, or route of administration or the progestogen type

(progesterone or progesterone-derived versus testosterone-derived) or regimen (continuous versus cyclic) progestogen." (ref 2, p. 276). However, because of the delay between completion of the review and issuance of the final report, the IARC reviewers had access to studies published only through August of 2008. Also, they did not include in their analysis the 2007 and 2008 reports from the E3N French Teachers Study; they did not include the updated report or even the first two reports from the MISSION study, nor did they cite the de Lignieres cohort study (ref 36). The IARC report also does not cite any of the primate studies discussed here, nor does it cite the Hofseth (ref 24) or Foidart (ref 23) human breast cell studies. When all of these data from human and animal studies not available to or not reviewed by the IARC committee are considered, they are sufficient to conclude that the breast cancer risk differs substantially between the synthetic progestin MPA and micronized progesterone.

13. The W. Va. Opinion conclusions appear to be based almost entirely on errors of fact and of misapplication of scientific methodology.

## A2. Response to the Texas Opinion and Order of Magistrate Judge Zack Hawthorne, September 16, 2011 (Texas Opinion)

The Texas Opinion[iii] repeats most of the errors of the W. Virginia Opinion already discussed in detail. The Texas Opinion lists two reasons it thought my expert opinion was inadmissible, and both are clearly wrong on the facts and the scientific principles involved:

[*"The court finds that Plaintiff's experts' excessive reliance on the Espié, Fournier, and Ligniéres studies, renders the proffered testimony unreliable because the studies yielded statistically insignificant results. See Wells, 601 F.3d at 380 ("[T]his court has frowned on causation conclusions bereft of statistically insignificant (sic)) epidemiological support."). Likewise, the majority of the studies failed to directly compare E+OMP and E+MPA, rendering a significant analytical gap between the experts' opinions and the data. See Joiner, 522 U.S. at 146; Hines, 2011 WL 2680814, at \*6. Furthermore, the court agrees with Defendants that Dr. Tilley's reliance on the Wood monkey study is unpersuasive because Dr. Tilley has not extrapolated the study's findings to prove comparable effects in humans. See Joiner, 522 U.S. at 144."]*

The first of the two reasons given in the Texas Opinion is that my opinion [that E+OMP is a safer alternative to E+MPA] is not based on reliable scientific evidence because "the results of the observational studies are preliminary, not statistically significant, and contradicted by other data." While the results may have been characterized at one time as preliminary, that is no longer so—there are updated reports, not discussed by the Court, from two of the three prospective cohort studies, with additional statistically significant and relevant results. The authors of the papers upon which I rely now suggest that E+OMP is safer. The results of the three French cohort studies on which I rely are indeed statistically significant (though the defense points to a single *inappropriate* comparison[iv] in which the compared agents are not significantly

---

[iii] United States District Court for the Eastern District of Texas, Beaumont Division, NO. 1:03-CV-001339, by Zack Hawthorn United States Magistrate Judge, Sept 16, 2011, Order Granting in Part and Denying in Part Motion to Exclude the Testimony of Drs. Tilley and Austin, Docket number 130, attached as Exhibit B.
[iv] This is discussed in section 7 of the scientific critique of the W. Va. Opinion.

different).  Further, my expert opinion is not contradicted by "other data" because the other data referred to is the PEPI study.  I explained above in section 2 why the PEPI study provides <u>no reliable scientific or judicial evidence regarding breast cancer risk</u> and therefore cannot contradict an opinion in either direction.[v]

There is no equivalence trial for the effect of E+MPA vs. E+OMP on breast cancer risk, and there is unlikely to ever be any, since that study could certainly not obtain ethics review approval.  Therefore, the comparison of the effects of these two hormone combinations must be done using observational studies, some of which may have separately identified the two hormone preparations and others which merely provide estimates of risk for one or the other of the preparations in different studies.  While such studies are not optimal, useful and reliable information can be obtained from them by careful adherence to accepted epidemiologic principles.  For example, if in one observational study the RR for breast cancer among users of E+MPA is seen to increase with longer duration of use such that with 5 years of use the RR is significantly elevated, and greater than 2.0, and in a different observational study the RR of breast cancer among users of E+OMP is not significantly elevated, there are a finite (small) number of possible explanations for this discrepancy.  If one can rule out errors in study conduct that would invalidate the comparability of the studies,[vi] then either the effects on breast cancer risk of the two HRT preparations differ significantly, or the two study populations differ significantly in their susceptibility to HRT preparations.

If the study populations differ in their susceptibility, then one would expect similar breast cancer risk effects in each population from all HRT preparations.  If the HRT preparations differ in their effect on breast cancer risk, one should expect to find that difference in both populations, providing that women in both populations used both preparations.  If women in one study population primarily use one HRT preparation, while women in the other population primarily use the other HRT preparation, then observed different risk effects must be interpreted from the available evidence.  In the case of E+MPA, so little of that is used in France that some studies exclude women users from their study, and other studies combine MPA with similar synthetic progestational agents.

However, it remains true that every study of E+OMP does not result in a statistically elevated risk for breast cancer with a duration of use up to and including 5 years, while nearly every study (since 2000) of E+MPA does find a statistically significant increased risk for breast cancer for 3-5 years of use.  Two possibilities must be considered before concluding that the two preparations differ in their effect on breast cancer risk:

1.  Are the two study populations different in their susceptibility to HRT?  That is, are French women relatively immune to the effect of all HRT preparations with respect to breast cancer risk?  The answer to this question is apparent from the fact that some other HRT preparations in the French studies do evidence an elevated risk while those using progesterone do not.  Thus we can conclude that French women do not differ in their response to HRT from American women.

---

[v] This is discussed at length in section 2 of the scientific critique of the W. Va. Opinion.
[vi] One example of an error would be if one study included women who began HRT at or just past menopause and the other included only women who began HRT 5 or more years after menopause.  Another example would be if one study had an adequate number of participants while the other had an inadequate number.

2. Are the numbers of study participants in the studies so different that while there are adequate numbers to identify the elevated risk from E+MPA in the American studies, in the French studies the number of participants are too inadequate to detect a true elevation of breast cancer risk? The answer to that question is also apparent. In fact, the French studies have quite adequate numbers of participants, larger than some of the American studies that identified elevated risk from E+MPA. In fact, the de Lignieres et al paper specifically states that they had a power sufficient (63%) to identify an elevated risk of 1.23, approximately equivalent to that seen in the WHI Prempro trial. While a power of 63% is not large, the RR being sought is rather small, so that one can <u>estimate</u> from their published results that a RR of 1.5 can be excluded with approximately a 90% probability. This is important because the RR that would be expected from women exposed to E+MPA would be in excess of 2.0. The possibility of a RR of 2.0 can confidently be excluded from existing for E+OMP from the de Lignieres study.

Regarding the comparison of women who use no HRT vs. those who use E+OMP, one does not find a statistically significant difference. If OMP does not increase breast cancer risk beyond that of the estrogen it is 'opposing', then one would expect to see RR close to 1.0, which is what one sees, and statistically such results are insignificant. Of course, that is the point. The important consideration is whether a significant increased RR could exist and not be found, and it appears that possibility is quite remote. There are three prospective controlled cohort studies with thousands of menopausal women and not one of them detected a statistically significant increased risk of breast cancer, except for the Fournier "gap" study, for users of E+ OMP more than five years, and even then that is not evidence OMP increased the risk beyond that of the estradiol, since estradiol does act to increase risk with long term use. And in the Fournier study, there was a statistically significant increased risk of breast cancer with the synthetic progestins, showing that the French women are not immune to progestins that cause cancer.

For reasons already summarized above, the primate and other animal studies on MPA and OMP are completely consistent with the human findings, and there are many more such studies cited in this report than there were in my 2007 report.

## B. Question 1: Is MPA, when combined with CEE in menopausal hormone replacement therapy (HRT), a cause of breast cancer among users?

This question is largely answered in the scientific community by the now generally recognized conclusion that CEE+MPA exposure results in elevated risk of breast cancer, i.e., it is a potent cause of breast cancer. The causal nature of the exposure was demonstrated in a randomized controlled trial (RCT) known as the Women's Health Initiative (WHI) Estrogen plus Progestin (Prempro) trial, in which approximately 16,000 postmenopausal women were randomly assigned to one of two groups, one to receive CEE+MPA and the other to receive a placebo ("sugar pill"). The WHI Prempro trial was stopped approximately half way through the planned study duration because investigators determined that the CEE+MPA group was experiencing significantly more breast cancer.[40]

13

I have formerly examined the relationship between Prempro use and subsequent breast cancer, conducting a formal assessment of whether or not an association exists. It does.[41,42,43,44, 45] I have examined the association for any plausible evidence that the association could be due to any of the categories for a non-causal association and have rejected any such explanation. I have further examined a wide variety of scientific literature to determine whether positive evidence exists that supports a causal conclusion for the existing association. My assessment produced the same conclusion as the majority of the scientific world, i.e., that CEE+MPA is a cause of breast cancer among users. That issue is not being debated in scientific circles today and I find no need to duplicate my previous report findings or similar findings by others.

I note one particularly important paper[46] summarizing the state of general acceptance by the scientific community of general causation, published very recently by two Canadian scientists who review not only the US data correlating the rise and fall of HRT prescriptions per year and breast cancer incidence but all the worldwide population-based literature, apply the Bradford-Hill criteria for causation, and conclude: " . . .[T]he evidence is compelling that HRT use increases the risk of breast cancer and its cessation reduces this risk. As an illustration, the available evidence readily fulfills the majority of the Bradford-Hill criteria for establishing causation (Table 4)."

Below I discuss the size and characteristics of the risk for breast cancer induced by CEE+MPA.

The WHI Prempro trial, while providing convincing evidence that the CEE+MPA exposure is causal for breast cancer, did not provide a good estimate of the size of the risk of that exposure for the most relevant population, i.e., women in the general population who would be typical users of CEE+MPA. The WHI Prempro trial failed to provide a risk estimate as large as that repeatedly reported by many observational studies of quality and the WHI investigators have since determined some of the reasons for that difference. Some discussion of these reasons is provided below to help the reader understand the reasons for not using some estimates of breast cancer risk from the WHI.

Reasons for the WHI Prempro trial's failure to provide the best risk estimates for women who would be typical users are several, including the lack of external validity of the study group with regards to breast cancer, and the large drop-out and drop-in rates in the study. In fact, because of the unexpectedly high drop-out (42% for the CEE+MPA arm and 38% for the placebo arm) and drop-in rates (11%)[vii], with a resulting loss of the benefits of randomization, and because the trial did not have enough women representative of typical "real world" consumers of Prempro (i.e., newly menopausal women with moderate to severe hot flashes), some authorities[47,48] have decided to consider the results from the trial as no better than a prospective non-randomized cohort study.[viii]

---

[vii] By the time the study was terminated, 11% of those women in the placebo arm had requested and received, and were taking prescriptions for HRT from their personal physician.

[viii] "Quality of evidence: Evidence from the WHI trial is weighted less than that of a randomized controlled trial according to the GRADE system criteria because of mitigating factors: large dropout rate; lack of adequate representation of applicable group of women (i.e., those initiating therapy at the time of menopause); and modifying influence of prior hormone use. For this reason, many of the conclusions from the WHI are judged as level B evidence." Ref 46, pg S4

"External validity" refers to the correspondence of the study subjects to the population for which the exposure is relevant. Because natural menopause in US women is, on average, at age 50, and surgical menopause (due to ovariectomy) may be earlier, the relevant population for beginning exposure to CEE+MPA is those women newly experiencing menopausal symptoms, typically women in their late 40s or early to mid-50s. The duration of exposure may extend into their 60s or even later, but the typical initiation of CEE+MPA therapy is because of the onset of menopausal symptoms in the 45-55 age group.

Unfortunately for the assessment of breast cancer risk in postmenopausal women, the WHI was designed primarily as a study of the potential protective effect of CEE+MPA for heart disease, and because women in the 45-55 age group are not at high risk for heart disease, the WHI investigators recruited older women (50 to 74). (To study heart disease prevention in newly menopausal women would have required a much larger, longer, and more costly study.) Only 12.2%[ix] of the participants enrolled were 50-54, and the average age was 63.[49] In addition, women with severe menopausal symptoms were excluded from the trial (because those women would be able to tell whether they were receiving the hormone or the placebo)[50], and those with moderate to severe menopausal symptoms were discouraged from entering the randomized trial (but were encouraged to join the much larger, concomitant WHI Observational Study).[51] Thus, the women in the randomized Prempro trial were not representative of the women who take hormone therapy in the general population and, in fact, were very different. This is especially unfortunate because the selection of women for the trial inadvertently selected women somewhat resistant to the carcinogenic effects of postmenopausal hormone therapy.

First, the WHI investigators later demonstrated that the longer after the onset of menopause a women starts hormone therapy (the larger the "gap"), the greater involution of the susceptible breast tissue and the smaller the responsiveness to hormone therapy for breast carcinogenesis.[52,53] Second, women who have menopausal symptoms are at lowest baseline risk for breast cancer (relative to similar women without menopausal symptoms)[54] but are at greatest susceptibility to the effects of HRT[x]. Yet, women with severe menopausal symptoms were specifically excluded from the WHI randomized Prempro trial because they would be able to tell if they were on the placebo, and because the investigators were not willing to require these women to suffer intolerable menopausal symptoms for the sake of the study.[55,56]

Moreover, it is clear from the WHI Premarin trial (CEE only) that in women starting CEE far past menopause, the effect of CEE is to reduce the risk of breast cancer.[57] Thus, the WHI trial subjects as a group were less symptomatic, older, and less susceptible to HRT breast cancer effects than the typical CEE+MPA users in the general population. As a result, the size of the risk estimate in the WHI Prempro trial was substantially lower than in studies of younger, newly menopausal women who actually elected to use CEE+MPA because of menopausal symptoms. Jungheim and Colditz, in a 2011 JAMA editorial, state "an important question that emerges is whether the WHI population is appropriate for reaching definitive conclusions regarding younger

---

[ix] Although one author has stated that the 50-54 age group constituted only 3%. Ref 46, pg S2
[x] The prevalence of menopausal symptoms is much higher among women with lower estrogen levels, and women with low body mass index (BMI) have lower estrogen levels. The *relative* effect of HRT on breast cancer risk among women with low BMI is much higher than that among women with high BMI. (ref 6.)

women and the risk of breast cancer associated with HT."[58]  The answer is, it is not. Younger menopausal women have been (and many still are) the prime Prempro users.

Aside from the loss of randomization, the large number of drop-outs and drop-ins (e.g., the study participants who stopped adhering to their assigned therapy) led to a large underestimate of the true breast cancer risk under the 'intent-to-treat' analysis. While including these women in the comparison analysis is appropriate for analyzing RCT data, the effect is to seriously bias the risk estimate towards the null, i.e., towards a relative risk of 1.0, or no effect.  When the WHI investigators adjusted for the age difference between subjects in the WHI Prempro trial and the observational studies, restricted the analysis to only those women who adhered to the assigned therapy, and adjusted for the "gap" between menopause and start of hormone therapy, they arrived at the larger risk figure seen in the observational studies, slightly above 2.0 for all breast cancers. [59,60,61]  This risk excess is over four times the excess risk estimate from the original intent to treat analysis in the WHI.

This higher risk is important for understanding the absolute risk to an individual woman, and the public health impact of the absolute risk projected into the entire population. (Currently the risk for women ages 50-64 in the US is approximately 285/100,000 annually.[62]) A relative risk of 1.24 equals about 8 excess breast cancers per 10,000 women per year[xi], while a risk of 2.0 equals over four times that much, or an excess of 32 breast cancers per 10,000.  For each 100,000 women who used CEE+MPA, there would be an excess of 320 breast cancers each year.  At the highest use of CEE+MPA in the USA, there were several million women using CEE+MPA.[63] A demonstration of the actual effect of CEE+MPA on breast cancer incidence is in the large cohort of California female teachers (or their female spouses).[64]  Remarkably, nearly 70% of those women were present or past users of HRT.  Among women who were current users of E+P HRT at baseline, the incidence of invasive breast cancer peaked at 783 per 100,000 in 2000-2002 (two and a third times higher than in non-users) then fell to 425 per 100,000 in 2003-2005. That is a fall in absolute excess risk of 358 per 100,000 women/year.  In contrast, the incidence of breast cancer in women who never used HRT varied little between the same two time periods, rising from 335 to 374 per 100,000  (less than 12%). Because some women kept taking E+P after 2002, the rate of breast cancer in those current users at baseline was still higher in the later time period (425 vs. 374 per 100,000) than in never users.

The WHI verified both the causal nature of CEE+MPA exposure for breast cancer, and the rapid return of breast cancer risk to baseline after cessation of exposure[65], findings also seen in observational studies of individuals and in studies of population breast cancer incidence rates. Having the WHI investigators demonstrate the similarity of the WHI Prempro trial results and observational findings, given appropriate adjustments to minimize the lack of external validity of the WHI trial, is helpful for being able to rely on those observational studies that provide careful measures of CEE+MPA exposure and duration to estimate the effect of long term use.

---

[xi] Cancer rates nationally and internationally are usually given in new cases per 100,000 population/yr.  The National Cancer Institute's SEER Program breast cancer incidence rate in 2004-2008 for women of all races, ages 50-64, is approximately 285 per 100,000 women/yr.  An additional 80 cases would raise the rate to 365/yr.  An additional 320 cases would raise that rate to 605 cases per 100,000 women per yr.

Nearly every study of CEE+MPA has demonstrated an increased risk for breast cancer with increased duration of exposure[xii]. Even before the start of the WHI, the manufacturer of Prempro[66] recognized that the risk of CEE+MPA appeared to impart a higher increased risk for breast cancer than does Premarin (E only), and that the risk seemed to increase with increased duration of exposure.[xiii] The WHI Prempro trial also demonstrated this phenomenon. Even though the selection of older subjects and the analysis method produced a lower relative risk estimate, it still demonstrated the increase of risk with increased exposure.

The largest cohort study of HRT and breast cancer is the British Million Women Study.[67] In the Million Women Study (MWS) the type of progestogen constituent used in combined E+P therapy was recorded. The investigators tended to combine (or "cobble") the progestational agents together in most analyses of E+P so it is important to assess whether this would give an inappropriate assessment of MPA. Among women who used an artificial progestin, MPA use constituted approximately 20%. However, the RR over time was calculated separately for MPA exposures of less than 5 years and for more than five years, as it was for the two other major artificial progestins (norethisterone, or NETA, and norgestrel/levonorgestrel or LNG). In the RR estimates for less than 5 years, MPA ranked second out of the three ( 1.60 vs. 1.53 and 1.97), and for 5+ years of exposure, MPA ranked highest (2.42 vs. 2.10 and 2.23), though in both time periods the RR for all three constituents were elevated and similar. The MPA-using cohort was nearly 24,000 women, three times as many women as started the WHI Prempro trial on E+P, and five times as many as when the WHI Prempro trial was ended (8,000 women were assigned to take Prempro, but 3,300 of them quit taking the drug before the study ended).[68]

We must consider possible bias that might occur regarding the estimate of the RR for MPA in other MWS analyses by being combined with the other two constituents. Since the RR for MPA was second highest and highest, respectively, in the two time periods, combining MPA with the other constituents for analysis would not overestimate the RR for MPA. It is possible that it could slightly underestimate the RR, but not seriously. In the MWS, combining progestational agents into one variable does not invalidate the RR estimate for MPA from using the RR from the combined progestational constituents in E+P analyses.

The MWS provided RR estimates for E+P use by time period for the two most common breast cancers, and one uncommon breast cancer.[69] For exposures of 5-9 years, averaging 7.0 years of exposure, the RR for ductal cancer is 1.71; for lobular cancer the RR is 2.75 (at an average duration of 6.8 years), and for tubular the RR is 4.33 (with an average of 7.2 years).[xiv]

---

[xii] The caveat to this statement is that investigators must have measured exposure by duration of current exposure. Because of the demonstrated rapid return of risk to baseline after cessation of exposure to HRT, studies in which the exposure simply measured length of exposure, which could include exposures which ended 5 or 10 years ago, or which used "Ever" vs. "Never" use of HRT, do not demonstrate the full effect of increased duration on risk.

[xiii] In an August 2000 memo to the FDA regarding Prempro labeling language, Wyeth stated: "We recommend adding the third and fourth underscored sentences because it is important that physicians and patients understand that based on the existing epidemiologic data to date, the association between breast cancer risk and HRT use is similar to the one observed in ERT use and breast cancer risk in that *increases in breast cancer risk are associated with duration of use and recency of use.*"(Emphasis added.)

[xiv] The MWS has been criticized because its methodology for estimating exposure may overestimate the actual duration of exposure. However, the same overestimated time would apply equally for all three progestational constituents and all cancer types so that fair comparisons can be made. The mean exposure times for the RR estimates may be underestimated by 1-2 years.

17

## Question 2. If so, what are the characteristics of the relationship between HRT using MPA and breast cancer as revealed by epidemiologic studies?

It is important to note that many epidemiologic studies, as in the WHI Prempro trial, did not distinguish between different histologic types of breast cancer and especially between cancers positive or negative for estrogen receptors (ER+) or (ER-). This is important because studies that examined the type of breast cancer for which the risk is elevated have obtained similar results. Several less common histologic types of breast cancer (e.g., lobular, mixed ductal/lobular, and tubular) have a higher RR upon exposure to E+P than does the commonest type, ductal. When cancers are categorized by ER status, it is only the ER+ cancers (about three quarters of all breast cancers) that have an elevated risk among the E+P exposed. Reports of the RR for ER+ cancers in studies of E+P are always higher than those for all cancers because the estimate for all cancers carries the "dead weight" of the approximately 25% of cancers that are not ER+ and are not caused by HRT. Recent documentation of this difference is provided by Kotsopoulos et al,[70] who reported from the Nurses' Health Study that the RR for current use of E+P for 5-10 years for all ductal cancers was 1.75 (1.57-1.95), but for the same duration of use, for ER+/PR+ ductal cancers the RR was 2.05 (1.73-2.43) a 40% increase in RR. The elevated risk begins to be detectable within 2-3 years of exposure initiation and continues to increase with increased duration of exposure. This latter point was even demonstrated in the observational portion of the WHI.[xv] The corollary is that when investigators report the effect of HRT on *all* breast cancers they underestimate the RR effect of HRT by about a third for those cancers it does cause. An excellent example of this is the 2011 publication by Beral et al of the risk of breast cancer for current users of HRT. In it the authors report (Figure 1) that for E+P with 6.8 years of E+P the RR for any breast cancer was 1.96 (1.90-2.02). When stratified by ER status, they found (Figure 3) the RR for ER+ cancers was 3.10 (2.66-3.36).[71]

In 2009 Fournier et al[72] measured the effect of exposure duration and delay of initiation following menopause for several HRT formulations in the E3N study. They documented that for women with less than 3 years of "gap time" a significantly elevated risk appeared in fewer than or up to 2 years for estrogen + "other progestagen," RR = 1.89 (1.53 – 2.34). [Recall that in the E3N study, MPA is included in a group of synthetic progestogens that all have no statistical difference in their risk effect on breast cancer but are statistically different from progesterone and dydrogesterone (Fournier 2007, ref 12).] (By comparison, estrogen + progesterone in women with less than 3 years gap time had no elevated breast cancer risk for at least 5 years.)

There have been many epidemiological studies of HRT and breast cancer since my 2007 report. I have cited all of those of which I am aware in my updated reference list attached to this report. If I have overlooked any relevant studies, I welcome the defendants to make me aware of them.

---

[xv] The women in the observational part of the WHI who were CEE+MPA users when they were recruited, collectively had a RR of slightly over 2.0 for all breast cancers. Over the 5.2 years of the study the RR continued to increase to about 2.5. After July 2002, when the surprising adverse results of the increased risk for breast cancer in the RCT part of the WHI were released, and most women stopped taking E+P, the RR in the Prempro observational study returned to baseline within 2 years. The RR for ER+ cancers were not reported by the investigators but if the proportion of ER cancers were typical, their RR can be estimated as approximately 2.8 at enrollment, and 3.3 at the peak.

The characteristics of the effect of CEE+MPA on breast cancer for women who initiate HRT when (or soon after) menopause symptoms start can be summarized:

1. When exposure is measured by duration of <u>current</u> use, elevated relative risks appear starting in the 2nd or 3rd year of exposure and increase with continued exposure, to plateau at approximately the 10th to 15th year.
2. The relative risks for lobular, mixed ductal/lobular and tubular breast cancer are higher for the same length of exposure than for ductal breast cancer. ER+ breast cancer is strongly associated with exposure to CEE+MPA, and the RR is approximately a third higher than is the RR for all breast cancers.
3. When exposure to CEE+MPA stops, the relative risk begins to return to the baseline risk and reaches the baseline risk in approximately 2-3 years. (This is why studies which include past users, which do not carefully assess the risk in current users, always underestimate the true risk.)
4. The risk for breast cancer from use of CEE+ MPA is considerably higher than that from CEE alone, which may be slightly protective for breast cancer, at least in older users.
5. The average RR for women on CEE+MPA rises above 2.0 for all breast cancers (and above 2.7 for ER+ cancers) with exposures of 5 years or more.
6. The body mass index (BMI) is a marker for low susceptibility to the breast cancer effect of CEE+MPA. Women with high BMI (overweight), though at higher baseline risk for breast cancer than leaner women, are relatively less responsive to the effect of CEE+MPA. Leaner women, though at low baseline risk for breast cancer, are very responsive to the breast cancer effect of CEE+MPA.
7. The absolute breast cancer risk for women with menopausal symptoms, especially hot flashes, is decreased compared to women without menopausal symptoms.[73]
8. Women with breasts of above average density on X-ray are at higher risk for breast cancer. Women who use E+P are more likely to increase their breast density.[74] Women who experience new onset of breast tenderness or who have an increase in breast density when taking E+P[75,76] also have an increased risk of developing breast cancer.
9. Women who start E+P closer to menopause are at higher risk of breast cancer.

Not only is the causal nature of CEE+MPA now generally accepted for ER+ breast cancer, the characteristics of the exposure that increases breast cancer risk are now well established. CEE+MPA is probably the most potent preventable cause of breast cancer in the United States, but the current topics of discussion in scientific circles about HRT are regarding the size of the relative risk (RR) resulting from exposure, and whether CEE can be used in a different way from the way it was used in the WHI so as to change the ratio of harm to benefit. Part of that discussion is whether a progestational agent different from MPA can be used with CEE to realize some of the benefits of HRT without incurring the enhanced risk of breast cancer.

I would like to reiterate here my opinion that the widespread use of CEE + MPA in the United States, from 1985 until today has probably resulted in more than 250,000 excess breast cancers in menopausal women. I am not the only epidemiologist who has come to that conclusion. Dr. Rowan Chlebowski, the lead WHI investigator on breast cancer studies, has publically stated that E+P caused at least 200,000 breast cancers in the USA just between 1992 and 2002. [Dr. Chlebowski has personally confirmed this to me and explained his methodology, with which I

concur.] Dr. Graham Colditz, a widely published and respected breast cancer epidemiologist, reached a similar conclusion. Dr. Karen Kerlikowske and several co-authors estimated that the drop in prescriptions of E+P use by two-thirds prevented 17,500 ER+ breast cancers annually.[77] Large numbers of women continue to take Prempro or Premarin plus MPA. (Judging from Kerlikowski's well documented cohort of menopausal women, the drop in prescriptions still left user rates at about one-third the 2001 level.) It is likely these drugs are still causing thousands of unnecessary breast cancers yet today.

As a public health practitioner, I identify several reasons for the continued toll of extra preventable breast cancers among menopausal women in this country. One is the continued use of the misleading estimate of elevated risk that is presented in the Wyeth/Pfizer product information for medical care providers stating or implying that:

1) the relative risk of Prempro is 1.24 over 5.6 years of use;
2) that for women contemplating HRT upon the onset of menopausal symptoms, particularly hot flashes, the extra cases of breast cancer would be expected to be 8 extra cases per 10,000 women-years of exposure; and
3) that for women with no prior exposure to HRT, the RR is 1.09.

As stated above, these figures obtained from the WHI have no external validity because they don't represent the real risk for newly menopausal women in the general population who begin the use of HRT. Regarding the last point (3) Chlebowski has stated: "Estrogen plus progestin significantly increased breast cancer incidence in women with only 1 year or less of prior hormone therapy use before study entry (hazard ratio [HR] 2.16; 95% confidence interval [CI], 1.15-4.24). These findings, rather than confirming no increased risk for de novo users, suggest that a safe interval for combined hormone therapy use with respect to breast cancer cannot be defined."[78]

**Question 3: Is OMP, when combined with an estrogen as an HRT, also a cause of breast cancer among users?**

The number of studies with direct epidemiologic comparisons of estrogen with MPA vs. estrogen + progesterone is small. Unfortunately, the Million Women Study did not include OMP in the HRT regimens used in England since the study was begun in 1996 and OMP did not become approved for use in the UK until June 2007. One useful study is that of Fournier et al (ref 12, the 2007 report from the E3N study, also called the French teachers study) which followed a cohort of over 80,000 French women for over 8 years and compared their experience with breast cancer according to which HRT they used. The investigators have reported HRT and breast cancer data in four published papers so far. In a preceding section I have discussed Table 2 from that 2007 paper at length, but for this discussion I refer to Table 3.

Displayed in Table 3 are the relative risks (RR) for breast cancer of estrogen and several estrogen + progestogen combinations by duration of exposure. It is important to acknowledge that in this table, the MPA is included in a group referred to as "Other Progestagens" but, as discussed above, the individual members of the group are statistically similar to each other, and are statistically dissimilar to progesterone. Compared to nonusers, (mostly transdermal) estradiol +

progesterone users showed an average RR of 1.00 (0.83-1.22), and as the exposure duration increased, the 4-6 year exposure and 6+ years of exposure had nonsignificant RRs of 1.26 (0.87-1.82) and 1.22 (0.89-1.67) respectively. In contrast, the "Estrogen + other progestagens" (including MPA) had an overall RR of 1.69 (1.50-1.91). In addition, there were RRs of 1.79

**Table 3** Relative risks for invasive breast cancer by type of HRT and duration of exposure, compared with HRT never-use

| HRT type and duration of exposure (years) | Cases/PY [a] | Relative risk [b] (95%CI) | |
|---|---|---|---|
| None | 766/244,632 | 1 (ref) | |
| Estrogen alone | 76/20,347 | 1.29 (1.02-1.65) | |
| <2 | 24/6,747 | 1.26 (0.83-1.89) | |
| [2-4[ | 18/5,705 | 1.13 (0.70-1.81) | |
| [4-6[ | 14/3,172 | 1.50 (0.88-2.56) | |
| 6+ | 13/3,301 | 1.31 (0.76-2.28) | |
| p for trend | | 0.73 | |
| Estrogen + progesterone | 129/40,537 | 1.00 (0.83-1.22) | |
| <2 | 18/8,697 | 0.71 (0.44-1.14) | |
| [2-4[ | 33/11,647 | 0.95 (0.67-1.36) | |
| [4-6[ | 30/7,619 | 1.26 (0.87-1.82) | |
| 6+ | 43/10,111 | 1.22 (0.89-1.67) | |
| p for trend | | 0.04 | |
| Estrogen + dydrogesterone | 108/31,045 | 1.16 (0.94-1.43) | |
| <2 | 16/6,923 | 0.84 (0.51-1.38) | |
| [2-4[ | 28/8,697 | 1.16 (0.79-1.71) | |
| [4-6[ | 21/5,590 | 1.28 (0.83-1.99) | |
| 6+ | 35/7,876 | 1.32 (0.93-1.86) | |
| p for trend | | 0.16 | |
| Estrogen + other progestagens | 527/104,243 | 1.69 (1.50-1.91) | |
| <2 | 86/22,792 | 1.36 (1.07-1.72) | |
| [2-4[ | 134/30,189 | 1.59 (1.30-1.94) | |
| [4-6[ | 106/19,942 | 1.79 (1.44-2.23) | |
| 6+ | 156/23,817 | 1.95 (1.62-2.35) | |
| p for trend | | 0.01 | |
| Weak estrogens [c] | 56/17,091 | 0.90 (0.68-1.18) | |
| Others [d] / unknown HRT | 82/21,071 | 1.27 (1.01-1.60) | |
| Mixed [e] | 538/130,594 | 1.25 (1.11-1.41) | |

[a] PY = person-years. There are a further 43,414 person-years (and 72 cases) in the first-year following HRT initiation. For each HRT type, the numbers of cases and person-years in the different duration of use strata do not add up to the totals because of missing information

[b] Adjusted for the same covariates as in Table 2

[c] Orally or vaginally administered promestriene or estriol

[d] Intramuscular administered estrogen or progestogen; androgen; nasally administered estrogen; transdermally administered progestagen; or tibolone

[e] Women who did not use the same class of HRT throughout follow-up contribute person-years to this "Mixed" category from the time they changed class

(1.44-2.23) and 1.95 (1.62-2.35) for the 4-6 and 6+ years of exposure, respectively. This is consistent with other observational studies of MPA exposure over time, when current exposure is separately examined from that of former users.

In other analyses of the E3N cohort, Fournier in 2008 compared E+progesterone with E+ "other progestagens" for any effect on the risk by histologic type of breast cancer and for ER+ cancers (also subcategorized by the presence or absence of progesterone receptor). For ductal breast cancer, there was no significant elevation of risk for E+progesterone, either for <5 years (RR=0.9 ((0.7-1.2)) or for 5+ years (RR=1.2, ((0.9-1.7)). In contrast, for E+other progestagens the RR for ductal breast cancer for <5 years was 1.4 (1.2 -1.7) while for 6+ years it was 1.8 (1.5-2.2). For lobular breast cancer, E+progesterone was 0.7 and 1.7 RR for <5 and 5+ years of exposure respectively, neither of which was statistically significant, while for E+other progestagens the RR was 2.0 and 2.3 respectively, both statistically significant. For breast cancers that were ER+/PR+, or ER+/PR-, the RR for E+progesterone did not reach statistical significance for either <5 or 5+ years of exposure. For E+other progestagens the RR for those categories were all significantly elevated, ranging from ER+/PR+ for <5 years (RR = 1.6) to ER+/PR- for 5+ years (RR 3.2).

One caution for analyses of risk by duration of exposure in the E3N study is that women with a short postmenopausal "gap" before HRT initiation (< 3 years) and women with a longer "gap" (3+ years) may be analyzed together. For women receiving estrogen+progesterone who had a gap of 3 years or more, no elevation of risk was found for over 10 years of exposure. For those with a gap of less than 3 years, however, an elevated risk for breast cancer appeared in the period between 5 and 10 years. In analyses where only duration of exposure is examined, the two groups of women with different "gap" times are combined. Based on the data for users of estradiol alone in Table 3 of the 2007 report, it is likely that OMP did not contribute any additional risk beyond that of estradiol in the E3N gap study. Data for users of estradiol alone were not reported in the gap paper.

The recent 13th World Congress on Menopause, sponsored by the International Menopause Society had several sessions devoted specifically to research on progesterone and other progestational agents with regard to breast cancer. In general, the discussions focused on the mechanisms that explain the marked difference between the risk imparted by artificial progestins and progesterone for breast cancer and several reported on actions of progesterone on cells in culture. Ruan et al[79] concluded "Synthetic progestins trigger a proliferative response of PGRMC1 (progesterone receptor membrane component 1) overexpressed in MCF-7 cancer cells. The effect of progestogens on breast cancer tumorigenesis may clearly depend on the specific pharmacology of the various synthetic progestins. These data and already published ones by us and others indicate that especially progesterone acts very neutral in the breast." Mueck et al[80] reported that "Estradiol elicited a concentration-dependent proliferative effect on both cell lines, which was much more pronounced in WT-12 cells (50% vs. 200%). .....Addition of P (progesterone) had no influence on the E2-induced effect, whereas MPA enhanced the E2-induced effect at the low E2 concentration…"

Also, at the 13th World Congress on Menopause, de Reilhac et al presented a report of the 3rd follow-up in the MISSION study, the prospective component following two cohorts of women (Exposed vs. Unexposed) for breast cancer.[81] The Exposed group consisted of postmenopausal women currently on HRT or who had previously stopped 5 years ago or less for any reason; the estrogen had to be estradiol by the oral or cutaneous route; if a progestin was associated it had to be natural progesterone, a progesterone-like compound, a pregnane derivative (excluding formulations containing medroxyprogesterone acetate) or a norpregnane derivative and

22

excluding 19-nortestosterone derivatives. More than 5000 women were followed from 2004 through 2009, and the subjects included women who began their exposure prior to 2004, so some women had exposures greater than 10 years. They found "no increased risk for breast cancer in the Exposed patients compared to the Unexposed patients whatever the duration of HRT exposure."

De Lignieres et al (ref 36) found no elevated RR for 1739 (55%) women who had used the types of HRT prescribed in France [which were estrogen+ progesterone (58%) and estrogen+MPA (3%)] compared with 1436 (45%) women who had not. They claim considerable statistical power (.63) to detect an existing elevated relative risk of only 1.23, but detected none.

The International Menopause Society states on its website (http://www.imsociety.org/) and in its official MHT guidelines[82] that there is evidence oral micronized progesterone has a lower breast cancer risk than other progestogens:

> *Micronized progesterone . . . used in association with . . . estradiol may be associated with no increase in risk or lower risk than the use of synthetic progestogens for at least four years, and perhaps even eight years, of treatment.*

From the above, it is apparent that there is little or no evidence suggesting that adding OMP to E results in breast cancer from exposures that are less than 6 years. Some studies claim no statistically apparent difference between nonusers and OMP users up to 10 years.

The Wyeth/Pfizer product information for medical care providers in the Prempro prescribing information[83] describing the increase in breast cancer with the use of Prempro says:

> "*Consistent with the WHI clinical trials, observational studies have also reported an increased risk of breast cancer for estrogen plus progestin therapy, and a smaller increased risk for estrogen-alone therapy, after several years of use. The risk increased with duration of use, and appeared to return to baseline over about 5 years after stopping treatment (only the observational studies have substantial data on risk after stopping). Observational studies also suggest that the risk of breast cancer was greater, and became apparent earlier, with estrogen plus progestin therapy as compared to estrogen-alone therapy. However, these studies have not found significant variation in the risk of breast cancer among different estrogen plus progestin combinations, doses, or routes of administration.*"
> and
> "*In the absence of comparable data, these risks should be assumed to be similar for other doses of CE* (sic) *and MPA and other combinations and dosage forms of estrogens and progestins*".

The clear implication that there are no studies that find any difference in risk between or among progestational agents is no longer true and in my opinion should be changed.

**Question 4. If, as it appears, the specific progestational agent used in HRT makes a difference in breast cancer risk for the user, does the estrogenic agent also make a difference?**

As seen in the discussion above, the use of OMP as compared to MPA results in much less proliferative activity in tissue culture and in both animal and human ductal and terminal ductal-lobular unit cells. It also results in less radiologic density in mammograms, and in lower incidence of breast cancer when HRT is used for an extended time. It appears that all of the useful epidemiologic studies reviewed with data on OMP used in HRT involved OMP combined with estradiol (E2), the predominant natural estrogen made in a woman's body. It also appears that all the useful epidemiologic studies with data on MPA involved its use with CEE. The OMP vs. MPA comparisons are uncomplicated when done in an experimental setting, but when conducted as an observational study, their comparability is dependent in part on the estrogenic components of the combination HRT being interchangeable. That is, if CEE and E2 are essentially identical with respect to breast cancer risk in the comparisons of OMP vs. MPA, then any observed differences attributable to the HRT are due to the progestational component. If the effect of CEE and E2 are different, then the comparison of OMP and MPA is confounded by the effect of the estrogenic agent and, if so, that confounding effect must be taken into consideration.

The issue of whether the effect of CEE and E2 on breast cancer risk has been addressed, both deliberately and inadvertently, by several studies. Wood et al[84] reanalyzed the data from nine studies in cynomolgus monkeys in which direct comparisons of the proliferative effect of CEE and E2 on breast epithelial cells could be compared. In addition, they reviewed several other studies in which the similar comparisons were possible. The results were unequivocal. Whereas the mean effect on breast epithelial proliferation resulting from oral CEE was a 75% increase, the effect resulting from E2 was a 259% increase, a highly significant difference. Two other animal studies[85,86] have reported large increases (284% and 640%, respectively) in breast proliferation from E2 implants. In contrast, in Hofseth's human study (ref 24) which found a modest increase in proliferation from HRT, 84% of the study subjects were taking CEE; only 12% were using E2.

In the WHI CEE-only arm, after a mean follow-up of 7.1 years, there is clearly a reduction of breast cancer risk among participants who adhered to the regimen [HR = 0.67 (0.47-0.97)], as compared to the placebo arm.(ref 57)[87,xvi] Prentice et al present WHI data showing that in the women with no "gap" time between menopause and CEE there was no decrease in risk, though there was no identified elevated risk.[88]

In the Million Women Study (ref 5), the percent of CEE in the estrogen only group was 41.9% (while ethinylestradiol constituted 48.8%) and in that study 59.2% of the estrogen only HRT was oral. In that report, ethinylestradiol and CEE had nearly identical relative risks. The investigators (ref 7) found that all E alone agents, with an average use of 8.0 years of use, had a RR of 1.38 (1.32-1.44). However, for those who began less than five years after menopause (and with an average of 8.3 years of use) the RR was 1.43 (1.36-1.49) while those who began over five years after menopause (and with an average of 5.7 years of use) the RR was 1.05 (0.89-

---

[xvi] However the median adherent time receiving treatment (e.g., ingestion of ≥80% of study pills) was 3.5 years in both groups (interquartile range, 1.5-6.5 years). (ref 57)

1.23). Thus, virtually all of the elevated risk from E only in this study was in newly menopausal women.

In the E3N study, the estrogen used was approximately 97% estradiol (ref 12), most of it transdermal, and in the estrogen only group, there was a statistically significant elevation of breast cancer risk (RR=1.29; 1.02-1.65) with an average follow-up of 8.1 years. [The RR for oral estrogen only was consistent with that, though not statistically significant at the .05 level (1.32 (0.76–2.29).]

Thus in the instance of long term use of E2, a statistically significant elevation of risk is found. In the WHI trial, long term use of CEE results in a statistically significant risk reduction. These epidemiologic studies in humans are consistent with the comparison of the effects of CEE and E2 clinical studies of humans and randomized trials in animals. It is accepted that natural E2 has been found to be carcinogenic for the breast in humans, with higher exposure to endogenous E2 being associated with higher breast cancer risk.[89,90] It appears that exogenous E2 has an identical effect, but that CEE, which contains a mixture of estrogenic compounds, almost none of which is estradiol[91], and some of which may block estrogen receptors,[92] has a slight protective effect, at least in older menopausal women.

An important corollary of this finding is how the difference in the risk of breast cancer by CEE alone and E2 alone affects the comparison of OMP and MPA. Since most (apparently all) of the human epidemiologic studies of OMP are in HRT using E2 as the estrogenic component, and most, if not all, of the studies of MPA are in HRT using CEE as the estrogenic component, it is obvious that the confounding effect of the different estrogen component is to reduce the difference in breast cancer risk between the two HRT regimens. In other words, the superiority of OMP over MPA, as seen in the previous studies, is an underestimate of the real biologic superiority, because the estrogens with which each is paired have opposite effects.

In my last report, I suggested that it would not be a prudent to elect CEE+ MPA over CEE+ OMP since it is so overwhelmingly clear that the former is a potent cause of breast cancer while in spite of some rather well done studies, no such effect has been found for OMP. I now make that conclusion stronger.

The statement in the Prempro and Premarin label information that there are no studies that find any difference in risk between or among progestational agents is no longer true and in my opinion should be changed.

My opinions are based on the existing literature and my experience in epidemiology, and I hold these opinions to a reasonable degree of medical certainty.

Donald Austin, MD, MPH
September 27, 2011

[1] *IARC Monographs on the Evaluation of Carcinogenic Risks to Humans.*   Volume 91 (2007) Combined Estrogen-Progestogen Contraceptives and Combined Estrogen- Progestogen Menopausal Therapy

[2] *IARC Monographs on the Evaluation of Carcinogenic Risks to Humans.*   Volume 100 (2011)  A Review of Human Carcinogens: Part A, Pharmaceuticals; Combined Estrogen- Progestogen Menopausal Therapy

[3] National Cancer Institute (PDQ)
[www.cancer.gov/cancertopics/pdq/prevention/breast/HealthProfessional#Section_176] accessed 8/16/11

[4] American Cancer Society website: www/cancer.org/Cancer/CancerGlossary/Index [hormone replacement therapy] accessed 8/16/11

[5] Million Women Study Collaborators (Beral). Breast Cancer and Hormone Replacement Therapy in the Million Women Study.  Lancet 2003; 362:419-27

[6] Reeves GK, Beral V, Green J, Gathani T, Bull D; for the Million Women Study Collaborators. Hormonal therapy for menopause and breast-cancer risk by histological type: a cohort study and meta-analysis. Lancet Oncol. 2006 Nov;7(11):910-18.

[7] Beral V, Reeves G, Bull D, Green J for the Million Women Study Collaborators. Breast Cancer Risk in Relation to the Interval Between Menopause and Starting Hormone Therapy. J Natl Cancer Inst 2011;103:296–305

[8] Effects of Estrogen or Estrogen/Progestin Regimens on Heart Disease Risk Factors in Postmenopausal Women: The Postmenopausal Estrogen/Progestin Interventions (PEPI) Trial. The Writing Group for the PEPI  Trial  (JAMA. 1995;273:199-208)

[9] Facts About Hormone Replacement Therapy and Heart Disease: The PEPI Trial. U.S. Department of Health and Human Services, Public Health Service, National Institutes of Health. NIH Publication No. 95-3277, August 1995

[10] SEER Annual Report, 1973-2007

[11] Case 4:03-cv-01507-WRW   Document 2462   Filed 11/12/10

[12] Fournier A, Franco-Berino F, Clavel-Chapelon F. Unequal risks for breast cancer associated with different hormone replacement therapies: results from the E3N cohort study.  Breast cancer Res Treat 2007 DOI 10.1007/s10549-007-9523-x

[13] Marc Espie´, Pierre Mares, Pia De Reilhac, Thierry Chevallier, & Jean-Pierre Daure`s. Breast cancer in postmenopausal women with and without hormone replacement therapy: Preliminary results of the MISSION study. Gynecological Endocrinology, August 2006; 22(8): 423–431

[14] Marc Espie´, Jean-Pierre Daures, Thierry Chevallier, Pierre Mares,Marie-Christine Micheletti, & Pia De Reilhac. Breast cancer incidence and hormone replacement therapy: Results from the MISSION study, prospective phase. Gynecological Endocrinology, July 2007; 23(7): 391–397

[15] Laliberte´F, Dea K, Duh MS, Kahler KH, Rolli M, Lefebvre P. Does the route of administration for estrogen hormone therapy impact the risk of venous thromboembolism? Estradiol transdermal system versus oral estrogen-only hormone therapy. 2011 Menopause: Vol. 18, No. 10. DOI: 10.1097/gme.0b013e3182175e5c

[16] Scarabin PY, Alhenc-Gelas M, Plu-Bureau G, Taisne P, Agher R, AiachM1997 Effects of oral and transdermal estrogen/progesterone regimens on blood coagulation and fibrinolysis in postmenopausal women. A randomized controlled trial. Arterioscler Thromb Vasc Biol 17:3071–3078

[17] Hermsmeyer RK, Thompson TL, Pohost GM, Kaski JC. Cardiovascular effects of medroxyprogesterone acetate and progesterone: a case of mistaken identity? 2008 Nature Clinical Practice Cardiovascular Medicine. 5(7):387-95.

[18] Long-Term Depo-Provera Study in Dogs – Final Report (DRC No. 6205).  Technical Report of Study No. 72-319 authored by R. G. Carlson, July 19, 1982

[19] Wang S, Counterman LJ, Haslam SZ. Progesterone action in normal mouse mammary gland. Endocrinology 1990, 127:2183-2189.

[20] Cline JM, Soderqvist G, von Schoultz E, Skoog L, von Shoultz B. Effects of hormone replacement therapy on the mammary gland of surgically postmenopausal cynomolgus macaques. Am J Obstet Gynecol 1996, 174:93-100.

[21] Wood CE, Register TC, Lees CJ, Chen H, Kimrey S, Cline JM. Effects of estradiol with micronized progesterone or medroxyprogesterone acetate on risk markers for breast cancer in postmenopausal monkeys. Breast Cancer Res Treat 2007 Jan:101(2);125-34

[22] Franke HR, Vermes I. Differential effects of progestogens on breast cancer cell lines. Maturitas 46S1 (2003) S55-S58

[23] Foidart JM, Colin D, Denoo X, Desreux J, Beliard A, Fournier S, de Lignieres B.  Estradiol and progesterone regulate the proliferation of human breast epithelial cells. Feteril. 1998 May;69(5):963-9.

[24] Hofseth LJ, Raafat AM, Osuch JR, Pathak DR, Slomski CA, Haslam SZ. Hormone replacement

therapy with estrogen or estrogen plus medroxyprogesterone acetate is associated with increased epithelial proliferation in the normal postmenopausal breast. J Clin Endocrinol Metab 1999 84: 4559-4565

[25] Chlebowski RT, Hendrix SL, Langer RD, Stefanick ML, Gass M, et al for the WHI Investigators. Influence of Estrogen Plus Progestin on Breast Cancer and Mammography in Healthy Postmenopausal Women: The Women's Health Initiative Randomized Trial. JAMA. 2003;289:3243-3253

[26] Thomas E. Rohan, Abdissa Negassa, Rowan T. Chlebowski, Norman L. Lasser,Anne Mc Tiernan, Robert S. Schenken, Mindy Ginsberg, Sylvia Wassertheil-Smoller, and David L. Page. Estrogen plus Progestin and Risk of Benign Proliferative Breast Disease. (Cancer Epidemiol Biomarkers Prev 2008;17(9):2337–43)

[27] Yan Cui, David L. Page , Dorothy S. Lane , Thomas E. Rohan. Menstrual and reproductive history, postmenopausal hormone use, and risk of benign proliferative epithelial disorders of the breast: a cohort study. Breast Cancer Res Treat (2009) 114:113–120

[28] Boyd NF, Melnichouk O, Martin LJ, et al. Mammographic density, response to hormones and breast cancer risk. J Clin Oncol 2011; 29:2985-2992.

[29] Kerlikowske K, Cook AJ, Buist DS, Cummings SR, Vachon C, Vacek P, Miglioretti DL. Breast cancer risk by breast density, menopause, and postmenopausal hormone therapy use. J Clin Oncol. 2010 Aug 20;28(24):3830-7.

[30] Gail A. Greendale, Beth A. Reboussin, Angela Sie, H. Rosy Singh, Linda K. Olson, Olga Gatewood, Lawrence W. Bassett, Carol Wasilauskas, Trudy Bush, and Elizabeth Barrett-Connor, for the Postmenopausal Estrogen/Progestin Interventions (PEPI) Investigators. Effects of Estrogen and Estrogen–Progestin on Mammographic Parenchymal Density. Ann Intern Med. 1999;130:262-269.

[31] Kerlikowske K, Cook AJ, Buist DSM, Cummings SR, Vachon C, Vacek P, & Miglioretti DL. Breast Cancer Risk by Breast Density, Menopause, and Postmenopausal Hormone Therapy Use. J Clin Oncol 2010 (Pub Ahead of Print on July 19, 2010 as 10.1200/JCO.2009.26.4770)

[32] Hans Neubauer, Yang Yang, Harald Seeger, Tanja Fehm, Michael A. Cahill, Xiaowen Tong, Xiangyan Ruan, and Alfred O. Mueck. The presence of a membrane-bound progesterone receptor sensitizes
the estradiol-induced effect on the proliferation of human breast cancer cells. Menopause 2011, Vol. 18, No. 8, pp. 845/850. DOI: 10.1097/gme.0b013e31820e5ac5

[33] Stanczyk FZ. Editorial: Can the increase in breast cancer observed in the estrogen plus progestin arm of the Women's Health Initiative trial be explained by progesterone receptor membrane component 1? Menopause 2011 Vol. 18, No. 8, pp. 833/834

[34] Murkes D, Conne P, Leifland K,Tan E, Beliard A, Lundstrom E, Gunnar Soderqvist G. Effects of percutaneous estradiol–oral progesterone versus oral conjugated equine estrogens–medroxyprogesterone
acetate on breast cell proliferation and bcl-2 proteins in healthy women. Fertility and Sterility Vol. 95, No. 3, March 1, 2011

[35] Santen RJ, Pinkerton J, McCartney C, Petroni GR. Risk of breast cancer with progestins in combination with estrogen as hormone replacement therapy. J Clin Endocrinol Metab. 2001 Jan;86(1):16-23.

[36] de Lignieres, de Vathaire BF', Fournier S, Urbinelli R t, F. Allaertt, Le MC, and Kuttenn F. Combined hormone replacement therapy and risk of breast cancer in a French cohort study of 3175 women. Climacteric 2002;5332-340

[37] Schneider C, Jick SS, Meier CR. Risk of gynecological cancers in users of estradiol/dydrogesterone or other HRT preparations. CLIMACTERIC 2009, 1-11 First article

[38] Harman SM, Brinton EA, Cedars M, Lobo R, Manson JE, Merriam GR, Miller VM, Naftolin F, Santoro N; KEEPS: The Kronos Early Estrogen Prevention Study. Climacteric. 2005 Mar;8(1):3-12.

[39] The Early vs. Late Intervention Trial with Estradiol (ELITE) http://clinicaltrials.gov/ct2/show/NCT00114517 accessed 9/7/11

[40] Rossouw JE, Anderson GL, Prentice RL, et al, for Writing Group for the Women's Health Initiative. Risks and benefits of estrogen plus progestin in healthy post-menopausal women: principal results from the Women's Health Initiative. JAMA. 2002:288;321-333

[41] Austin Report January 2007

[42] Austin Report August 2007

[43] Austin Report on trends data June 2010

[44] Austin Report on short term use November 2010

[45] Austin Report on in situ breast cancer February 2011

[46] Zbuk K, Anand SS.; Declining incidence of breast cancer after decreased use of hormone-replacement therapy: magnitude and time lags in different countries.; J Epidemiol Community Health. 2011 Aug 28. [Epub ahead of print]

[47] Santen RJ et al. 2010, Postmenopausal Hormone Therapy: An Endocrine Society Scientific Statement.

The Journal of Clinical Endocrinology & Metabolism 95, Supplement 1: S1-S66, Pg S4[48] Sturdee DW, Pines A; International Menopause Society Writing Group, Archer DF, Baber RJ, Barlow D, Birkhäuser MH, Brincat M, Cardozo L, de Villiers TJ, Gambacciani M, Gompel AA, Henderson VW, Kluft C, Lobo RA, MacLennan AH, Marsden J, Nappi RE, Panay N, Pickar JH, Robinson D, Simon J, Sitruk-Ware RL, Stevenson JC.; Updated IMS recommendations on postmenopausal hormone therapy and preventive strategies for midlife health; Climacteric. 2011 Jun;14(3):302-20, at 315.

[49] Barnabei VM, Cochrane BB, Aragaki AK, Nygaard I, Williams RS, McGovern PG, Young RL, Wells EC, O'Sullivan MJ, Bertha Chen B, Schenken R, & Johnson SR, , for the WHI Investigators. Menopausal Symptoms and Treatment-Related Effects of Estrogen and Progestin in the Women's Health Initiative. Obstet Gynecol 2005;105:1063 –73.

[50] Women's Health Initiative Study Group. Design Paper: Design of the Women's Health Initiative Clinical Trial and Observational Study. Controlled Clin Trials 1998;19:61-109

[51] The Women's Health Initiative Recruitment Methods and Results. Jennifer Hays, Julie R. Hunt, F. Allan Hubbell, Garnet L. Anderson, Marian Limacher, Catherine Allen and Jacques E. Rossouw. Ann Epidemiol 2003;13:S18–S77.

[52] Ross L. Prentice, Rowan T. Chlebowski, Marcia L. Stefanick, JoAnn E. Manson, Mary Pettinger, Susan L. Hendrix, F. Allan Hubbell, Charles Kooperberg, Lewis H. Kuller, Dorothy S. Lane, Anne McTiernan, Mary Jo O'Sullivan, Jacques E. Rossouw and Garnet L. Anderson. Estrogen Plus Progestin Therapy and Breast Cancer in Recently Postmenopausal Women. American Journal of Epidemiology, 2008, DOI: 10.1093/aje/kwn044

[53] Ross L. Prentice, JoAnn E. Manson, Robert D. Langer, Garnet L. Anderson, Mary Pettinger, Rebecca D. Jackson, Karen C. Johnson, Lewis H. Kuller, Dorothy S. Lane, Jean Wactawski-Wende, Robert Brzyski, Matthew Allison, Judith Ockene, Gloria Sarto, and Jacques E. Rossouw. Benefits and Risks of Postmenopausal Hormone Therapy When It Is Initiated Soon After Menopause. American Journal of Epidemiology 2009, Vol. 170, No. 1. DOI: 10.1093/aje/kwp115

[54] Huang Y, Malone KE, Cushing-Haugen KL, et al. Relationship between menopausal symptoms and risk of postmenopausal breast cancer Cancer Epidemiol Biomarkers Prev Published OnlineFirst January 6, 2011.

[55] Women's Health Initiative Study Group. Design Paper: Design of the Women's Health Initiative Clinical Trial and Observational Study. Controlled Clin Trials 1998;19:61-109

[56] Hays J, Hunt JR, Hubbell FA, Anderson GL, Limacher M, Allen C, Phd, & Rossouw JE. The Women's Health Initiative Recruitment Methods and Results. Ann Epidemiol 2003;13:S18–S77.

[57] LaCroix AZ, Chlebowski RT, Manson JE, Aragaki AK, Johnson KC, Martin L, Margolis KL, Stefanick ML, Brzyski R, Curb JD, Howard BV, Lewis CE, Wactawski-Wende J; WHI Investigators; Health outcomes after stopping conjugated equine estrogens among postmenopausal women with prior hysterectomy: a randomized controlled trial.; JAMA. 2011 Apr 6;305(13):1305-14

[58] Jungheim ES, Colditz GA. Short-term Use of Unopposed Estrogen: A Balance of Inferred Risks and Benefits. JAMA, April 6, 2011—Vol 305, No. 13, 1354-5

[59] Chlebowski RT, Kuller LH, Prentice RL, Stefanick ML, Manson JE, Gass M, Aragaki AK, Ockene JK, Lane DS, Sarto GE, Rajkovic A, Schenken R, Hendrix SL, Ravdin PM, Rohan TE, Yasmeen S, Anderson G; WHI Investigators. Breast cancer after use of estrogen plus progestin in postmenopausal women. N Engl J Med. 2009 Feb 5;360(6):573-87 (Figs 1 and 3)

[60] Fournier A, Boutron-Ruault M-C, Clavel-Chapelon F. Breast Cancer and Hormonal Therapy in Postmenopausal Women. 2009 N Engl J Med 360;22, 2366

[61] Chlebowski RT, Prentice RL. Breast Cancer and Hormonal Therapy in Postmenopausal Women (Authors Reply). N Engl J Med 2009: 360;22 May 28 2366-7

[62] Howlader N, Noone AM, Krapcho M, Neyman N, Aminou R, Waldron W, Altekruse SF, Kosary CL, Ruhl J, Tatalovich Z, Cho H, Mariotto A, Eisner MP, Lewis DR, Chen HS, Feuer EJ, Cronin KA, Edwards BK (eds). SEER Cancer Statistics Review, 1975-2008, National Cancer Institute. Bethesda, MD, http://seer.cancer.gov/csr/1975_2008/, based on November 2010 SEER data submission, posted to the SEER web site, 2011.

[63] Hersh AL, Stefanick ML, Stafford RS.; National use of postmenopausal hormone therapy: annual trends and response to recent evidence; JAMA. 2004 Jan 7;291(1):47-53

[64] Marshall, et al., Recent breast cancer incidence trends according to hormone therapy use: the California Teachers Study cohort; Breast Cancer Res. 2010 Jan 8;12(1):R4. [Epub ahead of print])

[65] Chlebowski RT, Kuller LH, Prentice RL Stefanick, ML, Manson JE et al for the WHI Investigators. Breast Cancer after Use of Estrogen plus Progestin in Postmenopausal Women. N Engl J Med 2009;360:573-87.

[66] August 9, 2000 Memo to FDA by Wyeth: "Proposed Draft Labels For "Breast Cancer Warning" p 4 of 21

[67] Million Women Study Collaborators. Breast cancer and hormone-replacement therapy in the Million Women Study. *Lancet* 2003; 362: 419-27

[68] Chlebowski RT, Hendrix SL, Langer RD, Stefanick ML, Gass M, Lane D, Rodabough RJ, Gilligan MA, Cyr MG, Thomson CA Khandekar J, Petrovitch H, McTiernan A, for the WHI Investigators. Influence of estrogen plus progestin on breast cancer and mammography in healthy postmenopausal women: The Women's Health Initiative randomized trial. JAMA 2003;289:3243-3253

[69] Reeves, GK, Beral V, Greeb Hm /gathani T, Bull D, for the MWS Collaborators. Hormonal therapy for menopause and breast-cancer risk by histological type: a cohort study and meta-analysis. Lancet Oncol 2006;7: 910-18

[70] Kotsopoulos J, Chen WY, Gates MA, Tworoger SS, Hankinson SE, Rosner BA. Risk factors for ductal and lobular breast cancer: results from the nurses' health study. Breast Cancer Research 2010, 12:R106
http://breast-cancer-research.com/content/12/6/R106

[71] Beral V, Reeves G, Bull D, Green J for the Million Women Study Collaborators. Breast Cancer Risk in Relation to the Interval Between Menopause and Starting Hormone Therapy. J Natl Cancer Inst 2011;103:296–305

[72] Fournier A, Mesrine S, Boutron-Ruault M-C, Clavel-Chapelon F. Estrogen-Progestagen Menopausal Hormone Therapy and Breast Cancer: Does Delay From Menopause Onset to Treatment Initiation Influence Risks? J Clin Oncol 2009, 27:5138-5143.

[73] Huang Y, Malone KE, Cushing-Haugen KL, Daling JR, Li CI; . Relationship between Menopausal Symptoms and Risk of Postmenopausal Breast Cancer.; Cancer Epidemiol Biomarkers Prev. 2011 Jan 18. [Epub ahead of print]

[74] Crandall CJ, Aragaki AK, Chlebowski RT, McTiernan A, Anderson G, Hendrix SL, Cochrane BB, Kuller LH, Cauley JA.; New-Onset Breast Tenderness After Initiation of Estrogen Plus Progestin Therapy and Breast Cancer Risk.; Arch Intern Med. 2009;169(18):1684-1691.

[75] Byrne C, Ursin G, Martin CF, Peck JD, Cole EB, Heiss G; Change in mammographic density with estrogen and progestin therapy: A measure of Breast Cancer risk in the Women's Health Initiative; Presented at AACR 101st Annual Meeting, Washington DC, Poster section 36, poster board number 16

[76] Boyd NF, Melnichouk O, Martin LJ, Hislop G, Chiarelli AM, Yaffe MJ, Minkin S.; Mammographic density, response to hormones, and breast cancer risk.; J Clin Oncol. 2011 Aug 1;29(22):2985-92. Epub 2011 Jun 27.

[77] Kerlikowske K, Miglioretti DL, Buist DS, Walker R, Carney PA; Declines in Invasive Breast Cancer and Use of Postmenopausal Hormone Therapy in a Screening Mammography Population. J Natl Cancer Inst 2007 Aug 14;[Epub ahead of print]

[78] Chlebowski, RT, Stefanick ML, Anderson GI. Authors Reply. JAMA, February 2, 2011—Vol 305, No. 5 467

[79] Ruan et al., The effect of progesterone and synthetic progestins on the proliferation of human breast cancer cells expressing a membrane-bound progesterone receptor.; Presented at the 13th World Congress on Menopause, Rome 2011; http://www.biomedicaltechnologies.com/

[80] Mueck et al.; The effect of progesterone and synthetic progestins on the proliferation of human breast cancer cells expressing a membrane-bound progesterone receptor; Presented at the 13th World Congress on Menopause, Rome 2011; http://www.biomedicaltechnologies.com/

[81] De Reilhac P, Micheletti M-C, Daures J-P Maudelonde T, Espie M. Mission study, 3rd follow-up, the new results of a French National Cohort on breast cancer incidence in postmenopausal women treated by hormone replacement therapy or not. Abstract 13th World Congress on Menopause, June 2011.
http://www.biomedicaltechnologies.com/gest/global/output/book_pdf.jsp?evento=6&abstract=626[8/17 /2011 2: 10:23 PM]

[82] Board of the International Menopause Society, Pines A, Sturdee DW, Birkhäuser MH, Schneider HP, Gambacciani M, Panay N. IMS updated recommendations on postmenopausal hormone therapy. Climacteric. 2007 Jun;10(3):181-94

[83] Prempro prescribing information on Pfizer website, accessed 9/6/11
[http://labeling.pfizer.com/showlabeling.aspx?id=133]

[84] Wood CE, Clarkson TB, Chen H, Veenstra TD, Xu X, Scott L, Cline JM. Comparative effects of oral conjugated equine estrogens and micronized 17A-estradiol on breast proliferation: a retrospective analysis. Menopause 2008; 15(5) 890-898

[85] Dimitrakakis C, Zhou J, Wang J, et al. A physiologic role for testosterone in limiting estrogenic stimulation of the breast. Menopause 2003;10:292-298.

[86] Zhou J, Ng S, Adesanya-Famuiya O, Anderson K, Bondy CA. Testosterone inhibits estrogen-induced mammary epithelial proliferation and suppresses estrogen receptor expression. FASEB J 2000;14:1725-1730.

[87] Anderson GL, Limacher M, Assaf AR, et al. Effects of conjugated equine estrogen in postmenopausal women with hysterectomy: the Women's Health Initiative randomized controlled trial. JAMA 2004;291:1701-1712.

29

[88] Prentice RL, Chlebowski RT, Stefanick ML, et al. Conjugated equine estrogens and breast cancer risk in the Women's Health Intiative Trial and Observational Study. AJE 2008:DOI: 10.1093/aje/kwn090

[89] Yager JD, Davidson NE. Estrogen carcinogenesis in breast cancer. N Engl J Med 2006;354:270-282.

[90] Clemons M, Goss P. Estrogen and the risk of breast cancer. N Engl J Med 2001;344:276-285.

[91] Lippert TH, Seeger H,  Mueck AO; Pharmacology and toxicology of different estrogens; Gynecol Endocrinol 2001 Sept; 15(Supp 4):26-33, at table 4..

[92]   Suggested by WHI investigator JoAnn Manson in Twombly, Estrogen's Dual Nature? Studies Highlight Effects on Breast Cancer, JNCI Vol. 103, Issue 12 | June 22, 2011; 920-21.

# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

LEAH ROYCE HINES,

      Plaintiff,

v.                              Civil Action No. 2:04-0690

WYETH, d/b/a Wyeth, Inc.;
WYETH PHARMACEUTICALS, INC.;
and PHARMACIA & UPJOHN COMPANY,

      Defendants.

<u>MEMORANDUM OPINION AND ORDER</u>

Pending is defendants' motion to exclude the expert opinion of Drs. Wayne Tilley and Donald Austin that OMP is a safer alternative to MPA (Doc. No. 237), filed May 27, 2011.[1]

I.

This is a pharmaceutical products liability action in which plaintiff Leah Royce Hines alleges that she developed breast cancer as a result of ingesting hormone replacement

_____

    [1]    At a pretrial conference on June 17, 2011, the court conferred with counsel regarding the necessity of an evidentiary hearing on the various <u>Daubert</u> motions currently pending before the court. (<u>See</u> Doc. No. 343). The parties made clear that such a hearing was not necessary. Defendants have, however, requested oral argument on the motions. Inasmuch as the parties' briefs and supporting exhibits adequately present the issues ripe for adjudication, the court finds that oral argument would not aid the decisional process and accordingly denies defendants' request for oral argument as to the present motion.

therapy ("HRT") drugs manufactured by defendants. HRT here consists of two medications, estrogen and progestin ("E+P"), that are commonly prescribed in combination to treat menopausal symptoms.

This action concerns three HRT drugs: Premarin, Prempro, and Provera. Defendant Wyeth, LLC ("Wyeth") manufactured Premarin, an estrogen drug, and Prempro, a combination estrogen and progestin drug. Defendant Pharmacia & Upjohn Company ("Upjohn") manufactured and distributed Provera, a progestin drug. The generic name for Provera is medroxyprogesterone acetate ("MPA").

Plaintiff's physician prescribed HRT drugs to treat her menopausal symptoms from approximately July 1994 to April 1999. She was diagnosed with breast cancer in July 1999, and thereafter instituted this action on July 7, 2004, invoking the court's diversity jurisdiction.[2] Her complaint asserts claims against defendants for negligence, strict liability (design defect and failure to warn), and breach of implied warranty.

---

[2]     The case was transferred to multidistrict litigation in the United States District Court for the Eastern District of Arkansas on October 26, 2004. Over five years later, on April 13, 2010, it was remanded to this court for the completion of discovery, pretrial activity, and trial.

2

Defendants seek to exclude the expert testimony of two of plaintiff's experts: Dr. Wayne Tilley and Dr. Donald Austin.

II.

The admission of expert testimony is governed by Federal Rule of Evidence 702 and the Supreme Court's decision in Daubert v. Merrell Dow Pharmaceuticals, Inc., 509 U.S. 579 (1993). Under Rule 702 and Daubert, expert testimony must satisfy a two-prong test: (1) the testimony must concern "scientific, technical, or other specialized knowledge"; and (2) it must "aid the jury or other trier of fact to understand or resolve a fact at issue." Westberry v. Gislaved Gummi AB, 178 F.3d 257, 260 (4th Cir. 1999) (citing Daubert, 509 U.S. at 592); Fed. R. Evid. 702. "The first prong of this inquiry necessitates an examination of whether the reasoning or methodology underlying the expert's proffered opinion is reliable -- that is, whether it is supported by adequate validation to render it trustworthy." Westberry, 178 F.3d at 260. "The second prong of the inquiry requires an analysis of whether the opinion is relevant to the facts at issue." Id. Thus, an expert's testimony is admissible under Rule 702 if it "rests on a reliable foundation and is relevant." Kumho Tire Co. v. Carmichael, 526 U.S. 137, 141

3

(1999).

As to the reliability prong, the Court in <u>Daubert</u>
announced a non-exhaustive list of factors to guide the trial
judge's inquiry, including "(1) whether a theory or technique can
be or has been tested; (2) whether it has been subjected to peer
review and publication; (3) whether a technique has a high known
or potential rate of error and whether there are standards
controlling its operation; and (4) whether the theory or
technique enjoys general acceptance within a relevant scientific
community." <u>Cooper v. Smith & Nephew, Inc.</u>, 259 F.3d 194, 199
(4th Cir. 2001) (citing <u>Daubert</u>, 509 U.S. at 592-94).

As to the relevancy prong, "the expert's proffered
scientific testimony must be sufficiently tied to the facts of
the case that it will be of assistance to the factfinder in
resolving a disputed fact." <u>Bourne ex rel. Bourne v. E.I. Dupont
de Nemours & Co.</u>, 189 F. Supp. 2d 482, 495 (S.D. W. Va. 2002).
"That is, there must be a 'valid scientific connection to the
pertinent inquiry' before the testimony is admissible." <u>Id.</u>
(quoting <u>Daubert</u>, 509 U.S. at 591-92).

Our court of appeals has summarized the overarching
duties of a trial court in resolving <u>Daubert</u> motions as follows:

4

> A district court considering the admissibility of expert testimony exercises a gate keeping function to assess whether the proffered evidence is sufficiently reliable and relevant . . . The inquiry to be undertaken by the district court is "a flexible one" focusing on the "principles and methodology" employed by the expert, not on the conclusions reached. Daubert, 509 U.S. at 594-95 . . . In making its initial determination of whether proffered testimony is sufficiently reliable, the court has broad latitude to consider whatever factors bearing on validity that the court finds to be useful . . . The court, however, should be conscious of two guiding, and sometimes competing, principles. On the one hand, the court should be mindful that Rule 702 was intended to liberalize the introduction of relevant expert evidence. . . . [T]he court need not determine that the expert testimony a litigant seeks to offer into evidence is irrefutable or certainly correct . . . As with all other admissible evidence, expert testimony is subject to being tested by "[v]igorous cross-examination, presentation of contrary evidence, and careful instruction on the burden of proof." Daubert, 509 U.S. at 596 . . . On the other hand, the court must recognize that due to the difficulty of evaluating their testimony, expert witnesses have the potential to "be both powerful and quite misleading." Id. at 595 . . . [G]iven the potential persuasiveness of expert testimony, proffered evidence that has a greater potential to mislead than to enlighten should be excluded.

Westberry, 178 F.3d at 261 (some citations and footnotes omitted). Ultimately, "[t]he proponent of the [expert] testimony must establish its admissibility by a preponderance of proof." Cooper, 259 F.3d at 199.

III.  Motion to Exclude Testimony of Drs. Tilley and Austin

A.   Background

    Drs. Tilley and Austin both opine that estrogen plus oral micronized progesterone ("OMP" or "natural progesterone") is a safer alternative to defendants' E+P drugs, which combine estrogen with MPA, a type of synthetic progestin.  Specifically, they claim that E+OMP poses a lesser risk of breast cancer than E+MPA.

    As it relates to the present motion, Dr. Tilley's expert report states as follows:

> Oral micronized progesterone (OMP) is a progestin in current clinical use that is structurally and functionally bio-identical to natural progesterone. Unlike MPA, OMP does not disrupt normal steroid hormone interactions in the breast, but effectively opposes the action of estrogen on the endometrium.  As such, OMP is a safer alternative to the use of MPA in systemically-administered [combination hormone replacement therapy or "cHRT"].

> * * * *

> MPA use is much less common in Europe than in the USA. In Europe, oral micronised (natural) progesterone (OMP) is more commonly prescribed, as are other synthetic progestins (e.g., levonorgestrel, NETA).  In France the majority of women taking cHRT receive natural progesterone in the form of OMP rather than a synthetic progestin. Large French observational studies [i.e., the Fournier and Espie studies] show that cHRT with OMP does not increase the risk of breast cancer, whereas the use of synthetic progestins do [108, 109].  Other synthetic

6

progestins used in Europe have, like MPA, been associated with increased breast cancer risk in observational and randomized controlled trials comparing HRT with cHRT [110-113], but the extent of the risk increase varies among the different synthetic steroids [108, 109, 114, 115]. These studies highlight the fact that the actions of synthetic progestins can be very different from those of the native hormone progesterone. In support of the clinical impression that OMP is a more favourable progestin supplement than MPA, experiments on post-menopausal monkeys (in which menopause is induced by ovariectomy) show that estrogen in the presence of MPA, but not OMP, stimulates breast epithelial cell proliferation [116].

(Pl.'s Opp., Ex. 19, Dr. Tilley Report on Combined Hormone Replacement Therapy and Breast Cancer ("Dr. Tilley Rep.") at 1, 20).

Dr. Austin's expert report states pertinently as follows:

Evidence from [the Fournier study] suggests that micronized progesterone and dydrogesterone combined with estrogen may carry no elevated risk of breast cancer when compared to never-use. [See Appendix B]. Additional evidence, albeit weak, that estrogen combined with micronized progesterone or dydrogesterone does not elevate the risk of breast cancer among postmenopausal women is the null association found by Lignieres et al (2002) for estrogen-plus-progestin therapy. While not specifically limited to either estrogen combined with micronized progesterone or dydrogesterone, two-thirds of their estrogen-plus-progestin users took a formulation of micronized progesterone or dydrogesterone.

Available evidence implicates MPA as an independent cause of breast cancer, although the variability in observed risk estimates and a lack of statistical test for heterogeneity between relative risk estimates make a definite assertion of independent cause difficult at this

7

time.

> While the current evidence is limited, existing research results are that CHRT containing micronized progesterone or dydrogesterone has no elevated risk, in contrast to CHRT containing MPA. Additional investigation into breast cancer incidence among users of CHRT containing micronized progesterone or dydrogesterone is necessary but with the available evidence, a prudent clinician would not choose to prescribe CHRT containing MPA which evidences a causal association with breast cancer, instead of a CHRT containing micronized progesterone which to date has produced no such evidence.

(Pl.'s Opp., Ex. 20, Dr. Austin Causality Report ("Dr. Austin Rep.") at 25).

Defendants move to exclude both experts' testimony on the following grounds: (1) the experts relied upon observational studies that have been contradicted by a randomized, clinical study; (2) the experts' claims were not supported by the conclusions of the studies upon which they relied; and (3) the experts downplayed contrary findings. The opinion that OMP carries a smaller risk of breast cancer than MPA, defendants argue, is at best an unproven hypothesis with no solid scientific support.

B. Bases for the Opinions of Drs. Tilley and Austin

Drs. Tilley and Austin rely primarily upon four studies in forming their opinions about the relative safety of E+OMP and

8

E+MPA: the 2002 Lignieres study, the 2007 Espie study, the 2005 Fournier study (with updates from 2007 and 2009), and the 2006 Wood monkey study.  The central issue here is whether these studies, taken together, provide a reliable foundation for the experts' opinion that E+OMP carries a lesser risk of breast cancer than E+MPA.

The 2002 Lignieres study is of limited relevance here. As defendants point out, it did not evaluate E+OMP in isolation, but instead grouped together women who used E+OMP with those who used E + other progestins.  (See Pl. Opp., Ex. 12, 2002 Lignieres study, at 336 ("In combined HRT users . . . progestins were mainly [OMP] (58%) or dydrogesterone (10%).  Other progestins used were promegestone, lynestrenol, chlormadinone acetate and nomegestrol acetate.  Fewer than 3% used MPA.")).  Noting that the Lignieres study was "not specifically limited to either estrogen combined with micronized progesterone or dydrogesterone," Dr. Austin admits that the study provides "weak" evidence that E+OMP does not elevate the risk of breast cancer. (Dr. Austin Rep. at 25).

The 2007 Espie study provides a bit more support for the experts' opinions, but not much.  The investigators of that study found a higher incidence of breast cancer among users of E

9

+ synthetic progestins as opposed to users of E+OMP.  However, Espie does not provide a head-to-head comparison of OMP and MPA; it instead compared OMP with various synthetic progestins, only one of which is MPA.  This point is significant for reasons stated by Dr. Tilley in his expert report: "[o]ther synthetic progestins used in Europe have, like MPA, been associated with increased breast cancer risk in observational and randomized controlled trials comparing HRT with cHRT . . ., <u>but the extent of the risk increase varies among the different synthetic steroids</u>."  (Dr. Tilley Rep. at 20 (emphasis added)).  Given the variance of risk among different types of synthetic progestins, studies like Espie that group MPA with other synthetic progestins do not paint an accurate and focused picture of the comparative risks of E+OMP versus E+MPA.

Furthermore, the Espie investigators did not deem the higher incidence of breast cancer among users of E + synthetic progestins to be statistically significant.  As they stated, "[w]hen the incidence of breast cancer was compared in patients who received different types of HRT, the incidence was 0.28%[3]

---

[3]    These percentages are expressed in terms of relative risk.  According to the Federal Judicial Center's Reference Manual on Scientific Evidence, relative risk is

    [a] commonly used approach for expressing the association

10

for [estrogen] alone, 0.40% for [estrogen] + natural

progesterone, and 0.94% for [estrogen] + synthetic progestin;

there was no statistically significant difference between the

groups." (Pl.'s Opp., Ex. 23, 2007 Espie study, at 394 (emphasis

---

between an agent and disease. It is defined as the ratio
of the incidence rate (often referred to as incidence) of
disease in exposed individuals to the incidence rate in
unexposed individuals. The incidence rate of disease
reflects the number of cases of disease that develop
during a specified period of time divided by the number
of persons in the cohort under study. [footnote omitted]
Thus, the incidence rate expresses the risk that a member
of the population will develop the disease within a
specified period of time.

For example, a researcher studies 100 individuals
who are exposed to an agent and 200 who are not exposed.
After one year, 40 of the exposed individuals are
diagnosed as having a disease, and 20 of the unexposed
individuals also are diagnosed as having the disease.
The relative risk of contracting the disease is
calculated as follows:

- The incidence rate of disease in the exposed
  individuals is 40 cases per year per 100
  persons (40/100), or 0.4.

- The incidence rate of disease in the
  unexposed individuals is 20 cases per year
  per 200 persons (20/200), or 0.1.

- The relative risk is calculated as the
  incidence rate in the exposed group (0.4)
  divided by the incidence rate in the
  unexposed group (0.1), or 4.0.

Michael D. Green, et al., Reference Guide on Epidemiology, in
Reference Manual on Scientific Evidence, 333, 348-49 (Fed. Jud.
Ctr., 2d ed. 2000).

added)).  The investigators did go on to find that this
statistical disparity, while marginal, supported the conclusion
that "the safest HRT in terms of breast cancer risk is the
[combination] of . . . estrogen and micronized progesterone."
(Id. at 396).  Still, the fact remains that Espie evaluated
various synthetic progestins, not just MPA.  It is therefore
questionable whether the data provides support for the opinions
of Drs. Tilley and Austin.

       Both experts rely heavily on the Fournier study.  This
study, also known as the "E3N cohort,"[4] investigated over 98,000
women in France who had been followed since 1990.  One of its
goals was to assess and compare the association between different
HRT drugs and breast cancer risks.  In a 2007 report from the
study, the investigators "found that the risk of breast cancer
was significantly lower with estrogen-progestagen HRTs containing
progesterone [i.e., OMP] or dydrogesterone than with HRTs
containing other progestagens."  (Pl.'s Opp., Ex. 16, 2007
Fournier study, at 6).

       As defendants point out, though, the 2007 Fournier

---

       [4]     A cohort study is a type of observational
epidemiological study that measures and compares the incidence of
disease in exposed and un-exposed control groups.  See Green,
supra note 3, at 339-41.

Case 3:04-cv-00361... Document 123... Filed 02/07/12... Page 45 of 111

report actually undermines the opinions of Drs. Tilley and

Austin.  Although the investigators did find that OMP is safer

than synthetic progestins (as a group), the study provides a

direct comparison of E+OMP and E+MPA that shows no statistically

significant difference as to breast cancer risks associated with

the two drugs.  This comparison is reflected in the following

table from the 2007 report:

**Table 2** Relative risks for invasive breast cancer according to route of estrogen administration and type of progestagen, compared with HRT never-use

| | Oral Estrogen | | Transdermal/ Percutaneous estrogen | | P-values for homogeneity tests between routes of estrogen administration |
|---|---|---|---|---|---|
| | Cases/PY[a] | Relative risk[b] (95% CI) | Cases/PY[a] | Relative risk[b] (95% CI) | |
| Estrogen alone | 13/3,598 | 1.32 (0.76–2.29) | 56/14,826 | 1.28 (0.98–1.69) | 0.93 |
| Estrogen combined with: | | | | | |
|   Progesterone | | —[c] | 121/35,513 | 1.08 (0.89–1.31) | – |
|   Dydrogesterone | 7/3,217 | 0.77 (0.36–1.62) | 90/25,405 | 1.18 (0.95–1.48) | 0.27 |
|   Medrogestone | 9/1,104 | 2.74 (1.42–5.29) | 28/4,590 | 2.03 (1.39–2.97) | 0.43 |
|   Chlormadinone acetate | 8/1,431 | 2.02 (1.00–4.06) | 35/7,774 | 1.48 (1.05–2.09) | 0.43 |
|   Cyproterone acetate | 34/4,779 | 2.57 (1.81–3.65) | | —[c] | – |
|   Promegestone | 13/2,814 | 1.62 (0.94–2.82) | 69/14,910 | 1.52 (1.19–1.96) | 0.84 |
|   Nomegestrol acetate | 8/2,623 | 1.10 (0.55–2.21) | 91/18,826 | 1.60 (1.28–2.01) | 0.30 |
|   Norethisterone acetate | 46/7,401 | 2.11 (1.56–2.86) | | —[c] | – |
|   Medroxyprogesterone acetate | 29/7,035 | 1.48 (1.02–2.16) | | —[c] | – |
| P-value for homogeneity among all progestagens | | 0.03 | | 0.01 | |
| P-value for homogeneity among progestagens other than progesterone and dydrogesterone | | 0.16 | | 0.59 | |

[a]  PY = person-years. The numbers of cases and person-years do not add up to the totals (2,354 and 652,972, respectively) as data are only presented for the most frequently used HRTs

[b]  Adjusted for: time since menopause (time scale), age at menarche (<13/≥13 years old), parity and age at first full-term pregnancy (nulliparous/first full-term pregnancy at age <30, 1 or 2 children/first full-term pregnancy at age <30, 3 or more children/first full-term pregnancy at age ≥30), breastfeeding (no/<12 months/≥12 months/unknown), age at menopause (continuous), type of menopause (artificial/natural or unknown), personal history of benign breast disease (yes/no), family history of breast cancer in first-degree relatives (yes/no), family history of breast cancer in other relatives (yes/no), BMI (≤20/[20–25]/[25–30]/>30 kg/m²), physical activity (<34/[34–47]/[47–62]/≥62 MET-h/week), previous mammography (yes/no, time-dependant variable). Further stratified on year of birth ([1925–1930]/[1930–1935]/[1935–1940]/[1940–1945]/[1945–1950])

[c]  Data are not presented as there are less than five cases in this HRT category

13

(Id. at 4).

        Notably, this table presents no relative risk data for oral estrogen plus progesterone/OMP, the route of estrogen administration at issue here.  In the absence of this data, defendants use the relative risk data for transdermal /percutaneous estrogen plus OMP (1.08).[5]  They then compare that data to the relative risk of oral estrogen plus MPA (1.48), noting that the disparity (1.08 vs. 1.48) is not statistically significant.  Indeed, when shown this same table and asked to compare the two relative risks, Dr. Austin admitted that "[s]tatistically they're not different from each other."  (Defs.' Mot. to Exclude, Ex. 10, Dr. Austin Dep. at 198).  Plaintiff nevertheless says that comparison across different routes of estrogen administrations is misleading, but the Fournier investigators' findings indicate otherwise.  As they stated, "[f]or estrogen-alone or any given estrogen-progesten combination, the route of administration of the estrogen did not have a statistically significant effect on the association between HRT use and breast cancer."  (Id. at 4-5).  Thus, the comparison of oral E+MPA versus transdermal/percutaneous E+OMP

_____

        [5]    Generally speaking, "[i]f the relative risk is greater than 1.0, the risk in exposed individuals is greater than the risk in unexposed individuals," meaning that "[t]here is a positive association between exposure to the agent and the disease, which could be causal."  Green, supra note 3, at 349.

14

seems to be a valid one.[6]

Dr. Tilley (but not Dr. Austin) also relies on the 2006 Wood monkey study. This animal study provided a direct comparison of the breast cancer risks associated with E+OMP and E+MPA. After administering the drugs on 26 postmenopausal monkeys, the investigators concluded as follows:

> Compared to placebo, [estrogen] + MPA resulted in significantly greater breast proliferation in lobular and ductal epithelium, while [estrogen] + [oral micronized progesterone] did not . . . . These findings suggest that oral micronized progesterone has a more favorable effect on risk biomarkers for postmenopausal breast cancer than medroxyprogesterone acetate (MPA).

(Pl.'s Opp., Ex. 25, 2006 Wood study, at 1).

---

[6] Plaintiff also highlights a 2009 update from the Fournier study, wherein the investigators noted that, "in recent users of some [E+P drugs], the timing of treatment initiation modulates the risk of breast cancer: short durations ($\leq$ 2 years) of use were associated with significant increases in risk -- with the exception of [HRT drugs] containing progesterone -- when initiated in the 3-year period following menopause, but not when initiated later." (Pl.'s Opp., Ex. 17, 2009 Fournier study, at 4-5 (emphasis added)). As in the Espie study, though, the investigators grouped together MPA with other synthetic progestins. (See id. at 5 ("in our cohort . . . progesterone and dydrogesterone [were] the most frequently associated progestagens; other progestagens were mostly nomegestrol acetate and promegestone . . . followed by chlormadinone acetate, norethisterone acetate, medroxyprogesterone acetate [MPA], medrogestone, and cyproterone acetate.")). Thus, the 2009 report does not provide a helpful comparison of E+OMP vs. E+MPA.

C.    Reliability of the Opinions of Drs. Tilley and Austin

        Viewed in the aggregate, the court does not find that
the foregoing studies provide a reliable basis for the opinion
that E+OMP is a safer alternative to E+MPA.  To be sure, the data
gleaned from the studies does support the conclusion that E+OMP
carries a decreased risk of breast cancer compared to E plus
synthetic progestins as a group.  But only one of the studies
(Fournier) directly compares the effects of E+OMP and E+MPA on
humans,[7] and that study found no <u>statistically significant</u>
disparity as to the relative breast cancer risks posed by the two
drugs.  Where, as here, an expert places undue emphasis on
statistically insignificant data, the expert's methods may be
deemed unreliable.  <u>See</u> <u>Wells v. SmithKline Beecham Corp.</u>, 601
F.3d 375, 380 & n. 23 (5th Cir. 2010); <u>In re Prempro Prods. Liab.</u>
<u>Litig.</u>, 738 F. Supp. 2d 887, 892 (E.D. Ark. 2010); <u>Pritchard v.</u>
<u>Dow Agro Sciences</u>, 705 F. Supp. 2d 471, 489-90 (W.D. Pa. 2010).
Furthermore, the Supreme Court has made clear that "nothing in

---

        [7]    In lieu of studies directly comparing E+OMP and E+MPA,
plaintiff suggests cobbling together the results of several
different studies -- namely, those finding no statistically
significant risk of breast cancer associated with E+OMP, and
others finding that E+MPA increases breast cancer risks.  (<u>See</u>
Pl.'s Opp. at 8).  However, it does not appear that comparing the
results of separate studies with different variables and
experimental conditions would be a scientifically sound
methodology for evaluating the relative risks of two drugs.  Nor
does plaintiff, the burden-carrying party, explain why such a
methodology should be deemed reliable.

16

either <u>Daubert</u> or the Federal Rules of Evidence requires a
district court to admit opinion evidence that is connected to
existing data only by the <u>ipse</u> <u>dixit</u> of the expert.  A court may
conclude that there is simply too great an analytical gap between
the data and the opinion proffered."  <u>General Elec. Co. v.</u>
<u>Joiner</u>, 522 U.S. 136, 146 (1997).  Insofar as Drs. Austin and
Tilley rely upon studies that do not directly compare E+OMP with
E+MPA (but instead group together MPA with other synthetic
progestins) in opining that E+OMP poses less breast cancer risks
than E+MPA, there is "too great an analytical gap" between the
experts' opinions and the data presented.

Regarding the Wood monkey study, this court has
previously observed that "[t]here can be no dispute that properly
designed and conducted animal testing can yield relevant and
useful information in the field of human toxicology."  <u>Bourne ex</u>
<u>rel. Bourne v. E.I. Dupont de Nemours & Co.</u>, 189 F. Supp. 2d 482,
496 (S.D. W. Va. 2002).  As the decision in <u>Bourne</u> shows,
however, in some cases even seemingly relevant animal studies
cannot be reliably extrapolated to humans.  <u>See</u> <u>id.</u> at 496-99
(excluding expert testimony that a fungicide was teratogenic to
humans based solely upon the findings of <u>in</u> <u>vivo</u> rat studies and
<u>in</u> <u>vitro</u> tests; reasoning that the only existing epidemiological
evidence contradicted the experts' opinions, and that the dosages

17

and exposure of fungicide involved in the animal studies did not "fit" the facts of the plaintiff's case). Accordingly, as the district court overseeing the HRT multidistrict litigation has observed, experts relying on animal studies "must be prepared to explain how such studies can be reliably extrapolated to prove comparable effects in humans." In re Prempro, 738 F. Supp. 2d at 894 (citing Joiner, 522 U.S. at 144; Allison v. McGhan Medical Corp., 184 F.3d 1300, 1313-14 (11th Cir. 1999); In re Paoli R.R. Yard PCB Litig., 35 F.3d 717, 743 (3d Cir. 1994)). Dr. Tilley only summarizes the findings of the Wood monkey study; he gives no explanation of why the study can be reliably extrapolated to humans. (See Dr. Tilley Rep. at 20). His mere invocation of the study, without further analysis, does little to sustain his testimony against a Daubert attack.

In addition, the tentativeness of the research relied upon by Drs. Tilley and Austin makes the court reluctant to put their opinions in front of the jury. For instance, the Fournier investigators stated in their 2007 report that "the effects of progestagens generally differ according to experimental conditions, the duration of treatment and the dose concentration . . . . As a result it is impossible to establish, on the basis of the available and often conflicting in vitro data, whether the predominant effect of a given progestagen [here, MPA] is to

18

stimulate or inhibit breast cancer cell proliferation." (Pl.'s
Opp., Ex. 16, 2007 Fournier study, at 6). While the
investigators characterized their finding that E+OMP may be safer
than other HRT combinations as "major," they cautioned that "more
evidence is required before these results can be translated into
firm clinical recommendations for the management of menopausal
symptoms," and urged "further studies and reflection on the link
between estrogen-progesterone and estrogen-dydrogesterone HRTs
and breast cancer." (Id. at 6, 8). Dr. Austin's report
reaffirms the preliminary nature of the Fournier study's
findings. (See Dr. Austin Rep. at 25 (noting that "the current
evidence is limited" and "additional investigation into breast
cancer incidence among users of CHRT containing micronized
progesterone or dydrogesterone is necessary")). Similarly, the
investigators from the Wood monkey study made clear that their
findings were "preliminary," and that "more data . . . [and]
[f]urther studies are needed." (Pl.'s Opp., Ex. 25, 2006 Wood
study, at 9). In view of these cautionary statements, plaintiff
is hard pressed to argue that it is "generally accepted" within
the relevant scientific community that E+OMP is safer than E+MPA.
See Daubert, 509 U.S. at 592-94.

19

The court's decision to exclude is bolstered by the findings of the 1995 Postmenopausal Estrogen/Progestin Interventions ("PEPI") clinical trial.  PEPI was designed not to evaluate breast cancer risks, but to assess the effects of HRT drugs "on selected heart disease risk factors in healthy postmenopausal women."  (Def.'s Mot. to Exclude, Ex. 12, 1995 PEPI trial, at 199).  Nevertheless, one of the reports from the PEPI trial includes a table, titled "Adverse Experiences During Follow-up in PEPI Participants by Treatment Assignment," relaying that 2 out of 16 women who used E+MPA developed breast cancer, whereas 4 out of 16 women in the E+OMP group developed breast cancer.  (Id. at 206).  Although the difference between 2 and 4 incidences of breast cancer out of a group of 32 is hardly statistically significant, this data reinforces the court's view that evidence concerning the relative safety of E+OMP versus E+MPA is neither consistent across the medical literature nor generally accepted in the field of epidemiology.

In the final analysis, the court must take heed of the Fourth Circuit's admonition that, "given the potential persuasiveness of expert testimony, proffered evidence that has a greater potential to mislead than to enlighten should be excluded."  Westberry, 178 F.3d at 261.  The testimony of Drs. Tilley and Austin, while finding some limited support in the

20

scientific literature, has a great potential to mislead the jury
into believing that E+OMP poses a significantly lesser risk of
breast cancer in humans than E+MPA.  The data relied upon by Drs.
Tilley and Austin does not support this conclusion.  Accordingly,
the experts' testimony is excluded.

IV.  Conclusion

For the foregoing reasons, it is ORDERED that
defendants' motion to exclude the expert opinion of Drs. Wayne
Tilley and Donald Austin that OMP is a safer alternative to MPA
be, and it hereby is, granted.[8]

The Clerk is directed to forward copies of this written
opinion and order to all counsel of record.

DATED: July 8, 2011

John T. Copenhaver, Jr.
United States District Judge

---

[8]  The court notes that the testimony of Drs. Tilley and
Austin is not otherwise excluded as a consequence of this ruling.
Both experts are designated to testify as to general causation,
and defendants have not challenged the admissibility of that
testimony on <u>Daubert</u> grounds.

21

# Exhibit B

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### BEAUMONT DIVISION

| | | |
|---|---|---|
| **JEAN LEA** | § | |
| | § | |
| **v.** | § | **NO. 1:03-CV-001339** |
| | § | |
| **WYETH LLC; PFIZER INC;** | § | |
| **PHARMACIA & UPJOHN** | § | |
| **COMPANY LLC; and PHARMACIA** | § | |
| **CORPORATION** | § | |

## ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION TO EXCLUDE THE TESTIMONY OF DRS. TILLEY AND AUSTIN

Pending is Defendants' "Motion to Exclude the Opinions of Drs. Tilley and Austin" (Docket No. 65). For the reasons stated below, Defendants's motion is granted in part and denied in part. Dr. Tilley's opinion that MPA causes breast cancer by disrupting receptor signaling is admissible. Drs. Tilley's and Austin's opinions that E+OMP is a safer alternative to E+MPA is inadmissible.

### I. Background

This case stems from Plaintiff Jean Lea's ingestion of certain drugs manufactured by Defendants Wyeth LLC (Wyeth), Pfizer Inc. (Pfizer), Pharmacia & Upjohn Company LLC and Pharmacia Corporation (collectively Upjohn).[1] Between February 1996 and December 1999, Plaintiff was prescribed Premarin, Provera, and Prempro as hormone therapy to combat menopausal symptoms. Wyeth manufactured Premarin and Prempro. Upjohn manufactured Provera. In 1999,

---

[1] Both Wyeth and Upjohn were purchased by Pfizer. (Tr. Hr'g, 44, Docket No. 111.) On August 8, 2011, the parties filed their "Stipulation" (Docket No. 112), dismissing Pfizer with prejudice. Plaintiff's claims are still pending against Wyeth and Upjohn. For reasons of clarity and consistency, the court will refer to Defendants in the plural throughout this order.

Plaintiff was diagnosed with ductal carcinoma in situ (DCIS), a type of non-invasive breast cancer. Plaintiff alleges that the above drugs promoted this cancerous growth.

Plaintiff originally filed suit in the 260th Judicial District Court of Orange County, Texas. On October 28, 2003, Defendants removed the case to the Beaumont Division of the Eastern District of Texas. In February 2004, the Judicial Panel on Multidistrict Litigation ordered the case transferred to the Eastern District of Arkansas for coordinated and consolidated pretrial proceedings. The case remained before the transferee court until April 12, 2010, when it was conditionally remanded to the Eastern District of Texas and assigned to the Hon. Marcia A. Crone, United States District Judge. On July 1, 2011, the parties filed a series of *Daubert* motions (Docket Nos. 63, 65, 69, 70, 71, 72), which were referred to the undersigned United States magistrate judge on August 5, 2011 (Docket No. 103).

For the reasons stated below, Defendants' "Motion to Exclude the Opinions of Drs. Tilley and Austin" is granted in part and denied in part.

## II. Legal Standard

The admission or exclusion of expert testimony is a matter within the discretion of the district court. Kuhmo Tire Co. v. Carmichael, 526 U.S. 137, 152 (1999); Huss v. Gayden, 571 F.3d 442, 452 (5th Cir. 2009). Rule 702 of the Federal Rules of Evidence provides:

> If scientific, technical, or other specialized knowledge will assist the trier of fact to understand the evidence or to determine a fact in issue, a witness qualified as an expert by knowledge, skill, experience, training, or education, may testify thereto in the form of an opinion or otherwise, if (1) the testimony is based upon sufficient facts or data, (2) the testimony is the product of reliable principles and methods, and (3) the witness has applied the principles and methods reliably to the facts of the case.

Fed. R. Evid. 702; accord Kuhmo Tire Co., 526 U.S. at 152; Daubert v. Merrel Dow Pharms., Inc., 509 U.S. 579, 588 (1993). The proponent of the proffered expert testimony "has the burden of

establishing, by a preponderance of the evidence, that the pertinent admissibility requirements are met." <u>United States v. Fullwood</u>, 342 F.3d 409, 412 (5th Cir. 2003) (citing Fed. R. Evid. 104(a)).

The district court must first determine whether the proffered expert is qualified to testify because of his knowledge, skill, experience, training, or education. <u>United States v. Cooks</u>, 589 F.3d 173, 179 (5th Cir. 2009) (citing Fed. R. Evid. 702; <u>Wilson v. Woods</u>, 163 F.3d 935, 937 (5th Cir. 1999)). "[T]he expert must have such knowledge or experience in [his] field or calling as to make it appear that his opinion or inference will probably aid the trier in his search for truth." <u>United States v. Hicks</u>, 389 F.3d 514, 524 (5th Cir. 2004) (quoting <u>United States v. Bourgeois</u>, 950 F.2d 980, 987 (5th Cir. 1992) (quoting <u>United States v. Johnson</u>, 575 F.2d 1347, 1361 (5th Cir. 1978))) (internal quotations omitted).

The district court must then determine whether the proffered expert's testimony is reliable. <u>See Kuhmo Tire Co.</u>, 526 U.S. at 152. The court possesses considerable flexibility in assessing the reliability of expert testimony. <u>Id.</u> at 141; <u>Stolt Achievement, Ltd. v. Dredge B. E. Lindholm</u>, 447 F.3d 360, 366 (5th Cir. 2006). The court should consider relevant factors, but is not required to analyze the *Daubert* factors in every case. <u>Stolt Achievement, Ltd</u>, 447 F.3d at 366 (citing <u>Kuhmo Tire Co.</u>, 526 U.S. at 149). The overarching goal "is to make certain that an expert . . . employs in the courtroom the same level of intellectual rigor that characterizes the practice of an expert in the relevant field." <u>Kuhmo Tire Co.</u>, 526 U.S. at 152.

"The [c]ourt's role is that of a gatekeeper only, limited to determining admissibility, not credibility of the evidence." <u>Knox v. Ferrer</u>, No. 5:07-CV-6, 2008 WL 4411326, at *2 (S.D. Miss. Sept. 22, 2008) (citing <u>Pipitone v. Biomatrix, Inc.</u>, 288 F.3d 239, 250 (5th Cir. 2002)). This role requires a court to make "a preliminary assessment of whether the reasoning or methodology

underlying the testimony is scientifically valid and of whether that reasoning or methodology properly can be applied to the facts in issue." Daubert, 509 U.S. at 592-93. The court should approach this task "with proper deference to the jury's role as the arbiter of disputes between conflicting opinions." United States v. 14.38 Acres of Land, 80 F.3d 1074, 1077 (5th Cir. 1996) (quoting Viterbo v. Dow Chem Co., 826 F.2d 420, 422 (5th Cir. 1987)) (internal quotations omitted).

The court's assessment of admissibility is not intended to replace the adversarial system, which should highlight weak evidence. Primrose Operating Co. v. Nat'l Am. Ins. Co., 382 F.3d 546, 562 (5th Cir. 2004). "Vigorous cross-examination, presentation of contrary evidence, and careful instruction on the burden of proof are the traditional and appropriate means of attacking shaky but admissible evidence." Daubert, 509 U.S. at 596. "The *Daubert* analysis should not supplant trial on the merits." Mathis v. Exxon Corp., 302 F.3d 448, 461 (5th Cir. 2002) (citing Pipitone, 288 F.3d at 250).

Finally, the court must determine that the proffered expert testimony is relevant. See Fed. R. Evid. 702 (stating that expert testimony is admissible only if it "will assist the trier of fact to understand the evidence or to determine a fact in issue."). Evidence is relevant if it "[has] any tendency to make the existence of any fact that is of consequence to the determination of the action more probable or less probable than it would be without the evidence." Fed. R. Evid. 401.

### III. Analysis

Wayne Tilley, Ph.D. and Donald Austin, M.D., M.S., M.P.H. are general causation experts for Plaintiff. Dr. Tilley opines that Defendants' drugs are capable of causing breast cancer by disrupting androgen receptor signaling. Both experts opine that estrogen plus oral micronized progesterone (E+OMP) is a safer alternative to Defendants' hormone therapy drugs (E+MPA), which

combine estrogen with a synthetic progestin called medroxyprogesterone acetate (MPA).

Specifically, Dr. Tilley opines that "[combination hormone replacement therapy (cHRT) containing] MPA contributes to the development of breast cancer in women by disrupting the normal steroid interactions required for a balance of growth within breast tissue." (Defs.' Mot. Exclude, Ex. 5 0037, 0050-56, Docket No. 65.) Dr. Tilley further opines that "[u]nlike MPA, OMP does not disrupt normal hormone interactions in the breast, but effectively opposes the action of estrogen on the endometrium." (Id. at 0037.) This latter opinion is primarily based on Dr. Tilley's evaluation of a study involving monkeys (the Wood monkey study) and two French studies, the 2007 Espié study and the 2005 Fournier study. (Id. at 0056, 0068, 0069.)

Dr. Austin opines that "[w]hile the current evidence is limited, existing search results are that cHRT containing [OMP] has no elevated risk, in contrast to cHRT containing MPA." (Pl.'s Resp. Defs.' Mot. Exclude, Ex. 14 25, Docket No. 83.) Dr. Austin's opinion is based on his evaluation of the Fournier study and another French study, the 2002 Ligniéres study. (Id. at 25, 28.)

Defendants seek to exclude the proffered testimony of Plaintiff's experts on various grounds. First, Defendants argue that Dr. Tilley's proffered androgen-receptor theory is inadmissible because it is a "novel and untested scientific hypothesis." (Defs.' Mot. Exclude 7, Docket No. 65.) Second, Defendants assert that both experts' opinions that E+OMP is a safer alternative to E+MPA is not based on reliable scientific evidence. Specifically, Defendants assert that the studies relied on by Plaintiff's experts are unreliable because the results of the observational studies are preliminary, not statistically significant, and contradicted by other data.

### A. Dr. Tilley's Androgen-Receptor Theory

Defendants argue that Dr. Tilley's opinion that MPA causes breast cancer by disrupting androgen receptor signaling is unreliable because it is a novel and untested scientific hypothesis. Defendants direct the court to a 2008 grant application in which Dr. Tilley stated that his theory was a 'novel concept[,]' that his "hypothesis has not been formally enunciated previously[,]" and that his hypothesis is based on "novel methodology[.]" (Defs.' Mot. Exclude, Ex. 8 532:11-533:1, 539:20-540:3, 542:20-543:24, Docket No. 65.) Plaintiff responds that Dr. Tilley's opinion is reliable because it is based on peer-reviewed epidemiological studies.

The court, having considered Dr. Tilley's expert report, finds that the methodology underlying Dr. Tilley's opinion is sufficiently reliable. See Fed. R. Evid. 702. Dr. Tilley's expert report contains a section entitled "Androgens and the Breast[,]" in which Dr. Tilley relies on several peer-reviewed epidemiological studies to support his theory that MPA causes breast cancer. (See Defs.' Mot. Exclude, Ex. 5 0050-56, Docket No. 65.) Notably, Defendants do not challenge the reliability of these studies in their motion. (See Defs.' Mot. Exclude 7-8, Docket No. 65.) Rather, Defendants' motion focuses on Dr. Tilley's testimony from other cases relating to the above grant application. (See id.) The court finds that Dr. Tilley's opinion is sufficiently reliable even though there is no evidence that Dr. Tilley's theory has been subject to peer review. See Kuhmo Tire Co., 526 U.S. at 149; Stolt Achievement, Ltd., F.3d at 366. Accordingly, Defendants' challenge goes to the weight of Dr. Tilley's theory rather than to its admissibility. See Fed. R. Evid. 702; Daubert, 509 U.S. at 592-93; 14.38 Acres of Land, 80 F.3d at 1077. Defendants' motion is denied to the extent that it seeks to exclude Dr. Tilley's opinion that MPA causes breast cancer by disrupting androgen receptor signaling.

## B. Opinions That E+OMP Is A Safer Alternative Than E+MPA

Defendants argue that the experts' opinions that E+OMP is a safer alternative than E+MPA is unreliable because the results of the studies relied on by Plaintiff's experts are preliminary, not statistically significant, and contradicted by other data. Dr. Tilley's opinion is based on the Wood monkey study, the 2007 Espié study, and the 2005 Fournier study. (See Defs.' Mot. Exclude, Ex. 5 0056, 0068, 0069, Docket No. 65.) Dr. Austin's opinion is based on the Fournier study and the 2002 Ligniéres study. (Pl.'s Resp. Defs.' Mot. Exclude, 25, 28, Docket No. 83.)

The Espié study compared users of E + synthetic progestins and E+OMP, finding a higher incidence of breast cancer in users of the synthetic progestins. (Defs.' Mot. Exclude, Ex. 3 0026-27, Docket No. 65.) The study did not directly compare OMP and MPA. (See id.) Instead, the study compared OMP with various synthetic progestins. (See id.) The study concluded that the safest hormone therapy in terms of breast cancer risk is E+OMP but found that the increased risk of synthetic progestin was not statistically significant. (Id. at 0026, 0028.) Defendants assert that the Espié study is an unreliable basis for the proffered testimony of Drs. Tilley and Austin because the study did not directly compare the safety of OMP and MPA and the study concluded that the increased risk of synthetic progestin, such as MPA, was not statistically significant. (Defs.' Mot. Exclude 10, Docket No. 65) (citing Wells v. SmithKline Beecham Corp., 601 F.3d 375, 380 & n.23 (5th Cir. 2010.))

Similarly, the 2005 Fournier study did not directly compare OMP and MPA. (See Defs.' Mot. Exclude, Ex. 4 0032-34, Docket No. 65.) Rather, the study assessed and compared the association between different hormone therapy drugs and breast cancer risks, focusing on synthetic progestins as a group. (See id. at 0032-33.) When the investigators directly compared E+OMP and

E+MPA in a 2007 report, the difference between the relative risks of each drug was not statistically significant. (See id. at Ex. 11 0152.) E+OMP yielded a relative risk of 1.08 while E+MPA yielded a relative risk of 1.48. (See id.) When Dr. Austin was shown the report and these figures during a deposition, he stated that "[s]tatistically [the relative risks are] not different from each other." (Id. at Ex. 12 198:11-198:25.) Defendants argue that the Fournier study is an unreliable basis for the proffered testimony because when the study directly compared the safety of OMP and MPA, it yielded statistically insignificant results.

The 2002 Ligniéres study attempted to evaluate the long-term influence of hormone therapy by grouping together users of E+OMP and users of E + other progestins. (Id. at Ex. 10 0144.) The study failed to isolate or evaluate E+OMP on an individual basis. (See id.) Dr. Austin even admits in his expert report that this study provided "weak" evidence that E+OMP does not elevate the risk of breast cancer. (Id. at Ex. 7 0117.) Accordingly, Defendants assert that this study can not serve as a basis for the proffered testimony.

The 2006 Wood monkey study directly compared E+OMP and E+MPA on twenty-six postmenopausal monkeys. (Id. at Ex. 6 0084.) The investigators stated that the study's findings "suggest that [OMP] has a more favorable effect on risk biomarkers for postmenopausal breast cancer than [MPA]." (Id. at 0083.) The investigators characterized their findings as "preliminary." (Id. at 0091.) Defendants argue that this study is unreliable because the conclusions of the study were tentative and because Dr. Tilley has not attempted to extrapolate the study's findings to prove comparable effects in humans. (Defs.' Mot. Exclude 14, Docket No. 65) (citing Gen. Elec. Co. v. Joiner, 522 U.S. 136, 144 (1997).)

Finally, Defendants argue that the experts' opinions are unreliable because they ignore the

findings of the 1995 Postmenopausal Estrogen/Progestin clinical trial (the PEPI trial). The PEPI trial was designed to compare the effects of progestin regimens on selected heart disease risk factors in menopausal women. (Defs.' Mot. Exclude, Ex. 14 0169, Docket No. 65.) During the trial, investigators determined that E+MPA led to fewer cases of breast cancer than did E+OMP. (Id. at 0175.) Two of the sixteen women who used E+MPA developed breast cancer compared to four of the sixteen women who used E+OMP. (Id.) Defendants argue that Plaintiff's experts' opinions are unreliable because they ignore the PEPI trial. Moreover, Defendants assert that the PEPI trial is more reliable than the studies upon which Plaintiff's experts rely because the PEPI trial is a clinical trial rather than an observational study.

Plaintiff argues that her experts' proffered testimony is reliable because both experts evaluated peer-reviewed epidemiological studies to arrive at their opinions. Plaintiff asserts that epidemiology can play a significant role in assessing general causation. (Pl.'s Resp. Defs.' Mot. Exclude 10) (citing Merrel Dow Pharms., Inc. v. Havner, 953 S.W.2d 706 (Tex. 1997.))[2] Plaintiff also argues that Defendants' challenges to the studies relied upon by her experts go to the weight of the experts' testimony rather than to its admissibility. (Id. at 16-17) (citing Lofton v. McNeil Consumer & Specialty Pharms., No. 3:05-CV-1351, 2008 WL 4878066, at *4 (July 25, 2008.))

The court, having reviewed the proffered testimony of Drs. Tilley and Austin and the relevant studies upon which they rely, finds that the studies do not provide a reliable basis for the proffered testimony that E+OMP is a safer alternative to E+MPA. See Fed. R. Evid. 702; Joiner, 522 U.S. at

---

[2]     Plaintiff correctly points out that epidemiological evidence does not need to show a statistically significant doubling of the risk to be admissible under *Daubert*. See Lofton v. McNeil Consumer & Specialty Pharms., No. 3:05-CV-1351, 2008 WL 4878066, at *3 (July 25, 2008). Nonetheless, the proffered testimony at issue is inadmissible precisely because it fails to satisfy the threshold requirements imposed by *Daubert* and Rule 702 of the Federal Rules of Evidence.

144; Daubert, 509 U.S. at 592-93; Wells, 601 F.3d at 380; see also Hines v. Wyeth, No. 2:04-0690,

2011 WL 2680814, at *4-8 (S.D. W. Va. July 8, 2011) (excluding the proffered testimony of Drs.

Tilley and Austin based on the court's thorough and impressive review of the studies relied upon by

the experts). The court finds that Plaintiff's experts' excessive reliance on the Espié, Fournier, and

Ligniéres studies renders the proffered testimony unreliable because the studies yielded statistically

insignificant results. See Wells, 601 F.3d at 380 ("[T]his court has frowned on causation

conclusions bereft of statistically insignificant epidemiological support.").[3] Likewise, the majority

of the studies failed to directly compare E+OMP and E+MPA, rendering a significant analytical gap

between the experts' opinions and the data. See Joiner, 522 U.S. at 146; Hines, 2011 WL 2680814,

at *6. Furthermore, the court agrees with Defendants that Dr. Tilley's reliance on the Wood monkey

study is unpersuasive because Dr. Tilley has not extrapolated the study's findings to prove

comparable effects in humans. See Joiner, 522 U.S. at 144. Accordingly, the proffered testimony

that E+OMP is a safer alternative to E+MPA is excluded.

## IV. Conclusion

For the reasons stated above, Defendants' "Motion to Exclude the Opinions of Drs. Tilley

and Austin" (Docket No. 65) is **GRANTED** in part and **DENIED** in part. Dr. Tilley's opinion that

MPA causes breast cancer by disrupting androgen receptor signaling is admissible. Drs. Tilley's and

Austin's opinions that E+OMP is a safer alternative to E+MPA is inadmissible.

SIGNED this 16th day of September, 2011.

_____
Zack Hawthorn
United States Magistrate Judge

---

[3]     Again, the court's analysis of whether the proffered evidence is statistically significant is limited to
the context of the admissibility of the evidence rather than the legal sufficiency of the evidence. See supra note 2.

# CURRICULUM VITAE
# OREGON HEALTH & SCIENCE UNIVERSITY

**NAME**　Donald F. Austin　　**DATE**　5/17/11

## PRESENT POSITION AND ADDRESS

**Academic Rank:**　Professor Emeritus

**Department/Division:**　Dept. of Public Health and Preventive Medicine

**Professional Address:**　OHSU, School of Medicine, CB 669

**E-Mail Address:**　austind@ohsu.edu

## I. BIOLOGICAL

**Birthdate\*:**　11/01/1937

**Marital Status/ Children\*:**　Married, wife Susan and 3 sons, Greg, Cary, Jack

**Home Address\*:**　2016 Ridgewood Road, Lake Oswego, OR 97034

***\*Optional***

## II. EDUCATION

**Undergraduate and Graduate (Include Year, Degree, and Institution):**
University of Oregon, Eugene, OR　　　　　　　B.S.　1962　　Pre-Med
**Postgraduate (Include Year, Degree, and Institution):**
Univ. of Oregon Medical School (OHSU), Portland, OR　M.D.　1965　　Medicine
Univ. of Oregon Medical School (OHSU)　　　　M.S.　1970　　Microbiology
University of California, Berkeley, CA　　　　　M.P.H. 1970　　Epidemiology
**Certification (Include Board, Number, Date, and Recertification):**
Board Certification, American College of Preventive Medicine, 1971
**Licenses (Include State, Date, Status, Number, and Renewal Date):**
Oregon [1965 – present]. Emeritus status, MD07420, 12/31/2004

## III. PROFESSIONAL EXPERIENCE

**Academic (Include Year, Position, and Institution):**

1970-1993　　Lecturer in Epidemiology, Univ. of Cal., School of Pub. Health, UC Berkeley
1994-1997　　Clin. Assoc. Prof., Dept. Pub. Health & Prev. Med., OHSU
1997-present　Professor, Department of Public Health & Preventive Medicine, OHSU
2000-present　Tenure awarded, DPHPM, OHSU, Emeritus Professor status conferred, 2007

**Administrative (Include Year, Position, and Institution):**

| | |
|---|---|
| 1966-1968 | Cancer Control Officer, Commissioned Corps (assigned to Kentucky State Department of Health) |
| 1968-1969 | Research Scientist , Viral Oncology Unit,  USPHS CDC, Atlanta, Ga. |
| 1970-1971 | Med. Epidemiologist, Adult Health and Chron. Dis. Bur., Cal. Dept. of Public Health |
| 1973-1974 | Med. Epidemiologist, Resource for Cancer Epidemiology, Cal. Dept. of Health |
| 1974-1988 | Chief, Cal. Tumor Registry (CTR), Cal. Dept. of Health |
| 1976-1985 | Chief, Resource for Cancer Epid. Sect. and CTR, Cal. Dept. of Health Services |
| 1985-1988 | Chief, Cancer Prev. Sect. and CTR, Cal. Dept. of Health Services |
| 1988-1990 | Prin. Investigator, Region 6 Regional Ca. Registry, Cal. Dept. of Health Services Project |
| 1988-1992 | Chief, Cancer Epid. Unit, Cal. Dept. of Health Services |
| 1992-1997 | Research Principal Investigator, Calif. Pub. Health Foundation, Berkeley, Cal. |
| 1993-1997 | Medical Officer, GS-14, USPHS, CDC, Natl. Ctr. for Chron. Dis. Prev. & Health Promotion assigned: Sr. Med. Advisor, Health Promotion & Chron. Dis. Prev. Prog., OR. Health Div. |
| 1994-1998 | Steering Committee, Oregon Cancer Center, OHSU |
| 1999-2005 | Assoc. Dir, Cancer Prevention and Control, Oregon Cancer Center, now OHSU Cancer Institute |
| 2007-present | Co-Investigator, Natl Ctr for Rehab Auditory Research, VAMC, Portland Oregon. |

**Other (Include Year, Position, and Institution):**

Ad Hoc Member, Pancreatic Cancer Rev. Subcomm., Nat. Pancreatic Cancer Proj. NCI, 1979-1980
Member, Cancer Control Merit Rev. Comm., NCI, 1979-1981
Member, Special Projects Rev. Study Section, NIH, 1979-1981
Ad Hoc Member, Cancer Control Science Prog. Merit Rev. Comm., NIH, 1984
Ad Hoc Member, Cancer Control Res. Prog. Proj. Grant Rev. Comm., NIH, 1984
Member, Cancer Control Grant Rev. Comm., NIH, 1985-1987
Member, Board of Directors, Am. Cancer Soc., Cal. Div., 1985-1991
Member, Board of Directors, Am. Council on Sci. and Health, 1986-1993
Member, Research Comm., Am. Cancer Soc., Cal. Div., 1986-88, 1990-1992
Chair: Alzheimer Dis. Pt. Registry (ADPR) Ad Hoc Comm., NIA, 1988-1989
Member, Black/White Cancer Survival Study Adv. Group, NCI, 1987-1994
President, (North) American Assoc. of Central Cancer Registries, 1988-1991
Member, NIA Neuroscience, Behavior & Sociology of Aging Review Comm., 1991-1993
Member, Executive Steering Committee, Oregon Cancer Center, OHSU. 1993-2005
Program Leader, Cancer Control and Prevention Program, Or. Ca. Ctr., 1993-1999
Associate Director, Cancer Prevention and Control, OHSU Cancer Institute, 1999-2005

## IV.  SCHOLARSHIP

**Area(s) of Research/Scholarly Interest:**

Cancer epidemiology, causation, chronic disease epidemiology, disease surveillance, quality of care

**Grants and Contracts:**
Federal (Include Title, Source, PI, Amount Period, and % Effort)

| | | |
|---|---|---|
| TS-0838 (Austin) | 08/20/03-08/19/06 | 13% |
| ATPM/CDC | $290,114 | |

The major goal of this project is to develop a curriculum module for training medical students in an optimal method for conducting clinical breast exams and to test the difference in proficiency in detecting breast lumps between this method and the usual training method.  In addition to training students in the optimal physical exam technique, it addresses clinical decision-making about findings, standardized charting terminology and practices, and appropriate case management.

ID# 033256                                 10/01/98-4/30/02                    20%
Robt. Wood Johnson (Greenlick)             $172,852
Assessing the Efficacy of Self-Management Strategies

The goal of this project is to determine whether the dissemination of self-care manuals alter observed or self-reported health care outcomes, including patient behavior, utilization, or health care costs.


TS 302-15/15 (Austin)                      10/01/99-09/30/03                  15%
ATPM/CDC                                   $337,144
Cancer in the Disabled Medicaid Population in Oregon

The major goal of this project is to quantify the effect of this suspected inadequate clinical service on cancer incidence (as from tobacco-related cancers) and on clinical stage and treatment (as from breast, cervical, and colorectal cancer) by performing a record linkage between Medicaid files and the state cancer registry, followed up by chart audits of sampled members in different disability groups found to have higher cancer risk or higher risk of late diagnosis.


5P30 CA69533-04 (Bagby)                    06/01/00 - 05/31/05                 10%
NIH/NCI                                     $1,394,381                    (No Salary)
Oregon Cancer Center

The main goals of this project are to further develop the OHSU Cancer Institute and to support an administrative structure that will support basic, clinical, and population research in cancer.


TS-0838 (Austin)                           8/15/03-8/14/06                    13%
ATPM/CDC                                    $315,912

Standardized Clinical Breast Exam (CBE) Curriculum for Medical Students
The purpose of  this project is to develop and test the effect of a curriculum module for teaching randomly selected students to perform a clinical breast exam, and compare the competency of the module-trained students to those receiving the usual training.


MM-0805-04/04 (Steiner)                    01/01/04-12/31/06                    2%
AAMC-CDC                                    $110,731

Teaching Primary Care Residents Judicious Antibiotic Use
The goal of this project is to develop and administer a curriculum module on appropriate use of antibiotics; follow-up will determine if the curriculum results in lower antibiotic use.


1RO3CA094686-01A1 (Semenza)                04/01/03-03/31/04                    2%
NCI                                                                       (No salary)
Trichloroethylene Exposure Assessment

This study will identify all subjects recently diagnosed with cancer in Oregon and Washington by linking the employee database with the two population-based cancer registries through probabilistic matching by social

security number, name and address and estimate the odds ratios associated with TCE exposure. Selected samples will be genotyped for CYP2E1 polymorphisms relevant to TCE detoxification pathways.

State and Local (Include Title, Source, PI, Amount Period, and % Effort)

| | | |
|---|---|---|
| MRF 1103 (Austin) | 12/01//02-11/30/04 | 5% |
| Medical Research Foundation of Oregon | $29,811 | (No Salary) |

Pilot Study for Evaluating a Clinical Breast Exam Training Program
The main goal of this project is to assess the utility and expense of using certain data in the state cancer registry for conducting an evaluation of the effect of a CME training course on clinical breast exams, in preparation for submitting a large grant to NCI.

| | | |
|---|---|---|
| 2002-333 (Steiner) | 01/01/03-12/31/04 | 2% |
| Northwest Health Foundation | $75,143 | |

CBE Training in Oregon Residency Programs
The major goal of this project is to develop a clinical breast exam training program within every primary care residency program in Oregon that trains physicians to care for adult women.

| | |
|---|---|
| 2002-09 NCI Seed Grant through OHSU Cancer Institute (Semenza, PSU) | 2% |
| NCI/OCI | (No salary) |

Estrogen and Breast Cancer Susceptibility: A Pilot Study

This study is a case control study with the goal to explore the possibility that genetic variability in genes coding for enzymes that metabolize estrogen alters the risk for breast cancer.

| | |
|---|---|
| The Oregon Health Survey (Semenza, PSU) | 2% |
| Northwest Health Foundation (2000) | (No salary) |

This project builds an infrastructure in Oregon for establishing research on cancer prevention and etiology. It is designed to complement the Oregon State Cancer Registry (OSCaR) and enhance
The project enrolls cancer-free Oregon residents in a health survey and collects detailed demographic and epidemiological information on them. Study participants are also be requested to donate biological samples such as blood or cheek cells that will be used for laboratory analysis and allow cancer researchers to identify genetic risk factors for cancer.

Other Support (Include Title, Source, PI, Amount Period, and % Effort)
Mentoring for Junior State Chronic Disease Epidemiologists (Lengerich, Penn State Univ, Hershey)

| | | |
|---|---|---|
| CDC/CSTE | 3/12/03-3/11/04 | 5% |

Pending Support (Include Title, Source, PI, Amount Period, and % Effort)

| | | |
|---|---|---|
| (Semenza, PSU) | 9/1/03-8/31/06 | 12% |
| Molecular Epidemiology of TCE Exposure | $316,135 | |

The goal of this project is to determine whether a cohort of employees, heavily exposed to TCE in drinking water over five decades, experienced any greater number of specific cancers than expected, based on their age, race and sex. In addition, patients with renal cell carcinomas (RCCs) occurring in this cohort will be compared to other patients in the state with RCCs to determine the relationship of

genetic mutations to the tumor suppressor gene VPL in the genesis of RCC among those exposed to TCE.

| | | |
|---|---|---|
| (Vaughan) VA | $111,613 | 35% |

Epidemiology of Speech Understanding Deficits in Diabetic Veterans

The goal of this project is to determine whether diabetes contributes to central deficit in understanding speech, separate from any hearing loss due to peripheral neural or otosclerotic hearing loss and if so, the attributable risk among veterans.

| | | |
|---|---|---|
| OR Dept. of Human Services, Public Health (Austin) | $55,951 | 5% |
| Curriculum development, course delivery, and Surge Investigator Registry (GHPM0097A) | | (contrib.) |

The purpose of this grant is to develop and carry out a curriculum for training students in epidemiologic investigations of disease outbreaks, and to create and manage a registry of trained professionals who can be called on by the state health authorities to help in the event of a public health emergency or disaster.

| | | |
|---|---|---|
| (Konrad-Martin) | $250,000 | 15% |

Longitudinal Study of Auditory Function in Veterans With and Without Diabetes Mellitus [4/11 to 3/15]

The purpose of this study is to identify the age period and the characteristics of diabetes that accompany premature loss of hearing and speech understanding in Veterans with diabetes mellitus.


**Publications/Creative Work:** (Selected)

Peer-reviewed

Austin D, Reynolds P, Snyder M, Biggs M, and Stubbs H: Malignant Melanoma Among Employees of the Lawrence Livermore National Laboratory, Lancet, 11:712-716, 1981

Blot WJ, McLaughlin JK, Winn DM, Austin DF, et al.: Smoking and Drinking in Relation to Oral and Pharyngeal Cancer. Cancer Res, 48:3282-3287, 1988.

Austin D, Reynolds, Boyd P, et al.: Progress in the War on Cancer. NEJM, 321:1197-1198, 1989.

Rosenblatt KA, Thomas DB, McTiernan A, Austin MA, Stalsberg H, Stemhagen A, Thompson WD, Curnen MGM, Satariano W, Austin DF, et al.: Breast cancer in men: aspects of familial aggregation. J Natl Cancer Inst 83(12):849-854. 1991.

Thomas DB, Jimenez LM, McTiernan A, Rosenblatt K, Stalsberg H, Stemhagen A, Thompson WD, McCrea Curnen MG, Satariano W, Austin DF, et al.: Breast cancer in men: risk factors with hormonal implications.  Am J of Epidemiol  135(7)734-748, 1992.

Coates RJ, Bransfield DD, Wesley M, Hankey B, Eley JW, Greenberg RS, Flanders D, Hunter CP, Edwards BK, Forman M, Chen VW, Reynolds P, Boyd P, Austin, DF, et al.: Differences between black and  white women with breast cancer in time from symptom  recognition to medical consultation. J Natl Cancer Inst 84(12):938-950, 1992.

Hunter, CP, Redmond CK, Chen V, Austin DF, et al.: Breast cancer: factors associated with stage at diagnosis in Black and White women.  J Natl Cancer Inst 85:1129-1137, 1993

Austin DF and Reynolds P: Investigation of an excess of melanoma among employees of the Lawrence Livermore National Laboratory. Am J Epidemiol, 145 (6) 524-31, 1997

Byrne J, Rasmussen SA, Steinhorn SC, Connely RR, Meyers MH, Lynch CE, Flannery J, Austin DF, et al.:Genetic disease in offspring of long-term survivors of childhood and adolescent cancer. Am J Hum Genet 62(1):45-52, 1998

Rosenblatt KA, Thomas DB, Jimenez LM, Fish B, McTiernan A, Stalsberg H, Stemhagen A, Thompson WD, McCrea Curnen MG, Satariano W, Austin DF, et al. The relationship between diet and breast

cancer in men (United States) Cancer Causes and Control 10:107-113, 1999

Schillinger JA, Jack Jr L, Austin DF, et al.: Health care reform in Oregon: the impact of the Oregon
    Health Plan on utilization of mammography services among newly enrolled Medicaid managed
    care recipients.  Am J Prev Med 18(1):11-17, 2000

Austin D: Can the 'Specificity' of an Association be Rehabilitated as a Basis for Supporting a Causal
    Hypothesis? Epidemiol 13(3):371, 2002

Vetto JT, Petty JK, Dunn N, Prouser NC, Austin DF: Structured clinical breast examination (CBE) training
    results in objective improvement in CBE skills. J Cancer Educ 17:124-127, 2002

Eisner A, Austin DF, Samples JR: Short wavelength automated perimetry and tomoxifen use. Brit J Ophth
    88, 125-30, 2004

Huang M, Hollis J, Polen P, Lapidus J, Austin D, Stages of smoking acquisition versus susceptibility as
    predictors of smoking initiation in adolescents in primary care. Addictive Behaviors, 30(6):1183-1194, 2005

Guise J-M, Austin DF, Morris CD. Review of case-control studies related to breastfeeding and reduced risk of
    childhood leukemia. Pediatrics (116(5):e724-31, 2005 Nov

Girard DE, Choi D, Dickey J, Wessel K, Austin D,. A Mid-Year Comparison Study of Career Satisfaction and
    Emotional States between Residents and Faculty at One Academic Medical Center. BMC Medical Education
    2006, 6:36

Pankow JF, Watanabe KH, Toccalino PL, Luo W, Austin DF. Calculated Cancer Risks for Conventional and
    "Potentially Reduced Exposure Product" Cigarettes.  Cancer Epidemiology, Biomarkers and Prevention
    2007;16(3):594–602)

Enestvedt  CK, Mayo SC, Diggs BS, Mori M, Austin DF, Shipley DK, Sheppard BC, Billingsley KG. Diagnostic
    Laparoscopy for Patients with Potentially Resectable Pancreatic Adenocarcinoma: Is It Cost-Effective in the
    Current Era? 2008, J Gastrointest Surg DOI 10.1007/s11605-008-0514-y

Steiner E, Austin D, Prouser N. Detection and description of small breast masses by residents trained using a
    standardized clinical breast exam curriculum.  American Journal of Internal Medicine 2008 23(2):129-34

Krall, K, Douglas, J, Perrin, N, Austin, D, Lambert, W, Heumann, M. The View-Master Health Study Focus
    Groups. Journal of Environmental Health, 2008 Jul/Aug

Suhler EB, Lloyd MJ, Choi D, Rosenbaum JT, Austin DF. Incidence and Prevalence of Uveitis in Veterans
    Affairs Medical Centers of the Pacific Northwest. Am J Ophthalmol 2008;146:890–896.

Mayo SC, Austin DF, Sheppard BC, Mori M, Shipley DK. Billingsley KG. Evolving preoperative evaluation of
    patients with Pancreatic cancer: does laparoscopy have a role in the current era? JACS 208(1):87-95, 2009

Austin DF, Konrad-Martin D, Griest S, McMillian GP, McDermott D, Fausti S. Diabetes-related changes in
    hearing. Laryngoscope, 2009, 119(9):1788–1796.

Watanabe KH, Djordjevic MV, Stellman SD, Toccalino PL, Austin DF, Pankow JF. Incremental Lifetime
Cancer      Risks Computed for Benzo[a]pyrene and Two Tobacco-Specific N-nitrosamines in Mainstream
Cigarette      Smoke Compared with Lung Cancer Risks Derived from Epidemiologic Data. Regulatory
Toxicology and      Pharmacology 55(2):123-33, 2009

Konrad-Martin D, Austin DF, Griest S, McMillian GP, McDermott D, Fausti S. Diabetes-Related Changes in
    Auditory Brainstem Responses. Laryngoscope 2010, 120:150-158.

Mayo SC, Austin DF, Sheppard B, Shipley D, Mori T, Billingsley K.  Adjuvant Therapy and Survival Following
    Resection of Pancreatic Adenocarcinoma: A Population-Based Analysis. Cancer 2010 (In Press)

Reavis KM, McMillan G, Austin D, Gallun F, Fausti SA, Gordon JS, Helt WJ, Konrad-Martin D. Distortion-
Product Otoacoustic Emission Test Performance for Ototoxicity Monitoring. 2010 Ear and Hearing DOI:
    10.1097/AUD.0b013e3181e8b6a7

Folmer RL, McMillan GP, Austin DF, Henry JA. Audiometric thresholds and prevalence of tinnitus among male
    Veterans in the United States: data from the National Health and Nutrition Examination Survey, 1999-
    2006. Journal of Rehabilitation Research and Development (In press)

Konrad-Martin D, Dille MF, McMillan G, Griest S, McDermott D, & Fausti SA, Austin DF. Age-related
changes
    in the auditory brainstem response.  Journal of the American Academy of Audiology, (Accepted)

<u>Non-peer-reviewed</u>
Austin DF:  Etiological clues from descriptive epidemiology: Squamous carcinoma of the rectum or anus.
  Natl Cancer Inst Monogr 62:89-90, 1982.
Austin D: Smoking and Cervical Cancer.  [Editorial], JAMA, 250(4):216, 1983.
Austin D, Reynolds, Boyd P, et al.: Progress in the War on Cancer. NEJM, 321:1197-1198, 1989.
Austin D:  Cancer registry types: goals and operations.  Aging: Clinical and Experimental Research
  Vol 2 (1):80-83.  1990.


<u>Books</u>
Epidemiology for the Health Sciences, Austin DF and Werner SB Chas C Thomas, publ. 1974


<u>Chapters</u>
Austin D: Cancer of the Larynx. <u>Cancer Epidemiology and Prevention</u>, Ed., Schottenfeld D and Fraumeni J
  (Saunders, publ.) Ch 31:554-563, 1982
Austin DF and Reynolds P: Ch. 30: Larynx, in: <u>Cancer Epidemiology and Prevention</u>, eds Schottenfeld and
  Fraumeni. publ Oxford Univ. Press (NY), Ch 30, 619-636, 1996


<u>Electronic Publications</u>

<u>Reviews</u>


<u>Abstracts</u>
Association of a breast cancer incidence anomaly with environmental pollution, Austin DF and Rothlein, J.
  Presented at 131st Annual APHA Meeting (November 15-19, 2003)
Standardized Clinical Breast Exam Training Evaluation, Austin DF and Steiner S.
  Presented at Annual Teachers of Preventive Medicine Conf. (February 19-22, 2008)

<u>Other</u>

**Invited Lectures, Conference Presentations or Professorships:**

<u>International and National</u>
Mentoring Junior Chronic Disease Epidemiologists in State Health Departments – Invited presentation, 18th
National Conference on Chronic Disease Prevention and Control, 2004

<u>Regional and Local</u>
The Need for A New Assessment of Oregon's Tobacco Control Efforts – Keynote presentation, Statewide
Tobacco Control Planning Session, 2004
The Basics of Incorporating Data into Public Health Practice – 2005 Workshop, Nebr. Publ. Health Assn.


# V.  SERVICE

**Membership in Professional Societies:**
Society for Epidemiologic Research, 1974-present
American Public Health Association, 1974-present
Oregon Public Health Association, Board of Directors, 2005-present


**Granting Agency Review Work:**
    Ad Hoc Member, Pancreatic Cancer Rev. Subcomm., Nat. Pancreatic Cancer Proj. NCI, 1979-1980

Member, Cancer Control Merit Rev. Comm., NCI, 1979-1981
Member, Special Projects Rev. Study Section, NIH, 1979-1981
Ad Hoc Member, Cancer Control Science Prog. Merit Rev. Comm., NIH, 1984
Ad Hoc Member, Cancer Control Res. Prog. Proj. Grant Rev. Comm., NIH, 1984
Member, Cancer Control Grant Rev. Comm., NIH, 1985-1987
Member, Research Comm., Am. Cancer Soc., Cal. Div., 1986-88, 1990-1992
Chair, Alzheimer Dis. Pt. Registry (ADPR) Ad Hoc Comm., NIA, 1988-1989
Member, Black/White Cancer Survival Study Adv. Group, NCI, 1987-1994
President, Am. Assoc. of Central Cancer Registries, 1988-1991
Member, NIA Neuroscience, Behavior & Sociology of Aging Review Comm., 1991-1993

**Editorial and Ad Hoc Review Activities:**
Reviewer: JAMA
Reviewer: Northwest Public Health

**Committees:**

International/National
Member, Board of Directors, American Council on Science and Health, 1986-1993
Regional

Institutional
OHSU Foundation Science Committee, 1996-98
Employee Benefits Committee, 2002-present
Member: Research Planning Group for Center of Family Care in Oregon SON, OHSU, 2004
Member: AGCME Residency Competency Requirements Compliance planning group - 2003
Participant: Residency Stress Evaluation project, D. Girard, PI - 2004

Departmental
Promotion and Tenure Committee, Chair: 2002-2007, member 2007-present
Epidemiology Division, Director, 2003-2007, member 2007-present

**Community Service:**
Member, Board of Directors, Am. Cancer Soc., Cal. Div., 1985-1991
Member, Board of Directors, Am. Cancer Soc., Oreg. Div. 1994-1997
Member, Oregon Medical Assistance Programs, Medical Directors Committee, 1994-1997
Chair: Breast Cancer Control Core Committee, Am. Cancer Soc., Oreg. Div. 1995-1997
Member, Diabetes Advisory Committee, Oregon Dept. of Human Services, Health Services 1995-98
Member, Oregon State Cancer Registry Advisory Committee, 1995-present
Member, Quality of Care Committee, CareOregon MCO, 1994-present
Member, Oregon Cancer Registry Advisory Committee, DHS, 1996-present
Member, Patient Care Committee, Regence BlueCross BlueShield of Oregon, 1997-present
Member, Breast Cancer Committee, Am. Cancer Soc., NW Region, 1998-2001
Member, Breast and Cervical Cancer Medical Advisory Committee, State BCC Program, 2000-present
Member, Asthma Control Program, Oregon Dept. of Human Services, Health Services, 2002- present
Member, Core Planning Group for Statewide Cancer Control Plan Development, 2002-present
Member, Advisory Committee, Oregon Hospital Outcomes, 2002-present
TOFCO - (Tobacco Free Coalition of Oregon)
    State Chair, 2002-2005, Board of Directors, 2005-2006
    Chair, Policy Committee 2002-2005, member 2005-2007
    Member, TOFCO Make It Your Business project – Advisory Committee – 2003-2006

Member, Tobacco Reduction Advisory Committee, Governor's appointment – 2006-present
Member, Oregon Environmental Health Tracking Coalition (DHS/DEQ) 2003-present
Co-organizer: Epidemiology Forum (Metro area) 2002-2005
Board of Directors, Oregon Public Health Association, 2004-2006, President-elect 2008-present
**Clinical Responsibilities (since last promotion):**

## VI. TEACHING (OHSU Educator's Portfolio):

**Overview of your Role as an Educator:**

**Scholarship of Teaching:**

Curriculum Development
Epidemiology I (PH 512) (Introduction to terms and concepts)
Epidemiology III (PH 514) (Causation and translation of scientific information into policy)
Epidemiology segment of Principles of Clinical Medicine (medical students)
History of Epidemiology (PH 507.4)
Epidemiology of Chronic Disease (PH 507.01))
Disease Surveillance (PH 570)
Outbreak Investigations (PH 507)

Additional Courses Taught
Introduction to Research Methods PH 540

Educational Publications

Educational Conference Presentations

**Education Grants and Contracts:**
        Outbreak Investigations Curriculum and Surge Registry of Public Health Investigators
        OR Dept. of Human Services, Public Health - $55,951
**Educational Activity (see Appendix A and B):**

**Effectiveness of Educational Activity:**

**Service and Membership of Educational Committees:**

**Honors and Awards for Education:**

**Collaborative Skills:**

**Professional Development in Education:**

Principal Investigator/Program Director *(Last, first, middle):*        Austin, Donald F.

Donald F. Austin, M.D., MPH
HRT Depositions*

3/31/2006
1/11/07
3/13/07
10/31/07
11/26/07
3/12/2009
7/1/2010
6/30/2011 & 7/1/2011

HRT Trial testimony*

9/2006 Reeves v. Wyeth
1/2007 Daniel v. Wyeth 1/2007
Rush v. Wyeth 4/2007
Simon v. Wyeth 9/2007
Rowatt v. Wyeth 2/2008
Scroggin v. Wyeth 7/2008
Woods v. Pfizer 2/2009
Barton v. Wyeth 11/2009
Kendall v Wyeth and Pfizer 2/2010
Singleton v. Wyeth 2/2010
Foust v. Wyeth 8/2010
Henry/Buxton v. Wyeth

* All transcripts should already be in possession of defendant. Please contact us if need to
resend

Testimony in cases outside HRT

4/2010 Ruff v.Glaxo SmithKline-Deposition
8/2010 Gryzbowski v. Country Financial Linn County, Oregon William Sime attorney

AUSTIN MASTER BIBLIOGRAPHY - MATERIALS CONSIDERED, SEPT. 2011

1.    Abdel-Fatah TM, Powe DG, Hodi Z, Lee AH, Reis-Filho IO *High frequency of coexistence of columnar cell lesions, lobular neoplasia, and low grade ductal carcinoma in situ with invasive tubular carcinoma and invasive lobular carcinoma.* Am J Surg Pathol 2007 Mar;31(3):417-26.

2.    Adami, HO, Persson, I, Hoover, R, Schairer, C, Bergkvist, L *Risk of cancer in women receiving hormone replacement therapy.* Int J Cancer. 1989 Nov 15;44(5):833-9

3.    Adams-Cameron M, Gilliland FD, Hunt WC, Key CR *Trends in incidence and treatment for ductal carcinoma in situ in Hispanic, American Indian, and non-Hispanic white women in New Mexico, 1973-1994.* Cancer 85(5):1084-90

4.    Allred DC, Mohsin SK, Fuqua SA. *Histological and biological evolution of human premalignant breast disease.* Endocr Relat Cancer. 2001 Mar;8(1):47-61.

5.    Allred DC, Mohsin SK. *Biological features of premalignant disease in the human breast.* J Mammary Gland Biol Neoplasia. 2000 Oct;5(4):351-64.

6.    Ambrosone CB, Kropp S, Yang J, Yao S, Shields PG, Chang-Claude J. *Cigarette smoking, N-acetyltransferase 2 genotypes, and breast cancer risk:; pooled analysis and meta-analysis.* Cancer Epidemiol Biomarkers Prev. 2008 Jan;17(1):15-26. Epub 2008 Jan 9.

7.    Anderson GL, Chlebowski RT, Rossouw JE, Rodabough RJ, McTiernan A, Margolis KL, Aggerwal A, David Curb J, Hendrix SL, Allan Hubbell F, Khandekar J, Lane DS, Lasser N, Lopez AM, Potter J, Ritenbaugh C. *Prior hormone therapy and breast cancer risk in the Women's Health Initiative randomized trial of estrogen plus progestin.* Maturitas. 2006 Sep 20;55(2):103-15. Epub 2006 Jul 11.

8.    Anderson, G *Further Analyses of Prior Hormone Therapy on Breast Cancer: The WHI Estrogen + Progestin Trial. (PowerPoint Presentation)* Meeting Presentation

9.    Austin, DF, Roe, KM *The decreasing incidence of endometrial cancer: Public health implications.* AJPH 1982;72(1)65-68

10.   Baber R., Hermsmeyer K, Chlebowski RT, Stefanick ML, Anderson GL *Breast cancer in postmenopausal women after hormone therapy.* JAMA. 2011 Feb 2;305(5):466; author reply 466-7.

11.   Bach PB. *Postmenopausal hormone therapy and breast cancer: an uncertain trade-off.* JAMA. 2010 Oct 20;304(15):1719-20.

12.   Bakken K, Alsaker E, Eggen AE, Lund E, *Hormone replacement therapy and incidence of hormone-dependent cancers in the Norwegian Women and Cancer study.; ; .* Int J Cancer. 2004 Oct 20;112(1):130-4

13.   Bakken K, Fournier A, Lund E, Waaseth M, Dumeaux V, Clavel-Chapelon F, Fabre A, Hémon B, Rinaldi S, Chajes V, Slimani N, Allen NE, Reeves GK, Bingham S, Khaw KT, Olsen A, Tjønneland A, Rodriguez L, Sánchez MJ, Etxezarreta PA, Ardanaz E, Tormo MJ, Peeters PH, van Gils CH, Steffen A, Schulz M, Chang-Claude J, Kaaks R, Tumino R, Gallo V, Norat T, Riboli E, Panico S, Masala G, González CA, Berrino F. *Menopausal hormone therapy and*

1

*breast cancer risk: Impact of different treatments. The European prospective investigation into cancer and nutrition (EPIC).* Int J Cancer. 2011 Jan 1;128(1):144-56.

14. Banks E, Beral V, Reeves G; The Million Women Study Collaborators. *Published results on breast cancer and hormone replacement therapy in the Million Women Study are correct.* Climacteric. 2004 Dec;7(4):415-6; author reply 416-7.

15. Banks E, Canfell K. *Invited Commentary: Hormone Therapy Risks and Benefits--The Women's Health Initiative Findings and the Postmenopausal Estrogen Timing Hypothesis.* Am J Epidemiol. 2009 May 25.

16. Banks E, Canfell K. *Recent declines in breast cancer incidence: mounting evidence that reduced use of menopausal hormones is largely responsible.* Breast Cancer Res. 2010 Feb 12;12(1):103. [Epub ahead of print]

17. Banks, E, Reeves, G, Beral, V, Bull, D, Crossley, B, Simmonds, M, Hilton, E, Bailey, S, Barrett, N, Briers, P, English, R, Jackson, A, Kutt, E, Lavelle, J, Rockall, L, Wallis, MG, Wilson, M, Patrick, J *Impact of use of hormone replacement therapy on false positive recall in the NHS breast screening programme: results from the Million Women Study.* BMJ. 2004 May 29;328(7451):1291-2

18. Banks, E, Reeves, G, Beral, V, Bull, D, Crossley, B, Simmonds, M, Hilton, E, Bailey, S, Barrett, N, Briers, P, English, R, Jackson, A, Knutt, E, Lavelle, J, Rockall, L, Wallis, MG, Wilson, M, Patrick, J *Influence of personal characteristics of individual women on sensitivity and specificity of mammography in the Million Women Study: cohort study.* BMJ. 2004 Aug 28;329(7464):477

19. Barnabei VM, Cochrane BB, Aragaki AK, Nygaard I, Williams RS, McGovern PG, Young RL, Wells EC, O'Sullivan MJ, Chen B, Schenken R, Johnson SR; Women's Health Initiative Investigators. *Menopausal symptoms and treatment-related effects of estrogen and progestin in the Women's Health Initiative.* Obstet Gynecol. 2005 May;105(5 Pt 1):1063-73.

20. Barrett-Connor *Postmenopausal estrogens--current prescribing patterns of San Diego gynecologists.* West J Med 1986 May;144(5):620-1.

21. Benz CC, Clarke CA, Moore DH 2nd, *Geographic excess of estrogen receptor-positive breast cancer.; .* Cancer Epidemiol Biomarkers Prev. 2003 Dec;12(12):1523-7

22. Beral V, Reeves G, Bull D, Green J; for the Million Women Study Collaborators. *Breast Cancer Risk in Relation to the Interval Between Menopause and Starting Hormone Therapy.* J Natl Cancer Inst. 2011 Feb 16;103(4):296-305. Epub 2011 Jan 28.

23. Beral, V, Banks, E, Reeves, G *Evidence from randomized trials on the long-term effects of hormone replacement therapy.* Lancet 2002;360:942-944

24. Bergkvist, L, Adami, HO, Persson, I, Hoover, R, Schairer, C *The risk of breast cancer after estrogen and estrogen-progestin replacement.* N Engl J Med. 1989 Aug 3;321(5):293-7

25. Bernstein L *The risk of breast, endometrial and ovarian cancer in users of hormonal preparations.* Basic Clin Pharmacol Toxicol 2006 Mar;98(3):288-96.

26. Bernstein L, Allen M, Anton-Culver H, Deapen D, Horn-Ross PL, Peel D, Pinder R, Reynolds P, Sullivan-Halley J, West D, Wright W, Ziogas A, Ross RK. *High breast cancer incidence*

*rates among California teachers: results from the California Teachers Study (United States).* Cancer Causes Control. 2002 Sep;13(7):625-35.

27. Bernstein L, Ross RK. *Endogenous hormones and breast cancer risk.* Epidemiol Rev. 1993;15(1):48-65.

28. Bernstein L. *Combined hormone therapy at menopause and breast cancer: a warning--short-term; use increases risk.* J Clin Oncol. 2009 Nov 1;27(31):5116-9. Epub 2009 Sep 14.

29. Berry DA, Ravdin PM *Breast Cancer Trends: A Marriage Between Clinical Trial Evidence and Epidemiology.* J Natl Cancer Inst. 2007 Aug 1;99(15):1139-41. Epub 2007 Jul 24.

30. Bilimoria, MM, WInchester, DJ, Sener, SF, Motykie, G, Sehgal, UL, Winchester, DP *Estrogen replacement therapy and breast cancer: analysis of age of onset and tumor characteristics.* Ann Surg Oncol. 1999 Mar;6(2):200-7

31. Bluming AZ, Elfenbein GJ, Kiewer EV, Zahl P, Maehlen J, Cady B, Churg M, Michaelsson J, Robbins AS, Clarke CA, Signorells LB, Tarore RE, Ravdin PM, Crorin KA, Chlebowski R *A decline in breast-cancer incidence.* N Engl J Med 2007 Aug 2;357(5):509-513

32. Boland GP, McKeown A, Chan KC, Prasad R, Knox WF, Bundred NJ. *Biological response to hormonal manipulation in oestrogen receptor positive ductal carcinoma in situ of the breast.* Br J Cancer. 2003 Jul 21;89(2):277-83.

33. Borgquist S, Anagnostaki L, Jirnstrom K, Landberg G,Majer J *Breast tumours following combined hormone replacement therapy express favourable prognostic factors.* Int J Cancer 120(10):2202-7

34. Bouchardy C, Morabia A, Verkooijen HM, Fioretta G, Wespi Y, Schafer P. *Remarkable change in age-specific breast cancer incidence in the Swiss canton of Geneva and its possible relation with the use of hormone replacement therapy.* BMC Cancer. 2006 Mar 22;6(1):78 [Epub ahead of print]

35. Bouchardy C, Usel M, Verkooijen HM, Fioretta G, Benhamou S, Neyroud-Caspar I, Schaffar R, Vlastos G, Wespi Y, Schäfer P, Rapiti E. *Changing pattern of age-specific breast cancer incidence in the Swiss canton of Geneva.* Breast Cancer Res Treat. 2009 Jul 25. [Epub ahead of print]

36. Boyd NF, Melnichouk O, Martin LJ, Hislop G, Chiarelli AM, Yaffe MJ, Minkin S. *Mammographic density, response to hormones, and breast cancer risk.* J Clin Oncol. 2011 Aug 1;29(22):2985-92. Epub 2011 Jun 27.

37. Boyd NF, Rommens JM, Vogt K, Lee V, Hopper JL, Yaffe MJ, Paterson AD. *Mammographic breast density as an intermediate phenotype for breast cancer.* Lancet Oncol. 2005 Oct;6(10):798-808.

38. Boyle P, Boffetta P. *Alcohol consumption and breast cancer risk.* Breast Cancer Res. 2009;11 Suppl 3:S3. Epub 2009 Dec 18.

39. Breen N, Cronin KA, Tiro JA, Meissner HI, McNeel TS, Sabatino SA, Tangka FK, Taplin SH. *Was the drop in mammography rates in 2005 associated with the drop in hormone therapy use?* Cancer. 2011 Aug 22. doi: 10.1002/cncr.26218. [Epub ahead of print]

40. Brezis M, Grant ECG *BMJ Rapid Responses to: Coombs et al. Hormone replacement therapy and breast cancer: estimate of risk. BMJ 2005; 331: 347-349* http://bmj.bmjjournals.com/cgi/eletters/331/7512/347

41.     Brinton LA, Richesson D, Leitzmann MF, Gierach GL, Schatzkin A, Mouw T,; Hollenbeck AR, Lacey JV Jr. *Menopausal hormone therapy and breast cancer risk in the NIH-AARP Diet and Health; Study Cohort.* Cancer Epidemiol Biomarkers Prev. 2008 Nov;17(11):3150-60.

42.     Brinton, LA, Borgan, DR, Coates, RJ, Swanson, CA, Potischman, N, Stanford, JL *Breast cancer risk among women under 55 years of age by joint effects of usage of oral contraceptives and hormone replacement therapy.* Menopause. 1998 Fall;5(3):145-51

43.     Brown SB, Morrison DS, Cooke TG. *Increasing incidence of breast cancer: distinguishing between the effects of; birth cohort and a national breast screening programme.* Breast Cancer Res Treat. 2009 Aug;116(3):603-7. Epub 2008 Oct 15.

44.     Buist DS , Newton KM , Miglioretti DL , Beverly K , Connelly MT , Andrade S, Hartsfield CL , Wei F , Chan KA , Kessler L *Hormone therapy prescribing patterns in the United States.* Obstet Gynecol 2004 Nov;104(5 Pt 1):1042-50

45.     Bush TL, Whiteman M, Flaws JA, *Hormone replacement therapy and breast cancer: a qualitative review.* Obstet Gynecol. 2001 Sep;98(3):498-508

46.     Byrne C *Invited Commentary: Assessing Breast Density Change--Lessons for Future Studies.* Am J Epidemiol 2008 Apr 2 [Epub ahead of print]

47.     Byrne C, Ursin G, Martin C, et al. *Change in mammographic density with estrogen and progestin therapy: A measure of breast cancer risk in the Women's Health Initiative.* Presented at AACR 101st Annual Meeting, Washington DC, Poster section 36, poster board number 16.

48.     Byrne C, Ursin G, Martin CF, Peck JD, Cole EB, Heiss G. *Change in mammographic density with estrogen and progestin therapy: A measure of Breast Cancer risk in the Women's Health Initiative* AACR 101st Annual Meeting; 2010

49.     Calle EE, Feigelson HS, Hildebrand JS, Teras LR, Thun MJ, Rodriguez C *Postmenopausal hormone use and breast cancer associations differ by hormone regimen and histologic subtype.* Cancer. 2009 Mar 1;115(5):936-45

50.     Calle EE, Frumkin H, Henley SJ, Savitz DA, Thun MJ. *Organochlorines and breast cancer risk.* CA Cancer J Clin. 2002 Sep-Oct;52(5):301-9.

51.     Campagnoli C, Abba C, Ambroggio S, Peris C. *Pregnancy, progesterone and progestins in relation to breast cancer risk.* J Steroid Biochem Mol Biol. 2005 Oct 21; [Epub ahead of print]

52.     Campagnoli C, Ambroggio S, Lotano MR, Peris C. *Progestogen use in women approaching the menopause and breast cancer risk* Maturitas. 2008 Dec 30.

53.     Campagnoli C, Clavel-Chapelon F, Kaaks R, Peris C, Berrion F. *Progestins and progesterone in hormone replacement therapy and the risk of breast cancer.* J Steroid Biochem Mol Biol. 2005 Dec;97(5):441-50. Epub 2005 Oct 24.

54.     Campagnoli, C, Abba, C, Ambroggio, S, Peris, C *Differential effects of progestins on the circulating IGF-I system.* Maturitas. 2003 Dec 10;46 Suppl 1:S39-44

55.     Canfell K, Banks E, Clements M, Kang YJ, Moa A, Armstrong B, Beral V. *Sustained lower rates of HRT prescribing and breast cancer incidence in Australia since 2003.* Breast Cancer Res Treat. 2009 Feb 15. [Epub ahead of print]

4

56. Canfield K, Banks E, Moa AM, Beral V. *Decrease in breast cancer incidence following a rapid fall in use of hormone; replacement therapy in Australia.* Med J Aust. 2008 Jun 2;188(11):641-4.

57. Chalbos D, Joyeux C, Galtier F, Rochefort H. *Progestin-induced fatty acid synthetase in human mammary tumors: from molecular to clinical studies.* J Steroid Biochem Mol Biol. 1992 Sep;43(1-3):223-8.

58. Chatterton RT Jr, Geiger AS, Mateo ET, Helenowski IB, Gann PH. *Comparison of hormone levels in nipple aspirate fluid of pre- and postmenopausal women: effect of oral contraceptives and hormone replacement.* J Clin Endocrinol Metab. 2005 Mar;90(3):1686-91. Epub 2004 Nov 30.

59. Chen W, Petitti DB, Geiger AM. *Mortality following development of breast cancer while using oestrogen or oestrogen plus progestin: a computer record-linkage study.* Br J Cancer. 2005 Aug 22;93(4):392-8.

60. Chen WY, Hankinson SE, Schnitt SJ, Rosner BA, Holmes MD, Colditz GA. *Association of hormone replacement therapy to estrogen and progesterone receptor status in invasive breast carcinoma.* Cancer. 2004 Oct 1;101(7):1490-500.

61. Chen, C-L, Weiss, NS, Newcomb, P, Barlow, W, White, E, *Hormone replacement therapy in relation to breast cancer.* JAMA 2002;287:734-741

62. Chiarelli AM, Kirsh VA, Klar NS, Shumak R, Jong R, Fishell E, Yaffe MJ, Boyd NF. *Influence of patterns of hormone replacement therapy use and mammographic density on breast cancer detection.* Cancer Epidemiol Biomarkers Prev. 2006 Oct;15(10):1856-62.

63. Chlebowski RR, Anderson G, Pettinger M, Lane D, Langer RD, Gillian MA, Walsh BW, Chen Chu, McTiernan A, WHI *Estrogen Plus Progestin and Breast Cancer Detection by Means of Mammography and Breast Biopsy* Arch Int Med 168(4):370-377

64. Chlebowski RT, Anderson GL, Gass M, Lane DS, Aragaki AK, Kuller LH, Manson JE, Stefanick ML, Ockene J, Sarto GE, Johnson KC, Wactawski-Wende J, Ravdin PM, Schenken R, Hendrix SL, Rajkovic A, Rohan TE, Yasmeen S, Prentice RL; WHI Investigators. *Estrogen plus progestin and breast cancer incidence and mortality in postmenopausal women.* JAMA. 2010 Oct 20;304(15):1684-92.

65. Chlebowski RT, Anderson GL., *Progestins and recurrence in breast cancer survivors.* J Natl Cancer Inst. 2005 Apr 6;97(7):471-2

66. Chlebowski RT, Kuller LH, Prentice RL, Stefanick ML, Manson JE, Gass M, Aragaki AK, Ockene JK, Lane DS, Sarto GE, Rajkovic A, Schenken R, Hendrix SL, Ravdin PM, Rohan TE, Yasmeen S, Anderson G; WHI Investigators. *Breast cancer after use of estrogen plus progestin in postmenopausal women.* N Engl J Med. 2009 Feb 5;360(6):573-87.

67. Chlebowski RT. *Lifestyle and Breast Cancer Risk: The Way Forward?* J Clin Oncol. 2010 Feb 16. [Epub ahead of print]

68. Chlebowski, RT *Menopausal Hormone therapy after breast cancer.* Lancet. 2004 Feb 7;363(9407):410-1

69. Chlebowski, RT, Hendrix, SL, Langer, RD, Stefanick, ML, Gass, ML, Lane, DS, Rodabough, RJ, Gilligan, MA, Cyr, MG, Thomson, CA, Khandekar, J, Petrovitch, H, McTiernan, A, WHI Investigators *Influence of estrogen plus progestin on breast cancer and mammography in*

*healthy postmenopausal women: the Women's Health Initiative Randomized Trial.* JAMA 2003;289:3243-53; 289(24):3243-53.

70.  Chu DZ *Re: Breast Cancer Incidence, 1980–2006: Combined Roles of Menopausal Hormone Therapy, Screening Mammography, and Estrogen Receptor Status* J Natl Cancer Inst 2008 Apr 8;[Epub ahead of rpint]

71.  Clanget C, Hinke V, Lange S, Fricke R, Botko R, Pfeilschifter J *Patterns of hormone replacement therapy in a population-based cohort of postmenopausal German women. Changes after HERS II and WHI* Exp Clin Endocrinol Diabetes. 2005 Oct;113(9):529-33

72.  Clarke CA, Glaser SL, Uratsu CS, Selby JV, Kushi LH, Herrinton LJ. *Recent declines in HT utilization and breast cancer incidence.* J Clin Oncol. 2006 Nov 20;24(33):e49-50.

73.  Clarke CA, Glaser SL. *Declines in breast cancer after the WHI: apparent impact of hormone therapy.* Cancer Causes Control. 2007 Jul 6; [Epub ahead of print]

74.  Clarke CA, Purdie DM, Glaser SL *Population attributable risk of breast cancer in white women associated with immediately modifiable risk factors* BMC Cancer 2006 Jun 27;6(1):170 [Epub ahead of print]

75.  Clarke, CA, Glaser, SL, West, DW, Ereman, RR, Erdmann, CA, Barlow, JM, Wrensch, MR *Breast cancer incidence and mortality trends in an affluent population: Marin County, California, USA, 1990-1999.* Breast Cancer Res. 2002;4(6):R13. Epub 2002 Jul 26

76.  Clemons M, Goss P. *Estrogen and the risk of breast cancer.* N Engl J Med. 2001 Jan 25;344(4):276-85.

77.  Cline JM, Register TC, Clarkson TB. *Effects of tibolone and hormone replacement therapy on the breast of cynomolgus monkeys.* Menopause. 2002 Nov-Dec;9(6):422-9.

78.  Cline, JM, Soderqvist, G, von Schoultz, E, Skoog, L, von Schoultz, B *Effects of hormone replacement therapy on the mammary gland of surgically postmenopausal cynomolgus macaques.* Am J Obstet Gynecol. 1996 Jan;174(1 Pt 1):93-100

79.  Cline, JM, Soderqvist, G, von Schoultz, E, Skoog, L, von Schoultz, B *Effects of conjugated estrogens, medroxyprogesterone acetate, and tamoxifen on the mammary glands of macaques.* Breast Cancer Res Treat. 1998 Apr;48(3):221-9

80.  Cobleigh, MA, Norlock, FE, Oleske, DM, Starr, A *Hormone replacement therapy and high S phase in breast cancer.* JAMA 1999;281:1528-1530

81.  Col NF, Kim JA, Chlebowski RT. *Menopausal hormone therapy after breast cancer: a meta-analysis and critical appraisal of the evidence.* Breast Cancer Res. 2005;7(4):R535-40. Epub 2005 May 19.

82.  Colditz GA *Epidemiology and prevention of breast cancer.* Cancer Epidemiol Biomarkers Prev. 2005 Apr;14(4):768-72

83.  Colditz GA *Decline in breast cancer incidence due to removal of promoter: combination estrogen plus progestin.* Breast Cancer Res 2007 Jul 26;9(4):108

84.  Colditz GA, *Estrogen, estrogen plus progestin therapy, and risk of breast cancer.* Clin Cancer Res. 2005 Jan 15;11(2 Pt 2):909s-17s

85.     Colditz, GA, Egan, KM, Stampfer, MJ *Hormone replacement therapy and risk of breast cancer: results from epidemiologic studies.* Am J Obstet Gynecol. 1993 May;168(5):1473-80

86.     Colditz, GA, Hankinson, SE, Hunter, DJ, Willett, WC, Manson, JE, Stampfer, MJ, Hennekens, C, Rosner, B, Speizer, FE *The use of estrogens and progestins and the risk of breast cancer in postmenopausal women.* N Engl J Med 1995;332:1589-93

87.     Colditz, GA; Stampfer, MJ; Willett, WC; Hunter, DJ; Manson, JE; Hennekens, CH; Rosner, BA; Speizer, FE *Type of postmenopausal hormone use and risk of breast cancer: 12-year follow-up from the Nurses' Health Study.* Cancer Causes Control. 1992;3:433-9

88.     Collaborative Group on Hormonal Factors in Breast Cancer (Beral), *Breast cancer and hormone replacement therapy: collaborative reanalysis of data from 51 epidemiological studies of 52,705 women with breast cancer and 108,411 women without breast cancer. Collaborative Group on Hormonal Factors in Breast Cancer.; .* Lancet. 1997 Oct 11;350(9084):1047-59

89.     Collaborative Group on Hormonal Factors in Breast Cancer, Beral, V *Alcohol, tobacco and breast cancer--collaborative reanalysis of individual data from 53 epidemiological studies, including 58,515 women with breast cancer and 95,067 women without the disease.* Br J Cancer. 2002 Nov 18;87(11):1234-45

90.     Collier R. *Prevalence of ghostwriting spurs calls for transparency.* CMAJ. 2009 Oct 13;181(8):E161-2. Epub 2009 Sep 21.

91.     Collins JA, Blake JM, Crosignani PG. *Breast cancer risk with postmenopausal hormonal treatment.* Hum Reprod Update. 2005 Sep 8; [Epub ahead of print]

92.     Collins LC, Botero ML, Schnit SJ. *Bimodal frequency distribution of estrogen receptor immunohistochemical staining results in breast cancer: an analysis of 825 cases.* Am J Clin Pathol. 2005 Jan;123(1):16-20.

93.     Coombs NJ, Boyages J. *Changes in HT prescriptions in Australia since 1992.* Aust Fam Physician. 2005 Aug;34(8):697-8.

94.     Coombs NJ, Cronin KA, Taylor RJ, Freedman AN, Boyages J. *The impact of changes in hormone therapy on breast cancer incidence in the US; population.* Cancer Causes Control. 2009 Oct 1. [Epub ahead of print]

95.     Coombs NJ, Taylor R, Wilcken N, Boyages J. *Hormone replacement therapy and breast cancer: estimate of risk.* BMJ. 2005 Aug 6;331(7512):347-9.

96.     Coombs NJ, Taylor R, Wilcken N, Boyages J. *HRT and breast cancer: impact on population risk and incidence.* Eur J Cancer. 2005 Aug;41(12):1775-81.

97.     Coombs NJ, Taylor R, Wilcken N, Fiorica J, Boyages J. *Hormone replacement therapy and breast cancer risk in California.* Breast J. 2005 Nov-Dec;11(6):410-5.

98.     Costantino JP, Gail MH, Pee D, Anderson S, Redmond CK, Benichou J, Wieand HS *Validation studies for models projecting the risk of invasive and total breast cancer incidence.* J Natl Cancer Inst. 1999 Sep 15;91(18):1541-8

99.     Cotterchio, M, Kreiger, N, Theis, B, Slon, M, Bahl, S *Hormonal factors and the risk of breast cancer according to estrogen- and progesterone-receptor subgroup.* Cancer Epidemiol Biomarkers Prev. 2003 Oct;12(10):1053-60

100.   Crandall CJ, Aragaki AK, Chlebowski RT, McTiernan A, Anderson G, Hendrix SL, Cochrane BB, Kuller LH, Cauley JA. *New-Onset Breast Tenderness After Initiation of Estrogen Plus Progestin Therapy and Breast Cancer Risk.* Arch Intern Med. 2009;169(18):1684-1691

101.   Crandall CJ, Markovic D, Huang MH, Greendale GA. *Predictors of breast discomfort among women initiating menopausal hormone therapy.* Menopause.. [Epub ahead of print] (Vo. 17, No. 3, pp. 000-000)

102.   Crocetti E, Buzzoni C, Falcini F, Cortesi L, De Lisi V, Ferretti S, Tumino R,; Russo A, Paci E. *Disentangling the Roles of Mammographic Screening and HRT in Recent Breast Cancer; Incidence Trends in Italy by Analyses Based on Calendar Time and Time Since; Screening Activation.* Breast J. 2010 Apr 23. [Epub ahead of print]

103.   Cronin KA, Ravdin PM, Edwards BK. *Sustained lower rates of breast cancer in the United States.* Breast Cancer Res Treat. 2008 Nov 1. [Epub ahead of print]

104.   Csizmadi I, Friedenreich CM, Bryant HE, Courneya KS. *An analysis of the effect of selection bias on the association of hormone replacement therapy and breast cancer risk.* Chronic Dis Can. 2005 Spring-Summer;26(2-3):73-9.

105.   Cui Y, Page DL , Lane DS , Rohan TE *Menstrual and reproductive history, postmenopausal hormone use, and risk of benign proliferative epithelial disorders of the breast: a cohort study.* Breast Cancer Res Treat 2008 Mar 22 [Epub ahead of print]

106.   Cuzick J, Powles T, Veronesi U, Forbes J, Edwards R, Ashley S, Boyle P. *Overview of the main outcomes in breast-cancer prevention trials.* Lancet. 2003 Jan 25;361(9354):296-300.

107.   Daling, JR, Malone, KE, Doody, DR, Voigt, LF, Bernstein, L, Coates, RJ, Marchbanks, PA, Norman, SA, Weiss, LK, Ursin, G, Berlin, JA, Burkman, RT, Deapen, D, Folger, SG, McDonald, JA, Simon, MS, Strom, BL, Wingo, PA, Spirtas, R *Relation of regimens of combined hormone replacement therapy to lobular, ductal, and other histologic types of breast carcinoma.* Cancer. 2002 Dec 15, 95(12):2455-64.

108.   Daling, JR, Malone, KE, Doody, DR, Voigt, LF, Bernstein, L, Marchbanks, PA, Coates, RJ, Norman, SA, Weiss, LK, Ursin, G, Burkman, RT, Deapen, D, Folger, SG, McDonald, JA, Simon, MS, Strom, BL, Spirtas, R *Association of regimens of hormone replacement therapy to prognostic factors among women diagnosed with breast cancer aged 50-64 years.* Cancer Epidemiol Biomarkers Prev. 2003 Nov;12(11 Pt 1):1175-81

109.   Daubisse-Marliac L, Delafosse P, Boitard JB, Poncet F, Grosclaude P, Colonna M. *Breast cancer incidence and time trend in France from 1990 to 2007: a population-based study from two French cancer registries.* Ann Oncol. 2011 Feb;22(2):329-34. Epub 2010 Aug 2.

110.   de Jong-van den Berg, Faber A, van den Berg PB *HRT use in 2001 and 2004 in The Netherlands--a world of difference.* Maturitas 2006 May 20;54(2):193-7.

111.   de Lignieres, B, Vathaire, F, Fournier, S, Urbinelli, R, Allaert, F, Le, M, Kuttenn, F *Combined hormone replacement therapy and risk of breast cancer in a french cohort study of 3175 women.* Climacteric 2002;5:332-40

112.   De P, Neutel CI, Olivotto I, Morrison H. *Breast cancer incidence and hormone replacement therapy in Canada.* J Natl Cancer Inst. 2010 Oct 6;102(19):1489-95. Epub 2010 Sep 23.

113. De Waard F, Cornelis JP, Aoki K, Yoshida M. *Breast cancer incidence according to weight and height in two cities of the Netherlands and in Aichi prefecture, Japan.* Cancer. 1977 Sep;40(3):1269-75.

114. Deapen, D, Liu, L, Perkins, C, Bernstein, L, Ross, RK *Rapidly rising breast cancer incidence rates among Asian-American women.* Int J Cancer 2002;99:747-50

115. Desantis C, Howlader N, Cronin KA, Jemal A. *Breast cancer incidence rates in US women are no longer declining.* Cancer Epidemiol Biomarkers Prev. 2011 Feb 28. [Epub ahead of print]

116. Dietel M, Lewis MA, Shapiro S. , *Hormone replacement therapy: pathobiological aspects of hormone-sensitive cancers in women relevant to epidemiological studies on HRT: a mini-review.* Hum Reprod. 2005 Aug;20(8):2052-60. Epub 2005 Jun 2.

117. Dietel M. *Hormone replacement therapy (HRT), breast cancer and tumor pathology.* Maturitas.. [Epub ahead of print]

118. Dimitrakakis C , Zhou J , Wang J , Belanger A , LaBrie F , Cheng C , Powell D , Bondy C *A physiologic role for testosterone in limiting estrogenic stimulation of the breast.* Menopause 2003 Jul-Aug;10(4):292-8

119. Druckmann, R *Progestins and their effects on the breast.* Maturitas. 2003 Dec 10;46 Suppl 1:S59-69

120. Duffy CM, Assaf A, Cyr M, Burkholder G, Coccio E, Rohan T, McTiernan A, Paskett; E, Lane D, Chetty VK. *Alcohol and folate intake and breast cancer risk in the WHI Observational Study.* Breast Cancer Res Treat. 2009 Aug;116(3):551-62. Epub 2008 Sep 11.

121. Dupont WD, Page DL *Risk Factors for Breast Cancer in Women with Proliferative Breast Disease* N Engl J Med 1985;312:146-151

122. Dupont WD, Parl FF, Hartmann WH, Brinton LA, Winfield AC, Worrell JA, Schuyler PA, Plummer WD. *Breast cancer risk associated with proliferative breast disease and atypical hyperplasia.* Cancer. 1993 Feb 15;71(4):1258-65.

123. Edlefsen KL, Jackson RD, Prentice RL, Janssen I, Rajkovic A, O'Sullivan MJ, Anderson G. *The effects of postmenopausal hormone therapy on serum estrogen, progesterone, and sex hormone-binding globulin levels in healthy postmenopausal women.* Menopause. 2010 Mar 3. [Epub ahead of print]

124. Endogenous Hormones and Breast Cancer Collaborative Group *Endogenous sex hormones and breast cancer in postmenopausal women: reanalysis of nine prospective studies.* J Natl Cancer Inst. 2002 Apr 17;94(8):606-16

125. Enger, SM, Ross, RK, Paganini-Hill, A, Longnecker, MP, Bernstein, L *Alcohol consumption and breast cancer oestrogen and progesterone receptor status.* Br J Cancer. 1999 Mar;79(7-8):1308-14

126. Erel CT, Esen G, Seyisoglu H, Elter K, Uras C, Ertungealp E, Aksu MF, *Mammographic density increase in women receiving different hormone replacement regimens.* Maturitas. 2001 Nov 30;40(2):151-7

127. Ereman RR, Prebil LA, Mockus M, Koblick K, Orenstein F, Benz C, Clarke CA. *Recent trends in hormone therapy utilization and breast cancer incidence rates in the high incidence*

*population of Marin County, California.* BMC Public Health. 2010 Apr 30;10(1):228. [Epub ahead of print]

128. Espie M, Daures JP, Chevallier T, Mares P, Micheletti MC, de Reilhac P *Breast cancer incidence and hormone replacement therapy: Results from the MISSION study, prospective phase* Gynecol Endocrinol 2007 July;23(7):391-397

129. Espie M, Mares P. de Reileac P, Chavallier T, Daures JP *Breast cancer in postmenopausal women with and without hormone replacement therapy: Preliminary results of the MISSION study.* Gynecol Endocrinol 22(8):423-31

130. Ettinger, B, Friedman, GD, Bush, T, Quesenberry, CP *Reduced mortality associated with long-term postmenopausal estrogen therapy.* Obstet Gynecol. 1996 Jan;87(1):6-12

131. Ewertz M, *Influence of non-contraceptive exogenous and endogenous sex hormones on breast cancer risk in Denmark.* Int J Cancer. 1988 Dec 15;42(6):832-8

132. Ewertz M, Mellemkjaer L, Poulsen AH, Friis S, Sorensen HT, Pedersen L, McLaughlin JK, Olsen JH., , *Hormone use for menopausal symptoms and risk of breast cancer. A Danish cohort study.* Br J Cancer. 2005 Apr 11;92(7):1293-7

133. Faber A, Bouvy ML , Loskamp L , van de Berg PB , Egberts TC, de Jong-van den Berg LT *Dramatic change in prescribing of hormone replacement therapy in The Netherlands after publication of the Million Women Study: a follow-up study.* Br J Clin Pharmacol 2005 Dec;60(6):641-7

134. Farhat GN, Cummings SR, Chlebowski RT, Parimi N, Cauley JA, Rohan TE, Huang AJ, Vitolins M, Hubbell FA, Manson JE, Cochrane BB, Lane DS, Lee JS. *Sex hormone levels and risks of estrogen receptor-negative and estrogen receptor-positive breast cancers.* J Natl Cancer Inst. 2011 Apr 6;103(7):562-70. Epub 2011 Feb 17.

135. Farhat GN, Walker R, Buist DS, Onega T, Kerlikowske K. *Changes in invasive breast cancer and ductal carcinoma in situ rates in relation to the decline in hormone therapy use.* J Clin Oncol. 2010 Dec 10;28(35):5140-6. Epub 2010 Nov 8.

136. Flesch-Janys  D, Slanger T, Mutschelknauss E, Kropp S, Obi N, Vettorazzi E, Braendle W, Bastert G, Hentschel S, Berger J, Chang-Claude J *Risk of different histological types of postmenopausal breast cancer by type and regimen of menopausal hormone therapy* Int J Cancer 2008 Aug 15;123(4):933-41

137. Foidart JM, Desreux J, Pintiaux A, Gompel A *Hormone therapy and breast cancer risk* Climacteric 10 (Supp 2):54-61

138. Foidart, JM, Colin, C, Denoo, X, Desreux, J, Beliard, A, Fournier, S, de Lignieres, B *Estradiol and progesterone regulate the proliferation of human breast epithelial cells.* Fertil Steril. 1998 May;69(5):963-9

139. Fontenoy AM, Leux C, Delacour-Billon S, Allioux C, Frenel JS, Campone M, Molinié F. *Recent trends in breast cancer incidence rates in the Loire-Atlantique, France: A decline since 2003.* Cancer Epidemiol. 2010 Apr 19. [Epub ahead of print]

140. Fournier A , Fabre A , Mesrine S , Boutron-Ruault MC , Berrino F , Clavel-Chapelon F *Use of different postmenopausal hormone therapies and risk of histology- and hormone receptor-defined invasive breast cancer.* J Clin Oncol 2008 Mar 10;26(8):1260-8

141. Fournier A, Berrino F, Clavel-Chapelon F. *Unequal risks for breast cancer associated with different hormone replacement therapies: results from the E3N cohort study.* Breast Cancer Res Treat. 2007 Feb 27; [Epub ahead of print]

142. Fournier A, Berrino F, Riboli E, Avenel V, Clavel-Chapelon F., , *Breast cancer risk in relation to different types of hormone replacement therapy in the E3N-EPIC cohort.* Int J Cancer. 2005 Apr 10;114(3):448-54

143. Fournier A, Boutran-Ruault M, Clavel-Chapelon F, Prentice R, Chlebowski RT *Breast Cancer and Hormone Therapy in Postmenopausal Women. Letter and Authors reply. (Includes supplemental E3N Data sheet)* N Engl J Med 2009;360(22):2366

144. Fournier A, Kernaleguen C, Panjo H, Clavel-Chapelon F, Ringa V. *Postmenopausal hormone therapy initiation before and after the Women's Health; Initiative in two French cohorts.* Menopause. 2010 Oct 29. [Epub ahead of print]

145. Fournier A, Mesrine S, Boutron-Ruault MC, Clavel-Chapelon F. *Estrogen-Progestagen Menopausal Hormone Therapy and Breast Cancer: Does Delay From Menopause Onset to Treatment Initiation Influence Risks?* J Clin Oncol. 2009 Nov 1;27(31):5138-43. Epub 2009 Sep 14.

146. Franke, HR, Vermes, I *Differential effects of progestogens on breast cancer cell lines.* Maturitas. 2003 Dec 10;46 Suppl 1:S55-8

147. Fugh-Berman A, Bythrow J *Bioidentical hormones for menopausal hormone therapy: variation on a theme.* J Gen Intern Med 2007 Jul;22(7):1030-4.

148. Gadducci A, Biglia N, Cosio S, Sismondi P, Genazzani AR. *Progestagen component in combined hormone replacement therapy in postmenopausal women and breast cancer risk: a debated clinical issue.* Gynecol Endocrinol. 2009;25(12):807-15.

149. Gambrell RD Jr, Maier RC, Sanders BI, *Decreased incidence of breast cancer in postmenopausal estrogen-progestogen users.* Obstet Gynecol. 1983 Oct;62(4):435-43

150. Gann, PH, Morrow, M *Combined hormone therapy and breast cancer: a single-edged sword.* JAMA. 2003 Jun 25; 289(24):3304-6.

151. Gapstur, SM, Morrow, M, Sellers, TA *Hormone replacement therapy and risk of breast cancer with a favorable histology: results of the Iowa Women's Health Study.* JAMA. 1999 Jun 9;281(22):2091-7

152. Gapstur, SM, Potter, JD, Sellers, TA, Folsom, AR *Increased risk of breast cancer with alcohol consumption in postmenopausal women.* Am J Epidemiol. 1992;136:1221-31

153. Garland, M, Hunter, DJ, Colditz, GA, Spiegelman, DL, Manson, JE, Stampfer, MJ, Willett, WC *Alcohol consumption in relation to breast cancer risk in a cohort of united states women 25-42 years of age.* Cancer Epidemiol Biomarkers Prev 1999;8:1017-21

154. Garton M, Bliss JM, Gray R, Bundred NJ, Helmond FA, Van Leeuwen FE, Nyirjesy I, Million Women Study Collaborators (Beral, Banks, Reeves, Bull) *Breast cancer and hormone-replacement therapy: the Million Women Study. Letter series and author reply.* Lancet. 2003 Oct 18;362(9392):1329; author reply 1330-1

155. Gast GC, Samsioe GN, Grobbee DE, Nilsson PM, van der Schouw YT. *Vasomotor symptoms, estradiol levels and cardiovascular risk profile in women.* Maturitas. 2010 Jul;66(3):285-90. Epub 2010 Apr 18.

156. Gates MA, Rosner BA, Hecht JL, Tworoger SS. *Risk factors for epithelial ovarian cancer by histologic subtype.* Am J Epidemiol. 2010 Jan 1;171(1):45-53. Epub 2009 Nov 12.

157. Gates MA, Tworoger SS, Eliassen AH, Missmer SA, Hankinson SE. *Analgesic use and sex steroid hormone concentrations in postmenopausal women.* Cancer Epidemiol Biomarkers Prev. 2010 Apr;19(4):1033-41. Epub 2010 Mar 23.

158. Gayet A, Esteve J, Seradour B, Piana L, Jacquemier J. *Does hormone replacement therapy increase the frequency of breast atypical hyperplasia in postmenopausal women? Results from the Bouches du Rhone district screening campaign.* Eur J Cancer. 2003 Aug;39(12):1738-45.

159. Gayet-Ageron A, Amamra N, Ringa V, Tainturier V, Berr C, Clavel-Chapelon F, Delcourt C, Delmas PD, Ducimetière P, Schott AM. *Estimated numbers of postmenopausal women treated by hormone therapy in France.* Maturitas. 2005 Nov-Dec;52(3-4):296-305. Epub 2005 Jun 13.

160. Geller, ML, Chlebowski, RT *HT and breast cancer risk.* Fertil Steril. 2003 Oct;80 Suppl 4:5-9

161. Ghosh K, Hartmann LC, Reynolds C, Visscher DW, Brandt KR, Vierkant RA, Scott CG, Radisky DC, Sellers TA, Pankratz VS, Vachon CM. *Association Between Mammographic Density and Age-Related Lobular Involution of the Breast.* J Clin Oncol. 2010 Apr 19. [Epub ahead of print]

162. Gill JK, Maskarinec G, Pagano I, Kolonel LN *The association of mammographic density with ductal carcinoma in situ of the breast: the Multiethnic Cohort.* Breast Cancer Res 2006 Jun 23;8(3):R30 [Epub ahead of print]

163. Ginsburg OM, Martin LJ, Boyd NF *Mammographic density, lobular involution, and risk of breast cancer.* Br J Cancer 2008 Nov 4;99(9):1369-74

164. Glass AG, Lacey JV Jr, Carreon JD, Hoover RN. *Breast Cancer Incidence, 1980 2006: Combined Roles of Menopausal Hormone Therapy, Screening Mammography, and Estrogen Receptor Status.* J Natl Cancer Inst. 2007 Jul 24; [Epub ahead of print]

165. Glass AG, Lacey JV, Hoover RN *The rise in breast cancer incidence, 1978-2003, is largely confined to ER+ tumors.* Presented 2005 Meeting AACR: Proceedings of the AACR Vol 46, 2005, Abstract # 4045 ; AACR=American Assoc. for Cancer Research

166. Glass, A, Hoover, R *Rising incidence of breast cancer: relationship to stage and receptor status.* 82 J Nat Cancer Inst 1990, 693-696

167. Grady, D, Rubin, SM, Petitti, DB, Fox, CS, Black, D, Ettinger, B, Ernster, VL, Cummings, SR *Hormone therapy to prevent disease and prolong life in postmenopausal women.* Ann Intern Med. 1992 Dec 15; 117(12):1016-37.

168. Greendale, GA, Reboussin, BA, Sie, A, Singh, HR, Olson, LK, Gatewood, O, Bassett, LW, Wasilauskas, C, Bush, T, Barrett-Connor, E *Effects of estrogen and estrogen-progestin on mammographic parenchymal density. Postmenopausal Estrogen/Progestin Interventions (PEPI) Investigators.* Ann Intern Med. 1999 Feb 16;130(4 Pt 1):262-9

169. Greenland S. Relation of probability of causation to relative risk and doubling dose: a methodologic error that has become a social problem. Am J Public Health. 1999 Aug;89(8):1166-9.

170. Greiser CM, Greiser EM, Doren M. *Menopausal hormone therapy and risk of breast cancer: a meta-analysis of epidemiological studies and randomized controlled trials.* Hum Reprod Update. 2005 Sep 8; [Epub ahead of print]

171. Grodstein, F, Stampfer, MJ, Colditz, GA, Willett, WC, Manson, JE, Joffe, M, Rosner, B, Fuchs, C, Hankinson, SE, Hunter, DJ, Hennekens, CH, Speizer, FE *Postmenopausal hormone therapy and mortality.* N Engl J Med 1997;336:1769-75

172. Haas JS, Kaplan CP, Gerstenberger EP, Kerlikowske K *Changes in the use of postmenopausal hormone therapy after the publication of clinical trial results.* Ann Int Med 140(3):184-8.

173. Harman SM, Brinton EA, Cedars M, Lobo R, Manson JE, Merriam GR, Miller VM, Naftolin F, Santoro N. *KEEPS: The Kronos Early Estrogen Prevention Study.* Climacteric. 2005 Mar;8(1):3-12.

174. Harmer C, Staples M, Kavanagh AM. *Evaluation of breast cancer incidence: is the increase due entirely to mammographic screening?* Cancer Causes Control. 1999 Oct;10(5):333-7.

175. Harris RE, Namboodiri KK, Wynder EL. *Breast cancer risk: effects of estrogen replacement therapy and body mass.* J Natl Cancer Inst. 1992 Oct 21;84(20):1575-82.

176. Hartmann LC, Sellers TA, Frost MH, Lingle WL, Degnim AC, Ghosh K, Vierkant RA, Maloney SD, Pankratz VS, Hillman DW, Suman VJ, Johnson J, Blake C, Tlsty T, Vachon CM, Melton LJ 3rd, Visscher DW. *Benign breast disease and the risk of breast cancer.* N Engl J Med. 2005 Jul 21;353(3):229-37.

177. Hausauer AK, Keegan TH, Chang ET, Glaser SL, Howe H, Clarke CA. *Recent trends in breast cancer incidence in US white women by urban/rural and poverty status.* BMC Med. 2009 Jun 26;7(1):31. [Epub ahead of print]

178. Hays J, Hunt JR, Hubbell FA, Anderson GL, Limacher M, Allen C, Rossouw JE. *The Women's Health Initiative recruitment methods and results.* Ann Epidemiol. 2003 Oct;13(9 Suppl):S18-77.

179. Hecht JL, Mutter GL *Molecular and pathologic aspects of endometrial carcinogenesis.* J Clin Oncol 24(29):4783-91

180. Hemminki E, Kyyronen P, Pukkala RA *Postmenopausal hormone drugs and breast and colon cancer: Nordic countries 1995–2005* Maturitas 2008 Nov 7 [Epub ahead of print]

181. Hemminki K, Lorenzo Bermejo J *Effects of screening for breast cancer on its age-incidence relationships and familial risk* Int J Cancer 117(1):145-149

182. Hemminki K, Rawal R, Lorenzo Bermejo J *Mammographic Screening Is Dramatically Changing Age-Incidence Data for Breast Cancer* J Clin Oncol 22(22):4652-53

183. Henderson BE, Ross R, Bernstein L. *Estrogens as a cause of human cancer: the Richard and Hinda Rosenthal Foundation award lecture.* Cancer Res. 1988 Jan 15;48(2):246-53.

184. Henderson BE, Ross RK, Lobo RA, Pike MC, Mack TM. *Re-evaluating the role of progestogen therapy after the menopause.* Fertil Steril. 1988 May;49(5 Suppl 2):9S-15S.

185. Henderson BE, Ross RK, Pike MC. *Hormonal chemoprevention of cancer in women.* Science. 1993 Jan 29;259(5095):633-8.

13

186. Henderson BR, Gerkins V, Rosario I, Casagrande J, Pike MC. *Elevated serum levels of estrogen and prolactin in daughters of patients with breast cancer.* N Engl J Med. 1975 Oct 16;293(16):790-5.

187. Henrich, JB, Kornguth, PJ, Viscoli, CM, Horwitz, RI *Postmenopausal estrogen use and invasive versus in situ breast cancer risk.* J Clin Epidemiol. 1998 Dec;51(12):1277-83

188. Hentschel S, Heinz J, Schmid-Höpfner S, Obi N, Vettorazzi E, Chang-Claude J,; Flesch-Janys D. *The impact of menopausal hormone therapy on the incidence of different breast; cancer types--data from the Cancer Registry Hamburg 1991-2006.* Cancer Epidemiol. 2010 Oct;34(5):639-43. Epub 2010 Aug 11.

189. Herbst AL, Poskanzer DC, Robboy SJ, Friedlander L, Scully RE, *Prenatal exposure to stilbestrol. A prospective comparison of exposed female offspring with unexposed controls.* N Engl J Med. 1975 Feb 13;292(7):334-9

190. Hermsmeyer RK, Thompson TL , Pohost GM , Kaski JC *Cardiovascular effects of medroxyprogesterone acetate and progesterone: a case of mistaken identity?* Nat Clin Pract Cardiovasc Med 2008 Jun 3 [Epub ahead of print]

191. Hersh AL, Stefanick ML, Stafford RS. *National use of postmenopausal hormone therapy: annual trends and response to recent evidence.* JAMA. 2004 Jan 7;291(1):47-53.

192. Hillman JJ, Zuckerman IH, Lee E, *The impact of the Women's Health Initiative on hormone replacement therapy in a Medicaid program.* J Womens Health (Larchmt). 2004 Nov;13(9):986-92

193. Hing E, Brett KM. *Changes in U.S. prescribing patterns of menopausal hormone therapy, 2001-2003.* Obstet Gynecol. 2006 Jul;108(1):33-40.

194. Hofseth, LJ, Raafat, AM, Osuch, JR, Pathak, DR, Slomski, CA, Haslam, SZ *Hormone replacement therapy with estrogen or estrogen plus medroxyprogesterone acetate is associated with increased epithelial proliferation in the normal postmenopausal breast.* J Clin Endocrinol Metab. 1999 Dec;84(12):4559-65

195. Hofvind S, Moller B, Thoresen S, Ursin G. *Use of hormone therapy and risk of breast cancer detected at screening and between mammographic screens.* Int J Cancer. 2006 Jan 4; [Epub ahead of print]

196. Holford TR, Cronin KA, Mariotto AB, Feuer EJ. *Chapter 4: changing patterns in breast cancer incidence trends.* J Natl Cancer Inst Monogr. 2006;(36):19-25.

197. Holli K, Isola J, Cuzick J. *Low biologic aggressiveness in breast cancer in women using hormone replacement therapy.* J Clin Oncol. 1998 Sep;16(9):3115-20.

198. Holmberg, L, Anderson, H, *HABITS (hormonal replacement therapy after breast cancer-is it safe?), a randomised comparison: trial stopped.* Lancet 2004, 363:453-455

199. Hong J, Holcomb VB, Dang F, Porampornpilas K, Núñez NP. *Alcohol consumption, obesity, estrogen treatment and breast cancer.* Anticancer Res. 2010 Jan;30(1):1-8.

200. Hoover R, Gray LA Sr, Cole P, MacMahon B, *Menopausal estrogens and breast cancer.* N Engl J Med. 1976 Aug 19;295(8):401-5

201. Horn-Ross PL, Canchola AJ, West DW, Stewart SL, Bernstein L, Deapen D, Pinder R, Ross RK, Anton-Culver H, Peel D, Ziogas A, Reynolds P, Wright W. *Patterns of alcohol*

*consumption and breast cancer risk in the California Teachers Study cohort.* Cancer Epidemiol Biomarkers Prev. 2004 Mar;13(3):405-11.

202. Huang Y, Malone KE, Cushing-Haugen KL, Daling JR, Li CI. *Relationship between Menopausal Symptoms and Risk of Postmenopausal Breast Cancer.* Cancer Epidemiol Biomarkers Prev. 2011 Jan 18. [Epub ahead of print]

203. Huang Y, Malone KE, Cushing-Haugen KL, Daling JR, Li CI. *Relationship between menopausal symptoms and risk of postmenopausal breast cancer.* Cancer Epidemiol Biomarkers Prev. 2011 Feb;20(2):379-88. Epub 2011 Jan 6.

204. Huang, WY, Newman, B, Milikan, RC, Schell, MJ, Hulka, BS, Moorman, PG *Hormone-related factors and risk of breast cancer in relation to estrogen receptor and progesterone receptor status.* Am J Epidemiol. 2000 Apr 1;151(7):703-14

205. Hulley S, Grady D *Postmenopausal Hormone Treatment* JAMA. 2009;301(23):2493-2495

206. Hulley, S, Furberg, C, Barrett-Connor, E, Cauley, J, Grady, D, Haskell, W, Knopp, R, Lowery, M, Satterfield, S, Schrott, H, Vittinghoff, E, Hunninghake, D, HERS Research Group *Noncardiovascular disease outcomes during 6.8 years of hormone therapy: Heart and Estrogen / Progestin Replacement Study follow-up (HERS 2).* JAMA. 2002;288(1):58-66.

207. Hulley, S, Grady, D, Bush, TL, Furberg, C, Herrington, D, Riggs, B, Vittinghoff, E *Randomized trial of estrogen plus progestin for secondary prevention of coronary heart disease in postmenopausal women. Heart and Estrogen/progestin Replacement Study (HERS) Research Group.* JAMA 1998;280:605-13; 280(7):605-13.

208. Hunt K, Vessey M, McPherson K, Coleman M. *Long-term surveillance of mortality and cancer incidence in women receiving hormone replacement therapy.* Br J Obstet Gynaecol. 1987 Jul;94(7):620-35.

209. Hwang ES, Chew T, Shiboski S, Farren G, Benz CC, Wrensch M *Risk factors for estrogen receptor-positive breast cancer.* Arch Surg. 2005 Jan;140(1):58-62

210. International Agency for Research on Cancer *IARC Monographs on the Evaluation of Carcinogenic Risks to Humans: Combined Estrogen-Progestin Menopausal Therapy - DRAFT* DRAFT-Vol 91, Monograph 2, Section 5, 3rd Draft, rev. 3, July 2005

211. International Agency for Research on Cancer *IARC Monographs on the Evaluation of Carcinogneic Risks to Humans: Combined Estrogen-Progestogen Contraceptives and Combined Estrogen-Progestogen Menopausal Therapy* World Health Organization, International Agency for Research on Cancer Monographs, Vol. 91, Lyon, France 2007

212. Internataional Agency for Research on Cancer *Combined Estrogen-Progestogen Menopausal Therapy* IARC Monographs on Evaluation of Carcinogenic Risks to Humas Volume 100 A Review of Human Carcinogens Part A: Pharmaceuticals. 2011

213. Jatoi I, Anderson WF. *Breast cancer overdiagnosis with screening mammography.* Arch Intern Med. 2009 May 25;169(10):999-1000, author reply 1000-1.

214. Jemal A, Siegel R, Xu J, Ward E. *Cancer statistics, 2010.* CA Cancer J Clin. 2010 Sep-Oct;60(5):277-300. Epub 2010 Jul 7.

215. Jemal A, Ward E, Thun MJ *Recent trends in breast cancer incidence rates by age and tumor characteristics among U.S. women.* Breast Cancer Res 2007 May 3;9(3):R28

216. Jensen J. *Smoking and postmenopausal hormone replacement therapy.* Br J Clin Pract Suppl. 1996 Sep;86:6-8.

217. Jernstrom, H, Bendahl, P, Lidfeldt, J, Nerbrand, C, Agardh, C, Samsioe, G *A prospective study of different types of hormone replacement therapy use and the risk of subsequent breast cancer: the women's health in the lund area (WHILA) study (Sweden).* Cancer Causes Control 2003;14:673-680

218. Jick H, Walker AM, Rothman KJ., , *The epidemic of endometrial cancer: a commentary.; ; .* Am J Public Health. 1980 Mar;70(3):264-7.

219. Jick SS, Hagberg KW, Kaye JA, Jick H. *Postmenopausal estrogen-containing hormone therapy and the risk of breast cancer.* Obstet Gynecol. 2009 Jan;113(1):74-80.

220. Jonsson, Johansson, Lenner *Increased incidence of invasive breast cancer after the introduction of service screening with mammography in Sweden* Int J Cancer 2005;117(5):842-7

221. Jungheim ES, Colditz GA *Short-term Use of Unopposed Estrogen: A Balance of Inferred Risks and Benefits.* JAMA. 2011 Apr 6;305(13):1354-5.

222. Jørgensen KJ, Gøtzsche PC. *Overdiagnosis in publicly organised mammography screening programmes: systematic review of incidence trends.* BMJ. 2009 Jul 9;339:b2587. doi: 10.1136/bmj.b2587

223. Katalinic A, Lemmer A, Zawinell A, Rawal R, Waldmann A. *Trends in hormone therapy and breast cancer incidence - results from the German Network of Cancer Registries.* Pathobiology. 2009;76(2):90-7. Epub 2009 Apr 9.

224. Katalinic A, Rawal R. *Decline in breast cancer incidence after decrease in utilisation of hormone replacement therapy.* Breast Cancer Res Treat. 2007 Apr 24; [Epub ahead of print]

225. Kaufman DW, Palmer JR, de Mouzon J, Rosenberg L, Stolley PD, Warshauer ME, Zauber AG, Shapiro S *Estrogen replacement therapy and the risk of breast cancer: results from the case-control surveillance study.* Am J Epidemiol. 1991 Dec 15;134(12):1375-85; discussion 1396-401

226. Kavanagh AM, Cawson J, Byrnes GB, Giles GG, Marr G, Tong B, Gertig DM, Hopper JL. *Hormone replacement therapy, percent mammographic density, and sensitivity of mammography.* Cancer Epidemiol Biomarkers Prev. 2005 May;14(5):1060-4.

227. Keegan TH, Chang ET, John EM, Horn-Ross PL, Wrensch MR, Glaser SL, Clarke CA. *Recent changes in breast cancer incidence and risk factor prevalence in San; Francisco Bay area and California women: 1988 to 2004.* Breast Cancer Res. 2007 Sep 25;9(5):R62. [Epub ahead of print]

228. Kelly JP, Kaufman DW, Rosenberg L, Kelley K, Cooper SG, Mitchell AA. *Use of postmenopausal hormone therapy since the Women's Health Initiative findings.* Pharmacoepidemiol Drug Saf. 2005 Apr 5; [Epub ahead of print]

229. Kerlikowske K, Cook AJ, Buist DS, Cummings SR, Vachon C, Vacek P, Miglioretti DL. *Breast cancer risk by breast density, menopause, and postmenopausal hormone therapy use.* J Clin Oncol. 2010 Aug 20;28(24):3830-7. Epub 2010 Jul 19.

230. Kerlikowske K, Miglioretti DL, Ballard-Barbash R, Weaver DL, Buist DS, Barlow WE, Cutter G, Geller BM, Yankaskas B, Taplin SH, Carney PA *Prognostic characteristics of breast cancer among postmenopausal hormone users in a screened population.* J Clin Oncol. 2003 Dec 1;21(23):4314-23

231. Kerlikowske K, Miglioretti DL, Buist DS, Walker R, Carney PA *Declines in Invasive Breast Cancer and Use of Postmenopausal Hormone Therapy in a Screening Mammography Population.* J Natl Cancer Inst 2007 Aug 14;[Epub ahead of print]

232. Kerlikowske K, Shepherd J, Creasman J, Tice JA, Ziv E, Cummings SR. *Are breast density and bone mineral density independent risk factors for breast cancer?* J Natl Cancer Inst. 2005 Mar 2;97(5):368-74.

233. Kerlikowske K. *Epidemiology of ductal carcinoma in situ.* J Natl Cancer Inst Monogr. 2010;2010(41):139-41.

234. Key TJ, Pike MC. *The role of oestrogens and progestagens in the epidemiology and prevention of breast cancer.* Eur J Cancer Clin Oncol. 1988 Jan;24(1):29-43.

235. Key, TJ, Appleby, PN, Reeves, GK, Roddam, A, Dorgan, JF, Longcope, C, Stanczyk, FZ, Stephenson, HE, Falk, RT, Miller, R, Schatzkin, A, Allen, DS, Fentiman, IS, Wang, DY, Dowsett, M, Thomas, HV, Hankinson, SE, Toniolo, P, Akhmedkhanov, A, Koenig, K, Shore, RE, Zeleniuch-Jacquotte, A, Berrino, F, Muti, P, Michell, A, Krogh, V, Sieri, S, Pala, V, Venturelli, E, Secreto, G, Barrett-Connor, E, Laughlin, GA, Kabuto, M, Akiba, S, Stevens, RG, Nerishi, K, Land, CE, Cauley, JA, Kuller, LH, Cummings, SR, Helzsouer, KJ, Alberg, AJ, Bush, TL, Comstock, GW, Gordon, GB, Miller, SR, Endogenous Hormones Breast Cancer Collaborative Group (Endogenous Hormones Breast Cancer Collaborative Group) *Body mass index, serum sex hormones, and breast cancer risk in postmenopausal women.* J Natl Cancer Inst. 2003 Aug 20; 95(16):1218-26.

236. Khan N, Afaq F, Mukhtar H. *Lifestyle as risk factor for cancer: Evidence from human studies.* Cancer Lett. 2010 Jul 28;293(2):133-43. Epub 2010 Jan 18.

237. Kirsh, V, Krieger, N *Estrogen and estrogen-progestin replacement therapy and risk of postmenopausal breast cancer in Canada.* Cancer Causes Control 2002;13:583-590

238. Kotsopoulos J, Chen WY, Gates MA, Tworoger SS, Hankinson SE, Rosner BA. *Risk factors for ductal and lobular breast cancer: results from the nurses' health study.* Breast Cancer Res. 2010;12(6):R106. Epub 2010 Dec 8.

239. Krieger N *Hormone therapy and the rise and perhaps fall of US breast cancer incidence rates: critical reflections.* Int J Epidemiol 2008 mar 28 [Epub ahead of print]

240. Krieger N, Chen JT, Waterman PD. *Decline in US Breast Cancer Rates After the Women's Health Initiative: Socioeconomic and Racial/Ethnic Differentials.* Am J Public Health. 2010 Feb 10. [Epub ahead of print]

241. Kuhl H. *Breast cancer risk in the WHI study: the problem of obesity.* Maturitas. 2005 May 16;51(1):83-97.

242. Kurian AW, Clarke CA, Carlson RW *The Decline in Breast Cancer Incidence:; Real or Imaginary?* Current Oncology Reports 2009 Jan;11(1):21-8.

243. L'hermite M , Simoncini T , Fuller S , Genazzani AR *Could transdermal estradiol+progesterone be a safer postmenopausal HRT? A review.* Matuitas 2008 Sept 4 [Epub ahead of print]

244. L'hermite M, Simoncini T, Fuller S, Genazzani AR *Could transdermal estradiol + progesterone be a safer postmenopausal HRT?* Maturitas 2008;60(3-4):185-201

245. La Vecchia C, Decarli A, Parazzini F, Gentile A, Liberati C, Franceschi S. *Non-contraceptive oestrogens and the risk of breast cancer in women.* Int J Cancer. 1986 Dec 15;38(6):853-8.

246. La Vecchia, C *Estrogen and combined estrogen-progestogen therapy in the menopause and breast cancer.* Breast. 2004 Dec;13(6):515-8

247. La Vecchia, C, Negri, E, Franceschi, S, Favero, A, Nanni, O, Filiberti, R, Conti, E, Montella, M, Veronesi, A, Ferraroni, M *Hormone replacement treatment and breast cancer risk: a cooperative Italian study.* Br J Cancer. 1995 Jul;72(1):244-8

248. LaCroix AZ, Chlebowski RT, Manson JE, Aragaki AK, Johnson KC, Martin L, Margolis KL, Stefanick ML, Brzyski R, Curb JD, Howard BV, Lewis CE, Wactawski-Wende J; WHI Investigators. *Health outcomes after stopping conjugated equine estrogens among postmenopausal women with prior hysterectomy: a randomized controlled trial.* JAMA. 2011 Apr 6;305(13):1305-14.

249. Laliberte F, Dea K, Duh MS, Kahler KH, Rolli M, Lefebvre P. *Does the route of administration for estrogen hormone therapy impact the risk of venous thromboembolism? Estradiol transdermal system versus oral estrogen-only hormone therapy.* Menopause. 2011 Jul 27. [Epub ahead of print]

250. Lambe M, Wigertz A, Holmqvist M, Adolfsson J, Bardage C, Fornander T, Karlsson P, Odlind V, Persson I, Ahlgren J, Bergkvist L. *Reductions in use of hormone replacement therapy: effects on Swedish breast; cancer incidence trends only seen after several years.* Breast Cancer Res Treat. 2009 Nov 6. [Epub ahead of print]

251. Lambrinoudaki I, Brincat M, Erel T, Gambacciani M, Moen MH, Schenck-Gustafsson K,; Tremollieres F, Vujovic S, Rees M, Rozenberg S. *EMAS position statement: Managing obese postmenopausal women.* Maturitas. 2010 Apr 29. [Epub ahead of print]

252. Lanari C, Molinolo AA, Pasqualini CD. *Induction of mammary adenocarcinomas by medroxyprogesterone acetate in BALB/c female mice.* Cancer Lett. 1986 Nov;33(2):215-23.

253. Lando, JF, Heck, KE, Brett, KM *Hormone replacement therapy and breast cancer risk in a nationally representative cohort.* Am J Prev Med. 1999 Oct;17(3):176-80

254. Lantzsch T, Hefler L, Krause U, Kehl A, Goepel C, Koelbl H, Dunst J, Lampe D. *The correlation between immunohistochemically-detected markers of angiogenesis and serum vascular endothelial growth factor in patients with breast cancer.* Anticancer Res. 2002 May-Jun;22(3):1925-8.

255. Lauritzen, Meier *Risks of endometrial and mammary cancer morbidity and mortality in long-term oestrogen treatment: Chapter 20* The Climacteric

256. Lawrence M, Jones L, Lancaster T, Daly E, Banks E. *Hormone replacement therapy: patterns of use studied through British general practice computerized records.* Fam Pract. 1999 Aug;16(4):335-42.

257. LeBlanc, ES, Viscoli, CM, Henrich, JB *Postmenopausal estrogen replacement therapy is associated with adverse breast cancer prognostic indices.* J Womens Health Gend Based Med. 1999 Jul-Aug;8(6):815-23

258. Lee NC, Rosero-Bixby L, Oberle MW, Grimaldo C, Whatley AS, Rovira EZ. *A case-control study of breast cancer and hormonal contraception in Costa Rica.* J Natl Cancer Inst. 1987 Dec;79(6):1247-54.

259. Lee S, Kolonel L, Wilkens L, Wan P, Henderson B, Pike M. *Postmenopausal hormone therapy and breast cancer risk: the Multiethnic Cohort.* Int J Cancer. 2006 Mar 1;118(5):1285-91.

260. Lee SA, Ross RK, Pike MC. *An overview of menopausal oestrogen-progestin hormone therapy and breast cancer risk.* Br J Cancer. 2005 Jun 6;92(11):2049-58.

261. Levi F, Te VC, Randimbison L, La Vecchia C *Trends of in situ carcinoma of the breast in Vaud, Switzerland.* Eur J Cancer 1997 May;33(6):903-6

262. Levi F, Te VC, Randimbison L, La Vecchia C. , *Increase in lobular breast cancer incidence in Switzerland.* Int J Cancer. 2003 Oct 20;107(1):164-5; author reply 166.

263. Levi, F, Lucchini, F, Pasche, C, La Vecchia, C *Oral contraceptives, menopausal hormone replacement treatment and breast cancer risk.* Eur J Cancer Prev. 1996 Aug;5(4):259-66

264. Li CI, Daling JR *Changes in breast cancer incidence rates in the United States by histologic subtype and race/ethnicity, 1995 to 2004.* Cancer Epidemiol Biomarkers Prev 2007 Dec;16(12):2773-80

265. Li CI, Daling JR, Malone KE, *Age-specific incidence rates of in situ breast carcinomas by histologic type, 1980 to 2001.* Cancer Epidemiol Biomarkers Prev. 2005 Apr;14(4):1008-11

266. Li CI, Daling JR, Malone KE, Bernstein L, Marchbanks PA, Liff JM, Strom BL, Simon MS, Press MF, McDonald JA, Ursin G, Burkman RT, Deapen D, Spirtas R. *Relationship between established breast cancer risk factors and risk of seven different histologic types of invasive breast cancer.* Cancer Epidemiol Biomarkers Prev. 2006 May;15(5):946-54.

267. Li CI, Malone KE, Daling JR. *The Relationship Between Various Measures of Cigarette Smoking and Risk of Breast Cancer Among Older Women 65-79 years of Age (United States).* Cancer Causes Control. 2005 Oct;16(8):975-85.

268. Li CI, Malone KE, Daling JR. *Interactions between Body Mass Index and Hormone Therapy and Postmenopausal Breast Cancer Risk (United States).* Cancer Causes Control. 2006 Jun;17(5):695-703.

269. Li CI, Malone KE, Porter PL, Lawton TJ, Voigt LF, cushing-Haugen KL, Lin MG, Yuan X, Daling JR *Relationship between Menopausal Hormone Therapy and Risk of Ductal, Lobular, and Ductal-Lobular Breast Carcinomas.* Cancer Epidemiol Biomarkers Prev 2008 Jan;17(1):43-50

270. Li CI, Uribe DJ, Daling JR. *Clinical characteristics of different histologic types of breast cancer.* Br J Cancer. 2005 Oct 31;93(9):1046-52.

271. Li CI, Weiss NS, Stanford JL, Daling JR *Hormone replacement therapy in relation to risk of lobular and ductal breast carcinoma in middle-aged women.* Cancer. 2000 Jun 1;88(11):2570-7

272. Li, CI, Anderson, BO, Daling, JR, Moe, RE *Trends in incidence rates of invasive lobular and ductal breast carcinoma.* JAMA. 2003 Mar 19; 289(11):1421-4.

273. Li, CI, Anderson, BO, Daling, JR, Moe, RE *Changing incidence of lobular carcinoma in situ of the breast.* Breast Cancer Res Treat. 2002 Oct; 75(3); 259-68.

274. Li, CI, Anderson, BO, Porter, PL, Holt, SK, Daling, JR, Moe, RE *Changing incidence rate of invasive lobular breast carcinoma among older women.* Cancer. 2000 Oct 15; 89(8):1867-8.

275. Li, CI, Daling, JR, Malone, KE *Incidence of invasive breast cancer by hormone receptor status from 1992 to 1998.* J Clin Oncol. 2003 Jan 1; 21(1):28-34.

276. Li, CI, Malone, KE, Daling, JR *Differences in breast cancer hormone receptor status and histology by race and ethnicity among women 50 years of age and older.* Cancer Epidemiol Biomarkers Prev. 2002 Jul:11(7):601-7.

277. Li, CI, Malone, KE, Porter, PL, Weiss, NS, Tang, MT, Cushing-Haugen, KL, Daling, JR *Relationship between long durations and different regimens of hormone therapy and risk of breast cancer.* JAMA. 2003 Jun 25; 289(24):3254-63.

278. Li, CL, Malone, KE, Porter, PL, Weiss, NS, Tang, MT, Daling, JR *The relationship between alcohol use and risk of breast cancer by histology and hormone receptor status among women 65-79 years of age.* Cancer Epidemiol Biomarkers Prev. 2003 Oct;12(10):1061-6

279. Liang Y, Hyder SM. *Proliferation of Endothelial and Tumor Epithelial Cells by Progestin-Induced VEGF from Human Breast Cancer Cells: Paracrine and Autocrine Effects.* Endocrinology. 2005 Apr 21; [Epub ahead of print]

280. Lippert TH, Seeger H,  Mueck AO *Pharmacology and toxicology of different estrogens* Gynecol Endocrinol 2001 Sept; 15(Supp 4):26-33

281. Lippert, TH, Seeger, H, Mueck, AO *Are pharmacological considerations of relevance in hormone replacement therapy for prevention of chronic disease?* J Obstet Gynaecol. 2003 May;23(3):263-6

282. Liu, X, Yao, J, Pisha, E, Yang, Y, Hua, Y, van Breemen, R, Bolton, J *Oxidative DNA damage induced by equine estrogen metabolites: role of estrogen receptor alpha.* Chem Res Toxicol 2002;15:512-9`

283. Lokkegaard E, Lidegaard O, Moller LN, Agger C, Andreason AH, Jorgensen T *Hormone replacement therapy in Denmark, 1995-2004.* Acta Obstet Gynecol Scand 2007;86(11):1342-51

284. Long MD, Martin CF, Galanko JA, Sandler RS. *Hormone Replacement Therapy, Oral Contraceptive Use, and Distal Large Bowel Cancer: A Population-Based Case-Control Study.* Am J Gastroenterol. 2010 Mar 30. [Epub ahead of print]

285. Longnecker, MP, Paganini-Hill, A, Ross, RK *Lifetime alcohol consumption and breast cancer risk among postmenopausal women in Los Angeles.* Cancer Epidemiol Biomarkers Prev. 1995 Oct-Nov;4(7):721-5

286. Lopez-Garcia MA, Geyer FC, Lacroix-Triki M, Marchió C, Reis-Filho JS. *Breast cancer precursors revisited: molecular features and progression pathways.* Histopathology. 2010 Aug;57(2):171-92. Epub 2010 May 24.

287. Lu S, Becker KA, Hagen MJ, Yan H, Roberts AL, Mathews LA, Schneider SS, Siegelmann HT, MacBeth KJ, Tirrell SM, Blanchard JL, Jerry DJ. *Transcriptional responses to estrogen and progesterone in mammary gland identify networks regulating p53 activity.* Endocrinology. 2008 Oct;149(10):4809-20. Epub 2008 Jun 12.

288. Lumachi F, Ermani M, Brandes AA, Basso U, Paris M, Basso SM, Boccagni P, *Breast cancer risk in healthy and symptomatic women: results of a multivariate analysis. A case-control study.; ; .* Biomed Pharmacother. 2002 Oct;56(8):416-20

289. Lyytinen H, Pukkala E, Ylikorkala O. *Breast cancer risk in postmenopausal women using estradiol-progestogen therapy.* Obstet Gynecol. 2009 Jan;113(1):65-73.

290. Mack TM, Pike MC, Henderson BE, Pfeffer RI, Gerkins VR, Arthur M, Brown SE *Estrogens and endometrial cancer in a retirement community.* N Engl J Med. 1976 Jun 3;294(23):1262-7

291. MacLennan AH, Gill TK, Broadbent JL, Taylor AW *Continuing decline in hormone therapy use: population trends over 17 years.* Climacteric. 2009 Apr;12(2):122-30.

292. MacMahon B *Epidemiology and the causes of breast cancer.* Int J Cancer 2006;118: 2373-2378

293. MacMahon B, Cole P, Brown J. *Etiology of human breast cancer: a review.* J Natl Cancer Inst. 1973 Jan;50(1):21-42.

294. MacMahon B, Cole P. *Is the incidence of breast cancer declining?* Epidemiology. 2008 Mar;19(2):268-9.

295. Madigan MP. Ziegler RG, Benichou J, Byrne C, Hoover RN *Proportion of Breast Cancer Cases in the United States Explained by Well-Established Risk Factors* Journal of the National Cancer Institute, 1995; 22:1681-1685

296. Magnusson, C, Baron, JA, Correia, N, Bergstrom, R, Adami, H, Persson, I *Breast-cancer risk following long-term oestrogen- and oestrogen-progestin-replacement therapy.* Int J Cancer 1999;81:339-344

297. Magnusson, C, Holmberg, L, Norden, T, Lindgren, A, Persson, I *Prognostic characteristics in breast cancers after hormone replacement therapy.* Breast Cancer Res Treat. 1996;38(3):325-34

298. Majumdar SR, Almasi EA, Stafford RS, *Promotion and prescribing of hormone therapy after report of harm by the Women's Health Initiative.; ; .* JAMA. 2004 Oct 27;292(16):1983-8

299. Malarkey, WB, Burleson, M, Cacioppo, JT, Poehlmann, K, Glaser, R, Kiecolt-Glaser, JK *Differential effects of estrogen and medroxyprogesterone on basal and stress-induced growth hormone release, IGF-1 levels, and cellular immunity in postmenopausal women.* Endocrine. 1997 Oct;7(2):227-33

300. Manjer J, Malina J, Berglund G, Bondeson L, Garne JP, Janzon L. *Smoking associated with hormone receptor negative breast cancer.* Int J Cancer. 2001 Feb 15;91(4):580-4.

301. Manjer, J, Malina, J, Berglund, G, Bondeson, L, Garne, JP, Janzon, L *Increased incidence of small and well-differentiated breast tumours in post-menopausal women following hormone-replacement therapy.* Int J Cancer. 2001 Jun 15;92(6):919-22

21

302.   Marchbanks, PA, McDonald, JA, Wilson, HG, Folger, SG, Mandel, MG, Daling, JR, Bernstein, L, Malone, KE, Ursin, G, Strom, BL, Norman, SA, Wingo, PA, Burkman, RT, Berlin, JA, Simon, MS, Spirtas, R, Weiss, LK *Oral contraceptives and the risk of breast cancer.* N Engl J Med. 2002 Jun 27; 346(26):2025-32.

303.   Marshall SF, Bernstein L, Anton-Culver H, Deapen D, Horn-Ross PL, Mohrenweiser H, Peel D, Pinder R, Purdie DM, Reynolds P, Stram D, West D, Wright WE, Ziogas A, Ross RK. *Nonsteroidal anti-inflammatory drug use and breast cancer risk by stage and hormone receptor status.* J Natl Cancer Inst. 2005 Jun 1;97(11):805-12.

304.   Marshall SF, Clarke CA, Deapen D, Delellis Henderson K, Largent J, Neuhausen SL, Reynolds P, Ursin G, Horn-Ross PL, Stram DO, Templeman C, Bernstein L. *Recent breast cancer incidence trends according to hormone therapy use: the California Teachers Study cohort.* Breast Cancer Res. 2010 Jan 8;12(1):R4. [Epub ahead of print]

305.   Martin RM, Wheeler BW, Metcalfe C, Gunnell D. *What was the immediate impact on population health of the recent fall in hormone ; replacement therapy prescribing in England? Ecological study.* J Public Health (Oxf). 2010 Mar 28. [Epub ahead of print]

306.   McCarty, MF *Androgenic progestins amplify the breast cancer risk associated with hormone replacement therapy by boosting IGF-I activity.* Med Hypotheses. 2001 Feb;56(2):213-6

307.   McDonald, JA, Mandel, MG, Marchbanks, PA, Folger, SG, Daling, JR, Ursin, G, Simon, MS, Berstein, L, Strom, BL, Norman, SA, Malone, KE, Weiss, LK, Burkman, RT, Weber, AL, Apirtas, R *Alcohol exposure and breast cancer: results of the women's contraceptive and reproductive experiences study.* Cancer Epidemiol Biomarkers Prev. 2004 Dec;13(12):2106-16

308.   McPherson K, Mant R *Dose and duration of hormone use: understanding the effects of combined menopausal hormones on breast cancer better, 1976-2004.* J Epidemiol Community Health 2005;59:1078-1079

309.   McPherson K, Mant R. *Dose and duration of hormone use: understanding the effects of combined; menopausal hormones on breast cancer better, 1976-2004.* J Epidemiol Community Health. 2005 Dec;59(12):1078-9.

310.   Menes TS, Kerlikowske K, Jaffer S, Seger D, Miglioretti DL. *Rates of atypical ductal hyperplasia have declined with less use of postmenopausal hormone treatment: findings from the Breast Cancer Surveillance Consortium.* Cancer Epidemiol Biomarkers Prev. 2009 Nov;18(11):2822-8.

311.   Menon U, Burnell M, Sharma A, Gentry-Maharaj A, Fraser L, Ryan A, Parmar M, Hunter M, Jacobs I *Decline in use of hormone therapy among postmenopausal women in the United Kingdom.* Menopause 2007;14(3 Pt 1):462-7

312.   Micheletti Marie Christine (MC) - LABORATOIRE THERAMEX P. de Reilhac(1), M.-C. Micheletti(2), J.-P. Daures(3), T. Maudelonde(4), M. Espié(5) *ABSTRACT: Mission study, 3rd follow-up: the new results of a French National Cohort on breast cancer incidence in postmenopausal women treated by hormone replacement therapy or not.* Presented at the 13th World Congress on Menopause, Rome 2011; http://www.biomedicaltechnologies.com/

313. Million Women Study Collaborators (Beral) *Breast Cancer and Hormone Replacement Therapy in the Million Women Study.* Lancet 2003; 362:419-27

314. Mishra G, Kok H, Ecob R, Cooper R, Hardy R, Kuh D. *Cessation of hormone replacement therapy after reports of adverse findings from; randomized controlled trials: evidence from a British Birth Cohort.* Am J Public Health. 2006 Jul;96(7):1219-25. Epub 2006 May 30.

315. Modena MG, Sismondi P, Mueck AO, Kuttenn F, Lignieres B, Verhaeghe J, Foidart JM, Caufriez A, Genazzani AR; The TREAT. *New evidence regarding hormone replacement therapies is urgently required Transdermal postmenopausal hormone therapy differs from oral hormone therapy in risks and benefits.* Maturitas. 2005 Sep 16;52(1):1-10

316. Monroe KR, Murphy SP, Kolonel LN, Pike MC *Prospective study of grapefruit intake and risk of breast cancer in postmenopausal women: the Multiethnic Cohort Study* Br J Cancer 2007 Jul 10;[Epub ahead of print]

317. Moore, MR, Conver, JL, Franks, KM *Progestin effects on long-term growth, death, and Bcl-xL in breast cancer cells.* Biochem Biophys Res Commun. 2000 Nov 2;277(3):650-4

318. Moorman PG, Kuwabara H, Millikan RC, Newman B, *Menopausal hormones and breast cancer in a biracial population.* Am J Public Health. 2000 Jun;90(6):966-71

319. Moorman PG, Newman B, Millikan RC, Tse CK, Sandler DP. *Participation rates in a case-control study: the impact of age, race, and race of interviewer.* Ann Epidemiol. 1999 Apr;9(3):188-95.

320. Morabia A, Bernstein M, Ruiz J, Heritier S, Diebold Berger S, Borisch B. *Relation of smoking to breast cancer by estrogen receptor status.* Int J Cancer. 1998 Jan 30;75(3):339-42.

321. Morimoto LM, White E, Chen Z, Chlebowski RT, Hays J, Kuller L, Lopez AM, Manson J, Margolis KL, Muti PC, Stefanick ML, McTiernan A. *Obesity, body size, and risk of postmenopausal breast cancer: the Women's Health Initiative (United States).* Cancer Causes Control. 2002 Oct;13(8):741-51.

322. Murkes D, Conner P, Leifland K, Tani E, Beliard A, Lundström E, Söderqvist G. *Effects of percutaneous estradiol-oral progesterone versus oral conjugated equine estrogens-medroxyprogesterone acetate on breast cell proliferation and bcl-2 protein in healthy women.* Fertil Steril. 2011 Mar 1;95(3):1188-91. Epub 2010 Nov 10.

323. N/A *SEER Age Adjusted Incidence Rates by Race For Breast Cancer, Ages 50+, Females SEER 9 Registries for 1975-2003 Age-Adjusted to the 2000 US Std Population* Surveillance, Epidemiology, and End Results (SEER) Program (www.seer.cancer.gov) SEER*Stat Database: Incidence - SEER 9 Regs Public-Use, Nov 2005 Sub (1973-2003), National Cancer Institute, DCCPS, Surveillance Research Program, Cancer Statistics Branch, released April 2006, based on the November 2005 submission.

324. Nachtigall MJ, Smilen SW, Nachtigall RD *Incidence of breast cancer in a 22 year study of women receiving estrogen-progestin replacement therapy* Obstet Gynecol 1992; 80:827-830

325. Nachtigall, LE, Nachtigall, RH, Nachtigall, RD, Beckman, EM *Estrogen replacement therapy II: a prospective study in the relationship to carcinoma and cardiovascular and metabolic problems.* Obstet Gynecol 1979;54:74-9

326. Nadji M, Gomez-Fernandez C, Ganjei-Azar P, Morales AR., , *Immunohistochemistry of estrogen and progesterone receptors reconsidered: experience with 5,993 breast cancers.* Am J Clin Pathol. 2005 Jan;123(1):21-7.

327. Nagao Y, Kawaguchi Y, Sugiyama Y, Saji S, Kashiki Y. *Relationship between mammographic density and the risk of breast cancer in Japanese women: a case-control study.* Breast Cancer. 2003;10(3):228-33.

328. Nasca PC, Liu S, Baptiste MS, Kwon CS, Jacobson H, Metzger BB.` *Alcohol consumption and breast cancer: estrogen receptor status and histology.* Am J Epidemiol. 1994 Dec 1;140(11):980-8.

329. National Cancer Institute *SEER Cancer Statistics Review 1975-2007*

330. National Institute on Aging *ELITE: Early Versus Late Intervention Trial With Estradiol* ClinicalTrails.gov; Identifier NCT00114517; Study ID Numbers AG0025, R01AG024154

331. Nayfield SG, Karp JE, Ford LG, Dorr FA, Kramer BS. *Potential role of tamoxifen in prevention of breast cancer.* J Natl Cancer Inst. 1991 Oct 16;83(20):1450-9.

332. Neubauer H, Yang Y, Seeger H, Fehm T, Cahill MA, Tong X, Ruan X, Mueck AO. *The presence of a membrane-bound progesterone receptor sensitizes the estradiol-induced effect on the proliferation of human breast cancer cells.* Menopause. 2011 Apr 26. [Epub ahead of print]

333. Neutel CI, Morrison H. *Could recent decreases in breast cancer incidence really be due to lower HRT use? Trends in attributable risk for modifiable breast cancer risk factors in Canadian women.* Can J Public Health. 2010 Sep-Oct;101(5):405-9.

334. Newcomb, PA, Longnecker, MP, Storer, BE, Mittendorf, R, Baron, J, Clapp, RW, Bogdan, G, Willett, WC *Long-term hormone replacement therapy and risk of breast cancer in postmenopausal women.* Am J Epidemiol. 1995 Oct 15; 142(8):788-95.

335. Newcomb, PA, Titus-Ernstoff, L, Egan, KM, Trentham-Dietz, A, Baron, JA, Storer, BE, Willett, WC, Stampfer, MJ *Postmenopausal estrogen and progestin use in relation to breast cancer risk.* Cancer Epidemiol Biomarkers Prev. 2002 Jul 11(7):593-600.

336. Newcomer, LM, Newcomb, PA, Potter, JD, Yasui, Y, Trentham-Dietz, A, Storer, BE, Longnecker, MP, Baron, JA, Daling, JR *Postmenopausal hormone therapy and risk of breast cancer by histologic type (United States).* Cancer Causes Control. 2003 Apr 14(3):225-33.

337. Newcomer, LM, Newcomb, PA, Trentham-Dietz, A, Longnecker, MP, Greenberg, ER *Oral contraceptive use and risk of breast cancer by histologic type.* Int J Cancer. 2003 Oct 10;106(6):961-4

338. NIH, DHHS, NHLBI *Pamphlet: Facts about Menopausal Hormone Therapy.* NIH Publication # 05-5200; Revised June 2005

339. Nkoy FL, Hammond ME, Rees W, Belnap T, Rowley B, Catmull S, Sause W. *Variable specimen handling affects hormone receptor test results in women with breast cancer: a large multihospital retrospective study.* Arch Pathol Lab Med. 2010 Apr;134(4):606-12.

24

340. Norman SA, Berlin JA, Weber AL, Strom BL, Daling JR, Weiss LK, Marchbanks PA, Bernstein L, Voigt LF, McDonald JA, Ursin G, Liff JM, Burkman RT, Malone KE, Simon MS, Folger SG, Deapen D, Wingo PA, Spirtas R *Combined effect of oral contraceptive use and hormone replacement therapy on breast cancer risk in postmenopausal women* Cancer Causes and Control 2003;14:933-943

341. North American Menopause Society *Estrogen and progestogen use in postmenopausal women: 2010 position statement of The North American Menopause Society.* Menopause. 2010 Feb 12. [Epub ahead of print]

342. Nozaki, M, Koera, K, Nagata, H, Nakano, H *Hormone replacement therapy and breast cancer risk in Kyushu University Hospital: Supporting the Women's Health Initiative study.* J Obstet Gynaecol Res. 2004 Aug;30(4):297-302

343. Nugent, AG, Leung, KC, Sullivan, D, Reutens, AT, Ho, KK *Modulation by progestogens of the effects of oestrogen on hepatic endocrine function in postmenopausal women.* Clin Endocrinol (Oxf). 2003 Dec;59(6):690-8

344. O'Connor, IF, Shembekar, MV, Shousha, S. *Breast carcinoma developing in patients on hormone replacement therapy: a histological and immunohistological study.* J Clin Pathol. 1998 Dec; 51(12):935-8.

345. Olsson H, Bladstrom A, Ingvar C, Moller TR *A population-based cohort study of HRT use and breast cancer in southern Sweden.* Br J Cancer 2001 Spet 1;85(5):674-7.

346. Olsson, HL, Ingvar, C, Bladstrom, A *Hormone replacement therapy containing progestins and given continuously increases breast carcinoma risk in Sweden.* Cancer. 2003 Mar 15;97(6):1387-92

347. Opatrny L, Dell'Aniello S, ASsouline S, Suissa S *Hormone replacement therapy use and variations in the risk of breast cancer* BJOG 2008;115(2);169-175

348. Pappo I, Meirshon I, Karni T, Siegelmann-Danielli N, Stahl-Kent V, Sandbank J, Wasserman I, Halevy A, *The characteristics of malignant breast tumors in hormone replacement therapy users versus nonusers; .* Ann Surg Oncol. 2004 Jan;11(1):52-8

349. Parkin DM. *Is the recent fall in incidence of post-menopausal breast cancer in UK related to changes in use of hormone replacement therapy?* Eur J Cancer. 2009 Feb 11. [Epub ahead of print]

350. Pasqualini, JR *Differential effects of progestins on breast tissue enzymes.* Maturitas. 2003 Dec 10;46 Suppl 1:S45-54

351. Paul C *Commentary: Hormone therapy and breast cancer incidence: did epidemiologists miss an effect on national trends?* Int J Epidemiol 2008 Mar 28 [Epub ahead of print]

352. Pelucchi C, Levi F, La Vecchia C. *The rise and fall in menopausal hormone therapy and breast cancer incidence.* Breast. 2010 Jun;19(3):198-201. Epub 2010 Feb 21.

353. Pentti K, Honkanen R, Tuppurainen MT, Sandini L, Kroger H, Saarikoski S. *Hormone replacement therapy and mortality in 52- to 70-old women: the Kuopio Osteoporosis Risk Factor and Prevention Study.* Eur J Endocrinol. 2006 Jan;154(1):101-7.

354. Persson I, Weiderpass E, Bergkvist L, Bergstrom R, Schairer C, *Risks of breast and endometrial cancer after estrogen and estrogen-progestin replacement.* Cancer Causes Control. 1999 Aug;10(4):253-60

355.  Persson I, Yuen J, Bergkvist L, Adami HO, Hoover R, Schairer C. *Combined oestrogen-progestogen replacement and breast cancer risk.* Lancet. 1992 Oct 24;340(8826):1044.

356.  Persson, I, Thurfjell, E, Bergstrom, R, Holmberg, L *Hormone replacement therapy and the risk of breast cancer. Nested case-control study in a cohort of Swedish women attending mammography screening.* Int J Cancer. 1997 Sep 4;72(5):758-61

357.  Persson, I, Yuen, J, Bergkvist, L, Schairer, C *Cancer incidence and mortality in women receiving estrogen and estrogen-progestin replacement therapy--long-term follow-up of a Swedish cohort.* Int J Cancer. 1996 Jul 29;67(3):327-32

358.  Peters AA, Buchanan G, Ricciardelli C, Bianco-Miotto T, Centenera MM, Harris JM, ; Jindal S, Segara D, Jia L, Moore NL, Henshall SM, Birrell SN, Coetzee GA,; Sutherland RL, Butler LM, Tilley WD. *Androgen receptor inhibits estrogen receptor-alpha activity and is prognostic in ; breast cancer.* Cancer Res. 2009 Aug 1;69(15):6131-40. Epub 2009 Jul 28.

359.  Pharriss BB. *Clinical experience with the intrauterine progesterone contraceptive system.* J Reprod Med. 1978 Mar;20(3):155-65.

360.  Pike MC, Ross , *Estrogen-progestin replacement therapy: regulatory action needed.* Breast Cancer Res. 2002;4(6):222-3. Epub 2002 Oct

361.  Pines A, Sturdee DW, Birkhause MH, Schneider HP, Gambacciani M, Panay N, Board of the International Menopause Society *IMS updated recommendations on postmenopausal hormone therapy.* Climacteric 2007 Jun;10(3):181-94

362.  Ponti A, Rosso S, Zanetti R, Ricceri F, Tomatis, M, Segnan N *Re: Breast cancer incidence, 1980-2006: combined roles of menopausal hormone therapy, screening mammography, and estrogen receptor status.* J NAtl Cancer INst 2007 Dec 5;99(23):1817-8

363.  Porch JV, Lee IM, Cook NR, Rexrode KM, Burin JE. *Estrogen-progestin replacement therapy and breast cancer risk: the Women's Health Study (United States).* Cancer Causes Control. 2002 Nov;13(9):847-54.

364.  Prasad, R, Boland, GP, Cramer, A, Anderson, E, Knox, WF, Bundred, NJ *Short-term biologic response to withdrawal of hormone replacement therapy in patients with invasive breast carcinoma.* Cancer. 2003 Dec 15;98(12):2539-46

365.  Prehn A, Clarke C, Topol B, Glaser S, West D, *Increase in breast cancer incidence in middle-aged women during the 1990s.; ; .* Ann Epidemiol. 2002 Oct;12(7):476-81

366.  Prentice R, Stefanick, Howard, Barad, Kuller *Five Author Reply* Am J Epidemiol 2006;163:1067-1069

367.  Prentice RL, Chlebowski RT, STefanick ML, Manson JE, Langer RD, Pettinger M, Hendrix SL, Hubbell FA, Kooperberg C, Kuller LH, Lane DS, McTiernan A, O'Sullivan MJ, Rossouw JE, Anderson GL *Conjugated Equine Estrogens and Breast Cancer Risk in the Women's Health Initiative Clinical Trial and Observational Study* Am J Epidemiol 2008 Apr 29 [Epub ahead of print]

368.  Prentice RL, Chlebowski RT, Stefanick ML, Manson JE< Pettinger M, Hendrix SL, Hubbell FA, Kooperberg C, Killer LH, Lane DS, McTiernan A, Jo O'Sullivan M, Rossouw JE, Anderson GL *Estrogen Plus Progestin Therapy and Breast Cancer in Recently Postmenopausal Women.* Am J Epidemiol. 2008 May 15;167(10):1207-16. Epub 2008 Mar 27.

369. Prentice RL, Langer R, Stefanick ML, Howard BV, Pettinger M, Anderson G, Barad D, Curb JD, Kotchen J, Kuller L, Limacher M, Wactawski-Wende J. , *Combined Postmenopausal Hormone Therapy and Cardiovascular Disease: Toward Resolving the Discrepancy between Observational Studies and the Women's Health Initiative Clinical Trial.* Am J Epidemiol. 2005 Sep 1;162(5):404-14. Epub 2005 Jul 20.

370. Prentice RL, Manson JE, Langer RD, Anderson GL, Pettinger M, Jackson RD, Johnson KC, Kuller LH, Lane DS, Wactawski-Wende J, Brzyski R, Allison M, Ockene J, Sarto G, Rossouw JE. *Benefits and Risks of Postmenopausal Hormone Therapy When It Is Initiated Soon After Menopause* Am J Epidemiol. 2009 May 25.

371. Preston-Martin S, Pike MC, Ross RK, Jones PA, Henderson BE. *Increased cell division as a cause of human cancer.* Cancer Res. 1990 Dec 1;50(23):7415-21.

372. Ravdin PM, Cronin KA, Howlander N, Berg CD, Chlebowski RT, Feuer EJ, Edwards BK, Berry DA *The Decrease in Breast Cancer Incidence in 2003 in the United States* N England J Med 356;16:1670-1674

373. Ravdin PM, Cronin KA, Howlander N, Chlebowski RT, Berry DA *A sharp decrease in breast cancer incidence in the United States in 2003.* San Antonio Breast Cancer Symposium Abstract #5, 12/14/2006 General Session

374. Ravdin PM. *Hormone Replacement Therapy and the Increase in the Incidence of Invasive Lobular Cancer.* Breast Dis. 2009 Oct 21;30:3-8. [Epub ahead of print]

375. Rawal R, Lorenzo Bermejo J, Hemminki , *Risk of subsequent invasive breast carcinoma after in situ breast carcinoma in a population covered by national mammographic screening.* Br J Cancer. 2005 Jan 17;92(1):162-6

376. Ray G, Henson DE, Schwartz AM. *Cigarette Smoking as a Cause of Cancers Other Than Lung Cancer: An Exploratory Study Using the SEER Program.* Chest. 2010 Feb 12. [Epub ahead of print]

377. Ray WA *Observational Studies of Drugs and Mortality.* N Engl J Med 2005;353(22):2319-2321

378. Razavi P, Pike MC, Horn-Ross PL, Templeman C, Bernstein L, Ursin G. *Long-term Postmenopausal Hormone Therapy and Endometrial Cancer.* Cancer Epidemiol Biomarkers Prev. 2010 Feb;19(2):475-83. Epub 2010 Jan 19.

379. Reeves GK, Beral V, Green J, Gathani T, Bull D; for the Million Women Study Collaborators. *Hormonal therapy for menopause and breast-cancer risk by histological type: a cohort study and meta-analysis.* Lancet Oncol. 2006 Nov;7(11):910-8.

380. Reeves GK, Travis RC, Green J, Bull D, Tipper S, Baker K, Beral V, Peto R, Bell J, Zelenika D, Lathrop M; Million Women Study Collaborators. *Incidence of breast cancer and its subtypes in relation to individual and multiple low-penetrance genetic susceptibility loci.* JAMA. 2010 Jul 28;304(4):426-34.

381. Remontet L, Esteve J, Bouvier AM, Grosclaude P, Launoy G, Menegoz F, Exbrayat C, Tretare B, Carli PM, Guizard AV, Troussard X, Bercelli P, Colonna M, Halna JM, Hedelin G, Mace-Lesec'h J, Peng J, Buemi A, Velten M, Jougla E, Arveux P, Le Bodic L, Michel E, Sauvage M, Schvartz C, Faivre J. *Cancer incidence and mortality in France over the period 1978-2000.* Rev Epidemiol Sante Publique. 2003 Feb;51(1 Pt 1):3-30.

27

382.  Resource for Cancer Epidemiology, Austin D *Uterine Cancer Incidence, San Francisco Bay Area 1960-1975* 1/1/1978

383.  Reynolds P, Hurley S, Goldberg DE, Anton-Culver H, Bernstein L, Deapen D, Horn-Ross PL, Peel D, Pinder R, Ross RK, West D, Wright WE, Ziogas A. *Regional variations in breast cancer among california teachers.* Epidemiology. 2004 Nov;15(6):746-54.

384.  Rigby AJ, Ma J, Stafford RS *Women's awareness and knowledge of hormone therapy post-Women's Health Initiative.* Menopause 14(5):853-8

385.  Ringa V, Ledesert B, Gueguen R, Schiele F, Breart G. *Determinants of hormonal replacement therapy in recently postmenopausal women.* Eur J Obstet Gynecol Reprod Biol. 1992 Jul 24;45(3):193-200.

386.  Ringa V, Varnoux N, Piault S, Breart G. *Hormone therapy use among postmenopausal French women before the publication of the Women's Health Initiative study: duration of use and factors associated with discontinuation.* Fertil Steril. 2005 Jun;83(6):1771-9.

387.  Ringa V; Fournier A *Did the decrease in use of menopausal hormone therapy induce a decrease in the incidence of breast cancer in France (and elsewhere)?* Rev Epidemiol Sante Publique 2008 Oct;56(5):297-301. Epub 2008 Oct 22

388.  Risch, HA, Howe, GR *Menopausal hormone usage and breast cancer in Saskatchewan: a record-linkage cohort study.* Am J Epidemiol. 1994 Apr 1;139(7):670-83

389.  Riviere, M, Chouroulinkovi, I, Guerin, M *[Appearance of mammary tumors in the male rat subjected to combined estrogen and progesterone treatment] French article.* C R Seances Soc Biol Fil 1961;155:2102-4

390.  Robbins AS, Clarke CA. *Regional Changes in Hormone Therapy Use and Breast Cancer Incidence in California From 2001 to 2004.* J Clin Oncol. 2007 Aug 10;25(23):3437-9. Epub 2007 Jun 25.

391.  Rohan TE, Negassa A, Chlebowski RT, Lasser NL, McTiernan A, Schenken RS, Ginsberg M, Wassertheil-Smoller S, Page DL. *Estrogen plus progestin and risk of benign proliferative breast disease.* Cancer Epidemiol Biomarkers Prev. 2008 Sep;17(9):2337-43. Epub 2008 Aug 25.

392.  Rosenberg L, Palmer JR, Wise LA, Adams-Campbell LL. *A prospective study of female hormone use and breast cancer among black women.* Arch Intern Med. 2006 Apr 10;166(7):760-5.

393.  Rosenberg LU, Einarsdottir K, Friman EI, Wedren S, Dickman PW, Hall P, Magnusson C. *Risk factors for hormone receptor-defined breast cancer in postmenopausal women.* Cancer Epidemiol Biomarkers Prev. 2006 Dec;15(12):2482-8.

394.  Rosenberg LU, Magnusson C, Lindstrom E, Wedren S, Hall P, Dickman PW *Menopausal hormone therapy and other breast cancer risk factors in relation to the risk of different histological subtypes of breast cancer: a case-control study.* Breast Cancer Research 2006, 8:R11 (doi:10.1186/bcr1378)

395.  Rosner B, Colditz GA, Iglehart JD, Hankinson SE. *Risk prediction models with incomplete data with application to prediction of; estrogen receptor-positive breast cancer: prospective data from the Nurses'; Health Study.* Breast Cancer Res. 2008;10(4):R55. Epub 2008 Jul 3.

396. Ross RK, Paganini-Hill A, Mack TM, Arthur M, Henderson BE. *Menopausal oestrogen therapy and protection from death from ischaemic heart disease.* Lancet. 1981 Apr 18;1(8225):858-60.

397. Ross, RK, Paganini-Hill, A, Gerkins, VR, Mack, TM, Pfeffer, R, Arthur, M, Henderson, BE *A case control study of menopausal estrogen therapy and breast cancer.* JAMA 1980;243:1635-1639

398. Ross, RK, Paganini-Hill, A, Wan, PC, Pike, MC, *Effect of hormone replacement therapy on breast cancer risk: Estrogen versus estrogen plus progestin.* J Natl Cancer Inst 2000;92:328-332

399. Santen RJ, Allred DC, Ardoin SP, Archer DF, Boyd N, Braunstein GD, Burger HG,; Colditz GA, Davis SR, Gambacciani M, Gower BA, Henderson VW, Jarjour WN, Karas; RH, Kleerekoper M, Lobo RA, Manson JE, Marsden J, Martin KA, Martin L, Pinkerton ; JV, Rubinow DR, Teede H, Thiboutot DM, Utian WH. *Postmenopausal Hormone Therapy: An Endocrine Society Scientific Statement.* J Clin Endocrinol Metab. 2010 Jun 21. Vol 95, Supp. 1, (7).

400. Santen RJ, Pinkerton J, McCartney C, Petroni GR. *Risk of breast cancer with progestins in combination with estrogen as hormone replacement therapy.* J Clin Endocrinol Metab. 2001 Jan;86(1):16-23.

401. Saxena T, Lee E, Henderson KD, Clarke CA, West D, Marshall SF, Deapen D, Bernstein L, Ursin G. *Menopausal hormone therapy and subsequent risk of specific invasive breast cancer subtypes in the California Teachers Study.* Cancer Epidemiol Biomarkers Prev. 2010 Sep;19(9):2366-78. Epub 2010 Aug 10.

402. Scarabin, PY, Alhenc-Gelas, M, Plu-Bureau, G, Taisne, P, Agher, R, Aiach, M *Effects of oral and transdermal estrogen/progesterone regimens on blood coagulation and fibrinolysis in postmenopausal women. A randomized controlled trial.* Arterioscler Thromb Vasc Biol. 1997 Nov;17(11):3071-8

403. Schairer C, Byrne C, Keyl PM, Brinton LA, Sturgeon SR, Hoover RN. *Menopausal estrogen and estrogen-progestin replacement therapy and risk of breast cancer (United States).* Cancer Causes Control. 1994 Nov;5(6):491-500.

404. Schairer, C *Progesterone receptors--animal models and cell signalling in breast cancer. Implications for breast cancer of inclusion of progestins in hormone replacement therapies; .* Breast Cancer Res. 2002;4(6):244-8

405. Schairer, C, Gail, M, Byrne, C, Rosenberg, PS, Sturgeon, SR, Brinton, LA, Hoover, Rn *Estrogen replacement therapy and breast cancer survival in a large screening study.* J Natl Cancer Inst. 1999 Feb 3;91(3):264-70

406. Schairer, C, Lubin, J, Troisi, R, Sturgeon, S, Brinton, L, Hoover, R *Menopausal estrogen and estrogen-progestin replacement therapy and breast cancer risk.* JAMA 2000;283:485-491

407. Schiff I, Sela HK, Cramer D, Tulchinsky D, Ryan KJ. *Endometrial hyperplasia in women on cyclic or continuous estrogen regimens.* Fertil Steril. 1982 Jan;37(1):79-82.

408. Schlemmer A, Jensen J, Riis BJ, Christiansen C. *Smoking induces increased androgen levels in early post-menopausal women.* Maturitas. 1990 Jun;12(2):99-104.

409. Schneider C, Jick SS, Meier CR. *Risk of gynecological cancers in users of estradiol/dydrogesterone or other HRT preparations.* Climacteric. 2009 Dec;12(6):514-24.

410. Schonfeld SJ, Pee D, Greenlee RT, Hartge P, Lacey JV Jr, Park Y, Schatzkin A, Visvanathan K, Pfeiffer RM. *Effect of Changing Breast Cancer Incidence Rates on the Calibration of the Gail Model.* J Clin Oncol. 2010 Apr 5. [Epub ahead of print]

411. Schulz KF, Grimes DA. *Sample size calculations in randomised trials: mandatory and mystical.* Lancet. 2005 Apr 9;365(9467):1348-53.

412. Scottish Medicines Consortium (SMC) *Scottish Medicines Consortium - Assessment of Utrogestan (micronized progesterone) for use in NHS Scotland* www.scottishmedicines.org.uk

413. Seeger H, Mueck AO *Are the progestins responsible for breast cancer risk during hormone therapy in the postmenopause? Experimental vs. clinical data* j Steroid Biochem Mol Biol 2007 Dec 7 [Epub ahead of print]

414. SEER *Age-Adjusted U.S. Mortality Rates for Ages 50-64, from 1975-2005* SEER Fast Stats

415. SEER *Probability of Developing Breast Cancer by Race, Females SEER 17 registries for 2003-5* www.seer.cancer.gov

416. SEER *Age-Adjusted SEER Incidence Rates for Breast Cancer for all ages, all races 1975-2006 (SEER 9)* SEER

417. Selman, PJ, van Garderen, E, Mol, JA, van den Ingh, TS *Comparison of the histological changes in the dog after treatment with the progestins medroxyprogesterone acetate and proligestone.* Vet Q. 1995 Dec;17(4):128-33

418. Setiawan VW, Monroe KR, Wilkens LR, Kolonel LN, Pike MC, Henderson BE. *Breast cancer risk factors defined by estrogen and progesterone receptor status: ; the multiethnic cohort study.* Am J Epidemiol. 2009 May 15;169(10):1251-9. Epub 2009 Mar 24.

419. Shapiro S *Recent epidemiological evidence relevant to the clinical management of the menopause* Climacteric 10(Supp 2):2-15

420. Shapiro, S *The Million Women Study: potential biases do not allow uncritical acceptance of the data.* Climacteric. 2004 Mar;7(1):3-7

421. Shapiro, S; Tucker G *Risks of estrogen plus progestin therapy: a sensitivity analysis of findings in the women's health initiative randomized controlled trial.* Climacteric 2003;6:302-310

422. Sharpe KH, McClements P, Clark DI, Collins J, Springbett A, Brewster DH. *Reduced risk of oestrogen receptor positive breast cancer among peri- and post-menopausal women in Scotland following a striking decrease in use of hormone replacement therapy.* Eur J Cancer. 2010 Jan 30. [Epub ahead of print]

423. Sillero-Arenas, M, Delgado-Rodriguez, M, Rodigues-Canteras, R, Bueno-Cavanillas, A, Galvez-Vargas, R *Menopausal hormone replacement therapy and breast cancer: A meta-analysis.* Obstet Gynecol. 1992;79:286-94

424. Silvera SA, Miller AB, Rohan TE. *Oral Contraceptive Use and Risk of Breast Cancer among Women with a Family History of Breast Cancer: a Prospective Cohort Study.* Cancer Causes Control. 2005 Nov;16(9):1059-63.

425. Silverman BG, Siegelmann-Danieli N, Braunstein R, Kokia ES. *Trends in breast cancer incidence associated with reductions in the use of hormone replacement therapy.* Cancer Epidemiol. 2010 Dec 14. [Epub ahead of print]

426. Simpson ER, Misso M, Hewitt KN, Hill RA, Boon WC, Jones ME, Kovacic A, Zhou J, Clyne CD. *Estrogen--the good, the bad, and the unexpected.* Endocr Rev. 2005 May;26(3):322-30. Epub 2005 Apr 7.

427. Simpson PT, Reis-Filho JS, Gale T, Lakhani SR *Molecular evolution of breast cancer.* J Pathol. 2005 Jan;205(2):248-54

428. Slanger TE, Chang-Claude JC, Obi N, Kropp S, Berger J, Vettorazzi E, Braendle W, Bastert G, Hentschel S, Flesch-Janys D. *Menopausal hormone therapy and risk of clinical breast cancer subtypes.* Cancer Epidemiol Biomarkers Prev. 2009 Apr;18(4):1188-96. Epub 2009 Mar 31.

429. Smigal C, Jemal A, Ward E, Cokkinides V, Smith R, Howe HL, Thun M *Trends in breast cancer by race and ethnicity: update 2006.* CA Cancer J Clin 2006 May-June;56(3):168-83

430. Smith DC, Prentice R, Thompson DJ, Herrmann WL, *Association of exogenous estrogen and endometrial carcinoma.* N Engl J Med. 1975 Dec 4;293(23):1164-7

431. Sprague BL, Trentham-Dietz A, Egan KM, Titus-Ernstoff L, Hampton JM, Newcomb PA *Proportion of Invasive Breast Cancer Attributable to Risk Factors Modifiable after Menopause* Am J Epidemiol 2008 Jun 13 [Epub ahead of print]

432. Sprague BL, Trentham-Dietz A, Remington PL. *The contribution of postmenopausal hormone use cessation to the declining incidence of breast cancer.* Cancer Causes Control. 2011 Jan;22(1):125-34. Epub 2010 Nov 16.

433. Stadel BV, Colman E, Sahlroot T. *Misleading use of risk ratios.* Lancet. 2005 Apr 9;365(9467):1306-7.

434. Staffa JA, Newschaffer CJ, Jones JK, Miller V. *Progestins and breast cancer: an epidemiologic review* Fertil Steril. 1992 Mar;57(3):473-91. Review.

435. Stahlberg C, Lynge E, Andersen ZJ, Keiding N, Ottesen B, Rank F, Hundrup YA, Obel EB, Pedersen AT. *Breast cancer incidence, case-fatality and breast cancer mortality in Danish women using hormone replacement therapy--a prospective observational study.* Int J Epidemiol. 2005 Aug;34(4):931-5.

436. Stahlberg, C, Pedersen, A, Lynge, E, Anderson, Z, Keiding, N, Hundrup, Y, Obel, E, Ottesen, B *Increased risk of breast cancer following different regimens of hormone replacement therapy frequently used in Europe.* Int. J. Cancer:109,721-727 (2004)

437. Stahlberg, C, Pedersen, AT, Andersen, ZJ, Keiding, N, Hundrup, YA, Obel, EB, Moller, S, Rank, F, Ottesen, B, Lynge, E *Breast cancer with different prognostic characteristics developing in Danish women using hormone replacement therapy.* Br J Cancer. 2004 Aug 16;91(4):644-50

438. Stahlberg, C, Pederson, AT, Lynge, E, Ottesen, B *Hormone replacement therapy and risk of breast cancer: the role of progestins.* Acta Obstet Gynecol Scand. 2003 Jul;82(7):335-44

439. Stanford, JL, Weiss, NS, Voigt, LF, Daling, JR, Habel, LA, Rossing, MA *Combined estrogen and progestin hormone replacement therapy in relation to risk of breast cancer in middle-aged women.* JAMA. 1995 Jul 12;274(2):137-42

31

440.   Stang A, Thomassen C *Decline in breast cancer incidence in the United States: what about male breast cancer?* Breast Cancer Res Treat 2008 Jan 5 [Epub ahead of print]

441.   Stefanick *Estrogens and progestins: background and history, trends in use, and guidelines and regimens approved by the US Food and Drug Administration.* Am J Med 2005 Dec 19;118(12 Suppl 2):64-73.

442.   Sterns EE, Zee B. *Mammographic density changes in perimenopausal and postmenopausal women: is effect of hormone replacement therapy predictable?* Breast Cancer Res Treat. 2000 Jan;59(2):125-32.

443.   Stevens RG. *Light-at-night, circadian disruption and breast cancer: assessment of existing evidence.* Int J Epidemiol. 2009 Aug;38(4):963-70. Epub 2009 Apr 20.

444.   Stuedal A, Ma H, Bjørndal H, Ursin G. *Postmenopausal hormone therapy with estradiol and norethisterone acetate and mammographic density: findings from a cross-sectional study among Norwegian women.* Climacteric. 2009 Jun;12(3):248-58.

445.   Sturdee DW, Pines A; International Menopause Society Writing Group, Archer DF, Baber RJ, Barlow D, Birkhäuser MH, Brincat M, Cardozo L, de Villiers TJ, Gambacciani M, Gompel AA, Henderson VW, Kluft C, Lobo RA, MacLennan AH, Marsden J, Nappi RE, Panay N, Pickar JH, Robinson D, Simon J, Sitruk-Ware RL, Stevenson JC. *Updated IMS recommendations on postmenopausal hormone therapy and preventive strategies for midlife health.* Climacteric. 2011 Jun;14(3):302-20.

446.   Suhrke P, Zahl PH, Maehlen J, Brewster DH, Sharpe KH, Clark DI, Collins J, Kumle M. *Declining breast cancer incidence and decreased HRT use.* Lancet. 2009 Feb 7;373(9662):459-1; author reply 461.

447.   Suissa S, Opatrny L *Commentary on 'Hormone replacement therapy use and variations in the risk of breast cancer'* BJOG 2008 Jun;155(7):918

448.   Suzuki R, Ye W, Rylander-Rudqvist T, Saji S, Colditz GA, Wolk A. *Alcohol and postmenopausal breast cancer risk defined by estrogen and progesterone receptor status: a prospective cohort study.* J Natl Cancer Inst. 2005 Nov 2;97(21):1601-8.

449.   Sweeney C, Blair CK, Anderson KE, Lazovich D, Folsom AR. *Risk factors for breast cancer in elderly women.* Am J Epidemiol. 2004 Nov 1;160(9):868-75.

450.   Séradour B, Allemand H, Weill A, Ricordeau P. *Changes by age in breast cancer incidence, mammography screening and hormone therapy use in France from 2000 to 2006.* Bull Cancer. 2009 Apr 1;96(4):E1-E6. PubMed PMID: 19435691

451.   Séradour B, Allemand H, Weill A, Ricordeau P. *Sustained lower rates of breast cancer incidence in France in 2007.* Breast Cancer Res Treat. 2010 Jun;121(3):799-800. Epub 2010 Feb 12.

452.   Tarone, RE, Chu, KC *The greater impact of menopause on ER- than ER+ breast cancer incidence: a possible explanation (United States).* Cancer Causes Control. 2002 Feb;13(1):7-14

453.   Tatsioni A, Siontis GC, Ioannidis JP. *Partisan Perspectives in the Medical Literature: A Study of High Frequency Editorialists Favoring Hormone Replacement Therapy.* J Gen Intern Med. 2010 Apr 28. [Epub ahead of print]

454. Tavani, A, Braga, C, La Vecchia, C, Negri, E, Franceschi, S *Hormone replacement treatment and breast cancer risk: an age-specific analysis.* Cancer Epidemiol Biomarkers Prev. 1997 Jan;6(1):11-4

455. The Women's Health Initiative Study Group. *Design of the Women's Health Initiative clinical trial and observational study. The Women's Health Initiative Study Group.* Control Clin Trials. 1998 Feb;19(1):61-109.

456. Thorat MA *What caused the decline in US breast cancer incidence?* Nat Clin Pract Oncol 2008;5(6):314-4

457. Tjonneland A, Christensen J, Thomsen BL, Olsen A, Overvad K, Ewertz M, Mellemkjaer L *Hormone replacement therapy in relation to breast carcinoma incidence rate ratios.* Cancer. 2004 Jun 1;100(11):2328-2337

458. Toh S, Hernández-Díaz S, Logan R, Robins JM, Hernán MA. *Estimating absolute risks in the presence of nonadherence: an application to a follow-up study with baseline randomization.* Epidemiology. 2010 Jul;21(4):528-39.

459. Tornber S, Kemetli L, Lvnge E, Helene Olson A, Hofvind S, Wang H, Antilla A, Halama M, Nystrom L *Breast cancer incidence and mortality in the Nordic capitals, 1970-1998. Trends related to mammography screening programmes.* acta Oncol 2006;45(5):528-35.

460. Trentham-Dietz A, Newcomb PA, Storer BE, Remington PL. *Risk factors for carcinoma in situ of the breast.* Cancer Epidemiol Biomarkers Prev. 2000 Jul;9(7):697-703.

461. Tsai SA, Stefanick ML, Stafford RS *Trends in menopausal hormone therapy use of US office-based physicians, 2000-2009.* Menopause. 2010 Nov 24. [Epub ahead of print]

462. Twombly R. *Estrogen's dual nature? Studies highlight effects on breast cancer.* J Natl Cancer Inst. 2011 Jun 22;103(12):920-1. doi: 10.1093/jnci/djr233.

463. Tworoger SS, Missmer SA, Barbieri RL, Willett WC, Colditz GA, Hankinson SE *Plasma sex hormone concentrations and subsequent risk of breast cancer among women using postmenopausal hormones.* J Natl Cancer Inst. 2005 Apr 20;97(8):595-602

464. Ursin, G, Tseng, CC, Paganini-Hill, A, Enger, S, Wan, PC, Formenti, S, Pilo, MC, Ross, RK *Does menopausal hormone replacement therapy interact with known factors to increase risk of breast cancer.* J Clin Oncol. 2002 Feb 1; 20(3):699-706.

465. Vakil DV, Morgan RW, Halliday M. *Exogenous estrogens and development of breast and endometrial cancer.* Cancer Detect Prev. 1983;6(4-5):415-24.

466. Valdivia I, Campodonico I, Tapia A, Capetillo M, Espinoza A, Lavin P. *Effects of tibolone and continuous combined hormone therapy on mammographic breast density and breast histochemical markers in postmenopausal women.* Fertil Steril. 2004 Mar;81(3):617-23.

467. Vankrunkelsven P, Kellen E, lousbergh D, Cloes E, de Beeck L, Faes C, Bruckers L, Mertens R, Coebergh JW, Van Leeuwen FE, Buntinx F *DUPLICATE; Reduction in hormone replacement therapy use and declining breast cancer incidence in the Belgian province of Limburg* Breast Cancer Res Treat February 24, 2009 [Epub ahead of print]

468. Verkooijen HM, Bouchardy C, Vinh-Hung V, Rapiti E, Hartman M. *The incidence of breast cancer and changes in the use of hormone replacement therapy: A review of the evidence.* Maturitas. 2009 Aug 24. [Epub ahead of print]

469. Verkooijen HM, Fioretta G, van der Heiden M, Koot VC, Bouchardy C *No major impact of mammography screening on the age specific incidence rates of breast cancer in the Netherlands* Int J Cnacer 2006 Oct 2; [Epub ahead of print]

470. Verkooijen HM, Koot VC, Fioretta G, van der Heiden M, Schipper ME, Rapiti E, Peeters PH, Peterse JL, Bouchardy C. *Hormone replacement therapy, mammography screening and changing age-specific incidence rates of breast cancer: an ecological study comparing two European populations.* Breast Cancer Res Treat. 2007 Mar 13; [Epub ahead of print]

471. Verkooijen, HM, Fioretta, G, Fioretta, G, Vlastos, G, Morabia, A, Schubert, H, Sappino, AP, Pelte, MF, Schafer, P, Kurtz, J, Bouchardy, C *Important increase of invasive lobular breast cancer incidence in Geneva, Switzerland.* Int J Cancer 2003;104:778-81

472. Vogel VG *Epidemiology of Breast Cancer* IN: The Breast: Comprehensive Managemenrt of Benign and Malignant Disorders 3rd Edition, Bland and Copeland, eds., Saunders Publishing 2004 Vol. 1:341-354.

473. von Schoultz E, Rutqvist LE; Stockholm Breast Cancer Study Group, *Menopausal hormone therapy after breast cancer: the Stockholm randomized trial.* J Natl Cancer Inst. 2005 Apr 6;97(7):533-5

474. Wallach S, Henneman P *Prolonged estrogen therapy in postmenopausal women* JAMA 171(12);1637-1642.

475. Wang S;Counterman LJ;Haslam SZ *Progesterone action in normal mouse mammary gland.* Endocrinology 1990 Nov;127(5):2183-9

476. Ward E, Jemal A, Thun M. *Regarding "Increase in Breast Cancer Incidence in Middle-aged Women during the 1990s".* Ann Epidemiol. 2005 Jun;15(6):424-5. Epub 2004 Dec 10.

477. Weiss NS, Szekely DR, Austin DF, *Increasing incidence of endometrial cancer in the United States.* N Engl J Med. 1976 Jun 3;294(23):1259-62

478. Weiss, LK, Burkman, RT, Cushing-Haugen, KL, Voigt, LF, Simon, MS, Daling, JR, Norman, SA, Bernstein, L, Ursin, G, Marchbanks, PA, Strom, BL, Berlin, JA, Weber, AL, Doody, DR, Wingo, PA, McDonald, JA, Malone, KE, Folger, SG, Spirtas, R *Hormone replacement therapy regimens and breast cancer risk (1).* Obstet Gynecol 2002;100:1148-58

479. Wellejus A, Olsen A, Tjonneland A, Thomsen BL, Overvad K, Loft S. *Urinary hydroxyestrogens and breast cancer risk among postmenopausal women: a prospective study.* Cancer Epidemiol Biomarkers Prev. 2005 Sep;14(9):2137-42.

480. Welsh ML, Buist DS, Aiello Bowles EJ, ANderson ML, Elmore JG, Li CI *Population-based estimates of the relation between breast cancer risk, tumor subtype, and family history.* Breast Cancer Res Treat 2008 Apr 25 [Epub ahead of print]

481. Willis, DB, Calle, EE, Miracle-McMahill, HL, Heath, CW *Estrogen replacement therapy and risk of fatal breast cancer in a prospective cohort of postmenopausal women in the United States.* Cancer Causes Control. 1996 Jul;7(4):449-57

482. Women's Health Initiative Steering Committee *Effects of conjugated equine estrogen in postmenopausal women with hysterectomy.* JAMA 2004;291:1701-12

483. Women's Health Initiative Steering Committee *Effects of Conjugated Equine Estrogen in Postmenopausal Women Having Undergone Hysterectomy: The Women's Health Initiative Randomized, Controlled Trials.* Obstet Gynecol Surv. 2004 Aug;59(8):599-600

484. Wood CE, Clarkson TB , Chen H , Veenstra TD, Xu X , Scott L , Cline JM *Comparative effects of oral conjugated equine estrogens and micronized 17beta-estradiol on breast proliferation: a retrospective analysis.* Menopause 2008 May 26[Epub ahead of print]

485. Wood CE, Register TC, Lees CJ, Chen H, Kimrey S, Mark Cline J *Effects of estradiol with micronized progesterone or medroxyprogesterone acetate on risk markers for breast cancer in postmenopausal monkeys.* Breast Cancer Res Treat. 2007 Jan;101(2):125-34.

486. Wrensch M, Chew T, Farren G, Barlow J, Belli F, Clarke C, Erdmann CA, Lee M, Moghadassi M, Peskin-Mentzer R, Quesenberry CP Jr, Souders-Mason V, Spence L, Suzuki M, Gould M, *Risk factors for breast cancer in a population with high incidence rates.; ; ; .* Breast Cancer Res. 2003;5(4):R88-102. Epub 2003 Apr 29

487. Writing Group for the PEPI Trial *Effects of estrogen or estrogen/progestin regimens on heart disease risk factors in postmenopausal women. the postmenopausal estrogen/progestin interventions (PEPI) trial. the writing group for the PEPI trial.* JAMA 1995;273:199-208

488. Writing Group for the PEPI Trial *Effects of hormone replacement therapy on endometrial histology in postmenopausal women. The Postmenopausal Estrogen/Progestin Interventions (PEPI) Trial. The Writing Group for the PEPI Trial.* JAMA. 1996 Feb 7;275(5):370-5

489. Writing Group WHI, Writing Groups for the Women's Health Initiative Investigators *Risks and benefits of estrogen plus progestin in healthy postmenopausal women: principal results From the Women's Health Initiative randomized controlled trial.* JAMA. 2002 Jul 17 288(3):321-33.

490. Wun LM, Feuer EJ, Miller BA *Are increases in mammographic screening still a valid explanation for trends in breast cancer incidence in the United States?* Cancer Causes Control. 1995 Mar;6(2):135-44.

491. Wysowski DK, Governale LA. *Use of menopausal hormones in the United States, 1992 through June, 2003.* Pharmacoepidemiol Drug Saf. 2005 Mar;14(3):171-6.

492. Wysowski, GOlden, Burke *Use of menopausal estrogens and medroxyprogesterone in the United States, 1982-1992* Obstet Gynecol 1995 Jan:85(1):6-10

493. Xiangyan Ruan (CN) - Mueck Alfred, Hans Neubauer2, Harald Seeger2, Tanja Fehm2, Michael A Cahill3, Yang Yang41; Dept. of Gynecol. Endocrinology, Beijing Ob/Gyn Hospital; Capital Medical University, Beijing, China2; University Women's Hospital, Tuebingen, Germany3 School of Biomedical Sciences, Charles Sturt; University, Wagga Wagga, NSW, Australia4 Dept. Obstetrics and Gynecology, Tongji Hospital of; Tongji University, Shanghai, China *ABSTRACT: The effect of progesterone and synthetic progestins on the proliferation of human breast cancer cells expressing a membrane-bound progesterone receptor.* Presented at the 13th World Congress on Menopause, Rome 2011; http://www.biomedicaltechnologies.com/

494. Yaffe M, Hendrix S, Pike M, Santen R, Eden J, Genazzani A. *Is mammographic density, as currently measured, a robust surrogate marker for breast cancer?* Gynecol Endocrinol. 2005 Jul;21 Suppl 1:17-21.

495. Yager JD, Davidson NE. *Estrogen carcinogenesis in breast cancer.* N Engl J Med. 2006 Jan 19;354(3):270-82.

496.   Zahl PH, Gøtzsche PC, Mæhlen J. Natural history of breast cancers detected in the Swedish mammography screening programme: a cohort study. Lancet Oncol. 2011 Oct 11. [Epub ahead of print]

497.   Zahl PH, Strand BH, Maehlen J. *Incidence of breast cancer in Norway and Sweden during introduction of nationwide screening: prospective cohort study.* BMJ. 2004 Apr 17;328(7445):921-4. Epub 2004 Mar 10.

498.   Zanetti-Dällenbach RA, Krause EM, Lapaire O, Gueth U, Holzgreve W, Wight E *Impact of hormone replacement therapy on the histologic subtype of breast cancer* Arch Gynecol Obstet 2008 MArch 12 [Epub ahead of print]

499.   Zbuk K, Anand SS. *Declining incidence of breast cancer after decreased use of hormone-replacement therapy: magnitude and time lags in different countries.* J Epidemiol Community Health. 2011 Aug 28. [Epub ahead of print]

500.   Zera RT, Danielson D, Van Camp JM, Schmidt-Steinbrunn B, Hong J, McCoy M, Anderson WR, Linzie BM, Rodriguez JL. *Atypical hyperplasia, proliferative fibrocystic change, and exogenous hormone use.* Surgery. 2001 Oct;130(4):732-7.

501.   Zheng T, Holford TR, Chen Y, Jones BA, Flannery J, Boyle P *Time trend of female breast carcinoma in situ by race and histology in Connecticut, USA.* Eur J Cancer 1997 Jan;33(1):96-100

502.   Zhou J, Ng S, Adesanya-Famuiya O, Anderson K, Bondy Ca *Testosterone inhibits estrogen-induced mammary epithelial proliferation and suppresses estrogen receptor expression.* FASEB J 14(12):1725

503.   Ziel HK, Finkle WD, *Increased risk of endometrial carcinoma among users of conjugated estrogens.* N Engl J Med. 1975 Dec 4;293(23):1167-70

504.   *Decline in Breast Cancer Incidence --- United States, 1999--2003* CDC MMWR 56(22):549-553

505.   *Prempro Prescribing information (label) 2010* Pfizer.com

506.   *Prometrium Patient Information 500033 3E Rev Mar 2010* Abbott Laboratories 2010

507.   *Prometrium Prescribing Information (label)* Abbott Laboratories 2010

508.   Abbott Laboratories *About Prometrium (Accessed 6/29/2011)* http://www.prometrium.com/patient/AboutPrometrium.aspx