# EXHIBIT 75

<u>**AMENDED GENERIC EXPERT REPORT & DECLARATION**</u>
<u>**OF PETER H. GANN, MD, ScD**</u>

1.   I have been informed that the reports of the defense experts in this case do not accept the proposition that exposure to combination menopausal hormone therapy (CMHT, i.e., estrogen plus one of the synthetic progestins: MPA, LNG or NETA) is a cause of breast cancer, including lobular breast cancer, and can cause lobular cancer with short-term use.  My opinions, set out below, respond to that position.  These opinions focus on general issues of causation and biological mechanisms, and do not specifically evaluate the causal role of CMHT in any *individual* case of breast cancer.

2.   This report incorporates, updates and adds to my earlier report (2005) dealing with more comprehensive issues regarding CMHT and breast cancer causation.

3.   The opinions contained in this report reflect my training and experience as a physician and research epidemiologist and are expressed within a reasonable degree of medical certainty.  In preparing this report, I have used the same standards and degree of intellectual rigor that I use in my usual professional work.


**BACKGROUND AND QUALIFICATIONS**

4.   I am currently a Professor in the Department of Pathology at the University of Illinois at Chicago (UIC) College of Medicine, where I also serve as Director of the Division of Pathology Research and Program Leader in Carcinogenesis and Chemoprevention in the UIC Cancer Center.  I received my medical degree at the University of Pennsylvania, where I also earned an M.S. degree in epidemiology and biostatistics and completed a post-doctoral fellowship.  I received my doctoral degree (ScD) in epidemiology, with an emphasis on cancer epidemiology, from Harvard University.  Prior to my current position at UIC, I served on the faculty as Professor in the Department of Preventive Medicine at the Feinberg School of Medicine at Northwestern University in Chicago.  I was a Research Fellow at Brigham and Women's Hospital in Boston, Assistant Professor in Family and Community Medicine at the University of Massachusetts Medical Center, and a Project Director at the National Academy of Sciences in Washington, D.C.  I have also been a Visiting Scientist at the International Agency for Research on Cancer (IARC) in Lyon, France.  My work focuses on understanding the causes of cancer from a population or epidemiological perspective, and has focused primarily on hormonal and dietary factors in breast and prostate cancer.  The work also seeks to develop new ways of assessing cancer risk using biomarkers, which are based on noninvasive measurements we can obtain in body fluids and tissues.

5.   I have conducted research studies focused on developing ways to measure steroid hormones and growth factors in the breast itself, through assays performed on nipple aspirate fluid, which is fluid directly secreted from breast cells.  We have also conducted studies to determine what influences the level of hormones such as estrogen found in this fluid, and have performed randomized trials to evaluate the effects of certain dietary factors on hormone concentrations in women.  I was the author of a commentary on the Women's Health Initiative results pertaining to HRT and breast cancer, which was published in JAMA in 2003.

6.    My research work has been funded by the National Cancer Institute, the American Cancer Society, the American Institute for Cancer Research and the Department of Defense Breast and Prostate Cancer Research Programs.  I have served as a member on numerous national and international advisory bodies dealing with cancer prevention; including serving as a member of external advisory boards for the prostate cancer research programs at MD Anderson, the Fred Hutchinson Cancer Research Center and Johns Hopkins.  In addition, I have been a member of several peer review panels for NIH and the Department of Defense, and served as Chair of the Epidemiology Committee for peer review at the National Cancer Institute of Canada.  I am currently a standing member of the Epidemiology of Cancer study section for the National Institutes of Health.


**SUMMARY OF OPINIONS**

7.    *CMHT causes breast cancer through promotional mechanisms that accelerate the growth of pre-existing tumors, which include both malignant and pre-malignant lesions. The growth-promoting effect of CMHT on existing but as-yet undetected tumors means that it is capable of causing breast cancers to be diagnosed shortly after the start of exposure.*  Thus for some menopausal women, particularly those with pre-existing dormant or occult breast tumor cells, promotion can lead to manifestation of clinically diagnosable tumors in a matter of months rather than years.  A promotional mechanism is also consistent with numerous observations indicating that breast cancer risk falls rapidly when CMHT is stopped.

8.    *The capacity for CMHT to have rapid effects on breast tissue, including hormone-dependent breast tumors, is demonstrated by reliable data based on biomarker and clinical (symptom) endpoints.*  CMHT has rapid effects on circulating hormone levels, breast cell proliferation, mammographic breast density, cessation of menopausal symptoms, and onset of breast tenderness.

9.    *CMHT causes a rapid increase in mammographic density in many women, which decreases the sensitivity of mammography for detecting breast cancer.*  Therefore, the relative incidence of breast cancer in CMHT users vs. non-users will be underestimated in the early years after the start of CMHT use.  In addition, increased mammographic density is itself an independent risk factor for subsequent development of breast cancer.

10.   *CMHT use has a particularly strong effect on the risk for developing breast cancers that have estrogen and progesterone receptors.*  Lobular cancers, compared to other major histological types, are more likely to be hormone-dependent; therefore the excess risk attributable to CMHT (and the decline in risk upon cessation) is seen sooner and to a greater degree.  Furthermore, risk for lobular cancers due to HRT is more likely to be underestimated because they are more likely to be missed due to an increase in mammographic density.  This opinion is based on evidence from strong epidemiological data obtained after as well as previous to my 2005 report.

11.   *The increased breast cancer risk attributable to CMHT is seen earlier and to a greater degree in lean as opposed to overweight or obese women.*  This phenomenon is due to lower baseline levels of hormones in lean women and thus a sharper increase in levels upon exposure to CMHT.  Other indicators of lower hormone levels at menopause, such as more intense peri-menopausal symptoms or lower bone density, also are associated with stronger CMHT effects on risk and provide further support for this opinion.

2

12. *CMHT increases breast cancer risk to a greater degree in women who have higher mammographic density upon initiation of exposure.*  The effect of CMHT on risk is stronger in women with dense breasts because the amount of breast tissue susceptible to cancer formation is greater, because the prevalence of occult tumors is greater, and because increased density may also indicate a higher degree of responsiveness to hormone stimulation.

13. *CMHT increases the risk of breast cancer to a greater degree in women who begin taking it during or soon after menopause vs. women who start taking CMHT after a longer gap following menopause.*  This observation, seen in multiple recent epidemiological analyses, has excellent biological plausibility.  The reduction in hormone levels that occurs after menopause is associated with involution (similar to atrophy) of the breast tissue, which results in a decreased susceptibility of that tissue to cancer initiation and growth.  CMHT can inhibit that effect in some women by circumventing the normal reduction in hormone levels.

14. *CMHT formulations of various types might have slightly different magnitudes of effect on breast cancer risk, but these magnitudes are similar enough to conclude that there is a "class effect" (i.e., all combinations of estrogen and synthetic progestin typically used for CMHT share a common effect).*  This observation tells us that, although the published relative risks of breast cancer may vary slightly according to the formulation and the populations studied, studies based on formulations other than Prempro are informative for understanding the cause and effect relationship between CMHT and breast cancer in general, including basic causal mechanism.  Based on the available data, regimens that include estradiol and natural forms of progesterone do not increase the risk of breast cancer to the same degree as formulations using synthetic progestins.

15. *The Women's Health Initiative (WHI) randomized trial is an important study regarding the causal relationship between CMHT and breast cancer risk, but it has obvious limitations and cannot provide evidence concerning every important aspect of this relationship.*  This is especially true of the initially published analyses, which focused on participants within assigned treatment groups, regardless of whether they took the pills assigned.  The WHI trial can provide only very limited information about the risk attributable to HRT in subgroups of women defined by histological or receptor cancer type, and the overall result underestimates the risk for women with low body mass index and short interval since menopause.  Moreover, the trial was too small to provide precise risk estimates for short duration of exposure, particularly since CMHT exposure increases the likelihood that early tumors will be missed by mammography.

**EVIDENCE AND REASONING BEHIND STATED OPINIONS**

Note: No single research study can provide definitive, stand-alone evidence regarding the effects of every type of HRT on every type of woman.  The number of variables affecting the magnitude of risk (e.g., timing of exposure, characteristics of the women, formulation of CMHT) is too great to expect any epidemiological study or clinical trial to provide such evidence, regardless of how large or unconfounded any single study might be.  Reliance on a single study or even a single type of studies in this instance should be considered scientifically naïve.  The only defensible way to reach a scientifically valid conclusion, therefore, is to consider the evidence in totality and to determine whether that evidence, considered as a whole, supports a conclusion within a reasonable degree of certainty.  In the sections below, I will discuss the evidential basis for the opinions expressed in the previous section.

3

16. **The major causal mechanism involves promotion or accelerated growth that occurs rapidly and does not require an induction period.**

*General causal argument*

In medical, biological and epidemiological terms, "cause" means that for a substantial number of women, regular ingestion of combination hormone therapy after menopause is a necessary factor leading to the occurrence of a clinically diagnosed cancer through promotion, stimulation and accelerated growth of preexisting tumors. Stated another way, in the absence of CMHT exposure, these tumors would have appeared much later, or more likely would not have appeared at all during those women's lifetimes. Breast cancers are believed to arise from a single cell of origin, and progress through several pre-cancer states before becoming cancerous, as recognized by invasion of the surrounding tissue. Although growth rates vary, the median doubling time of a breast tumor has been estimated as 157 days (95% confidence interval: 121-204 days) among women aged 50-70 (Peer PG. Cancer 71:3547, 1993). Therefore, a typical tumor, which can be detected by mammography at about 1 cc in volume (approximately 1 billion cells) can be present in a preclinical, undetected state (whether it has become invasive cancer or remains in some pre-cancer state) for about 30 doublings, occupying about 8 -12 years from initiation. We know, from autopsy studies, that preclinical, undetected breast tumors (including both pre-invasive and invasive lesions) are very common, particularly in women over the age of 40 (Santen R J Clin Endocrinol Metab 95:S7, 2010). From this standpoint, any factor that increases the proliferation rate of breast tumors is capable of accelerating the growth and progression of the tumor. At some point during this progression the lesion can become invasive and can become large enough to be detectable. In any given population of postmenopausal women, there will be a subset that harbors breast tumors that are not yet malignant, or if malignant, are just below the point of detection. A growth-accelerating factor such as CMHT exposure can promote growth of some tumors into clinical cancers after even a very brief exposure.



A creative visual approach to understanding this widely accepted view of breast cancer growth is provided in a paper by Kopans, et al (Kopans DB. Cancer 97:2951, 2003). The cancers (actually pre-malignant lesions at earlier stages as discussed below) are imagined as balloons released from the floor of the ocean, increasing in size over time as they rise to the surface (see Figure 1). "Surfacing" represents the point at which the tumor

**FIGURE 1.** (A) Breast carcinoma can be represented as balloons that are released from the floor of the ocean each year. A balloon released in Year 1 will have floated up to a shallower depth by Year 2, and so on, until it reaches the surface. "Surfacing" is comparable to the tumor becoming palpable. (B) New tumors develop each year, so that there will be large numbers of tumors "below the surface" for every tumor that is detected each year.



**FIGURE 3.** Faster growing breast tumors will have steeper slopes compared

becomes detectable, by mammography (about 1 cc volume), by physician exam, or by the woman herself (about 2 cc). Part B of the Figure indicates that new tumors arise as time passes. The growth rate of these tumors varies; furthermore, growth rate for an individual tumor may change

over time and may even become negative (i.e., the tumor shrinks or regresses). However, in a simplification that suffices for current purposes, Kopans et al refer to 3 categories of growth rate – slow, intermediate and fast – and represent the growth of each type as a vector, as shown in Figure 3. This graph (which uses realistic data on doubling times) shows that fast-growing tumors would reach the level of detectability by mammogram at just less than 9 years, a slow-growing tumor, by contrast, might take 26 years to reach that size. The important point here is that breast cancer scientists assume that there are a large amount of pre-clinical, undetected breast lesions at various stages of development below the surface for years before diagnosis and that any factor, such as CMHT, that increases the growth rate will accelerate the appearance of breast cancer. This increase in the rate of appearance over time is precisely what epidemiologists focus on in comparing incidence rates between exposed and non-exposed populations.

An important corollary to this model assumes that the risk of a breast cancer becoming lethal increases as its growth rate increases. As stated above, breast cancers develop through a series of precursor states, which are recognized as various types of premalignant lesions: flat epithelial atypia, columnar cell lesions, atypical hyperplasia and carcinoma-in-situ. These lesions are called "non-obligate" precursors of invasive cancer because it is not inevitable that they will progress through the additional stages up to invasive cancer. But, when growth is accelerated, for example immediately following exposure to CMHT, the increased proliferation of these lesions, which are assumed to be hormone-dependent in most cases, increases the chances that they will develop additional genetic abnormalities (including defects in DNA repair and tumor suppressor mechanisms) that will allow them to progress to the next stage. Since these premalignant lesions are more common in surgical and autopsy specimens than would be expected based on the lifetime incidence of breast cancer, we assume that many, if not most, of these early lesions regress or remain dormant. Once an invasive but undetected invasive breast cancer has arisen, additional growth promotion by CMHT can lead to genetic mutations that allow the cancers to acquire invasive or metastatic properties, at which point they become potentially lethal. As such, the promoter effect of CMHT leads to increased incidence of invasive breast cancer, increased size of the cancers found, more advanced stage of cancer when found, and increased mortality as a result, as recently reported by WHI investigators (Chlebowski RT JAMA 304:1684, 2010).

*Laboratory studies*
Hundreds of studies on cultured cells, as well as dozens of studies with animal models and human subjects (clinical research studies) have established that estrogen, with or without progestins, stimulates the proliferation and growth of breast cells. Growth occurs because both cell replication and cell survival are increased. In fact, rapid growth stimulation is fundamental for accomplishing a central purpose of these hormones in normal physiology – the preparation of the breast for lactation. Elevated levels of estrogen and progesterone during the luteal (post-ovulation) phase of the menstrual cycle are associated with higher rates of proliferation in human breast epithelial cells (Longacre TA Am J Surg Path 1986). As noted above, cells that are proliferating more rapidly are more likely to undergo genetic damage that can lead to development and progression of a cancer. In addition to increasing proliferation, estrogens and progestins increase the survival of breast cells, allowing them to escape the cell death (apoptosis or "cell suicide") that would normally occur when genetic damage accumulates (Stanculescu A. Horm Cancer 1:127, 2010) Transformed or malignant breast cells also respond rapidly to increases in these hormones; breast cancer cells in culture show these effects within hours of exposure. The relevance of cell culture experiments to the questions at hand should not be dismissed; these experiments allow rigorous control of potential interfering conditions and provide much of the important evidence we have regarding disease mechanisms.

5

Rapid growth response to estrogen/progestin is also seen in models that are more complex than cells grown in two-dimensional culture.  For example, in freshly isolated intact human breast tissue slices obtained from women undergoing breast surgery and cultured in the laboratory, estradiol plus medroxyprogesterone acetate stimulated proliferation and reduced cell death (apoptosis) in breast epithelium within 7 days of exposure (Eigeliene N. BMC Cancer 6:246, 2006).

*Animal studies*
Although rapidly-induced growth effects have been demonstrated in experiments in which human breast cells were implanted into mice, the most significant results were obtained in experiments involving cynomolgus (macaque) monkeys, which have ovarian and breast tissue characteristics that are remarkably similar to humans.  In a very germane study, Wood et al treated female macaques who had their ovaries removed with estradiol (E2) alone, E2 plus progesterone, E2 plus MPA or placebo for 2 months (Wood CE Breast Ca Res Treat 101:125, 2007).  The investigators used a powerful cross-over design so that each animal rotated through each treatment and thus served as their own direct control.  Breast biopsies taken before and after each treatment period showed that the estrogen plus MPA combination significantly increased breast cell proliferation relative to the other treatments.  The E2+MPA treatment increased cell proliferation by two-fold in the lobular areas and five-fold in the ductal areas compared to placebo.  Notably, E2 + progesterone did not increase proliferation, and in fact produced lower proliferation indices than estradiol alone.  Gene expression analyses showed that E2+MPA strongly upregulated a growth factor pathway (EGFR pathway) implicated in the development and progression of breast cancer (Wood CE Breast Ca Res Treat 114:233, 2009).  In another report on the menopausal monkeys at Wake Forest, Wood et al. found that Premarin (CEE) did not stimulate breast tissue as much as estradiol (Wood CE Breast Ca Res Treat 2007).

*Clinical research studies: short-term exposure and biomarker responses*
Similar effects have been documented in clinical research studies.  In a double-blind trial of estradiol and/or progesterone given via topical gel to 40 post-menopausal women before reduction surgery, Foidart et al observed increases in breast cell proliferation after only 14 days in all hormone-treated women compared to those treated with placebo (Foidart J-M. Fertil Steril 69:963, 1998).  The stimulatory effects of estradiol plus progesterone were less pronounced than those induced by estrogen alone, further supporting the assertion that natural progestins have a smaller impact on breast cancer risk than synthetic forms (see below).  Three highly relevant studies, however, including two randomized trials, found rapid induction of proliferation in normal postmenopausal breasts following CMHT.  Among 86 women who underwent benign breast biopsies, proliferation was significantly greater in those who were current users of CMHT than those on no HRT (Hofseth LJ J Clin Endocrinol Metab 1999).  These effects were seen in the terminal ductal lobular units of the breast, which is where breast cancers are presumed to arise.  In a second double-blind randomized trial, investigators in Sweden performed fine needle aspirations of the breast in 45 healthy postmenopausal volunteers before and after they took one of two CMHT formulations for 6 months (Conner P Breast Ca Res Treat 78:159, 2003).  The mean percentage of proliferating breast epithelial cells rose 4-fold from baseline to 3 months and plateaued at 6 months in both CMHT groups.  Finally, in a randomized trial conducted in Chile, 37 post-menopausal women took either tibolone (a polyfunctional synthetic hormone with some anti-estrogenic activity) or CMHT (CEE + MPA) for one year and underwent a core biopsy of the left breast at baseline and end of study (Valdivia I Fertil Steril 81:617, 2004).  Fifteen of 19 subjects taking CMHT experienced an increase in breast cell proliferation vs. only 2 of 15 subjects taking

tibolone.  CMHT subjects (9/19) were also more likely to show an increase in expression of Bcl-2, a major negative regulator of cell death and thus a sign of a prop-growth environment.  This study is notable because it used the Prempro formulation and demonstrated that its short-term effects on breast tissue were similar to other CMHT formulations.  Wyeth's FDA-approved label for Prempro confirms that CMHT has an impact on hormone sensitive tissue within weeks and alleviates menopausal symptoms within 6-13 weeks.

Evidence indicating that hormone replacement therapy has rapid proliferative effects in the human breast has also been extended to include ductal carcinoma in situ (DCIS), a lesion generally considered to be a precursor for invasive ductal carcinoma.  Boland, et al compared cell proliferation in DCIS tissue obtained from women at diagnostic biopsy and subsequent surgery, a range of 14-41 days apart (Boland GP. Brit J Ca 89:277, 2003).  Women with estrogen receptor positive DCIS who stopped HRT had a significant reduction in breast cell proliferation compared to those with ER-positive tumors who didn't stop or never used HRT.  Stopping HRT had no effect on proliferation rates in women with ER-negative lesions, consistent with the conclusion that HRT affects the growth of hormone-dependent tumors.  This observation is important because it strongly indicates that hormone therapy has a rapid, reversible and hence promotional effect on early tumors.  Although the authors do not specify the type of "progesterone" the women on CMHT in this study were using, this was in the UK where oral micronized progesterone was not marketed or used, and based on the mix of progestins used by a similar group of UK women in another study by the same group of investigators, the women in this DCIS study were using MPA or LNG or NETA, not progesterone, as the progestational agent.

Studies show that CMHT has a growth-promoting effect on established breast cancers as well.  One relevant clinical study enrolled 140 women in the U.K. who were using hormone therapy (either E alone or E + NETA or MPA) at the time breast cancer was diagnosed by needle biopsy (Prasad R Cancer 98:2539, 2003).   Surgery to remove the tumor was done a median of 17 days later, and various biological markers in the biopsy and surgery tissue samples were compared.  Women who stopped hormones immediately after the diagnosis had a highly significant decrease in cell proliferation compared to women who continued or who never took HRT before surgery.  The authors concluded that women with ER+ tumors should discontinue hormone therapy immediately. Supportive evidence was provided by a large study of S-phase fraction (a measure of how many tumor cells are undergoing cell division) in postmenopausal breast cancers (Cobleigh MA JAMA 1999).  Women using HRT with ER+ cancers were more than 5-times more likely to have evidence of rapid cell division in their tumors than women who never used HRT.

*Mammographic density and breast tenderness: response to short-term exposure*
Numerous studies have established that a significant proportion of women experience an increase in mammographic density within one year after starting CMHT.  Mammographic density, which is reflective of an increase in fibroglandular tissue mass as seen on a routine mammogram, is an independent risk factor for future development of invasive breast cancer.  A high degree of mammographic density (e.g., > 75% of breast area occupied by densities) is most likely the strongest known risk factor so far identified besides family history.  Greendale studied women participating in the Postmenopausal Estrogen/Progestin Intervention Trial (PEPI) and concluded that women randomized to the CMHT arm with continuous CEE+MPA were 9-times more likely than controls to have an increase in mammographic density within 12 months (Greendale GA Ann Intern Med 130:262, 1999).  Sendag et al reported that women who used continuous (as opposed to sequential) CMHT were 8-times more likely to have an increase in breast density after a median

of 17 months compared to women taking estrogen alone (Sendag F Fertil Steril 76:445, 2001). Finally, in a direct comparison of Prempro to placebo, participants in the Women's Health Initiative trial who were assigned to CMHT had an average increase of 6% in breast density at Year 1 vs. a 0.9% decrease in placebo subjects ($P < 0.001$) – this difference persisted during the second year of follow-up (McTiernan A JNCI 97:1366, 2005).  In the WHI, CMHT was also associated with a high rate of onset of new breast tenderness (36.1% vs. 11.8% in the placebo arm), reported at 12 months.  For women in the CMHT group, new-onset breast tenderness was associated with risk for developing breast cancer, whereas in the placebo group it was not (Crandall CJ Arch Int Med 169:1684, 2009).

*Epidemiological evidence for a rapid decline in breast cancer risk following cessation*
If the growth promotion mechanism were crucial for explaining the effect of CMHT on breast cancer risk, one would expect to see breast cancer rates decline rapidly once exposure is removed. (In contrast, a mechanism that requires a latency or an induction period would predict that a delay would occur before a decline in incidence could be observed.)  The rapid decline with cessation has been demonstrated clearly in several large studies, including the WHI (Chlebowski RT NEJM 360:573, 2009) and the Million Women Study (Beral V. JNCI 103:296, 2011).  In both studies, breast cancer risk fell significantly within two years after hormone therapy was stopped, and changes in use of mammography were ruled out as explanations.  In the WHI, breast cancer diagnoses decreased by 28% between the last year of the blinded intervention phase and the end of the first year of the post-intervention phase which began when participants were informed as to why the trial had been stopped.  Interestingly, breast tumors diagnosed in the CMHT subjects during the post-intervention period were significantly larger than those detected during the same period in the placebo subjects.  This result is consistent with the model shown above, in which CMHT increases the proportion of rising breast cancers with faster growth rates.  These cancers cross the threshold of detection sooner, even though their growth rate has been slowed by cessation.

Studies examining the effects of cessation of hormone therapy on risk are complemented by numerous ecological studies reporting on declines in breast cancer incidence that coincided with the publicity surrounding the results of the WHI trial in 2002.  These studies have limitations, since it is difficult to completely rule out competing explanations with such data, but nonetheless, they do provide probative evidence consistent with the promotional mechanism.  The sharp decrease in prescriptions for hormone replacement therapy in 2003 was well-documented (Buist DSM. Obstet Gynecol 104:1042, 2004), and careful analyses of several datasets pointed to this as a cause for the steep decline in breast cancer incidence in the U.S. that was observed in 2003 (Jemal A.  Breast Cancer Res 9:R28, 2007; Ravdin PM NEJM 356:1670, 2007).  The greatest declines have been observed for estrogen receptor positive tumors and lobular cancers, precisely those most strongly associated with hormone therapy.  A detailed analysis of incidence among 3 million women in California across 58 counties from 2001-2004 showed that the decrease in breast cancer incidence was directly associated with the degree of decline in the use of hormone therapy (Robbins A J Clin Oncol 25:3437, 2007).  As stated by Berry and Ravdin in their commentary on one of the studies on this issue, "The only factor that would seem to explain the precipitous drop in incidence is the sharp decrease in use of menopausal hormone therapy" (Berry DA. JNCI 99:1139, 2007).

17. **Recent epidemiological data provides support for the conclusion that CMHT can cause breast cancer after a relatively short duration of exposure.**
Earlier (pre-2005) epidemiological studies did not focus very closely on whether the risk of breast cancer could increase within the first 5 years of initial CMHT exposure.  Although there is now real

interest in determining the impact of shorter duration use, many of these studies cannot go back and re-analyze their data because exposure duration was not captured in enough detail. Historically, the strongest indicator of increased risk has been current use. It is well accepted that in current users of CMHT, the risk increases with longer duration of use.  Currently, there are more recent studies that can shed light on exposures of short duration.  In reviewing the epidemiological literature on this topic, I have reviewed all relevant studies that I could identify, including those discussed in exhaustive reviews on CMHT such as the one published by the International Agency for Research on Cancer (*IARC Monographs on the Evaluation of Carcinogenic Risks to Humans* Volume 91, 2007).  Therefore, my opinion is based on a comprehensive review of published studies rather than a potentially biased selection of studies that tend to support a single point of view.

Chen et al published an earlier study that does address short duration (Chen C-L JAMA 287:734, 2002).  This study had two notable strengths: first, it was a nested case-control study, meaning that breast cancer cases and matched controls were selected from a defined source population – women enrolled in an HMO.  This minimizes the risk of bias in selecting controls.  Second, exposure to HRT was determined by reviewing pharmacy records rather than by self-report, which is more prone to error that would lead to underestimation of risks.  Compared to non-users, women who used any type of oral HRT had a significantly elevated risk of lobular cancer if they used HRT for 18-41 months within the 5 years prior to diagnosis (Odds ratio (relative risk) = 2.80; 95% confidence interval 1.33-5.89).  Use of continuous CMHT specifically was significantly associated with lobular cancer risk when the duration of use was only 13-38 months (OR = 2.48; 95% confidence interval 1.05-5.87).

The HABITS trial was established in Scandinavia to determine whether short-term treatment (2 years) with HRT was safe for women with a previous diagnosis of breast cancer and menopausal symptoms.  This trial, which included 447 women, was stopped early because the risk of relapse or new breast cancer was more than 3-fold greater in the HRT group (Holmberg L Lancet 2004).  A more recent study with extended follow-up reported that in the HRT group there were 39 new breast cancer events (local or regional recurrence, metastasis or new cancer in the contralateral breast) versus only 17 in the control group (Holmberg L JNCI 100:475, 2008).  The cumulative incidence of new breast cancer events for the HRT and control groups began to separate after only 1 year of follow-up.  Participants were randomized to HRT or non-hormonal treatment, but the choice of HRT formulation was left up to the treating physician. The majority of the HRT in this study was CMHT (mostly E+NETA).  The early halt to this trial is significant because it reveals the rapid effect of CMHT on a group of women who had residual breast cancer at baseline or who were at very high risk for the appearance of a second breast cancer.  This strongly supports the view that CMHT causes breast cancer after short duration by promoting the growth of pre-existing tumors in women <u>without</u> a previous breast cancer diagnosis.

Calle et al evaluated breast cancer risk and hormone use in a large prospective cohort of nearly 68,000 U.S. women (Calle EE. Cancer 115:936, 2009).  HRT use was updated by follow-up questionnaires.  A near-doubling of risk was observed for both ductal and lobular cancer in women who used CMHT for only 2-3 years (RR = 1.91 for ductal, 1.95 for lobular).  This analysis also found a rapid decline (within 2 years) in risk following HRT cessation.

In another large cohort study with post-baseline updating on HRT use – the French E3N cohort – risk for both ductal and lobular cancer was significantly elevated among women exposed for less than 5 years to formulations containing estrogen and a progestin other than progesterone or its

close structural relative, dydrogesterone (Fournier A. J Clin Oncol 26:1260, 2008).  This association was more pronounced for lobular cancer and ER positive tumors as a whole.  In a subsequent analysis that accounted for time since menopause (Fournier A. J Clin Oncol 27:5138, 2009), the same group reported a significantly elevated risk (RR = 1.89; 95% confidence interval: 1.53-2.34) for breast cancer in women who were less than 3 years from menopause and used estrogen + progestin for less than two years.  (See below for more on time-since-menopause as an effect modifier.)  In an editorial accompanying this paper, Leslie Bernstein, an eminent breast cancer epidemiologist, interpreted these data as a warning regarding the risk of using HRT for short-term treatment of menopausal symptoms, stating: "An immediate 50% increase in breast cancer risk (*note: for all CMHT types*) within the first two years of use is alarming." (Bernstein L. J Clin Oncol 27:5116, 2009).  The types of CMHT used by women in the French cohort differ from those commonly used in the U.S. but, as explained below, these data are scientifically valid and can be applied appropriately to questions concerning CMHT such as Prempro.

A recent analysis from the Million Women Study (Beral V. JNCI 103:296, 2011) calculated the relative risk for all breast cancer among women using CMHT for less than 5 years.  The RR = 1.62 (95% confidence interval: 1.54-1.71) and the average duration of use before diagnosis among cases was 3.3 years.  This study has been criticized for not updating hormone exposure after baseline; however, in this recent analysis, hormone use was updated based on a follow-up questionnaire, and additional exposure following the last update was added by extrapolation, based on the actual rate of cessation in the cohort.  The mean interval between last update and diagnosis was only 1.4 years, so the estimated duration of exposure for cases could not have been greatly affected by errors due to extrapolation, and any such errors are not inherently prone to bias risk estimates upwards.  One can assume, based on other results from the MWS that the risk for short-duration users would have been greater had the analysts focused on the subgroup with estrogen and progesterone receptor positive cancers, lobular cancer, short interval from menopause and lean body type.  A 2006 paper from the MWS group did report a relative risk of 2.46 for lobular cancer among short duration (average = 3.7 years) users, with post-baseline exposure updated as explained above (Reeves GK. Lancet Oncol 7:910, 2006).



A recent paper from the WHI investigators is also informative regarding shorter duration exposure.  To gain statistical power, Prentice et al combined data from the WHI trial and the WHI observational study to examine the effects of time since menopause and CMHT duration on breast cancer risk (Prentice RL. Am J Epidemiol 167:1207, 2008).  Adherence to assigned treatment was taken into account so the result was a much larger prospective cohort analysis than any conducted previously by WHI.  In the most germane analysis, they found that among women who started CMHT within 5 years of menopause, the relative risk for *any* type of breast cancer was 1.85 after only 2-5 years of use (95% CI: 1.03-3.34).  As shown in Figure 1 from that paper, women with a menopausal "gap" of less than 5 years had an elevated risk even in the under 2-year

duration category, although the number of cases in that category was too few to allow a precise risk estimate.

The European Prospective Investigation into Cancer (EPIC) recently reported results on hormone therapy and breast cancer in 134,000 women from 8 European countries (Bakken K. Int J Cancer 128:144, 2010).  This cohort is 3 times larger than the combined WHI trial and observation populations.  Among women who were current users of CMHT at baseline, the relative risks (vs. non-users) for any breast cancer were 1.44, 1.73 and 1.81 for total durations of use of < 1 year, 1-3 years and 3-5 years respectively – all three relative risks were significantly elevated ($P$ < 0.05) and thus were thus not likely due to chance.  HRT use was not updated after baseline in this study; however, the study was large enough to perform analyses restricted to current users at baseline who had just started HRT and thus could not have accumulated much additional exposure at diagnosis.  It must be noted that all studies, such as this one, that rely on self-report for HRT use will have a tendency to underestimate risks, since inaccurate classification of subjects dilutes the true differences between comparison groups.  In addition, subgroups based on cancer type, body mass index or time since menopause were not evaluated.

In addition to the cohort studies cited above, several earlier case-control studies evaluating CMHT and breast cancer provide relevant results regarding short duration exposure.  Typical case-control studies reconstruct a women's entire exposure history retrospectively based on self-report, which facilitates the estimation of risk relative to duration of use.  An unavoidable degree of misclassification occurs when subjects recall their exposure history, and this generally tends to shift risk estimates towards the null (i.e., towards no association).  Nevertheless, Daling, et al, using data from a case-control study with 1,749 postmenopausal cases from 5 geographic areas in the U.S., estimated an odds ratio of 2.1 (95% CI: 1.1-3.3) for lobular cancer among women using continuous CMHT for 6 months to 5 years (Daling J Cancer 95:2455, 2002).  Another analysis with overlapping subjects from the same case-control study compared subjects who were current users of continuous CMHT at various durations, and found that compared to never users, risk became elevated in the 6 month-<2 year category (OR = 1.41; 95% CI: 0.95-2.10).  Of note: subjects with current use less than 6 months had reduced risk relative to never-users (OR = 0.70), indicating that risk doubled when women moved into the 6mo-<2 year category.  Finally, in a separate U.S. case-control study with nearly 5,300 cases, current users of E+P for < 5 years had an OR (all breast cancer) = 1.32 (95% CI: 1.02-1.70) and the increase in risk per year of use was estimated as 1.04 (95% CI: 1.01-1.07)(Newcomb P. Cancer Epi Biomarkers Prev 11:593, 2002).

18. **CMHT use decreases the sensitivity of mammography, leading to under-detection of breast cancer in the early years of use.**
It is widely established that hormone therapy, by causing an increase in mammographic breast density in many women, decreases the ability of screening mammography to detect breast cancer. Using data from a large screening program in Ontario, Chiarelli et al compared women who had "interval" breast cancers (those that were missed on a previous mammogram or were detected between screening exams) to women whose cancers were found on screening (Chiarelli AM. Cancer Epi Biomarkers Prev 15:1856, 2006).  They found that women currently taking CMHT had higher mammographic density than past or never users and that the risk for having an interval cancer (either a missed cancer or a true interval one) increased approximately two-fold for every 25% increase in breast density.  Moreover, when they adjusted for mammographic density, women using CMHT had a substantially elevated risk for having a missed cancer or a true interval cancer (RR = 2.84 and 1.77 respectively) compared to never-users.  This latter finding suggests that the

11

CMHT decreases the sensitivity of mammography screening independent of its effect on density. This independent effect could be due to a faster growth rate for breast cancers in CMHT users and/or enlargement of benign lesions that obscure the cancers.

Lobular cancers cause less disruption of the surrounding tissues and are therefore less conspicuous on mammograms (i.e., less likely to appear as discrete stellate masses) than other types of breast cancer.  Therefore, a decrease in mammogram sensitivity due to increased breast density has a greater effect on delaying the detection of lobular cancers (Biglia N, Endocrine-Related Cancer 14:549, 2007).  Therefore, the CMHT effect on risk of lobular breast cancer is particularly underestimated in the early period following the start of use.

The effect of CMHT in decreasing mammography sensitivity is evident in both the MWS study and the WHI trial.  In the former, risks associated with CMHT were lower for screen-detected breast



cancers and there was no increased risk associated with HRT in the first few months of the study, which began with a mammogram at baseline.  In WHI intention-to-treat analysis (ignoring adherence to assigned treatment), the CMHT subjects actually had lower breast cancer risks than placebo subjects for the first 3-4 years of follow-up.  This can be seen in the merger and then crossover of the cumulative incidence curves in Figure 1 for invasive cancer from the original WHI breast cancer publication (Chlebowski RT. JAMA 289:3243, 2003).  In the WHI trial, 42% of CMHT subjects stopped taking their assigned pills and 11% of placebo subjects began taking CMHT while on-study.  In adherence-adjusted analyses, the curves merge and crossover at 2-3 years (Figure 2).  As clearly stated by the authors of that paper, "This pattern…suggests the hypothesis that E+P stimulates breast cancer growth and delays breast cancer diagnosis, perhaps mediated through mammographic detection."

19. **CMHT has a stronger effect on risk of lobular breast cancer compared to other histological types.** Several epidemiological studies provide evidence that CMHT has a stronger effect on risk of estrogen and progesterone receptor positive cancers.  Lobular breast cancer, compared to other major histological types, is more often hormone dependent and for that reason the impact of CMHT on the risk of breast cancer is more easily recognized with lobular cancers.  Several studies cited above (Chen 2002, Li 2008, Reeves 2006, Fournier 2008, Calle 2009) observed substantially greater risks for lobular cancers in association with hormone therapy, and CMHT in particular. These results are remarkably consistent and in some cases striking; in the study by Chen et al, for example, the relative risk for lobular cancer in current users of CMHT were 3.91 compared to only 1.25 for non-lobular cancers.  As noted above, lobular cancers were predominant in both the increase in breast cancer incidence and the decrease that were temporally associated with the rise and fall of HRT usage in the U.S. (Eheman CR. Cancer Epi Biomarkers Prev 18:1763, 2009).

20. **CMHT causes a larger increase in breast cancer risk among lean women, compared to those who are overweight or obese.**

Women who are leaner during menopause, in general, have lower levels of estrogen since they have less adipose tissue that is capable of making estrogen once estrogen production in the ovaries declines. Several analyses now show that hormone therapy results in a greater increase in breast cancer risk in leaner women, most likely as a result of the sharper increase it produces in hormone levels. Evidence supporting this conclusion is provided in several studies previously cited (e.g., Calle 2009, Chen 2002, Chlebowski 2003, Beral 2011). The validity of the relationship between body mass and breast cancer risk is supported by studies demonstrating that risk is also reduced for women with low bone density, since bone density is a reasonable surrogate for long-term estrogen levels.

21. **CMHT causes a larger increase in breast cancer risk among women who have higher mammographic breast density at the start of CMHT use, compared to women with lower breast density.**

Kerlikowske et al quantified the association between HRT and breast cancer risk according to degree of mammographic density at baseline (Kerlikowske K. J Clin Oncol 28:3830, 2010). They observed that compared to women with average breast density, those with high or very high density who used CMHT had increased risk of breast cancer (RR = 1.58 and 2.09 respectively), whereas those with below average density actually had a significant decrease in risk (RR = 0.45). The greater susceptibility for women with high mammographic density could be explained by an increased amount of susceptible glandular tissue in the breast, by heightened responsiveness to hormones, whether endogenous or exogenous, as reflected by their increased density – or by the greater likelihood of occult breast tumors in these women at baseline, since high density is an independent risk factor for breast cancer.

22. **CMHT causes a larger increase in breast cancer risk when use is started close to the time of menopause rather than after a lengthy gap.**

Two-thirds of the women in the WHI trial were over age 60 at baseline, and thus were at least several years past menopause. This was postulated as one of the reasons breast cancer risk estimates might have been lower in the WHI trial than in other studies, in which women were typically beginning HRT during or soon after menopause. Prentice et al conducted an elegant analysis of data from both the WHI trial and the WHI observational cohort (Prentice 2008). Among women in the trial with a gap of less than 5 years between menopause and the their first exposure to CMHT, the RR = 1.77 (95% CI: 1.07-2.93) for all invasive breast cancer, while there was no association for similar women with gaps greater than 5 years. Beral (2011) and Fournier (2009) recently reported similar results from the MWS and E3N cohorts. In MWs, women who started CMHT within 5 years of menopause had an RR = 2.04 for all breast cancer vs. RR = 1.53 if their gap was more than 5 years. In the French cohort, women using estrogen+progestins (other than progesterone of dydrogesterone) also had a doubling of breast cancer risk if they started therapy within 3 years of menopause.

This phenomenon is most readily explained by the involution that occurs in breast tissue after the menopause. Age-related involution is believed to result in a reduction in the number of vulnerable epithelial cells in the breast and a decrease in their responsiveness to stimuli. Involution is also most likely associated with a reduction in the growth rate or even regression of incipient tumors. Recent prospective studies using banks of benign breast tissue have documented that women with more complete involution have lower breast cancer risk (Milanese TR. JNCI 98:1600, 2006). Thus,

13

CMHT could cause an increase in the number of vulnerable cells and a delay in the involutional process that increases susceptibility.

23. **Breast cancer risks may vary according to the type or formulation of hormone therapy, but most estrogen + progestin combinations behave similarly.**

There is some evidence that certain CMHT formulations used in Europe, particularly those with varying progestin types, might have different effects on breast cancer risk (Campagnoli C. J Steroid Biochem Mol Biol 97:441, 2005).  In particular, data on women using the natural form of progesterone suggest that they may have little or no elevated risk (Fournier 2005, Fournier 2007, Fournier, 2009), an epidemiological result that is supported by studies in the macaque model (Wood CE, 2006).  In the French Teachers cohort, the risk of breast cancer from estradiol alone was higher than when natural progesterone was added, so that natural progesterone acts to reduce the risk of breast cancer from estradiol (see tables 3 and 4 in Fournier 2008).  The data as a whole are quite consistent in demonstrating the following regarding various formulations: estrogen only formulations confer lower risk than CMHT, sequential CMHT confers lower risk than continuous CMHT, and the broad class of estrogens + synthetic progestins show similar results in terms of risk magnitude and variation across certain subgroups (see Beral V Lancet 362:419, 2003 regarding the last point).  Therefore, it is reasonable to assume that a degree of "class effect" exists concerning hormone therapy and breast cancer, and that data obtained on one formulation of CMHT (using synthetic progestins) should be used to draw conclusions about another formulation within that class.  It is noteworthy that there are only two major randomized trials involving E+P that were planned after the breast cancer results from WHI were published, and both avoid any synthetic progestins for safety reasons.  The ongoing KEEPS trial will compare CEE or transdermal estradiol plus micronized progesterone to placebo (Harman SM. Climacteric 8:3, 2005) and the ELITE trial (sponsored by NIH) will compare oral estradiol plus vaginal progesterone gel to placebo (http://clinicaltrials.gov/ct2/show/record/NCT00114517).

24. **Value and limitations of the WHI trial.**

The WHI trial was a major milestone in that it was the first adequately powered randomized trial to demonstrate that CMHT causes breast cancer.  The main advantage of the WHI over observational studies resides in the ability of random treatment assignment to balance confounding factors (i.e., competing explanations) for differences in breast cancer occurrence between groups.  As designed, the WHI provides compelling evidence regarding a causal relationship between CMHT and breast cancer.  On the other hand, the WHI design had several characteristics that limit its ability to provide accurate risk estimates for many important aspects of that relationship.  The primary analysis followed the intention-to-treat principle, meaning that subjects remained in their assigned group during the analysis regardless of whether they actually took the assigned treatment.  We know that 42% of those assigned to CMHT stopped taking the drug and 11% of those assigned to placebo started taking it, thus diminishing any real differences between the groups.  WHI investigators did publish adherence-adjusted analyses, but, while these are valuable, they lose the balance of confounders afforded by randomization and essentially turn the trial into another prospective cohort study.  The subjects were generally older than most women who start HRT and therefore they were further from menopause on average.  As stated above, the risk of CMHT-induced breast cancer appears to diminish in women who start use after a longer postmenopausal interval.  Due to the cost of conducting a trial, the number of subjects in the WHI (trial portion only) was too small to allow detailed analysis of breast cancer effects in key subgroups such as those defined by lobular histology and short duration of use.  The average body weight of women in WHI was relatively high compared to other study populations, and we know that the effects of CMHT on

14

breast cancer risk are stronger in leaner women. Finally, the breast cancer rates in the CMHT group during the early years of follow-up were suppressed relative to the placebo group because many women experience an increase in breast density after starting CMHT that decreases the ability to detect cancers on mammograms.

For all of these reasons, the overall result from the WHI trial (e.g., RR = 1.26 in the 2002 report) – while extremely important regarding the general question of a causal relationship between CMHT and breast cancer – is not relevant to questions dealing with CMHT-induced breast cancer in specific subgroups of women and subtypes of cancer. It is important to note that recent analyses of the WHI trial data, particularly those that that combine the WHI trial participants and the WHI observational cohort, demonstrate results that are strikingly concordant with the Million Women's Study on several important points, including: the importance of menopausal "gap time", increased risk for CMHT vs. estrogen alone, increased risk for lymph node spread and mortality in CMHT users, and rapid declines in breast cancer risks after CMHT cessation. The Principal Investigator of WHI wrote in a recent commentary on MWS: "Given the considerable methodological differences between these studies (WHI and MWS), the similarity of results is remarkable and increases confidence in the validity of the conclusions (Chlebowski RT. JNCI 103:284, 2011).

## SUMMARY/CONCLUSION

In my report the concept that CMHT causes breast cancer is assumed and the focus is on how the strength of this conferred risk varies according to individual characteristics of the particular woman, the timing of her use of CMHT, and the characteristics of her breast cancer. The major focus of this report is on exposures of relatively shorter duration and the lobular histologic type of cancer, although other relevant factors that modify the effect of CMHT on risk include: amount of body fat, time between menopause and initiation of CMHT, and mammographic density. No single study has broad enough data and enough subjects to evaluate all combinations of these effect-modifying factors in detail. However, solid scientific judgments can be made based on the totality of the evidence, emphasizing its consistency and biological plausibility. A biological model in which CMHT causes breast cancer (at least in the timeframe we observe) by promoting the growth of initiated or pre-existing tumors is supported by abundant laboratory data and in fact is the only model that fits with the epidemiological, clinical and laboratory data we have. The assumption that CMHT requires a lag period of exposure before causing cancers to appear is scientifically implausible and does not fit with the existing data. There is little doubt that CMHT use constitutes the biggest source of estrogen and progestin in a postmenopausal women's body and that hormone dependent breast cells will respond to that source of hormones within days to weeks. In some women with pre-existing tumors (either pre-malignant or malignant in nature) the resulting increase in growth and proliferation will cause these tumors to become clinically detectable within months to a year of starting CMHT. As use continues, breast cancer risk will continue to increase in a linear fashion, and risk will drop sharply when CMHT is discontinued. The longer a breast cancer remains under the promotional influence of CMHT, the greater the chances it will develop additional mutations and thus lethal potential.

I affirm based on personal knowledge and under the penalty of perjury that the information contained in this declaration is true and correct. I am over the age of 21 years, am of sound mind and body, have never been convicted of a crime and am capable of making this declaration.

Date: March 14, 2011

Dr. Peter Gann

15

Bibliography

1.  Bakken K, Fournier A, Lund E, Waaseth M, Dumeaux V, Clavel-Chapelon F, Fabre A, Hémon B, Rinaldi S, Chajes V, Slimani N, Allen NE, Reeves GK, Bingham S, Khaw KT, Olsen A, Tjønneland A, Rodriguez L, Sánchez MJ, Etxezarreta PA, Ardanaz E, Tormo MJ, Peeters PH, van Gils CH, Steffen A, Schulz M, Chang-Claude J, Kaaks R, Tumino R, Gallo V, Norat T, Riboli E, Panico S, Masala G, González CA, Berrino F.  Menopausal hormone therapy and breast cancer risk: Impact of different treatments. The European prospective investigation into cancer and nutrition (EPIC).  Int J Cancer. 2011 Jan 1;128(1):144-56.

2.  Beral V, Reeves G, Bull D, Green J; for the Million Women Study Collaborators.  Breast Cancer Risk in Relation to the Interval Between Menopause and Starting Hormone Therapy. J Natl Cancer Inst. 2011 Feb 16;103(4):296-305. Epub 2011 Jan 28.

3.  Bernstein L. Combined hormone therapy at menopause and breast cancer: a warning--short-term; use increases risk. J Clin Oncol. 2009 Nov 1;27(31):5116-9. Epub 2009 Sep 14.

4.  Berry DA, Ravdin PM Breast Cancer Trends: A Marriage Between Clinical Trial Evidence and Epidemiology. J Natl Cancer Inst. 2007 Aug 1;99(15):1139-41. Epub 2007 Jul 24.

5.  Biglia N , Mariani L , Sgro L , Mininanni P , Moggio G , Sismondi P  Increased incidence of lobular breast cancer in women treated with hormone replacement therapy: implications for diagnosis, surgical and medical treatment. Endocr Relat Cancer2007 Sept;14(3):549-67.

6.  Boland GP, McKeown A, Chan KC, Prasad R, Knox WF, Bundred NJ.  Biological response to hormonal manipulation in oestrogen receptor positive ductal carcinoma in situ of the breast.  Br J Cancer. 2003 Jul 21;89(2):277-83.

7.  Buist DS , Newton KM , Miglioretti DL , Beverly K , Connelly MT , Andrade S, Hartsfield CL , Wei F , Chan KA , Kessler L  Hormone therapy prescribing patterns in the United States. Obstet Gynecol 2004 Nov;104(5 Pt 1):1042-50.

8.  Calle EE, Feigelson HS, Hildebrand JS, Teras LR, Thun MJ, Rodriguez C. Postmenopausal hormone use and breast cancer associations differ by hormone regimen and histologic subtype. Cancer. 2009 Mar 1;115(5):936-45.

9.  Campagnoli C, Clavel-Chapelon F, Kaaks R, Peris C, Berrion F. Progestins and progesterone in hormone replacement therapy and the risk of breast cancer. J Steroid Biochem Mol Biol. 2005 Dec;97(5):441-50. Epub 2005 Oct 24.

10. Chen, C-L, Weiss, NS, Newcomb, P, Barlow, W, White, E. Hormone replacement therapy in relation to breast cancer. JAMA 2002;287:734-741.

11. Chiarelli AM, Kirsh VA, Klar NS, Shumak R, Jong R, Fishell E, Yaffe MJ, Boyd NF.  Influence of patterns of hormone replacement therapy use and mammographic density on breast cancer detection. Cancer Epidemiol Biomarkers Prev. 2006 Oct;15(10):1856-62.

12. Chlebowski RT, Anderson GL, Gass M, Lane DS, Aragaki AK, Kuller LH, Manson JE, Stefanick ML, Ockene J, Sarto GE, Johnson KC, Wactawski-Wende J, Ravdin PM, Schenken R, Hendrix SL, Rajkovic A, Rohan TE, Yasmeen S, Prentice RL; WHI

Investigators.  Estrogen plus progestin and breast cancer incidence and mortality in postmenopausal women.  JAMA. 2010 Oct 20;304(15):1684-92.

13. Chlebowski RT, Anderson GL.  The influence of time from menopause and mammography on hormone therapy-related breast cancer risk assessment.  J Natl Cancer Inst. 2011 Feb 16;103(4):284-5. Epub 2011 Jan 28.

14. Chlebowski RT, Kuller LH, Prentice RL, Stefanick ML, Manson JE, Gass M, Aragaki AK, Ockene JK, Lane DS, Sarto GE, Rajkovic A, Schenken R, Hendrix SL, Ravdin PM, Rohan TE, Yasmeen S, Anderson G; WHI Investigators.  Breast cancer after use of estrogen plus progestin in postmenopausal women.  N Engl J Med. 2009 Feb 5;360(6):573-87.

15. Chlebowski, RT, Hendrix, SL, Langer, RD, Stefanick, ML, Gass, ML, Lane, DS, Rodabough, RJ, Gilligan, MA, Cyr, MG, Thomson, CA, Khandekar, J, Petrovitch, H, McTiernan, A, WHI Investigators Influence of estrogen plus progestin on breast cancer and mammography in healthy postmenopausal women: the Women's Health Initiative Randomized Trial. JAMA 2003;289:3243-53; 289(24):3243-53.

16. Cobleigh, MA, Norlock, FE, Oleske, DM, Starr, A Hormone replacement therapy and high S phase in breast cancer. JAMA 1999;281:1528-1530.

17. Conner P; Söderqvist G;Skoog L; Gräser T; Walter F; Tani E; Carlström K; von Schoultz B. Breast cell proliferation in postmenopausal women during HRT evaluated through fine needle aspiration cytology. Breast Cancer Res Treat 2003 Mar;78(2):159-65.

18. Crandall CJ, Aragaki AK, Chlebowski RT, McTiernan A, Anderson G, Hendrix SL, Cochrane BB, Kuller LH, Cauley JA. New-Onset Breast Tenderness After Initiation of Estrogen Plus Progestin Therapy and Breast Cancer Risk. Arch Intern Med. 2009;169(18):1684-1691

19. Daling, JR, Malone, KE, Doody, DR, Voigt, LF, Bernstein, L, Coates, RJ, Marchbanks, PA, Norman, SA, Weiss, LK, Ursin, G, Berlin, JA, Burkman, RT, Deapen, D, Folger, SG, McDonald, JA, Simon, MS, Strom, BL, Wingo, PA, Spirtas, R. Relation of regimens of combined hormone replacement therapy to lobular, ductal, and other histologic types of breast carcinoma. Cancer. 2002 Dec 15, 95(12):2455-64.

20. Eheman CR, Shaw KM, Ryerson AB, Miller JW, Ajani UA, White MC. The Changing Incidence of In situ and Invasive Ductal and Lobular Breast Carcinomas: United States, 1999-2004. Cancer Epidemiol Biomarkers Prev. 2009 Jun;18(6):1763-9. Epub 2009 May 19.

21. Eigeliene N, Pirkko Harkonen  and Risto Erkkola . Effects of estradiol and medroxyprogesterone acetate on morphology, proliferation and apoptosis of human breast tissue in organ cultures. BMC Cancer 2006, 6:246.

22. Foidart, JM, Colin, C, Denoo, X, Desreux, J, Beliard, A, Fournier, S, de Lignieres, B. Estradiol and progesterone regulate the proliferation of human breast epithelial cells. Fertil Steril. 1998 May;69(5):963-9.

23. Fournier A , Fabre A , Mesrine S , Boutron-Ruault MC , Berrino F , Clavel-Chapelon F . Use of different postmenopausal hormone therapies and risk of histology- and hormone receptor-defined invasive breast cancer. J Clin Oncol 2008 Mar 10;26(8):1260-8.

24. Fournier A, Berrino F, Clavel-Chapelon F.  Unequal risks for breast cancer associated with different hormone replacement therapies: results from the E3N cohort study. Breast Cancer Res Treat. 2007 Feb 27; [Epub ahead of print] .

25. Fournier A, Berrino F, Riboli E, Avenel V, Clavel-Chapelon F. Breast cancer risk in relation to different types of hormone replacement therapy in the E3N-EPIC cohort. Int J Cancer. 2005 Apr 10;114(3):448-54.

26. Fournier A, Mesrine S, Boutron-Ruault MC, Clavel-Chapelon F.  Estrogen-Progestagen Menopausal Hormone Therapy and Breast Cancer: Does Delay From Menopause Onset to Treatment Initiation Influence Risks?  J Clin Oncol. 2009 Nov 1;27(31):5138-43. Epub 2009 Sep 14.

27. Greendale, GA, Reboussin, BA, Sie, A, Singh, HR, Olson, LK, Gatewood, O, Bassett, LW, Wasilauskas, C, Bush, T, Barrett-Connor, E. Effects of estrogen and estrogen-progestin on mammographic parenchymal density. Postmenopausal Estrogen/Progestin Interventions (PEPI) Investigators. Ann Intern Med. 1999 Feb 16;130(4 Pt 1):262-9.

28. Harman SM, Brinton EA, Cedars M, Lobo R, Manson JE, Merriam GR, Miller VM, Naftolin F, Santoro N. KEEPS: The Kronos Early Estrogen Prevention Study. Climacteric. 2005 Mar;8(1):3-12.

29. Hofseth, LJ, Raafat, AM, Osuch, JR, Pathak, DR, Slomski, CA, Haslam, SZ Hormone replacement therapy with estrogen or estrogen plus medroxyprogesterone acetate is associated with increased epithelial proliferation in the normal postmenopausal breast. J Clin Endocrinol Metab. 1999 Dec;84(12):4559-65

30. Holmberg L, Iversen O, Rudenstam CM, Hammar M, Kumpelainen E, Jaskiewicz J, Jassem J, Dobaczewska D, Fjonse HE, Peralta O, Arriagada R, Holmqvist M, Maenpa J; HABITS. Increased Risk of Recurrence After Hormone Replacement Therapy in Breast Cancer Survivors. J Natl Cancer Inst 100(7):475-482.

31. Holmberg, L, Anderson, H. HABITS (hormonal replacement therapy after breast cancer-is it safe?), a randomised comparison: trial stopped. Lancet 2004, 363:453-455.

32. International Agency for Research on Cancer. IARC Monographs on the Evaluation of Carcinogneic Risks to Humans: Combined Estrogen-Progestogen Contraceptives and Combined Estrogen-Progestogen Menopausal Therapy World Health Organization, International Agency for Research on Cancer Monographs, Vol. 91, Lyon, France 2007.

33. Jemal A, Ward E, Thun MJ. Recent trends in breast cancer incidence rates by age and tumor characteristics among U.S. women. Breast Cancer Res 2007 May 3;9(3):R28.

34. Kerlikowske K, Cook AJ, Buist DS, Cummings SR, Vachon C, Vacek P, Miglioretti DL. Breast cancer risk by breast density, menopause, and postmenopausal hormone therapy use.  J Clin Oncol. 2010 Aug 20;28(24):3830-7. Epub 2010 Jul 19.

35. Kopans DB, Rafferty E, Georgian-Smith D, Yeh E, D'Alessandro H, Moore R, Hughes K, Halpern E . A Simple Model of Breast Carcinoma Growth May Provide Explanations for Observations of Apparently Complex Phenomena. Cancer 2003;97:2951-2959.

36. Li CI, Malone KE, Porter PL, Lawton TJ, Voigt LF, cushing-Haugen KL, Lin MG, Yuan X, Daling JR. Relationship between Menopausal Hormone Therapy and Risk of Ductal,

Lobular, and Ductal-Lobular Breast Carcinomas. Cancer Epidemiol Biomarkers Prev 2008 Jan;17(1):43-50.

37. Longacre, TA, Bartow, SA. A correlative morphologic study of human breast and endometrium in the menstrual cycle. Am J Surg Pathol. 1986 Jun;10(6):382-93.

38. McTiernan A, Martin CF, Peck JD, Aragaki AK, Chlebowski RT, Pisano ED, Wang CY, Brunner RL, Johnson KC, Manson JE, Lewis CE, Kotchen JM, Hulka BS; Women's Health Initiative Mammogram Density Study Investigators. Estrogen-plus-progestin use and mammographic density in postmenopausal women: women's health initiative randomized trial. J Natl Cancer Inst. 2005 Sep 21;97(18):1366-76.

39. Milanese TR, Hartmann LC, Sellers TA, Frost MH, Vierkant RA, Maloney SD, Pankratz VS, Degnim AC, Vachon CM, Reynolds CA, Thompson RA, Melton LJ, Goode EL, Visscher DW. Age-related lobular involution and risk of breast cancer. JNCI 98(22):1600-7.

40. Million Women Study Collaborators (Beral). Breast Cancer and Hormone Replacement Therapy in the Million Women Study. Lancet 2003; 362:419-27.

41. National Institute on Aging. ELITE:  Early Versus Late Intervention Trial With Estradiol. ClinicalTrails.gov; Identifier NCT00114517; Study ID Numbers AG0025, R01AG024154.

42. Newcomb, PA, Titus-Ernstoff, L, Egan, KM, Trentham-Dietz, A, Baron, JA, Storer, BE, Willett, WC, Stampfer, MJ. Postmenopausal estrogen and progestin use in relation to breast cancer risk. Cancer Epidemiol Biomarkers Prev. 2002 Jul 11(7):593-600.

43. Peer PG, van Dijck JA, Hendriks JH, Holland R, Verbeek AL.  Age-dependent growth rate of primary breast cancer.  Cancer. 1993 Jun 1;71(11):3547-51.

44. Prasad, R, Boland, GP, Cramer, A, Anderson, E, Knox, WF, Bundred, NJ. Short-term biologic response to withdrawal of hormone replacement therapy in patients with invasive breast carcinoma. Cancer. 2003 Dec 15;98(12):2539-46.

45. Prentice RL, Chlebowski RT, Stefanick ML, Manson JE< Pettinger M, Hendrix SL, Hubbell FA, Kooperberg C, Killer LH, Lane DS, McTiernan A, Jo O'Sullivan M, Rossouw JE, Anderson GL. Estrogen Plus Progestin Therapy and Breast Cancer in Recently Postmenopausal Women. Am J Epidemiol. 2008 May 15;167(10):1207-16. Epub 2008 Mar 27.

46. Ravdin PM, Cronin KA, Howlander N, Berg CD, Chlebowski RT, Feuer EJ, Edwards BK, Berry DA. The Decrease in Breast Cancer Incidence in 2003 in the United States. N England J Med 356;16:1670-1674.

47. Reeves GK, Beral V, Green J, Gathani T, Bull D; for the Million Women Study Collaborators.  Hormonal therapy for menopause and breast-cancer risk by histological type: a cohort study and meta-analysis. Lancet Oncol. 2006 Nov;7(11):910-8.

48. Robbins AS, Clarke CA.  Regional Changes in Hormone Therapy Use and Breast Cancer Incidence in California From 2001 to 2004. J Clin Oncol. 2007 Aug 10;25(23):3437-9. Epub 2007 Jun 25.

49. Santen RJ, Allred DC, Ardoin SP, Archer DF, Boyd N, Braunstein GD, Burger HG,; Colditz GA, Davis SR, Gambacciani M, Gower BA, Henderson VW, Jarjour WN, Karas; RH, Kleerekoper M, Lobo RA, Manson JE, Marsden J, Martin KA, Martin L, Pinkerton JV, Rubinow DR, Teede H, Thiboutot DM, Utian WH. Postmenopausal Hormone Therapy: An

Endocrine Society Scientific Statement. J Clin Endocrinol Metab. 2010 Jun 21. Vol 95, Supp. 1, (7).

50. Sendag F, Cosan Terek M, Ozsener S, Oztekin K, Bilgin O, Bilgen I, Memis A. Mammographic density changes during different postmenopausal hormone replacement therapies. Fertil Steril. 2001 Sep;76(3):445-50.

51. Stanculescu A, Bembinster LA, Borgen K, Bergamaschi A, Wiley E, Frasor J.  Estrogen Promotes Breast Cancer Cell Survival in an Inhibitor of Apoptosis (IAP)-Dependent Manner.  Horm Cancer. 2010 Jun 1;1(3):127-135.

52. Valdivia I, Campodonico I, Tapia A, Capetillo M, Espinoza A, Lavin P. Effects of tibolone and continuous combined hormone therapy on mammographic breast density and breast histochemical markers in postmenopausal women. Fertil Steril. 2004 Mar;81(3):617-23.

53. Wood CE, Register TC, Cline JM Transcriptional profiles of progestogen effects in the postmenopausal breast. Breast Cancer Res Treat. 2009 Mar;114(2):233-42. Epub 2008 Apr 11.

54. Wood CE, Register TC, Lees CJ, Chen H, Kimrey S, Cline J. Effects of estradiol with micronized progesterone or medroxyprogesterone acetate on risk markers for breast cancer in postmenopausal monkeys. Breast Cancer Res Treat. 2007 Jan;101(2):125-34.

APPENDIX A

December 3, 2010

CURRICULUM VITAE
**PETER HOWARD GANN, M.D., Sc.D.**

## Personal Information

Current title:   Professor, Department of Pathology, University of Illinois at Chicago

Office:        840 S. Wood St., (M/C 847)
               Chicago, IL 60612-4325
               Tel: (312) 355-3723
               Fax: (312) 996-4812
               pgann@uic.edu

Citizenship:   U.S.

## Education

| | | | | |
|---|---|---|---|---|
| 1971 | B.A. | (Biology) | Swarthmore College | Swarthmore, PA |
| 1975 | M.D. | | University of Pennsylvania | Philadelphia, PA |
| 1980 | M.S. | (Epi/Biostat) | University of Pennsylvania | Philadelphia, PA |
| 1994 | Sc.D. | (Epidemiology) | Harvard University | Boston, MA |

## Residency/Fellowship

1975-76   Family Medicine Residency, University of Massachusetts Medical School
1978-80   Postdoctoral Fellow, University of Pennsylvania School of Medicine
          National Research Service Award, National Institute for Environmental Health Sciences

## Board Certification

American Board of Preventive Medicine, 1983
American College of Preventive Medicine (Fellow, 1987)

## Professional Experience

1980-83   Chief, Occupational Health Program, Division of Epidemiology and Disease Control, New Jersey
          State Department of Health
          Clinical Assistant Professor, Dept. of Medicine, Jefferson Medical College, Philadelphia

1984-86   Project Director, Commission on Life Sciences, National Academy of Sciences, Washington, D.C.
          Guest Scientist, Environmental Epidemiology Branch, National Cancer Inst. 1984-85

1986-91   Assistant Professor, Department of Family and Community Medicine, University of Massachusetts
          Medical School, Worcester, MA
          Chief, Departmental Division of Preventive Medicine
          Director, Preventive Medicine Residency Program
          Co-Director, Master of Public Health Program (MPH)

1991-93   Visiting Research Fellow, Brigham and Women's Hospital, Harvard Medical School, Harvard
          School of Public Health, Boston, MA

1993-96      Assistant Professor, Department of Preventive Medicine, Northwestern University

1996-         Associate Professor, Department of Preventive Medicine, Northwestern University

1998-99      Visiting Scientist, International Agency for Research on Cancer, Lyon, France

2000          Associate Professor (Tenure), Department of Preventive Medicine, Northwestern University

2004-         Professor, Department of Preventive Medicine, Northwestern University

2006-         Professor and Director, Division of Pathology Research, Department of Pathology, University of
                Illinois at Chicago

## Professional and Scientific Activity

### Peer Review Committees

Review Panel (*ad hoc*), Program Project in Diet and Cancer, National Cancer Institute of Canada, 1996
Review Panel (*ad hoc*), American Cancer Society, Research Opportunity Grants, 1997
Review Panel (*ad hoc*), Program Project on Breast Imaging, National Cancer Inst. of Canada, 1997-98
Reviewer, World Cancer Research Fund, London, U.K., 1999-
Special reviewer, Veterans Administration Merit Review Program, 2000
Special reviewer, EDC-II Study Section, National Institutes of Health, 2000
Regular member, Review Panel, Prostate Cancer Research Program, Department of Defense, 2000-2002
Review Panel (*ad hoc*), SNEM-5 (Biostatistics) Study Section, NIH, 2001
Member, NCI Subcommittee E: Cancer Epidemiology, Prevention and Control, 2001
Regular member, Review Panel C (Epidemiology), National Cancer Institute of Canada, 2002-2005
Site Visit Review Panel, Environmental Epidemiology Branch, National Cancer Institute, 2002
Chair of Study Section, Panel C (Epidemiology), National Cancer Institute of Canada, 2003-2004
Member, Special Emphasis Panel (Epidemiology of Cancer Study Section Member Conflict), NIH, 2004, 2005
Reviewer (ad hoc), Health Research Council of New Zealand, 2004
Reviewer, Loan Repayment Program, NIH/NCI, 2005
Reviewer, Department of Defense Breast Cancer Research Program, Concept Review, 2006
Reviewer, Michael Smith Foundation, Vancouver, B.C., Canada, 2006
Site Visit Review Panel, Hormone Reproductive Epidemiology Branch, National Cancer Institute, 2006
Reviewer (ad hoc), Special Emphasis Panel, HOP-N (Health of Populations), NIH, 2007
Member, Biomarker-based Diagnosis and Prognosis Panel, Susan Komen Foundation, 2008
Member, Special Emphasis Panel, Epidemiology of Cancer Study Section, NCI, 2009
Member, Special Emphasis Panel, Biomedical Research Core Centers (P30), NCI/NIH, 2009
Ad hoc Reviewer, Challenge Grants (RC1), NCI/NIH, 2009
Reviewer, P30 Biomedical Research Core Center grants, NCI/NIH, 2009
Regular member, Etiologic and Early Marker Studies panel, PLCO Trial, NCI, 2009 –
Regular member (4-year term), Epidemiology of Cancer (EPIC) Study Section, NCI/NIH, 2010 –

### Scientific Consultation and Advisory Committees

Advisory Committee, NIEHS Program Project on Molecular Epidemiology, 1989-1994
Chair (elected), Council of Residency Directors, American College of Preventive Medicine, 1989-90
Consultant, safety of tanning products, Federal Trade Commission, Washington, DC, 1996

Consultant, European Prospective Investigation into Cancer (EPIC), IARC, Lyon, France, 1998-
External consultant, Prostate Cancer Research Program, M.D. Anderson Cancer Center, Houston, TX, 2000
Advisory Panel, Merck Laboratories, Extending Chemoprevention with Cox-2 Specific Inhibition, 2000
Invitee, NCI Workshop, "Emerging Opportunities in Prostate Cancer Epidemiology", Washington, D.C., 2000
Member, Advisory Panel, Testosterone Replacement in Men (TRIM), National Institute on Aging, NIH, 2000
Invitee, CDC Meeting, "Future Directions for Public Health Practice and Research on CaP", San Diego, 2000
Member, Expert Panel on Early Detection of Prostate Cancer, National Comprehensive Cancer Center Network
Member, Panel on Review of Guidelines on Nutrition and Cancer, American Cancer Society, Atlanta, 2001
Member, Biospecimen Advisory Committee, American Cancer Society, Atlanta, 2002-
External Advisory Board, Prostate Cancer SPORE, UCLA, 2002-
External Advisory Board, Prostate Cancer SPORE, M.D. Anderson Cancer Center, 2003-
Expert faculty, American Urological Association, annual meetings, 2003-2005
Scientific Committee, Frontiers in Cancer Prevention Research, AACR International Conference, Phoenix, 2003
Member, Prostate Cancer Advisory Board, Merck & Co., Inc., 2002-2005
Consultant, REDUCE Trial (dutasteride for prevention of prostate cancer), GlaxoSmithKline, 2003-2004
Co-Chair, International Steering Committee, ViP Prostate Cancer Chemoprevention Trial, 2003-2005
Scientific Committee, Frontiers in Cancer Prevention Research, AACR International Conference, Seattle, 2004
Planning Committee, Frontiers in Cancer Prevention Research, AACR International Conference, Baltimore, 2005
Chair, Committee on Prevention, International Consultation of New Developments in Prostate Cancer and
Prostatic Diseases, Paris, France, 2005
National Advisory Panel, Guidelines for Nutrition and Physical Activity, American Cancer Society, 2002, 2005
External Advisory Committee, Prostate Cancer Research Program, Johns Hopkins University, 2005-
Invited participant, Translational Research Working Group Roundtable, National Cancer Institute, 2005, 2006
Member, Veterans Agent Orange Committee, Institute of Medicine, National Academy of Sciences, 2006-2009
Member, Prostate-Specific Antigen Best Practice Panel, American Urological Association, 2008-2009
External Advisory Board, Prostate Cancer SPORE, Pacific Northwest (Fred Hutchinson), 2007-
External Tenure Review Committee for Department of Epidemiology, Harvard School of Public Health, 2009
Key informant, Agency for Healthcare Research and Quality (AHRQ), PCA3 testing, 2010 -

*Editorial appointments*
Member, Editorial Board, journal *Women and Cancer*, 1997-
Associate Editor, journal *Cancer Epidemiology, Biomarkers and Prevention*, 2001-

**Manuscript Review** (within five years)
Annals of Internal Medicine
BMC Cancer
European Urology
International Journal of Cancer
International Journal of Epidemiology
Journal of Urology
Journal of the American Medical Association
CANCER
Cancer Epidemiology, Biomarkers and Prevention
Cancer Prevention Research
Clinical Cancer Research
British Journal of Cancer
Journal of the National Cancer Institute

Peter Gann, MD   p.4

Urology
Nutrition and Cancer
Journal of Clinical Oncology
New England Journal of Medicine

**Teaching Experience**
• Lecturer, Section Leader and Course Director, required Epidemiology/Biostatistics/Preventive Medicine
  course for 2nd-year medical students, Univ. of Massachusetts Medical School, 1986-89

• Organizer and seminar leader, Clinical Epidemiology and Prevention component of required clerkship for
  third-year medical students, Univ. of Massachusetts Medical School, 1987-90

• Design of Clinical Research course, MPH Program, Univ. of Massachusetts Medical School, 1988-90

• Problem-based Learning Faculty Tutor (MS1), Northwestern University Medical School (NUMS), 1993-96

• Unit Director, "Preventive Medicine", Patient, Physician & Society course, NUMS, 1994-2003

• Lecturer and Section Leader, Medical Decision-Making 2, M2 medical students, NUFSM, 1996-

• Lecturer, "Overview of Morbidity and Mortality in the U.S.", Patient, Physician & Society course (M1),
  NUFSM, 1995-1999

• Sole faculty, Molecular Epidemiology course (PH525), MPH Program, NU Graduate School, 2002-

• Section Leader, Medical Decision-Making, M3/M4 curriculum, NUFSM, 2003-

• Lecturer, "Diet and Cancer", Scientific Basis of Medicine course for M1 medical students, 2004-2005

• Sole faculty, Cancer Screening: Principles and Practice (PH527), MPH Program, NU Graduate School, 2005-6

• Lecturer, Cancer Biology, Pathology course for M2 medical students, UIC, 2006-2007

• Co-Director, "Molecular Epidemiology and Biomarker" course PATH512, Graduate College, UIC 2009 -

• Lecturer, Medical Nutrition Course for M1 students, UIC College of Medicine, 2009 -

**Departmental and University Committee Service** (since 1994)
Member, Cancer Center Executive Committee, 1995-6
Member, Epidemiology Task Force, 2001 Project, 1996
Member, Planning Committee, MPH Program, 1995-97
Coordinator, Departmental Seminar Series, 1994-6
Chair, Departmental Library Committee, 1994-98
Coordinator, Cancer Prevention seminars, 1996-
Member, Planning Committee, Lectures in the Life Sciences, 1996-7
Chair, Faculty Search in Biostatistics, 1997-8
Leader, Working Group on Prevention, Lurie Cancer Center, 1994-99

Co-Leader, Program on Cancer Prevention and Control, Lurie Cancer Center, 1999-2002
Member, Evaluation Committee, MPH Program, 1999-2001
Member, Curriculum Committee, MPH Program, 2001-2002, Chair 2002-
Scientific Advisory Committee, General Clinical Research Center, Northwestern, 1999-
Chair, Search Committee in Cancer Epidemiology, 2000-2002
Member, Search Committee in Cancer Biostatistics, 2001
Member, Search Committee for Associate Director in Cancer Prevention and Control, 2002-
Member, Advisory Committee for the Immunoassay Core Facility (Cancer Center), 2002-
Member, SupraDepartmental Search Committee in Cancer, 2003-
Interviewer, Medical School Admissions Committee, 2003-
Member, Search Committee in Behavioral Science and Cancer Prevention, 2004-
Member, Department Executive Committee, Dept. of Pathology, UIC, 2006-
Member, Program Development, Translational Research & Infrastructure Planning Groups, UIC Cancer Center
Member, Search Committee for Cancer Center Associate Director for Prevention and Control, 2008-
Co-Director, Carcinogenesis and Chemoprevention program, UIC Cancer Center, 2008 –
Member, Search Committee for Pathology Department Head, UIC, 2009-2010
Member, Five-Year Review Committee for Head of Department of Medicine, UIC, 2009
Member, Advisory Committee, Medical Scientist Training Program (MD-PhD), UIC, 2009 -

## Current Research Activities
Biochemical factors in the etiology of prostate, and liver cancer
Diet-hormone interactions in breast and prostate cancer etiology
Evaluation of molecular markers for prostate cancer screening
Development of new biomarker tools for cancer epidemiology and chemoprevention

## Current Research Funding
2009-2011. The Effect of a Lycopene-Rich Tomato Extract on Gene Expression in Benign Prostate Tissue: Results from a Randomized Trial in Men with HGPIN. PI: Gann. American Institute for Cancer Research, $150,000

2010-2014.  Growth Factors and Lethal Prostate Cancer Signature. National Cancer Institute R01 CA141298, Co-I, (PI: M. Stampfer, Harvard), $165,000

2006-2012.  Molecular Evidence for the Role of Lobular Involution in Pregnancy-Associated Breast Cancer.  Co-PI (PI: D. Tonetti), Avon Foundation, $500,000.

2009-2011.  Retinoid and Carotenoid Depletion in Patients at High Risk for Liver Cancer. National Cancer Institute R21 CA131787, Principal Investigator, $413,000.

2003-2008. Phase 1 and Phase 2 Clinical Trials of Cancer Chemopreventive Agents: Multi-center Consortium. National Cancer Institute, NO1-CN-35157. Co-Principal Investigator (PI: R. Bergan), $8,232,000.

2007-2011. Nipple fluid hormone levels and breast cancer risk.  National Cancer Institute 1 R01 CA120555 Co-Principal Investigator (PI: S. Khan),  $1,533,100.

2006 – 2011.  Dietary Influences on AMACR Expression in the Prostate.  DOD Prostate Cancer Research Program PC050393 (PI: M. Wright), $333,103.

**Past Research Funding**

2008-2013. Postdoctoral Training Program in Cancer Epidemiology and Prevention, National Cancer Institute, R25 CA100600, original Principal Investigator, $2,012,918.

Dietary and Biochemical Markers of Prostate Cancer Risk.  National Cancer Institute RO1-CA58684. Co-Investigator 1992, Consultant 1993-2000, (PI: M. Stampfer, Harvard Medical School), $3,512,776, 1992-00.

Developing New Epidemiologic Tools for Investigating Breast Cancer Risk, US Army Medical Research and Development Breast Cancer Research Program DAMD17-94-4203. Principal Investigator. $200,000, 9/94-9/98.

Growth Factors and Steroid Hormones in Prostatic Fluid (Pilot Project). National Cancer Institute Mini-SPORE on Prostate Cancer (PI: C. Lee), $20,000, 09/96-09/97.

Biomarker Research on Breast Cancer, Carol Gollob Breast Cancer Research Foundation, Winnetka, IL. Principal Investigator.  $50,000, 11/96-11/00.

Hormonal Responses to a Low-Fat High-Fiber and Soy Diet, National Cancer Institute, RO1-CA66695. Principal Investigator. $873,600, 8/95-6/00.

Low Fat, High Fiber, Soy-Rich Diet in Premenopausal Women, RO1-CA66691. Co-Investigator (PI: L. Van Horn). $1,083,070, 8/95-6/00.

Developing Intermediate Markers of Breast Cancer Risk (Preventive Oncology Academic Award), National Cancer Institute, KO7-CA66185. Principal Investigator.  $397,000, 9/95-9/01.

Determinants of Steroid Hormone Levels in Black and White Men: a Longitudinal Analysis, National Cancer Institute, RO1-CA77704. Co-Investigator (PI: S. Gapstur), $968,853, 12/98-6/03.

Effect of a Wheat Bran Fiber Dietary Intervention on Serum Steroid Hormone Levels in Men. Washington Square Foundation, Chicago, IL. Co-Investigator (PI: S. Gapstur), $100,000, 3/98-2/00.

Blood Lipid Response to Oats and/or Soy Among Post-Menopausal Women with Elevated Blood Cholesterol, Quaker Oats, Inc. Co-Investigator (PI: L.Van Horn), $294,787, 7/98-7/99.

Epidemiology and Cancer Mortality in CHA, National Cancer Institute, RO3 CA81617.  Co-Investigator (PI: S. Gapstur). $95,730, 4/99-3/01.

Ductal Lavage: How can high- risk women at the Lynn Sage Breast Center use this new technique to improve decision-making regarding prevention of breast cancer?, Northwestern Memorial Hospital  RG-93-037-09, Co-Investigator, (PI: Didwania), $25,000, 6/1/02-5/31/03

2000-2003. The Effect of Soy Phytoestrogens on Breast Tissue Proliferation Markers: A Randomized, Placebo-controlled Trial (Pilot Phase). American Cancer Society, Rubloff Trust, Principal Investigator, $379,000.

Regulation of Estradiol Levels in the Breast (Project 4)  SPORE in Breast Cancer.  National Cancer Institute, P50 CA89018-03. Co-Investigator (PI: R. Chatterton) $386,000. 09/30/00 - 08/31/03.

2001-2006. Development and Epidemiological Validation of Intermediate Biomarkers in Prostate Tissue, National Cancer Institute P50 CA90386, Principal Investigator, (SPORE PI: C. Lee), $832,000.

2001-2006. Chronic Pelvic Pain Clinical Study, National Institute of Health U01 DK 60177 Co-Investigator (PI: Q. Clemens), $236,188.

2003-2007. Determinants of Steroid Hormone Levels in Black and White Men: a Longitudinal Analysis, National Cancer Institute, 2RO1-CA77704. Co-Investigator (PI: S. Gapstur), $742,604. (ended with move to UIC)

2004-2009. Prospective Studies of Pancreatic Cancer Epidemiology.  National Cancer Institute K07 CA109361-01.  Primary Sponsor/Mentor (PI: H. Skinner), $400,000.  (ended with move to UIC)

2002-2008. The Effects of Lycopene on High Risk Prostatic Tissue, National Cancer Institute R01 CA90759, Principal Investigator, $1,330,586.

## Publications
*Journal Articles*

1.  Rosen SW, **Gann P**, Rogol AD.  Congenital anosmia:  detection thresholds for seven odorant classes in hypogonadal and eugonadal patients, *Ann Otol Rhinol Laryngol* 88:288-292, 1979.

2.  Bahn AK, Mills JL, Snyder PJ, **Gann P**, et al.  Hypothryoidism in workers exposed to polybrominated biphenyls.  *N Engl J Med* 302:31-33, 1980.

3.  **Gann P** and Rosenman K.  Diagnostic sensitivity bias.  *J Occup Med* 24:428-29, 1982.

4.  **Gann P** and Roseman J.  Hazards of metal processing [letter] *JAMA* 248:1577, 1982.

5.  Stolley P, **Gann P**, Kissick W, et al.  The Committee on Public Health Measures and Prevention, Mayor's Commission on Health in the 80's, *Philadelphia Med* 79:429-435, 1983.

6.  Biagini RE, Bernstein IL, Gallagher JS, Moorman WJ, Brooks S, **Gann PH**.  Factors affecting diverse reaginic immune responses to platinum and palladium metallic salts. *J Allergy Clin Immunol* 76:794-802, 1985.

7.  **Gann P**.  Use and misuse of existing data bases for determining association between environmental exposure and disease, in *Environ Epidemiol* Ed. Kopfler F.C. and Craun, G.F, Lewis Publishing: 109-122, 1986.

8.  **Gann, PH**, Davis, DL, and Perera, F.  Biochemical markers in epidemiology:  constraints and opportunities, in Proceedings of the Scientific Group on the Safety Evaluation of Chemicals, World Health Organization, 1988.

9.  Coghlin J, Hammond SK, **Gann PH**.  Development of epidemiologic tools for measuring environmental tobacco smoke exposure.  *Am J Epidemiol* 130:696-704, 1989.

10. **Gann PH**, Nghiem L, Warner S.  Pregnancy characteristics and outcomes of Cambodian refugees.  *Am J Public Health* 79:1251-1257, 1989.

11.  **Gann PH**.  Truth or consequences:  when the study reintroduces the disease agent [editorial].  *Epidemiology* 1:192-94, 1990.

12.  **Gann PH**, Herrmann J, Candib L, Hudson R.  Validity and reliability of antigen tests for detection of Chlamydia trachomatis in a low prevalence population. *J Clin Microbiol* 28:1580-85, 1990.

13.  Brooks SM, Baker DB, **Gann PH**, Jarabek AM, Hertzberg V, Gallagher J, Biagini RE, Bernstein IL.  Cold air challenge and platinum skin reactivity in platinum refinery workers: bronchial reactivity precedes skin prick response. *Chest* 97(6):1401-7, 1990.

14.  Day BW, Skipper PL, Wishnok JS, Coghlin-Strom J, Hammond SK, **Gann P**, Tannenbaum SR. Identification of an in vivo chrysene diol epoxide adduct in human hemoglobin. *Clin Res Toxicol*. 3:340-43, 1990.

15.  Baker DB, **Gann PH**, Brooks SM, Gallagher J, Bernstein IL.  A cross-sectional study of platinum salts sensitization among precious metals refinery workers.  *Am J Ind Med*. 18(6):653-64, 1990.

16.  Caplan L, **Gann PH**. Screening mammography [letter] *JAMA*. 265:27, 1991.

17.  **Gann PH**, Anderson S, Regan MB. Shifts in medical student attitudes regarding AIDS following a comprehensive training experience. *Am J Prev Med*. 7:172-7, 1991.

18.  Coghlin J, **Gann PH**, Hammond SK, Skipper P, Taghizadeh K, Paul M, Tannenbaum SR.  4-aminobiphenyl hemoglobin adducts in fetuses exposed to the tobacco smoke carcinogen in utero. *J Natl Cancer Inst*. 83:274-280, 1991.

19.  Wiecha JM, **Gann PH**. Barriers to the secondary prevention of breast cancer: physician confidence and the clinical breast exam. *Fam Pract Res J*. 13:37-41, 1993.

20.  Hammond SK, Coghlin J, **Gann PH**, Paul M, Taghizadeh K, Skipper PL, Tannenbaum SR.  Relationship between environmental tobacco smoke exposure and carcinogen-hemoglobin adduct levels in nonsmokers. *J Natl Cancer Inst*. 85:474-78, 1993.

21.  **Gann P**, Melville SK, Luckmann R. Characteristics of primary care office systems as predictors of mammography utilization.  *Ann Intern Med*. 118:893-98, 1993.

22.  **Gann PH**, Manson JE, Glynn RJ, Buring JE and Hennekens CH. Low-dose aspirin and incidence of colorectal tumors in a randomized trial. *J Natl Cancer Inst*. 85:1220-24, 1993

23.  Melville SK, Luckmann R, Coughlin J, **Gann PH**.  Office systems for promoting screening mammography: a survey of primary care practices. *J Fam Pract*. 37:569-74, 1993.

24.  **Gann PH**, Hennekens CH, Sacks FM, Grodstein F, Giovannucci EL, Stampfer MJ.  A prospective study of plasma fatty acids and risk of prostate cancer. *J Natl Cancer Inst*. 86:281-86, 1994.

25. Wiecha JM, **Gann P**. Does maternal prenatal care use predict infant immunization delay? *Fam Med.* 26:172-8, 1994.

26. **Gann PH**, Neva FA, Gam AA.  A randomized trial of single and two-dose ivermectin vs thiabendazole for treatment of strongyloidiasis. *J Infect Diseases.* 169:1076-9, 1994.

27. **Gann PH**. Studies of genetic factors in prostate cancer in a twin population [editorial]. *J Urol.* 152: 1488-89, 1994.

28. **Gann PH**, Hennekens CH, Longcope C, Grodstein F, Verhoek W, Stampfer MJ.  A prospective study of plasma hormone levels, non-hormonal factors and development of benign prostatic hyperplasia. *Prostate.* 26:40-9, 1995.

29. **Gann PH**, Hennekens CH, Stampfer MJ. A prospective evaluation of plasma specific antigen for detection of prostatic cancer. *JAMA.* 273:289-94,1995.

30. **Gann PH**, Daviglus ML, Dyer AR, Stamler J. Heart rate and prostate cancer mortality: results of a prospective analysis. *Cancer Epidimiol Biomarkers Prev.* 4:611-17, 1995.

31. **Gann PH**, Hennekens CH, Stampfer MJ.  Response re: "A prospective evaluation of PSA for detection of prostatic cancer" [letter].  *JAMA.* 274:608-09, 1995.

32. **Gann PH**, Ma J, Hennekens CH, Hollis BW, Haddad JG, Stampfer MJ. Circulating vitamin D metabolites in relation to subsequent development of prostate cancer. *Cancer Epidemiol Biomarkers Prev.* 5:121-6, 1996.

33. Gapstur SM, Dupuis J, **Gann PH**, Collila S, Winchester DP. Hormone receptor status of breast tumors in black, Hispanic, and non-Hispanic white women. *Cancer.* 77:1465-71, 1996.

34. **Gann PH**, Hennekens CH, Ma J, Longcope C, Stampfer MJ.  A prospective study of sex hormone levels and risk of prostate cancer. *J Natl Cancer Inst.* 88:1118-26, 1996.

35. **Gann PH**.  PSA screening for prostate cancer: issues involving test validity.  *Endocr Relat Cancer.* 3:179-89, 1996.

36. **Gann PH**, Chatterton R, Vogelsong K, Grayhack JT, Lee C. Epidermal growth factor-related peptides in human prostatic fluid: sources of variability in assay results. *Prostate.* 32:234-40, 1997.

37. **Gann PH**. Interpreting recent trends in prostate cancer incidence and mortality [commentary]. *Epidemiology* 8:117-20, 1997.

38. **Gann PH**, Chatterton R, Vogelsong K, Dupuis J, Ellman A. Mitogenic growth factors in breast fluid obtained from healthy women: evaluation of biological and extraneous sources of variability. *Cancer Epidemiol Biomarkers Prev.* 6:421-28, 1997.

39. Chan JM, Stampfer MJ, Giovannucci E, **Gann PH**, Ma J, Wilkinson P, Hennekens CH, Pollak M. Circulating insulin-like growth factor-1 and prostate cancer risk: a prospective study. *Science.* 279:563-66, 1998.

40. **Gann PH**. Diet and prostate cancer risk: the embarrassment of riches [editorial]. *Cancer Causes Control* 9:541-3, 1998.

41. Ma J, Stampfer MJ, **Gann PH**, Hough H, Giovannucci E, Kelsey KT, Hennekens CH, Hunter DJ. Vitamin D receptor polymorphisms, circulating vitamin D metabolites and risk of prostate cancer in US physicians. *Cancer Epidemiol Biomarkers Prev.* 7:385-390, 1998.

42. Giovannucci E, Stampfer MJ, Chan A, Krithivas K, **Gann PH**, Hennekens CH, Kantoff PW.  CAG repeat within the androgen receptor gene and incidence of surgery for benign prostatic hyperplasia in U.S. physicians. *Prostate.* 39:130-134, 1999.

43. Stang A, Glynn RJ, **Gann PH**, Taylor JO, Hennekens CH.  Cancer occurrence in the elderly: agreement between three major data sources. *Ann Epidemiol.* 9:60-67, 1999.

44. **Gann PH**, Ma J, Giovannucci E, Willett W, Sacks FM, Hennekens CH, Stampfer MJ. Lower prostate cancer risk in men with elevated plasma lycopene levels: results of a prospective analysis. *Cancer Res.* 59:1225-1230, 1999.

45. **Gann PH**, Colilla SA, Gapstur SM, Winchester DJ, Winchester DP. Factors associated with axillary node metastasis in primary breast cancer: analyses from large, national databases.  *Cancer.* 86:1511-1509, 1999.

46. **Gann PH**, Klein KG, Chatterton RT, Ellman AE, Grayhack JT, Lee C, Nadler RB.  Growth factors in expressed prostatic fluid from men with prostate cancer, BPH and clinically normal prostates. *Prostate.* 40:248-255, 1999.

47. Lu Y-c, Bentley GR, **Gann PH**, Hodges KR, Chatterton RT.  Salivary estradiol and progesterone levels in conception and non-conception cycles in women: evaluation of a new assay for salivary estradiol.  *Fertil Steril.* 71:863-868, 1999.

48. Gapstur SM, **Gann PH**,  Lowe W, Liu K, Colangelo L, Dyer A. Abnormal glucose metabolism and pancreatic cancer mortality. *JAMA.* 283:2552-2558, 2000.

49. **Gann PH**. Selenium, vitamin E and the prevention of prostate cancer.  *Eurocancer 99,*  John Libbey Eurotext, Paris: 299-301, 2000.

50. **Gann PH**, Giovanazzi S, Van Horn L, Branning A, Chatterton RT.  Saliva as a medium for investigating differences in ovarian hormone levels in premenopausal women. *Cancer Epidemiol Biomarkers Prev.* 10:59-64, 2001.

51. Chan JM, Stampfer MJ, Ma J, **Gann P**, Ajani U, Gaziano JM, Giovannucci E.  Dairy products, calcium, and prostate cancer risk in the Physicians' Health Study.  *Am J Clin Nutr.* 74:549-554, 2001.

52. Gapstur SM, **Gann PH**.  Is pancreatic cancer a preventable disease? [editorial]  *JAMA.* 286:967-968, 2001.

53.   **Gann PH**, Chatterton RT, Lee C.  Peptide growth factors as biomarkers of prostate cancer risk. *Epidemiol Rev.* 23:67-71, 2001.

54.   Gapstur SM, **Gann PH**, Colangelo LA, Barron-Simpson R, Kopp P, Dyer A, Liu K.  Postload plasma glucose concentration and 27-year prostate cancer mortality. *Cancer Causes Control.* 12:763-772, 2001.

55.   Chan JM, Stampfer MJ, Ma J, **Gann PH**, Gaziano JM, Pollak M, Giovannucci E. Insulin-like growth factor-I (IGF) and IGF binding protein-3 as predictors of advanced stage but not high grade prostate cancer. *J Natl Cancer Inst.* 94:1099-1106, 2002.

56.   Etzioni R, Penson DF, Legler JM, di Tommaso D, Boer R, **Gann PH**, Feuer EJ.  Overdiagnosis in prostate-specific antigen screening: lessons from U.S. prostate cancer incidence trends.  *J Natl Cancer Inst.* 94:981-990, 2002.

57.   Gapstur SM, **Gann PH**, Kopp P, Colangelo L, Longcope C, Liu K.  Serum androgen concentrations in young men: a longitudinal analysis of associations with age, obesity and race. The CARDIA Male Hormone Study. *Cancer Epidemiol Biomarkers Prev* 11:1041-1047, 2002.

58.   **Gann PH**. Risk factors for prostate cancer. *Rev Urol Suppl.* 4(5):S3–S10, 2002.

59.   **Gann PH**.  Androgenic hormones and prostate cancer risk: status and prospects. *IARC Sci Publ.* 156:283-8, 2002.

60.   Colangelo LA, Gapstur SM, **Gann PH**, Dyer AR, Liu K.  Colorectal cancer mortality and factors related to the insulin resistance syndrome. *Cancer Epidemiol Biomarkers Prev.* 11(4):385-91, 2002.

61.   **Gann PH**, Ma J, Catalona WJ, Stampfer MJ.  Strategies combining total and percent free prostate specific antigen for detecting prostate cancer: a prospective evaluation. *J Urol* 167(6):2427-34, 2002.

62.   Chatterton RT, Geiger AS, **Gann PH**, Gapstur SM, Helenowski IB, Studee LE, Khan SS, Morrow MM. Determinants of cathepsin D, a marker of estrogen action, in nipple aspirate fluid. *Breast Ca Res Treat* 76:629, 2002.

63.   **Gann PH**.  Informed consent for PSA testing. *Urology.* 61(1):5-6, 2003.

64.   **Gann PH** , Morrow M. Combined hormone therapy and breast cancer: a single-edged sword [editorial]. *JAMA*  289:3304-3306, 2003.

65.   Etzioni R, Kooperberg C, Smith R, Pepe M, **Gann PH**.  Combining biomarkers to detect disease: a prostate cancer case study. *Biostatistics* 4:523-538, 2003.

66.   **Gann PH**, Chatterton R, Gapstur SM, Liu K, Garside D, Giovanazzi S, Thedford K, Van Horn L. The Effects of a low fat high fiber diet on sex hormone levels and menstrual cycling in premenopausal women: a 12-month randomized trial (The Diet and Hormone Study). *Cancer* 98: 1870-1879, 2003.

67.   **Gann PH**, Khachik F.  Tomatoes or lycopene versus prostate cancer: is evolution anti-reductionist?  *J Natl Cancer Inst*  95:1563-1565, 2003.

68.   Chatterton RT, Geiger AS, **Gann PH**, Khan S.  Formation of estrone and estradiol from estrone sulfate by normal breast parenchymal tissue. *J Steroid Biochem Molec Biol*. 86:159-166, 2003.

69.   Colangelo LA, Dyer AR, **Gann PH**, Gapstur SM. Cigarette smoking and colorectal cancer mortality in a cohort with long-term follow-up.  *Cancer* 100(2): 288-293, 2004.

70.   Key T, Allen N, Appleby P, …(22 authors)…**Gann P**, Kaaks R, Ferrari P, Riboli E.  Fruit and vegetables and prostate cancer: a prospective study of 130,544 men in the European Prospective Investigation into Cancer and Nutrition.  *Int J Cancer* 109:119-124, 2004.

71.   Ramakrishnan R, **Gann PH**, Wiley EL, Khurana KK, Khan SA. Normal breast lobular architecture and menstrual variation in biopsy samples from breast cancer cases and benign disease controls. *Breast Cancer Res Treatment* 86:259-268, 2004.

72.   Chatterton RT, Geiger AS, Khan SA, Helenowski IB, Jovanovic BD, **Gann PH**. Variation in estradiol, estradiol precursors, and estrogen-related products in nipple aspirate fluid from normal premenopausal women. *Cancer Epid Biomarker Prev* 13:928-935, 2004.

73.   Etzioni R, Falcon S, **Gann PH**, Kooperberg C, Penson DF, Stampfer MJ.  PSA, percent free PSA and complexed PSA in the early detection of prostate cancer: does it make a difference?  *Cancer Epid Biomarker Prev* 13:1640-1645, 2004.

74.   Han M, **Gann PH**, Catalona WJ.  PSA and screening for prostate cancer.  *Med Clin N Amer* 88:245-265, 2004.

75.   Gapstur SM, Kopp P, Chiu B, **Gann PH,** Colangelo LA, Liu K.  Longitudinal associations of age, anthropometric and lifestyle factors with serum total IGF-I and IGFBP-3 levels in Black and White men: The CARDIA Male Hormone Study. *Cancer Epid Biomarker Prev* 13:2208-16, 2004.

76.   Ananthanarayanan V, Deaton RJ, Yang XJ, Pins MR, **Gann PH**.  Alpha methylacyl-CoA racemase (AMACR) expression in normal prostatic glands and high-grade intraepithelial neoplasia (HGPIN): association with diagnosis of prostate cancer.  *Prostate* 63:341-346, 2004.

77.   Ananthanarayanan V, Pins MR, Meyer RE, **Gann PH**.  Immunohistochemical assays in prostatic biopsies processed in Bouin's fixative. *J Clin Pathol* 58:322-24, 2005.

78.   **Gann PH**, Kazer R, Chatterton R, Gapstur SM, Thedford K, Helenowski I, Giovanazzi S, Van Horn L.  A sequential randomized trial of a low-fat high-fiber diet and soy supplementation: effects on circulating IGF-1 and its binding proteins in premenopausal women.  *Int J Cancer* 116:297-303, 2005.

79.   Chatterton RT Jr, Geiger AS, Mateo ET, Helenowski IB, **Gann PH**.  Comparison of hormone levels in nipple aspirate fluid (NAF) of pre- and post-menopausal women: effect of oral contraceptives and hormone replacement.  *J Clin Endocrinol Metab* 90:1686-91, 2005.

80.  **Gann PH**, Han M. The natural history of clinically localized prostate cancer.  *JAMA* 293:2149-51, 2005.

81.  **Gann PH**.  Intermediate biomarkers of lycopene/tomato effects in high-risk prostatic tissue.  *J Nutr* 135:2065-67(S), 2005.

82.  Chan JM, **Gann PH**, Giovannucci EL.  The role of diet in prostate cancer development and progression.  *J Clin Oncol* 23:8152-60, 2005.

83.  McVary KT, Rademaker A, Lloyd GL, **Gann P**.  Autonomic nervous system overactivity in men with lower urinary tract symptoms secondary to benign prostatic hyperplasia. *J Urol* 174:1-7, 2005.

84.  Colangelo LA, Chiu B, Kopp P, **Gann PH**, Liu K, Gapstur SM.  IGF-1, IGFBP-3 and Nutritional Factors in Young Black and White Men: The CARDIA Male Hormone Study.  *Nutr Cancer* 53:57-64, 2005.

85.  **Gann PH**, Geiger AS, Helenowski IB, Vonesh EF, Chatterton RT.  Estrogen and progesterone levels in nipple aspirate fluid of healthy premenopausal women:  relationship to steroid precursors and response proteins. *Cancer Epid Biomarker Prev* 15:39-44, 2006.

86.  Ananthanarayanan V, Deaton RJ, Yang XJ, Pins MR, **Gann PH**.  Alteration of proliferation and apoptosis markers in normal and premalignant tissue associated with prostate cancer. *BMC Cancer* 6:73-80, 2006.

87.  Gapstur SM, Kopp P, **Gann PH**, Chiu C-HB, Colangelo LA, Liu K. Changes in BMI modulate age-associated changes in sex hormone binding globulin and total testosterone, but not bioavailable testosterone in young adult men: the CARDIA Male Hormone Study.  *Int J Obesity* 31:685-91, 2007.

88.  Travis RT, Key TJ, Allen NE, Appleby PN, Roddam AW, Rinaldi S, Egevad L, **Gann PH**, Rohrmann S, Linseisen J et al.  Serum androgens and prostate cancer risk among 643 cases and 643 controls in the European Prospective Investigation into Cancer and Nutrition (EPIC), *Int J Cancer* 121:1331-8, 2007.

89.  Wright ME, **Gann PH**. Does active treatment improve survival in elderly men with localized prostate cancer? (Commentary)  *Nat Pract Rev Urol* 4:420-1, 2007.

90.  Cohen YC, Liu KS, Heyden NL, Carides AD, Anderson KM, Daifotis AG, **Gann PH.**  Detection bias due to the effect of finasteride on prostate volume: a modeling approach for analysis of the Prostate Cancer Prevention Trial. *J Natl Cancer Inst*  99:1366-74, 2007.

91.  van Adelsberg J, **Gann P**, Ko AT, Damber J-E, Logothetis C, Marberger M, Scmitz-Draeger B, Tubaro A, Harms CJ, Roerhborn C. The VIOXX* in Prostate Cancer Prevention (ViP) Study:  cardiovascular events observed in the rofecoxib 25 mg and placebo treatment groups. *Curr Med Res Opinion* 23(9):2063-70, 2007.

92.  Bosland M, **Gann PH**. Soy isoflavone consumption is not associated with increased risk of advanced prostate cancer (peer-reviewed letter). *Cancer Epid Biomarkers Prev* 16(10):2169-70, 2007.

93.  Kim YL, Jacobs DR Jr, Gross MD, Bergan RC, **Gann PH**, Liu K, Gapstur SM. Associations of serum carotenoid levels with serum insulin-like growth factor (IGF)-1 and IGF-binding protein (IGFBP)-3 levels in black men and white men. *Cancer Epid Biomarkers Prev* 16:2781-3, 2007.

94. Roddam AW, Endogenous Hormones and Prostate Cancer Collaborative Group. Endogenous sex hormones and prostate cancer: a collaborative analysis of eighteen prospective studies. *J Natl Cancer Inst* 100:170-83, 2008.

95. Roddam AW, Endogenous Hormones and Prostate Cancer Collaborative Group. Insulin-like growth factors, their binding proteins, and prostate cancer risk: analysis of individual patient data from 12 prospective studies.  *Ann Intern Med*  149(7):461-71, 2008.

96. **Gann PH**.  Randomized trials of antioxidant supplementation for cancer prevention: first bias, now chance – next, cause?  *JAMA* 301(1):102-03, 2009.

97. Nonn L, Ananthanarayanan V, **Gann PH**.  Evidence for field cancerization in the prostate.  *Prostate* 69:1470-9, 2009.

98. Nonn L, Vaishnav A, Gallagher L, **Gann PH**.  mRNA and microRNA expression analysis in laser capture microdissected-prostate biopsies: valuable tool for risk assessment and prevention trials. *Experimental Molec Pathol* 88:45-51, 2010 (E-pub 2009 Oct 27).

99. Greene KL, Albertsen PC, Babaian RJ, Carter HB, **Gann PH**, Han M, Kuban DA, Sartor AO, Stanford JL, Zietman A, Carroll P.  Prostate specific antigen best practice statement: 2009 update.  *J Urology* 182(5):2232-41, 2009.

100. Aztalos S, **Gann PH**, Hayes MK, Nonn L, Beam CA, Dai Y, Wiley EL, Tonetti DA. Gene expression patterns in the human breast after pregnancy. *Cancer Prev Res* 3:301-11, 2010.

101. **Gann PH**, Fought A, Deaton R, Catalona WJ, Vonesh E. Risk factors for prostate cancer detection after a negative biopsy: a novel multivariable longitudinal approach. *J Clin Oncol* 28(10):1714-20 2010.

102. **Gann PH**. A closer look at the initial results from the REDUCE trial. *Nature Rev Urol*  7:535-537 2010.

103. Loeb S, Vonesh EF, Metter EJ, Carter HB, **Gann PH**, Catalona WJ. What is the true number-needed-to-screen and treat to save a life with prostate-specific antigen (PSA) testing? *J Clin Oncol* 29(4):464-7, 2011

104. Ananthanarayanan V, Deaton RJ, Amatya A, Macias V, Luther E, Kajdacsy-Balla A, **Gann PH**.  Subcellular localization of p27 and prostate cancer recurrence: automated digital microscopy analysis of tissue microarrays.  *Human Pathology* [EPub ahead of print] Feb 1, 2011.

105. Helenowski IB, Vonesh EF, Demirtas H, Rademaker AW, Ananthanarayanan V, **Gann PH**, Jovanovic BD. Defining reproducibility statistics as a function of the spatial covariance structures in biomarker studies. *Int J Biostatistics* (in press), 2010.

106. Terry EN, **Gann PH**, Molokie R, Deininger M, Diamond AM.  Changes in the activity of the GPx-1 anti-oxidant selenozyme in mononuclear cells following imatinib treatment.  *Leukemia Research*  [Epub ahead of print] Feb 1, 2011.

Peter Gann, MD   p.15

*Books and book chapters*
Jarabek, AM, Baker, DB, Gann, PH, et al.  Cold air challenge in an occupational population exposed to platinum salts.  In Occupational Lung Disease, ed. Gee, JBL, Morgan, WKC, and Brooks, SM, Raven Press, New York, 1984.

Gann, PH.  "Occupational Epidemiology", Chapter 12 in Epidemiology, An Introductory Text, ed. Mausner, J, and Kramer, S, Saunders, Philadelphia, 1984.

Gann, PH. (Project Director), Committee on the Epidemiology of Air Pollutants, Epidemiology and Air Pollution, National Academy Press.  Washington, D.C., 1985.

Li FP, Gann PH. "Cancer Epidemiology and Prevention", Chapter 12-I, Scientific American Medicine, Scientific American, New York, 1994-1996.

Gann PH, Hennekens CH, Ma J, Longcope C, Stampfer MJ.  A prospective study of sex hormone levels and risk of prostate cancer. In Accomplishments in Cancer Research: 1996, eds. Fortner JG and Sharp PA, Lippincott-Raven, Philadelphia, 1997.

Gann PH, Jang T, Catalona WJ.  Genetic epidemiology.  In Prostate Cancer: Principles and Practice, eds. Kirby R, Partin A, Feneley M, Parsons JK.  Taylor & Francis Ltd. London, U.K., 2005.

Gann PH, Giovannucci EL.  Nutrition and prostate cancer.  Prostate Cancer Foundation.  Santa Monica, CA, 2005.

Gann PH, Akaza H, Habib F, Kirby R, Mendoza A, Thompson IM, Van Poppel H.  Prostate Cancer Prevention. 6th International Consultation on New Developments in Prostate Cancer and Prostatic Diseases. Paris, France, Health Publications, 2006.

VAO Committee, Veterans and Agent Orange, Vol. 5. National Academy Press, Washington, D.C., 2007.

*Selected Abstracts*
Ananthanarayanan V, Deaton RJ, Yang XJ, Meyer RE, Han M, Gann PH.  $\alpha$-Methylacyl-CoA Racemase (P504S/AMACR) expression in prostatic intraepithelial neoplasia: association with subsequent diagnosis of prostate cancer. 95th Annual Meeting, American Association for Cancer Research, Orlando FL, March, 2004.

Ananthanarayanan V, Deaton RJ, Helenowski IB, Yang XJ, Pins MR, Gann PH. Differential Expression of Proliferative and Apoptotic Markers in Normal Prostate, Prostatic Intraephithelial Neoplasia and Prostate Cancer - AACR International Conference on Frontiers in Cancer Prevention Research, Seattle, WA, 2004.

Ananthanarayanan V, Deaton RJ, Scholtens D, Kagan V, Bacus JW, Gann PH. Optimizing a Method for Digital Nuclear Morphometric Analysis of Prostatic Tissue -  AACR Annual Meeting in Anaheim, CA, 2005.

Helenowski IB, Vonesh EF, Gann PH, Jovanovic BD, **A**nanthanarayanan V, Defining a Reproducibility Statistic as a Function of a Continuous Variable in Biomarker Studies - Joint Statistical Meeting, Minneapolis, 2006

Han M, Pins MR, Gann PH, Comparison of Manual and Automated Scoring Methods for Evaluation of PTEN, p27 and Akt-p in Cancerous and Non-Cancerous Prostate Tissue- Annual Meeting of the American Association of Cancer Research (AACR), Washington DC, April, 2006.

Ananthanarayanan.V, Deaton RJ, Borthakur G, Gold S, Han M, Gann PH. Epithelial Area in Prostatic Biopsies with High Grade Prostatic Intraepithelial Neoplasia (HGPIN): Preliminary Results from a Phase 2 Clinical Trial of a Lycopene-rich Tomato Extract.  Frontiers in Cancer Prevention Research, AACR International Conference, Boston, MA, November, 2006.

*Selected Invited presentations*
*Does aspirin reduce the risk of developing colorectal cancer?*  Frontiers of Cancer Prevention and Early Detection, Dana-Farber Cancer Institute, Boston, October, 1992.

*Aspirin and colorectal cancer in the Physicians' Health Study*.  Workshop on NSAIDS and Colorectal Cancer, American Health Foundation, New York, October, 1993

*Aspirin and colorectal cancer*.  Workshop on NSAIDS and Colorectal Cancer, American Cancer Society, Atlanta, GA, April, 1994.

*Session Discussant, Cancer Epidemiology and Prevention*, Annual Meeting of the American Society for Clinical Oncology, Dallas TX, May, 1994.

*Prospective approaches to the problem of assessing PSA validity for detection of prostate cancer*. Colloquium Series, Division of Cancer Prevention and Control, NCI, Rockville, MD, April, 1995.

*Diet and cancer: from observational epidemiology to intervention*.  Summer Biotechnology Institute, Northwestern University Center for Biotechnology, July, 1995.

*PSA screening: issues involving test validity*.  International Symposium on Recent Advances in Diagnosis and Treatment of Prostate Cancer, Quebec City, Canada, September, 1995.

*New and future developments in screening for prostate cancer*.  Invited Plenary Lecture. Annual Meeting of the Swedish Urology Association, Göteborg, Sweden, June, 1996.

*Workshop on Prostate Cancer Screening*.  Harvard Center for Cancer Prevention, Harvard School of Public Health, Boston, MA, October, 1996.

*Minisymposium on Hormone Action/Signal Transduction*, Northwestern University Medical School, Chicago, December, 1996.

*What causes prostate cancer? Results from prospective studies involving molecular markers*. University of Iowa, Des Moines, IA, October, 1997.

*How are diet and hormonal patterns linked to breast cancer risk?*  New Approaches in Nutrition and Chronic Disease Prevention, University of Pittsburgh, November, 1997.

*Plasma antioxidant levels and risk of developing prostate cancer*. International Agency for Research on Cancer, Lyon, France, December, 1997.

*Could lycopene prevent prostate cancer?*  Norris Cotton Cancer Center, Dartmouth-Hitchcock Medical Center, Lebanon, NH, March, 1999.

*Selenium, vitamin E, lycopene and the prevention of prostate cancer*.  Eurocancer 1999, Palais des Congres, Paris, France, June, 1999.

*PSA in the detection of prostate cancer*.  Midwest Clinical Conference, Chicago Medical Society, February, 2000.

*Testosterone replacement in men: epidemiological studies*.  NIA/NIH Advisory Workshop, Bethesda, MD, June, 2000.

*Endogenous hormones and prostate cancer: status and prospects*.  European Conference on Nutrition and Cancer, Lyon, France, June, 2001.

*Lycopene: Prospects for Chemoprevention*.  Departments of Nutrition and Epidemiology, Harvard School of Public Health, Boston, MA, October, 2001.

*Phase 2 Chemoprevention Trials for Prostate Cancer*.  Division of Epidemiology and Biostatistics, University of Illinois-Chicago School of Public Health, August, 2002.

*Risk factors for prostate cancer*.  Annual Meeting of the American Urological Association, Chicago, April 2003.

*Rationale for quantitative image analysis*.  Quantitative Microscopic Analysis of Human Tissue in the Digital Era: Workshop, Chicago, April, 2003.

*Statistical/Epidemiological Considerations*. The First Public Forum: Prostate Cancer Prevention with Finasteride. Special Plenary Session, 94th Annual Meeting, American Association for Cancer Research, Washington, D.C., July 12, 2003.

*Prostate Cancer Etiology: Molecular Hypotheses*, Grand Rounds, Urology, University of Texas-Southwestern, Dallas, TX, September, 2003

*Risk Factors for Prostate Cancer*.  Grand Rounds, Department of Urology, Stanford University Medical School, Palo Alto, CA, March, 2004

*Guest faculty, Chemoprevention Course*, Annual Meeting of the American Urological Association, San Francisco, May, 2004

*Epidemiology in Drug Discovery and Evaluation*, Biotechnology: Science for Managers course, Kellogg School of Management and Business, Northwestern University, Evanston IL, October 2004.

*An Epidemiologist Looks at Health Risks*, Domain Dinner on Risk Management, Kellogg School of Management, Northwestern University, Evanston IL, February 2005.

*Intermediate Biomarkers of Lycopene/Tomato Effects in High-Risk Prostatic Tissue*, Promises and Perils of Lycopene/Tomato Supplementation and Cancer Prevention Workshop, National Cancer Institute, Bethesda, February, 2005.

*Statins and Cancer Prevention.*  Invited discussant at special plenary session.  American Society for Clinical Oncology, Annual Meeting, Orlando, FL, May, 2005.

*Prostate Cancer Prevention*, 6th International Consultation on New Developments in Prostate Cancer and Prostate Diseases, UICC/IUA, Paris, France, June, 2005

*Dissecting the Prostate Cancer Prevention Trial*, Department of Epidemiology, Harvard School of Public Health, Boston, MA, November, 2005.

*The Role of Biomarkers in Research on Diet Supplements*, Novartis Foundation Workshop on Dietary Supplements and Health, invited speaker, London, UK, May, 2006.

*Nutritional Interventions in Prostate Cancer*, Biennial Meeting of the Prostate Cancer Research Foundation, London, U.K., June, 2006.

*An Observational Design Re-analysis of the Prostate Cancer Prevention Trial.*  Grand Rounds, Hematology/Oncology, Henry Ford Health System, Detroit, MI, September 8, 2006.

*Automated Digital Analysis of a Tissue Microarray with Brightfield and Laser-based Systems: Application to Subcellular Localization of p27 and Prostate Cancer Recurrence.* Latest Advances in Tissue Analysis, UCLA, Los Angeles, April, 2007.

*Subcellular Localization of p27 as a Prognostic Factor in Prostate Cancer: Automated Digital Analysis Using the Laser Scanning Cytometer.*  Quantitative Imaging Cytometry in Cancer Research, Cancer Research UK, Cambridge, England, July, 2007.

*Tissue-based Surrogate Endpoints in Phase II Cancer Chemoprevention Trial.* Fred Hutchinson Cancer Research Institute, Seattle, WA, August, 2007

*Chemoprevention: Where We Are and Why We Are There.*  Annual Retreat, Prostate Cancer Foundation, Lake Tahoe, CA, October, 2007

*Design, Analysis and Methodology Issues in Tissue-Based Studies.*  Interdisciplinary Worskhop "Incorporating Novel Tumor Tissue Analysis into Population-based Studies of Human Cancer", Dana-Farber/Harvard Cancer Center, Boston, MA, October, 2008.

*Cancer Chemoprevention.*  University of Chicago CME course on personalized medicine.  May 16, 2009.

*Chemoprevention of Prostate Cancer: How to Build on Success.*  Annual Symposium, Diller Comprehensive Cancer Center, UCSF, San Francisco, CA, November 5, 2009.

*Aging, the Architecture of Normal Breast Tissue, and Breast Cancer Risk.* Chicago Digital Pathology Seminar, Chicago, IL, May 13, 2010.

*Randomized Trials vs. Observational Studies for Determining the Effects of Nutritional Supplements in Cancer Chemoprevention.*  (Session Chair), ASCO Annual Meeting, Chicago, June 5, 2010.

*Come Out of Your Silo: Cancer Biomarker Research Requires Integrated Thinking About Risk Assessment, Prevention, Early Detection, and Prognosis.*  Cancer Control and Populations Sciences seminar, UIC Cancer Center, March 7, 2011.

APPENDIX B

# REPORT OF PETER H. GANN, MD, ScD

1. The opinions in this report focus on the general issue of causation concerning combination menopausal hormone therapy (CMHT) and breast cancer, and do not refer to the causal role of CMHT in any *individual* case of breast cancer.

2. The opinions contained in this report reflect my training and experience as a physician and research epidemiologist and are expressed within a reasonable degree of medical certainty. In preparing this report, I have used the same standards and degree of intellectual rigor that I use in my usual professional work.

## BACKGROUND AND QUALIFICATIONS

3. I am currently a Professor in the Department of Preventive Medicine in the Feinberg School of Medicine at Northwestern University in Chicago. I received my medical degree at the University of Pennsylvania, where I also earned an M.S. degree in epidemiology and biostatistics and completed a post-doctoral fellowship. I received my doctoral degree (ScD) in epidemiology, with an emphasis on cancer epidemiology, from Harvard University. Prior to my current position at Northwestern, I was a Research Fellow at Brigham and Women's Hospital in Boston, Assistant Professor in Family and Community Medicine at the University of Massachusetts Medical Center, and a Project Director at the National Academy of Sciences in Washington, D.C. I have also been a Visiting Scientist at the International Agency for Research on Cancer (IARC) in Lyon, France. My work focuses on understanding the causes of cancer from a population or epidemiological perspective, and has focused primarily on hormonal and dietary factors in breast and prostate cancer. The work also seeks to develop new ways of assessing cancer risk using biomarkers, which are based on noninvasive measurements we can obtain in body fluids and tissues. In 2006, I will become Vice Chair and Director of Research in the Department of Pathology at the University of Illinois in Chicago, and will develop a new program in molecular epidemiology and chemoprevention of cancer.

4. I have conducted research studies focused on developing ways to measure steroid hormones and growth factors in the breast itself, through assays performed on nipple aspirate fluid, which is fluid directly secreted from breast cells. We have also conducted studies to determine what influences the level of hormones such as estrogen found in this fluid, and have performed randomized trials to evaluate the effects of certain dietary factors on hormone concentrations in women. I was the author of a commentary on the Women's Health Initiative results pertaining to HRT and breast cancer, which was published in JAMA in 2003.

5. My research work has been funded by the National Cancer Institute, the American Cancer Society and the Department of Defense Breast and Prostate Cancer Research Programs. I have served as a member on numerous national and international advisory bodies dealing with cancer prevention. In addition, I have been a member of several peer review panels for NIH and the Department of Defense, and served as Chair of the Epidemiology Committee for peer review at the National Cancer Institute of Canada.

## SUMMARY OF OPINIONS

6.1.  *CMHT can be considered to have caused breast cancer, within a reasonable degree of medical certainty, in some women.*  By "cause" I mean that in a substantial number of women, regular ingestion of combination hormone therapy after menopause is a necessary factor leading to either the initiation of a breast tumor or the accelerated growth of that tumor.  Stated another way, in the absence of CMHT exposure, these tumors would have appeared later, would have had less threatening features at diagnosis, or would not have appeared at all during those women's lifetimes.

This opinion regarding general causality, which is central to this report, is based upon a wide variety of evidence from several types of research, including epidemiology, clinical trials, clinical research involving intermediate biomarkers, and laboratory studies with animal models and cultured cells.   These studies together form a collective body of evidence that has grown steadily over the past 30 years and that strongly supports a causal role for CMHT in breast cancer.

6.2.  *CMHT increases the risk of breast cancer more than Estrogen Menopausal Hormone Therapy (EMHT).*  The addition of progestin to estrogen increases the potential for promoting the growth of breast cancer.  A small increase in breast cancer risk due to EMHT is seen in some, but not all, studies.

6.3.  *Breast cancer risk increases with longer duration of HRT use and declines to some degree following cessation.*  Furthermore, since HRT can accelerate the growth of pre-existing tumors, cases that are caused by HRT can appear quite soon after initial use in some women.

6.4.  *Nearly all formulations of CMHT evaluated thus far can cause breast cancer, and thus this can be categorized as a "class effect"*  There is some evidence that continuous therapy elevates risk more than sequential therapy, and that the type of progestin also influences the degree of excess risk.  However, data are too sparse at this point to make precise distinctions among CMHT types

6.5.  *HRT causes both invasive and in situ cancers, and both lobular and ductal breast cancers.*  There is notable evidence indicating that CMHT increases risk of lobular cancer more than ductal.  HRT in general affects ER+ tumors more than those that are ER-; however, HRT-associated breast cancers do not have obviously more favorable prognostic characteristics overall when compared to non-HRT associated cancers.

6.6.  *HRT in general, and particularly CMHT, increases mammographic breast density in a substantial number of women, creating the potential for reduced sensitivity of mammographic screening and delay in diagnosis.*  The effect of HRT on mammographic breast density in itself supports the causal role for HRT in breast cancer, since breast density is an important independent risk factor for developing breast cancer.

## EVIDENCE AND REASONING BEHIND STATED OPINIONS

7. In the sections below, I will discuss supportive evidence and reasoning by type of evidence: epidemiology, clinical trials, biomarker studies in humans, and laboratory studies (animals and cultured cell models).

*Epidemiology definitions and study designs*
8. Epidemiology provides the most immediately relevant evidence we can obtain, because its purpose is to measure the association between an exposure and an outcome based on events that occur during the natural, lived experience of whole populations. In these studies, individuals are exposed according to their will or circumstances (as in "natural experiments"); therefore, these are considered to be "observational" studies. Clinical trials, which are sometimes considered an experimental form of epidemiological study, will be discussed separately. Trials are considered "non-observational" studies and involve exposures that are imposed or assigned (often randomly) by the investigators.

9. There are two major epidemiological study designs that have been used to evaluate the HRT-breast cancer association: the case-control and cohort designs. In the <u>cohort study</u>, investigators assemble a large group of women without a diagnosis of breast cancer and classify them with respect to their use of HRT. They are followed forward in time and as breast cancer diagnoses are ascertained, the rate of occurrence is calculated for various subgroups according to their exposure classification. In a <u>case-control study</u>, investigators identify breast cancer cases after diagnosis, and then construct a sample of the whole population from which those cases arose (the "source population") by selecting a group of women as controls. In effect, the exposure profile of the controls is intended to represent the exposure profile that would be seen if the entire source population at risk had been classified. Case-control studies are more cost-efficient and often include larger numbers of cases. However, case-control studies are particularly vulnerable to bias if controls are not selected properly, or if the validity of exposure measurement differs between cases and controls. The latter is especially problematic when research participants are interviewed after a traumatic experience such as receiving a diagnosis of breast cancer. Cohort studies avoid this problem by assessing exposure before disease is diagnosed; therefore, most epidemiologists consider cohort study evidence to be somewhat more reliable, even though these studies cost more to conduct and frequently have fewer cases.

10. A third type of study – referred to as an <u>ecological study</u> – evaluates exposure-disease associations by comparing groups but does not measure exposure on an individual level. For example, these studies might compare breast cancer rates across geographic areas or time periods where prevalence of HRT use differs. This type of design can provide suggestive information, but because it is difficult to isolate individual explanations for the associations observed, this type of study is usually given less weight than case-control and cohort studies.

*Indirect evidence from epidemiology*
11. Before discussing the epidemiological studies that directly address the association between HRT use and breast cancer, I will refer to a number of important pieces of evidence for this association that are indirect but nonetheless support its plausibility. This evidence is summarized in the table below.

**Table 1. Indirect Epidemiological Evidence Supporting a Causal Role for HRT in Breast Cancer**

| Factor | Type of Study | Finding |
|---|---|---|
| tamoxifen, raloxifene | randomized trial | these drugs, which act primarily through inhibition of estrogen action in the breast, are efficacious for primary prevention of breast cancer |
| aromatase inhibitors | randomized trial | these drugs inhibit production of estrogen from precursors in the body; they prevent recurrence of breast cancer and development of new cancers in the opposite breast |
| low bone density | cohort | women with low bone density have lower cumulative exposure to their body's own estrogen, and they have lower breast cancer risk |
| obesity | cohort | obese women have higher estrogen levels after menopause and higher breast cancer risk |
| blood hormone levels | cohort | numerous studies show that higher blood levels of estrogen are related to higher breast cancer risk after menopause |
| oophorectomy | trial, cohort | surgical removal of the ovaries reduces breast cancer risk |
| age at menopause, menarche | cohort, case-control | early age at menarche and late age at menopause both reflect increased exposure to ovarian hormones, and both are associated with increased breast cancer risk |
| change in risk after menopause | ecological | annual rate of increase in risk for breast cancer declines after menopause, possibly due to decline in ovarian hormone levels |
| breast cancer during pregnancy | case series | breast cancer that arises during pregnancy, when estrogen and progestin exposure is extremely high, tends to be very aggressive and fast-growing (Middleton LP Cancer 2003) |

12.  There are other factors, such as physical activity, that could also be included, but the evidence regarding how this risk factor operates through hormonal mechanisms is still somewhat limited.  All of the above evidence is generally accepted by the scientific community, and considered together, provides a very strong body of epidemiologic evidence to support a causal role for ovarian hormone exposure (i.e., estrogen, progesterone) in determining breast cancer risk.

*Case-control and cohort studies on HRT and breast cancer*
13.  More than 50 case-control and cohort studies have directly evaluated the association between HRT use and breast cancer risk.  Most of the earlier studies evaluated estrogen alone (EMHT); more recently a substantial amount of data has accumulated regarding the effects of estrogen plus progestin (CMHT).  With rare exceptions, these studies observed a statistically significant increased risk of breast cancer among women taking CMHT.  Increased risk with EMHT was also observed, but generally at a lower magnitude and somewhat less consistently. In sections to follow, I will discuss how the magnitude of risk could vary according to the type of HRT and temporal aspects of use, as well as the characteristics of the tumor and the individual woman.  However, it must be noted at this point that the results of these studies are remarkably consistent given the technical difficulties involved.  The figure below (from Lee SA Br J Ca 2005) shows the relative risk of breast cancer per year of CMHT use ("EPT" in the figure) from 10 recent observational studies, plus older studies included in the 1997 collaborative meta-analysis (CBHFBC, Lancet 1997).



**Figure 1**   Studies included in overall analysis of EPT and risk of breast cancer: odds ratios with 95% CIs per year of use.

14. There are a number of factors that could have led any of these studies to over-estimate or under-estimate the actual risk. Overestimation (an upward bias) could have occurred in case-control studies if cases with breast cancer provided more complete recall of their past HRT use than controls. This is not a valid explanation for the body of results because there is abundant evidence from cohort studies and trials that are not subject to this bias. In addition, some of the case-control studies conducted ancillary studies that found reasonable agreement between subject's reported HRT use and prescription records (see Li C JAMA 2003), or good reproducibility when a sample of women were re-interviewed (Newcomb P CEBP 2002). Overestimation of the breast cancer risk due to HRT could also occur if HRT users receive more mammographic surveillance, leading to increased likelihood of breast cancer detection. This explanation is also unlikely, since some studies adjusted for mammography history (e.g., Schairer C JAMA 2000, Newcomb P CEBP 2002) and still found increased risk, while others (e.g., Million Women Study) were conducted in cohorts of women already participating in mammography screening programs. Standard statistical adjustment for mammography experience while using HRT might be inappropriate if greater exposure to mammography is an intermediate variable in the causal pathway between HRT and cancer. An analysis by Joffe et al, based on data from the Nurses' Health Study cohort, showed using alternate adjustment methods that detection bias was not capable of explaining the HRT-risk association found in that cohort (Joffe MM Epidemiology 2001). Finally, the WHI trial required regular mammograms for all study participants, and the results show equal participation in these screenings between HRT and placebo groups (Chlebowski R JAMA 2003).

15. In contrast, there are several important factors that led some of the epidemiological studies to underestimate the risk due to HRT, as follows:

• 15.1 Users have earlier age at menopause. Women who develop menopausal symptoms at an earlier age are over-represented among longer-term HRT users, yet have an inherently lower risk of breast cancer due to their earlier age at menopause. Some of the studies adjusted for age at menopause and some did not.

• 15.2 Users tend to have lower cumulative estrogen exposure and hence lower risk. As discussed above, low bone density and thin body type reflect lower long-term exposure to endogenous estrogen. Women with a low-estrogen profile are more likely to have an indication for HRT. Many studies control for this, but not all. Moreover, statistical adjustment for this type of bias is rarely perfect and residual bias leading to underestimation is likely.

• 15.3 Women who agree to participate as controls in case-control studies are more likely to be HRT users. This type of selection bias has been discussed in detail in regard to a case-control analysis from Canada, and correction of it led to a finding of increased risk with CMHT where none was originally observed (Csizmadi I Chron Dis Can 2005). Another study found that HRT use was 80% greater in participating controls than in non-participating controls (Moorman PG Ann Epidemiol 1999).

• 15.4 HRT increases mammographic density in some women, leading to delay or failure to detect breast cancer.

• 15.5 Misclassification of actual HRT use by self-report can lead to underestimation of risk, in both case-control and cohort studies. To the extent that this misclassification occurs equally among affected and unaffected women, the observed risk is diluted towards the null.

• 15.6 Cohort studies sometimes do not update HRT use after the baseline (start of observation period). In studies that fail to update exposure, this misclassification of actual exposure during the follow-up period can lead to risk underestimation.

*Clinical (randomized) trials*
16. Randomized clinical trials (RCTs) are the most difficult and often most expensive type of study to conduct. Many researchers believe they provide the most convincing results, however, because randomized treatment assignment equalizes both known and unknown confounding variables between the comparison groups. A major disadvantage of RCTs over observational studies is that RCTs usually allow evaluation of only one or two patterns of HRT exposure vs. many possible exposure patterns. Also, the study population in an RCT is usually very restricted and questions can arise about extrapolating findings to broader groups not included in the trial.

17. Three RCTs involving HRT have been reported substantive results to date, and all are consistent with the conclusion that HRT causes an increased risk of developing breast cancer. The largest and most relevant of these studies is the Women's' Health Initiative (WHI), which compared PremPro to placebo in nearly 16,000 women with a mean follow-up time of 5.6 years. The results indicated a significant 24% increase in risk of total breast cancer in the women receiving CMHT. It is important to note that this result was based on the intention-to-treat principle (women remained in their assigned group in the analysis even if they became non-compliant). However, it is estimated that 42% of the CMHT group stopped taking drug, while nearly 11% of the placebo group began taking it outside the trial protocol. This non-compliance strongly reduces the estimated association between CMHT and breast cancer risk in standard analyses.

18. In the WHI, most of the excess risk among treated women was observed among those who had used HRT prior to the beginning of the trial. Prior use that was more recent, had a longer duration, and involved CMHT rather than EMHT appeared to be more significant. Prior HRT users also had generally lower risk profiles at baseline than non-users, making it difficult to determine whether the greater effect of HRT on breast cancer incidence among prior users was due entirely to simple accumulation of dose, or to some extent, to the greater sensitivity of low-risk women to a sharp increase in hormone exposure. Randomization equalized the amount of prior use between the CMHT and placebo groups in WHI; however, since nearly all the excess risk occurred in prior users, the WHI results essentially reflect a comparison of *additional* HRT versus past use. This contrast can be less dramatic than a comparison of long-term users to never-users.

19. The Heart and Estrogen/Progestin Replacement Study (HERS) followed over 2700 women with heart disease during 4.1 years of randomly assigned CMHT vs placebo, and an additional 2.7 years of observational (open-label) follow-up (Hulley S JAMA 2002). The group receiving CMHT had an increased risk of breast cancer (27% increase compared to placebo); however, this was not statistically significant. The HABITS trial was established in Scandinavia to determine whether short-term treatment (2 years) with HRT was safe for women with a previous diagnosis of breast cancer and menopausal symptoms. This trial was stopped early because the risk of relapse or new breast cancer was more than 3-fold greater in the HRT group (Holmberg L Lancet 2004). The majority of the HRT in this study was CMHT. It is worth noting that trials of EMHT do not show increased breast cancer risk. In a trial conducted in parallel with HABITS – the Stockholm Randomized Trial – EMHT use was more prevalent and no association was seen between HRT and breast cancer recurrence (von Schoultz E JNCI 2005). In the EMHT arm of the Women's Health Initiative (involving health participants), diagnosis of breast cancer was actually somewhat lower in the EMHT group compared to placebo (Anderson G JAMA 2004).

*Variation in the effect of HRT on breast cancer risk according to drug, tumor and host characteristics*
20. As alluded to above in the discussion of trial results, there is reasonable evidence from both observational and experimental studies to conclude that CMHT is more strongly associated with breast cancer risk than EMHT (see Magnusson C Int J Ca 1999, Willett W JAMA 2000, Ross RK JNCI 2000). Epidemiological evidence regarding sequential vs. continuous HRT regimens is beginning to accumulate, but is still somewhat sparse. The available evidence shows that risk is elevated with both regimens, and there is some data suggesting that risks are higher with continuous therapy (Campagnoli C J Steroid Biochem Mol Biol 2005), although not all studies agree. Given the number of different estrogen and progestin formulations that have been used by women, it is difficult to estimate risks by type of hormone with any real precision. However, there is evidence to suggest that the 19-Nortestosterone derived progestins more commonly used in Northern Europe confer somewhat higher risk. Some experts have argued that natural forms of progestin (e.g., progesterone) – more commonly used in areas such as France – confer little or no risk (Campagnoli C, ibid). Use of HRT that contains progestins only is relatively rare, but some studies have been able to assess breast cancer risk in these women with reasonable precision. The results do support an independent role for progestins in causing breast cancer; for example, in a case-control study, Newcomb, et al found a relative risk of 3.04 (statistically

significant) among women with natural menopause who use progestins only, and Olsson, et al conducted a cohort analysis in Sweden that obtained a similar result (relative risk = 3.74, p = 0.06) among similar women who used progestins only for at least 48 months (Newcomb PA CEBP 2002, Olsson HL Cancer 2003).

21. The temporal characteristics of HRT use are definitely important. Risk of breast cancer increases with longer use, as one would expect if these drugs are capable of promoting the growth of existing tumors. Latency – the time it takes from beginning of exposure for tumors to appear – is especially difficult to estimate because many women will have occult breast tumors at baseline; however, it is reasonable to assume that for some women, whose tumors are just below the limit of detectability, diagnosable breast cancer could occur relatively quickly. The change in risk with cessation has been more directly addressed in at least some epidemiological studies. It appears that breast cancer risk is greater in current and more recent users than in past users. This also is consistent with the view that HRT has late-stage effects on tumor growth, i.e., that it is capable of stimulating the growth of emerging tumors.

22. Several host characteristics (traits of the women themselves) have been considered as possible modifiers of the effect of HRT on breast cancer risk. The one characteristic that has been studied most extensively and has emerged consistently is body mass index – an indicator of overweight or obese status (see Schairer C JAMA 2000, MWS Lancet 2003). Leaner women appear to have a higher risk of breast cancer due to HRT than heavier women, a phenomenon that can be explained by the higher endogenous estrogen levels in women with more body fat. It is plausible that heavier women, who already have elevated breast cancer risk postmenopausally due to their elevated estrogen levels, experience less additional risk when exogenous hormones are added. As stated above, earlier age at menopause decreases breast cancer risk and is associated with more and longer duration HRT use. Although this could confound some estimates of HRT-breast cancer risk that do not carefully adjust for age at menopause, there is no evidence to suggest that the independent effect of HRT varies according to age at menopause. Studies evaluating whether the HRT-breast cancer varies according to the women's other breast cancer risk factors have generally not found any difference according to family history of breast cancer, prior use of oral contraceptives, alcohol intake or history of benign breast disease (Ursin G I Clin Oncol 2002).

23. Many studies have addressed whether the effect of HRT varies according to the type of breast cancer. Although most studies have focused on invasive breast cancer, the available evidence indicates that HRT causes both invasive and in situ tumors. For example, in the WHI trial, although there were only 81 in situ cases among participants, there was a trend towards higher risk in the treated group compared to placebo (Chlebowski RT JAMA 2003). The data are too sparse to determine if there is a difference in risk of lobular in situ vs. ductal in situ disease. HRT can be expected to inhibit detection of in situ tumors to some extent, since these are often detected radiographically, and as discussed below, HRT diminishes the sensitivity of mammographic screening in some women.

24. HRT causes both lobular and ductal types of invasive breast cancer; however, the overall data available thus far indicate that HRT raises the risk of lobular cancer more than ductal (Tonneland A Cancer 2004, Colditz GA Clin Ca Res 2005). Ecological studies have reported

striking increases in the incidence of lobular breast cancer in both the U.S. and Europe that coincide with the rising popularity of CMHT during the 1980's and 90's (Li CI JAMA 2003, Verkoouen HM Int J Cancer 2003). The risk due to HRT also appears to be somewhat greater for estrogen receptor positive (ER+) compared to ER negative (ER-) tumors (e.g., Ursin G J Clin Oncol 2002, Li CI JAMA 2003). The independent role of progesterone receptor (PR) status is difficult to assess because ER and PR expression are often concordant in a breast cancer; however, the data do indicate that risk due to HRT is more pronounced for PR+ as opposed to PR- cancer (Chen C-L JAMA 2002). The observations of higher risk for lobular and ER+ cancer are related since lobular cancers are more likely to be ER+; no studies are large enough to consider each tumor characteristic separately.

*Clinical research*

25. Researchers have conducted a large variety of studies with human subjects that elucidate the biological effects of HRT in the breast. Evidence from these studies bolsters the biological plausibility of the associations between HRT and breast cancer risk that have been seen in epidemiological studies. A woman who takes HRT increases the concentration of estrogen in her circulation (and of progestin is she is taking CMHT); more importantly, the concentration of these hormones is increased in the breast itself. Our group and others have reported, for example, that HRT increases the levels of estrogen in fluid that can be aspirated from the nipple (Chatterton RT J Clin Endocrinol Metab 2005). This fluid represents the normal secretions of the breast in the non-lactating (breastfeeding) state. We know that the postmenopausal breast as well as adipose tissue has the capacity to form estradiol – the most potent form of estrogen – from weaker estrogens and androgens such as those that might be contained in HRT formulations.

26. In premenopausal women, the proliferative rate of breast cells is highest during the luteal phase of the menstrual cycle, when both estrogen and progesterone levels are high (Longacre TA Am J Surg Path 1986). Cells that are proliferating more rapidly are more likely to undergo genetic damage that can lead to development and progression of a cancer. Studies evaluating the effects of exogenous estrogen and progesterone on proliferation in the postmenopausal breast require careful interpretation because they appear at first to be inconsistent. When normal human breast tissue was grafted onto mice, it was found that estrogen but not progesterone was capable of increasing proliferation (Laidlaw IJ Endocrinol 1995). However, the relevance of this mouse model to humans is questionable. In another study, women awaiting breast surgery (not for cancer) were withdrawn from all HRT and then treated for 14 days with topical gels containing placebo, estrogen only, progesterone only or both hormones (Foidart JM Fertil Steril 1998). Estrogen alone increased proliferation more than progesterone, but combining the two had a smaller effect than estrogen only. These results are difficult to extrapolate to the long-term use of oral CMHT that women typically experience. Two highly relevant studies have found greater induction of proliferation in normal postmenopausal breasts following CMHT as opposed to estrogen alone. Among 86 women who underwent benign breast biopsies, proliferation was significantly greater in those who were current users of CMHT than those on no HRT, with EMHT users intermediate (Hofseth LJ J Clin Endocrinol Metab 1999). These effects were seen in the terminal ductal lobular units of the breast, which is where breast cancers are presumed to arise. In a second study, investigators in Sweden performed fine needle aspirations of the breast in 12 healthy postmenopausal volunteers who were randomly assigned to daily estradiol plus either vaginal progestin or sequential oral progestin for 4 months (Conner P Climacteric 2001).

They found that breast cell proliferation was greater during the combined hormone phase compared to when estrogen alone was being taken, and that the proliferation rates in women while on CMHT were similar to the rates seen in premenopausal women.

27.   Another relevant clinical study enrolled 140 women in the U.K. who were using HRT at the time breast cancer was diagnosed by needle biopsy (Prasad R Cancer 2003).   Surgery to remove the tumor was done a median of 17 days later, and various biological markers in the biopsy and surgery tissue samples were compared.  Women who stopped HRT immediately after the diagnosis had a highly significant decrease in cell proliferation compared to women who continued HRT or who never took HRT before surgery.  The authors concluded that women with ER+ tumors should discontinue HRT immediately.  Supportive evidence was provided by a large study of S-phase fraction ( a measure of how may tumor cells are undergoing cell division) in postmenopausal breast cancers (Cobleigh MA JAMA 1999).  Women using HRT with ER+ cancers were more than 5-times more likely to have evidence of rapid cell division in their tumors than women who never used HRT.

28.   A different line of evidence comes from studies on the effect of HRT on mammographic breast density (the amount of shadow caused by breast tissue rather than fat on mammograms). High mammographic density is now established as an independent risk factor for breast cancer, following numerous epidemiological studies (Byrne C JNCI 1995).  It is now well-established that HRT causes an increase in mammographic density in some women, and that the effect increases with longer use and use of CMHT as opposed to estrogen alone (Chen F-P Hum Reprod 2005).  Two randomized trials are highly relevant.  In the PEPI Trial, researchers examined changes in breast density after 12 months of placebo, EMHT (with conjugated equine estrogens) CMHT with medroxyprogesterone acetate that was either sequential or continuous, and CMHT with natural progesterone (Greendale GA Ann Int Med 1999).  The results clearly showed that all forms of HRT increased the risk of developing higher mammographic density, but CMHT in any form did so far more than EMHT.  For example, continuous CMHT (with CEE and MPA) was 9 times more likely to cause a major increase in breast density than EMHT with CEE alone.  The WHI Trial also reported that CMHT (with CEE/MPA) increased breast density after one year by an average of 6% in the treated group compared to a decrease of 0.9% in the placebo group (McTiernan A JNCI 2005).  Mammographic breast density, which is perhaps the strongest risk factor for breast cancer yet identified besides family history, is not determined simply by estrogen or progesterone levels, as it appears that there are genetic influences as well as influences from other hormonal systems.  However, current evidence strongly supports the conclusion that HRT, and particularly CMHT, exacerbates this risk condition in many women.

29.   As noted above, the increase in breast density caused by HRT also diminishes the sensitivity of screening mammography, and can lead to delayed diagnosis of breast cancer in some women. In addition, the WHI Trial showed that CMHT increased the chances that a woman would have an abnormal mammographic reading that was a false positive, which incurs emotional anxiety and the cost of follow-up testing (Chlebowski RT JAMA 2003).

*Laboratory studies*

30. In studies on cultured breast cells grown in the laboratory, estrogen induces DNA damage and cell proliferation (Liu X Chem Res Toxicol 2002). The addition of progestins such as MPA augments the effect on proliferation and also promotes growth by inhibiting cell death (Moore MR Biochem Biophys Res Commun 2000). Progestins can also affect the sensitivity of cultured breast cells to insulin, potentiating the stimulatory effect of insulin on cell growth (Papa V Cancer Res 1990).

31. The stimulatory effect of estrogen and progesterone on normal breast cell growth has also been demonstrated in numerous studies on animals, including rodents, dogs and primates (Clarkson TB Maturitas 2004, Mol JA J Steroid Biochem Molec Biol 1996). Studies on rodents must be interpreted with caution, because these animal have significant differences from humans in hormonal patterns and breast development. On the other hand, primates such as cynomolgus or macaque monkeys provide more relevant models, because breast architecture, response to hormones and menstrual cycles are quite similar to humans. As early as 1996, Cline et al reported that long-term CMHT (with CEE/MPA) caused a significant increase in breast cell proliferation in postmenopausal cynomolgus monkeys, while CEE alone did not (Cline JM Am J Obstet Gynecol 1996). Two subsequent experiments by the same group confirmed these results, and added that CMHT also inhibited cell death (Conner P Am J Obstet Gynecol 2005).

## CONCLUSION

32. My overall conclusion in this report is that HRT definitely can cause breast cancer in some women, an opinion supported by a large and diverse body of epidemiological and laboratory data. The magnitude of the risk caused by HRT varies to a certain degree according to the type of HRT, the temporal aspects of use, the characteristics of the breast cancer, and certain traits of the women exposed. This belief is generally accepted by the wider medical community, as demonstrated by numerous authoritative reviews in prominent journals, explicit statements by the National Cancer Institute and the American Cancer Society, and recent designation of combined estrogen-progestagen therapy as a human carcinogen by the International Agency for Research on Cancer .

## PREVIOUS TESTIMONY, FEES

33. During the past four years, I have served as an expert in one legal case, Unimed vs Watson and Paddock, a patent case (counsel: James Ferguson, Chicago). My fee for research, consultation, preparation of reports, travel and testimony in the present case is $500 per hour.

Peter H. Gann, MD, ScD

APPENDIX C

Peter H. Gann, M.D., Sc.D. Fee Schedule

My fees are 500 per hour for consultation and report preparation and 600 per hour for deposition/court.

CRRGP F KZ 'F "

Peter H. Gann, M.D., Sc.D.
Testimony in Last Four Years (3/14/2011)

None.