# EXHIBIT 77

**August, 2007 Updated Causality Report of Donald F. Austin, MD, MPH**

<u>Part I</u>

Part one of this report is an update to my report of January, 2007, focusing specifically on ductal carcinoma of the breast. It addresses the overall question "Is combined estrogen and progestin hormone therapy a cause of breast cancer of ductal histology?" and arrives at an answer to that question by a systematic review and evaluation of the published scientific literature, supplemented by the incidence report previously conducted by Dr. David Buckley and myself. The first task is to determine whether or not there is an association to evaluate. If not, then there is no basis for proposing a causal relationship.

**Is there an observed association?**
Association : invasive ductal carcinoma of the breast and combination (i.e., estrogen + progesterone or a progestagin) hormone therapy.

There is group of epidemiologic studies that establish the existence of an association between the use of combination estrogen/progesterone hormone therapy (CHRT) and breast cancer of the ductal type. Prior to 2000, most epidemiologic studies of studies of CHRT did not separate and study the major subtype of ductal carcinoma, from among all breast cancers.

In 2000, Li et al[i], using a case-control study examined the effect of CHRT on both invasive lobular carcinoma (ILC) and ductal cancer separately among women 50-65 in the Western Washington SEER area for a three period. They did not find an excess risk of ductal cancer associated with ever use, or with current use of CHRT.

In 2002, Ursin et al[ii], reported their Los Angeles case-control study of postmenopausal hormonal therapy and its interaction with other breast cancer risk factors. They found a progressively increased risk of ductal cancer, adjusted for other known risk factors, with more months of exposure to CHRT, with an OR of 1.52 for exposures of 61-120 months (p<.05), and reaching a non-significant OR of 1.65 for longer than 120 months, and an overall significant trend (p<.004). When the all breast cancers were restricted to those of the estrogen receptor positive, progesterone receptor positive (ER+, PR+) type, the risk estimate reached 1.85 for exposures of longer 120 months (p<.05), with a similarly significant trend (p<.008). For breast cancers categorized by ER status only, there were similar findings, though the OR for ER+ cancers in women with over 120 months exposure reached 1.90 (p<.05). They estimated a risk increase of 27% for each five years of CHRT exposure for ER+ breast cancers (approximately 5% per year). These results suggest that CHRT increases the risk of all ductal breast cancers with longer exposure, though ER+ breast cancers (of which about 8 out of 10 are ductal) demonstrate a slightly higher risk estimate.

In 2002, Daling et al[iii] examined CHRT use and histologic type of breast cancer in the Women's CARE (contraceptive and reproductive experiences) Study, which was designed to evaluate the relationship between reproductive factors (particularly oral contraceptives) and risk of breast cancer among US white and African-American women. Because of this purpose, nearly two-thirds of their study subjects were under age 60. They reported not finding an elevated risk of ductal cancer, but did observe a non-significant OR of 1.2 for ductal cancer among women with continuous CHRT use of five

or more years duration. The following year, the same group, headed by Norman[iv] reported that the risk of ductal cancer with use of CHRT in the CARE study was significantly elevated among those women who had not used oral contraceptives in the past, and that the OR increased 5% per year of use.

That same year Newcomb et al[v] reported on their multi-site case-control study of breast cancer and hormone therapy. Among their findings were that the use of CHRT significantly increased the risk of all breast cancer about 4% per year, and the use of any hormonal therapy also significantly increased the risk of ductal cancer by 4% per year .

Also in 2002, Chen et al[vi] reported the results of a nested case-control study of hormone use and breast cancer among women in the Group Health Cooperative of Puget Sound. They categorized breast cancer subtypes as ILC and non-ILC (of which the latter were 89% ductal cancers) for their analysis. After adjusting for age, prior mammograms and the year of diagnosis, they found non-significantly elevated risks for non-lobular breast cancers with current CHRT use (OR 1.25), and for more than 38 months of CHRT use out of the previous 60 months (OR 1.44). They also found a highly significant increase in risk for all breast cancer with increasing exposure to any postmenopausal hormone therapy according to ER+ status (p for trend: 0.004), PR+ status (p for trend: 0.005), and for women with a body mass index (BMI) of less than 25.04 (p for trend: 0.003). Because these last analyses were of all breast cancers, the outcome was somewhat misclassified by the inclusion of nonductal cancers (comprising approximately 25%).

In 2002, Porch et al[vii], reporting on the Women's Health Study of health professionals, a randomized trial of vitamin E and aspirin, in which exposure to CHRT was treated as an observational variable for a cohort study. After adjusting for some 18 variables in a multivariate risk model, they found a significant relative risk for all breast cancer (RR = 1.37) with overall exposure, increasing to 1.76 for exposures over five years (p for trend: 0.0004). They did not examine breast cancer by histologic type or by tumor markers.

Investigators for The Million Women Study[viii], a British prospective study of hormone replacement therapy, reported in 2003 that current CHRT users had a two-fold risk of breast cancer (95% CI =1.91-2 09) relative to never users, and that the relative risk increased from a 1.45 for less than one year of use, to 2.31 for 10 or more years of use. Neither the estrogen formulation of CHRT (conjugated equine estrogen or ethinyloestradiol) nor the progestin used (medroxyprogesterone acetate, norethisterone, or Norgestrel/levonorgestrel) had any significant effect on the relative risk, though increased duration of use among current users (less than five years vs. five or more years) was accompanied by increased risk. The CHRT formulation used in the Women's Health Initiative had a RR of 1.62 for less than five years duration (p <0.0001), and 2.42 for more than five years use (p<0.0001). Importantly, the risk of death from breast cancer was also significantly 22% higher among all hormone replacement users. They further estimated that among CHRT users, five years of use would result in 5-7 extra cases per 1000 users (500-700 cases per 100,000) and 18-20 extra cases for 10 years of use (1800-2000 cases per 100,000). In 2005, the investigators provided results for current users at recruitment showing a higher RR among women of leaner body habitus than women who were obese, though all continuous users of CHRT experienced significantly higher RRs.

2

In 2002, the investigators for the Women's Health Initiative prematurely stopped the clinical trial of CHRT compared to placebo use because the harm caused by CHRT had reached a predetermined threshold[ix]. The harm experienced by women on the CHRT included an excess incidence of breast cancer. The study was not designed to examine breast cancer incidence, so the detailed information of both exposure and outcome classifications could not be done. However, it was clear that as exposure duration increased, so did the risk of breast cancer. By the time the study was aborted after an average of 5.2 years of the planned 8 years of observation, there had been 166 cases of invasive breast cancer among women in the CHRT group and 124 in the placebo group, a crude excess of 34%. Analyzed under the "intent to treat" method, the excess appeared following two years of CHRT; the measure of relative risk was 1.16 in year three, 1.73 in year four, and 2.64 in year five. For those women who had prior hormone therapy, the relative risk estimate reached 4.61 for women in the CHRT arm with 5-10 years of prior exposure.

In 2003, Jernstrom et al[x] reported a prospective study of different types of hormone replacement in relation to breast cancer risk in Lund, Sweden. They found that continuous CHRT imparted the highest risk of breast cancer (OR=3.3, p=0.001) but did not examine breast cancer by histologic type or by tumor markers. In Sweden the major formulation of the estrogen in CHRT is estradiol, while in the US, it is conjugated equine estrogens. Further study of this relationship by Olsson et al[xi], concluded that the use of estradiol without a progestin imparted no risk, but that the highest risk was with continuous use of an estrogen and a progestin, reaching a hazard ratio (HR) of 6.3 for continuous CHRT use of more than 48 months, and an annual risk of approximately half that of the BrCa genetic risk factor. They did not examine breast cancer by histologic type or by tumor markers.

In 2003, Newcomer et al[xii] reported results of an analysis of CHRT and histology-specific cancers the Collaborative Breast Cancer Study in four non-SEER states. They reported an OR of 1.1 (1.0-1.3), though they stated they found no elevated risk for ductal cancer, which constituted 82.5% of their cases. They did report an elevated risk of lobular cancer. They lamented that they did not have sufficient power to examine the effect of duration of use on cancer risk.

In 2004, Chen et al[xiii] reported from the Nurses Health Study on breast cancer by tumor marker type among current CHRT users of different durations. They found that for CHRT users less than five years, that the RR for ER+/PR+ breast cancers was 1.74, for users between 5-10 years was 2.05 (95% CI = 1.64-2.57). The effect was much greater in women with a body mass index (BMI) less than 25 kg/m$^2$, though the increased risk was statistically significant in both those above and below that figure. They did not examine risk by histologic type.

Hwang et al (2005)[xiv], reporting on breast cancer in Marin County, California women during 1997-99, found in their study of some 297 women interviewed, that the most significant predictor of ER+ tumor status was the past use of postmenopausal hormones. That county is locally noted for having a high risk of breast cancer and the excess cancers are almost entirely due to an excess of ER+ cancers. They also note that in that county up to 70% of women over 50 years of age report a history of hormone therapy.

Coombs et al (2005)[xv] calculated the age group-specific contribution to all breast cancers in Australia due to taking postmenopausal hormones, and parsed out the separate contributions of estrogen only and estrogen + progesterone formulations, as well as the contributions of different regimen schedules (continuous vs. sequential) and duration of use.  Based on the prevalence of use of the different hormone preparations in use, and their imparted risk for breast cancer, they demonstrated that the contribution to breast cancers in the 55-59 age group by all hormone therapy was 19%, of which over three quarters of the extra cases were attributable to CHRT.  They did not examine breast cancer by histologic type or by tumor markers.

In 2005, Beral et al[xvi] performed a meta-analysis of five randomized clinical trials (RCTs) of CHRT in which breast cancer was a measured outcome, though in none was it the primary outcome.  The combined RR for CHRT was 1.28 (1.50-3.28).  They did not examine breast cancer by histologic type or by tumor markers.

Also in 2005, Collins et al[xvii] performed a literature review of the Cochrane type, in which they examined CHRT use and breast cancer risk using both RCTs and observational studies. For the RCTs, they found a RR of 1.24 (1.03-1.50), and for adherent participants, a RR of 1.49 (1.13-1.96).  For the observational studies in which current use was a measure, the RR was 1.70 (1.36-2.13). They did not examine breast cancer by histologic type or by tumor markers.

In 2006, Rosenberg et al[xviii] reported on a large Swedish case-control study with over 2000 women with breast cancer (1888 with ductal cancer) and over 3000 controls.  They found that users of CHRT (medium potency estrogen-progestin, either conjugated estrogens or estradiol plus progestin) had a OR of 2.3 for women who were exposed for a duration of over five years, but for the continuous schedule of this formulation, the OR reached 2.7 (1.5-4.7) for exposures over five years duration.  In this study, although they demonstrated the effect of increasing BMI on the risk of ductal breast cancer, when stratifying the OR for ductal cancer by BMI, the "ever" use of CHRT had no gradient by the four levels of BMI.

Lee et al[xix], reporting in 2006 on breast cancer and postmenopausal hormone use in the Multiethnic Cohort, found a RR for ductal cancer of 1.3 (1.23-1.37) for current CHRT use, and a similar risk for ER+/PR+ cancers (1.4, 1.26-1.43), adjusted for ethnicity, age at menarche, age at first term pregnancy, BMI, and other common breast cancer risk factors.

Li et al (2006)[xx] in the US multi-site CARE (Contraceptives And Reproductive Experiences) Study studied nearly 3500 ductal breast cancers and 4700 controls and various risk factors for breast cancer.  Nearly 2/3 of the study participants were below the age of 55, yet they identified a small significant risk from current CHRT use (OR=1.2).

Also in 2006, Li et al[xxi] examined the relationship between body mass index and CHRT in relation to breast cancer by histologic type and tumor markers in women 65-79 years of age.  In these women they found that whereas higher BMI (heavier) imparted a non-significant increase risk (OR 1.2) for ductal breast cancer, even that slight trend was not seen in CHRT users.  Among women with ER+/PR+ breast cancers, the non-significant slight trend (p = 0.06) was reversed.  However, for all breast cancers, there was a significantly higher risk for current use of CHRT for five or more years in lean,

moderate, and heavy women (OR 2.6, 2.0, and 2.3, respectively).  For ductal cancers, the findings were similar (OR 2.6, 1.7, and 1.5, respectively) though not all estimates reached statistical significance, and for ER+/PR+ cancers, the risks were all significantly higher (OR 4.1, 2.1, and 2.2, respectively).

In 2006, Kumar et al[xxii] reported on the prospective cohort of Kaiser Permanente health plan women in northern California, aided by the electronic pharmacy records.  They found that women who used CHRT longer than six months (and less than five years) had an OR (sic) of 1.57 (1.00-2.45).  They did not report risk by histologic type.

In 2006 Dinger et al[xxiii] reported on a case-control study in Germany that examined all breast cancers in relation to hormone therapy.  For therapy with continuous CHRT of all formulations, they found that with a duration of 5-9 years, the OR was 1.9 (1.4-2.6), and for 10+ years, 2.0 (1.4-2.9). They did not examine breast cancer by histologic type or by tumor markers.

Reeves et al (2006)[xxiv] reported on the relationship of CHRT and breast cancer in the prospective Million Women Study, a large observational study of over a million British women in which hormone exposures were recorded and breast cancers monitored.  Nearly 12 thousand invasive breast cancers were studied, of which 67.5% were of ductal histology.  These large numbers of cases in this study provided risk estimates with substantial precision and narrow confidence intervals.  The investigators found that for ductal cancer, after controlling for a number of potential confounders, the current use of estrogen only was associated with the relative risk of ductal cancer with a RR of 1.22 (1.13-1.31) while for current use of CHRT, the RR was 2.0 (1.89-2.12).  Further, for continuous use of different durations, they found that CHRT use of less than five years (est. 3.4 yrs average was associated with a relative risk of 1.71 (1.60-1.82), for 5-9 years (est. 7.0 yrs) the RR was 2.17 (2.05-2.30) and 10+ years (est. 12.0 yrs) was 2.52.  They also demonstrated a significantly increased risk of ductal cancer with CHRT in all three BMI categories, though there was a trend for a less elevated risk in heavier women.  In a meta-analysis of some 11 studies in which current CHRT use vs. never use was examined for ductal cancer, Reeves et al computed a combined RR estimate of 1.76 (1.68-1.85).

In 2006, Rosenberg et al[xxv] updated a case-control study of breast cancer that included nearly all women in Sweden.  They examined breast cancer by ER and PR status.  Among 1340 women with cancers of known ER/PR status, 62% were of ductal histology.  Among women in BMI categories over 22.2 kg/m$^2$ (lean), all categories had a significantly increased OR, with the heaviest category ($\geq$28.3) experiencing an OR of 2.2 (1.7-2.8).  Compared to non-users of hormone therapy, current CHRT users had an OR of 1.9 (1.5-2.4) and users of five or more years had an OR of 3.4 (2.4-4.9), adjusted for several other factors, including BMI.  They noted that most breast cancer risk factors are related to breast cancer regardless of ER/PR status, but that some risk factors, including postmenopausal hormone therapy, were more strongly related to ER+/PR+ breast cancers.

In 2006, Bouchardy et al[xxvi] reported on a "remarkable" change in breast cancer incidence in the Swiss canton of Geneva over the span from 1975-2003. They used cancer registry data that included whether the cancer was first noted on screening mammogram. A prior survey of potential breast cancer risk factors among women in Geneva provided

ever/never categorization of hormone exposure when cancers in those women were diagnosed. The investigators noted that through that time period incidence of breast cancer increased remarkably, so that during the period of 1997-2003 there was a significantly different age-specific incidence rate than previously, primarily in the age groups from 50 to 65 years of age. They noted that the increase was characterized by diagnosis of earlier stage cancers (Stages I, II) and were mostly ER+ cancers. The peak, around age 60, was apparent in both women who did or did not have their tumor found by screening mammography, provided they used postmenopausal hormone therapy, while among those who did not use hormone therapy there was no peak in age specific incidence, whether or not they used mammography. Thus by stratifying by mammography they eliminated the effect of that possible confounder on the rates of breast cancer. They did not, however distinguish CHRT from estrogen alone, or analyze their data by histologic type.

In summary, all but one of the above studies in which ductal cancer was specifically addressed, identified an association between CHRT and breast cancer of the ductal type. The Newhouse study, was unable to examine duration of exposure for CHRT and ductal cancers due to the lack of statistical power from a small sample size and so used the ever/never measure, which revealed no statistical relationship.

Further, because the overwhelming majority of breast cancers are ductal histology, studies examining CHRT and all breast cancers combined, offer a confirmation of the association seen with ductal cancers, even though the association with some of the uncommon breast cancer types (lobular, tubular) also evidence an association with CHRT which is approximately twice the magnitude of that seen with breast cancer of the ductal type. For example, Reeves et al compute the combined study RR for 10 or more years of CHRT exposure is 3.5 for lobular cancer and for tubular cancer 5.0. Among users of CHRT, ductal cancer cases constituted 65%, lobular cases constituted 15%, and tubular cancers constituted 5%, with other types constituting the balance. For elevations in nonductal cancers to cause an observed increase in all breast cancers combined of the magnitude seen in the studies of CHRT for 10+ yrs duration in which histologic types are not considered (2.3-3.3), the 35% of nonductal cancers would need to have experienced rather large relative risks, about 5.5, to bring the entire group up to a risk of 2.5. Relative risks of that magnitude were not seen.

Population Studies
In addition to studies of individual patients and their exposures, ecologic studies on the general topic of hormone therapy and breast cancer incidence have been published. By themselves, ecologic studies are not generally useful in considering causality due to the possibility of the "ecologic fallacy" in which exposures of populations are inappropriately attributed to individuals. However, they are quite important in determining whether the findings from epidemiologic studies of individuals can also be detected in population studies. If an association is found in studies of individuals, but not in studies of populations, then the possibility is raised that the individual level studies may be subject to some unrecognized source of bias, or other cause for an observed but noncausal association. The following relevant ecologic studies apply to the association in individual level studies between CHRT and ductal breast cancer.

In 2006, Clarke et al[xxvii] reported on the drop of breast cancer in California which accompanied a decrease in the use of postmenopausal hormone therapy. They were able to examine hormone use among the population of women subscribers to Kaiser Permanente health plan in northern California (KPNC) over the period 1994 through 2003, and the incidence of breast cancer among KPNC women over the period 1994 through 2004. From a peak prevalence of CHRT use in 1999 (about 18%) to a slight drop (about 17%) in 2001, the prevalence in 2003 fell to about 6%. The age-adjusted incidence of all breast cancer in women of the KPNC, the counties in which the KPNC does business, and all of California, all moved in tandem, with a peak in 1999, and a slight reduction to 2002, and a precipitous reduction to 2003 (all three databases), and for the California and KPNC county databases (KPNC was not available for 2004) a further decrease to 2004. Thus, here it is apparent that the age-adjusted incidence rate of breast cancer moved in tandem with the use of all hormone therapy in these populations.

In 2007, Ravdin et al[xxviii] published their analysis of a drop in the incidence of breast cancer in the SEER database, which accompanied a similar drop in the use of hormone therapy nationally. These investigators also examined incidence by age group and by estrogen receptor status, but not histologic type. These investigators demonstrated that whereas among women less than 50 years of age, the annual incidence rates of invasive breast cancer from 1975-2004 have been essentially flat, the rates for women over 50 increased by about a third to a peak in 1999, followed by a modest decrease to 2002, and then a precipitous drop in 2003, with 2004 maintaining that reduction. They further show that the national prescriptions for hormone replacement therapy decreases slightly from 2000 to 2001, and then a drop of over 50% occurred over the next three years. To further illustrate that those breast cancers that in other studies are most highly associated with hormone therapy, are the ones that changed incidence in tandem with the changes in hormone prescriptions, they presented quarterly incidence rates of breast cancer of ER+ breast cancers and ER- breast cancers among women 50-69 years over the period 2000-2004. While the quarterly incidence rates of ER- breast cancers remained essentially flat (a decrease of less than 1.3%), the rates of ER+ breast cancers fell markedly, starting in the third quarter of 2002, from about 70 to about 62 per 1000,000 by the end of 2003, a decrease of 11.8%. Thus, in national data, the reduction in breast cancers of the cell receptor type that is strongly associated with CHRT in individual studies, i.e., ER+ cancers, is the type that fell in incidence coincident with the fall in hormone prescriptions, and the changes occurred primarily in those age groups most likely to use postmenopausal replacement therapy. Here, too, the findings in individual level data are confirmed in population-based (ecologic) data.

<u>Conclusion</u>: There is no doubt that a repeatable association exists between CHRT and ductal cancer. The association is apparent in both individual level and population level studies. Even more specifically, the association in ductal cancers is primarily, if not exclusively, with those cancers characterized as being estrogen receptor positive.

Because an observed association may be due to any of five different types of explanations, each of the non-causal potential reasons for an observed association must be examined to rule out, if possible, those reasons as the explanation for the observed association between the use of CHRT and ductal cancer.

**Could the observed association be due to chance?**  (***In other words, could the appearance of an association be the result of an unusual set of events, though no association really exists?***)  No, it is not plausible that the observed association could be the result of chance, or random error.  One reason for this conclusion is that the association is repeatable.  That is, the association is consistently (though not invariably) found, by different investigators, using different methods, in different populations.  For chance to account for the association, some rare event would need to occur rather consistently.  Authors of the individual studies in which the association appeared report the statistical significance of the finding.  The probability that chance could explain the consistent finding is the product of the individual probabilities, a probability so astronomically rare that, even taking into consideration that some of the studies are reported more than once through updates, or that an occasional study fails to detect a statistically significant association, there is no doubt of its existence.  This conclusion is further supported by the fact that related aspects of the association, such as the increasing risk with increasing duration of use, and the interaction of the exposure association with body mass index (which is the opposite effect if the effect of body mass on the risk of breast cancer absent CHRT exposure).  If the primary observed association were to be explained by chance, how then could one explain the trend with increasing duration, and the interaction with body mass?  One would be forced to claim that these associations are also due to chance.  Such is not a tenable conclusion.

Conclusion: one can rule out with confidence, the possibility that chance is responsible for the observed association.

**Could the observed association be due to reverse causation?**  (***In other words, could there be a real association, but what is believed to be the risk factor is actually the result of what is believed to be the outcome?***)  The fact that in both the cohort studies and the clinical trials the exposure took place prior to the breast cancer outcome precludes the possibility that the association exists because women already harboring preclinical breast cancers, or even that those women who are destined to develop cancer, are also inclined to use CHRT.  In many cases the exposure began years prior to the diagnosis of breast cancer.  Also, the researchers in most observational studies adequately addressed the possibility of familial cancer risk influencing the results, while in the clinical trials, randomization precluded this from being an explanatory factor.

Conclusion: one can rule out with confidence, the possibility that reverse causation is responsible for the observed association.

**Could the observed association be due to bias?**  (***In other words, could some systematic error in the selection of study participants, in the measurement of the variables analyzed, or the analysis performed be responsible for what appears to be an association when in fact, no association actually exists?***)

Bias is one of the more common concerns about observational studies.  However, for this association, there are randomized clinical trials that corroborate the presence of the association found in observational studies.  It is true that in the Women's Health Initiative the breast cancer outcome was not further subdivided by histologic subtype, however, the finding that among women assigned to the CHRT arm and who had prior hormone therapy, the relative risk of all breast cancers in years 3-6 of the WHI trial were between

8

2.0 and 3.5, means that the risk of ductal cancer was elevated, even though uncommon types may have been elevated more.

Cohort studies, and especially the Million Women Study, the largest cohort study of hormone treatment and breast cancer, likewise found elevated breast cancer risks associated with CHRT. In Kumar's Kaiser Permanente study[xxix] cancers and CHRT use were both determined via electronic records. Selection bias is not a concern in that study. The women were recruited long before any cancer was diagnosed. It is not plausible that the recruitment process would preferentially select those both predisposed to use CHRT and to develop breast cancer, and those both not predisposed to use CHRT or develop breast cancer. Likewise, the prospective nature of the Women's Health Study of health professionals, the Swedish cohort study and the Nurses Health study, all with similar findings, are not subject to selection bias. Neither are these cohort studies, as a group, subject to information bias that would result in a spurious association.

Case-control studies are most susceptible to selection and information bias. In the case-control studies of this association most, but not all, found a similar association. Where it was looked for, the association was primarily in ER+ cancers, and the risk estimate increased with increased continuous exposure, as also seen in the randomized clinical trial and the cohort studies. The fact that the same association was found in randomized clinical trials, in cohort studies, in case-control studies, and temporally in ecologic studies, rules out the effect of bias as being responsible for the found association.

Conclusion: one can rule out with confidence, the possibility that some study bias is responsible for the observed association.


**Could the observed association be due to confounding?  (*In other words, could the measured association be operating through another association between the real causal factor and the outcome because the real factor is also associated with the suspected factor?*)**

In the studies showing an association, the investigators were careful to control for known confounders. In most, but not all, studies the investigators controlled in some way for the potential effects of other accepted risk factors for breast cancer, including age, age at first birth, alcohol use, family history of breast cancer, and prior biopsies. In studies where differences such as education, or other demographic characteristic differed between the compared groups and/or resulted in some modification of the risk estimate, those variables were typically included as control factors. There is always the possibility of some residual confounding, and for very small risk estimates, this is of concern. However for the larger risk estimates, such as that for continuous CHRT for 5-10 years, the risk estimates are not consistent with residual confounding.

One may be concerned about an unknown confounder, especially in the case-control studies where, because it was unknown, was not controlled for in the selection or analysis portions of the study. For such an unknown confounder to fully explain the observed risk estimate, it would have to be even larger than the observed relative risk. It is not tenable to explain the observed relative risk seen in multiple observational studies by an unknown or inadequately controlled confounder.

The major reason for randomizing subjects in clinical trials is to let the process of randomization fairly allocate any unrecognized confounders to the compared groups. There is no plausible reason to suspect that the randomization in the WHI resulted in the unequal allocation of some powerful but unknown cause of breast cancer that also happens to be closely associated with the assigned CHRT.

The data from the National Cancer Institute's SEER Program documented a remarkable drop in breast cancer incidence, starting gradually in 1999, then more precipitously in 2002-2003 and continuing into 2004. The decline was mostly limited to ER+ cancers in women in the postmenopausal age groups (Ravdin et al[xxx]). There has been some speculation as to whether this decline could be due to a reduction in the prevalence of screening mammography among women in this age group, though Ravdin et al considered this possibility and rejected it. Kerlikowski et al also examined this possibility using a cohort of women followed by four screening mammography registries.[xxxi] Women in this cohort included 49% of users of postmenopausal therapy. The investigators found that the rate of ER+ breast cancers among women 50-69 years declined 13% from 2002 to the last quarter of 2003, while the use of postmenopausal hormone therapy among women with a uterus declined some 38% during the same period (from 49% to 30%). They concluded that the decline in ER+ breast cancers in the US was unlikely to be due to a decline in screening mammography. The plausibility of the conclusions of these two groups of researchers can readily be illustrated. The reduction in ER+ ductal breast cancer incidence among women 55-74 in the nine historical SEER regions from 1999 through 2003 was 18%, and from 2001 through 2003 was 13%. Interpolating for the year 2000-2003 would result in a decline of approximately 15-16%. The National Center for Health Statistics reports the reduction in mammography use among US women from 2000 through 2003 was, for women 50-64: 3.2%, and for women 65-74 was 0.8%.[xxxii] Interpolating for women age 55-74, the mammography reduction would be about 2%. If the 2% of women who stopped getting mammograms during that time period were somehow made immune to breast cancer, the reduction in ER+ ductal breast cancer could not drop more than 2%, whereas it dropped about eight times that much. It is easy to reject the potentially confounding effect of mammography reduction as an explanation for the decline in ER+ ductal breast cancers observed from1999-2004.

Conclusion: one can rule out with confidence, the possibility that some known or unknown confounder is responsible for the observed association.

Even though alternative explanations for the established association can reasonably be eliminated as tenable reasons for the association, it is useful to determine whether there is a body of positive evidence that supports a causal conclusion, rather than reaching the conclusion only by eliminating other possible explanations. If CHRT is a cause of ductal breast cancer supportive evidence should not be lacking. Positive evidence for causation can be provided by a number of criteria modeled after their originator, and commonly referred to as Hill's criteria.

**Strength of the Association**
There are two measures of strength of an association. The primary measure is the size of the association or the relative risk. A secondary measure is the statistical significance of the association. Most estimates of the size of the relative risk of ductal breast cancer from

CHRT are not large, typically about 1.2-2.2. Not uncommonly, however, exposures of various durations are lumped together for risk estimates. In those studies in which current exposures for different durations have been examined, the size of the association almost invariably increases to relative risk values of 2.4-7.0 or greater. In large studies, where the sample size is great, such as the Million Women Study, the statistical significance of the relative risk of 2.42 for over 5 years of exposure is quite strong (p<0.0001). The weight of findings on the strength of the association provides moderate supportive evidence for a causal conclusion.

**Specificity of the Association**
There are two considerations about the association specificity. One is how specifically defined, or identified, is the exposure of interest, the other is how specifically defined is the outcome of interest. If neither is very specifically defined, the support for a causal is diminished because of the possibility of misclassification of either, and the possibility that one of the misclassified factors is responsible, at least in part, for the observed association. The most specific definition of the exposure of interest is CHRT specifically using conjugated equine estrogens (CEE) and medroxyprogesterone acetate (MPA). The most specific outcome of interest is invasive ductal breast cancer. Those studies that simply used CHRT as the exposure were to some degree misclassified with respect to these two components of CHRT. However, since most US exposures from CHRT were of these two components, the misclassification is not great. In several studies, for example the WHI clinical trial, these components were specifically given to the study subjects so there is no misclassification of the exposure agents. In others, i.e., the Million Women Study, the specific exposures were analyzed separately, so the same exposure of interest is possible to evaluate. It is important to note that whether the exposure studied was CEE+MPA, or simply any CHRT, the studies found similar associations, of similar direction and magnitude.

The outcome in some studies was simply all breast cancers, and in others ductal cancers were separately analyzed. Here too, the associations reported are similar in direction and magnitude. In no study was the association between CEE+MPA specifically, and ductal breast cancer specifically, analyzed, though in nearly all studies, one or the other was specifically defined and the other was primarily composed of the exposure or outcome of interest. The specificity of the association studies provides only modest support for a causal association.

**Consistency of the Association**
There are two aspects to consistency, external and internal consistency. External consistency refers to the consistency with which the same association is found in various studies, done in different ways in different groups. In that regard, the association of interest is regularly, though not invariably, found in studies that are clinical trials, cohort studies, case-control studies, and population studies. The association in these studies also has similar related aspects, such as increased risk with increased exposure and reduced risk following exposure cessation. External consistency provides strong support for a causal causal interpretation of the observed association.

Internal consistency refers to findings that are not at variance with other findings in the same study. Examples of internal consistency include the finding that when there is an increase in the risk estimate for CHRT exposure classified as "ever" there is a graded risk

estimate when the risk is parsed out by duration of exposure. Another example is that the risk estimates for all breast cancer for CHRT are similar for estimates for ductal cancer (which constitutes the majority of breast cancers) or for ER+ breast cancers (also the majority of breast cancers). Internal consistency provides moderately strong support for a causal interpretation of the observed association.

This criterion provides strong support for a causal association.

**Biologic Plausibility of the Association**
Biologic plausibility is the weakest and most treacherous of the positive criteria for causation. This is because it literally considers whether the biological mechanisms believed to be responsible for the observed association fit with what is currently known about them, and how well they fit. However, our knowledge of biological mechanisms is constantly changing, including throwing out old concepts previously accepted as fact. Even so, a coherently constructed set of biologically plausible events currently accepted as facts does add to the believability of the biologic significance of a causal interpretation of an observed association, and in some instances, such as finding a chemical or biologic sentinel "fingerprint" in each link of a causal chain, can provide confirmatory evidence.

 For the observed association between CHRT and ductal breast cancer, the biologic questions to be examined for their plausibility include:
1. Is there any evidence that either estrogen or progesterone is carcinogenic for the breast?
2. Are things known to alter estrogen or progesterone levels also associated with similar changes in breast cancer risk?
3. Have rates of breast cancer in US women changed with the changes in population exposure to CHRT?
4. Is there any precedent in human cancer epidemiology and biology for the carcinogenicity of CHRT for the human breast?

The supposed causal sequence of events seems to be that with increased exposure to elevated estrogen level, and/or progesterone level, there is an effect on the ductal epithelium such that initiated ductal cells (those with acquired and unrepaired genetic defects) are promoted to divide, starting a ductal malignancy.

In 1975, the FDA concluded that estrogen postmenopausal therapy was associated with increased incidence of endometrial cancer. This followed more than a decade of marked increase in the incidence of this cancer among women of postmenopausal age[xxxiii], coincident with similarly increasing use of hormone replacement therapy for menopause, and several case-control studies identifying postmenopausal estrogen as a strong risk factor for that cancer. Following the FDA requirement of stronger warnings for women accompanying estrogen prescriptions, and accompanied by widespread lay publicity, the use of estrogen for treating menopause dropped precipitously, followed by a drop of the incidence of endometrial cancer to levels approximating the level before the epidemic increase was recognized.[xxxiv] The carcinogenic action of the estrogen affected the endometrial cells of the uterus, but had no effect seen in cancer incidence of the myometrium cells, even though both are sensitive to estrogen. The carcinogenic action was identified as that of a promoter, the first such example of a human cancer promoter and the first seen outside the laboratory. This example illustrates the plausibility of a

hormone preparation acting on a specific hormone receptive tissue to produce cancer via a promoter effect, and the dramatic rise and fall of incidence rates of the cancer seen in population statistics.

A 1982 long-term study by Upjohn Company Pharmaceutical Research and Development of the effect of Depo-Provera (MDA), progesterone, or placebo in dogs reported on the percent of mammary gland malignant tumors over seven years following exposure to different doses of the drug.[xxxv] Whereas control dogs receiving just the vehicle (placebo control) had no breast cancers, the low dose Depo-Provera had a 25% incidence, the medium and high dose dogs had a 40% incidence of breast cancers. Animal studies in mice[xxxvi] and monkeys[xxxvii] have determined that CHRT, where the progestational agent used is MPA, causes more proliferation in the epithelial cells of the mammary ducts than does estrogen alone. A subsequent study was conducted in humans in which breast biopsies that turned out to be benign were examined microscopically and with antigenic markers of cell proliferation to compare the degree and histologic location of proliferation with the hormone therapy (none, estrogen alone, or CHRT) they were receiving.[xxxviii] They found that compared to those women receiving no hormones, the ductal epithelium of women receiving estrogen or CHRT had significantly higher proliferation indices, but of the three indices determined, indices of women receiving CHRT were higher for two of them. Further, with CHRT, the proliferation was localized to the duct-lobular unit, the site of development of most breast cancers. Thus, both animal and human micropathologic studies found increased cell proliferation with CHRT.

Consistent with the finding of increased ductal proliferation in response to CHRT is the finding that breast density is increased among women receiving hormone replacement therapy, and especially for women receiving CHRT, resulting in lowered sensitivity and specificity of screening mammography.[xxxix] The effect of this cell proliferation is to reduce the ability to diagnose breast cancers early and to increase the risk of a later diagnosis.[xl] Chiarelli et al found that CHRT had a higher risk than estrogen alone for missed cancers (OR for CHRT = 3.21, vs. 1.44 for estrogen alone).

Suggestions that some effect stimulating the occurrence of ER+ cancers were apparent to Glass and Hoover in 1990[xli], when they reported that the increase in the incidence of breast cancers were almost confined to those that were ER+. Pujol et al[xlii], also reported in 1994 that in addition to an increase in the prevalence of ER+ breast cancers (from 1973-77 to 1988-92 an increase from 74% to 84%), the tissues positive for the estrogen receptor were found to have higher levels of ER+ measured over time (from a median value of 18 fentamoles/mg in the first period, to a median value of 46 in the latter period). Thus, at a time when the incidence of breast cancer was increasing in women of postmenopausal years, the proportion of ER+ cancers were also increasing and the levels of ER in those cancers positive for the receptor. This coincided with the increase of CHRT use in the US from the very low usage circa 1980 to over a million prescriptions in 1995, increasing rapidly to approximately 23 million in 1999, the peak use of CHRT in the US. Following the publication of the Heart Estrogen/Progesterone Replacement Study (HERS) in August 1998, showing that CHRT did not protect against coronary heart disease, the long increase slowed so that by 2002, when the WHI study was stopped, and the first results published, the CHRT use had already peaked in 2000 and had slightly decreased. In 2003 a dramatic decrease in CHRT, from 21.8 million dispensed

prescriptions in 1999, and 24.0 million in 2001, to 10.3 million in 2003, a reduction of 57% in dispensed CHRT prescriptions.

The biologic plausibility of the causal nature of the observed association between CHRT exposure and ductal breast cancer, especially of those ER+, is supported by both animal and human micropathologic studies of the effect of CHRT on ductal cells, by finding increased ER+ breast cancers over time and increased levels of ER among those found to be positive, as well as the analogous experience with uterine cancer 30 years ago. The plausibility of interpretation is further supported by parallel patterns of ER+ ductal breast cancer incidence and CHRT prescriptions dispensed. The biologic plausibility criterion provides modest support for a causal association.

**Dose-response Effect**
The finding of a clear dose-response effect in exposed individuals is a very strong supporter of a causal association, because very few confounders can create a dose-response effect, and even fewer circumstances leading to a bias can. Dose can be measured in several ways that allow demonstration of a dose-response, one of which is the daily dose of an exposure, and another is the duration of exposure. The measure of "ever vs. never" does not contribute to a dose-response evaluation, though it is often used as an exposure measure.

In at least a dozen of the studies cited in the first part of this report, the increase in risk with increased dose (measured by duration of exposure) was reported. In some papers the increase in risk was reported as an annual, or 5-year, percent increase in risk. In those papers the annual increase in risk was approximately 5% per year of exposure. In other studies the actual relative risk estimate for an exposure period of five or ten years was reported, and these estimates ranged from 1.2 to2.7 for five years of duration, and for 10 years, from 1.65 to 2.52. It is important to note that while some investigators classified duration by less than 5 yrs vs. more than 5 yrs, by months, or by 5-9 years vs. 10+ years or several other groupings, in nearly every individual study, the longer exposure was associated with a higher risk than the shorter exposure. This phenomenon is illustrated well in the WHI, which presents the risk among women previously exposed before enrollment with each year of exposure duration. This risk reaches 2.64 in the fifth year of the study. The evidence for a dose-response effect is summarized in Table 1.

It is readily apparent that in every report (with two minor exceptions, studies: *ii, v*), the relative risk estimate for each longer duration exposure is higher than the estimate for the shorter exposure. This is true in spite of the fact that the measures were categorized differently, and taken from different populations of women.

Studies in which the daily dose of the hormones was examined did not evidence a consistent effect. Some studies showed an elevated risk with a higher dose of estrogen each day, and some did not. However, the "sequential" administration of hormone, in which the progestational agent is taken only for about a week out of each month, always had a slightly lower relative risk than the "continuous" administration, in which the progestational agent is given daily, along with the estrogen.

14

**Table 1. Estimates of RR* from studies in of CHRT exposure duration**.

| Outcome | Ref. No. | <5 yrs | 1-5 yrs | 2-5 yrs | 5+ yrs | 5-10 yrs | 10+ yrs |
|---|---|---|---|---|---|---|---|
| **Breast Cancer** | | | | | | | |
| In women with BMI ≤ 24.56 | ii | | 1.10 | | | 1.51 | 1.41 |
| > 24.56 | | | 1.13 | | | 1.51 | 1.77 |
| Continuous CHRT | iii | | | 1.29 | 1.45 | | |
| All users CHRT | v | 1.36 | | | 1.58 | | |
| Any CHRT | vii | 1.25 | | | 1.76 | | |
| CHRT (1-4, 5-9 yrs) | viii | | 1.25 | | | 2.17 | 2.31 |
| Continuous CHRT (1-48 mo, 48+mo) | xi | | 1.37 | | 4.60 | | |
| Continuous CHRT (1-4, 5-9, 10+) | xxiii | | 0.96 | | | 1.90 | 1.99 |
| Prior use duration, WHI CHRT arm | ix | 2.13 | | | | 4.61 | |
| **Ductal Breast Cancer** | | | | | | | |
| "All Non-Lobular" | vi | | | | | | |
| CHRT ≤12 of 60 mo | | 1.25 | | | | | |
| 13-38 of 60 mo | | 1.20 | | | | | |
| 39+ of 60 mo | | 1.61 | | | | | |
| "Medium potency" E+P | xviii | 1.4 | | | 2.3 | | |
| All E+P (<5, 5-9, 10+) | xxvi | 1.71 | | | | 2.17 | 2.52 |
| **ER+P+ Breast Cancer** | | | | | | | |
| | xii | 1.34 | | | | 1.67 | 1.80 |
| | xxv | 1.4 | | | 3.0 | | |

*RR = relative risk

This body information clearly fits the requirement for a dose-response effect, providing strong support for a causal interpretation of the observed association.

**Intervention Effect**

An intervention effect, i.e, the reduction of risk accompanying the reduction of exposure, provides the strongest support for a causal association because it demonstrates that the outcome can be affected by the exposure, an integral part of the definition of a cause.  It is especially strong when an intervention effect can be demonstrated in both individual studies and population studies, because those biases to which individual studies are subject do not operate in population studies, and vice versa.

Some observational studies of individuals examine relative risk by the number of years since the women ceased taking the CHRT.  For example, in the Million Women Study [viii], the investigators examine the risk of breast cancer by all types of hormone replacement therapy combined, including CHRT.  The relative risks were compared to never user: current user = 1.66 1.60-172), last use <5 yrs previously = 1.04 (0.95-1.12), last use 5-9 yrs previously = 1.01 (0.88-1.16), and last use >10 yrs previously = 0.90 (0.72-1.12). It is apparent that the risk for all hormone therapy reverted to approximately that of those never exposed by five years after cessation.  Chen et al [xxii] likewise found that former users in the Nurses Study had a relative risk of 1.08 (0.93-1.25) for ER+ PR+ cancers. Schairer et al found that compared to the significant relative risk of current CHRT use (1.4), after cessation for periods of 1-2, >2-4, >4-6, or >6 years, the relative risk ranged from 0.6 to 1.2, with none of the values being significantly different from 1.0.  Daling et al [iii] found that for CHRT current use (used until 0-6 months ago), the relative risk of

15

ductal cancer was 1.3, compared to 1.0 for not having used for >6 months - <5 yrs ago, and 0.7 for a cessation 5 or more years ago. Li et al[xix] reported that for ductal cancer, current CHRT users had a relative risk of 1.2, while former users (which included former users of any postmenopausal hormone therapy) had a relative risk of 0.7. There is a consistency of evidence that for ductal cancer or ER+, PR+ breast cancer, or all breast cancer, the excess risk associated with current or prolonged use of CHRT is reduced or eliminated when women ceased taking CHRT. Thus in individual level studies, there is a clear intervention effect.

With the fall in CHRT prevalence in the US, following the publication of studies showing no benefit, or excess harm from CHRT use, there is the opportunity to see if the reduction in ductal breast cancer risk associated with cessation of CHRT use evident in individual level studies is also evident in population statistics (i.e., ecologic studies). The publications of Ravdin et al[xxvii], Clarke et al[xxvi], and most recently Glass et al[xliii] all confirm that there were corresponding reductions in breast cancer incidence following reductions in CHRT use. Glass et al were able to examine use of hormone prescriptions, screening mammography use, and cancer diagnoses in the population of women in the Kaiser Permanente Northwest health plan, although other personal risk factors and any changes in them could not be examined. They concluded that the drop in breast cancer incidence is consistent with the drop in hormone use.
In the updated incidence analysis of SEER data we conducted (Austin/Buckley, 12/06), Figure 19 demonstrated that the drop in ductal breast cancer incidence was similar, in shape and magnitude, to the drop in all breast cancers for women ages 55-74 over the period 1999–2003. The figure portrays that the fall in ductal cancer incidence was experienced almost exclusively by breast cancers of the ER+ type and not those of the ER- type, illustrating that the ER+ incidence reduction reported by Ravdin, et al, largely involved ductal cancers. Thus, the reduction in ductal breast cancer risk following CHRT cessation seen in studies of individuals is confirmed in population studies.

The incontrovertible evidence of an intervention effect constitutes powerful support for a causal association.

**Conclusion**
I conclude that the association between CHRT and elevated risk of ductal breast cancer (and also all breast cancer combined, and also ER+, PR+ breast cancer) is a causal association. There is no scientific doubt that the increase in ductal breast cancer risk among women exposed to CHRT, observed in clinical trials, in observational studies of individuals, and in population studies, is caused by the CHRT exposure.

The same conclusion has also been reached by others. The International Agency for Research on Cancer, the cancer investigatory division of the World Health Organization, convenes world experts on certain cancer topics and issues monographs on the Evaluation of Carcinogenic Risks to Humans. Volume 91 of those monographs is soon to be released. The section entitled "Combined Estrogen-Progestogen Menopausal Therapy," reevaluates an earlier review and concludes: "Combined estrogen-progestogen menopausal therapy *is carcinogenic to humans (Group 1)*". [Italics in original] Group 1 is a definitive statement, and a higher (the highest) causation classification than when CHRT was evaluated in 1999. The conclusion of the 21 scientists from eight countries of the evaluation Working Group was published in Lancet Oncology in 2005.[xliv] In arriving

at their conclusion, the working group stated "The (epidemiologic) studies consistently report a heightened risk of breast cancer in women who used combined hormone therapy. Mainly confined to present users or recent users, the risk increases with duration of use and exceed that in women taking oestrogen-only treatment."

 In a 2003 Lancet Commentary[xlv] on the Million Women Study that demonstrated both increased breast cancer incidence and also increased breast cancer mortality for users of CHRT, Lagro-Janssen, Rosser and van Weel observed that "a general practitioner would need to give combined HRT to 166 women for 5 years - or to 55 women for 10 years, to one extra case of breast cancer" a clear statement of causation.

In May, 2005, the U.S. Preventive Services Task Force recommended "against the routine use of combined estrogen and progestin for the prevention of chronic conditions in postmenopausal women."[xlvi]  This was because of several elevated risks, including "..increased risk for breast cancer (good evidence),.." (sic).

The current (August 2007) National Cancer Institute website carrying breast cancer risk information[xlvii] states: "Recently published research shows that a woman's risk of developing breast cancer is also affected by breast density and whether she has used hormone therapy; .."

**Summary**
I conclude that the observed association between CHRT and ductal breast cancer is a causal association.  As a result, I advise women not to take this medication except with strong medical justification and then only for the shortest possible time.

The causal nature of CHRT for breast cancer, including ductal breast cancer, is the inescapable conclusion from considering the evidence cited in this report.  It is also a conclusion reached by different bodies of scientists assessing the available body of scientific evidence.  The evaluators are impartial scientists, often convened under governmental auspices, using a variety of valid evaluation methods and coming to the same conclusion.  The conclusions are often published in prestigious peer-reviewed scientific journals.  The conclusion reached in this report, as a result of the review of the available evidence, is the same conclusion that has been reached by national and international bodies of scientists.  CHRT is a cause of ductal breast cancer.


**Part II**

I have been asked my opinion as to whether medroxyprogesterone acetate is a cause of breast cancer and, if so, whether that is a risk shared by all progestational agents.

**Does medroxyprogesterone acetate elevate the risk for breast cancer?**
To assess this question, it is useful to determine whether or not an association exists between exposure to MPA and breast cancer.  If so, the observed association must be evaluated for alternative explanations for the association, and to see if there is any positive evidence that the association is causal.

17

**Does a statistical association exist between the particular factor under consideration and the condition under consideration?**

The association between medroxyprogesterone acetate (MPA) in combination hormone replacement therapy (CHRT) and breast cancer has been assessed in four epidemiological studies: the Women's Health Initiative Randomized Trial (WHI), the Million Women Study (MWS), the French E3N cohort study, and the Heart and Estrogen/Progestin Replacement Study [(HERS) including HERS II, the optional open-label study extension].

All four studies found an increased risk of breast cancer among postmenopausal women taking MPA with estrogen. Three of these studies specifically examined the risk associated with 0.625 mg/d of conjugated equine estrogens (CEE) plus 2.5 mg of MPA. WHI and HERS were limited to women with a uterus, while MWS and E3N included women with hysterectomy. HERS was further limited to include only women with prior coronary artery disease. WHI and HERS are randomized clinical trials. MWS and E3N are prospective cohorts based in extensive health insurance networks. The age of women at enrollment in these studies vary from 40-79 years.

MWS enrolled over 828,923 women in the UK eligible for the National Health Service Breast Screening Programme, for a 53% sample of all British women between the ages of 50-64 years. The women were followed for an average of 2.6 years. The relative risk of women taking a MPA-containing CHRT for less than five years compared to women who had never used any HRT was 1.60 (1.33-1.93), and 2.42 (2.10-2.80) among women taking MPA for five years or more. The CEE-MPA specific relative risks were similar: 1.62 (1.34-1.96) and 2.42 (2.08-2.81) for less than five years and five or more years, respectively. (MWS Collaborators, 2003).

E3N followed over 80,377 women aged 40-65 from a health insurance program primarily covering teachers for an average of 8.1 years (average 7.0 years of treatment). The study also found a significant increased risk among women using a MPA-containing CHRT as compared to never-users: 1.48 (1.02-2.16). (Fournier, 2007).

WHI, which randomly assigned 16,608 women between the ages of 50-79 years to CEE-MPA or placebo and followed them for an average of 5.6 years, found a hazard ratio of 1.24 (1.02-1.50) for breast cancer overall between women on CEE-MPA versus women on placebo. Sensitivity analyses which censored women who did not adhere to the prescribed regimen showed an elevated hazard ratio of 1.49 (p<0.001). (Chlebowski et al, 2003; WHI Writing Group, 2002).

HERS randomly assigned 2,763 women younger than 80 years to CEE-MPA or placebo. HERS II allowed participants the option to continue under an open-label study, which 2321 women (84%) chose to do. The average follow-up was 6.8 years, which includes 4.1 years in HERS and 2.7 years in HERS II. Results from HERS, HERS II, and the combined data show an increased risk of breast cancer with CEE-MPA use, although the increase is not significant. For HERS, the hazard ratio for women taking CEE-MPA as compared to women on placebo was 1.38 (0.82-2.31). For HERS II, the hazard ratio was 1.08 (0.52-2.24). And the combined hazard ratio was 1.27 (0.84-1.94). (Hulley et al, 2002).

Overall, current evidence shows that there is a statistical association between use of MPA-containing CHRT, particularly CEE-MPA, and an increased risk of breast cancer.

**Is the observed association due to chance?**

The association was observed in four separate studies performed in three nations, using both prospective cohort and randomized clinical trial study designs. In addition, the magnitude of the associations observed (1.24-2.42) is similar. Thus, the evidence of consistency makes it unlikely that the observed associations are due to chance. Further, the three larger studies evidenced increased risk with increased duration of exposure, an extremely unlikely chance finding.

In addition, the association was statistically significant in the larger three of the four studies. The only study where the association failed to reach statistical significance had a notably smaller sample size. HERS enrolled under 3,000 participants, compared to the tens and hundreds of thousands of participants in the studies finding a significant association. The study's power was further limited by the study design, which allowed participants to cross-over exposure categories. It is likely that this study lacked the adequate power to observe a significant association.

The observed association between MPA-containing CHRT and breast cancer is not due to chance.

**Could the factor be a consequence of the condition or disease under consideration rather than a cause?**

Typically, women are screened for breast cancer prior to onset of HRT (Fournier, 2007). Additionally, study participants in MWS, WHI, and HERS underwent mammography and clinical breast exam prior or immediately following study enrollment. Exclusion criteria for all four studies included prior breast cancer. Therefore, it is unlikely that a participant would have diagnosable cancer prior to use of HRT or prior to inclusion in any of the four studies. Furthermore, breast cancer would not increase the likelihood of a woman beginning an HRT regimen. Rather, a diagnosis of breast cancer would likely have the reverse effect.

Reverse causation cannot explain the observed association.

**Could the observed association be due to a bias, e.g., an error in the measurement (or selection) of either the study factor or the outcome, or in the analysis, which could make it appear that an association exists when in fact there may be no association?**

*Selection Bias*
Selection bias is not a concern in the WHI and HERS studies because participants were randomly assigned to CEE-MPA or to placebo. Comparison of breast cancer risk factors and other participant characteristics did not significantly differ between treatment groups. Both MWS and E3N are prospective cohorts, which are generally less prone to selection bias, because participant selection occurs prior to experience of the outcome.

Follow-up bias can be a concern in prospective studies. Participants of both WHI and HERS II dropped out or were non-adherent in large proportions, particularly in the later years of the study. In WHI, 42% of CEE-MPA and 38% of placebo participants stopped their study medications for at least some period of time. Treatment adherence steadily decreased in HERS and was only 45% among women randomized to CEE-MPA in the sixth and final year of HERS II. These rates are roughly equivalent to community-based adherence to hormone therapy (WHI Writing Group, 2002). And, most importantly, non-adherence would cause the intention-to-treat analyses performed in both studies to yield underestimated effect estimates. Therefore, the observed risk estimates cannot be a result of follow-up bias.

It has been suggested that the inclusion of "prevalent" users may underestimate the risk associated with HRT use, because they are in some way resistant to developing breast cancer. E3N ran a separate analysis (results not shown) limited only to "incident" users (women who first initiated HRT use after enrolling in the study) and their results were not notably changed. Furthermore, studies that assessed risk by duration of HRT, as MWS and WHI did, would not be affected. Regardless, because the inclusion of more resistant prevalent users would underestimate the relative risk, it could not be responsible for the observed association. Conversely, the reported relative risks may be underestimating the true risk.

*Exposure Misclassification*
An intention-to-treat analysis was performed by HERS and WHI, despite high rates of non-adherence in later years. This would potentially bias their results towards the null. HERS and WHI dealt with the potential of exposure misclassification bias by performing sensitivity analyses that censored non-adherent participants (defined as taking less than 80% of monthly prescription). The hazard ratio in WHI was strengthened to 1.49 (p<0.001). The HERS hazard estimate was weakened to 1.11 (0.61-2.03).

Exposure misclassification may also have occurred in MWS, which used baseline information on HRT to determine exposure classification throughout the study. MWS assessed the degree to which participants switched treatments. Approximately two-thirds of participants did not change HRT preparations during the study. And 87% of participants had used their baseline preparation for at least half of their total duration of HRT use. Plus, 89% of never-users remained never-users. However, any movement of never-users to MPA-containing CHRT would most likely be non-differential, and therefore lead to an underestimation of the actual association.

Exposure misclassification is unlikely in E3N, which updated exposure information at periodic follow-ups (every 2-3 years) and used a "mixed" category for participants who changed preparations during the study. A participant contributed person-years to the first preparation, and after the change in treatment contributed person-years to the "mixed" category. E3N also chose to lag HRT use by one year, so that women commencing HRT were not considered exposed until the following year. This in effect reduces exposure misclassification by eliminating exposure that is unlikely to be causal. The one year lag allows time for carcinogenesis and detection. WHI similarly lagged the full effect of hormones on breast cancer incidence by weighting their analysis by time since initiation of treatment.

*Outcome Misclassification*

Differential misclassification of breast cancer cases and non-cases is unlikely. WHI followed-up every six months, with clinical visits annually. Clinicians were independent of study personnel and blinded to patient treatment. HERS had two blinded physicians independently review reports on cancer tissue diagnosis, and the proportion of deaths for which clinical documentation beyond a death certificate was obtained were similar for treatment and placebo groups. MWS linked to the national health system records to be reported of any cancer diagnosis or death among study participants. E3N obtained case information primarily through standardized follow-up questionnaires sent to all participants, regardless of HRT use.

*Information Bias*

Recall error is a concern because both prospective cohort studies relied on self-report of exposure. All four studies relied on self-report for information on prior HRT use, breast cancer risk factors, and several other characteristics. Error in recall of exposure was reduced by studies using booklets with pictures of HRT options and other memory aids. When available, studies obtained diagnostic reports or other recorded sources of information to verify participant self-report. Validation studies showed that there was little recall error. In a sample of participants, MWS found 90% agreement for the specific preparation and dose of HRT between participant recall and physician records. E3N assessed the validity of self-reported cancer and found a false-positive rate of less than 5%. Importantly, since all studies were prospective, there is no reason to expect that recall would differ by breast cancer status. In fact, E3N performed sensitivity analysis to assess recall error and found that differential recall bias was unlikely to have occurred. Therefore, recall bias would not explain the observed association.

Because non-users of HRT typically receive mammography less frequently than users, the true incidence of breast cancer among non-users could be underestimated. Therefore, detection bias could cause an overestimation of the risk estimate. However, WHI and MWS participants received mammograms on fixed schedules, eliminating the risk of differential breast cancer detection. E3N statistically adjusted for mammograms to control for potential detection bias. And because participants were randomized in HERS, it is unlikely that mammogram rates would vary by treatment group. Detection bias does not account for the observed association.

While biases may have been introduced that would under estimate the risk of MPA-containing HRT (such as non-differential exposure and outcome misclassification), there is no bias identified that could explain the observed association.

**Could the observed association be due to some confounder, e.g., a third factor which is associated with both the putative factor and the condition under consideration, which is a real causative factor and which accounts for the observed association?**

The magnitude of the observed relative risks is not great, and could largely be explained by a confounder with an association of approximately 3.0. However, the four studies overall adequately controlled for potential confounding factors.

Two studies were RCTs in which participants were randomly assigned to treatment arms, thereby theoretically evenly distributing potential confounders. Subsequent measured participant characteristics were shown to be similar across treatment groups. WHI also controlled for age and dietary intervention group, another arm of the study.

Between-group differences were not provided for MWS. However, potential confounders were controlled for in analysis: age at recruitment, time since menopause, parity, age at first birth, family history of breast cancer, BMI, geographical region, and deprivation index. Results were stratified by duration of HRT use. Additional analyses were done to assess for confounding by age at menarche, alcohol consumption, past use of oral contraceptives, and past health, none of which changed the risk estimate.

Users and non-uses in E3N differed by age, family history of breast cancer, and BMI. However, their analysis controlled for these factors. Additional factors were also adjusted for in analyses: time since menopause, age at menarche, parity, age at first birth, breastfeeding, age at menopause, type of menopause, personal history of benign breast disease, physical activity, and previous mammography.

Age at menopause was unknown for some participants in MWS and E3N. The missing age was estimated based on the study population distribution. Therefore, there is likely residual confounding by age of menopause in the MWS and E3N risk estimates. However, any residual confounding could not be large enough to explain the observed association in these two studies.

The four studies addressed the potential for confounding with randomization and statistical adjustment for a wide range of factors. The observed association is not due to uncontrolled confounding.

**Positive Criteria**
**What is the strength of the association?**
The magnitude of the associations observed is not large, but signifies a clinically significant increase in risk. The risk of CEE-MPA (and MPA-containing CHRT in general) relative to never-use is estimated in the range of 1.24-1.60, and may be as high as 2.24 for long-time users. These estimates represent a minimum of a 24% excess incidence of breast cancer among MPA-containing CHRT users. In all but one study, the RR is statistically significant; some estimates are highly significant with p-values <0.001.

The strength of the association lends moderate support to the causal association.

**How specific is the association?**
The exposure in general is MPA combined with any estrogen. However, the evidence can easily be restricted to only those women taking 0.625 mg/d of conjugated equine estrogens (CEE) plus 2.5 mg of MPA, with nearly identical results. The exposure is therefore highly specific.

The outcome is limited to breast cancer. While the condition is specific, there is evidence that the risk varies by breast cancer histology (Chlebowski et al. 2003; Li et al, 2003; Reeves et al, 2006). Therefore, the outcome may only be moderately specific.

The specificity of the association lends moderate support to the causal association.

**How consistent is the association?**
All four studies investigating the association between MPA-containing CHRT and breast cancer found an effect estimate of similar magnitude. The same is true of the three studies specifically examining CEE-MPA. These studies were performed using RCTs and prospective cohorts and were done in three different countries.

The consistency of the association lends strong support for the causal conclusion.

**What is the biologic plausibility or coherence of the association?**
Not assessed.

**Is a dose – response relationship apparent?**
Evidence of increasing risk by duration of CHRT use suggests that there is a dose-response relationship. MWS found a significantly higher relative risk among users of CEE-MPA for more than five years as compared to non-users (RR=2.42) than among users for less than five years (RR=1.60). WHI also observed an increase in risk after the third or fourth year of treatment. The increase was greatest among women with prior HRT use, further suggesting a cumulative-duration effect. E3N performed duration assessments with a combined category of CHRTs with similar relative risks, in which MPA was included. There was a clear increase in risk from less than 2 years to more than 6 years. The test of trend was highly significant (p=0.01).

The evidence of a dose-response relationship provides strong support for the causal conclusion.

**Is there any evidence of an intervention effect?**
There is limited evidence of a drop-off of risk with increased time since CHTR use, although not studied exclusively for MPA-containing CHRT. E3N assessed the relative risk of breast cancer among prior users of a combined category of CHRTs, in which MPA was included. Women whose last use was more than 2 years prior had a risk similar to that of non-users [1.07 (1.62-1.86) and 0.85 (0.42-1.70) for 2-5 years and ≥5 years, respectively]. Current users were combined with women whose use ended within 2 years. This exposure misclassification caused an overestimation of the associated risk, which remained elevated [1.75 (1.54-1.99)].

The limited evidence of an intervention effect lends only minor support for the casual conclusion.

**Conclusion:**
MPA-containing CHRT, specifically CEE-MPA, causes breast cancer in postmenopausal users. Evidence from randomized controlled trials and large prospective cohort studies show that postmenopausal women with and without a uterus taking MPA-containing CHRT have an increased incidence of breast cancer.

*Comparison to risk of unopposed estrogen replacement therapy*
Comparing the risk of MPA-containing CHRT to unopposed estrogen replacement therapy (ERT) can indicate whether the excess risk is related to the presence of estrogen

or MPA. The association between ERT and breast cancer has been repeatedly studied, with a wide range of risk estimates. [See Appendix A]. Risk estimates for CEE alone range from a significant protective RR of 0.67 (p=0.03) among adherent women in the estrogen-only arm of the WHI study (Stefanick, 2006) to a significant elevated RR of 1.32 (1.24-1.39) in MWS (Reeves et al, 2006). When any ERT is considered, the risk estimates for breast cancer compared to never-users ranges as high as 1.95 (1.15-3.32) in a prospective cohort of Danish nurses (Stahlberg, 2004), which is notably larger than most estimates for MPA-containing CHRTs, but included a large proportion of users of testosterone-like progestin, which is associated with higher risk estimates, as well as estradiol as the estrogen.

Of fourteen studies investigating the association between ERT and breast cancer reviewed by Campagnoli et al (2005), half found a significant increased risk of breast cancer among ERT users compared to non-users, six found a null association, and one found a significant protective effect. When the studies are separated into those performed in the United States and those performed in Europe (primarily in Scandinavia), an interesting pattern emerges. Of the nine US studies, only two found a significant increased risk, while one found a significant protective effect. However, among the five European studies, four found a statistically significant risk, which was generally larger than any of the risk estimates in the US studies. Two hypotheses have been proposed for the variation in results: The difference may be a result of differing risks associated with estradiol and CEE, as it has been observed that US women typically receive CEE and European women generally receive estradiol (Stahlberg, 2004). Another hypothesis is that the difference is a result of effect modification by BMI, since American women tend to be heavier than European women and it has been shown that heavier CHRT users have a smaller increase in breast cancer risk than lighter CHRT users (Reeves et al, 2006). However, many studies adjust for BMI in their analyses, casting doubt on this hypothesis. Therefore, it is possible that estradiol and CEE have separate risk profiles and should be considered separately.

Comparing relative risks of breast cancer for ERT and CHRT users within the same study population eliminate issues of generalizability between studies. Table 1 compares breast cancer risk for ERT and CHRT uses for five studies, three of which assessed MPA-containing CHRT specifically. While the relative risks compared to never-users vary between studies, the risk of ERT is consistently lower than the risk of CHRT within each study. In Reeves et al (2006), the WHI adherence-adjusted hazard ratios, and Li et al (2003), the risk estimate confidence intervals do not overlap, suggesting that the difference in risk is statistically significant.

A comparison of the observed risk estimates for CEE and CEE+MPA (Table 2) shows a consistent finding that CEE-alone evidences a lower risk of breast cancer than CEE+MPA. Since the CEE+MPA is consistently higher in risk, the question arises whether it is the MPA specifically that is responsible for the elevated risk, or whether it is the general effect of a progesterone that would result from any progesterone.

**Table 2: Comparison of breast cancer risk for ERT and CHRT users, by study.**

| Study/Author | ERT Relative Risk | CHRT Relative Risk |
|---|---|---|
| E3N † Fournier et al, 2007 | 1.29 (1.02-1.65)[1] | 1.48 (1.02-2.16)[1] |
| Million Women Study ‡ MWS Collaborators, 2003 | 1.29 (1.16-1.43)[2] | 1.62 (1.34-1.96) <5 y 2.42 (2.08-2.81) ≥5 y |
| Million Women Study Reeves et al, 2006 | 1.32 (1.24-1.39)[2] | 2.14 (2.04-2.24)[2] |
| Women's Health Initiative ‡ * ERT: Stefanick et al, 2006 CHRT: Chlebowski et al. 2003 | 0.82 (0.65-1.04)[3] 0.67 (0.47-0.97)[3,4] | 1.24 (1.02-1.50)[3] 1.49 (p<0.001[3,4] |
| Li et al, 2003 | 1.0 (0.7-1.3)[5] | 1.9 (1.4-2.6)[5] |

† CHRT assessed is E+MPA.
‡ ERT assessed is CEE. CHRT assessed is CEE+MPA.
* WHI is included here although the estrogen-plus-progestin and estrogen-only arms operated separately and had different follow-up because participant selection and study methods are comparable.
[1] Adjusted for: time since menopause, BMI, age at menopause, parity, age at first birth, family history in first degree relative, family history of breast cancer in other relative, personal history of benign breast disease, use of oral progestogens before menopause, ever use of oral contraceptives, previous mammography. Stratified by year of birth.
[2] Stratified by: age. Adjusted for: time since menopause, parity, age at first birth, family history of breast cancer, BMI, geographical region, and deprivation index.
[3] Adjusted for age and dietary intervention group.
[4] Adherence adjusted. Censors women 6 months after becoming non-adherent (taking <80% of monthly pills).
[5] Adjusted for age and type of menopause.


*Comparison to other CHRTs*

Another consideration to the causal nature of MPA-containing CHRT is whether there are other CHRT formulations that pose a lower risk. Evidence from E3N suggests that micronized progesterone and dydrogesterone combined with estrogen may carry no elevated risk of breast cancer when compared to never-use. [See Appendix B]. Additional evidence, albeit weak, that estrogen combined with micronized progesterone or dydrogesterone does not elevate the risk of breast cancer among postmenopausal women is the null association found by Lignieres et al (2002) for estrogen-plus-progestin therapy. While not specifically limited to either estrogen combined with micronized progesterone or dydrogesterone, two-thirds of their estrogen-plus-progestin users took a formulation of micronized progesterone or dydrogesterone.

Available evidence implicates MPA as an independent cause of breast cancer, although the variability in observed risk estimates and a lack of statistical test for heterogeneity between relative risk estimates make a definite assertion of independent cause difficult at this time.

While the current evidence is limited, existing research results are that CHRT containing micronized progesterone or dydrogesterone has no elevated risk, in contrast to CHRT containing MPA. Additional investigation into breast cancer incidence among users of CHRT containing micronized progesterone or dydrogesterone is necessary but with the available evidence, a prudent clinician would not choose to prescribe CHRT containing MPA which evidences a causal association with breast cancer, instead of a CHRT containing micronized progesterone which to date has produced no such evidence.

## Part II References:

Campagnoli et al. (2005). Progestins and progesterone in hormone replacement therapy and the risk of breast cancer. *Journal of Steroid Biochemistry & Molecular Biology, 96*: 95-108.

Chen et al. (2006). Unopposed estrogen therapy and the risk of invasive breast cancer. *Arch Intern Med, 166*: 1027-1032.

Chlebowski et al. (2003). Influence of estrogen plus progestin on breast cancer and mammography in healthy postmenopausal women: the Women's Health Initiative randomized trial. *JAMA, 289*:3243-3253.

Fournier, Berrino, Clavel-Chapelon. (2007). Unequal risks for breast cancer associated with different hormone replacement therapies: results from the E3N cohort study. *Breast Cancer Res Treat.*

Fournier et al. (2005). Breast cancer risk in relation to different types of hormone replacement therapy in the E3N-EPIC cohort. *Int J Cancer, 114*:448-454.

Hulley et al. (2002). Noncardiovascular disease outcomes during 6.8 years of hormone therapy: heart and estrogen/progestin replacement study follow-up (HERS II). *JAMA, 288*:58-66.

Li et al. (2003). Relationship between long durations and different regimens of hormone therapy and risk of breast cancer. *JAMA, 289*: 3254-3263.

Lignieres et al, (Combined hormone replacement therapy and risk of breast cancer in a French cohort study of 3175 women. *Climacteric, 5*: 332-340.

Million Women Study Collaborators. (2003). Breast cancer and hormone-replacement therapy in the Million women Study. *Lancet, 362*:419-27.

Reeves et al. (2006). Hormonal therapy for menopause and breast-cancer risk by histological type: a cohort study and meta-analysis. *Lancet Oncol, 7*: 910-918.

Stefanick et al. (2006). Effects of conjugated equine estrogens on breast cancer and mammography screening in post menopausal women with hysterectomy. *JAMA, 295*: 1647-1657.

Stahlberg et al. (2004). Increased risk of breast cancer following different regimens of hormone replacement therapy frequently used in Europe. *Int J Cancer, 109*:721-727.

Tannen et al. (2007). Estrogen affects post-menopausal women differently than estrogen plus progestin replacement therapy. *Human Reproduction.*

Tannen et al. (2007). A simulation using data from a primary care practice database closely replicated the women's health initiative trial. *J Clin Epidemiol, 60*:686-695.

Writing group for the WHI investigators. (2002). Risks and benefits of estrogen plus progestin in healthy postmenopausal women: Principal results from the Women's Health Initiative randomized controlled trial. *JAMA, 288*:321-333.

∎ ▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪

**Appendix A: Relative risk of breast cancer for unopposed estrogen, compared to never-use**

| Study/Author | Average Follow-Up | ERT | Outcome | Relative Risk Estimate |
|---|---|---|---|---|
| Chen et al, 2006 | not provided [a] | CEE alone | invasive breast cancer | 1.06 (0.76-1.47) <5 years<br>0.91 (0.68-1.21) 5-9.9 y<br>1.11 (0.85-1.44) 10-14.9 y<br>1.19 (0.89-1.58) 15-19.9 y<br>1.58 (1.20-2.07) ≥20 y [1] |
| Million Women Study MWS Collaborators, 2003 | 5.2 years | CEE alone<br>ethinyloestradiol alone | invasive breast cancer<br>invasive breast cancer | 1.29 (1.16-1.43) [2,3]<br>1.24 (1.12-1.37) [2,3] |
| WHI Stefanick et al, 2006 | 7.1 years | CEE (0.625 mg daily) | breast cancer | 0.82 (0.65-1.04) [4]<br>0.67 (0.47-0.97) [4,5] |
| Gen Practice Res Database Tannen et al, 2007 | not provided (~5 years) | CEE (0.625 mg daily) | breast cancer | 1.13 (0.91-1.41) [6] |
| E3N Fournier et al, 2007 | 8.1 years | estrogen alone [b] | invasive breast caner | 1.29 (1.02-1.65) [7,8,9] |
| Li et al, 2003 | case-control | estrogen alone | invasive breast cancer | 1.0 (0.7-1.3) [10,11] |
| Million Women Study Reeves et al, 2006 | | estrogen alone | breast cancer | 1.32 (1.24-1.39) [2] |
| Stahlberg et al, 2004 | 6.3 years | estrogen alone [c] | breast cancer | 1.95 (1.15-3.32) [12] |

[a] Among women who received a mammogram or clinical breast exam within the past two years.

[b] Combined all types of estrogen. CEE was used only by 1.3% of cohort. Most participants used transermal/percutaneous estrodiol.

[c] 97% of ET users used estradiol.

[1] Significant (p<0.001) trend for duration of exposure.

[2] Stratified by: age. Adjusted for: time since menopause, parity, age at first birth, family history of breast cancer, BMI, geographical region, and deprivation index.

[3] Risk estimates by dose or formulation (oral, transdermal, or implanted) were not significantly different.

[4] Adjusted for age and dietary intervention group.

[5] Adherence adjusted. Censors women 6 months after becoming non-adherent (taking <80% of monthly pills).

[6] Adjusted for: age, blood pressure, BMI, smoking, previous MI or stroke, evidence for angina or other ischemic cerebrovascular disease, heart failure, diabetes mellitus.

[7] Adjusted for: time since menopause, BMI, age at menopause, parity, age at first birth, family history in first degree relative, family history of breast cancer in other relative, personal history of benign breast disease, use of oral progestogens before menopause, ever use of oral contraceptives, previous mammography. Stratified by year of birth.

[8] No significant trend for increased risk by duration of exposure (<2 years, 2-4 years, 4-6 years, 6+ years).

[9] No significant difference in risk when oral estrogens were compared to transdermal/percutaneous estrogens.

[10] Adjusted for age and type of menopause.

[11] No significant risk estimate for any assessed exposure duration category.

[12] Adjusted for age, benign breast disease, and age of menopause.

**Appendix B: Relative risk of breast cancer for CHRT not containing MPA, compared to never-use.**

| Study/Author | Average Follow-Up | CHRT | Outcome | Relative Risk Estimate |
|---|---|---|---|---|
| E3N Fournier et al, 2005 | 5.8 years | E[a] + micronized progesterone | breast cancer | 0.9 (0.7-1.2) [1] |
| E3N Fournier et al, 2007 | 8.1 years | E[a] + progesterone E[a] + dydrogesterone | invasive breast caner invasive breast caner | 1.00 (0.83-1.22) [2] 1.16 (0.94-1.43) [2,3,4] |
| Lignieres et al, 2002 | 8.9 years | E + progestin[b] | breast cancer | 1.10 (0.73-1.66) [5] |

[a] Combined all types of estrogen. CEE was used only by 1.3% of cohort. Most participants used transermal/percutaneous estrodiol.

[b] Included here because 58% of CHRT formulations contained micronized progesterone, 10% contained dydrogesterone.

[1] Adjusted for: time since menopause, BMI, age at menopause, parity, age at first birth, family history in first degree relative, family history of breast cancer in other relative, personal history of benign breast disease, use of oral progestogens before menopause, ever use of oral contraceptives, previous mammography.

[2] Adjusted for same factors as (a). Also stratified by year of birth.

[3] No significant trend for increased risk by duration of exposure (<2 years, 2-4 years, 4-6 years, 6+ years).

[4] No significant difference in risk when oral estrogens were compared to transdermal/percutaneous estrogens.

[5] Adjusted for period of treatment, date of birth, and age at menopause.

**Appendix C: Relative risk of breast cancer for CHRT containing MPA, compared to never-use.**

| Study/Author | Average Follow-Up | CHRT | Outcome | Relative Risk Estimate |
|---|---|---|---|---|
| WHI (E+P) Chlebowski et al. 2003 | 5.6 years | CEE-MPA[a] | breast cancer | 1.24 (1.02-1.50)[1]  1.49 (p<0.001[1,2] |
| E3N Fournier et al, 2007 | 8.1 years | E[b] + MPA | invasive breast caner | 1.48 (1.02-2.16)[3,4] |
| HERS & HERS II Hulley et al. 2002 | 6.8 years (4.1 y + 2.7 y) | CEE-MPA[a] | breast cancer | 1.27 (0.84-1.94) Combined 1.38 (0.82-2.31) HERS 1.08 (0.52-2.24) HERS II  1.11 (0.61-2.03)[5] |
| Million Women Study MWS Collaborators, 2003 | 2.6 years | CEE-MPA[a]  E + MPA | breast cancer  breast cancer | 1.62 (1.34-1.96) <5 y 2.42 (2.08-2.81) ≥5 y  1.60 (1.33-1.93)[6] <5 y 2.42 (2.10-2.80) ≥5 y[6] |

[a] 0.625 mg/d of conjugated equine estrogens (CEE) plus 2.5 mg of MPA daily.
[b] Combined all types of estrogen. CEE was used only by 1.3% of cohort. Most participants used transermal/percutaneous estrodiol.
[1] Adjusted for age and dietary intervention group.
[2] Adherence adjusted. Censors women 6 months after becoming non-adherent (taking <80% of monthly pills).
[3] Adjusted for: time since menopause, BMI, age at menopause, parity, age at first birth, family history in first degree relative, family history of breast cancer in other relative, personal history of benign breast disease, use of oral progestogens before menopause, ever use of oral contraceptives, previous mammography. Also stratified by year of birth.
[4] Significant trend for increased risk by duration of exposure (<2 years, 2-4 years, 4-6 years, 6+ years).
[5] Adjusted As-Treated analysis censored women 30 days after becoming non-adherent. Adjusted for: age, number of pregnancies, age at first pregnancy, first degree relative with breast cancer, and BMI.
[6] Stratified by: age. Adjusted for: time since menopause, parity, age at first birth, family history of breast cancer, BMI, geographical region, and deprivation index.


## Part III

I have been asked for my opinion on the "tear sheet" addressing the findings of the Women's Health Initiative, and circulated to health providers for patients by Wyeth.  I notice the following on the first page:

1. In the large font chart on page one, the findings are presented in such a way that, though factually correct, obfuscate the clinical and biological significance of the elevated risk for breast cancer.  The tear sheet does not present the actual

cumulative numbers of breast cancer occurring in the hormone group and the placebo group. Rather, those numbers are converted to cumulative incidence given in cases per 10,000 women, ten percent of the incidence rate as usually presented in cancer statistics.

Health statistics are conventionally presented using a denominator that will result in whole numbers for the groups for which the data apply.  Thus, in all officially presented cancer statistics, the cases are calculated in annual cases per 100,000 population, with the exception that childhood cancer may be presented in annual cases per million population because of the low rates, in comparison to other cancers.

The figures presented are not the actual numbers of cases of breast cancer from the study, which was 166 in the combination HRT group and 124 in the placebo group, a difference of 42.  The figures have been converted to cumulative rates, to the base 10,000. To readers not familiar with cancer statistics, eight more women per 10,000 with breast cancer may seem rather trivial.  However, when one realizes that the incidence of breast cancer among postmenopausal women is on the order of magnitude of 300/100,000, an excess of 80 (380 vs 300) breast cancers does not seem so trivial.  Wyeth should have known that presenting the excess breast cancer risk as eight cases would create a different level of concern for the reader, possibly leading to a different choice or clinical recommendation, than if presented in the conventional way.

2.  The comparison of 30 to 38 cases of breast cancer (a RR of 1.27) is an approximation of the relative risk estimates provided by the authors of the study, i.e., 1.24 and 1.26.  This number is not the number that is most useful to a clinician or a patient for two reasons:
    a.  An important finding in the WHI study is that the risk increases over time beyond simple accumulation of numbers over time.  The risk actually increases as the duration of use increases such that by the 4th year, the risk a user of combination therapy experiences is 173% of that for nonusers, and in the 5th year it is 264% of the risk of nonusers.  Would most women choose to continue this therapy into their 5th year if they knew that their breast cancer risk that year would be elevated over two and a half times?
    b.  This misleading presentation is especially distressing since the WHI study underestimates the actual cumulative risk elevation.  This is because the WHI investigators use the "intent-to-treat" restriction in their published risk publication which, while necessary in a randomized clinical trial design to avoid the effect of any unknown confounders that may be distributed unequally between the comparison groups, necessarily includes in the comparison groups those subjects who did not adhere to the assigned regimen.  In the WHI study, up to 40% of the subjects did not adhere to the assigned treatment, and approximately 8% actually switched over to the exposure assignment of the other group.  The effect of including these "drop-outs" and "drop-ins" is to bias the computed risk difference away from the real difference toward the null (i.e., a finding of no difference).

30

On the reverse side of the page, it is obvious the tear sheet was intended for patients, since one bordered box advises the reader to talk with her health care professional. It then dispenses a recommendation, which is "..(use) should be limited to the shortest duration consistent with treatment goals…" This, however, follows statements on that page of:

"…early menopausal bone loss may lead to osteoporosis,"

"A woman's bone loss increases rapidly after menopause," and

"Combined hormone therapy is approved for...the prevention of postmenopausal osteoporosis."

In my opinion, the tear sheet statements are not designed to convey the magnitude of the risk experienced by women using combined hormone therapy over a protracted time, but are designed to give the menopausal reader a rationale for long-term use.

## Part IV

"Dr. Austin,

"Please assume these facts for a woman diagnosed with breast cancer at age 52, in 2004.

"She is a married woman and the mother of two grown children. She does not and did not smoke or drink. She has a history of exercise and proper nutrition. She is not a grapefruit eater. No family history of breast cancer. Age at menarche was 12 or 13. Age at last period was 52. She started to have night sweats, hot flashes and vaginal dryness in 1995, at age 44, which is when she started Premarin and Provera.

"Her Gail model score was calculated initially in late 1990's at 0.8 at 5 years and a lifetime score of 8.4. Her medical records reveal that she had a history of obesity (not diagnosed but had a BMI of 33). One of her prescribers described her as overweight but not obese.

### "History of HRT Use

1. 1995 – 11/10/97 – Premarin & Provera, except 4 months.  [*4 months*]
2. 11/10/97 – 7/7/99 – Prempro.
3. 7/7/99 – 8/17/00 –   No HRT during this period.  [*13 months*]
4. 8/17/00 – 6/7/01 – Prempro
5. 6/7/01 – 4/16/02 – Prempro without Pharmacy records located [*10 months*]
6. 4/16/02 to 7/10/02 – Activella.     [*estradiol/norethindrone acetate*]
7. 7/10/02 – 2/21/03 – Evista.       [*raloxifene*][*7 months*]
8. 2/21/03 – 8/14/03 – Premphase.
9. 8/14/03 – 4/15/04 – Prempro.
10. 4/15/04 – 9/23/04 – Premarin.

[*7/1/95 (est.) to 9/23/04 is approx. 108 months, of which 17-27 months are without HRT of some sort, plus 7 months are on raloxifene. The 5 months prior to diagnosis patient was on CEE only.*]

### "Pathological History

On October 4, 2004 she underwent right breast lymphatic mapping, sentinel node biopsy, partial mastectomy, and axillary node dissection.  The pathology report dated October 4, 2004 revealed:

- Sentinel node #1, right axilla: Metastatic breast Carcinoma with near replacement of a large lymph node (2.0 cm deposit). Micrometastasis in an additional lymph node with this specimen;
- Sentinel node #2, right axilla: Metastatic breast Carcinoma (0.4 cm focus);
- Pathology of right breast mass excisional biopsy: High grade invasive Ductal breast Carcinoma (Grade III, 3.5 cm) extending to margins, incompletely excised;
- Re-excision of residual breast cancer: Completely excised;
- Modified Bloom-Richardson score 9 out of 9 (nuclear grade 3, architectural grade 3, mitotic grade 3);
- Lymphovascular invasion is identified;
- Summary of pathologic staging:  pT2 pN1a pMx; no residual tumor, LI (lymphatic vessel invasion).

"The cancer was hormone receptor positive, testing 90% E positive and 90% P positive.

### "Question:

***Can you determine, for a woman with the above characteristics and pathology findings, the chances that her breast cancer was causally related to her exposure to Hormone Therapy drugs?"***

### Reply:

Women on combination hormone replacement therapy (CHRT) have an increased risk of breast cancer.  The relative risk (i.e., the new risk resulting from CHRT exposure, compared to the risk without CHRT exposure) increases each year, by approximately 7-8%.  Most studies do not require that women labeled as "users" for durations of 5, or 10, years, have an uninterrupted period of exposure.  Rather, the women in the study labeled as having taken CHRT for some period are commonly classified as users for that duration if they had taken the hormone for the majority of months in the period studied.

In addition, when categories of exposure are given, categories of durations are combined for analysis.  For example, in the Women's Health Study, although current CHRT users were asked upon enrollment to report whether they had taken CHRT for less than a year, 2 years, 3-4 years, 5-7 years or 8 or more years, when the data were analyzed and reported, the durations were combined to form two groups, less than 5 years and 5 or more years.  The relative risks associated with those durations were 1.11 and 1.76, respectively.  In the Million Women Study, the collaborators were able to determine the mean (average) length of exposure in each of their exposure categories.  So, women who used CHRT for less than 5 years actually took them for an average of 3.4 years, those in the 5-9 year group an average of 7.0 years, and those 10 or more years an average of 12.0 years.

Out of approximately 9 years, this woman was on CHRT for all but 17-27 months, and on raloxifene for 7 months. If the woman was on CHRT during the 2001-02 interval, she then took CHRT for 7 out of 9 years. If she was not on CHRT during that interval she was on CHRT a little over 6 years. Therefore, I believe it is fair to conclude that this woman fits well into the category of women who have used CHRT for more than five years. The relative risk estimates for this exposure vary from study to study. It is possible to select a minimum and maximum estimate of what the actual relative risk is for women so exposed.

The largest prospective study (Million Women Study) observed a RR of 2.17 (2.05-2.30) for ductal cancer among women exposed to CHRT for 5-9 years. I believe this is the best estimate from observational studies, recognizing that it likely underestimates the true RR because only about 80% of ductal cancers are ER+ in menopausal women, and that RR estimates for ER+PR+ cancers are higher than for ductal cancer in studies in which both have been studied. If a group of 217 women who developed ductal breast cancer while on CHRT were assembled, 100 of them would have developed breast cancer even without CHRT exposure, 117 of them developed their breast cancer because of the exposure. This is the minimum estimate.

The Women's Health Initiative study is a prospective study of the effect of CHRT. It offers several estimates of the risk for women exposed over time. For example, the overall cumulative relative risk number arrived at (using the "intent to treat" method of analysis which underestimates risk) is given as 1.24 or 1.27, depending upon which adjustments are made. The investigators report that for women with prior exposure to hormone replacement therapy (before the 3–month "wash-out" period designed to rid the body of the immediate effects of whatever preparation the woman was taking) had a relative risk of 4.61 (1.01-21.02) if there was prior exposure of 5-10 years of prior use.

However, that number does not address the effect of increasing duration of exposure within the WHI. Using the "intent-to-treat" analysis method, the relative risk during the 5th year of exposure is 2.64. Even this relative risk estimate is the combined relative risk figure for women with no prior exposure, whose risk was lower, and those with prior exposure, whose risk was higher.

An analysis of WHI results that used as an outcome the pathologic characteristics of the diagnosed tumor, and the CHRT exposure subcategorized by whether there was prior hormone therapy, can be applied to the above patient. This patient's breast cancer had a SEER stage of "Regional/metastatic" for which the WHI cumulative relative risk was 6.97 (1.56-31.11) for women with prior exposure. If a group of 697 women who developed "regional/metastatic" stage breast cancer while on CHRT were assembled, 100 of them would have developed breast cancer even without CHRT exposure, 597 of them developed their breast cancer because of the exposure. This is the maximum estimate.

Selecting one individual to determine whether that individual's cancer is due to their exposure can be based on the evidence provided by the minimum and maximum relative risk estimates above. In either case, however, the chances are greater that the individual's cancer was caused by the exposure than not.

The above conclusions in parts I-IV to this report are my opinions to a medical certainty.

Case 4:03-cv-01507-BRW   Document 2874-46   Filed 12/23/11   Page 35 of 40

Donald Austin, MD, MPH
August 30, 2007

## Part I References

[i] Li CI, Weiss NS, Stanford JL, Daling JR. Hormone replacement therapy in relation to risk of lobular and ductal breast carcinoma in middle-aged women. Cancer. 2000 Jun 1;88(11):2570-7

[ii] Ursin, G, Tseng, CC, Paganini-Hill, A, Enger, S, Wan, PC, Formenti, S, Pilo, MC, Ross, RK. Does menopausal hormone replacement therapy interact with known factors to increase risk of breast cancer? J Clin Oncol. 2002 Feb 1, 20(3):699-706.

[iii] Daling, JR, Malone, KE, Doody, DR, Voigt, LF, Bernstein, L, Coates, RJ, Marchbanks, PA, Norman, SA, Weiss, LK, Ursin, G, Berlin, JA, Burkman, RT, Deapen, D, Folger, SG, McDonald, JA, Simon, MS, Strom, BL, Wingo, PA, Spirtas, R. Relation of regimens of combined hormone replacement therapy to lobular, ductal, and other histologic types of breast carcinoma. Cancer. 2002 Dec 15,95(12):2455-64

[iv] Norman SA, Berlin JA, Weber AL, Strom BL, Daling JR, Weiss LK, Marchbanks PA, Bernstein L, Voigt LF, McDonald JA, Ursin G, Liff JM, Burkman RT, Malone KE, Simon MS, Folger SG, Deapen D, Wingo PA, Spirtas R. Combined effect of oral contraceptive use and hormone replacement therapy on breast cancer risk in postmenopausal women. Cancer Causes and Control 2003;14:933-943

[v] Newcomb PA, Titus-Ernstoff L, Egan KM, Trentham-Dietz A, Baron JA, Storer BE, Willett WC, Stampfer MJ. Postmenopausal estrogen and progestin use in relation to breast cancer risk. Cancer Epidemiol Biomarkers Prev. 2002 Jul, 11(7):593-600.

[vi] Chen C-L, Weiss NS, Newcomb P, Barlow W, White E. Hormone replacement therapy in relation to breast cancer. JAMA 2002;287:734-741

[vii] Porch JV, Lee IM, Cook NR, Rexrode KM, Burin JE. Estrogen-progestin replacement therapy and breast cancer risk: the Women's Health Study (United States). Cancer Causes Control. 2002 Nov;13(9):847-54.

[viii] Million Women Study Collaborators (Beral). Breast Cancer and Hormone Replacement Therapy in the Million Women Study. Lancet 2003; 362:419-27

[ix] Writing Group WHI, Writing Groups for the Women's Health Initiative Investigators. Risks and benefits of estrogen plus progestin in healthy postmenopausal women: principal results From the Women's Health Initiative randomized controlled trial. JAMA. 2002 Jul 17 288(3):321-33.

[x] Jernstrom, H, Bendahl, P, Lidfeldt, J, Nerbrand, C, Agardh, C, Samsioe, G. A prospective study of different types of hormone replacement therapy use and the risk of subsequent breast cancer: the women's health in the lund area (WHILA) study (Sweden). Cancer Causes Control 2003;14:673-680

[xi] Norman SA, Berlin JA, Weber AL, Strom BL, Daling JR, Weiss LK, Marchbanks PA, Bernstein L, Voigt LF, McDonald JA, Ursin G, Liff JM, Burkman RT, Malone KE, Simon MS, Folger SG, Deapen D, Wingo PA, Spirtas R. Hormone replacement therapy containing progestins and given continuously increases breast carcinoma risk in Sweden. Cancer. 2003 Mar 15;97(6):1387-92

[xii] Newcomer, LM, Newcomb, PA, Potter, JD, Yasui, Y, Trentham-Dietz, A, Storer, BE, Longnecker, MP, Baron, JA, Daling, JR. Postmenopausal hormone therapy and risk of breast cancer by histologic type (United States). Cancer Causes Control. 2003 Apr 14(3):225-33.

[xiii] Chen WY, Hankinson SE, Schnitt SJ, Rosner BA, Holmes MD, Colditz GA. Association of hormone replacement therapy to estrogen and progesterone receptor status in invasive breast carcinoma. Cancer. 2004 Oct 1;101(7):1490-500.

[xiv] Hwang ES, Chew T, Shiboski S, Farren G, Benz CC, Wrensch M. Risk factors for estrogen receptor-positive breast cancer. Arch Surg. 2005 Jan;140(1):58-62

[xv] Coombs NJ, Taylor R, Wilcken N, Boyages J. HRT and breast cancer: impact on population risk and incidence. Eur J Cancer. 2005 Aug;41(12):1775-81.

[xvi] Beral V, Reeves G, Banks E. Current evidence about the effect of hormone replacement therapy on the incidence of major conditions in postmenopausal women. BJOG. 2005 Jun;112(6):692-5.

[xvii] Collins JA, Blake JM, Crosignani PG. Breast cancer risk with postmenopausal hormonal treatment. Hum Reprod Update. 2005 Sep 8; [Epub ahead of print]

[xviii] Rosenberg LU, Magnusson C, Lindstrom E, Wedren S, Hall P, Dickman PW. Menopausal hormone therapy and other breast cancer risk factors in relation to the risk of different histological subtypes of breast cancer: a case-control study. Breast Cancer Research 2006, 8:R11 (doi:10.1186/bcr1378)

[xix] Lee S, Kolonel L, Wilkens L, Wan P, Henderson B, Pike M. Postmenopausal hormone therapy and breast cancer risk: the Multiethnic Cohort. Int J Cancer. 2006 Mar 1;118(5):1285-91.

[xx] Li CI, Daling JR, Malone KE, Bernstein L, Marchbanks PA, Liff JM, Strom BL, Simon MS, Press MF, McDonald JA, Ursin G, Burkman RT, Deapen D, Spirtas R. Relationship between established breast cancer risk factors and risk of seven different histologic types of invasive breast cancer. Cancer Epidemiol Biomarkers Prev. 2006 May;15(5):946-54.

[xxi] Li CI, Malone KE, Daling JR. Interactions between Body Mass Index and Hormone Therapy and Postmenopausal Breast Cancer Risk (United States). Cancer Causes Control. 2006 Jun;17(5):695-703.

[xxii] Kumar AS, Cureton E, Shim V, Sakata T, Moore DH, Benz CC, Esserman LJ, Hwang ES. Type and duration of exogenous hormone use affects breast cancer histology. Ann Surg Oncol 2006,14(2):695-703

[xxiii] Dinger JC, Heinemann LA, Moehner S, Thai DM, Assmann A. Breast cancer risk associated with different HRT formulations: A register-based case-control study. BMC Womens Health 6(1):13 [Epub ahead of print]

[xxiv] Reeves GK, Beral V, Green J, Gathani T, Bull D; for the Million Women Study Collaborators. Hormonal therapy for menopause and breast-cancer risk by histological type: a cohort study and meta-analysis. Lancet Oncol. 2006 Nov;7(11):910-8.

[xxv] Rosenberg LU, Einersdottir K, Friman EI, Wedren S, Dickman P, Hall P, Magnussen C. Risk factors for hormone receptor-defined breast cancer in postmenopausal women. Cancer Epidemiol Biomarkers Prev. 2006;15(12):2482-8.

[xxvi] Bouchardy C, Morabla A, Verkooijen HM, Fioretta G, Wespi Y, Schafer P. Remarkable change in age-specific breast cancer incidence in the Swiss canton of Geneva and its possible relation with the use of hormone replacement therapy. *BMC Cancer* 2006, 6:78 (22 Mar 2006)

[xxvii] Clarke CA, Glaser SL, Uratsu CS, Selby JV, Kushi, LH, Herrinton LJ. Recent declines in hormone therapy utilization and breast cancer incidence: clinical and Population-based evidence. J Clin Oncol 2006, 24(23):e49-50 (Nov 20)

[xxviii] Ravdin, PM, Cronin KA., Howlader N, Berg CD, Chlebowski, RT, Feuer EJ, Edwards BK, Berry DA. The decrease in breast-cancer incidence in 2003 in the United States. N Engl J Med 2007, 356;16:1670-74

[xxix] Kumar AS, Cureton E, Shim V, Sakata T, Moore DH, Benz CC, Esserman LJ, Hwang ES. Type and duration of exogenous hormone use affects breast cancer histology. Ann Surg Oncol 2006,14(2):695-703

[xxx] Ravdin, PM, Cronin KA., Howlader N, Berg CD, Chlebowski, RT, Feuer EJ, Edwards BK, Berry DA. The decrease in breast-cancer incidence in 2003 in the United States. N Engl J Med 2007, 356;16:1670-74

[xxxi] Kerlikowski K, Miglioretti DL, Buist DSM, Walker R, Carney PA. Declines in invasive breast cancer and use of postmenopausal hormone therapy in a screening mammography population. J Natl Cancer Inst 2007:99:1-5.

[xxxii] Health, United States, 2006. DHHS Pub No 2006-1232, 06-0104 (11/06), CS100484 (Table 84, pg 313)

[xxxiii] Austin DF, Roe KM. Increase in cancer of the corpus uteri in the San Francisco-Oakland Metropolitan Statistical Area, 1960-1975. J Natl Cancer Inst 1979, 62: 13-16

[xxxiv] Austin DF, Roe KM. The decreasing incidence of endometrial cancer: public health implications. Am J Public Health. 1982;72:65-68.

[xxxv] Long-Term Depo-Provera Study in Dogs – Final Report (DRC No. 6205). Technical Report of Study No. 72-319 authored by R. G. Carlson, July 19, 1982

[xxxvi] Wang S, Counterman LJ, Haslam SZ. Progesterone action in normal mouse mammary gland. Endocrinology 1990, 127:2183-2189.

[xxxvii] Cline JM, Soderqvist G, von Schoultz E, Skoog L, von Shoultz B. Effects of hormone replacement therapy on the mammary gland of surgically postmenopausal cynomolgus macaques. Am J Obstet Gynecol 1996, 174:93-100.

[xxxviii] Hofseth LJ, Raafat AM, Osuch JR, Pathak DR, Slomski CA, Haslam SZ. Hormone replacement therapy with estrogen or estrogen plus medroxyprogesterone acetate is associated with increased epithelial proliferation in the normal postmenopausal breast. J Clin Endocrinol Metab 1999 84: 4559-4565

[xxxix] Laya MB, Larson EB, Taplin SH, White E. Effect of estrogen replacement therapy on the specificity and sensitivity of screening mammography. J Natl Cancer Inst 1996:88:643-49

[xl] Chiarelli AM, Kirsh VA, Klar NS, Shumak R, Jong R, Fishell E, Yaffe MJ, Boyd NF. Influence of patterns of hormone replacement therapy use and mammographic density on breast cancer detection. Cancer Epidemiol Biomarkers Prev. 2006 Oct;15(10):1856-62.

[xli] Glass AG, Hoover RN. Rising Incidence of Breast Cancer: Relationship to stage and receptor status. J Natl Cancer Inst 1990, 82:693–696.

[xlii] Pujol P, Hilsenbeck SG, Chamness GC, Elledge RM. Rising levels of estrogen receptor in breast cancer over 2 decades. Cancer 1994 Sept 1;74(5):1601-6.

[xliii] Glass AG, Lacey Jr VJ, Carreon JD, Hoover RN. Breast cancer incidence, 1980-2006: Combined Roles of menopausal hormone therapy, screening mammography, and estrogen receptor status. J Natl Cancer Inst 2007:99:1152-61.

[xliv] Cagliano V, Grosse Y, Baan R, Straif K ,Secretan B, Ghissassi FE. Carcinogenicity of estrogen-progestgen contraceptives and menopausal treatment, Lancet Oncology 2005, (Aug) 6:552-3

[xlv] Lagro-Jenssen T, Rosser WW, van Weel C. Breast cancer and hormone-replacement therapy: up to general practice to pick up the pieces. Lancet 2003, (August 19) 362:415-6

[xlvi] http://www.ahrq.gov/clinic/uspstf/uspspmho.htm (accessed 8/26/2007)

[xlvii] http://www.cancer.gov/cancertopics/factsheet/estimating-breast-cancer-risk (accessed 8/26/2007)

Principal Investigator/Program Director (Last, First, Middle):

# BIOGRAPHICAL SKETCH

Provide the following information for the key personnel and other significant contributors in the order listed on Form Page 2.
Follow this format for each person. **DO NOT EXCEED FOUR PAGES.**

| NAME | POSITION TITLE |
|---|---|
| Donald F. Austin | Professor, Public Health & Preventive Medicine |
| eRA COMMONS USER NAME | |

EDUCATION/TRAINING  *(Begin with baccalaureate or other initial professional education, such as nursing, and include postdoctoral training.)*

| INSTITUTION AND LOCATION | DEGREE (if applicable) | YEAR(s) | FIELD OF STUDY |
|---|---|---|---|
| University of Oregon | B.S. | 1962 | Pre-Med |
| Univ. of Oregon Medical School (OHSU) | M.D. | 1965 | Medicine |
| Univ. of Oregon Medical School (OHSU) | M.S. | 1970 | Microbiology |
| University of California | M.P.H. | 1970 | Epidemiology |

Professional Experience: (selected)

| | |
|---|---|
| 1966-1968 | Cancer Control Officer, Commissioned Corps (assigned to Kentucky State Department of Health) |
| 1968-1969 | Research Scientist , Viral Oncology Unit,  USPHS CDC, Atlanta, Ga. |
| 1970-1971 | Med. Epidemiologist, Adult Health and Chron. Dis. Bur., Cal. Dept. of Public Health |
| 1970-1993 | Lecturer in Epidemiology, Univ. of Cal., School of Pub.Health, Berkeley |
| 1973-1974 | Med. Epidemiologist, Resource for Cancer Epidemiology, Cal. Dept. of Health |
| 1974-1988 | Chief, Cal. Tumor Registry (CTR), Cal. Dept. of Health |
| 1976-1985 | Chief, Resource for Cancer Epid. Sect. and CTR, Cal. Dept. of Health Services |
| 1985-1988 | Chief, Cancer Prev. Sect. and CTR, Cal. Dept. of Health Services |
| 1988-1990 | Prin. Investigator, Region 6 Regional Ca. Registry, Cal. Dept. of Health Services Project |
| 1988-1992 | Chief, Cancer Epid. Unit, Cal. Dept. of Health Services |
| 1992-1997 | Research Principal Investigator, Calif. Pub. Health Foundation, Berkeley, Cal. |
| 1993-1997 | Medical Officer, GS-14, USPHS, CDC, Natl. Ctr. for Chron. Dis. Prev. & Health Promotion assigned as: Sr. Med. Advisor, Health Promotion & Chron. Dis. Prev. Prog., OR. Health Div. |
| 1994-1997 | Clin. Assoc. Prof., Dept. Pub. Health & Prev. Med., OHSU |
| 1994-1998 | Steering Committee, Oregon Cancer Center, OHSU |
| 1999-2005 | Assoc. Dir, Cancer Prevention and Control, Oregon Cancer Center, now OHSU Cancer Institute |
| 1997- present | Professor, Department of Public Health & Preventive Medicine, OHSU |

Honors and Awards (selected):

Board Certification, American College of Preventive Medicine, 1971
Ad Hoc Member, Pancreatic Cancer Rev. Subcomm., Nat. Pancreatic Cancer Proj. NCI, 1979-1980
Member, Cancer Control Merit Rev. Comm., NCI, 1979-1981
Member, Special Projects Rev. Study Section, NIH, 1979-1981
Ad Hoc Member, Cancer Control Science Prog. Merit Rev. Comm., NIH, 1984
Ad Hoc Member, Cancer Control Res. Prog. Proj. Grant Rev. Comm., NIH, 1984
Member, Cancer Control Grant Rev. Comm., NIH, 1985-1987
  Member, Board of Directors, Am. Cancer Soc., Cal. Div., 1985-1991
  Member, Board of Directors, Am. Council on Sci. and Health, 1986-1993
  Member, Research Comm., Am. Cancer Soc., Cal. Div., 1986-88, 1990-1992
  Chair, Alzheimer Dis. Pt. Registry (ADPR) Ad Hoc Comm., NIA, 1988-1989
  Member, Black/White Cancer Survival Study Adv. Group, NCI, 1987-1994
  President, Am. Assoc. of Central Cancer Registries, 1988-1991
  Member, NIA Neuroscience, Behavior & Sociology of Aging Review Comm., 1991-1993
  Member, Executive Steering Committee, Oregon Cancer Center, OHSU. 1993-present
  Program Leader, Cancer Control and Prevention Program, Or. Ca. Ctr., 1993-1999

Principal Investigator/Program Director *(Last, first, middle)*: Stull, John

Member, Oregon Medical Assistance Programs, Medical Directors Committee, 1994-1997
Member, Board of Directors, Am. Cancer Soc., Oreg. Div. 1994-1997
Chair: Breast Cancer Control Core Committee, Am. Cancer Soc., Oreg. Div. 1995-1997
Member: Breast Cancer Committee, Am. Cancer Soc., NW Region, 1998-2001
State Chair: Tobacco Free Coalition of Oregon, 2002-04, founding Board member for 501(c)3 status, 2004-present
SEER Program, SF-O-MSA, NCI contract, 1975-1987
New Methods of Analyzing Cancer Data (NCI Grant 1R01 CA 21448) 1975-78
Cancer and Steroid Hormones (CASH) Study, CDC contract 1976-79
Breast Cancer in Oriental Americans, NCI contract N01 CP-21010, 1982-85
Black-White Cancer Survival Study, NCI contract N01-CN-4176, 1984-88
Air Pollution and Lung Cancer in Contra Costa Co., EPA contr., 1975-77
Men's Health (Agent Orange) Study, CDC contract, 1985-1990
Laryngeal Ca. Risk Factors: Tobacco Interactions, CA TRDRP Grant Award, 1990-94
Cancer Risk in the Disabled in Oregon's Medicaid Population, 1999 – 2002, ATPM-CDC Cooperative Agreement
Clinical Breast Cancer Training Course, 2000 - present, NW Health Foundation, Spirit Mt. Community Fund grants
Colon Cancer Screening and Treatment Guidelines Pilot Study , NCI suppl to OHSU CCSG, 2000-2002
Chair, Tobacco Free Oregon Coalition, 2002-2005

Publications (selected)

Austin D, Reynolds P, Snyder M, Biggs M, and Stubbs H: Malignant Melanoma Among Employees of the Lawrence Livermore National Laboratory, Lancet, Lancet, 11:712-716, 1981

Austin D: Cancer of the Larynx. Cancer Epidemiology and Prevention, Ed., Schottenfeld D and Fraumeni J (Saunders, publ.) Ch 31:554-563, 1982

Austin DF:  Etiological clues from descriptive epidemiology: Squamous carcinoma of the rectum or anus.  Natl Cancer Inst Monogr 62:89-90, 1982.

Austin D: Smoking and Cervical Cancer.  [Editorial], JAMA, 250(4):216, 1983.

Blot WJ, McLaughlin JK, Winn DM, Austin DF, et al.: Smoking and Drinking in Relation to Oral and Pharyngeal Cancer. Cancer Res, 8:3282-3287, 1988.

Bond G, Austin D, Gondek M, Cook R:  Use of a population-based tumor registry to estimate cancer incidence among a cohort of  chemical workers.  J Occ Med 30(5):443-8, 1988.

Austin D, Reynolds, Boyd P, et al.: Progress in the War on Cancer. NEJM, 321:1197-1198, 1989.

Austin D:  Cancer registry types: goals and operations.  Aging: Clinical and Experimental Research Vol 2 (1):80-83.  1990.

Rosenblatt KA, Thomas DB, McTiernan A, Austin MA, Stalsberg H, Stemhagen A, Thompson WD, Curnen MGM, Satariano W, Austin DF,  et al.: Breast cancer in men: aspects of familial aggregation.  J Natl Cancer Inst 83(12):849-854. 1991.

Thomas DB, Jimenez LM, McTiernan A, Rosenblatt K, Stalsberg H, Stemhagen A, Thompson WD, McCrea Curnen MG, Satariano W, Austin DF, et al.: Breast cancer in men: risk factors with hormonal implications. Am J of Epidemiol  135(7)734-748, 1992.

Coates RJ, Bransfield DD, Wesley M, Hankey B, Eley JW, Greenberg RS, Flanders D, Hunter CP, Edwards BK, Forman M, Chen VW, Reynolds P, Boyd P, Austin, DF, et al.: Differences between black and white women with breast cancer in time from symptom recognition  to medical consultation.  J Natl Cancer Inst 84(12):938-950, 1992.

Hunter, CP, Redmond CK, Chen V, Austin DF, et al.: Breast cancer: factors associated with stage at diagnosis in Black and White women.  Natl Cancer Inst 85:1129-1137, 1993

Austin DF: Types of registries: goals and objectives. In: Central Cancer Registries: Design, Management, and use; eds. Menck and Smart, pgs. 1-12, publ. Harwood Academic Publ., Chur, Switzerland, 1994

Austin DF and Reynolds P: Ch. 30: Larynx, in: Cancer Epidemiology and Prevention, eds Schottenfeld and Fraumeni. publ Oxford Univ. Press (NY), Ch 30, 619-636, 1996

Austin DF and Reynolds P: Investigation of an excess of melanoma among employees of the Lawrence Livermore National Laboratory. Am J Epidemiol, 145 (6) 524-31, 1997

Byrne J, Rasmussen SA, Steinhorn SC, Connely RR, Meyers MH, Lynch CE, Flannery J, Austin DF, et al.: Genetic disease in offspring of

long-term survivors of childhood and adolescent cancer. Am J Hum Genet 62(1):45-52, 1998

Rosenblatt KA, Thomas DB, Jimenez LM, Fish B, McTiernan A, Stalsberg H, Stemhagen A, Thompson WD, McCrea Curnen MG, Satariano W, Austin DF, et al. The relationship between diet and breast cancer in men (United States) Cancer Causes and Control 10:107-113, 1999

Schillinger JA, Jack Jr L, Austin DF, et al.: Health care reform in Oregon: the impact of the Oregon Health Plan on utilization of mammography services among newly enrolled Medicaid managed care recipients.  Am J Prev Med 18(1):11-17, 2000

Austin D: Can the 'Specificity' of an Association be Rehabilitated as a Basis for Supporting a Causal Hypothesis? Epidemiol 13(3):371, 2002

Vetto JT, Petty JK, Dunn N, Prouser NC, Austin DF: Structured clinical breast examination (CBE) training results in objective improvement in CBE skills. J Cancer Educ 17:124-127, 2002

A Eisner, DF Austin, and JR Samples.  Short wavelength automated perimetry and tamoxifen use. Brit J Ophthal 2004,88(1):125-30

Huang M, Hollis J, Polen P, Lapidus J, Donald Austin D, Stages of smoking acquisition versus susceptibility as predictors of smoking initiation in adolescents in primary care. Addictive Behaviors, 30(6):1183-1194, 2005

Guise J-M, Austin DF, Morris CD. Review of case-control studies related to breastfeeding and reduced risk of childhood leukemia. Pediatrics (in press)( http://pediatrics.aappublications.org ) 2005

Steiner E, Austin D, Prouser N. Detection and description of small breast masses by residents trained using a standardized clinical breast exam curriculum.  (submitted)

Rothlein, J, and Austin, D. Ecologic Association of Reduced Estrogen Receptor Positive Breast Cancer  Incidence with Environmental Pollution.  (submitted)

**Research Support**

ACTIVE

**TS-0838 (Austin)**                              08/20/03-08/19/06
ATPM/CDC
Standardized CBE Curriculum for Medical Students

The major goal of this randomized clinical trial is to develop and test a curriculum module for training medical students in an optimal method for conducting clinical breast exams.  The RCT tests the difference in proficiency in detecting breast lumps between the vertical strip 3 pressure method and the usual method taught.  In addition to training students in the optimal CBE technique, it addresses clinical decision-making about findings, standardized charting terminology and practices, and appropriate case management.
Role: PI

**MM-0805 (Steiner)**                              01/01/04-12/31/06
AAFP/CDC
Teaching Primary Care Residents Judicious Antibiotic Use

The goal of this project is to develop and administer a curriculum module on appropriate use of antibiotics; follow-up will determine if the curriculum results in lower antibiotic use.
Role: Co-investigator

**(C3446R) (Vaughn)**                              7/01/2004-6/30/2008
Veterans Administration
The Effects of Diabetes on Processing of Verbal Communication
The goal of this project is to determine whether diabetes is responsible for more rapid aging-related changes among veterans, and whether central nervous system and brainstem functions characteristic of aging explain the observed disparity in verbal understanding between those with and without diabetes mellitus.
Role: Co-investigator