# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

|  |  |  |
|---|---|---|
|  | **:** | **MDL DOCKET NO. 4:03-CV-1507-BRW** |
| **IN RE:** | **:** |  |
| **PREMPRO PRODUCTS LIABILITY** | **:** |  |
| **LITIGATION** | **:** | **ALL CASES** |

## ORDER

The August 24, 2012 Status Conference is CANCELLED, since I will be presiding over another MDL bellwether trial.

IT SO ORDERED this 8th day of August, 2012.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE