**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM A403
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**December 27, 2013**

**Plaintiffs' Steering Committee Members**

Mr. Chris Kirchmer
PROVOST UMPHREY LAW FIRM, LLP
P.O. Box 4905
Beaumont, TX 77704

Mr. Ted Meadows
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
234 Commerce St
Montgomery, AL 36104

Mr. Tobias Millrood
POGUST, BRASLOW & MILLROOD, LLC
8 Tower Bridge, Suite 1520
161 Washington Street,
Conshohocken, PA 19428

Mr. Mike Williams
WILLIAMS LOVE O'LEARY & POWERS, P.C.
9755 SW Barnes Road, Suite 450
Portland, OR 97225

**Defendants' Steering Committee Members**

Mr. T. Scott Allen
CRUSE, SCOTT, HENDERSON & ALLEN, LLP
2777 Allen Parkway, 7th Floor
Houston, TX 77019

Mr. Steven Glickstein
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022

Ms. Mary Hunnell Smith
SMITH & SMITH
5120 Woodway, Suite 7036
Houston, TX 77056

Mr. Joseph P. Thomas
ULMER BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202

Mr. Russell G. Thornton
STINNETT THIEBAUD & REMINGTON, LLP
1445 Ross Avenue, Suite 4800
Dallas, TX 75202

Mr. Brian A. Troyer
THOMPSON HINE LLP
3900 Key Center
127 Public Square
Cleveland, OH 44114

Mr. Alan R. Vickery
SEDGWICK, DETERT, MORAN & ARNOLD, LLP
1717 Main Street, Suite 5400
Dallas, TX 75201

## Lead and Liaison Counsel

| | |
|---|---|
| Ms. Zoe Littlepage<br>LITTLEPAGE BOOTH<br>2043A W. Main Street<br>Houston, TX 77098 | Ms. Lyn P. Pruitt<br>MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD<br>425 West Capitol, Suite 1800<br>Little Rock, AR 72201 |
| Mr. Ralph M. Cloar, Jr.<br>CLOAR LAW FIRM<br>1501 N. University Ave.<br>Little Rock, AR 72201 | Mr. John W. Vardaman, Jr.<br>Mr. Stephen L. Urbanczyk<br>Mr. F. Lane Heard, III<br>WILLIAMS & CONNOLLY, LLP<br>725 Twelfth Street, N.W.<br>Washington, D.C. 20005 |

Re: *In re Prempro*, 4:03-CV-1507, Contingency Fees

Dear Plaintiffs' Counsel:

Recent information indicates that Plaintiffs' counsel, or at least some of them, are charging a 45% contingency fee.

If this is correct, I would like Plaintiffs' counsel to explain why a 45% contingency fee, vice the standard 33.3%, is justified.

Please let me hear from you on this point by 5 p.m., Monday, January 6, 2014.

While I have not researched it in quite a spell, I believe I have the authority to ensure that reasonable fees are being charged to clients.

            Cordially,

            /s/ Billy Roy Wilson

Original to the Clerk of the Court
cc: Other Counsel of Record
   The Honorable Joe Volpe